LOUISE K.Y. ING        2394
LAURA P. MORITZ        7860

DENTONS US LLP
1001 Bishop Street, Suite 1800
Honolulu, HI 96813
Telephone:  808 524 1800
Facsimile:  808 524 4591
Email:        louise.ing@dentons.com
        laura.moritz@dentons.com

Attorneys for Defendants/Counterclaimants
PAULA HAYGARTH, BYRON HORVATH, and
Defendant STEFANIE HORVATH

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LIFE MASTERY NETWORK LLC, a Nevada limited liability company dba LIANA SHANTI ENTERPRISES and LIANE WILSON, also known in the community as LIANA SHANTI,<br><br>        Plaintiffs/Counterclaim Defendants,<br><br>   v.<br><br>PAULA HAYGARTH, BYRON HORVATH, STEFANIE HORVATH, JANE DOES 2-10, and JOHN DOES 1-10,<br><br>        Defendants/ Counterclaimants. | CIVIL NO. [ ]<br><br>**DEFENDANT STEFANIE HORVATH'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § § 1332, 1441(b) DIVERSITY; CERTIFICATE OF SERVICE** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

1

PLEASE TAKE NOTICE that defendant STEFANIE HORVATH ("Defendant") hereby removes to this Court the state court action described below.

1.    On December 6, 2022 an action was commenced in the Circuit Court of the Fifth Circuit of the State of Hawaiʻi in and for the City and County of Kauai, Hawaiʻi ("Circuit Court"), originally entitled *Liana Shanti Enterprises, Liana Shanti v. Paula Haygarth, Byron Horovath* as Case Number Civ. No. 5CCV-22-0000107 ("State Action") against Defendants Paula Haygarth ("Ms. Haygarth") and Byron Horvath ("Mr. Horvath"). A true and correct copy of the original complaint served on Defendants Paula Haygarth and Byron Horvath is attached hereto as **Exhibit A**.

2.    On January 23, 2023, Mr. Horvath filed his *Answer* to the original complaint and *Counterclaim* against Plaintiffs in the State Action, a true and correct copy of which is attached hereto as **Exhibit B**.

3.    On January 25, 2023 Ms. Haygarth filed her *Answer* to the original complaint and *Counterclaim* against Plaintiffs in the State Action, a true and correct copy of which is attached hereto as **Exhibit C**.

4.    On June 30, 2025, the Circuit Court granted Plaintiffs' *Non-Hearing Motion to Identify Stefanie Horvath as Jane Doe 1, filed June 10, 2025, as Dkt. 381* at Dkt. 427 in the State Action.

5.     On June 30, 2025, the Circuit Court granted Plaintiffs' *Non-Hearing Motion for Leave to Amend Complaint, filed June 10, 2025, as Dkt. 379* at Dkt. 431 in the State Action.

6.     On July 3, 2025, Plaintiffs filed their *First Amended Complaint* in the State Action at Dkt. 443 ("First Amended Complaint"). A true and correct copy of the First Amended Complaint is attached hereto as **Exhibit D**. A *First Amended Summons* was issued on July 8, 2025 in the State Action at Dkt. 447 ("First Amended Summons"), a true and correct copy of which is attached hereto as **Exhibit E**.

7.     The first date upon which Defendant Stefanie Horvath ("Ms. Horvath") was served with a copy of the First Amended Complaint and First Amended Summons was July 9, 2025. A true and correct copy of the *Acknowledgement and Acceptance of Service* regarding Ms. Horvath is attached hereto as **Exhibit F**. The attached summons and complaint are the only documents served upon Ms. Horvath in this proceeding.

8.     Based on the initial pleadings, this action is a civil action of which this Court has original jurisdiction under 28 U.S.C. §1332, and is one which may be removed to this Court by defendant pursuant to the provisions of 28 U.S.C. §144l(b) in that it is a civil action between citizens of different states and the

matter in controversy exceeds the sum of $75,000.00, exclusive of interest and costs, as evident from:

a.      Plaintiffs' initial Complaint, which asserted claims for defamation and false light, sought damages, punitive damages, injunctive relief, and attorneys' fees and costs; and

b.      Although Plaintiffs' initial Complaint did not disclose the specific amount of damages sought, there is no question that at the time the initial Complaint was filed, Plaintiffs intended to assert damages in excess of $75,000.00. Plaintiffs have asserted damages totaling more than $7,000,000.00 in response to Ms. Haygarth and Mr. Horvath's discovery requests (*see* **Exhibits G** and **H** hereto).

9.      Complete diversity of citizenship exists in that:

a.      Plaintiff LIFE MASTERY NETWORK LLC was, at the time of the commencement of the action and is, at the time of this removal, a Nevada limited liability company domiciled in Nevada (Ex. A (Complaint), ¶ 2; Ex. D (First Amended Complaint), ¶ 2.);

b.      Plaintiff LIANE WILSON, also known in the community as LIANA SHANTI, was, at the time of the commencement of this action and is, at the time of this removal, a citizen of the State of Hawai'i (Ex. A (Complaint), ¶ 1; Ex. D (First Amended Complaint), ¶ 1);

4

c.    Defendant PAULA HAYGARTH was, at the time of the commencement of the action and is, at the time of this removal, a Canadian citizen residing in Canada, and intends to continue residing in Canada;

d.    Defendant BYRON HORVATH was, at the time of the commencement of the action and is, at the time of this removal, a Canadian citizen residing in Canada, and intends to continue residing in Canada; and

e.    Defendant STEFANIE HORVATH was, at the time of the commencement of the action and is, at the time of this removal, a Canadian citizen residing in Canada, and intends to continue residing in Canada.

10.    Defendants Paula Haygarth, Byron Horvath, and Ms. Horvath are the only defendants that have been served with summons and First Amended Complaint. Defendants Paula Haygarth and Byron Horvath have consented to and join in this Notice of Removal (*see* concurrently filed *Defendants Paula Haygarth and Bryon Horvath's Joinder in Notice of Removal of Action*).

DATED:  Honolulu, Hawai'i, July 17, 2025.

/s/Laura P. Moritz
LOUISE K.Y. ING
LAURA P. MORITZ
Attorneys for Defendants
PAULA HAYGARTH and
BYRON HORVATH

CADES SCHUTTE
A Limited Liability Law Partnership

JEFFREY S. PORTNOY          1211
CHRISTINE E. NOWLAND        11437
1000 Bishop Street, Suite 1200
Honolulu, HI  96813-4212
Telephone:  (808) 521-9200
Fax: (808) 521-9210
Email:   jportnoy@cades.com
            cnowland@cades.com

Attorneys for Plaintiffs
LIANA SHANTI
LIANI SHANTI ENTERPRISES

Electronically Filed
FIFTH CIRCUIT
5CCV-22-0000107
06-DEC-2022
05:57 PM
Dkt. 1 CMPS

IN THE CIRCUIT COURT OF THE FIFTH CIRCUIT

STATE OF HAWAIʻI

| | |
|---|---|
| LIANI SHANTI ENTERPRISES, LIANA SHANTI<br><br>　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>PAULA HAYGARTH, BYRON HOROVATH, JANE DOES 1-10, and JOHN DOES 1-10.<br><br>　　　　　　　　Defendants. | CIVIL NO. _____<br>(Other Civil Action)<br><br>**COMPLAINT; SUMMONS** |

## COMPLAINT

Plaintiffs LIANI SHANTI ENTERPRISES and LIANA SHANTI, by and through

their attorneys, Cades Schutte LLP, allege as follows:

**I.          PARTIES**

1.          Plaintiff Liana Shanti is a business coach and self-improvement educator residing

on the island of Kauai. Ms. Shanti has founded and operates numerous online educational

courses aimed toward improving her students' businesses, lifestyles, and overall wellness.

2.          Plaintiff Liana Shanti Enterprises is the corporate entity under which Ms. Shanti's

businesses operate, and is domiciled in Nevada.

**EXHIBIT A**

3.    Defendant Paula Haygarth, upon information and belief, resides in the province of Saskatchewan, Canada.

4.    Defendant Byron Horvath, upon information and belief, resides in the province of Saskatchewan, Canada.

5.    Defendants JOHN DOES 1-10 and JANE DOES 1-10 are sued herein under fictitious names for the reason that their true names and identities are presently unknown to Plaintiffs except that they are connected in some manner with Defendants Paula Haygarth and Byron Horvath and/or were in some manner presently unknown to Plaintiffs engaged in activities alleged herein and/or were in some manner responsible for the injuries or damages to Plaintiffs and/or were in some manner related to Defendants, and Plaintiffs will insert herein their true names and identities, capacities, activities and/or responsibilities when the same are ascertained.

## II.        JURISDICTION AND VENUE

6.    This Court has subject matter jurisdiction over the claims set forth in this Complaint pursuant to Hawaii Revised Statutes ("*HRS*") § 603-21.5.

7.     This Court has personal jurisdiction over Defendants pursuant to HRS § 634-35 as the tortious conduct alleged herein arose within this State.  Defendants are subject to the jurisdiction of this Court because the tortious conduct alleged herein occurred within this Circuit.

8.    The injurious consequences of Defendants' acts occurred within this State.

9.    Venue is appropriate in this Circuit pursuant to HRS § 603-36.

## III.       FACTS

10.    Defendants Paula Haygarth ("*Ms. Haygarth*"), Byron Horvath ("*Mr. Horvath*"), Jane Does 1 through 100, and John Does 1 through 100 (collectively, "*Defendants*") have leveled a series of false and damaging factual allegations, including but not limited to false allegations of human trafficking, extortion, fraud, and other alleged misconduct against Ms.

2

Shanti and her businesses. These false allegations include but are not limited to the statements addressed below, each of which is false, defamatory, and paints Plaintiffs in a false light.

11.    Upon information and belief, Defendants created anonymous accounts on social media websites including Instagram, Reddit, and Cult Education Institute ("*CEI*") through which Defendants posted false and defamatory statements including those listed below.

12.    Defendants know that Ms. Shanti resides in Hawaii, have repeatedly posted that Ms. Shanti resides in Hawaii, and have posted false and defamatory statements on social media websites that are able to be viewed in Hawaii.

13.    Defendants' false and defamatory statements have injured Ms. Shanti's reputation in Hawaii.

14.    As a result of the torrent of false and defamatory statements that defendants have posted online, Ms. Shanti and her family have received death threats and threats of sexual assault.

15.    Ms. Shanti's businesses, including Liana Shanti Enterprises, have suffered as numerous clients have dropped out of Ms. Shanti's programs. These clients have informed Ms. Shanti that after having been contacted by Defendants online, they no longer wish to work with Ms. Shanti.

A.    **Instagram False Statements**

16.    On April 28, 2022, Defendants, under anonymous username "lianashanti_cult_recovery," stated, in a series of Instagram "stories," "[Liana] is a FAKE CON ARTIST MASTER MANIPULATOR FILTERED AVATAR PUPPET MASTER CULT LEADER."

17.    This statement contained false and defamatory statements, and painted Plaintiffs in a false light.

3

18.     On April 28, 2022, Defendants, under anonymous username "lianashanti_cult_recovery," stated, in a series of Instagram "stories," Ms. Shanti "is making money and is 'abundant' in a very '3D' way. EXTORTION."

19.     This statement is false and painted Plaintiffs in a false light.

20.     On September 24, 2022, Defendants, under anonymous username "lianashanti_cult_recovery," stated, in a series of Instagram "stories" titled "Informant info," Liana "coaches other woman on how to claim sexual/physical abuse against their partner."

21.     This statement contained false and defamatory statements, and painted Plaintiffs in a false light.

22.     On September 24, 2022, Defendants, under anonymous username "lianashanti_cult_recovery," stated, in a series of Instagram "stories" titled "Cat fish," "[Liana] really does encourage false police reports."

23.     This statement is false and painted Plaintiffs in a false light.

24.     On September 24, 2022, Defendants, under anonymous username "lianashanti_cult_recovery," stated, in a series of Instagram "stories," "[Ms. Shanti] funnel[s] investors money out of Canada into Florida where theyre using a state tax loophole to fund their mansion and cult."

25.     This statement contained false and defamatory statements, and painted Plaintiffs in a false light.

**B.         Reddit False Statements**

24.     In May of 2022, Defendants, under anonymous username "u/Liana_shanti_cult369" posted a "subreddit" titled "The Shanti Summary."

25.     In "The Shanti Summary," Defendants stated, "[Ms. Shanti's] programs are heavily rooted in traditional psychology but use programming and undue influence, societal

pressures and private groups to extort women into disconnecting from their families, friends and spouses in order to truly 'heal'."

26.    This statement is false and painted Plaintiffs in a false light.

27.    In "The Shanti Summary," Defendants stated, "Over the past 6 months, [Ms. Shanti] has influenced at least 2 dozen women and their children to leave their 'Nazi' States/Countries and families (regardless of custody orders) and flee, primarily to the United States. We know of at least one woman who attempted to kidnap her children and cross the border from Canada into the United States."

28.    This statement is false and painted Plaintiffs in a false light.

29.    In "The Shanti Summary," Defendants stated, "[a] couple of experts we have consulted with have concluded this is likely an online version of human and child trafficking with the end goal of having a large compound in the USA (Florida), built and maintained by her followers (for free)."

30.    This statement contained false and defamatory statements, and painted Plaintiffs in a false light.

31.    In or around October of 2022, Defendants, under anonymous username "Salt-Health6213," stated, "[Ms. Shanti] literally robs her students and thrives from making sure her 'students' stay stuck. Her programs are all copied and none of the content is hers - it's stolen material from other people. She expects people to worship her and if they don't, she kicks them out of her 'groups' and still takes their money."

32.    This statement is false and painted Plaintiffs in a false light.

33.    In or around September of 2022, Defendants, under anonymous username, "u/Liana_shanti_cult369" stated, "the possible crimes committed by her followers as a result of Liana's narratives and coaching techniques online deem her a potential accomplice[.]"

5

34.     This statement is false and painted Plaintiffs in a false light.

35.     In or around May of 2022, Defendants, under anonymous username "Alarmed_Aspect1678," stated, "[Ms. Shanti] was working on scamming and manipulating [a person] out of all his money and then take off somewhere. The B**** used the kids to manipulate him and then accuse him of the worst possible things with the kids."

36.     This statement is false and painted Plaintiffs in a false light.

**C.          Facebook False Statements**

34.     On May 9, 2022, Paula Haygarth published a link to the subreddit "The Shanti Summary" on her personal Facebook page, thereby republishing the false and defamatory Reddit statements described in section III(B) of this Complaint.

**D.          CEI False Statements**

35.     On May 9, 2022, Defendants, under anonymous username "lianarecovery," stated, "[Ms. Shanti] created (plagiarized) a number of health protocols[.]"

36.     This statement is false and painted Plaintiffs in a false light.

37.     On May 9, 2022, Defendants, under anonymous username "lianarecovery," stated, "[Ms. Shanti's] programs are heavily rooted in traditional psychology but use thought programming and undue influence, social pressure and side groups to extort women."

38.     This statement contained false and defamatory statements, and painted Plaintiffs in a false light.

39.     On May 9, 2022, Defendants, under anonymous username "lianarecovery," stated, "[Ms. Shanti] influence[s] women to leave their husbands, file for sole custody, and go no contact with them or any other family member … We have been inundated with stories from fathers of their wives and ex wives violating custody orders and preventing them from seeing their children[.]"

40.    This statement is false and painted Plaintiffs in a false light.

41.    On May 9, 2022, Defendants, under anonymous username "lianarecovery," stated, "[Liana] has influenced at least 2 dozen women and their children to pick up and leave their states/countries and families (regardless of custody decisions) and move - primarily to the United States. We know of at least one woman who attempted to kidnap her children and cross the border from Canada into the United States."

42.    This statement is false and painted Plaintiffs in a false light.

43.    On May 9, 2022, Defendants, under anonymous username "lianarecovery," stated, "[an] expert we consulted has called this an online version of human and child trafficking."

44.    This statement contained false and defamatory statements, and painted Plaintiffs in a false light.

45.    On May 9, 2022, Defendants, under anonymous username "lianarecovery," stated, "Liana cherry picks her cult psychology from [Jonestown, Heavens Gate, and Waco]."

46.    This statement contained false and defamatory statements, and painted Plaintiffs in a false light.

47.    On September 9, 2022, Defendants, under anonymous username "WhiteKnight," stated, "[o]nce a follower has been removed from the group, there have been instances of public shaming by releasing 'personal details' to humiliate that individual and intimidate others. Liana makes false and outrageous claims regarding having personal IP information revealing location details for her critics[.]"

48.    This statement is false and painted Plaintiffs in a false light.

**COUNT I- (Defamation – Libel)**

49.    Plaintiffs reallege and reincorporate by reference the allegations in paragraphs 1 through 48 of this Complaint.

50. The Instagram, Reddit, Facebook, and CEI posts each contain false and defamatory statements regarding Plaintiffs.

51. The Instagram, Reddit, Facebook, and CEI posts further contain false and defamatory imputations made by way of innuendo, by figure of speech, by expressions of belief, by allusion, or by irony or satire that convey to the ordinary listener defamatory meanings.

52. Defendants acted with actual malice and/or with reckless or negligent disregard for the truth of the statements in the Instagram, Reddit, Facebook, and CEI posts in distributing the statements.

53. The defamatory statements in the Instagram, Reddit, Facebook, and CEI posts are actionable irrespective of special harm and constitute libel per se.

54. Nevertheless, Defendants' publication of the Instagram, Reddit, Facebook, and CEI posts caused special harm to Plaintiffs by damaging Plaintiffs' reputations, by impeding their ability to conduct business in Hawaii and in other states, and by causing other damages to be proven at trial.

**COUNT II – (False Light)**

55. Plaintiffs reallege and reincorporate by reference the allegations in paragraphs 1 through 54 of this Complaint.

56. In publishing the Instagram, Reddit, Facebook, and CEI posts and making the statements identified herein, Defendants gave publicity to matters concerning Plaintiffs that placed Plaintiffs before the public in a false light.

57. The false light in which Defendants placed Plaintiffs is highly offensive to a reasonable person.

58. Defendants had knowledge or acted in reckless disregard as to the falsity of the publicized matter and the false light.

## COUNT III – (Punitive Damages)

59.     Plaintiffs reallege and reincorporate by reference the allegations in paragraphs 1 through 58 of this Complaint.

60.     The conduct of Defendants as alleged in the foregoing paragraphs was wanton and oppressive and was made with such malice as implies a spirit of mischief or criminal indifference to civil obligations.

61.     Defendants' actions amount to willful misconduct and demonstrate an entire want of care, thereby raising the presumption that they acted with a conscious indifference to the consequences.

62.     Defendants had knowledge of, or acted in reckless disregard of, the falsity of the publicized matters and the false light.

63.     Defendants distributed the Instagram, Reddit, Facebook, and CEI posts to others without privilege and in bad faith.

64.     Plaintiffs are entitled to recover punitive damages against Defendants.

        WHEREFORE, Plaintiffs request:

A.      That Plaintiffs be awarded damages in an amount to be proven at trial.

B.      That Plaintiffs be awarded punitive damages in an amount to be determined at trial.

C.      An injunctive order compelling Defendants to remove from Instagram, Facebook, Reddit, CEI, and any other website all existing false and defamatory statements about Plaintiffs that they have authored.

D.      That Plaintiffs be awarded the attorney's fees and costs incurred in filing and maintaining this lawsuit.

E.      That Plaintiffs be awarded other such relief as this Court deems proper

9

DATED:  Honolulu, Hawaiʻi, December 6, 2022.

> CADES SCHUTTE LLP
>
> */s/  Jeffrey S. Portnoy*
> JEFFREY S. PORTNOY
> CHRISTINE E. NOWLAND
> Attorneys for Plaintiffs
> LIANA SHANTI
> LIANI SHANTI ENTERPRISES

Byron Horvath
Box 631
Raymore, Saskatchewan, Canada
S0A 3J0
Telephone: (306) 746 -7760
Email:  byron.horvath19@gmail.com

**Electronically Filed
FIFTH CIRCUIT
5CCV-22-0000107
23-JAN-2023
09:05 AM
Dkt. 13 ANSCL**

IN THE CIRCUIT COURT OF THE FIFTH CIRCUIT

STATE OF HAWAI'I

LIANI SHANTI ENTERPRISES, LIANA
SHANTI

Plaintiffs,

v.

PAULA HAYGARTH, BYRON HOROVATH,
JANE DOES 1-10, and JOHN DOES 1-10

Defendants

CIVIL NO. _____

**DEFENDANT'S ANSWER TO
COMPLAINT; COUNTERCLAIM;
CERTIFICATE OF SERVICE;
DECLARATION**

---

### BYRON HORVATH'S ANSWER TO COMPLAINT AND COUNTERCLAIM

1.    Except where expressly admitted, the Defendant, BYRON HORVATH ("**Mr. Horvath**") denies

each and every allegation contained in the Complaint and/or has no knowledge of the same and puts the

Plaintiffs, LIANA SHANTI ("**Ms. Shanti**") and LIANI SHANTI ENTERPRISES (collectively,

"**Plaintiffs**"), to the strict proof thereof.

2.    Mr. Horvath admits paragraphs 1, 2, and 4 of the Plaintiffs' Complaint.

3.    In specific response to paragraphs 10 through 12 and paragraphs 16 through 48 of the Plaintiffs'

Complaint, Mr. Horvath states that he did not create, operate, or otherwise post on or use the anonymous

accounts on social media websites including Instagram, Reddit, and Cult Education Institute alleged in

**EXHIBIT B**

the Plaintiffs' complaint, and puts the Plaintiffs to the strict proof thereof.

4.    Further, Mr. Horvath denies that he caused any special harm to the Plaintiffs' by damaging the Plaintiffs' reputation and puts the Plaintiffs to the strict proof thereof.

5.    Mr. Horvath therefore claims that the Plaintiffs' claim be dismissed with costs as against the Plaintiff.


Dated: Raymore, Saskatchewan, January ___20___, 2023.

BYRON HORVATH


## COUNTERCLAIM

1.    The Defendant (Plaintiff by Counterclaim), Mr. Horvath, repeats and incorporates the entire Answer to Complaint in this Counterclaim.

### I.    FACTS

2.    Mr. Horvath states that Ms. Shanti has been using online resources, including Ms. Shanti's account on Instagram and an online website titled "Exposing Family Cults", to post false and defamatory statements about Mr. Horvath.

3.    Ms. Shanti's false and defamatory statements have injured Mr. Horvath's reputation in Saskatchewan.

#### A. Instagram Defamatory Statements

4.    On or around November 7, 2022, Ms. Shanti, under username "lianashanti", stated in an Instagram "story", "So we have: 1. CPS reports against Byron for locking Isla in her room after Isla tells grandma, 2. Stalking me and my family, and Malie, making death threats …"

5.    This statement contained false and defamatory statements, and painted Mr. Horvath in a false light.

6.    On or around November 10, 2022, Ms. Shanti, under username "lianashanti", stated in an Instagram "story", "WHEN SHANNON AND BYRON [Horvath] AND BRIAN AND PAULA AND ALL THE OTHER WETIKO INFECTED EVILDOERS STARTED THEIR ATTACKS AND CONSPIRACY AGAINST ME AND MALIE AND DREW … THEY HAD ZERO FACTS. ZERO PROOF."

7.    This statement contained false and defamatory statements, and painted Mr. Horvath in a false light.

8.    On or around December 2, 2022, Ms. Shanti, under username "lianashanti", stated in an Instagram "story", "… PLEASE REMOVE ALL FOG AND UNCERTAINTY FROM THEIR SPACE SO THAT THEY IMMEDIATELY SEE THROUGH THE DARK LIES AND DECEPTIONS OF BYRON HORVATH AND HIS SINISTER SERVANTS."

9.    This statement contained false and defamatory statements, and painted Mr. Horvath in a false light.

10.    On or around December 16, 2022, Ms. Shanti, under username "lianashanti", stated in an Instagram "story", "… Their situation is dire. Isla is still with the man BYRON HORVATH who this little girl repeatedly says abused her in the recordings. Hit her. Locked her in a room for hours where she had to Pee on the floor. Wrestled this small child who has a serious heart condition into a panic attack."

11.    This statement contained false and defamatory statements, and painted Mr. Horvath in a false light.

12.    On or around January 4, 2023, Ms. Shanti, under username "lianashanti", stated in an Instagram "story", "This is what is being done to Haley and Isla through the sick abusive actions of #byronhorvath and #brianwinterfamilycult SADLY this is not uncommon."

13.    This statement contained false and defamatory statements, and painted Mr. Horvath in a false light.

14.    On or around January 5, 2023, Ms. Shanti, under username "lianashanti", stated in an Instagram "story", "... It has been heartbreaking to watch beautiful people like Malie and Drew receive such satanic vomit into their lives from Paula Haygarth; Brian Winter, Byron Horvath and others [sic]."

15.    This statement contained false and defamatory statements, and painted Mr. Horvath in a false light.

### B.  "Exposing Family Cults" Website Defamatory Statements

16.    On the website titled "Exposing Family Cults", Ms. Shanti stated, "Yet this loving and protective mother is now the subject of a gag order intended to SILENCE HER from any further disclosures about Byron's [Horvath] abuse of Isla."

17.    This statement contained false and defamatory statements, and painted Mr. Horvath in a false light.

18.    On the website titled "Exposing Family Cults", Ms. Shanti stated, "He [Byron Horvath] is at the center of the Saskatchewan Cult Evil as he is the father of Haley's daughter Isla."

19.    This statement contained false and defamatory statements, and painted Mr. Horvath in a false light.

20.    On the website titled "Exposing Family Cults", Ms. Shanti stated, "He [Byron Horvath] has engaged in death threats against four people, and is currently using his own child as a pawn to get back at his ex-wife."

21.    This statement contained false and defamatory statements, and painted Mr. Horvath in a false light.

22.    On the website titled "Exposing Family Cults", Ms. Shanti stated, "Byron Horvath and his wife, Stefanie Vogt, have been preventing Isla from seeing her protective loving mother. Byron has been

REPEATEDLY reported to CPS by Haley and Elise and others, and no investigation has been done."

23.    This statement contained false and defamatory statements, and painted Mr. Horvath in a false light.

## COUNT I – (Defamation – Libel)

24.    Mr. Horvath realleges and reincorporates by reference the allegations in paragraphs 1 through 23 of this Counterclaim.

25.    The Instagram posts and the posts made on the "Exposing Family Cults" website contain false and defamatory statements regarding Mr. Horvath.

26.    Ms. Shanti acted with actual malice and/or with reckless or negligent disregard for the truth of the statements in the Instagram posts and the posts made on the "Exposing Family Cults" website in distributing the statements.

27.    The defamatory statements in the Instagram posts and the posts made on the "Exposing Family Cults" website are actionable irrespective of special harm and constitute libel per se.

28.    Nevertheless, Ms. Shanti's publication of the Instagram posts and the posts made on the "Exposing Family Cults" website caused special harm to Mr. Horvath by damaging Mr. Horvath's reputation and by causing other damages to be proven at trial.

## COUNT II – (False Light)

29.    Mr. Horvath realleges and reincorporates by reference the allegations in paragraphs 1 through 28 of this Counterclaim.

30.    In publishing the Instagram posts and the posts made on the "Exposing Family Cults" website and making the statements identified herein, Ms. Shanti gave publicity to matters concerning Mr. Horvath that placed Mr. Horvath before the public in a false light.

31.    The false light in which Ms. Shanti placed Mr. Horvath is highly offensive to a reasonable person.

32.    Ms. Shanti had knowledge or acted in reckless disregard as to the falsity of the publicized matter and the false light.

### COUNT III – (Punitive Damages)

33.    Mr. Horvath realleges and reincorporates by reference the allegations in paragraphs 1 through 32 of this Counterclaim.

34.    The conduct of Ms. Shanti as alleged in the foregoing paragraphs was wanton and oppressive and was made with such malice as implies a spirit of mischief or criminal indifference to civil obligations.

35.    Ms. Shanti's actions amount to willful misconduct and demonstrate an entire want of care, thereby raising the presumption that they acted with a conscious indifference to the consequences.

36.    Ms. Shanti had knowledge of, or acted in reckless disregard of, the falsity of the publicized matters and the false light.

37.    Mr. Horvath is entitled to recover punitive damages against Ms. Shanti.

WHEREFORE, Mr. Horvath requests:

A.    That Mr. Horvath be awarded damages in an amount to be proven at trial.

B.    That Mr. Horvath be awarded punitive damages in an amount to be determined at trial.

C.    An injunctive order compelling Ms. Shanti to remove from Instagram, the "Exposing Family Cults" website, and any other website all existing false and defamatory statements about Mr. Horvath that she authored.

D.    That Mr. Horvath be awarded other such relief as this Court deems proper.

Dated: Raymore, Saskatchewan, January 20 , 2023.

BYRON HORVATH

Paula Haygarth
748 Elm Crescent
Weyburn, Saskatchewan, Canada
S4H 0S7
Telephone: (306) 897 - 7770
Email: paulahaygarth@hotmail.com

**Electronically Filed
FIFTH CIRCUIT
5CCV-22-0000107
25-JAN-2023
06:59 AM
Dkt. 20 ANCMP**

IN THE CIRCUIT COURT OF THE FIFTH CIRCUIT

STATE OF HAWAI'I

| | |
|---|---|
| LIANI SHANTI ENTERPRISES, LIANA SHANTI | CIVIL NO. _____ |
| Plaintiffs, | **DEFENDANT'S ANSWER TO COMPLAINT; COUNTERCLAIM; CERTIFICATE OF SERVICE; DECLARATION** |
| v. | |
| PAULA HAYGARTH, BYRON HOROVATH, JANE DOES 1-10, and JOHN DOES 1-10 | |
| Defendants | |

## PAULA HAYGARTH'S ANSWER TO COMPLAINT AND COUNTERCLAIM

1.    Except where expressly admitted, the Defendant, PAULA HAYGARTH ("**Ms. Haygarth**") denies each and every allegation contained in the Complaint and/or has no knowledge of the same and puts the Plaintiffs, LIANA SHANTI ("**Ms. Shanti**") and LIANI SHANTI ENTERPRISES (collectively, "**Plaintiffs**"), to the strict proof thereof.

2.    Ms. Haygarth admits paragraphs 1, 2, and 3 of the Plaintiffs' Complaint.

3.    In specific response to paragraphs 10 through 12 and paragraphs 16 through 36 (Under B. Reddit False Statements) and paragraphs 35-48 (under D CEI False Statements) of the Plaintiffs' Complaint, Ms. Haygarth states that she did not create, operate, or otherwise post on or use the anonymous

**EXHIBIT C**

accounts on social media websites including Instagram, Reddit, and Cult Education Institute alleged in the Plaintiffs' complaint, and puts the Plaintiffs to the strict proof thereof.

4.     In specific response to paragraph 34C (under C. Facebook False Statements) Ms. Haygarth admits to posting a link to a subreddit "The Shanti Summary" on her personal Facebook page on or about May 9, 2022. Ms. Haygarth removed the Facebook post sharing the link, of her own accord, on or about MAY 25/22. Further, Ms. Haygarth denies writing the subreddit "The Shanti Summary", and denies republishing false and/or defamatory Reddit statements as alleged in the Plaintiff's complaint and puts the Plaintiff to the strict proof thereof.

5.     Further, Ms. Haygarth denies that she caused any special harm to the Plaintiffs' by damaging the Plaintiffs' reputation and puts the Plaintiffs to the strict proof thereof.

6.     Ms. Haygarth therefore claims that the Plaintiffs' claim be dismissed with costs as against the Plaintiff.


Dated: Weyburn, Saskatchewan, January ⟨25⟩, 2023.

*Paula Haygarth*

PAULA HAYGARTH


## COUNTERCLAIM

1.     The Defendant (Plaintiff by Counterclaim), Ms. Haygarth, repeats and incorporates the entire Answer to Complaint in this Counterclaim.

### I.    FACTS

2.     Ms. Haygarth is a Spiritual Teacher and Mentor, whose business is to provide holistic and spiritual healing to her client's located throughout the areas of Saskatchewan in Canada.

3.     Ms. Haygarth states that Ms. Shanti has been using online resources, including Ms. Shanti's account on Instagram and an online website titled "Exposing Family Cults", to post false and defamatory statements about Ms. Haygarth.

4.     Ms. Shanti's false and defamatory statements have injured Ms. Haygarth's reputation in Saskatchewan.

5.     As a result of the torrent of false and defamatory statements that Ms. Shanti has posted online, Ms. Haygarth has received threats of harm. Ms. Haygarth's business has suffered as clients have stopped seeing her. Southern Saskatchewan is a small community and Ms. Haygarth's clients have informed her that they stopped utilizing her services after seeing the statements published by Ms. Shanti and her followers, these clients no longer wish to work with Ms. Haygarth.

**A.  Instagram Defamatory Statements**

4.     On or around November 5, 2022, Ms. Shanti, under username "lianashanti", stated in an Instagram "story", "MEET PAULA HAYGARTH. WE HAVEN'T FORGOTTEN ABOUT HER. SHE'S ONE OF THE LEAD PEOPLE TRACED DIRECTLY THROUGH IP ADDRESES [sic] AND KNOWN EMAILS TO REDDIT AND THE OTHER FRAUD WEBSITES IN THE 30+ PAGE INVESTIGATIVE REPORT. SHE IS A DARK REIKI PRACTITIONER WHO HAS PRACTICED EXTENSIVE BLACK WITCHCRAFT ON MĀLIE'S DAUGHTER'S SHE – NOT SURPRISINGLY – HAS THE SAME ATTORNEY AS BYRON HORVATH. THEY ARE NOT FRIENDS. JUST AN UNHOLY ALLIANCE."

5.     This statement contained false and defamatory statements, and painted Ms. Haygarth in a false light.

6.     On or around November 5, 2022, Ms. Shanti, under username "lianashanti", stated in an Instagram "story" with a picture of Ms. Haygarth, "Jesus, we ask you to DELETE AND DESTROY

all toxic lies from this satan servant – PAULA HAYGARTH – who is campaigning to invalidate truths of #childabuse to cover up her own misery. She is hateful and envious, and in her hatred and envy, she cannot bring herself to acknowledge the pain of all the children who have been harmed by their parents. She abandoned her own son Austin, and her guilt and shame have turned her into a soldier of satan."

7.    This statement contained false and defamatory statements, and painted Ms. Haygarth in a false light.

8.    On or around November 5, 2022, Ms. Shanti, under username "lianashanti", stated in an Instagram "story", "Not to mention our private investigators found out that one woman created multiple usernames and Instagram profiles and was commenting on threads as if she was different people, saying "Liana did x,y,z" then she would answer herself from a different username and say "omg thank you so much for telling us this, wow that's awful." [three laugh crying emojis] Can you imagine being that desperate? She's married to the ex husband of one of my students, and calls herself a "reiki healer" [face palm emoji]". Ms. Shanti has, on numerous occasions on Instagram using the username "lianashanti" that Ms. Haygarth is a "failed reiki healer" and married to one of her student's ex-husband.

9.    This statement contained false and defamatory statements, and painted Ms. Haygarth in a false light.

10.   On or around January 22, 2023, Ms. Shanti, under username "lianashanti", stated in an Instagram "story", "What WE are doing – in this JESUS LED community in calling out THESE people…Paula Haygarth…This vile group of PEDOS PEDO SUPPORTERS PEDO ALIGNERS VICTIM BLAMERS…Paula Haygarth".

11.   This statement contained false and defamatory statements, and painted Ms. Haygarth in a false light.

**B. "Exposing Family Cults" Website Defamatory Statements**

12.    The website titled "Exposing Family Cults" which was created by Ms. Shanti and Liana Shanti Enterprises, has a stated purpose of being "a shared resource website where family members have a safe space to speak out publicly about their childhood abuse, childhood sexual abuse, domestic violence and narcissistic abuse trauma" Ms. Shanti has published and / or republished false and defamatory statements about Ms. Haygarth.

13.    On the website titled "Exposing Family Cults" Ms. Shanti stated, "At the same time as the smear campaign against Haley began, Brian Winter and *Paula Haygarth* started an "anonymous" Reddit hate account against Liana Shanti. Trying to create a narrative that Liana is a cult, in an attempt to damage Liana's outstanding ten year reputation, because Liana is a very vocal supporter of victim's rights, including Haley's.'."

14.    This statement contained false and defamatory statements, and painted Ms. Haygarth in a false light.

15.    On the website titled "Exposing Family Cults", Ms. Shanti has recreated a Reddit post titled "Evil in Saskatchewan" and which Ms. Shanti claims is "A synopsis written by someone in Canada who knows the backstory on these Family Cults and what their history and motives are". Ms. Shanti goes on to state in part "…A factual response to this sick, deranged, deceitful "cult" story concocted on this thread, on Instagram and on another forum. The creator of this slander, defamation and libel is PAULA    LEE    HAYGARTH,    DOB    3/19/1976    currently    living    in    WEYBURN, SASKATCHEWAN…Who is PAULA? A bitter aging woman with a bleak future, with a broke husband, desperate to get her claws into the BRADY'S wealth by gaining custody of her husband's children. WHO IS AUSTIN, THE SON SHE ABANDONED AS A BABY…But everyone in Weyburn and Regina and surrounding areas knows Amanda and Drew very well, as these are very small communities very close together where everyone knows everyone…BYRON PAYS FOR

PAULA'S ATTORNEY IN EXCHANGE FOR A FALSIFIED AFFADAVIT [sic] Another interesting fact. Although Byron and Paula are not "friends", as we now know, they share a common destructive goal…In exchange for him paying for Paula and Wade's attorney, Byron got Wade to submit an affidavit in the custody case AGAINAST HALEY WINTER…We already know the motive for Paula is money…The snapshot of Paula? Washed up, failed energy "healer", who gave up custody of her own son, went through multiple relationships, and all of us who have seen her in action know that she cycles through friends like toilet paper. In every town she has lived in, she has cycled through so many friends because she is manipulative and dishonest, and people catch on quick…As criminals always do, the longer they are allowed to continue their activities, the more weight behind the force of their actual consequences…"

16.    This statement contained false and defamatory statements, and painted Ms. Haygarth in a false light.

17.    On the website titled "Exposing Family Cults", Ms. Shanti stated, "Paula Haygarth – Black Magic Practitioner. Paula Haygarth is a black magic and reiki practitioner who is a lead figure in the defamation and smear campaign against a person she doesn't even know. She is partners with Wade Martin, the ex-husband of Malie (Amanda Brady).

18.    This statement contained false and defamatory statements, and painted Ms. Haygarth in a false light.

## COUNT I – (Defamation – Libel)

19.    Ms. Haygarth realleges and reincorporates by reference the allegations in paragraphs 1 through 18 of this Counterclaim.

20.    The Instagram posts and the posts made on the "Exposing Family Cults" website contain false and defamatory statements regarding Ms. Haygarth.

21.    Ms. Shanti acted with actual malice and/or with reckless or negligent disregard for the truth of the statements in the Instagram posts and the posts made on the "Exposing Family Cults" website in distributing the statements.

22.    The defamatory statements in the Instagram posts and the posts made on the "Exposing Family Cults" website are actionable irrespective of special harm and constitute libel per se.

23.    Nevertheless, Ms. Shanti's publication of the Instagram posts and the posts made on the "Exposing Family Cults" website caused special harm to Ms. Haygarth by damaging Ms. Haygarth's reputation and by causing other damages to be proven at trial.

## COUNT II – (False Light)

24.    Ms. Haygarth realleges and reincorporates by reference the allegations in paragraphs 1 through 23 of this Counterclaim.

25.    In publishing the Instagram posts and the posts made on the "Exposing Family Cults" website and making the statements identified herein, Ms. Shanti gave publicity to matters concerning Ms. Haygarth that placed Ms. Haygarth before the public in a false light.

26.    The false light in which Ms. Shanti placed Ms. Haygarth is highly offensive to a reasonable person.

27.    Ms. Shanti had knowledge or acted in reckless disregard as to the falsity of the publicized matter and the false light.

## COUNT III – (Punitive Damages)

28.    Ms. Haygarth realleges and reincorporates by reference the allegations in paragraphs 1 through 27 of this Counterclaim.

29.    The conduct of Ms. Shanti as alleged in the foregoing paragraphs was wanton and oppressive and was made with such malice as implies a spirit of mischief or criminal indifference to civil

obligations.

30.   Ms. Shanti's actions amount to willful misconduct and demonstrate an entire want of care, thereby raising the presumption that they acted with a conscious indifference to the consequences.

31.   Ms. Shanti had knowledge of, or acted in reckless disregard of, the falsity of the publicized matters and the false light.

32.   Ms. Haygarth is entitled to recover punitive damages against Ms. Shanti.

WHEREFORE, Ms. Haygarth requests:

   A. That Ms. Haygarth be awarded damages in an amount to be proven at trial.

   B. That Ms. Haygarth be awarded punitive damages in an amount to be determined at trial.

   C. An injunctive order compelling Ms. Shanti to remove from Instagram, the "Exposing Family Cults" website, and any other website all existing false and defamatory statements about Ms. Haygarth that she authored.

   D. That Ms. Haygarth be awarded other such relief as this Court deems proper.

Dated: Weyburn Saskatchewan, January __25__, 2023.

Paula Haygarth
PAULA HAYGARTH

**IN THE DISTRICT COURT OF THE FIFTH CIRCUIT**
**LIHUE DIVISION**
**STATE OF HAWAIʻI**

| | |
|---|---|
| Plaintiff<br>Paula Haygarth | |
| | Reserved for Court Use |
| | Civil No. |
| Defendant<br>Liani Shanti Enterprises, Liana Shanti | Defendant/Defendant's Attorney Name, Attorney Number, Firm Name (if applicable), Address, Telephone number<br>Jeffrey S. Portnoy, 1211, Christine E. Nowland, 11437, Cades Schutte a Limited Liability Law Partnership, 1000 Bishop Street, Suite 1200, Honolulu, Hawaii, 96813-4212, (808) 521-9200 |

**COUNTERCLAIM**

1. On or about  January (25), 2023 , Plaintiff owed money to Defendant as follows:
   (Attach continuation page, if necessary).
   Damages in an amount to be proven at trial, and punitive damages in an amount to be determined at trial.

2. Defendant asks for judgment against Plaintiff in the sum of $  Damages in an amount to be proven at trial  .
   In addition, the court may award court costs, interest and reasonable attorney's fees.

**CERTIFICATE OF SERVICE**

I certify that a copy of this Counterclaim was served on the Opposing Party or their attorney on (date)  January 25, 2023
by ☐ Hand-delivery or ☑ Mail at the following address:
   1000 Bishop Street, Suite 1200
   Honolulu, HI 96813-4212

| | |
|---|---|
| | Signature of Defendant/Defendant's Attorney: |
| Date: | Print/Type Name: |

**DECLARATION**

I have read this Counterclaim, know the contents and verify that the statements are true to my personal knowledge and belief. **I DECLARE UNDER PENALTY OF LAW THAT THE ABOVE IS TRUE AND CORRECT.**

| | |
|---|---|
| | Signature of Declarant: *Paula Haygarth* |
| Date:  January 25, 2023 | Print/Type Name:  Paula Haygarth |

In accordance with the Americans with Disabilities Act and other applicable state and federal laws, if you require an accommodation for a disability when working with a court program, service, or activity, please contact the District Court Administration Office at PHONE NO. 482-2347, FAX 482-2509, or TTY 482-2533 at least ten (10) working days before your proceeding, hearing, or appointment date. **For all Civil related matters, please call 482-2303 DC Civil Division or visit the Self Help Center at 3970 Kāʻana Street, Līhuʻe, Hawaiʻi 96766.**

I certify that this is a full, true, and correct copy of the original on file in this office.

**RESET FORM**

Clerk, District Court of the above Circuit, State of Hawaiʻi

RG-AC-508 (4/18)
(Rev. 1/23/2018)

5D-P-180
Form#5DC14

CADES SCHUTTE
A Limited Liability Law Partnership

**Electronically Filed**
**FIFTH CIRCUIT**
**5CCV-22-0000107**
**03-JUL-2025**
**10:51 AM**
**Dkt. 443 CAMD**

JEFFREY S. PORTNOY          1211
TROY C. YOUNG               11317
Cades Schutte Building
1000 Bishop Street, Suite 1200
Honolulu, HI  96813-4212
Telephone:  (808) 521-9200
Fax:  (808) 521-9210
Email:  jportnoy@cades.com
Email:  tcyoung@cades.com

Attorneys for Plaintiffs
LIFE MASTERY NETWORK LLC, a Nevada
limited liability company dba LIANA SHANTI
ENTERPRISES and LIANE WILSON, also known
in the community as LIANA SHANTI

IN THE CIRCUIT COURT OF THE FIFTH CIRCUIT

STATE OF HAWAI'I

| | |
|---|---|
| LIFE MASTERY NETWORK LLC, a Nevada limited liability company dba LIANA SHANTI ENTERPRISES and LIANE WILSON, also known in the community as LIANA SHANTI,<br><br>        Plaintiffs,<br><br>   v.<br><br>PAULA HAYGARTH, BYRON HORVATH, STEFANIE HORVATH, JANE DOES 2-10, and JOHN DOES 1-10,<br><br>        Defendants.<br><br>PAULA HAYGARTH and BYRON HORVATH,<br><br>        Counterclaimant,<br><br>   v.<br><br>LIANE WILSON, also known in the | CIVIL NO. 5CCV-22-0000107<br>(Other Civil Action)<br><br>**FIRST AMENDED COMPLAINT**<br><br><br>Judge: Hon. Kathleen N.A. Watanabe<br>Trial: December 15, 2025 |

**EXHIBIT D**

community as LIANA SHANTI,

                 Counterclaim
                 Defendant.

---

## FIRST AMENDED COMPLAINT

Plaintiffs LIFE MASTERY NETWORK LLC, a Nevada limited liability

company dba LIANA SHANTI ENTERPRISES and LIANE WILSON, also known in the

community as LIANA SHANTI ("***Ms. Shanti***") (collectively, "***Plaintiffs***"), by and through their

attorneys, Cades Schutte LLP, allege as follows:

**I.**           **PARTIES**

1.     Plaintiff Liana Shanti is a business coach and self-improvement educator residing

on the island of Kauai. Ms. Shanti has founded and operates numerous online educational

courses aimed toward improving her students' businesses, lifestyles, and overall wellness.

2.     Plaintiff Liana Shanti Enterprises is the corporate entity under which Ms. Shanti's

businesses operate, and is domiciled in Nevada.

3.     Defendant Paula Haygarth, upon information and belief, resides in the province of

Saskatchewan, Canada.

4.     Defendant Byron Horvath, upon information and belief, resides in the province of

Saskatchewan, Canada.

5.     Defendants JOHN DOES 1-10 and JANE DOES 1-10 are sued herein under

fictitious names for the reason that their true names and identities are presently unknown to

Plaintiffs except that they are connected in some manner with Defendants Paula Haygarth and

Byron Horvath and/or were in some manner presently unknown to Plaintiffs engaged in activities

alleged herein and/or were in some manner responsible for the injuries or damages to Plaintiffs

and/or were in some manner related to Defendants, and Plaintiffs will insert herein their true names and identities, capacities, activities and/or responsibilities when the same are ascertained.

## II.          JURISDICTION AND VENUE

6.      This Court has subject matter jurisdiction over the claims set forth in this Complaint pursuant to Hawaii Revised Statutes ("**HRS**") § 603-21.5.

7.       This Court has personal jurisdiction over Defendants pursuant to HRS § 634-35 as the tortious conduct alleged herein arose within this State.  Defendants are subject to the jurisdiction of this Court because the tortious conduct alleged herein occurred within this Circuit.

8.      The injurious consequences of Defendants' acts occurred within this State.

9.      Venue is appropriate in this Circuit pursuant to HRS § 603-36.

## III.        FACTS

10.     Defendants Paula Haygarth ("**Ms. Haygarth**"), Byron Horvath ("**Mr. Horvath**"), Jane Does 1 through 100, and John Does 1 through 100 (collectively, "**Defendants**") have leveled a series of false and damaging factual allegations, including but not limited to false allegations of human trafficking, extortion, fraud, and other alleged misconduct against Ms. Shanti and her businesses. These false allegations include but are not limited to the statements addressed below, each of which is false, defamatory, and paints Plaintiffs in a false light.

11.     Upon information and belief, Defendants created anonymous accounts on social media websites including Instagram, Reddit, and Cult Education Institute ("**CEI**") through which Defendants posted false and defamatory statements including those listed below.

12.     Defendants know that Ms. Shanti resides in Hawaii, have repeatedly posted that Ms. Shanti resides in Hawaii, and have posted false and defamatory statements on social media websites that are able to be viewed in Hawaii.

13.     Defendants' false and defamatory statements have injured Ms. Shanti's reputation in Hawaii.

14.     As a result of the torrent of false and defamatory statements that defendants have posted online, Ms. Shanti and her family have received death threats and threats of sexual assault.

15.     Ms. Shanti's businesses, including Liana Shanti Enterprises, have suffered as numerous clients have dropped out of Ms. Shanti's programs. These clients have informed Ms. Shanti that after having been contacted by Defendants online, they no longer wish to work with Ms. Shanti.

**A.          Instagram False Statements**

16.     On April 28, 2022, Defendants, under anonymous username "lianashanti_cult_recovery," stated, in a series of Instagram "stories," "[Liana] is a FAKE CON ARTIST MASTER MANIPULATOR FILTERED AVATAR PUPPET MASTER CULT LEADER."

17.     This statement contained false and defamatory statements, and painted Plaintiffs in a false light.

18.     On April 28, 2022, Defendants, under anonymous username "lianashanti_cult_recovery," stated, in a series of Instagram "stories," Ms. Shanti "is making money and is 'abundant' in a very '3D' way. EXTORTION."

19.     This statement is false and painted Plaintiffs in a false light.

20.     On September 24, 2022, Defendants, under anonymous username "lianashanti_cult_recovery," stated, in a series of Instagram "stories" titled "Informant info," Liana "coaches other woman on how to claim sexual/physical abuse against their partner."

21.     This statement contained false and defamatory statements, and painted Plaintiffs in a false light.

22.     On September 24, 2022, Defendants, under anonymous username "lianashanti_cult_recovery," stated, in a series of Instagram "stories" titled "Cat fish," "[Liana] really does encourage false police reports."

23.     This statement is false and painted Plaintiffs in a false light.

24.     On September 24, 2022, Defendants, under anonymous username "lianashanti_cult_recovery," stated, in a series of Instagram "stories," "[Ms. Shanti] funnel[s] investors money out of Canada into Florida where theyre using a state tax loophole to fund their mansion and cult."

25.     This statement contained false and defamatory statements, and painted Plaintiffs in a false light.

**B.       Reddit False Statements**

26.     In May of 2022, Defendants, under anonymous username "u/Liana_shanti_cult369" posted a "subreddit" titled "The Shanti Summary."

27.     In "The Shanti Summary," Defendants stated, "[Ms. Shanti's] programs are heavily rooted in traditional psychology but use programming and undue influence, societal pressures and private groups to extort women into disconnecting from their families, friends and spouses in order to truly 'heal'."

28.     This statement is false and painted Plaintiffs in a false light.

29.     In "The Shanti Summary," Defendants stated, "Over the past 6 months, [Ms. Shanti] has influenced at least 2 dozen women and their children to leave their 'Nazi' States/Countries and families (regardless of custody orders) and flee, primarily to the United

States. We know of at least one woman who attempted to kidnap her children and cross the border from Canada into the United States."

30.    This statement is false and painted Plaintiffs in a false light.

31.    In "The Shanti Summary," Defendants stated, "[a] couple of experts we have consulted with have concluded this is likely an online version of human and child trafficking with the end goal of having a large compound in the USA (Florida), built and maintained by her followers (for free)."

32.    This statement contained false and defamatory statements, and painted Plaintiffs in a false light.

33.    In or around October of 2022, Defendants, under anonymous username "Salt-Health6213," stated, "[Ms. Shanti] literally robs her students and thrives from making sure her 'students' stay stuck. Her programs are all copied and none of the content is hers - it's stolen material from other people. She expects people to worship her and if they don't, she kicks them out of her 'groups' and still takes their money."

34.    This statement is false and painted Plaintiffs in a false light.

35.    In or around September of 2022, Defendants, under anonymous username, "u/Liana_shanti_cult369" stated, "the possible crimes committed by her followers as a result of Liana's narratives and coaching techniques online deem her a potential accomplice[.]"

36.    This statement is false and painted Plaintiffs in a false light.

37.    In or around May of 2022, Defendants, under anonymous username "Alarmed_Aspect1678," stated, "[Ms. Shanti] was working on scamming and manipulating [a person] out of all his money and then take off somewhere. The B**** used the kids to manipulate him and then accuse him of the worst possible things with the kids."

38.    This statement is false and painted Plaintiffs in a false light.

- 6 -

**C.**          **Facebook False Statements**

39.      On May 9, 2022, Paula Haygarth published a link to the subreddit "The Shanti Summary" on her personal Facebook page, thereby republishing the false and defamatory Reddit statements described in section III(B) of this Complaint.

**D.**          **CEI False Statements**

40.      On May 9, 2022, Defendants, under anonymous username "lianarecovery," stated, "[Ms. Shanti] created (plagiarized) a number of health protocols[.]"

41.      This statement is false and painted Plaintiffs in a false light.

42.      On May 9, 2022, Defendants, under anonymous username "lianarecovery," stated, "[Ms. Shanti's] programs are heavily rooted in traditional psychology but use thought programming and undue influence, social pressure and side groups to extort women."

43.      This statement contained false and defamatory statements, and painted Plaintiffs in a false light.

44.      On May 9, 2022, Defendants, under anonymous username "lianarecovery," stated, "[Ms. Shanti] influence[s] women to leave their husbands, file for sole custody, and go no contact with them or any other family member … We have been inundated with stories from fathers of their wives and ex wives violating custody orders and preventing them from seeing their children[.]"

45.      This statement is false and painted Plaintiffs in a false light.

46.      On May 9, 2022, Defendants, under anonymous username "lianarecovery," stated, "[Liana] has influenced at least 2 dozen women and their children to pick up and leave their states/countries and families (regardless of custody decisions) and move - primarily to the United States. We know of at least one woman who attempted to kidnap her children and cross the border from Canada into the United States."

47.     This statement is false and painted Plaintiffs in a false light.

48.     On May 9, 2022, Defendants, under anonymous username "lianarecovery," stated, "[an] expert we consulted has called this an online version of human and child trafficking."

49.     This statement contained false and defamatory statements, and painted Plaintiffs in a false light.

50.     On May 9, 2022, Defendants, under anonymous username "lianarecovery," stated, "Liana cherry picks her cult psychology from [Jonestown, Heavens Gate, and Waco]."

51.     This statement contained false and defamatory statements, and painted Plaintiffs in a false light.

52.     On September 9, 2022, Defendants, under anonymous username "WhiteKnight," stated, "[o]nce a follower has been removed from the group, there have been instances of public shaming by releasing 'personal details' to humiliate that individual and intimidate others. Liana makes false and outrageous claims regarding having personal IP information revealing location details for her critics[.]"

53.     This statement is false and painted Plaintiffs in a false light.

**E.          Further Allegations**

54.     Byron Horvath, through his wife, Stefanie Horvath, and Paula Haygarth engaged with an anonymous group known as the Liana Shanti Cult Recovery Team.

55.     Byron Horvath, through his wife, Stefanie Horvath, and Paula Haygarth participated with the Liana Shanti Cult Recovery Team in a smear campaign against Plaintiffs which involved, inter alia, the submission of false and/or misleading statements in a federal case, i.e., *United States of America v. Liane Wilson*; Case 1:19-cr-00105-SOM; United States District Court for the District of Hawaii, and which caused damage to Plaintiffs.

56.     Byron Horvath, through the assistance of his wife, Stefanie Horvath, submitted a letter directed to the Honorable Susan Oki Mollway in *United States of America v. Liane Wilson*; Case 1:19-cr-00105-SOM; United States District Court for the District of Hawaii which contained false and misleading statements, painted Plaintiffs in a false light, and damaged Plaintiffs.

57.     Paula Haygarth submitted a letter directed to the Honorable Susan Oki Mollway in *United States of America v. Liane Wilson*; Case 1:19-cr-00105-SOM; United States District Court for the District of Hawaii which contained false and misleading statements, painted Plaintiffs in a false light, and damaged Plaintiffs.

<u>**COUNT I- (Defamation – Libel)**</u>

58.     Plaintiffs reallege and reincorporate by reference the allegations in the preceding paragraphs of this First Amended Complaint.

59.     The Instagram, Reddit, Facebook, and CEI posts each contain false and defamatory statements regarding Plaintiffs.

60.     The Instagram, Reddit, Facebook, and CEI posts further contain false and defamatory imputations made by way of innuendo, by figure of speech, by expressions of belief, by allusion, or by irony or satire that convey to the ordinary listener defamatory meanings.

61.     Defendants acted with actual malice and/or with reckless or negligent disregard for the truth of the statements in the Instagram, Reddit, Facebook, and CEI posts in distributing the statements.

62.     The defamatory statements in the Instagram, Reddit, Facebook, and CEI posts are actionable irrespective of special harm and constitute libel per se.

63.     Nevertheless, Defendants' publication of the Instagram, Reddit, Facebook, and CEI posts caused special harm to Plaintiffs by damaging Plaintiffs' reputations, by impeding

their ability to conduct business in Hawaii and in other states, and by causing other damages to be proven at trial.

## **COUNT II – (False Light)**

64.     Plaintiffs reallege and reincorporate by reference the allegations in the preceding paragraphs of this First Amended Complaint.

65.     In publishing the Instagram, Reddit, Facebook, CEI posts, and above-referenced letters, and making the statements identified herein, Defendants gave publicity to matters concerning Plaintiffs that placed Plaintiffs before the public in a false light.

66.     The false light in which Defendants placed Plaintiffs is highly offensive to a reasonable person.

67.     Defendants had knowledge or acted in reckless disregard as to the falsity of the publicized matter and the false light.

## **COUNT III – (Intentional/Negligent Infliction of Emotional Distress)**

68.     Plaintiffs reallege and reincorporate by reference the allegations in the preceding paragraphs of this First Amended Complaint.

69.     At all relevant times described herein, Defendants owed a duty to Ms. Shanti to act reasonably under the circumstances, including a duty to refrain from conduct that would cause intentional/negligent infliction of emotional distress.  Defendants breached this duty owed to Ms. Shanti.

70.     Defendants knew or should have known that the statements contained herein, including but not limited to the letters described above that were submitted in federal court to Judge Mollway, were false and/or otherwise misleading.

71.     Defendants' conduct is outrageous and exceeds all reasonable bounds of decency.

72.     Defendants' wrongful and outrageous conduct constitutes intentional/negligent infliction of emotional distress.

73.     As a direct and proximate result of Defendants' wrongful conduct, Ms. Shanti has suffered and will continue to suffer serious pain and suffering, mental anguish, emotional distress, loss of quality of life, loss of enjoyment of life, loss of income, economic loss, and expenses, and Ms. Shanti is therefore entitled to recover special, general, and/or punitive damages in such amounts as shall be shown at trial.

### COUNT IV – (Civil Conspiracy)

74.     Plaintiffs reallege and reincorporate by reference the allegations in the preceding paragraphs of this First Amended Complaint.

75.     Byron Horvath, through his wife, Stefanie Horvath, and Paula Haygarth, conspired with the Liana Shanti Cult Recovery Team in a smear campaign against Plaintiffs which involved, *inter alia*, the submission of false and/or misleading statements in a federal case, i.e., *United States of America v. Liane Wilson*; Case 1:19-cr-00105-SOM; United States District Court for the District of Hawaii.

76.     Said conspirators had a criminal or unlawful purpose for their concerted action described herein and/or otherwise engaged in criminal or unlawful means to accomplish the objective of harming Ms. Shanti's reputation in her community and causing financial harms to her businesses.

### COUNT V – (Punitive Damages)

77.     Plaintiffs reallege and reincorporate by reference the allegations in the preceding paragraphs of this First Amended Complaint.

- 11 -

78.     The conduct of Defendants as alleged in the foregoing paragraphs was wanton and oppressive and was made with such malice as implies a spirit of mischief or criminal indifference to civil obligations.

79.     Defendants' actions amount to willful misconduct and demonstrate an entire want of care, thereby raising the presumption that they acted with a conscious indifference to the consequences.

80.     Defendants had knowledge of, or acted in reckless disregard of, the falsity of the publicized matters and the false light.

81.     Defendants distributed the Instagram, Reddit, Facebook, and CEI posts to others without privilege and in bad faith.

82.     Plaintiffs are entitled to recover punitive damages against Defendants.

WHEREFORE, Plaintiffs request:

A.     That Plaintiffs be awarded damages in an amount to be proven at trial.

B.     That Plaintiffs be awarded punitive damages in an amount to be determined at trial.

C.     An injunctive order compelling Defendants to remove from Instagram, Facebook, Reddit, CEI, and any other website all existing false and defamatory statements about Plaintiffs that they have authored.

D.     That Plaintiffs be awarded the attorney's fees and costs incurred in filing and maintaining this lawsuit.

E.     That Plaintiffs be awarded other such relief as this Court deems proper.

//

//

//

DATED:  Honolulu, Hawaii, July 3, 2025.

CADES SCHUTTE LLP

*/s/ Jeffrey S. Portnoy*
JEFFREY S. PORTNOY
TROY C. YOUNG

Attorneys for Plaintiffs
LIFE MASTERY NETWORK LLC, a Nevada limited
liability company dba LIANA SHANTI ENTERPRISES
and LIANE WILSON, also known in the community as
LIANA SHANTI

# NOTICE OF ELECTRONIC FILING

**Electronically Filed**
**FIFTH CIRCUIT**
**5CCV-22-0000107**
**03-JUL-2025**
**10:51 AM**
**Dkt. 444 NEF**

An electronic filing was submitted in Case Number 5CCV-22-0000107. You may review the filing through the Judiciary Electronic Filing System. Please monitor your email for future notifications.

| | |
|---|---|
| **Case ID:** | 5CCV-22-0000107 |
| **Title:** | LIFE MASTERY NETWORK LLC, a Nevada limited liability company, d/b/a LIANA SHANTI ENTERPRISES and LIANE WILSON, also known in the community as LIANA SHANTI vs PAULA HAYGARTH, BYRON HORVATH, STEFANIE HAOVATH JANE DOES 2-10, and JOHN DOES 1-10, |
| **Filing Date / Time:** | THURSDAY, JULY 3, 2025 10:51:41 AM |
| **Filing Parties:** | Jeffrey Portnoy |
| | Troy Young |
| **Case Type:** | Circuit Court Civil |
| **Lead Document(s):** | |
| **Supporting Document(s):** | 443-Complaint Amended |
| **Document Name:** | 443-First Amended Complaint |

If the filing noted above includes a document, this Notice of Electronic Filing is service of the document under the Hawai`i Electronic Filing and Service Rules.

---

This notification is being electronically mailed to:

Troy Young *( tcyoung@cades.com )*

Jeffrey S. Portnoy *( jportnoy@cades.com )*

Laura Pavloff Moritz *( laura.moritz@dentons.com )*

Louise K.Y. Ing *( louise.ing@dentons.com )*

Kathleen N. A. Watanabe *( kathleen.n.watanabe@courts.hawaii.gov )*

The following parties need to be conventionally served:

Stefanie Horvath

CADES SCHUTTE
A Limited Liability Law Partnership

Electronically Filed
FIFTH CIRCUIT
5CCV-22-0000107
08-JUL-2025
03:26 PM
Dkt. 447 SUMM

JEFFREY S. PORTNOY          1211
TROY C. YOUNG              11317
Cades Schutte Building
1000 Bishop Street, Suite 1200
Honolulu, HI  96813-4212
Telephone:  (808) 521-9200
Fax:  (808) 521-9210
Email:  jportnoy@cades.com
Email:  tcyoung@cades.com

Attorneys for Plaintiffs
LIFE MASTERY NETWORK LLC, a Nevada
limited liability company dba LIANA SHANTI
ENTERPRISES and LIANE WILSON, also known
in the community as LIANA SHANTI

IN THE CIRCUIT COURT OF THE FIFTH CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| LIFE MASTERY NETWORK LLC, a Nevada limited liability company dba LIANA SHANTI ENTERPRISES and LIANE WILSON, also known in the community as LIANA SHANTI,<br><br>Plaintiffs,<br><br>v.<br><br>PAULA HAYGARTH; BYRON HORVATH; STEFANIE HORVATH; JANE DOES 2-10; and JOHN DOES 1-10,<br><br>Defendants. | CIVIL NO. 5CCV-22-0000107 (Other Civil Action)<br><br>**FIRST AMENDED SUMMONS**<br><br>Judge: Hon. Kathleen N.A. Watanabe<br>Trial: December 15, 2025 |
| PAULA HAYGARTH and BYRON HORVATH,<br><br>Counterclaimant,<br><br>v.<br><br>LIANE WILSON, also known in the | |

**EXHIBIT E**

community as LIANA SHANTI,

                    Counterclaim
                    Defendant.

---

## **FIRST AMENDED SUMMONS**

To:    PAULA HAYGARTH, BYRON HORVATH, STEFANIE HORVATH, JANE DOES 2-10, and JOHN DOES 1-10

YOU ARE HEREBY NOTIFIED THAT the above-named Plaintiffs have commenced an action in Civil No. 5CCV-22-0000107 in the Circuit Court of the Fifth Circuit of the State of Hawaii, wherein they pray for judgment in an amount to be shown at trial.

YOU ARE HEREBY SUMMONED and required to file with the court and serve upon Plaintiffs' counsel, Jeffrey S. Portnoy and Troy C. Young of Cades Schutte LLP, whose address is 1000 Bishop Street, Suite 1200, Honolulu, HI 96813, an answer to the First Amended Complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the date of service.  If you fail to do so, judgment by default will be rendered against you for the relief demanded in the First Amended Complaint.

This summons shall not be personally delivered between 10:00 p.m. and 6:00 a.m. on premises not open to the general public, unless a judge of the above-entitled court permits, in writing on this summons, personal delivery during those hours.

A failure to obey this summons may result in an entry of default and default judgment against the disobeying person or party.

//

//

//

//

- 4 -

In accordance with the Americans with Disabilities Act, and other applicable state and federal laws, if you require a reasonable accommodation for a disability, please contact the ADA Coordinator at the Fifth Circuit Court Administration Office at PHONE NO. 482-2347, FAX 482-2509.

DATED: _____Lihue_____, Hawaii, ___July 08, 2025_____.

_____ /s/ Jondi Dotario

CLERK, FIFTH CIRCUIT COURT

_____
*Life Mastery Network LLC, et al. v. Paula Haygarth, et al.*; Civil No. 5CCV-22-0000107; Circuit Court of the Fifth Circuit, State of Hawaiʻi; **FIRST AMENDED SUMMONS**

# NOTICE OF ELECTRONIC FILING

**Electronically Filed
FIFTH CIRCUIT
5CCV-22-0000107
08-JUL-2025
03:26 PM
Dkt. 448 NEF**

An electronic filing was submitted in Case Number 5CCV-22-0000107. You may review the filing through the Judiciary Electronic Filing System. Please monitor your email for future notifications.

| | |
|---|---|
| **Case ID:** | 5CCV-22-0000107 |
| **Title:** | LIFE MASTERY NETWORK LLC, a Nevada limited liability company, d/b/a LIANA SHANTI ENTERPRISES and LIANE WILSON, also known in the community as LIANA SHANTI vs PAULA HAYGARTH, BYRON HORVATH, STEFANIE HAOVATH JANE DOES 2-10, and JOHN DOES 1-10, |
| **Filing Date / Time:** | TUESDAY, JULY 8, 2025 03:26:50 PM |
| **Filing Parties:** | COURT FILED BY COURT |
| **Case Type:** | Circuit Court Civil |
| **Lead Document(s):** | |
| **Supporting Document(s):** | 447-Summons |
| **Document Name:** | 447-First Amended Summons |

If the filing noted above includes a document, this Notice of Electronic Filing is service of the document under the Hawai`i Electronic Filing and Service Rules.

---

This notification is being electronically mailed to:

Troy Young *( tcyoung@cades.com )*

Jeffrey S. Portnoy *( jportnoy@cades.com )*

Laura Pavloff Moritz *( laura.moritz@dentons.com )*

Louise K.Y. Ing *( louise.ing@dentons.com )*

Kathleen N. A. Watanabe *( kathleen.n.watanabe@courts.hawaii.gov )*

The following parties need to be conventionally served:

Stefanie Horvath

CADES SCHUTTE
A Limited Liability Law Partnership

JEFFREY S. PORTNOY          1211
TROY C. YOUNG               11317
Cades Schutte Building
1000 Bishop Street, Suite 1200
Honolulu, HI  96813-4212
Telephone:  (808) 521-9200
Fax:  (808) 521-9210
Email:  jportnoy@cades.com
Email:  tcyoung@cades.com

**Electronically Filed**
**FIFTH CIRCUIT**
**5CCV-22-0000107**
**11-JUL-2025**
**10:05 AM**
**Dkt. 449 AS**

Attorneys for Plaintiffs
LIFE MASTERY NETWORK LLC, a Nevada
limited liability company dba LIANA SHANTI
ENTERPRISES and LIANE WILSON, also known
in the community as LIANA SHANTI

## IN THE CIRCUIT COURT OF THE FIFTH CIRCUIT

## STATE OF HAWAII

| | |
|---|---|
| LIFE MASTERY NETWORK LLC, a Nevada limited liability company dba LIANA SHANTI ENTERPRISES and LIANE WILSON, also known in the community as LIANA SHANTI, | CIVIL NO. 5CCV-22-0000107 (Other Civil Action) |
| Plaintiffs, | **ACKNOWLEDGMENT AND ACCEPTANCE OF SERVICE** |
| v. | [RE: FIRST AMENDED COMPLAINT, FILED JULY 3, 2025 AS DKT. 443]] |
| PAULA HAYGARTH; BYRON HORVATH; STEFANIE HORVATH; JANE DOES 2-10; and JOHN DOES 1-10, | Judge: Hon. Kathleen N.A. Watanabe Trial: December 15, 2025 |
| Defendants. | |
| PAULA HAYGARTH and BYRON HORVATH, | |
| Counterclaimant, | |
| v. | |
| LIANE WILSON, also known in the | |

**EXHIBIT F**

community as LIANA SHANTI,

                 Counterclaim
                 Defendant.

## ACKNOWLEDGMENT AND ACCEPTANCE OF SERVICE

      I, LAURA P. MORITZ of DENTONS US LLP, counsel for Defendants PAULA

HAYGARTH, BYRON HORVATH, and STEFANIE HORVATH (collectively, "Defendants")

in the above-captioned action, pursuant to my authorization by Defendants as their counsel under

Haw. R. Civ. P. 4(d), have received and accepted on behalf of Defendants, a certified copy of the

FIRST AMENDED COMPLAINT, filed herein on July 3, 2025 [Dkt. 443] and FIRST

AMENDED SUMMONS, filed herein on July 8, 2025 [Dkt. 447].

      DATED:  Honolulu, Hawaii, July 9, 2025.


                               LAURA P. MORITZ

                               Attorney for Defendants
                               PAULA HAYGARTH, BYRON HORVATH,
                               and STEFANIE HORVATH

Stacey Cameron
Stacey Cameron
ALL CIVIL PROCESS
1050 BISHOP ST. , STE 543
HONOLULU, HI 96813
(808) 744-3210

# NOTICE OF ELECTRONIC FILING

**Electronically Filed
FIFTH CIRCUIT
5CCV-22-0000107
11-JUL-2025
10:05 AM
Dkt. 450 NEF**

An electronic filing was submitted in Case Number 5CCV-22-0000107. You may review the filing through the Judiciary Electronic Filing System. Please monitor your email for future notifications.

|  |  |
|---|---|
| **Case ID:** | 5CCV-22-0000107 |
| **Title:** | LIFE MASTERY NETWORK LLC, a Nevada limited liability company, d/b/a LIANA SHANTI ENTERPRISES and LIANE WILSON, also known in the community as LIANA SHANTI vs PAULA HAYGARTH, BYRON HORVATH, STEFANIE HAOVATH JANE DOES 2-10, and JOHN DOES 1-10, |
| **Filing Date / Time:** | FRIDAY, JULY 11, 2025 10:05:33 AM |
| **Filing Parties:** | Liani Shanti Enterprises |
|  | Life Mastery Network LLC |
|  | Liana Shanti |
| **Case Type:** | Circuit Court Civil |
| **Lead Document(s):** | |
| **Supporting Document(s):** | 449-Acknowledgment of Service |
| **Document Name:** | 449-Acknowledgment and Acceptance of Service |

If the filing noted above includes a document, this Notice of Electronic Filing is service of the document under the Hawai`i Electronic Filing and Service Rules.

---

This notification is being electronically mailed to:

Troy Young *( tcyoung@cades.com )*

Jeffrey S. Portnoy *( jportnoy@cades.com )*

Laura Pavloff Moritz *( laura.moritz@dentons.com )*

Louise K.Y. Ing *( louise.ing@dentons.com )*

Kathleen N. A. Watanabe *( kathleen.n.watanabe@courts.hawaii.gov )*

The following parties need to be conventionally served:

Stefanie Horvath

CADES SCHUTTE
A Limited Liability Law Partnership

JEFFREY S. PORTNOY          1211
TROY C. YOUNG               11317
Cades Schutte Building
1000 Bishop Street, Suite 1200
Honolulu, HI  96813-4212
Telephone:  (808) 521-9200
Fax:  (808) 521-9210
Emails: jportnoy@cades.com
        tcyoung@cades.com

Attorneys for Plaintiffs/Counterclaim Defendants
LIFE MASTERY NETWORK LLC, a Nevada
limited liability company dba LIANA SHANTI
ENTERPRISES and LIANE WILSON, also known
in the community as LIANA SHANTI

IN THE CIRCUIT COURT OF THE FIFTH CIRCUIT

STATE OF HAWAI'I

| | |
|---|---|
| LIFE MASTERY NETWORK LLC, a Nevada limited liability company dba LIANA SHANTI ENTERPRISES and LIANE WILSON, also known in the community as LIANA SHANTI,<br><br>        Plaintiffs/Counterclaim Defendants,<br><br>   v.<br><br>PAULA HAYGARTH, BYRON HORVATH, JANE DOES 1-10, and JOHN DOES 1-10,<br><br>        Defendants/Counter-claimants. | CIVIL NO. 5CCV-22-0000107 (Other Civil Action)<br><br>**PLAINTIFF/COUNTERCLAIM DEFENDANT LIANE WILSON'S RESPONSE TO DEFENDANT/ COUNTERCLAIMANT PAULA HAYGARTH'S FIRST REQUEST FOR ANSWERS TO INTERROGATORIES DATED DECEMBER 5, 2023** |

**EXHIBIT G**

**PLAINTIFF/COUNTERCLAIM DEFENDANT LIANE WILSON'S
RESPONSE TO DEFENDANT/COUNTERCLAIMANT
PAULA HAYGARTH'S FIRST REQUEST FOR ANSWERS TO
INTERROGATORIES DATED DECEMBER 5, 2023**

Plaintiff/Counterclaim Defendant LIANE WILSON ("**Plaintiff**"), by and through her counsel, Cades Schutte LLP, hereby submits her Response to Defendant/Counterclaimant PAULA HAYGARTH's (hereinafter, "**Defendant**") First Request for Answers to Interrogatories dated December 5, 2023 (the "**Request**") as follows:

1.    Plaintiff objects to the Request to the extent it seeks to impose burdens or obligations greater than the requirements of Rules 26 and 33 of the Hawai'i Rules of Civil Procedure.  Plaintiff will follow the Rules of Civil Procedure.

2.    Plaintiff objects to the Request to the extent the interrogatories are overly broad, duplicative, vague, and ambiguous, unduly burdensome, oppressive, or seek information that is not relevant and not reasonably calculated to lead to the discovery of admissible evidence.

3.    Plaintiff objects to the Request to the extent the interrogatories seek information that is protected by the attorney-client privilege, the attorney work product rule, or any other applicable privilege, and it reserves the right to withhold privileged documents and materials.

4.    Plaintiff objects to the Request, including its definitions, to the extent that it purports to require information not within Plaintiff's custody, possession, or control, or seeks information that is not within Plaintiff's knowledge.  Plaintiff will follow the Rules of Civil Procedure.

5.    Plaintiff objects to the Request to the extent that discovery and investigation are ongoing, and she reserves the right to revise and/or supplement her response as discovery continues, or if she finds inadvertent omissions or errors have been made.

6.    Plaintiff objects to the Request as premature, including to the extent it seeks

documents or answers that include expert material. Plaintiff expressly reserves the right to supplement, clarify, revise, or correct any or all responses to the Request, and to assert additional objections or privileges, in one or more subsequent supplemental response(s) in accordance with the time period for exchanging expert reports set by the Court.

7.     Plaintiff objects to the Request to the extent it calls for a legal conclusion and invades the province of the trier of fact. *See* Haw. Rev. Stat. § 663-1.54(c) ("The determination of whether a risk is inherent or not is for the trier of fact."); *see also* HRCP Rule 33(c) ("[T]he court may order . . . an interrogatory need not be answered until after designated discovery has been completed or until a pre-trial conference or other later time.").

8.     The answers attached hereto are each specifically subject to the foregoing objections. All objections made in this response to the Request have been made by Plaintiff's counsel and the signature below shall take the place of a signature after each and every objection made.

9.     Plaintiff reserves her right to supplement her response to the Request in accordance with Rule 26(e) of the Hawai'i Rules of Civil Procedure.

DATED:  Honolulu, Hawai'i, March 12, 2024.

CADES SCHUTTE
A Limited Liability Law Partnership


*/s/ Jeffrey S. Portnoy*
JEFFREY S. PORTNOY
TROY C. YOUNG

Attorneys for Plaintiffs/Counterclaim Defendants
LIFE MASTERY NETWORK LLC, a Nevada
limited liability company dba LIANA SHANTI
ENTERPRISES and LIANE WILSON, also known
in the community as LIANA SHANTI

19.  With respect each item of damages You seek to recover from Ms. Haygarth, please:

    a.  Identify each item of damages You seek against Ms. Haygarth in Your Complaint.

    b.  All facts supporting Your claim for each such item of damages, including but not limited to all facts supporting Your claim that Ms. Haygarth caused You such damages.

    c.  Identify all Persons with knowledge or information about each such fact.

**ANSWER:**
**Objection: Plaintiff objects to this request on the grounds that it is unduly burdensome. Plaintiff further objects to the request to the extent it asks Plaintiff to provide the "equivalent of a narrative account of [her] case, including every evidentiary fact, details of testimony of supporting witnesses, and the contents of supporting documents." *Deakin v. Magellan Health, Inc.*, 340 F.R.D. 424, 437-38 (D.N.M. 2022) (quoting *Lucero v. Valdez*, 240 F.R.D. 591, 594 (D.N.M. 2007)).**

*Troy C. Young*
_____
**JEFFREY S. PORTNOY**
**TROY C. YOUNG**

**Without waiving said objections, Plaintiff responds as follows:**

**Financial Damages to My Business: $5,550,000 (loss of sales, loss of ability to continue creating programs, loss of growth rate and expansion, debilitating PTSD preventing virtually ANY work, sales promotions, launches of programs and marketing).**

**Legal Fees: Defamation Suit plus additional $15,000 incurred as a result of having to answer to the lies from their concerted effort to harass the federal court in my bankruptcy case. Having to "prove" that these were all lies, as they turned out to be. Created the narrative that my business was fraudulent. Yes it was determined not to be, but in the interim costs both financial and emotional were significant.**

**Protection: $75,000 protection services and security measures upon receiving death threats and Paula writing about me on reddit disclosing my home address.**

**$15,000 expenses incurred in leaving the island and sheltering my family from the attacks and threats to come to the island to harm my family.**

**Emotional Distress, Severe Pain, Fear and Suffering: $2,000,000 took a toll on my entire family in devastating ways, including emotional distress for both of my children.**

**Discovery is ongoing and Plaintiff reserves her right to supplement her response to**

**this interrogatory.**

## <u>VERIFICATION</u>

STATE OF ~~HAWAII~~ Florida        )

)        SS:

COUNTY OF ___Palm Beach___        )


    I, LIANE WILSON, also known as LIANA SHANTI, being first duly sworn upon oath, deposes and says that the foregoing answers to interrogatories are true and correct to the best of my knowledge and belief.


*Liane Wilson*
_____

LIANE WILSON

also known as LIANA SHANTI


Subscribed and sworn to before me

this ___15th___ day of ___March___, 20 _24_.

He/She/They is/are __ Personally Known OR _X_ Produced _driver's license_, as identification.

_____

Notary Public, State of ___Florida___

_____

Eglarine Harrison

Printed Name of Notary

My commission expires: ___10/11/2025___

EGLARINE HARRISON
Notary Public - State of Florida
Commission # HH146993
Expires on October 11, 2025

    Notarized remotely online using communication technology via Proof.

CADES SCHUTTE
A Limited Liability Law Partnership

JEFFREY S. PORTNOY                1211
TROY C. YOUNG                         11317
Cades Schutte Building
1000 Bishop Street, Suite 1200
Honolulu, HI  96813-4212
Telephone:  (808) 521-9200
Fax:  (808) 521-9210
Email:  jportnoy@cades.com
          tcyoung@cades.com

Attorneys for Plaintiffs/Counterclaim Defendants
LIFE MASTERY NETWORK LLC, a Nevada
limited liability company dba LIANA SHANTI
ENTERPRISES and LIANE WILSON, also known
in the community as LIANA SHANTI

IN THE CIRCUIT COURT OF THE FIFTH CIRCUIT

✔

STATE OF HAWAI'I

| | |
|---|---|
| LIFE MASTERY NETWORK LLC, a Nevada limited liability company dba LIANA SHANTI ENTERPRISES and LIANE WILSON, also known in the community as LIANA SHANTI,<br><br>             Plaintiffs/Counterclaim Defendants,<br><br>    v.<br><br>PAULA HAYGARTH, BYRON HORVATH, JANE DOES 1-10, and JOHN DOES 1-10,<br><br>             Defendants/Counter-claimants. | CIVIL NO. 5CCV-22-0000107<br>(Other Civil Action)<br><br><br>**PLAINTIFF/COUNTERCLAIM DEFENDANT LIANE WILSON'S RESPONSE TO DEFENDANT/ COUNTERCLAIMANT BYRON HORVATH'S FIRST REQUEST FOR ANSWERS TO INTERROGATORIES DATED DECEMBER 7, 2023** |

**EXHIBIT H**

**PLAINTIFF/COUNTERCLAIM DEFENDANT LIANE WILSON'S
RESPONSE TO DEFENDANT/COUNTERCLAIMANT
BYRON HORVATH'S FIRST REQUEST FOR ANSWERS TO
INTERROGATORIES DATED DECEMBER 7, 2023**

Plaintiff/Counterclaim Defendant LIANE WILSON (hereinafter "**Plaintiff**"), by and through her counsel, Cades Schutte LLP, hereby submits her Response to Defendant/Counterclaimant BYRON HORVATH's (hereinafter, "**Defendant**") First Request for Answers to Interrogatories dated December 7, 2023 (the "**Request**") as follows:

1.　Plaintiff objects to the Request to the extent it seeks to impose burdens or obligations greater than the requirements of Rules 26 and 33 of the Hawaiʻi Rules of Civil Procedure.  Plaintiff will follow the Rules of Civil Procedure.

2.　Plaintiff objects to the Request to the extent the interrogatories are overly broad, duplicative, vague and ambiguous, unduly burdensome, oppressive, or seek information that is not relevant and not reasonably calculated to lead to the discovery of admissible evidence.

3.　Plaintiff objects to the Request to the extent the interrogatories seek information that is protected by the attorney-client privilege, the attorney work product rule, or any other applicable privilege, and she reserves the right to withhold privileged documents and materials.

4.　Plaintiff objects to the Request, including its definitions, to the extent that it purports to require information not within Plaintiff's custody, possession, or control, or seeks information that is not within Plaintiff's knowledge.  Plaintiff will follow the Rules of Civil Procedure.

5.　Plaintiff objects to the Request to the extent that discovery and investigation are ongoing, and she reserves the right to revise and/or supplement her response as discovery continues, or if she finds inadvertent omissions or errors have been made.

6.　Plaintiff objects to the Request as premature, including to the extent it seeks

documents or answers that include expert material. Plaintiff expressly reserves the right to supplement, clarify, revise, or correct any or all responses to the Request, and to assert additional objections or privileges, in one or more subsequent supplemental response(s) in accordance with the time period for exchanging expert reports set by the Court.

7.    Plaintiff objects to the Request to the extent it calls for a legal conclusion and invades the province of the trier of fact.  *See* Haw. Rev. Stat. § 663-1.54(c) ("The determination of whether a risk is inherent or not is for the trier of fact."); *see also* HRCP Rule 33(c) ("[T]he court may order . . . an interrogatory need not be answered until after designated discovery has been completed or until a pre-trial conference or other later time.").

8.    The answers attached hereto are each specifically subject to the foregoing objections. All objections made in this response to the Request have been made by Plaintiff's counsel and the signature below shall take the place of a signature after each and every objection made.

9.    Plaintiff reserves her right to supplement her response to the Request in accordance with Rule 26(e) of the Hawai'i Rules of Civil Procedure.

DATED:  Honolulu, Hawai'i, March 12, 2024.

CADES SCHUTTE
A Limited Liability Law Partnership


*/s/ Jeffrey S. Portnoy*
JEFFREY S. PORTNOY
TROY C. YOUNG

Attorneys for Plaintiffs/Counterclaim Defendants
LIFE MASTERY NETWORK LLC, a Nevada
limited liability company dba LIANA SHANTI
ENTERPRISES and LIANE WILSON, also known
in the community as LIANA SHANTI

27.   With respect each item of damages You seek to recover from Mr. Horvath, please:

a.   Identify each item of damages You seek against Mr. Horvath in Your Complaint.

b.   All facts supporting Your claim for each such item of damages, including but not limited to all facts supporting Your claim that Mr. Horvath caused You such damages.

c.   Identify all Persons with knowledge or information about each such fact and each such item of damages.

**ANSWER:**
**Objection: Plaintiff objects to this request on the grounds that it is unduly burdensome. Plaintiff further objects to the request to the extent it asks Plaintiff to provide the "equivalent of a narrative account of [her] case, including every evidentiary fact, details of testimony of supporting witnesses, and the contents of supporting documents." *Deakin v. Magellan Health, Inc.*, 340 F.R.D. 424, 437-38 (D.N.M. 2022) (quoting *Lucero v. Valdez*, 240 F.R.D. 591, 594 (D.N.M. 2007)).**

*Troy C. Young*
_____
**JEFFREY S. PORTNOY**
**TROY C. YOUNG**

**Financial Damages to My Business: $5,550,000 (loss of sales, loss of ability to continue creating programs, loss of growth rate and expansion, debilitating PTSD preventing virtually ANY work, sales promotions, launches of programs and marketing).**

**Legal Fees: Defamation Suit plus additional $15,000 incurred as a result of having to answer to the lies from their concerted effort to harass the federal court in my bankruptcy case. Having to "prove" that these were all lies, as they turned out to be. Created the narrative that my business was fraudulent. Yes it was determined not to be, but in the interim costs both financial and emotional were significant.**

**Protection: $75,000 protection services and security measures upon receiving death threats and Paula writing about me on reddit disclosing my home address.**

**$15,000 expenses incurred in leaving the island and sheltering my family from the attacks and threats to come to the island to harm my family.**

**Emotional Distress, Severe Pain, Fear and Suffering: $2,000,000 took a toll on my entire family in devastating ways, including emotional distress for both of my children.**

**Discovery is ongoing and Plaintiff reserves her right to supplement her response to this interrogatory.**

## <u>VERIFICATION</u>

STATE OF ~~HAWAWAII~~ Florida *2.4*     )

                                        )      SS:

COUNTY OF __Palm Beach__     )

 

I, LIANE WILSON, also known as LIANA SHANTI, being first duly sworn upon oath, deposes and says that the foregoing answers to interrogatories are true and correct to the best of my knowledge and belief.

*Liane Wilson*
_____

LIANE WILSON,

also known as LIANA SHANTI

 

Subscribed and sworn to before me

this __15th__ day of __March_____, 20 __24__ .

He/She/They is/are __ Personally Known OR _X_ Produced _driver's license_, as identification.

_____

Notary Public, State of _____Florida_____

 

__Eglarine Harrison_____

Printed Name of Notary

My commission expires: __10/11/2025_____

NOTARY PUBLIC • STATE OF FLORIDA
EGLARINE HARRISON
Notary Public - State of Florida
Commission # HH146993
Expires on October 11, 2025

Notarized remotely online using communication technology via Proof.