LOUISE K.Y. ING          2394
LAURA P. MORITZ          7860

DENTONS US LLP
1001 Bishop Street, Suite 1800
Honolulu, HI 96813
Telephone:  808 524 1800
Facsimile:  808 524 4591
Email:       louise.ing@dentons.com
             laura.moritz@dentons.com

Attorneys for Defendants/Counterclaimants
PAULA HAYGARTH, BYRON HORVATH, and
Defendant STEFANIE HORVATH

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LIFE MASTERY NETWORK LLC, a Nevada limited liability company dba LIANA SHANTI ENTERPRISES and LIANE WILSON, also known in the community as LIANA SHANTI, <br><br> Plaintiffs/Counterclaim Defendants, <br><br> v. <br><br> PAULA HAYGARTH, BYRON HORVATH, STEFANIE HORVATH, JANE DOES 2-10, and JOHN DOES 1-10, <br><br> Defendants/ Counterclaimants. | CIVIL NO. 1:25-cv-00297 <br><br> **DEFENDANTS PAULA HAYGARTH AND BYRON HORVATH'S *JOINDER* IN DEFENDANT STEFANIE HORVATH'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §§ 1332, 1441(b) DIVERSITY, FILED JULY 17, 2025 [ECF # 1]** |

15813736\000001\130659855

**DEFENDANTS PAULA HAYGARTH AND BYRON HORVATH'S**
***JOINDER* IN *DEFENDANT STEFANIE HORVATH'S NOTICE***
***OF REMOVAL OF ACTION UNDER 28 U.S.C. §§ 1332,***
***1441(b) DIVERSITY*, FILED JULY 17, 2025 [Dkt. 1]**

Defendants and Counterclaimants PAULA HAYGARTH and BYRON HORVATH hereby join in *Defendant Stefanie Horvath's Notice of Removal of Action Under 28 U.S.C. §§ 1332, 1441(b) Diversity*, filed July 17, 2025 [Dkt. 1].

DATED:  Honolulu, Hawai'i, July 17, 2025.

　　　　　　　　　　　　　　*/s/Laura P. Moritz*　　　　　　　
　　　　　　　　　　　　　　LOUISE K.Y. ING
　　　　　　　　　　　　　　LAURA P. MORITZ

　　　　　　　　　　　　　　Attorneys for Defendants/Counterclaimants
　　　　　　　　　　　　　　PAULA HAYGARTH, BYRON
　　　　　　　　　　　　　　HORVATH, and Defendant
　　　　　　　　　　　　　　STEFANIE HORVATH

15813736\000001\130659855