| | |
|---|---|
| **From:** | Jeffrey Portnoy <jportnoy@cades.com> |
| **Sent:** | Thursday, February 05, 2026 8:12 AM |
| **To:** | Moritz, Laura P.; Troy Young; Ing, Louise K.Y. |
| **Cc:** | Cynthia Corsi |
| **Subject:** | RE: |

**[WARNING: EXTERNAL SENDER]**

We are moving forward. I have never seen counsel try to add new facts, affidavits, etc in a reply brief. I belief the term is sand-bagging.

**From:** Moritz, Laura P. <laura.moritz@dentons.com>
**Sent:** Thursday, February 05, 2026 8:08 AM
**To:** Troy Young <tcyoung@cades.com>; Ing, Louise K.Y. <louise.ing@dentons.com>
**Cc:** Cynthia Corsi <ccorsi@cades.com>; Jeffrey Portnoy <jportnoy@cades.com>
**Subject:** RE: [CADES-LAW.FID6829950]

> **CAUTION:** This email originated from outside of Cades Schutte.

Troy,

I looked at the authorities you cited in our meet and confer late yesterday afternoon. Although your belated request for a meet and confer left very little time to consider your reasons for filing a motion today, even that brief opportunity confirmed your position has no merit.

You cited *Porenz v. Miller*, 102 F.3d 1478 (9th Cir. 1996), *Zamani v. Carnes*, 491 F.3d 990 (9th Cir. 2007), and Rule 7.2 to support your argument that Ms. Brady and Ms. Kelley's declarations should be stricken, or that your client should have the opportunity to respond to them. There is no merit to this argument. Rule 7.2 permits a reply to respond to matters raised in the opposition, and that is what the evidence presented by Ms. Brady and Ms. Kelley's declarations do: they present evidence in response to new facts and issues Ms. Wilson raised in her opposition which were not the subject of the underlying motion.

The *Provenz* case was decided under a provision in the old version of Rule 56 which is no longer in the rule, and its holding has been criticized/distinguished by subsequent authorities more on point. By way of example only, please review *In ConAgra Foods, Inc.*, 302 FRD 537, 559, fn. 87 (C.D. Cal. 2014), which held a reply may properly address new matters raised in the opposition brief if the issues reasonably were unforeseen at the time of the opening brief. In specifically distinguishing the *Provenz* case, the *ConAgra* court instructs that "**evidence submitted in direct response to evidence raised in the opposition ... is not 'new'.**"

The *Zamani* case is unpersuasive and inapplicable here; it found the district court did not commit clear error in failing to consider a litigation privilege argument raised for the first time on reply in support of a motion for reconsideration. 491 F.3d at 997. Here, again, Ms. Brady and Ms. Kelley's declarations are presented for the purpose of responding directly to statements of fact your client raised in opposing our motion. But for Ms. Wilson introducing this issues in her opposition, these declarations would not have been necessary to refute her statements.

# EXHIBIT A

==Ms. Wilson opened the door by adding her alleged "facts," and defendants were entitled to present evidence rebutting such "facts". We consider your belatedly-announced motion to be without merit and an unreasonable effort to multiply these proceedings. We urge you to reconsider.==

I will address the other matters we discussed about your clients' continued deposition in a separate email. Thank you.

Laura P. Moritz

Counsel

Licensed in California and Hawai`i only

☐ +1 808 441 6156

---

**From:** Troy Young <tcyoung@cades.com>
**Sent:** Wednesday, February 04, 2026 1:58 PM
**To:** Moritz, Laura P. <laura.moritz@dentons.com>; Ing, Louise K.Y. <louise.ing@dentons.com>
**Cc:** Cynthia Corsi <ccorsi@cades.com>; Jeffrey Portnoy <jportnoy@cades.com>
**Subject:** RE: [CADES-LAW.FID6829950]

**[WARNING: EXTERNAL SENDER]**

Laura and Louise:

Here is the zoom information for the 430pm call today:

**Topic: Shanti - Pre-Motion Filing Conference**
**Time: Feb 4, 2026 04:30 PM Hawaii**
**Join Zoom Meeting**
**https://us02web.zoom.us/j/89645473957?pwd=ZAE5rbgOgcPFn7hPE6pRUMHUR52GdH.1**

**Meeting ID: 896 4547 3957**
**Passcode: 1111**

**---**

**One tap mobile**
**+17193594580,,89645473957#,,,,*1111# US**
**+12532050468,,89645473957#,,,,*1111# US**

**Join instructions**
**https://us02web.zoom.us/meetings/89645473957/invitations?signature=OhaRROc4i093Iya56t u0a0-vFUyRuGZJpwOggONHKVY**

Thank you,

**Troy C. Young** | *Associate* | **Cades Schutte LLP**
Cades Schutte Building | 1000 Bishop Street, Suite 1200 | Honolulu, HI 96813
(t) 808.521.9326 | (f) 808.521.9210 | tcyoung@cades.com | cades.com

**From:** Troy Young
**Sent:** Wednesday, February 4, 2026 1:31 PM
**To:** Jeffrey Portnoy <jportnoy@cades.com>; Moritz, Laura P. <laura.moritz@dentons.com>; Ing, Louise K.Y. <louise.ing@dentons.com>
**Cc:** Cynthia Corsi <ccorsi@cades.com>
**Subject:** RE: [CADES-LAW.FID6829950]

Hi Laura and Louise:

I will send you Zoom information for a 430pm zoom call.  Stay tuned.

Thank you,

**Troy C. Young** | *Associate* | **Cades Schutte LLP**
Cades Schutte Building | 1000 Bishop Street, Suite 1200 | Honolulu, HI 96813
(t) 808.521.9326 | (f) 808.521.9210 | tcyoung@cades.com | cades.com

**From:** Jeffrey Portnoy <jportnoy@cades.com>
**Sent:** Wednesday, February 4, 2026 1:25 PM
**To:** Moritz, Laura P. <laura.moritz@dentons.com>; Troy Young <tcyoung@cades.com>
**Cc:** Ing, Louise K.Y. <louise.ing@dentons.com>; Cynthia Corsi <ccorsi@cades.com>
**Subject:** RE: FW:

I am unavailable at 4, but I will have troy participate.

**From:** Moritz, Laura P. <laura.moritz@dentons.com>
**Sent:** Wednesday, February 04, 2026 1:20 PM
**To:** Jeffrey Portnoy <jportnoy@cades.com>; Troy Young <tcyoung@cades.com>
**Cc:** Ing, Louise K.Y. <louise.ing@dentons.com>
**Subject:** FW:

**CAUTION:** This email originated from outside of Cades Schutte.

We can do a call around 4:15/4:30, otherwise will have to be 1:00 pm tomorrow as originally agreed. Please let us know as soon as you can and send a meeting invite to confirm.

As an additional reminder, please be sure to include Louise on correspondence about this case.

Laura P. Moritz
Counsel

Licensed in California and Hawai`i only
☐ +1 808 441 6156

**From:** Moritz, Laura P.
**Sent:** Wednesday, February 04, 2026 10:58 AM
**To:** Jeffrey Portnoy <jportnoy@cades.com>
**Cc:** Troy Young <tcyoung@cades.com>
**Subject:** RE:

My day is really nuts but I reached out to Louise about her availability and will keep you posted. If we have time it won't be until this afternoon.

Laura P. Moritz
Counsel

Licensed in California and Hawai`i only

+1 808 441 6156

**From:** Jeffrey Portnoy <jportnoy@cades.com>
**Sent:** Wednesday, February 04, 2026 8:34 AM
**To:** Moritz, Laura P. <laura.moritz@dentons.com>
**Cc:** Troy Young <tcyoung@cades.com>
**Subject:**

**[WARNING: EXTERNAL SENDER]**

Troy reminds me that there is a Motion deadline tomorrow. Can we have our very brief meet and confer today?

**Jeffrey S. Portnoy**
*Partner*

**Cades Schutte LLP**
Cades Schutte Building
1000 Bishop Street, Suite 1200
Honolulu, HI 96813
(t) 808.521.9221 | (f) 808.540.5040
jportnoy@cades.com | www.cades.com



This e-mail, including its attachments, is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, or otherwise protected from disclosure. If you are not the intended recipient, please do not forward, disseminate, disclose, distribute, use, or copy this e-mail or its attachments. Instead, please notify us immediately by reply e-mail or by telephone (808) 521-9200, and delete the original e-mail and its attachments, and all copies.

This e-mail, including its attachments, is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, or otherwise protected from disclosure. If you are not the intended recipient, please do not forward, disseminate, disclose, distribute, use, or copy this e-mail or its attachments. Instead, please notify us immediately by reply e-mail or by telephone (808) 521-9200, and delete the original e-mail and its attachments, and all copies.


This e-mail, including its attachments, is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, or otherwise protected from disclosure. If you are not the intended recipient, please do not forward, disseminate, disclose, distribute, use, or copy this e-mail or its attachments. Instead, please notify us immediately by reply e-mail or by telephone (808) 521-9200, and delete the original e-mail and its attachments, and all copies.