LOUISE K.Y. ING          2394
LAURA P. MORITZ          7860

DENTONS US LLP
1001 Bishop Street, Suite 1800
Honolulu, HI 96813
Telephone:   808 524 1800
Facsimile:   808 524 4591
Email:       louise.ing@dentons.com
             laura.moritz@dentons.com

Attorneys for Defendants/Counterclaimants
PAULA HAYGARTH, BYRON HORVATH, and
STEFANIE HORVATH

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LIFE MASTERY NETWORK LLC, a Nevada limited liability company dba LIANA SHANTI ENTERPRISES and LIANE WILSON, also known in the community as LIANA SHANTI,<br><br>Plaintiffs/Counterclaim Defendants,<br><br>v.<br><br>PAULA HAYGARTH, BYRON HORVATH, STEFANIE HORVATH, JANE DOES 2-10, and JOHN DOES 1-10,<br><br>Defendants/ Counterclaimants. | CIVIL NO. 1:25-cv-00297-JAO-RT<br><br>**COUNTERCLAIMANTS' AMENDED RESPONSE TO *PLAINTIFFS/ COUNTERCLAIM DEFENDANTS' CONCISE STATEMENT OF MATERIAL FACTS IN OPPOSITION TO [COUNTERCLAIMANTS'] MOTION FOR SUMMARY JUDGMENT ON [COUNTERCLAIMANTS'] FIRST AMENDED COUNTERCLAIM FILED JULY 14, 2025 (STATE CT. DKT. 451) [ECF NO. 49]*, FILED ON JANUARY 5, 2026 [ECF 60], AS AMENDED BY ECF 70; REPLY DECLARATION OF LAURA P. MORITZ; EXHIBITS "X"-"Z"**<br><br>**<u>Hearing</u>**<br>Date:  April 9, 2026 |

15813736\000001\132620893

**COUNTERCLAIMANTS' AMENDED RESPONSE TO**
*PLAINTIFFS/COUNTERCLAIM DEFENDANTS CONCISE STATEMENT*
*OF MATERIAL FACTS IN OPPOSITION TO [COUNTERCLAIMANTS']*
*MOTION FOR SUMMARY JUDGMENT ON [COUNTERCLAIMANTS']*
*FIRST AMENDED COUNTERCLAIM FILED JULY 14, 2025 (STATE CT.*
*DKT. 451) [ECF NO. 49]*, **FILED ON JANUARY 5, 2026 [ECF 60], AS**
**AMENDED BY ECF 70**

Defendants/Counterclaimants Paula Haygarth, Byron Horvath, and Stefanie

Horvath ("**Counterclaimants**"), respectfully submit this *Amended* Response to

Plaintiffs Life Mastery Network LLC and Liane Wilson's *Concise Statement of*

*Material Facts in Opposition to [Counterclaimants'] Motion for Summary Judgment*

*on Plaintiffs'* [sic] *First Amended Counterclaim filed July 14, 2025 (State Ct.*

*Dkt. 451) [ECF No. 49]*, filed January 5, 2026 [ECF 60] ("**Opposing Concise**

**Statement**"), as amended by ECF 70, [1] pursuant to the General Civil Case

---

[1] After Counterclaimants filed their original Opposing Concise Statement on
January 5, 2026, Plaintiffs filed a *First Amended Concise Statement of Material*
*Facts in Opposition to [Counterclaimants'] Motion for Summary Judgment on*
*Plaintiffs'* [sic] *First Amended Counterclaim filed July 14, 2025 (State Ct. Dkt. 451)*
*[ECF No. 49]* on January 28, 2026 [ECF 70].

15813736\000001\132620893

Procedures Before Judge Otake, effective January 5, 2026 ("**Procedures**") and the

Court's EO entered March 23, 2026 at ECF 79.

15813736\000001\132620893

| Counterclaimants' (Movants') Material Facts | Opposing Concise Statement | Counterclaimants' Response to Opposing Concise Statement |
|---|---|---|
| **Fact 1.** Plaintiffs/Counterclaim Defendants Liane Wilson ("**Ms. Wilson**") and Life Mastery Network LLC ("**LMN**") (together, "Plaintiffs"), at all relevant times, have used and posted on social media using the Instagram handle @lianashanti<br><br>**Evidence:** Declaration of Laura P. Moritz ("**Moritz Decl**."), ¶ 7, Ex. D (Wilson Tr. Vol. I at 28:5-7), ¶ 8, Ex. E (Life Mastery Network LLC ("LMN") Rule 30(b)(6) Tr. at 35:10-24). | 1. Partially disputed. Ms. Shanti posted on Instagram under the Instagram account name @lianashanti.<br><br>Declaration of Liane Wilson ("Shanti Decl.") at ¶29. | 1. Ms. Wilson admits that she posts on Instagram using the account name @lianashanti. Ms. Wilson offers no evidence to dispute the fact that the @lianashanti Instagram account is also used for Plaintiff Life Mastery Network LLC, and the Fact is therefore deemed admitted. LR56.1(g) ("…material facts set forth in the movant's concise statement will be deemed admitted unless controverted …").<br><br>Plaintiffs' response does not comply with applicable rules. FRCP 56; LR56.1; Judge Otake's Procedures at pp. 5-6 (explaining that Opposing Concise Statement must include whether a fact is undisputed, disputed (and why), or disputed in part (and why) with citations to evidence). |
| **Fact 2.** Plaintiffs operate the website www.lianashanti.com.<br><br>**Evidence**: Moritz Decl., Ex. D (Wilson Tr. Vol. I at 186:7-8). | 2. Admit.<br><br>Ex. D at 186: 7-8. | |

1

15813736\000001\132620893

| Counterclaimants' (Movants') Material Facts | Opposing Concise Statement | Counterclaimants' Response to Opposing Concise Statement |
|---|---|---|
| **Fact 3.** Plaintiffs have more than 35,000 social media followers on the @lianashanti Instagram account.<br><br>**Evidence:** Moritz Decl., ¶ 9, Ex. F. | 3. Admit.<br><br>Ex. F. | |
| **Fact 4.** Ms. Wilson has played a key role in the operation of, and contributes content to, the website now known as www.exposingfamilyabuse.com, which was originally owned by her husband, Robert Beard.<br><br>Moritz Decl., ¶ 6, Ex. 6[2] (documents from subpoena to Domains by Proxy); McIvor Decl., ¶ 8, Ex. K (5/8/23 screen shot promoting website as her own on @lianashanti Instagram account), ¶ 12, Ex. O (12/13/23 screen shot of post | 4. Disputed.<br><br>Ms. Shanti has never owned or controlled the website www.exposingfamilyabuse.com and has never posted on that website.<br>Shanti Decl. at ¶30. | 4. The Declaration of Liane Wilson ("**Wilson Decl.**") is contains perjured testimony. Ms. Wilson affirmatively stated in the Criminal Case[3] that she created the website and included a screen shot from the website that identifies it by name. Reply Declaration of Laura P. Moritz ("**Reply Decl.**"), Exs. X, Y.<br><br>Plaintiffs do not dispute that the www.exposingfamilyabuse.com website was originally owned by Ms. Wilson's husband, Robert Beard, and that fact is deemed admitted. LR56.1(g). *See* Ex. C. |

---

[2] The original CSF [ECF 48 at PageID.441] contains a typographical error which mistakenly refers to Ex. 6 (which does not exist at ECF 48) instead of Ex. C. The correct exhibit, however, was appended to the CSF as Ex. C.

[3] The term "**Criminal Case**" refers to the criminal proceeding currently identified as *United States of America v. Liane Wilson*, Case 1:19-cr-00105-HG-1, United States District Court for the District of Hawaii.

15813736\000001\132620893

| Counterclaimants' (Movants') Material Facts | Opposing Concise Statement | Counterclaimants' Response to Opposing Concise Statement |
|---|---|---|
| promoting the website and describing how content is added) | | Plaintiffs also do not dispute the authenticity of the screen shots from the @lianashanti Instagram account (Exs. K, O) and therefore those facts are deemed admitted. LR56.1(g). |
| **Fact 5.** Plaintiffs admit that on or around November 5, 202, using the @lianashanti Instagram account, Ms. Wilson stated: "MEET PAULA HAYGARTH. WE HAVEN'T FORGOTTEN ABOUT HER. … SHE IS A DARK REIKI PRACTITIONER WHO HAS PRACTICED EXTENSIVE BLACK WITCHCRAFT ON MALIE'S DAUGHTER'S [sic] …"<br><br>**Evidence:** Moritz Decl., Ex. A (at ¶ 13), Ex. B (at ¶ 2) (allegations and Ms. Wilson's admissions thereto) | 5. Admit.<br><br>Ex. B at 2. | |
| **Fact 6.** Plaintiffs admit that on or around November 5, 2022, using the @lianashanti Instagram account, Ms. Wilson posted a photo of Paula and stated: "Jesus, we ask you to | 6. Admit.<br><br>Ex. B at 2. | |

3

| Counterclaimants' (Movants') Material Facts | Opposing Concise Statement | Counterclaimants' Response to Opposing Concise Statement |
|---|---|---|
| DELETE AND DESTROY all toxic lies from this satan servant – PAULA HAYGARTH – who is campaigning to invalidate truths of #childabuse to cover up own misery. … She abandoned her own son Austin, and her guilt and shame have turned her into soldier of satan."<br><br>**Evidence:** Moritz Decl., at Ex. A (at ¶ 15), Ex. B (at ¶ 2) (Ms. Wilson's admissions to the allegation); Declaration of Paula Haygarth ("**Paula Decl.**"), Ex. S | | |
| **Fact 7.** On or around January 9, 2023, Plaintiffs, using the @lianashanti Instagram account, posted a photo of Paula with an overlying statement: "This #blackmagicsatanist Paula Haygarth who abandoned Austin, her own son as a baby, was the person who posted on Cult Education Forum. We understand why now, with her involvement in child trafficking and convicted felon Rick Ross." | 7. Disputed.<br><br>Plaintiffs object to No. 7 of Defendants' Concise Statement of Facts as it does not relate to a claim alleged in Defendants' First Amended Counterclaim.<br><br>Ex. 1 | 7. Plaintiffs do not dispute any portion of Fact 7, and it is therefore deemed admitted. LR56.1(g). FRCP 56; LR56.1; Procedures at pp. 5-6.<br><br>Fact 7 relates to ¶ 28 in the *First Amended Counterclaim*, where Counterclaimants allege that "In addition to the statements described above, Plaintiffs have continued to post statements on the @lianashanti Instagram account which describe [Paula] as an abuser of children and supporter of pedophiles, among other things, exposing |

15813736\000001\132620893

| Counterclaimants' (Movants') Material Facts | Opposing Concise Statement | Counterclaimants' Response to Opposing Concise Statement |
|---|---|---|
| **Evidence:** McIvor Decl., ¶ 6, Ex. I | | her to ridicule and scorn in her community." State Ct. Dkt. 451 at Counterclaim, ¶ 28. |
| **Fact 8.** Plaintiffs admit that on or around January 22, 2023, using the @lianashanti Instagram account, Plaintiffs stated: What WE are doing – this JESUS LED community calling out THESE people … Paula Haygarth… This vile group of PEDOS PEDO SUPPORTERS PEDO ALIGNERS VICTIM BLAMERS … Paula Haygarth.<br><br>**Evidence:** Moritz Decl. at Ex. A (at ¶ 19), Ex. B (at ¶ 2) (Ms. Wilson's admission to the allegation); Paula Decl., Ex. U | 8. Admit.<br><br>Ex. B. at 2. | |
| **Fact 9.** On the website formerly entitled www.exposingfamiltyabuse.com, Plaintiffs state the following about Paula in an article called "Evil in Saskatchewan": "…Who is PAULA? A bitter again woman with a bleak future, with a broke husband, … WHO IS AUSTIN, THE SON SHE | 9. Disputed.<br><br>Plaintiffs have never created, authored, controlled, or published the website allegedly entitled "Exposing Family Cults" or "Exposing Family Abuse" and have never published | 9. The Wilson Decl. contains perjured testimony. Ms. Wilson affirmatively stated in the Criminal Case that she created the website and included a screen shot from the website that identifies it by name. Reply Decl., Exs. X, Y. |

15813736\000001\132620893

| Counterclaimants' (Movants') Material Facts | Opposing Concise Statement | Counterclaimants' Response to Opposing Concise Statement |
|---|---|---|
| ABANDONED AS A BABY…The snapshot of Paula? Washed up, failed energy 'healer,' who gave up custody of her own son, went through multiple relationships, and all of us who have seen her in action know that she cycles through friends like toilet paper. In every town she has lived in, she has cycled through so many friends because she is manipulative and dishonest, and people catch on quick…"<br><br>**Evidence:** Paula Decl., ¶ 8, Ex. V | any statements allegedly made about the Defendants on said websites.<br><br><br>Shanti Decl. at ¶ 16. | |
| **Fact 10.** Plaintiffs have continued to post false statements on the @lianashanti Instagram account which describe Paula as an abuser of children and supporter of pedophiles, among other things, exposing her to ridicule and scorn in her community and beyond.<br><br>McIvor Decl., ¶¶ H, I | Disputed.<br><br>Plaintiffs have not posted false statements on the @lianashanti Instagram describing Paula Haygarth as an abuser of children and supporter of pedophiles.<br><br>Shanti Decl., at ¶18 | 10. Plaintiffs admit to making such posts in response to Facts 2, 3, 5, 6, and 8, above.<br><br>Plaintiffs do not dispute the authenticity of Exs. H, I, and they are deemed admitted. LR56.1(g).<br><br>Further, the response is unsupported by the cited evidence: ¶ 18 of Ms. Wilson's Declaration purports to explain her intention in making posts about Paula Haygarth, but does not deny making such posts. |

6

| Counterclaimants' (Movants') Material Facts | Opposing Concise Statement | Counterclaimants' Response to Opposing Concise Statement |
|---|---|---|
| | | Plaintiffs' response does not comply with applicable rules. FRCP 56; LR56.1; Judge Otake's Procedures at pp. 5-6. |
| **Fact 11.** The statements made about Paula in the posts described in paragraphs 5-10, above, are false.<br><br>**Evidence:** Paula Decl., ¶ 9 | Disputed.<br><br>The statements described in paragraphs 5-10 of Defendants' Concise Statement of Facts are not defamatory and otherwise do not relate to claims pending before the court.<br><br>Ex. A; Ex. B at 2; Shanti Decl. at ¶¶16,18. | Plaintiffs' response fails to refute the assertion that the statements made about Paula in Fact paragraphs 5-10 are false, and are therefore deemed admitted. LR56.1(g).<br><br>Defendants object to Plaintiffs' assertion that these statements "…are not defamatory" as a legal conclusion.<br><br>Paragraphs 5-10 do relate to claims pending before the Court. Paula's allegations at ¶¶ 13, 15, and 19 in the Counterclaim pertain specifically to these statements (*see* Ex. A) that were admitted by Plaintiffs (*see* Ex. B), and these statements also relate to ¶ 28 in the *First Amended Counterclaim*, where Counterclaimants allege that "In addition to the statements described above, Plaintiffs have continued to post statements on the @lianashanti Instagram account which describe [Paula] as an abuser of |

7

| Counterclaimants' (Movants') Material Facts | Opposing Concise Statement | Counterclaimants' Response to Opposing Concise Statement |
|---|---|---|
| | | children and supporter of pedophiles, among other things, exposing her to ridicule and scorn in her community." State Ct. Dkt. 451 at Counterclaim, ¶ 28. |
| **Fact 12.** Since before 2022 and continuing on to the present day, Plaintiffs regularly post false and inflammatory statements on the @lianashanti Instagram account and www.exposingfamilyabuse.com website which describe Byron as, among other things, a child abuser, a pedophile, and a drug addict, among other things, including statements that he was emasculated by his mother, never loved his wife Stefanie nor wished to marry her and stating that he and his wife only have sex under the influence of alcohol, exposing him to ridicule and scorn in his community and beyond.<br><br>McIvor Decl., ¶¶ 4, 10, 13, 15, Exs. G, M, P, Q, R; Paula Decl., Ex. U, V. | 12. Disputed.<br><br>Plaintiffs have never created, authored, controlled, or published the website allegedly entitled "Exposing Family Cults" or "Exposing Family Abuse" and have never published any statements allegedly made about the Defendants on said websites.<br><br>Shanti Decl., at ¶16. | 12. The Wilson Declaration contains perjured testimony. Ms. Wilson affirmatively stated in the Criminal Case that she created the website and included a screen shot from the website that identifies it by name. Reply Decl., Exs. X, Y. |

| Counterclaimants' (Movants') Material Facts | Opposing Concise Statement | Counterclaimants' Response to Opposing Concise Statement |
|---|---|---|
| **Fact 13.** The statements about Byron made in the posts described in paragraph 12, above, are false.<br><br>Declaration of Byron Horvath ("**Byron Decl.**"), ¶¶ 4, 5 | 13. Disputed.<br><br>Plaintiffs are not responsible for the statements about Byron Horvath described in ¶ 12 of Defendants' Concise Statement of Facts.<br><br>Shanti Decl. at ¶ 16. | 13. The Wilson Decl. contains perjured testimony. Ms. Wilson affirmatively stated in the Criminal Case that she created the website and included a screen shot from the website that identifies it by name. Reply Decl., Exs. X, Y. |
| **Fact 14.** Since before 2022 and continuing on to the present day, Plaintiffs regularly posted false and inflammatory statements on the @lianashanti Instagram account, about Stefanie which include, but are not limited to, photographs ridiculing Stefanie about her appearance, suggesting that her husband Byron never loved her nor wished to marry her, stating that she and Byron only have sex under the influence of alcohol, and stating "prayers" for the protection from her "extreme evil" as "Satan's soldier," exposing her to | 14. Disputed.<br><br>Haley Winter informed Ms. Shanti that when Byron Horvath proposed to Haley Winter, Stefanie Horvath became deeply depressed because she wanted to be with Byron Horvath and he had chosen Haley Winter instead; that Stefanie Horvath ultimately married Byron Horvath and that Stefanie dyed her hair blonde, lost weight, and made multiple changes to | 14. Plaintiffs' response is inadmissible hearsay (FRE 801(c)) that does not satisfy FRCP 56(c)(4).<br><br>Plaintiffs do not dispute making the statements about Stefanie set forth in Fact 14 and do not provide any evidence disputing the authenticity of Exhibits J, L, M, N, Q, and R, and they are deemed admitted. LR56.1(g).<br><br>Plaintiffs' response also does not comply with applicable rules. FRCP 56; LR56.1; Procedures at pp. 5-6. |

9

| Counterclaimants' (Movants') Material Facts | Opposing Concise Statement | Counterclaimants' Response to Opposing Concise Statement |
|---|---|---|
| ridicule and scorn in her community and beyond.<br><br>**Evidence:** McIvor[4] Decl., ¶¶ 7, 9, 10, 11, 14, 15, Ex. J, L, M, N, Q, R | mirror Haley Winter's appearance; and that Stefanie Horvath and Byron Horvath drink heavily because Byron Horvath cannot stand to be around her and that their intimacy occurs only when they are drunk.<br><br>Shanti Decl. at ¶¶26-28. | |
| **Fact 15.** Since before 2022 and continuing on to the present day, Plaintiffs regularly posted false and inflammatory statements on the @lianashanti Instagram account falsely stating and suggesting that Stefanie is "Satan's soldier" supports pedophiles and child abusers.<br><br>**Evidence:** McIvor Decl., ¶¶ 9, 13, 14, Exs. L, P, Q; Paula Decl., Ex. U | 15. Disputed.<br><br>Plaintiffs have not posted defamatory statements about Stefanie Horvath stating and suggesting that she is "Satan's soldier" and a supporter of pedophiles and child abusers.<br><br>Shanti Decl. at ¶25. | 15. Unsupported by the cited evidence. The Wilson Decl. (¶ 25) does not refute Fact 15; it simply states "The term 'Satan's solder' is simply my opinion and includes hyperbolic language relating to my religious advocacy."<br><br>Plaintiffs do not dispute making these statements about Stefanie and do not provide any evidence disputing the authenticity of Exhibits L, P, Q, or U, and |

---

[4] The original CSOF [ECF 48 at PageID.441] contains a typographical error which misspells the McIvor Decl. as "McEvoy Decl." The citations and exhibit references are otherwise correct.

15813736\000001\132620893

| Counterclaimants' (Movants') Material Facts | Opposing Concise Statement | Counterclaimants' Response to Opposing Concise Statement |
|---|---|---|
| | | they are therefore deemed admitted. LR56.1(g).<br><br>Plaintiffs' response does not comply with applicable rules. FRCP 56; LR56.1; Procedures at pp. 5-6. |
| **Fact 16.** The statements about Stefanie made in the posts described in paragraph 14-15, above, are false.<br><br>**Evidence:** Declaration of Stefanie Horvath ("**Stefanie Decl.**"), ¶ 4. | 16. Disputed. The statements described in No. 16 of Defendants' Concise Statement of Facts are not defamatory.<br><br>Shanti Decl. at ¶25. | 16. Plaintiffs merely state a legal conclusion without evidence; they do not dispute making these statements and Fact 16 is therefore deemed admitted. LR56.1(g). The Wilson Decl. (¶ 25) simply states "The term 'Satan's soldier' is simply my opinion and includes hyperbolic language relating to my religious advocacy."<br><br>Plaintiffs' response does not comply with applicable rules. FRCP 56; LR56.1; Procedures at pp. 5-. |
| **Fact 17.** Plaintiffs use the false statements described above to amplify their social media presence and promote business. | 17. Disputed.<br><br>Ms. Shanti's Instagram account has grown after having posted about | 17. Plaintiffs' response is unsupported by cited evidence. Counterclaimants' Ex. D does not contain pages 68 or 69, as cited by Plaintiffs. |

11

| Counterclaimants' (Movants') Material Facts | Opposing Concise Statement | Counterclaimants' Response to Opposing Concise Statement |
|---|---|---|
| **Evidence:** Moritz Decl., Ex. E (LMN Rule 30(b)(6) Tr. at 68:22-69:19). | Defendants and teaching domestic abuse and control.<br><br>Ex. D at 68: 22-25 and 69:1-19 | Further, Plaintiffs' response mischaracterizes Ms. Wilson's testimony set forth in Ex. E, where she testified that her posts about Counterclaimants have "had a very positive effect" on her business and that "it's been very good for my company." ECF 48-10 at PageID.499, 69:1, 19.<br><br>Plaintiffs' response also does not comply with applicable rules. FRCP 56; LR56.1; Procedures at pp. 5-6. |
| **Fact 18.** Ms. Wilson testified that by posting these statements about Counterclaimants, she generates business and that it causes her business to grow "exponentially."<br><br>**Evidence:** Moritz Decl., Ex. E (LMN Rule 30(b)(6) Tr. at 68:22-69:19). | 18. Disputed.<br><br>Plaintiffs deny posting defamatory statements about the Defendants, including the website allegedly entitled "Exposing Family Cults" or "Exposing Family Abuse", but Ms. Shanti has observed that after posting on Instagram about the Defendants her business grew. | 18. As to Plaintiffs' denial that they posted on the website, the Wilson Decl. contains perjured testimony. Ms. Wilson affirmatively stated in the Criminal Case that she created the website and included a screen shot from the website that identifies it by name. Reply Decl., Exs. X, Y.<br><br>Plaintiffs' response is unsupported by cited evidence. Counterclaimants' Ex. D does not contain pages 68 or 69, as cited by Plaintiffs. Further, Plaintiffs' response mischaracterizes Ms. Wilson's testimony set forth in Ex. E, where she testified that in response her posts about Counterclaimants, |

12

| Counterclaimants' (Movants') Material Facts | Opposing Concise Statement | Counterclaimants' Response to Opposing Concise Statement |
|---|---|---|
| | Ex. D. at 68: 22-25 and 69: 1-19; Ex. B; Shanti Decl. at 16. | "my account lately in the past couple months has been **growing exponentially**." ECF 48-10 at PageID.499, 69:6-8 (emphasis added).<br><br>Plaintiffs' response also does not comply with applicable rules. FRCP 56; LR56.1; Procedures at pp. 5-6. |
| **Fact 19.** The published statements made by Ms. Wilson about Counterclaimants and described in the preceding paragraphs have caused Counterclaimants a great deal of hurt, anguish, and stress.<br><br>**Evidence:** Paula Decl., ¶¶ 12-19; Byron Decl., ¶ 7; Stefanie Decl., ¶¶ 6-15. | 19. Disputed.<br><br>Plaintiffs deny posting defamatory statements about the Defendants, including the website allegedly entitled "Exposing Family Cults" or "Exposing Family Abuse".<br><br>Ex. B.; Shanti Decl. at ¶16. | 19. In fact, Plaintiffs admit to making such posts in response to Facts 2, 3, 5, 6, and 8, above.<br><br>The Wilson Decl. (¶ 16) states "I have never created, authored, controlled, or published the website allegedly entitled 'Exposing Family Cults' or 'Exposing Family Abuse' and I have never published any statements allegedly made about Defendants on said websites." This statement does not contradict Counterclaimants' evidence of the effect Ms. Wilson's statements have had on their lives, and is Fact 20 is therefore deemed admitted. |

13

| Counterclaimants' (Movants') Material Facts | Opposing Concise Statement | Counterclaimants' Response to Opposing Concise Statement |
|---|---|---|
| | | Further, the Wilson Decl. contains perjured testimony. Ms. Wilson affirmatively stated in the Criminal Case that she created the website and included a screen shot from the website that identifies it by name. Reply Decl., Exs. X, Y.<br><br>Plaintiffs' response does not comply with applicable rules. FRCP 56; LR56.1; Procedures at pp. 5-6. |
| **Fact 20.** Plaintiffs' false and inflammatory posts about Counterclaimants number in the hundreds, if not thousands, since at least 2022.<br><br>**Evidence:** McIvor Decl., ¶ 16; Stefanie Decl., ¶ 5 | 20. Disputed.<br><br>Plaintiffs have not posted hundreds, if not thousands, of defamatory statements about the Defendants, including on the website allegedly entitled "Exposing Family Cults" or "Exposing Family Abuse".<br><br>Ex. B.; Shanti Decl. at ¶16. | 20. Unsupported by cited evidence; Plaintiffs' evidence does not refute Fact 20.<br><br>The Wilson Decl. (¶ 16) states "I have never created, authored, controlled, or published the website allegedly entitled 'Exposing Family Cults' or 'Exposing Family Abuse' and I have never published any statements allegedly made about Defendants on said websites." This statement does not contradict Counterclaimants' evidence about the number of posts Plaintiffs have made about Counterclaimants on Instagram since at least 2022 (ECF 48-2 at |

14

| Counterclaimants' (Movants') Material Facts | Opposing Concise Statement | Counterclaimants' Response to Opposing Concise Statement |
|---|---|---|
| | | PageID.455), and is Fact 20 is therefore deemed admitted. LR56.1(g).<br><br>Further, the Wilson Decl. contains perjured testimony. Ms. Wilson affirmatively stated in the Criminal Case that she created the website and included a screen shot from the website that identifies it by name. Reply Decl., Exs. X, Y.<br><br>Plaintiffs' response does not comply with applicable rules. FRCP 56; LR56.1; Procedures at pp. 5-6. |

| Plaintiffs' Purported Material Fact | Defendants' Response to Opposing Concise Statement |
|---|---|
| **1.** The labels— "dark reiki practitioner" and "witch"- are terms that Ms. Shanti uses based on her theological and moral opinion about the nature of Reiki; they are religious, spiritual characterizations and not verifiable facts.<br><br>Declaration of Liane Wilson at ¶17. | 1. Disputed. **Objections:** Non-responsive to a material fact and does not create a genuine issue of material fact. Irrelevant.<br><br>Defendants further object to the statement as merely asserting a legal conclusion about the character of Ms. Wilson's statements. |

15

15813736\000001\132620893

| | |
|---|---|
| **2.** Ms. Shanti shared via Instagram Haley Winter's first-hand descriptions of her child's interactions and behavior after returning from Byron Horvath's custody/care, including a communication from Haley Winter to Ms. Shanti that her daughter's vagina was red and raw every single time she came back from Byron Horvath's house.<br><br>Declaration of Liane Wilson at ¶24. | 2. Disputed to the extent the statement is intended to suggest that Mr. Horvath is a child abuser. Byron Decl., ¶ 4 (ECF 48-4 at PageID.463). Defendants do not dispute that Ms. Wilson posted private communications between her and Haley Winter on Instagram.<br>**Objections:** Non-responsive to a material fact and does not create a genuine issue of material fact. Irrelevant. Whether or not Ms. Wilson posted about hearsay conversations with Haley Winter on social media is irrelevant to Counterclaimants' allegations against Ms. Wilson. *See* Facts 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16. Inadmissible hearsay. FRE 801(c)) that does not satisfy FRCP 56(c)(4). |

15813736\000001\132620893

DATED:  Honolulu, Hawai'i, March 27, 2026.

 /s/Laura P. Moritz                    .
LOUISE K.Y. ING
LAURA P. MORITZ

**Attorneys for Defendants/Counterclaimants**
PAULA HAYGARTH, BYRON
HORVATH, and STEFANIE HORVATH

15813736\000001\132620893