IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LIFE MASTERY NETWORK LLC, a Nevada limited liability company dba LIANA SHANTI ENTERPRISES and LIANE WILSON, also known in the community as LIANA SHANTI,<br><br>        Plaintiffs/Counterclaim Defendants,<br><br>        v.<br><br>PAULA HAYGARTH, BYRON HORVATH, STEFANIE HORVATH, JANE DOES 2-10, and JOHN DOES 1-10,<br><br>        Defendants/ Counterclaimants. | CIVIL NO. 1:25-cv-00297-JAO-RT<br><br>**REPLY DECLARATION OF LAURA P. MORITZ** |

## REPLY DECLARATION OF LAURA P. MORITZ

I, LAURA P. MORITZ, hereby declare as follows:

1. I am an attorney with the law firm of Dentons US LLP, attorneys for Defendants/Counterclaimants Paula Haygarth, Byron Horvath and Stefanie Horvath ("**Defendants**") in the above-entitled matter.

2. Unless otherwise indicated, I make this Declaration based on my personal knowledge and am competent to testify concerning the matters set forth below.

3. Attached hereto as **Exhibit X** is a true and accurate copy of PageID.1802, PageID.1821, and PageID.1822 from Document 125-2 in the Criminal Case. These pages were part of Ms. Wilson's *Redacted August 2, 2025 Position Statement* filed in the Criminal Case (No. 1:19-cr-00105-SOM) at Dkt. 125. Because portions of the original document contains are highlighted in yellow, those portions relevant to the *Reply in Support of Motion for Summary Judgment on First Amended Counterclaim* filed concurrently herewith are highlighted in blue. The Criminal Case docket indicates that an unredacted version of Ms. Wilson's *August 2, 2023 Position Statement* was filed under seal in that proceeding as Document 127.

4. Attached hereto as **Exhibit Y** is a true and accurate copy of PageID.1738 from Document 123-1 filed by Plaintiff Liane Wilson in the Criminal Case on July 26, 2023. The page is part of Ms. Wilson's *Redacted Defendant's Position Statement Regarding July 11, 2023 EO* filed in the Criminal Case at ECF 123. Because portions of the original document contains are highlighted in yellow, those portions referred to in the *Reply in Support of Motion for Summary Judgment on First Amended Complaint* filed concurrently herewith are highlighted in blue. The Criminal Case docket indicates that an unredacted version of Ms. Wilson's *Position Statement Regarding July 11, 2023 EO* was filed under seal in that proceeding as Document 117.

15813736\000001\132620893

5. A true and accurate screen shot of the relevant portion from the Criminal Docket in Case No. 1:19-cr-00105-HG-1 is attached hereto as **Exhibit Z** with Documents 117 and 127 highlighted for ease of reference.

6. I respectfully request the Court take judicial notice of the foregoing matters as adjudicative facts pursuant to Federal Rule of Evidence 201. The existence of these filings in the Criminal Case is not subject to reasonable dispute and can be accurately determined from sources whose accuracy cannot reasonably be questioned.

7. The pages in Exhibit X were produced to Plaintiffs in discovery as PH000023 on November 10, 2023, and as BH001114-15 on July 26, 2024

8. The page in Exhibit Y was produced to Plaintiffs in discovery on November 10, 2023 as PH000034.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Honolulu, Hawai'i, March 27, 2026.

/s/ Laura P. Moritz
LAURA P. MORITZ

3