| | | |
|---|---|---|
| | | (cib) (Entered: 07/24/2023) |
| 07/24/2023 | 117 | **DOCUMENT PLACED UNDER SEAL PER ECF NO. 118** NOTICE *DEFENDANTS POSITION STATEMENT REGARDING JULY 11, 2023 EO (ECF NO. 108) AND ECF NO. 110* by Liane Wilson (Attachments: # 1 ATTACHMENT 1 (1/2), # 2 ATTACHMENT 1 (2/2), # 3 ATTACHMENT 2, # 4 ATTACHMENT 3, # 5 CERTIFICATE OF SERVICE)(Luke, Howard) Modified docket text and docket entry security to sealed on 7/25/2023 (cib). (Entered: 07/24/2023) |
| 07/24/2023 | 118 | EO as to Liane Wilson: With respect to all attachments to ECF No. 117 , defense counsel is directed to redact names of individuals who are alleged victims and of individuals that Ms. Wilson asserts have acted wrongfully. At most, initials should be used. Although the redaction requirement was the express subject of the minute order at ECF No. 91 , Ms. Wilson continues to use nonparties' full names. The ongoing discussion of supervised release conditions does not require the public naming of nonparties. The court has previously made this clear to Ms. Wilson, both by redacting the transcript of the last hearing and by requiring redactions of an earlier filing. The court stresses that victims are not to be publicly named, and alleged wrongdoers should similarly not be publicly named because, among other things, naming them has the effect of identifying the alleged victims. If, in any future filing in this case or at any future hearing, Ms. Wilson publicly names alleged victims or alleged wrongdoers, this court will consider issuing sanctions. The court seals ECF No. 117 and its attachments and orders a redacted version to be filed by July 26, 2023. (JUDGE SUSAN OKI MOLLWAY) (cib) (Entered: 07/25/2023) |
| 07/24/2023 | 119 | EO as to Liane Wilson: The court asks Ms. Wilson for a list of all individuals on whose behalf she has performed what she considers any advocacy since January 1, 2022. For each such individual, Ms. Wilson should state (1) how the individual came to her attention; (2) whether the individual has made any payments to her or her business relating to the advocacy; (3) whether the individual has made any payments to her or her business for goods or services (or to the business of any affiliate of Ms. Wilson's with which Ms. Wilson maintains any financial relationship) that Ms. Wilson considers unrelated to any advocacy and, if so, the subject and amount of each such payment; (4) what the advocacy consists of, and a description of all websites, social media, or other communication avenues on which Ms. Wilson discusses the individual's concerns or Ms. Wilson's advocacy or advice. The list and required information should be filed under seal by August 2, 2023. A redacted version using only initials should be filed by the same date. (JUDGE SUSAN OKI MOLLWAY) (cib) (Entered: 07/25/2023) |
| 07/24/2023 | 120 | **SEALED** Material from P.T. as to Liane Wilson. (cib) (Additional attachment(s) added on 7/25/2023: # 1 Email P.T.) (cib). (Entered: 07/25/2023) |
| 07/24/2023 | 121 | **SEALED** Updated Material from P.T. as to Liane Wilson. (Attachments: # 1 Updated Chat Samples) (cib) (Entered: 07/26/2023) |
| 07/24/2023 | 122 | Updated Material from P.T. as to Liane Wilson. (Attachments: # 1 updated chat samples) (cib) (Entered: 07/26/2023) |
| 07/26/2023 | 123 | NOTICE *REDACTED DEFENDANTS POSITION STATEMENT REGARDING JULY 11, 2023 EO (ECF NO. 108) AND ECF NO. 110* by Liane Wilson (Attachments: # 1 ATTACHMENT 1 (1/2), # 2 ATTACHMENT 1 (2/2), # 3 ATTACHMENT 2, # 4 ATTACHMENT 3, # 5 Certificate of Service)(Luke, Howard) (Entered: 07/26/2023) |
| 08/02/2023 | 124 | MOTION to Seal *August 2, 2023 Position Statement* by Liane Wilson. (Luke, Howard) (Entered: 08/02/2023) |
| 08/02/2023 | 125 | NOTICE *REDACTED AUGUST 2, 2023 POSITION STATEMENT* by Liane Wilson (Attachments: # 1 ATTACHMENT (1/3), # 2 ATTACHMENT (2/3), # 3 ATTACHMENT (3/3), # 4 CERTIFICATE OF SERVICE)(Luke, Howard) (Entered: 08/02/2023) |
| 08/02/2023 | 126 | ORDER GRANTING 124 MOTION TO SEAL AUGUST 2, 2023 POSITION STATEMENT as to Liane Wilson (1). Signed by JUDGE SUSAN OKI MOLLWAY on 8/2/2023. (cib) (Entered: 08/03/2023) |
| 08/02/2023 | 127 | **SEALED** August 2, 2023 Position Statement filed by Liane Wilson. (cib) (Entered: 08/03/2023) |
| 08/07/2023 | 128 | **(REDACTED)** Letter (w/redacted screenshots attached) addressed to Judge Susan Oki Mollway from P.T. as to (01) Liane Wilson, dated August 4, 2023. (eta) (Entered: 08/07/2023) |

# EXHIBIT Z