IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LIFE MASTERY NETWORK LLC, a Nevada limited liability company dba LIANA SHANTI ENTERPRISES and LIANE WILSON, also known in the community as LIANA SHANTI,<br><br>      Plaintiffs/Counterclaim Defendants,<br><br>      v.<br><br>PAULA HAYGARTH, BYRON HORVATH, STEFANIE HORVATH, JANE DOES 2-10, and JOHN DOES 1-10,<br><br>      Defendants/ Counterclaimants. | CIVIL NO. 1:25-cv-00297-JAO-RT<br><br>**DECLARATION OF LAURA P. MORITZ** |

**DECLARATION OF LAURA P. MORITZ**

I, LAURA P. MORITZ, hereby declare as follows:

1.    I am an attorney with the law firm of Dentons US LLP, attorneys for Defendants PAULA HAYGARTH, BYRON HORVATH and STEFANIE HORVATH ("Defendants") in the above-entitled matter.

2.    Unless otherwise indicated, I make this Declaration based on my personal knowledge and am competent to testify concerning the matters set forth below.

15813736\000001\132610238

3.      Attached hereto as **Exhibit K** are true and correct copies of the relevant pages from the Condensed Transcript of the Rule 30(b)(6) Deposition for Sourced Intelligence, LLC (Alexander Feil) taken on January 10, 2025, with key portions highlighted for ease of review.

4.      Attached hereto as **Exhibit L** is a true and accurate copy of PageID.1802, PageID.1821, and PageID.1822 from the Criminal Proceeding. These pages were part of Ms. Wilson's *Redacted August 2, 2025 Position Statement* filed in the Criminal Proceeding at Dkt. 125. Because portions of the original document contains are highlighted in yellow, those portions referred to in the *Reply in Support of Motion for Summary Judgment on First Amended Complaint* filed concurrently herewith are highlighted in blue. These pages were produced in discovery as PH000023, BH001114, and BH001115.

5.      Attached hereto as **Exhibit M** is a true and accurate copy of PageID.1738 from Document 123-1 filed by Plaintiff Liane Wilson in Case 1:19-cr-00105-SOM on July 26, 2023. The page is part of Ms. Wilson's *Redacted Defendant's Position Statement Regarding July 11, 2023 EO* filed in the Criminal Proceeding at ECF 123. Because portions of the original document contains are highlighted in yellow, those portions referred to in the *Reply in Support of Motion for Summary Judgment on First Amended Complaint* filed concurrently herewith are highlighted in blue. This document was produced in discovery as PH000034.

15813736\000001\132610238

6.    I respectfully request the Court take judicial notice of the foregoing matters as adjudicative facts pursuant to Federal Rule of Evidence 201. The existence of these filings in the Criminal Case is not subject to reasonable dispute and can be accurately determined from sources whose accuracy cannot reasonably be questioned.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Honolulu, Hawai'i, March 27, 2026.

/s/ Laura P. Moritz
LAURA P. MORITZ

3

15813736\000001\132610238