IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LIFE MASTERY NETWORK LLC, a Nevada limited liability company dba LIANA SHANTI ENTERPRISES and LIANE WILSON, also known in the community as LIANA SHANTI,<br><br>        Plaintiffs/Counterclaim Defendants,<br><br>   vs.<br><br>PAULA HAYGARTH, BYRON HORVATH, JANE DOES 1-10, and JOHN DOES 1-10,<br><br>        Defendants/Counterclaimants. | CIVIL NO. 1:25-cv-00297-JAO-RT<br><br>**DECLARATION OF ANNA KELLEY** |

**DECLARATION OF ANNA KELLEY**

I, Anna Kelley, hereby declare as follows:

1.　I make this Declaration based on my personal knowledge and am competent to testify as to the matters in this declaration. I am over 18 years old and a resident of Jefferson County, Alabama.

2.　I became involved in the online community operated by Liane Wilson (aka Liana Shanti) beginning in or around May 2021 and remained involved until approximately mid-2024. During this time, I participated in and/or purchased every program and subscription offered by Liana Shanti, including but

not limited to: Illuminations, Narcissistic Abuse Healing, Mother Wound Healing, Father Wound Healing, Holistic Mastery Institute (HMI), 12D Business School, Lemurian Mystery School, a Fast Track business consultation, and a high-ticket annual business mentorship program.

3.    I reviewed some of Ms. Wilson's recent filings in this matter, made on January 5, 2026. Ms. Wilson's claim (at ECF 63, Fact 15) to have never received a complaint of extortion or similar conduct from any student or client is false as to my experience. I paid Liane Wilson a total of $111,110 (made in two payments, one in November 2023 and the second in February 2024) in connection with her high-ticket business mentorship in November, including a Fast Track consultation and annual mentorship program. Promotional materials and direct representations by Ms. Wilson promised that as part of this mentorship, I would receive individualized business guidance and a business plan.

4.    After an initial call with Ms. Wilson in November 2023, I repeatedly contacted her (via Voxer, the communication platform used for the mentorship), asking when I would receive the promised business plan. Despite multiple requests over several months, I did not receive a business plan or any comparable deliverable.

5.    On or about April 16, 2024, I sent a voice message to Ms. Wilson expressing concern that I had wired more than $100,000 for the mentorship

2

without having received a business plan, written agreement, or any document outlining protections or expectations. I stated that this caused me distress given prior negative business experiences. In response, Ms. Wilson told me that her mentorships do not involve contracts or deliverables and that she did not owe participants a product, characterizing the mentorship as not being a program. She questioned why a contract would be expected and stated, in substance, that there are "never" contracts in such mentorships.

6.      During the same communication, she stated that she had previously "gone above and beyond" for other students by creating logos and websites and that she would not offer mentorship again at the same price point, stating she would consider charging significantly more in the future.

7.      Ms. Wilson claims she never coached women on how to claim abuse by their partners (ECF 63 at Fact 16), but I observed her in Q&A sessions where she repeatedly told members of the community that they had experienced abuse by family members — including fathers, brothers, or grandparents — even when they did not initially identify those experiences as abuse. She stated that failure to recognize such abuse was due to insufficient healing work. In fact, after I shared with her that I had been abused by my brother, she told me that I was also abused by other family members when I had no independent memory of such, and that I had not yet "uncovered" this other abuse in my own memory.

3

8.     Ms. Wilson claims she taught respect for the law and discouraged "going rogue," (ECF 63, Fact 20), but in my experience, she repeatedly told women that they needed to leave certain countries (often Australia or Canada) or states immediately due to perceived danger, often framing these statements as "if it were me, this is what I would do," without regard for legal, financial, or custodial consequences.

9.     I am aware that Ms. Wilson claims women voluntarily paid for courses and programs (ECF 63 at Fact 24), but in my experience, students were intensely pressured to sign up for courses and programs. During my participation in her high-ticket mentorship described above, she told me that in order for her to help me effectively, I needed to also work with Cahira Noelani as a health coach. I paid Cahira Noelani for one-on-one health coaching. During these sessions, the focus repeatedly shifted to Ms. Wilson's current or upcoming money/business programs rather than health-related topics.

10.    During this same period, Liane Wilson released a program referred to as MMM and suggested I enroll. I told both Liane Wilson and Cahira Noelani that I did not want to pay approximately $1,000 for another program when I had not yet received what was promised in connection with the high-ticket mentorship exceeding $100,000. Despite clearly declining, Cahira Noelani continued pressure me to join the MMM program during our health sessions, and even

contacted me near midnight on the final enrollment deadline asking why I had not signed up. This occurred after I had already clearly stated that I would not be joining the program.

11.    Ms. Wilson claims her reputation is built on ethical practices, empowerment, and trauma-informed support (ECF 63, Fact 28), but my experience was that she repeatedly framed herself as the necessary authority for decision-making and discouraged independent judgment, resulting in increased dependence rather than empowerment. For example, the discouraged followers from listening or following any sources of information or authority other than her own because she contended she was directly connected to Jesus.

12.    Ms. Wilson claims she never encouraged women to leave their husbands or cut off family members (ECF 63 at Fact 29), but in my experience, she repeatedly encouraged women to sever relationships with spouses and family members and stated that allowing certain individuals access to children exposed them to "darkness." Specifically, if women's spouses or family members questioned Ms. Wilson or her instructions, they were encouraged to sever relationships with such spouses or family members.

13.    Ms. Wilson claims she did not encourage women to flee their place of residence with their children (ECF 63, Fact 30), but contrary to this claim, I observed her repeatedly state to the community that remaining in certain "dark"

5

states or countries placed these women and their children in danger, which instilled fear and urgency among mothers in the community.

14.    After students would leave Ms. Wilson's community, I observed numerous instances in which Ms. Wilson shared personal, private details about such former students publicly on her social media account, @lianashanti Instagram, and encouraged current students to engage in similar behavior, including posting on social media, tagging employers, and contacting child welfare authorities. Specific examples would include Ms. Wilson's posts about Jessica McGratty: Ms. Wilson posted negatively about her, posted private details about her, and encouraged other students in her community to contact child protective services in North Carolina (where Ms. McGratty resided) to report her as an unfit mother without valid bases for doing so. Another example would be in the case of former student Joe Scoppino: after he left the community, Ms. Wilson encouraged students to post negatively about him and tag his employer on social media with the aim of getting him fired from his job.

15.    Ms. Wilson claims to suffer from severe mental distress and PTSD (ECF 63, Facts 35, 37), but during the time I followed her closely between May 2021 to mid-2024, she frequently stated publicly that she was the happiest and healthiest she had ever been, that she experienced no bad days, slept perfectly, and had an ideal personal life.

6

15813736\132144130\V-1

16.    Ms.    Wilson    claims    she    did    not    control    the    website www.exposingfamilyabuse.com (ECF 60, Fact 4), but in group discussions throughout 2023, she stated that she was responsible for the strategy and direction of the website and that another individual would serve as the public face.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Jefferson County, Alabama, on January 20, 2026.

_____
ANNA KELLEY

7