Case 1:19-cr-00105-SOM   Document 125-1   Filed 08/02/23   Page 23 of 28   PageID.1802
Case 1:25-cv-00297-JAO-RT   Document 84-5   Filed 03/27/26   Page 1 of 3
PageID.1780

**MY PERSONAL ADVOCACY OF A SIX WOMEN WHO ARE MY STUDENTS**

There are 6 women that I have personally advocated for in varying degrees.

L▮▮F▮▮▮▮▮

K▮▮▮ A▮▮▮

C▮▮▮ N▮▮▮▮

H▮▮▮ W▮▮▮

A▮▮▮ J▮▮▮

J▮▮▮▮ V▮▮▮▮

**MY ADVOCACY PLATFORM**

The website ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ is the platform for my advocacy work (it used to be called ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ but the content is the same). It was started NOVEMBER 2022. It is a community forum run by volunteers where victims can share their written stories and submit information (including restraining orders)  through this site and the volunteers monitor incoming information. I created this website specifically to create a platform for my advocacy that could grow.

*Prior to this website my advocacy consisted of speaking out publicly on podcasts, creating my own podcast, and sharing links to important resources for protective mothers and victims of domestic violence.*

I saw a huge and growing need for awareness around these issues after seeing hundreds of other websites with similar stories and the worldwide crisis in family courts that the United Nations has recently called a Human Rights Crisis.

**EXHIBIT L**

PH000023

Case 1:19-cr-00105-SOM   Document 125-2   Filed 08/02/23   Page 14 of 17   PageID.1821
Case 1:25-cv-00297-JAO-RT   Document 84-5   Filed 03/27/26   Page 2 of 3
PageID.1781

My business audience is there for my spiritual teachings, energy programs and weekly forecasts. My collective audience across my business platforms is about 100,000 people and the victims I actively advocated for are 6 people.

Now that I have created ████████████████████████ I am looking forward to collaborating with other organizations and being able to help many other women worldwide who are not my students, but who need resources like attorneys, divorce coaches, psychological resources and much more.

Ultimately I look for the good in every situation and I feel that through the hell I and my students have been put through by this hate group gave birth to something that will be able to serve so many women and their children. Having experienced first hand the horrific way that abusers retaliate when they are exposed, I have a new vision. A vision of creating a non-profit organization that provides money for legal fees for women who cannot afford representation, which is the case for countless women around the world. And, to provide a safe network of therapists who can help these women avoid the fate of many mothers who resort to suicide when going through these post-separation abuse cases.

The advocacy website currently contains lists of resources for victims which is being updated on an ongoing basis. We have been contacted by a number of people including suicide hotlines (because a disproportionately high number of mothers who lose custody to abusers in family court commit suicide which is making huge headlines right now with the C████████ K████████ case in New York and S████ O████████ the singer.) Also law firms who have reached out who would like to partner with us to disseminate help for victims of domestic violence and childhood sexual abuse. See below of a submission recently received through the advocacy website.

BH001114

Case 1:19-cr-00105-SOM   Document 125-2   Filed 08/02/23   Page 15 of 17   PageID.1822
Case 1:25-cv-00297-JAO-RT   Document 84-5   Filed 03/27/26   Page 3 of 3
PageID.1782



BH001115