# MINUTE ORDER

| | |
|---|---|
| CASE NUMBER: | 1:25-cv-00297-JAO-RT |
| CASE NAME: | Life Mastery Network LLC et al. v. Haygarth et al. |
| ATTY'S FOR PLTFS: | Troy Christopher Young<br>*Jeffrey S. Portnoy |
| ATTY'S FOR DEFTS: | Laura P. Moritz<br>*Louise K.Y. Ing |

| | | | |
|---|---|---|---|
| JUDGE: | Jill A. Otake | REPORTER: | Beth Krupa |
| DATE: | 4/9/2026 | TIME: | 9:00am-10:20am |

COURT ACTION:   EP:    Hearing on Various Motions [42], [46], [49], and [72] was held.

Oral arguments heard.

For reasons stated on the record, Defendants/Counterclaimants' Daubert Motion to Exclude Sourced Intelligence Report and Testimony of Alex Feil [42], Defendants/Counterclaimants Paula Haygarth, Byron Horvath, and Stefanie Horvath's Motion for Summary Judgment on Plaintiffs' First Amended Complaint filed July 3, 2025 (State Ct. Dkt. 443) [46], Defendants/Counterclaimants Paula Haygarth, Byron Horvath, and Stefanie Horvath's Motion for Summary Judgment on First Amended Counterclaim filed July 14, 2025 [State Dkt. 451] [49], and Plaintiff Life Master Network LLC's Motion to Strike Declaration of Amanda Brady and Declaration of Anna Kelley on 2/13/26 [72] - TAKEN UNDER ADVISEMENT.

Court to issue a written order.

The parties are directed to meet and confer regarding revised deadlines for motions in limine and to submit a joint letter for the Court's consideration.

Submitted by: Carla Cortez, Courtroom Manager