## cades·schutte
### A LIMITED LIABILITY LAW PARTNERSHIP

**Jeffrey S. Portnoy**
1000 Bishop Street, Suite 1200
Honolulu, HI 96813
Direct Line: (808) 521-9221
Direct Fax: (808) 540-5040
Email: jportnoy@cades.com

June 10, 2026

**VIA E-MAIL: otake_orders@hid.uscourts.gov**

Honorable Jill A. Otake
United States District Court for the District of Hawaii
300 Ala Moana Blvd., C-338
Honolulu, HI 96850

      Re:    Life Mastery Network, LLC et al. v. Haygarth, et al.; Case No. 1:25-cv-00297-JAO-RT; United States District Court for the District of Hawaii

Dear  Judge Otake:

I am counsel for Plaintiffs Life Mastery Network, LLC d/b/a Liana Shanti Enterprises and Liane Wilson, also known in the community as Liana Shanti (collectively, "Plaintiffs") in the above-referenced case.  The Final Pretrial Conference is currently scheduled for July 20, 2026, at 10:00 a.m.

I will be handling the Final Pretrial Conference for Plaintiffs; however, I must attend the Ninth Circuit Judicial Conference on July 20, 2026, and therefore respectfully request that the Final Pretrial Conference be rescheduled to a later date.  I have conferred with counsel for the Defendants and they have no objection to rescheduling the Final Pretrial Conference.  To the extent it is helpful to the Court's scheduling, I have confirmed that counsel for the parties are available on July 27, 2026.

Thank you for your consideration of this request.

Very truly yours,

*/s/ Jeffrey S. Portnoy*

Jeffrey S. Portnoy
      for
CADES SCHUTTE
A Limited Liability Law Partnership