**DENTONS**

**Louise K.Y. Ing**
Partner

louise.ing@dentons.com
D    +1 808-441-6114

**Laura P. Moritz**
Counsel

laura.moritz@dentons.com
D    +1 808-441-6156

Dentons US LLP
1001 Bishop Street
Suite 1800
Honolulu, HI  96813
United States

dentons.com

June 15, 2026

**VIA E-MAIL:  otake_orders@hid.uscourts.gov**

Honorable Jill A. Otake
United States District Court for the District of Hawai`i
300 Ala Moana Blvd., C-338
Honolulu, HI  96850

**Re:**    *Life Mastery Network LLC, et al. vs. Paula Haygarth, et al*.;
**Civil No. 1:25-cv-00297-JAO-RT; In the United States District Court
for the District of Hawaii**

Dear Judge Otake:

We write in response to the June 10, 2026 letter from Plaintiff's counsel.  We confirm that Defendants do not object to Mr. Portnoy's request to reschedule the court's Final Pretrial Conference from July 20 to July 27 or a later date the week of July 27.

We also respectfully request that the Court consider moving the motion in limine and related deadlines a week later or to such extended dates as are acceptable to the Court, due to the parties having taken several days out of trial preparation time to consider settlement options and engage in a settlement conference with Judge Mansfield and Judge Trader on June 12.  I confirmed with Mr. Portnoy that he would not object to our request, which would result in the following schedule:

- Motions in Limine due:  June 25 (or other extended date set by the Court) instead of June 18
- Opposition due:  July 2 or 3 (or other extended date set by the Court) instead of June 26

We may have missed seeing a hearing date set for the motions, but to the extent the court plans to schedule a hearing date, we propose that it be scheduled based on the above-referenced re-set request.

Thank you for the Court's consideration.

Sincerely,

Louise K.Y. Ing
Laura P. Moritz

Attorneys for Defendants

Puyat Jacinto & Santos ► Link Legal ► Zaanouni Law Firm & Associates ► LuatViet ► For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms

US_ACTIVE\137862812\V-1