LOUISE K.Y. ING    2394
LAURA P. MORITZ   7860

DENTONS US LLP
1001 Bishop Street, Suite 1800
Honolulu, HI 96813
Telephone:  808 524 1800
Facsimile:  808 524 4591
Email:      louise.ing@dentons.com
           laura.moritz@dentons.com

Attorneys for Defendants/Counterclaimants
PAULA HAYGARTH, BYRON HORVATH, and
STEFANIE HORVATH

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LIFE MASTERY NETWORK LLC, a Nevada limited liability company dba LIANA SHANTI ENTERPRISES and LIANE WILSON, also known in the community as LIANA SHANTI,<br><br>       Plaintiffs/Counterclaim Defendants,<br><br>   v.<br><br>PAULA HAYGARTH, BYRON HORVATH, STEFANIE HORVATH, JANE DOES 2-10, and JOHN DOES 1-10,<br><br>       Defendants/ Counterclaimants. | CIVIL NO. 1:25-cv-00297-JAO-RT<br><br>**DEFENDANTS/ COUNTERCLAIMANTS' MOTION *IN LIMINE* NO. 1 TO EXCLUDE EVIDENCE OF ALLEGED DEATH THREATS DUE TO SPOLIATION OF EVIDENCE; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF LOUISE ING; DECLARATION OF LAURA P. MORITZ; DECLARATION OF ROXANNE OUELLETTE; DECLARATION OF AMANDA BRADY; EXHIBITS "A"-"L"**<br><br>Judge: Honorable Jill A. Otake<br>Trial: August 3, 2026. |

US_ACTIVE\137850748\V-4

**DEFENDANTS/COUNTERCLAIMANTS'
MOTION *IN LIMINE* NO. 1 TO EXCLUDE EVIDENCE OF
ALLEGED DEATH THREATS DUE TO SPOLIATION OF
EVIDENCE**

Defendants/Counterclaimants Paula Haygarth, Byron Horvath, and Stefanie Horvath ("**Defendants**"), by and through their attorneys, Dentons US LLP, hereby move this Court for an order *in limine* precluding admission at trial of any argument and evidence, including documents and testimony, concerning or regarding alleged death threats made to Plaintiff Liane Wilson's cell phone by Mr. Horvath. The motion is made on the grounds that Plaintiffs spoliated evidence of the alleged threats. Plaintiff Wilson **disposed of** the cell phone allegedly containing the two offending voicemail messages and failed to produce in discovery metadata or screenshots for the two recordings allegedly left on her cell. In the alternative, Defendants request an instruction to the jury that Plaintiffs' spoliation of evidence requires a presumption that such evidence would have been favorable to Mr. Horvath.

This Motion is made pursuant to Federal Rules of Civil Procedure 7, 26, and 37, LR 7.1, and Federal Rules of Evidence 102, 401, 402, and 403, the memorandum in support, declarations, and exhibits. This motion is made following counsel's

US_ACTIVE\137850748\V-4

unsuccessful but good faith attempts to meet and confer pursuant to LR 7.8 of the

Local Rules.[1]

Honolulu, Hawaiʻi, June 18, 2026.

/s/ Laura P. Moritz
LOUISE K.Y. ING
LAURA P. MORITZ

---

[1] Counsel made two requests to meet and confer with Plaintiffs prior to filing this Motion, both of which were refused. Declaration of Louise Ing, ¶¶ 3-6.

US_ACTIVE\137850748\V-4