IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LIFE MASTERY NETWORK LLC, a Nevada limited liability company dba LIANA SHANTI ENTERPRISES and LIANE WILSON, also known in the community as LIANA SHANTI,<br><br>       Plaintiffs/Counterclaim Defendants,<br><br>   v.<br><br>PAULA HAYGARTH, BYRON HORVATH, STEFANIE HORVATH, JANE DOES 2-10, and JOHN DOES 1-10,<br><br>       Defendants/ Counterclaimants. | Civil No. 1:25-cv-00297-JAO-RT<br><br>**DECLARATION OF LAURA P. MORITZ** |

**DECLARATION OF LAURA P. MORITZ**

I, Laura P. Moritz, do hereby declare and state under penalty of perjury that the following facts are true and correct:

1.      I am an attorney with DENTONS US LLP ("Dentons") and am counsel of record for Defendants/Counterclaimants Paula Haygarth, Byron Horvath, and Stefanie Horvath (collectively "**Defendants**"). I have personal knowledge of the facts contained in this declaration which are true and correct.

5

US_ACTIVE\137850748\V-4

2.     I am making this Declaration in support of Defendants/ Counterclaimants' *Motion in Limine No. 1 to Exclude Evidence of Alleged Death Threats Due to Spoliation of Evidence*. I have attached for the Court's reference documents referred to in the motion.

3.     Attached hereto as Exhibit "A" is a true and accurate copy of Plaintiffs' *First Amended Complaint*, filed on July 3, 2025 in the Fifth Circuit Court, State of Hawaiʻi.

4.     Attached hereto as Exhibit "B" is a true and accurate copy of the relevant portions from Plaintiff Liane Wilson's *First Supplemental Response to Defendant/Counterclaimant Byron Horvath's First Request for Answers to Interrogatories dated December 7, 2023*, dated February 20, 2025, and highlighted for the Court's ease of review.

5.     Attached hereto as Exhibit "C" is a true and accurate copy of the relevant portions from the January 16, 2025 Videotaped Deposition of Liane Wilson.

6.     Attached as Exhibit "D" is a true and accurate copy of Defendants' *Answer to First Amended Complaint, filed July 3, 2025 (Dkt. 443); First Amended Counterclaim*, filed in the Fifth Circuit Court, State of Hawaiʻi on July 14, 2025.

7.     Attached hereto as Exhibit "G" is a true and accurate copy of the relevant pages from *Defendant/Counterclaimant Byron Horvath's First Request to*

6

*Plaintiff/ Counterclaim Defendant Liana Shanti for Production of Documents* dated December 7, 2023.

8.      With respect to obtaining copies of the records held by Plaintiffs and requested by Mr. Horvath's Document Request No. 3 (Exhibit G at 8), I wrote to Plaintiffs' counsel on June 10, June 29, and July 21, 2024 seeking to obtain copies of the recordings. Plaintiffs eventually provided two recordings on July 23, 2024, attached here to as Exhibits "H" and "I". Both recordings were produced without any attendant metadata linking the recordings to Ms. Wilson's phone, much less to Mr. Horvath.

9.      Attached hereto as Exhibit "J" is a true and accurate copy of *Plaintiff/ Counterclaim Defendant Liane Wilson's* **First Amended** *Response to Defendant/Byron Horvath's First Request for Production of Documents dated December 7, 2023*, dated June 21, 2024. In these written responses, Plaintiffs agreed to produce documents evidencing the recordings of the alleged "death threats," but actual delivery of the purported recordings took months of prodding and persistent reminders by me to opposing counsel. Plaintiffs eventually produced two recordings (M4A files, not voicemail messages) in July 2024. *See* Exhibits H, I, above. Each was less than 7 seconds long: both had electronic-sounding voices and both recordings lacked any attendant metadata linking the recordings to Wilson's phone, much less to Mr. Horvath.

7

US_ACTIVE\137850748\V-4

10.    Plaintiffs initially agreed to produce screen shots of the alleged incoming voicemail messages and all attendant metadata associated with the recordings from Wilson's phone. Plaintiffs later backtracked and would **not** agree to providing screen shots from Wilson's phone or the attendant metadata, and later, at her deposition (*see* Ex. C above), Wilson testified that she got rid of the phone.

11.    Attached hereto as Exhibit "K" is a true and accurate copy of the relevant portions from *Plaintiff/Counterclaim Defendant Liane Wilson's **Second Amended** Response to Defendant/Counterclaimant Byron Horvath's First Request for Production of Documents Dated December 7, 2023*, dated June 18, 2025.

12.    Several few weeks later, on July 31, 2025, Plaintiffs made an additional document production including a receipt showing that Wilson purchased a new phone on just a few weeks before filing this action, a true and correct copy of which is attached as Ex. "L" hereto (SHANTI-002135).

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED:  Honolulu, Hawai‘i, June 18, 2026.

/S/   LAURA P. MORITZ
LAURA P. MORITZ

8