IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LIFE MASTERY NETWORK LLC, a Nevada limited liability company dba LIANA SHANTI ENTERPRISES and LIANE WILSON, also known in the community as LIANA SHANTI,<br><br>Plaintiffs/Counterclaim Defendants,<br><br>v.<br><br>PAULA HAYGARTH, BYRON HORVATH, STEFANIE HORVATH, JANE DOES 2-10, and JOHN DOES 1-10,<br><br>Defendants/ Counterclaimants. | CIVIL NO. 1:25-cv-00297-JAO-RT<br><br>**DECLARATION OF ROXANNE OUELLETTE** |

**DECLARATION OF ROXANNE OUELLETTE**

I, ROXANNE OUELLETTE, hereby declare as follows:

1.  Unless otherwise indicated, I make this Declaration based on my personal knowledge and am competent to testify concerning the matters set forth below.

2.  I am a Canadian citizen and a resident of Saskatchewan. I am a partner with the Canadian law firm McKercher LLP Barristers and Solicitors located in Regina, Saskatchewan, Canada. I am counsel for Paula Haygarth, Byron Horvath,

and Stefanie Horvath.

3.      Part of my duties as counsel for Paula Haygarth, Byron Horvath, and Stefanie Horvath is to work with my legal assistant, Paris McIvor, to monitor the @lianashanti Instagram account for any statements made about Ms. Haygarth, Mr. Horvath, or Ms. Horvath. I have been monitoring the account with Ms. McIvor since 2022. When statements are observed about Ms. Haygarth, Mr. Horvath, Ms. Horvath, or their families on the @lianashanti account, a screen shot of the post is taken and it is cataloged it by date. I review each post as it is taken and cataloged.

4.      Attached hereto as **Exhibit E** is a true and accurate copy of a screen shot of a post made by the @lianashanti Instagram account on August 16, 2024, cataloged by my office and reviewed by me contemporaneously, produced in litigation as Bates No. HH002216.

5.      Attached hereto as **Exhibit F** is a true and accurate copy of a screen shot of a post made by the @lianashanti Instagram account on February 7, 2024, catalogued by my office and reviewed by me contemporaneously, produced in litigation as Bates No. HH001815.

6.      These exhibits are mere examples of similar posts by the @lianashanti Instagram account we have documented and kept records of since 2022. Plaintiffs have continued to post similar statements about Paula Haygarth, Byron Horvath, and Stefanie Horvath though the years to the present day. I have observed many other

2

similar posts about Defendants that I have documented and maintained in my records.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Regina, Canada, June 18, 2026.

/s/

ROXANNE OUELLETTE

3