IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LIFE MASTERY NETWORK LLC, a Nevada limited liability company dba LIANA SHANTI ENTERPRISES and LIANE WILSON, also known in the community as LIANA SHANTI,<br><br>          Plaintiffs/<br>          Counterclaim<br>          Defendants,<br><br>     v.<br><br>PAULA HAYGARTH, BYRON HORVATH, STEFANIE HORVATH, JANE DOES 2-10, and JOHN DOES 1-10,<br><br>          Defendants/<br>          Counterclaimants. | CIVIL NO. 1:25-cv-00297-JAO-RT<br><br>**DECLARATION OF AMANDA BRADY** |

**DECLARATION OF AMANDA BRADY**

I, Amanda Brady, hereby declare and affirm as follows:

1.  I am an a Canadian citizen and resident of Saskatchewan.

2.  I make this Declaration based on my personal knowledge and am competent to testify as to the matters set forth herein. This Declaration is made in support of *Defendants Motion in Limine No. 1 To Exclude Evidence of Alleged Death Threats Due to Spoilation of Evidence* ("Motion").

3.    I was directly involved in Plaintiff Liane Wilson's, aka Liana Shanti, online community beginning in 2017, and my involvement and contact with her continued through until April 2025. Specifically during the year 2022, I participated extensively in her programs and community, including private chats, live sessions, and private direct-message conversations across Instagram, Facebook, and Signal. We also spoke on the phone.

4.    Beginning in mid-2022 (if not sooner), and continuing throughout the remainder of 2022, Ms. Wilson regularly talked to me about her intention to file a defamation suit against Paula Haygarth and Byron Horvath. She also regularly spoke to me of death threats she allegedly received from Mr. Horvath on her cell phone and how that would somehow support her pending lawsuit against him and Ms. Haygarth.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Saskatchewan, Canada, on June 18, 2026.

/s/ _____
AMANDA BRADY

2