CADES SCHUTTE
A Limited Liability Law Partnership

JEFFREY S. PORTNOY          1211
TROY C. YOUNG               11317
Cades Schutte Building
1000 Bishop Street, Suite 1200
Honolulu, HI 96813-4212
Telephone: (808) 521-9200
Fax: (808) 521-9210
Email: jportnoy@cades.com
        tcyoung@cades.com

Attorneys for Plaintiffs/Counterclaim Defendants
LIFE MASTERY NETWORK LLC, a Nevada
limited liability company dba LIANA SHANTI
ENTERPRISES and LIANE WILSON, also known
in the community as LIANA SHANTI

IN THE CIRCUIT COURT OF THE FIFTH CIRCUIT

STATE OF HAWAI'I

| | |
|---|---|
| LIFE MASTERY NETWORK LLC, a Nevada limited liability company dba LIANA SHANTI ENTERPRISES and LIANE WILSON, also known in the community as LIANA SHANTI,<br><br>　　　　　Plaintiffs/Counterclaim Defendants,<br><br>v.<br><br>PAULA HAYGARTH, BYRON HORVATH, JANE DOES 1-10, and JOHN DOES 1-10,<br><br>　　　　　Defendants/Counter-claimants. | CIVIL NO. 5CCV-22-0000107<br>(Other Civil Action)<br><br>PLAINTIFF/COUNTERCLAIM DEFENDANT LIANE WILSON'S **FIRST SUPPLEMENTAL** RESPONSE TO DEFENDANT/ COUNTERCLAIMANT BYRON HORVATH'S FIRST REQUEST FOR ANSWERS TO INTERROGATORIES DATED DECEMBER 7, 2023 |

**EXHIBIT B**

documents or answers that include expert material. Plaintiff expressly reserves the right to supplement, clarify, revise, or correct any or all responses to the Request, and to assert additional objections or privileges, in one or more subsequent supplemental response(s) in accordance with the time period for exchanging expert reports set by the Court.

7.    Plaintiff objects to the Request to the extent it calls for a legal conclusion and invades the province of the trier of fact. *See* Haw. Rev. Stat. § 663-1.54(c) ("The determination of whether a risk is inherent or not is for the trier of fact."); *see also* HRCP Rule 33(c) ("[T]he court may order . . . an interrogatory need not be answered until after designated discovery has been completed or until a pre-trial conference or other later time.").

8.    The answers attached hereto are each specifically subject to the foregoing objections. All objections made in this response to the Request have been made by Plaintiff's counsel and the signature below shall take the place of a signature after each and every objection made.

9.    Plaintiff reserves her right to supplement her response to the Request in accordance with Rule 26(e) of the Hawai'i Rules of Civil Procedure.

DATED:  Honolulu, Hawai'i, February 20, 2025.

CADES SCHUTTE
A Limited Liability Law Partnership


/s/ *Jeffrey S. Portnoy*
JEFFREY S. PORTNOY
TROY C. YOUNG

Attorneys for Plaintiffs/Counterclaim Defendants
LIFE MASTERY NETWORK LLC, a Nevada
limited liability company dba LIANA SHANTI
ENTERPRISES and LIANE WILSON, also known
in the community as LIANA SHANTI

- 3 -

11. Describe each and every fact and basis which supports the truth of Your statement in an Instagram post that "I have my own personal experience with Byron as a violent man," a screen shot of which is attached hereto as Exhibit 10, including but not limited to each and every personal experience You have had "with Byron as a violent man."

ANSWER:

Objection: Plaintiff objects to this request on the grounds that it is unduly burdensome. Plaintiff further objects to the request to the extent it asks Plaintiff to provide the "equivalent of a narrative account of [her] case, including every evidentiary fact, details of testimony of supporting witnesses, and the contents of supporting documents." *Deakin v. Magellan Health, Inc.*, 340 F.R.D. 424, 437-38 (D.N.M. 2022) (quoting *Lucero v. Valdez*, 240 F.R.D. 591, 594 (D.N.M. 2007)).

*Troy C. Young*
_____
JEFFREY S. PORTNOY
TROY C. YOUNG

Without waiving said objections, Plaintiff responds as follows:

I, as well as my husband and ex husband) have been violently threatened by Byron Horvath and reported his threats to the FBI, who have placed the case in the Violent Crimes Division according to an agent of the Honolulu Field Office.

I have received a rape threat from Byron which states "I am going to rape you, don't sleep."

Discovery is ongoing and Plaintiff reserves her right to supplement her response to this interrogatory.

**FIRST SUPPLEMENTAL ANSWER:**
**I reported the threats to FBI agent—Jimmy Chen. As far as I am aware, the FBI does not provide "written reports" of ongoing investigations to private citizens. Haley Winter recognized Byron's voice in the audio recording of the threatening call and confirmed that the phone number was associated with Byron's best friend, Cameron Irwin. Plaintiff reserves her right to supplement her response to this interrogatory.**

- 14 -

**VERIFICATION**

STATE OF ~~HAWAI`I~~ Texas *NT*                )

                                               )          SS:

COUNTY OF _____ Fort Bend _____              )


     I, LIANE WILSON, also known as LIANA SHANTI, being first duly sworn upon oath, deposes and says that the foregoing answers to interrogatories are true and correct to the best of my knowledge and belief.

*Liane Wilson*
_____

LIANE WILSON,

also known as LIANA SHANTI


Subscribed and sworn to before me

this __20th__ day of __February__ , 20 25 .

_____

Notary Public, State of __ Texas __

<table>
<tr><td>Nandi Turner</td></tr>
<tr><td>ID NUMBER<br>13246911-2<br>COMMISSION EXPIRES<br>May 7, 2028</td></tr>
</table>

__ Nandi Turner _____

Printed Name of Notary

My commission expires: __05/07/2028__

Electronically signed and notarized online using the Proof platform.