

**EXHIBIT E**

HH002216