

**EXHIBIT F**

HH001815