SHANTI-000957.mp3

**EXHIBIT H**