SHANTI-000958.mp3

**EXHIBIT I**