CADES SCHUTTE
A Limited Liability Law Partnership

JEFFREY S. PORTNOY          1211
TROY C. YOUNG               11317
Cades Schutte Building
1000 Bishop Street, Suite 1200
Honolulu, HI 96813-4212
Telephone: (808) 521-9200
Fax: (808) 521-9210
Email: jportnoy@cades.com
       tcyoung@cades.com

Attorneys for Plaintiffs
LIFE MASTERY NETWORK LLC, a Nevada
limited liability company dba LIANA SHANTI
ENTERPRISES and LIANE WILSON, also known
in the community as LIANA SHANTI

## IN THE CIRCUIT COURT OF THE FIFTH CIRCUIT

## STATE OF HAWAI'I

| | |
|---|---|
| LIFE MASTERY NETWORK LLC, a Nevada limited liability company dba LIANA SHANTI ENTERPRISES and LIANE WILSON, also known in the community as LIANA SHANTI, | CIVIL NO. 5CCV-22-0000107 (Other Civil Action) |
| Plaintiffs/Counterclaim Defendants, | PLAINTIFF/COUNTERCLAIM DEFENDANT LIANE WILSON'S **FIRST AMENDED** RESPONSE TO DEFENDANT/BYRON HORVATH'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS DATED DECEMBER 7, 2023 |
| v. | |
| PAULA HAYGARTH, BYRON HORVATH, JANE DOES 1-10, and JOHN DOES 1-10, | |
| Defendants/Counter-claimants. | |

9047569.v1

## EXHIBIT J

constitutes admissible evidence. The fact that Plaintiff has answered part or all of any Request is not intended to and shall not be construed to be a waiver by Plaintiff of all or any part of any objection by Plaintiff to the admissibility of evidence at trial or the relevance of the response.

13. Plaintiff expressly reserves the right to supplement, withdraw, amend, correct or revise these responses before the completion of discovery, as additional analyses are made, research is completed, and contentions are asserted, and/or if Plaintiff finds that inadvertent errors or omissions have been made or if additional or more accurate information becomes available, and is required to be provided under HRCP 26.

14. The responses attached hereto are each specifically subject to the foregoing objections. All objections made in this response to the Request have been made by Plaintiff's counsel and the signature below shall take the place of a signature after each and every objection made.

Without waiving the foregoing objections, which are hereby incorporated by reference into each of the responses below, Plaintiff responds and objects to the specific requests as in the attached responses.

DATED: Honolulu, Hawaii, June 21, 2024.

CADES SCHUTTE
A Limited Liability Law Partnership


/s/ Jeffrey S. Portnoy
JEFFREY S. PORTNOY
TROY C. YOUNG

Attorneys for Plaintiffs/Counterclaim Defendants
LIFE MASTERY NETWORK LLC, a Nevada
limited liability company dba LIANA SHANTI
ENTERPRISES and LIANE WILSON, also known
in the community as LIANA SHANTI

4

9047569.v1

3.    All audio recordings You claim to have of Mr. Horvath speaking to anyone.

RESPONSE:
**Objection:** **Plaintiff objects to this request on the grounds that it seeks information that is not reasonably calculated to lead to the discovery of admissible evidence and is overly broad in scope as to time and subject matter. Plaintiff further objects to this request on the grounds that it seeks documents already within the possession and/or control of Defendant.**

*Troy C. Young*
JEFFREY S. PORTNOY
TROY C. YOUNG

**Without waiving said objections, and to the extent Plaintiff understands the request, Plaintiff responds that it will produce documents via a share link or flash drive at a mutually agreeable date and time. Discovery is ongoing.**

4.    All Documents (see Definitions) relating to an injunction allegedly obtained against Mr. Horvath in a jurisdiction within the state of Florida.

RESPONSE:
**Objection: Plaintiff objects to this request on the grounds that it seeks documents already within the possession and/or control of Defendant.**

*Troy C. Young*
JEFFREY S. PORTNOY
TROY C. YOUNG

**Without waiving said objections, and to the extent Plaintiff understands the request, Plaintiff responds that it will produce documents via a share link or flash drive at a mutually agreeable date and time. Discovery is ongoing.**

//

//

//

//