CADES SCHUTTE
A Limited Liability Law Partnership

JEFFREY S. PORTNOY        1211
TROY C. YOUNG          11317
Cades Schutte Building
1000 Bishop Street, Suite 1200
Honolulu, HI 96813-4212
Telephone: (808) 521-9200
Fax: (808) 521-9210
Email: jportnoy@cades.com
       tcyoung@cades.com

Attorneys for Plaintiffs
LIFE MASTERY NETWORK LLC, a Nevada
limited liability company dba LIANA SHANTI
ENTERPRISES and LIANE WILSON, also known
in the community as LIANA SHANTI

IN THE CIRCUIT COURT OF THE FIFTH CIRCUIT

STATE OF HAWAI'I

| | |
|---|---|
| LIFE MASTERY NETWORK LLC, a Nevada limited liability company dba LIANA SHANTI ENTERPRISES and LIANE WILSON, also known in the community as LIANA SHANTI,<br><br>     Plaintiffs/Counterclaim Defendants,<br><br>  v.<br><br>PAULA HAYGARTH, BYRON HORVATH, JANE DOES 1-10, and JOHN DOES 1-10,<br><br>     Defendants/Counter-claimants. | CIVIL NO. 5CCV-22-0000107 (Other Civil Action)<br><br><br>PLAINTIFF/COUNTERCLAIM DEFENDANT LIANE WILSON'S **SECOND AMENDED** RESPONSE TO DEFENDANT/COUNTERCLAIMANT BYRON HORVATH'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS DATED DECEMBER 7, 2023 |

9047569.v1

# EXHIBIT K

constitutes admissible evidence.  The fact that Plaintiff has answered part or all of any Request is not intended to and shall not be construed to be a waiver by Plaintiff of all or any part of any objection by Plaintiff to the admissibility of evidence at trial or the relevance of the response.

13.    Plaintiff expressly reserves the right to supplement, withdraw, amend, correct or revise these responses before the completion of discovery, as additional analyses are made, research is completed, and contentions are asserted, and/or if Plaintiff finds that inadvertent errors or omissions have been made or if additional or more accurate information becomes available, and is required to be provided under HRCP 26.

14.    The responses attached hereto are each specifically subject to the foregoing objections.  All objections made in this response to the Request have been made by Plaintiff's counsel and the signature below shall take the place of a signature after each and every objection made.

Without waiving the foregoing objections, which are hereby incorporated by reference into each of the responses below, Plaintiff responds and objects to the specific requests as in the attached responses.

DATED:  Honolulu, Hawaii, June 18, 2025.

CADES SCHUTTE
A Limited Liability Law Partnership


*/s/ Jeffrey S. Portnoy*
JEFFREY S. PORTNOY
TROY C. YOUNG

Attorneys for Plaintiffs/Counterclaim Defendants
LIFE MASTERY NETWORK LLC, a Nevada
limited liability company dba LIANA SHANTI
ENTERPRISES and LIANE WILSON, also known
in the community as LIANA SHANTI

4

3.      All audio recordings You claim to have of Mr. Horvath speaking to anyone.

RESPONSE:
**Objection**: **Plaintiff objects to this request on the grounds that it seeks information that is not reasonably calculated to lead to the discovery of admissible evidence and is overly broad in scope as to time and subject matter. Plaintiff further objects to this request on the grounds that it seeks documents already within the possession and/or control of Defendant.**

*Troy C. Young*

**JEFFREY S. PORTNOY**
**TROY C. YOUNG**

**Without waiving said objections, and to the extent Plaintiff understands the request, Plaintiff responds that Plaintiff previously produced all responsive audio recordings within Plaintiff's possession.  Plaintiff no longer is in possession of her old phone and is not able to retrieve any relevant metadata for audio recordings applicable to her old phone. Discovery is ongoing.**

4.      All Documents (see Definitions) relating to an injunction allegedly obtained against Mr. Horvath in a jurisdiction within the state of Florida.

RESPONSE:
**Objection**: **Plaintiff objects to this request on the grounds that it seeks documents already within the possession and/or control of Defendant.**

*Troy C. Young*

**JEFFREY S. PORTNOY**
**TROY C. YOUNG**

**Without waiving said objections, and to the extent Plaintiff understands the request, Plaintiff responds that Plaintiff previously produced responsive documents within Plaintiff's possession.  Discovery is ongoing.**

//

//

//

9047569.v1