
  

# My Support

Hello, Liana Shanti | Sign out



# iPhone (147)

iPhone 14 Pro Max

GYJQ0CDJ6R

Date of Purchase: November 10, 2022

AppleCare+ 

Go to My Devices ›

**EXHIBIT L**

Confidential                                                                        SHANTI-002136