Case 1:25-cv-00297-JAO-RT    Document 102-3    Filed 06/18/26    Page 1 of 6
PageID.2045                                                    Page 1
LIANE WILSON, Vol II on 01/16/2025
LIFE MASTERY NETWORK LLC, et al., vs PAULA HAYGARTH, et al.

Page 1

IN THE CIRCUIT COURT OF THE FIFTH CIRCUIT

STATE OF HAWAII

LIFE MASTERY NETWORK LLC,    )CIVIL NO. 5CCV-22-0000107
a Nevada limited             )(Other Civil Action)
liability company dba        )
LIANA SHANTI ENTERPRISES     )
and LIANE WILSON, also       )
known in the community as    )
LIANA SHANTI,                )(Pages 1 to 139)
                             )
Plaintiff/Counterclaim       )
Defendants,                  )
                             )
vs.                          )
                             )
PAULA HAYGARTH, BYRON        )
HOROVATH, JANE DOES 1-10,    )
and JOHN DOES 1-10,          )
                             )
Defendants/                  )
Counterclaimants.            )
_____)

**Certified Transcript**

VOLUME II of II

VIDEOTAPED DEPOSITION OF LIANE WILSON

Thursday, January 16, 2025

REPORTED BY:  JAMIE S. MIYASATO, RPR

State of Hawaii CSR No. 394

**EXHIBIT A**

Case 1:25-cv-00297-JAO-RT    Document 102-3    Filed 06/18/26    Page 2 of 6
PageID.2046
LIANE WILSON, Vol II on 01/16/2025                                    Pages 2–5
LIFE MASTERY NETWORK LLC, et al., vs PAULA HAYGARTH, et al.

Page 2

IN THE CIRCUIT COURT OF THE FIFTH CIRCUIT

STATE OF HAWAII

LIFE MASTERY NETWORK LLC,      )CIVIL NO. 5CCV-22-0000107
a Nevada limited               )(Other Civil Action)
liability company dba          )
LIANA SHANTI ENTERPRISES       )
and LIANE WILSON, also         )
known in the community as      )
LIANA SHANTI,                   )
                                )
Plaintiff/Counterclaim         )
Defendants,                     )
                                )
vs.                             )
                                )
PAULA HAYGARTH, BYRON          )
HOROVATH, JANE DOES 1-10,      )
and JOHN DOES 1-10,            )
                                )
Defendants/                     )
Counterclaimants.               )
_____)

VOLUME II

VIDEOTAPED DEPOSITION OF LIANE WILSON,
taken on behalf of the Defendants/Counterclaimants
pursuant to Notice, on Thursday, January 16, 2025,
commencing at 10:06 a.m., at Chamber of Commerce,
4268-I Rice Street, Lihue, Hawaii, 96766, before
Jamie Miyasato, RPR, State of Hawaii CSR No. 394.

Page 3

APPEARANCES:

For Plaintiffs/Counterclaim Defendants LIFE MASTERY
NETWORK LLC, a Nevada limited liability company dba
LIANA SHANTI ENTERPRISES and LIANE WILSON, also known
in the community as LIANA SHANTI:

        JEFFREY S. PORTNOY, ESQ.
        Cades Schutte
        1000 Bishop Street, Suite 1200
        Honolulu, Hawaii 96813-4212
        Telephone: (808)521-9200
        Email: jportnoy@cades.com

For the Defendants/Counterclaimants PAULA HAYGARTH
and BYRON HORVATH (via Zoom):
        LAURA P. MORITZ, ESQ.
        LOUISE K.Y. ING, ESQ.
        Dentons US LLP
        1001 Bishop Street, Suite 1800
        Honolulu, Hawaii 96813-3689
        Telephone: (808)524-1800
        Email: laura.moritz@dentons.com
             louise.ing@dentons.com

Also present:
David Linhares, iDepo Certified Video Specialist
Chance Wilson, Deponent Liane Wilson's son

Page 4

WITNESS INDEX

WITNESS                                           Page

LIANE WILSON

EXAMINATION BY MS. MORITZ.....................     7

Page 5

INDEX OF EXHIBITS

Marked           Description              Page

6    Byron Horvath's Answer to Complaint &
     Counterclaim (6 pp)                     8

7    Plaintiffs/Counterclaim Defendants Liana
     Shanti Enterprises and Liana Shanti's
     Answer to Defendant/Counterclaimant Byron
     Horvath's Counterclaim (7 pp)          9

8    Instagram Screen Grabs, BH000001 to
     BH000015 (15 pp)                       25

9    Instagram Screen Grabs, BH000016 to
     BH000020 (5 pp)                        55

10   Instagram Screen Grab, BH000187 (1 p)  58

11   Instagram Screen Grab, BH000272 (1 p)  65

12   Liana Shanti Answers (6 pp)            66

13   Plaintiff/Counterclaim Defendant Liane
     Wilson's Response to Defendant/
     Counterclaimant Paula Haygarth's First
     Request for Answer to Interrogatories
     (21 pp)                                70

14   Plaintiff/Counterclaim Defendant Liane
     Wilson's Response to Defendant/
     Counterclaimant Paula Haygarth's First
     Request for Production of Documents
     (13 pp)                                78

15   Tax Return Forms, Shanti-001028 to
     Shanti-001032 (5 pp)                   95

16   Cease & Desist Notice to Liana Shanti
     from Haley Winter (1 p)                133



LIANE WILSON, Vol II on 01/16/2025
LIFE MASTERY NETWORK LLC, et al., vs PAULA HAYGARTH, et al.

Page 6

LIHUE, HAWAI`I

Thursday, January 16, 2025

10:06 a.m.

-o0o-

(Pursuant to Rule 14 of the Rules Governing Court Reporting in Hawaii, the reporter's disclosure is available.)

THE VIDEOGRAPHER:  We are now recording on the record.  My name is David Linhares.  I am a certified legal video specialist for iDepo Hawaii.  My business address is Finances Factors Center, 1164 Bishop Street, Honolulu, Hawaii, 96813.  I am not related to any party in this action.  I am not financially interested in the outcome in any way.

Today is 1/16/2025, and the time is 10:06.  This is the deposition of Liane Wilson, aka Liana Shanti, Volume II.  In the Matter of Life Mastery Network, LLC, a limited liability company, dba Liana Shanti Enterprises, Plaintiff/Counterclaimant, versus Paula Haygarth, et al., Defendant/Counterclaimant, in the Circuit Court of the Fifth Circuit of the State of Hawaii.

Page 7

This deposition is being taken at the Chamber of Commerce Hawaii, Lihue, Hawaii, 96766, on behalf of the Defendant/Counterclaimants.  The court reporter is Jamie Miyasato of iDepo Hawaii, LLC.  The counsel have stated their appearances, and the deponent remains under oath.

LIANE WILSON, having been called as a witness and being previously duly sworn to tell the truth, the whole truth and nothing but the truth, was examined and testified as follows:

EXAMINATION
BY MS. MORITZ:

Q   Good morning, Liana.

A   Hello.

Q   Thanks for coming back today.  And you remember you are still under oath?

A   Yes, ma'am.

Q   Okay.  Great.  I'll try and work as efficiently as I can today so we can get through this.  Just to begin, I wanted to confirm your Instagram account is lianashanti, one word, l-i-a-n-a-s-h-a-n-t-i?

Page 8

A   Yes.

Q   Okay.  Great.  That's the account that you post from; correct?

A   That's one of the accounts that I post from.

Q   You anticipated my next question.  The other accounts that you personally post from include what?

A   The ones I said yesterday.

Q   Okay.  And I'm sorry.  Could I ask -- do you post from an account called Jesus Truths?

A   Jesus Truths?  No.

Q   No?  Okay.  Thank you.  All right.  I'm marking as 6, if I remember correctly.  This is Defendant Byron Horovath's Answer to the Complaint and Counterclaim.

Turning to the Counterclaim, second page, paragraph 4, there's an allegation that -- well, first of all, I want to confirm.  In your answer, you admitted to making that statement.  Do you still stand by that?

(Whereupon, Defendants' Exhibit No. 6 was marked for identification by the deposition officer and is attached hereto.)

Page 9

A   I have no idea what statement you're talking about.

Q   Okay.  The Statement in No. 4.  Take your time to look at it.

A   Statement No. 4?

Q   Or, sorry.  Paragraph 4.  I beg your pardon.  On the second page.

A   Under Counterclaim Facts?

Q   Under Counterclaim Instagram Defamatory Statements.

A   Again, as I said yesterday, and I'll be repeating today, something from three years ago, I can't say whether or not I put them in a story.  Stories disappear.  So you can ask me, but there's no answer to whether I posted something three years ago.

Q   Marking as Exhibit 7.  This is Plaintiffs/Counterclaim Defendants Liana Shanti Enterprises and Liana Shanti's Answer to Defendant/Counterclaimant Byron Horovath's Counterclaim.

Turning to the second page, paragraph 5, it states, Plaintiffs admit the allegations contained in paragraphs 4, 6, 8, 10, 12, and 14 of the Counterclaim.  Do you see that there?

(Whereupon, Defendants' Exhibit No. 7 was

LIANE WILSON, Vol II on 01/16/2025
LIFE MASTERY NETWORK LLC, et al., vs PAULA HAYGARTH, et al.
Pages 42–45

Page 42

Q   Did you do anything to verify that?

A   No.  I just gave it to law enforcement.

Q   When you say you gave it to law enforcement, you mean you gave a copy of the direct message to law enforcement?

A   I gave them access to my Twitter account.

Q   Oh, okay.  And when you say law enforcement, you're referring to?

A   FBI.

Q   Any other agencies?

A   No.

Q   Okay.  To your knowledge, did the FBI take any steps to further investigate Byron?

A   The messaging I've gotten from the FBI is that there's an ongoing criminal investigation into him without any details.

Q   When was the last time you heard from the FBI about that?

A   Several months ago.

Q   How many months?

A   I don't remember.

Q   Did they call you?

MR. PORTNOY:  About what?

BY MS. MORITZ:

Q   I'm just wondering, how did they contact

Page 43

you?

A   I contacted them.

Q   I see.  And how did you contact them?

A   By phone.

Q   Okay.  And would your phone have that record of contacting them?

A   If I called from my phone.  It might have been through my husband's.

Q   Is there a particular investigator's name that you were working with?

A   No.

Q   So who do you call to follow up on the status of the investigation?

A   The main field office in Honolulu.

Q   Is there a number associated, or is there some kind -- a way of identifying specifically that investigation that you know of?

A   There is some sort of a case number. Malie also has one, but I don't know what that is.

Q   Okay.  Do you know what your case number is?

A   No.

Q   How -- when you call the field office to check on the status of the investigation, how do you identify the specific case that you're calling about?

Page 44

A   By my name.  It's in my name.

Q   I see.  Okay.  And you don't know any other information about the status of the investigation; correct?

A   No.

Q   Do you know if law enforcement of any kind ever took any steps to prosecute Byron for these alleged threats?

A   I haven't been informed.

Q   I know you testified and have made statements to the effect that Byron stalked you.  Did he ever come to your home, to your knowledge?

A   I believe he did.

Q   When was that?

A   That would have been in 2022.  I don't have an exact date, but it would have been 2022.

Q   And what makes you think he came to your home?

A   Because we -- my entire family -- my son, my daughter, my husband, myself, including my ex-husband -- were very much on alert.

And we were advised by the Kauai Police Department to install a security system.  And we installed a security system and we were very vigilant for quite a period of time at any car that came bay,

Page 45

by, drove by.

And several times there was a car that stopped right in front of our house which had a man driving which looked very much like Byron.  I didn't go out to the car.  My husband on several occasions went out to see -- to confront the person, and they sped off.

We reported it to police.  And right around that same time, Haley was having cars parked in front of her house and was being stalked and listened to with listening devices.  And also Malie had cars in front of her house.  And my other student Cahira, which I've submitted these photos of these other incidents I'm referring to as part of the evidence.

And so during that time there was a pattern of several of us being stalked.  And I believe that the person that was doing to me was Byron because it looked like him in the car.

Q   Did you take any pictures or photographs of the car out in front of your house?

A   I took some -- I think my son and my husband took some pictures.  But they're not -- I don't think they would be exact -- you know, they're far away.  And by the time we got close enough.  Not

Case 1:25-cv-00297-JAO-RT    Document 102-3    Filed 06/18/26    Page 5 of 6
PageID.2049
LIANE WILSON, Vol II on 01/16/2025
LIFE MASTERY NETWORK LLC, et al., vs PAULA HAYGARTH, et al.    Pages 46–49

Page 46

we, meaning not me. I stayed in the house. So when I'm saying "we," I'm referring to my family, who was trying to get these photos that the person sped off.

Q   Will you produce those photos in discovery?

A   I don't know if I still have them. I don't think we still have those because I don't think that they showed anything that was -- you know, anything other than like a car speeding off because by the time they went out there to get the photos, the car -- each time it happened, the car sped off. If I remember correctly -- I'll ask my husband, but if I remember correctly, they're kind of with the car in motion.

Q   But you didn't keep the photos?

A   They may. I'd have to ask my husband.

Q   And how far away were you from -- it sounds like you were in your home, correct, when you saw the car out there?

A   I was in my home.

Q   Okay. Can you approximate the distance between the car and where you were in the home?

A   No. Because I wasn't the one outside with the camera. That would have been my husband.

Q   Who was the one that looked at the person

Page 47

in the car and said, that looks like Byron?

A   Well, that was my husband first and foremost and then my son and then my daughter. We all know what he looks like. I have videos that Byron and Haley sent me prior to that. Videos of Byron with Isla. His height, you know.

Q   I'm trying to figure out which person identified the person in the car as someone that looks like Byron. Who made that --

A   All of my family members.

Q   Okay. And does that include you as well?

A   For me in the house, you know, I could see, but my -- my house to the road is not, you know -- their view would have been much clearer because they were actually out in my driveway. My driveway's in front of my house.

Q   I see. Okay. So how far away were your family members from the car that you believe had Byron in it?

A   Probably 5 feet.

Q   5 feet?

A   Uh-huh.

Q   And they took photos from 5 feet?

A   They tried to.

Q   And those photos didn't show anything,

Page 48

huh?

A   Like I said, they may. But what happened was when they would run out to go look at the car, 'cause we would see a car stopped in front of our house. And there's no reason to stop in front of our house. The way our house is positioned, it's not a stopping point. It's on a regular pass-through. So a car stops and sits there. We see that a car is stopped. They run out. And this happened repeatedly over a period of time. They run out to look and see who it is, see that it's Byron. As they're getting their phone, he drove off.

Q   But it's your testimony that your family got as close as 5 feet to the car; correct?

A   I'm approximating. I'd literally have to ask my husband, and I'm not going to guess. But where he would have been in the driveway would have been as close as 5 feet.

Q   What about a license plate of the car? Did you get a photo of that?

A   Yeah. On one occasion we got a license plate as it was speeding off, and we reported that to KPD, who said that it was a rental car.

Q   And do you still have the photo with that -- or do you still have that license plate

Page 49

number?

A   I can't say. That -- during this period of time was when I was -- my life was being threatened, my kids were being threatened. And it was an extreme period of fear and terror. And I did not leave my house unless like I absolutely had to leave, which meant if we were going somewhere off island. So for the most part I was inside my house and didn't even go outside in my yard. And so during that time, you know, I don't remember. My husband would have a better memory of what he was doing to help protect me. The calls to the police were made by him. The license plate numbers were written down by him or my daughter.

Q   Did anyone to your knowledge try to trace the license plate number to the person who rented the car?

A   Yes. My husband did that. And it was rented -- it wasn't rented through a regular -- you know, Avis, something like that. It was -- like there's these -- I don't know if they do this on Oahu, but here they have this local car rental where actual people rent their personal cars out through something called Turo, I believe. I'm not that

Case 1:25-cv-00297-JAO-RT    Document 102-3    Filed 06/18/26    Page 6 of 6
PageID.2050

LIANE WILSON, Vol II on 01/16/2025
LIFE MASTERY NETWORK LLC, et al., vs PAULA HAYGARTH, et al.

Pages 138–139

Page 138

STATE OF HAWAI'I          )
                          )
CITY AND COUNTY OF HONOLULU )

        I, JAMIE MIYASATO, Certified Court Reporter, Certificate No. 394, for the State of Hawaii, hereby certify:

        That on January 16, 2025, at 10:06 a.m., that LIANE WILSON, witness, appeared before me whose testimony is contained herein; that prior to being examined, the witness was, by me, duly sworn;

        That pursuant to Rule 30(e) of the Hawaii Rules of Civil of Civil Procedure, a request for an opportunity to review and make changes to this transcript:

        ( )  Was made by the deponent or a party
             (and/or their attorney) prior to the
             completion of the deposition.

        ( )  Was NOT made by the deponent or a
             party (and/or their attorney) prior to
             the completion of the deposition.

        (X)  Was made by the deponent or a party
             (and/or their attorney) immediately
             after the completion of the
             deposition.

        ( )  Was waived.

    I further certify that I am not an attorney for any of the parties hereto, nor in any way concerned with the cause.

        Dated:  January 21, 2025, in Honolulu, Hawaii.

            /s/ Jamie Miyasato

            _Jamie Miyasato_
            _____
            JAMIE MIYASATO, HAWAII CSR 394
            iDepo Hawaii, LLC
            808-664-6677

Page 139

                    ERRATA LIST

    PAGE  LINE   ERROR      CORRECTION    REASON

    ____  ____  _____  _____  _____

    ____  ____  _____  _____  _____

    ____  ____  _____  _____  _____

    ____  ____  _____  _____  _____

    ____  ____  _____  _____  _____

    ____  ____  _____  _____  _____

    ____  ____  _____  _____  _____

    ____  ____  _____  _____  _____

    ____  ____  _____  _____  _____

    ____  ____  _____  _____  _____

    ____  ____  _____  _____  _____

    ____  ____  _____  _____  _____

    ____  ____  _____  _____  _____

    ____  ____  _____  _____  _____

    ____  ____  _____  _____  _____

    ____  ____  _____  _____  _____

                I, undersigned, do hereby certify that I have read the foregoing deposition, and find it to be a true and accurate transcription of my testimony, with the above-noted corrections,

    If any:

    _____    _____
    Signature of Deponent               Date

