LOUISE K.Y. ING       2394
LAURA P. MORITZ       7860

DENTONS US LLP
1001 Bishop Street, Suite 1800
Honolulu, HI 96813
Telephone:  808 524 1800
Facsimile:  808 524 4591
Email:       louise.ing@dentons.com
             laura.moritz@dentons.com

Attorneys for Defendants/Counterclaimants
PAULA HAYGARTH, BYRON HORVATH, and
STEFANIE HORVATH

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LIFE MASTERY NETWORK LLC, a Nevada limited liability company dba LIANA SHANTI ENTERPRISES and LIANE WILSON, also known in the community as LIANA SHANTI,<br><br>        Plaintiffs/Counterclaim Defendants,<br><br>    v.<br><br>PAULA HAYGARTH, BYRON HORVATH, STEFANIE HORVATH, JANE DOES 2-10, and JOHN DOES 1-10,<br><br>        Defendants/ Counterclaimants. | CIVIL NO. 1:25-cv-00297-JAO-RT<br><br>**DEFENDANTS/ COUNTERCLAIMANTS PAULA HAYGARTH, BYRON HORVATH, AND STEFANIE HORVATH'S MOTION *IN LIMINE* NO. 3 TO EXCLUDE DEFENDANTS' COMMUNICATIONS WITH THIRD PARTIES AFTER DECEMBER 6, 2022; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF LOUISE K.Y. ING; DECLARATION OF LAURA P. MORITZ; EXHIBITS "A"-"I"**<br><br>Judge: Honorable Jill A. Otake<br>Trial: August 3, 2026. |

15813736\000001\137863197\V-4

**DEFENDANTS/COUNTERCLAIMANTS PAULA HAYGARTH, BYRON HORVATH, AND STEFANIE HORVATH'S MOTION *IN LIMINE* NO. 3 TO EXCLUDE DEFENDANTS' COMMUNICATIONS WITH THIRD PARTIES AFTER DECEMBER 6, 2022**

Defendants Paula Haygarth, Bryon Horvath, and Stefanie ("**Defendants**"), by and through their attorneys, Dentons US LLP, hereby move this Court for an order *in limine* excluding any argument or evidence regarding Defendants' communications about Plaintiffs with third parties to this litigation ***after*** the Defendants were served with the Complaint on January 7, 2023.

This Motion is made pursuant to Federal Rules of Civil Procedure 7 and 26, LR 7.1, and Federal Rules of Evidence 102, 401, 402, and 403. This motion is made following counsel's unsuccessful but good faith efforts to meet and confer pursuant to LR 7.8 of the Local Rules.[1]

Executed in Honolulu, Hawai'i, June 18, 2026.

/s/ Laura P. Moritz
LOUISE K.Y. ING
LAURA P. MORITZ

---

[1] Counsel made two requests to meet and confer with Plaintiffs prior to filing this Motion, both of which were refused. Declaration of Louise K.Y. Ing, ¶¶ 3-6.

1

15813736\000001\137863197\V-4