IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LIFE MASTERY NETWORK LLC, a Nevada limited liability company dba LIANA SHANTI ENTERPRISES and LIANE WILSON, also known in the community as LIANA SHANTI,<br><br>        Plaintiffs/Counterclaim Defendants,<br><br>    v.<br><br>PAULA HAYGARTH, BYRON HORVATH, STEFANIE HORVATH, JANE DOES 2-10, and JOHN DOES 1-10,<br><br>        Defendants/ Counterclaimants. | Civil No. 1:25-cv-00297-JAO-RT<br><br>**DECLARATION OF LAURA P. MORITZ** |

**DECLARATION OF LAURA P. MORITZ**

I, Laura P. Moritz, do hereby declare and state under penalty of perjury that the following facts are true and correct:

7.     I am an attorney with DENTONS US LLP ("Dentons") and am counsel of record for Defendants/Counterclaimants Paula Haygarth, Byron Horvath, and Stefanie Horvath (collectively "**Defendants**"). I have personal knowledge of the facts contained in this declaration which are true and correct.

15813736\000001\137863197\V-4

8. I am making this Declaration in support of Defendants/Counterclaimants' *Motion in Limine No. 3 to Exclude Defendants' Communications with Third Parties After December 6, 2022* filed concurrently herewith and to provide the Court with documents referred to in the accompanying motion.

9. Attached as Exhibit "A" is a true and accurate copy of the original *Complaint* filed in the Fifth Circuit Court, State of Hawai'i on December 6, 2022 at Dkt. 1.

10. Attached as Exhibit "B" is a true and accurate copy of the *First Amended Complaint* filed in the Fifth Circuit Court, State of Hawai'i on July 3, 2022.

11. Attached as Exhibit "C" is a true and accurate copy of *Defendant's Answer to Complaint; Counterclaim* [Paula Haygarth], filed January 25, 2023.

12. Attached as Exhibit "D" is a true and accurate copy of *Defendant's Answer to Complaint; Counterclaim* [Byron Horvath], filed January 23, 2023.

13. Attached as Exhibit "E" is a true and accurate copy of *Proof of Service*, service of certified copy of Complaint; Summons on Defendant Paula Haygarth, filed January 11, 2023.

14. Attached as Exhibit "F" is a true and accurate copy of *Proof of Service*, service of certified copy of Complaint; Summons on Defendant Byron Horvath, filed January 11, 2023.

2

15813736\000001\137863197\V-4

15.     Attached as Exhibit "G" is a true and accurate copy of relevant portions from *Defendant Paula Haygarth's Response to Plaintiffs Liana Shanti Enterprises and Liana Shanti's First Request for Answers to Interrogatories dated June 28, 2023*, dated October 4, 2023. My office has highlighted relevant portions of this exhibit for the Court's ease of reference.

16.     Attached as Exhibit "H" is a true and accurate copy of the relevant portions from Byron Horvath's remote deposition taken on November 2024, Volume 2.  My office has highlighted relevant portions of this exhibit for the Court's ease of reference.

17.     Attached as Exhibit "I" is a true and accurate copy of the relevant portions from Stephanie Horvath's Zoom videoconference deposition taken on April 25, 2025. My office has highlighted relevant portions of this exhibit for the Court's ease of reference.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED:  Honolulu, Hawai'i, June 18, 2026.

/S/   LAURA P. MORITZ
LAURA P. MORITZ

2

15813736\000001\137863197\V-4