CADES SCHUTTE
A Limited Liability Law Partnership

JEFFREY S. PORTNOY          1211
CHRISTINE E. NOWLAND        11437
1000 Bishop Street, Suite 1200
Honolulu, HI 96813-4212
Telephone: (808) 521-9200
Fax: (808) 521-9210
Email: jportnoy@cades.com
          cnowland@cades.com

Attorneys for Plaintiffs
LIANA SHANTI
LIANI SHANTI ENTERPRISES

**Electronically Filed
FIFTH CIRCUIT
5CCV-22-0000107
06-DEC-2022
05:57 PM
Dkt. 1 CMPS**

IN THE CIRCUIT COURT OF THE FIFTH CIRCUIT

STATE OF HAWAI‘I

| | |
|---|---|
| LIANI SHANTI ENTERPRISES, LIANA SHANTI<br><br>Plaintiffs,<br><br>v.<br><br>PAULA HAYGARTH, BYRON HOROVATH, JANE DOES 1-10, and JOHN DOES 1-10.<br><br>Defendants. | CIVIL NO. _____<br>(Other Civil Action)<br><br>**COMPLAINT; SUMMONS** |

## COMPLAINT

Plaintiffs LIANI SHANTI ENTERPRISES and LIANA SHANTI, by and through

their attorneys, Cades Schutte LLP, allege as follows:

**I.      PARTIES**

1.      Plaintiff Liana Shanti is a business coach and self-improvement educator residing

on the island of Kauai. Ms. Shanti has founded and operates numerous online educational

courses aimed toward improving her students' businesses, lifestyles, and overall wellness.

2.      Plaintiff Liana Shanti Enterprises is the corporate entity under which Ms. Shanti's

businesses operate, and is domiciled in Nevada.

# EXHIBIT A

3.    Defendant Paula Haygarth, upon information and belief, resides in the province of Saskatchewan, Canada.

4.    Defendant Byron Horvath, upon information and belief, resides in the province of Saskatchewan, Canada.

5.    Defendants JOHN DOES 1-10 and JANE DOES 1-10 are sued herein under fictitious names for the reason that their true names and identities are presently unknown to Plaintiffs except that they are connected in some manner with Defendants Paula Haygarth and Byron Horvath and/or were in some manner presently unknown to Plaintiffs engaged in activities alleged herein and/or were in some manner responsible for the injuries or damages to Plaintiffs and/or were in some manner related to Defendants, and Plaintiffs will insert herein their true names and identities, capacities, activities and/or responsibilities when the same are ascertained.

**II.        JURISDICTION AND VENUE**

6.    This Court has subject matter jurisdiction over the claims set forth in this Complaint pursuant to Hawaii Revised Statutes ("***HRS***") § 603-21.5.

7.     This Court has personal jurisdiction over Defendants pursuant to HRS § 634-35 as the tortious conduct alleged herein arose within this State.  Defendants are subject to the jurisdiction of this Court because the tortious conduct alleged herein occurred within this Circuit.

8.    The injurious consequences of Defendants' acts occurred within this State.

9.    Venue is appropriate in this Circuit pursuant to HRS § 603-36.

**III.        FACTS**

10.    Defendants Paula Haygarth ("***Ms. Haygarth***"), Byron Horvath ("***Mr. Horvath***"), Jane Does 1 through 100, and John Does 1 through 100 (collectively, "***Defendants***") have leveled a series of false and damaging factual allegations, including but not limited to false allegations of human trafficking, extortion, fraud, and other alleged misconduct against Ms.

2

Shanti and her businesses. These false allegations include but are not limited to the statements addressed below, each of which is false, defamatory, and paints Plaintiffs in a false light.

11. Upon information and belief, Defendants created anonymous accounts on social media websites including Instagram, Reddit, and Cult Education Institute ("*CEI*") through which Defendants posted false and defamatory statements including those listed below.

12. Defendants know that Ms. Shanti resides in Hawaii, have repeatedly posted that Ms. Shanti resides in Hawaii, and have posted false and defamatory statements on social media websites that are able to be viewed in Hawaii.

13. Defendants' false and defamatory statements have injured Ms. Shanti's reputation in Hawaii.

14. As a result of the torrent of false and defamatory statements that defendants have posted online, Ms. Shanti and her family have received death threats and threats of sexual assault.

15. Ms. Shanti's businesses, including Liana Shanti Enterprises, have suffered as numerous clients have dropped out of Ms. Shanti's programs. These clients have informed Ms. Shanti that after having been contacted by Defendants online, they no longer wish to work with Ms. Shanti.

**A.**        **Instagram False Statements**

16. On April 28, 2022, Defendants, under anonymous username "lianashanti_cult_recovery," stated, in a series of Instagram "stories," "[Liana] is a FAKE CON ARTIST MASTER MANIPULATOR FILTERED AVATAR PUPPET MASTER CULT LEADER."

17. This statement contained false and defamatory statements, and painted Plaintiffs in a false light.

18.     On April 28, 2022, Defendants, under anonymous username "lianashanti_cult_recovery," stated, in a series of Instagram "stories," Ms. Shanti "is making money and is 'abundant' in a very '3D' way. EXTORTION."

19.     This statement is false and painted Plaintiffs in a false light.

20.     On September 24, 2022, Defendants, under anonymous username "lianashanti_cult_recovery," stated, in a series of Instagram "stories" titled "Informant info," Liana "coaches other woman on how to claim sexual/physical abuse against their partner."

21.     This statement contained false and defamatory statements, and painted Plaintiffs in a false light.

22.     On September 24, 2022, Defendants, under anonymous username "lianashanti_cult_recovery," stated, in a series of Instagram "stories" titled "Cat fish," "[Liana] really does encourage false police reports."

23.     This statement is false and painted Plaintiffs in a false light.

24.     On September 24, 2022, Defendants, under anonymous username "lianashanti_cult_recovery," stated, in a series of Instagram "stories," "[Ms. Shanti] funnel[s] investors money out of Canada into Florida where theyre using a state tax loophole to fund their mansion and cult."

25.     This statement contained false and defamatory statements, and painted Plaintiffs in a false light.

**B.        Reddit False Statements**

24.     In May of 2022, Defendants, under anonymous username "u/Liana_shanti_cult369" posted a "subreddit" titled "The Shanti Summary."

25.     In "The Shanti Summary," Defendants stated, "[Ms. Shanti's] programs are heavily rooted in traditional psychology but use programming and undue influence, societal

4

pressures and private groups to extort women into disconnecting from their families, friends and spouses in order to truly 'heal'."

26.     This statement is false and painted Plaintiffs in a false light.

27.     In "The Shanti Summary," Defendants stated, "Over the past 6 months, [Ms. Shanti] has influenced at least 2 dozen women and their children to leave their 'Nazi' States/Countries and families (regardless of custody orders) and flee, primarily to the United States. We know of at least one woman who attempted to kidnap her children and cross the border from Canada into the United States."

28.     This statement is false and painted Plaintiffs in a false light.

29.     In "The Shanti Summary," Defendants stated, "[a] couple of experts we have consulted with have concluded this is likely an online version of human and child trafficking with the end goal of having a large compound in the USA (Florida), built and maintained by her followers (for free)."

30.     This statement contained false and defamatory statements, and painted Plaintiffs in a false light.

31.     In or around October of 2022, Defendants, under anonymous username "Salt-Health6213," stated, "[Ms. Shanti] literally robs her students and thrives from making sure her 'students' stay stuck. Her programs are all copied and none of the content is hers - it's stolen material from other people. She expects people to worship her and if they don't, she kicks them out of her 'groups' and still takes their money."

32.     This statement is false and painted Plaintiffs in a false light.

33.     In or around September of 2022, Defendants, under anonymous username, "u/Liana_shanti_cult369" stated, "the possible crimes committed by her followers as a result of Liana's narratives and coaching techniques online deem her a potential accomplice[.]"

34.     This statement is false and painted Plaintiffs in a false light.

35.     In or around May of 2022, Defendants, under anonymous username "Alarmed_Aspect1678," stated, "[Ms. Shanti] was working on scamming and manipulating [a person] out of all his money and then take off somewhere. The B**** used the kids to manipulate him and then accuse him of the worst possible things with the kids."

36.     This statement is false and painted Plaintiffs in a false light.

**C.      Facebook False Statements**

34.     On May 9, 2022, Paula Haygarth published a link to the subreddit "The Shanti Summary" on her personal Facebook page, thereby republishing the false and defamatory Reddit statements described in section III(B) of this Complaint.

**D.      CEI False Statements**

35.     On May 9, 2022, Defendants, under anonymous username "lianarecovery," stated, "[Ms. Shanti] created (plagiarized) a number of health protocols[.]"

36.     This statement is false and painted Plaintiffs in a false light.

37.     On May 9, 2022, Defendants, under anonymous username "lianarecovery," stated, "[Ms. Shanti's] programs are heavily rooted in traditional psychology but use thought programming and undue influence, social pressure and side groups to extort women."

38.     This statement contained false and defamatory statements, and painted Plaintiffs in a false light.

39.     On May 9, 2022, Defendants, under anonymous username "lianarecovery," stated, "[Ms. Shanti] influence[s] women to leave their husbands, file for sole custody, and go no contact with them or any other family member … We have been inundated with stories from fathers of their wives and ex wives violating custody orders and preventing them from seeing their children[.]"

6

40.     This statement is false and painted Plaintiffs in a false light.

41.     On May 9, 2022, Defendants, under anonymous username "lianarecovery," stated, "[Liana] has influenced at least 2 dozen women and their children to pick up and leave their states/countries and families (regardless of custody decisions) and move - primarily to the United States. We know of at least one woman who attempted to kidnap her children and cross the border from Canada into the United States."

42.     This statement is false and painted Plaintiffs in a false light.

43.     On May 9, 2022, Defendants, under anonymous username "lianarecovery," stated, "[an] expert we consulted has called this an online version of human and child trafficking."

44.     This statement contained false and defamatory statements, and painted Plaintiffs in a false light.

45.     On May 9, 2022, Defendants, under anonymous username "lianarecovery," stated, "Liana cherry picks her cult psychology from [Jonestown, Heavens Gate, and Waco]."

46.     This statement contained false and defamatory statements, and painted Plaintiffs in a false light.

47.     On September 9, 2022, Defendants, under anonymous username "WhiteKnight," stated, "[o]nce a follower has been removed from the group, there have been instances of public shaming by releasing 'personal details' to humiliate that individual and intimidate others. Liana makes false and outrageous claims regarding having personal IP information revealing location details for her critics[.]"

48.     This statement is false and painted Plaintiffs in a false light.

## COUNT I- (Defamation – Libel)

49.     Plaintiffs reallege and reincorporate by reference the allegations in paragraphs 1 through 48 of this Complaint.

50.     The Instagram, Reddit, Facebook, and CEI posts each contain false and defamatory statements regarding Plaintiffs.

51.     The Instagram, Reddit, Facebook, and CEI posts further contain false and defamatory imputations made by way of innuendo, by figure of speech, by expressions of belief, by allusion, or by irony or satire that convey to the ordinary listener defamatory meanings.

52.     Defendants acted with actual malice and/or with reckless or negligent disregard for the truth of the statements in the Instagram, Reddit, Facebook, and CEI posts in distributing the statements.

53.     The defamatory statements in the Instagram, Reddit, Facebook, and CEI posts are actionable irrespective of special harm and constitute libel per se.

54.     Nevertheless, Defendants' publication of the Instagram, Reddit, Facebook, and CEI posts caused special harm to Plaintiffs by damaging Plaintiffs' reputations, by impeding their ability to conduct business in Hawaii and in other states, and by causing other damages to be proven at trial.

## COUNT II – (False Light)

55.     Plaintiffs reallege and reincorporate by reference the allegations in paragraphs 1 through 54 of this Complaint.

56.     In publishing the Instagram, Reddit, Facebook, and CEI posts and making the statements identified herein, Defendants gave publicity to matters concerning Plaintiffs that placed Plaintiffs before the public in a false light.

57.     The false light in which Defendants placed Plaintiffs is highly offensive to a reasonable person.

58.     Defendants had knowledge or acted in reckless disregard as to the falsity of the publicized matter and the false light.

## COUNT III – (Punitive Damages)

59.    Plaintiffs reallege and reincorporate by reference the allegations in paragraphs 1 through 58 of this Complaint.

60.    The conduct of Defendants as alleged in the foregoing paragraphs was wanton and oppressive and was made with such malice as implies a spirit of mischief or criminal indifference to civil obligations.

61.    Defendants' actions amount to willful misconduct and demonstrate an entire want of care, thereby raising the presumption that they acted with a conscious indifference to the consequences.

62.    Defendants had knowledge of, or acted in reckless disregard of, the falsity of the publicized matters and the false light.

63.    Defendants distributed the Instagram, Reddit, Facebook, and CEI posts to others without privilege and in bad faith.

64.    Plaintiffs are entitled to recover punitive damages against Defendants.

WHEREFORE, Plaintiffs request:

A.    That Plaintiffs be awarded damages in an amount to be proven at trial.

B.    That Plaintiffs be awarded punitive damages in an amount to be determined at trial.

C.    An injunctive order compelling Defendants to remove from Instagram, Facebook, Reddit, CEI, and any other website all existing false and defamatory statements about Plaintiffs that they have authored.

D.    That Plaintiffs be awarded the attorney's fees and costs incurred in filing and maintaining this lawsuit.

E.    That Plaintiffs be awarded other such relief as this Court deems proper

DATED:  Honolulu, Hawaiʻi, December 6, 2022.

CADES SCHUTTE LLP

*/s/   Jeffrey S. Portnoy*
JEFFREY S. PORTNOY
CHRISTINE E. NOWLAND
Attorneys for Plaintiffs
LIANA SHANTI
LIANI SHANTI ENTERPRISES