Paula Haygarth
748 Elm Crescent
Weyburn, Saskatchewan, Canada
S4H 0S7
Telephone: (306) 897 - 7770
Email: paulahaygarth@hotmail.com

**Electronically Filed
FIFTH CIRCUIT
5CCV-22-0000107
25-JAN-2023
06:59 AM
Dkt. 20 ANCMP**

IN THE CIRCUIT COURT OF THE FIFTH CIRCUIT

STATE OF HAWAI'I

LIANI SHANTI ENTERPRISES, LIANA
SHANTI

                Plaintiffs,

    v.

PAULA HAYGARTH, BYRON HOROVATH,
JANE DOES 1-10, and JOHN DOES 1-10

                Defendants

CIVIL NO. _____

**DEFENDANT'S ANSWER TO
COMPLAINT; COUNTERCLAIM;
CERTIFICATE OF SERVICE;
DECLARATION**

### PAULA HAYGARTH'S ANSWER TO COMPLAINT AND COUNTERCLAIM

1.    Except where expressly admitted, the Defendant, PAULA HAYGARTH ("**Ms. Haygarth**") denies each and every allegation contained in the Complaint and/or has no knowledge of the same and puts the Plaintiffs, LIANA SHANTI ("**Ms. Shanti**") and LIANI SHANTI ENTERPRISES (collectively, "**Plaintiffs**"), to the strict proof thereof.

2.    Ms. Haygarth admits paragraphs 1, 2, and 3 of the Plaintiffs' Complaint.

3.    In specific response to paragraphs 10 through 12 and paragraphs 16 through 36 (Under B. Reddit False Statements) and paragraphs 35-48 (under D CEI False Statements) of the Plaintiffs' Complaint, Ms. Haygarth states that she did not create, operate, or otherwise post on or use the anonymous

**EXHIBIT C**

accounts on social media websites including Instagram, Reddit, and Cult Education Institute alleged in the Plaintiffs' complaint, and puts the Plaintiffs to the strict proof thereof.

4.    In specific response to paragraph 34C (under C. Facebook False Statements) Ms. Haygarth admits to posting a link to a subreddit "The Shanti Summary" on her personal Facebook page on or about May 9, 2022. Ms. Haygarth removed the Facebook post sharing the link, of her own accord, on or about MAY25/22. Further, Ms. Haygarth denies writing the subreddit "The Shanti Summary", and denies republishing false and/or defamatory Reddit statements as alleged in the Plaintiff's complaint and puts the Plaintiff to the strict proof thereof.

5.    Further, Ms. Haygarth denies that she caused any special harm to the Plaintiffs' by damaging the Plaintiffs' reputation and puts the Plaintiffs to the strict proof thereof.

6.    Ms. Haygarth therefore claims that the Plaintiffs' claim be dismissed with costs as against the Plaintiff.

Dated: Weyburn, Saskatchewan, January 25, 2023.

_Paula Haygarth_
PAULA HAYGARTH

## COUNTERCLAIM

1.    The Defendant (Plaintiff by Counterclaim), Ms. Haygarth, repeats and incorporates the entire Answer to Complaint in this Counterclaim.

### I.    FACTS

2.    Ms. Haygarth is a Spiritual Teacher and Mentor, whose business is to provide holistic and spiritual healing to her client's located throughout the areas of Saskatchewan in Canada.

3.    Ms. Haygarth states that Ms. Shanti has been using online resources, including Ms. Shanti's account on Instagram and an online website titled "Exposing Family Cults", to post false and defamatory statements about Ms. Haygarth.

4.    Ms. Shanti's false and defamatory statements have injured Ms. Haygarth's reputation in Saskatchewan.

5.    As a result of the torrent of false and defamatory statements that Ms. Shanti has posted online, Ms. Haygarth has received threats of harm. Ms. Haygarth's business has suffered as clients have stopped seeing her. Southern Saskatchewan is a small community and Ms. Haygarth's clients have informed her that they stopped utilizing her services after seeing the statements published by Ms. Shanti and her followers, these clients no longer wish to work with Ms. Haygarth.

### A. Instagram Defamatory Statements

4.    On or around November 5, 2022, Ms. Shanti, under username "lianashanti", stated in an Instagram "story", "MEET PAULA HAYGARTH. WE HAVEN'T FORGOTTEN ABOUT HER. SHE'S ONE OF THE LEAD PEOPLE TRACED DIRECTLY THROUGH IP ADDRESES [sic] AND KNOWN EMAILS TO REDDIT AND THE OTHER FRAUD WEBSITES IN THE 30+ PAGE INVESTIGATIVE REPORT. SHE IS A DARK REIKI PRACTITIONER WHO HAS PRACTICED EXTENSIVE BLACK WITCHCRAFT ON MĀLIE'S DAUGHTER'S SHE – NOT SURPRISINGLY – HAS THE SAME ATTORNEY AS BYRON HORVATH. THEY ARE NOT FRIENDS. JUST AN UNHOLY ALLIANCE."

5.    This statement contained false and defamatory statements, and painted Ms. Haygarth in a false light.

6.    On or around November 5, 2022, Ms. Shanti, under username "lianashanti", stated in an Instagram "story" with a picture of Ms. Haygarth, "Jesus, we ask you to DELETE AND DESTROY

all toxic lies from this satan servant – PAULA HAYGARTH – who is campaigning to invalidate truths of #childabuse to cover up her own misery. She is hateful and envious, and in her hatred and envy, she cannot bring herself to acknowledge the pain of all the children who have been harmed by their parents. She abandoned her own son Austin, and her guilt and shame have turned her into a soldier of satan."

7.      This statement contained false and defamatory statements, and painted Ms. Haygarth in a false light.

8.      On or around November 5, 2022, Ms. Shanti, under username "lianashanti", stated in an Instagram "story", "Not to mention our private investigators found out that one woman created multiple usernames and Instagram profiles and was commenting on threads as if she was different people, saying "Liana did x,y,z" then she would answer herself from a different username and say "omg thank you so much for telling us this, wow that's awful." [three laugh crying emojis] Can you imagine being that desperate? She's married to the ex husband of one of my students, and calls herself a "reiki healer" [face palm emoji]". Ms. Shanti has, on numerous occasions on Instagram using the username "lianashanti" that Ms. Haygarth is a "failed reiki healer" and married to one of her student's ex-husband.

9.      This statement contained false and defamatory statements, and painted Ms. Haygarth in a false light.

10.     On or around January 22, 2023, Ms. Shanti, under username "lianashanti", stated in an Instagram "story", "What WE are doing – in this JESUS LED community in calling out THESE people…Paula Haygarth…This vile group of PEDOS PEDO SUPPORTERS PEDO ALIGNERS VICTIM BLAMERS…Paula Haygarth".

11.     This statement contained false and defamatory statements, and painted Ms. Haygarth in a false light.

## B. "Exposing Family Cults" Website Defamatory Statements

12. The website titled "Exposing Family Cults" which was created by Ms. Shanti and Liana Shanti Enterprises, has a stated purpose of being "a shared resource website where family members have a safe space to speak out publicly about their childhood abuse, childhood sexual abuse, domestic violence and narcissistic abuse trauma" Ms. Shanti has published and / or republished false and defamatory statements about Ms. Haygarth.

13. On the website titled "Exposing Family Cults" Ms. Shanti stated, "At the same time as the smear campaign against Haley began, Brian Winter and *Paula Haygarth* started an "anonymous" Reddit hate account against Liana Shanti. Trying to create a narrative that Liana is a cult, in an attempt to damage Liana's outstanding ten year reputation, because Liana is a very vocal supporter of victim's rights, including Haley's."."

14. This statement contained false and defamatory statements, and painted Ms. Haygarth in a false light.

15. On the website titled "Exposing Family Cults", Ms. Shanti has recreated a Reddit post titled "Evil in Saskatchewan" and which Ms. Shanti claims is "A synopsis written by someone in Canada who knows the backstory on these Family Cults and what their history and motives are". Ms. Shanti goes on to state in part "…A factual response to this sick, deranged, deceitful "cult" story concocted on this thread, on Instagram and on another forum. The creator of this slander, defamation and libel is PAULA LEE HAYGARTH, DOB 3/19/1976 currently living in WEYBURN, SASKATCHEWAN…Who is PAULA? A bitter aging woman with a bleak future, with a broke husband, desperate to get her claws into the BRADY'S wealth by gaining custody of her husband's children. WHO IS AUSTIN, THE SON SHE ABANDONED AS A BABY…But everyone in Weyburn and Regina and surrounding areas knows Amanda and Drew very well, as these are very small communities very close together where everyone knows everyone…BYRON PAYS FOR

PAULA'S ATTORNEY IN EXCHANGE FOR A FALSIFIED AFFADAVIT [sic] Another interesting fact. Although Byron and Paula are not "friends", as we now know, they share a common destructive goal…In exchange for him paying for Paula and Wade's attorney, Byron got Wade to submit an affidavit in the custody case AGAINAST HALEY WINTER…We already know the motive for Paula is money…The snapshot of Paula? Washed up, failed energy "healer", who gave up custody of her own son, went through multiple relationships, and all of us who have seen her in action know that she cycles through friends like toilet paper. In every town she has lived in, she has cycled through so many friends because she is manipulative and dishonest, and people catch on quick…As criminals always do, the longer they are allowed to continue their activities, the more weight behind the force of their actual consequences…"

16. This statement contained false and defamatory statements, and painted Ms. Haygarth in a false light.

17. On the website titled "Exposing Family Cults", Ms. Shanti stated, "Paula Haygarth – Black Magic Practitioner. Paula Haygarth is a black magic and reiki practitioner who is a lead figure in the defamation and smear campaign against a person she doesn't even know. She is partners with Wade Martin, the ex-husband of Malie (Amanda Brady).

18. This statement contained false and defamatory statements, and painted Ms. Haygarth in a false light.

## COUNT I – (Defamation – Libel)

19. Ms. Haygarth realleges and reincorporates by reference the allegations in paragraphs 1 through 18 of this Counterclaim.

20. The Instagram posts and the posts made on the "Exposing Family Cults" website contain false and defamatory statements regarding Ms. Haygarth.

21.    Ms. Shanti acted with actual malice and/or with reckless or negligent disregard for the truth of the statements in the Instagram posts and the posts made on the "Exposing Family Cults" website in distributing the statements.

22.    The defamatory statements in the Instagram posts and the posts made on the "Exposing Family Cults" website are actionable irrespective of special harm and constitute libel per se.

23.    Nevertheless, Ms. Shanti's publication of the Instagram posts and the posts made on the "Exposing Family Cults" website caused special harm to Ms. Haygarth by damaging Ms. Haygarth's reputation and by causing other damages to be proven at trial.

## COUNT II – (False Light)

24.    Ms. Haygarth realleges and reincorporates by reference the allegations in paragraphs 1 through 23 of this Counterclaim.

25.    In publishing the Instagram posts and the posts made on the "Exposing Family Cults" website and making the statements identified herein, Ms. Shanti gave publicity to matters concerning Ms. Haygarth that placed Ms. Haygarth before the public in a false light.

26.    The false light in which Ms. Shanti placed Ms. Haygarth is highly offensive to a reasonable person.

27.    Ms. Shanti had knowledge or acted in reckless disregard as to the falsity of the publicized matter and the false light.

## COUNT III – (Punitive Damages)

28.    Ms. Haygarth realleges and reincorporates by reference the allegations in paragraphs 1 through 27 of this Counterclaim.

29.    The conduct of Ms. Shanti as alleged in the foregoing paragraphs was wanton and oppressive and was made with such malice as implies a spirit of mischief or criminal indifference to civil

obligations.

30.  Ms. Shanti's actions amount to willful misconduct and demonstrate an entire want of care, thereby raising the presumption that they acted with a conscious indifference to the consequences.

31.  Ms. Shanti had knowledge of, or acted in reckless disregard of, the falsity of the publicized matters and the false light.

32.  Ms. Haygarth is entitled to recover punitive damages against Ms. Shanti.

WHEREFORE, Ms. Haygarth requests:

A.  That Ms. Haygarth be awarded damages in an amount to be proven at trial.

B.  That Ms. Haygarth be awarded punitive damages in an amount to be determined at trial.

C.  An injunctive order compelling Ms. Shanti to remove from Instagram, the "Exposing Family Cults" website, and any other website all existing false and defamatory statements about Ms. Haygarth that she authored.

D.  That Ms. Haygarth be awarded other such relief as this Court deems proper.

Dated: Weyburn Saskatchewan, January 25, 2023.

PAULA HAYGARTH

COUNTERCLAIM; CERTIFICATE OF SERVICE; DECLARATION                        Form#5DC14

## IN THE DISTRICT COURT OF THE FIFTH CIRCUIT
## LIHUE DIVISION
## STATE OF HAWAI'I

| Plaintiff<br><br>Paula Haygarth | |
|---|---|
| | Reserved for Court Use |
| | Civil No. |
| Defendant<br>Liani Shanti Enterprises, Liana Shanti | Defendant/Defendant's Attorney Name, Attorney Number, Firm Name (if applicable), Address, Telephone number<br>Jeffrey S. Portnoy, 1211, Christine E. Nowland, 11437, Cades Schutte a Limited Liability Law Partnership, 1000 Bishop Street, Suite 1200, Honolulu, Hawaii, 96813-4212, (808) 521-9200 |

### COUNTERCLAIM

1. On or about __January (25), 2023__, Plaintiff owed money to Defendant as follows:
   (Attach continuation page, if necessary).
   Damages in an amount to be proven at trial, and punitive damages in an amount to be determined at trial.

2. Defendant asks for judgment against Plaintiff in the sum of $ __Damages in an amount to be proven at trial__.
   In addition, the court may award court costs, interest and reasonable attorney's fees.

### CERTIFICATE OF SERVICE

I certify that a copy of this Counterclaim was served on the Opposing Party or their attorney on (date) __January 25, 2023__
by ☐ Hand-delivery or ☒ Mail at the following address:
   1000 Bishop Street, Suite 1200
   Honolulu, HI 96813-4212

| Date: | Signature of Defendant/Defendant's Attorney:<br><br>Print/Type Name: |
|---|---|

### DECLARATION

I have read this Counterclaim, know the contents and verify that the statements are true to my personal knowledge and belief. **I DECLARE UNDER PENALTY OF LAW THAT THE ABOVE IS TRUE AND CORRECT.**

| Date: January 25, 2023 | Signature of Declarant: _Paula Haygarth_<br>Print/Type Name: Paula Haygarth |
|---|---|

In accordance with the Americans with Disabilities Act and other applicable state and federal laws, if you require an accommodation for a disability when working with a court program, service, or activity, please contact the District Court Administration Office at PHONE NO. 482-2347, FAX 482-2509, or TTY 482-2533 at least ten (10) working days before your proceeding, hearing, or appointment date. **For all Civil related matters, please call 482-2303 DC Civil Division or visit the Self Help Center at 3970 Kā'ana Street, Līhu'e, Hawai'i 96766.**

I certify that this is a full, true, and correct copy of the original on file in this office.

**RESET FORM**

_____
Clerk, District Court of the above Circuit, State of Hawai'i

RG-AC-508 (4/18)                                                        5D-P-180
(Rev. 1/23/2018)                                                        Form#5DC14