Byron Horvath
Box 631
Raymore, Saskatchewan, Canada
S0A 3J0
Telephone: (306) 746 -7760
Email: byron.horvath19@gmail.com

**Electronically Filed
FIFTH CIRCUIT
5CCV-22-0000107
23-JAN-2023
09:05 AM
Dkt. 13 ANSCL**

IN THE CIRCUIT COURT OF THE FIFTH CIRCUIT

STATE OF HAWAI'I

LIANI SHANTI ENTERPRISES, LIANA
SHANTI

              Plaintiffs,

    v.

PAULA HAYGARTH, BYRON HOROVATH,
JANE DOES 1-10, and JOHN DOES 1-10

              Defendants

CIVIL NO. _____

**DEFENDANT'S ANSWER TO
COMPLAINT; COUNTERCLAIM;
CERTIFICATE OF SERVICE;
DECLARATION**

---

### BYRON HORVATH'S ANSWER TO COMPLAINT AND COUNTERCLAIM

1.    Except where expressly admitted, the Defendant, BYRON HORVATH ("**Mr. Horvath**") denies each and every allegation contained in the Complaint and/or has no knowledge of the same and puts the Plaintiffs, LIANA SHANTI ("**Ms. Shanti**") and LIANI SHANTI ENTERPRISES (collectively, "**Plaintiffs**"), to the strict proof thereof.

2.    Mr. Horvath admits paragraphs 1, 2, and 4 of the Plaintiffs' Complaint.

3.    In specific response to paragraphs 10 through 12 and paragraphs 16 through 48 of the Plaintiffs' Complaint, Mr. Horvath states that he did not create, operate, or otherwise post on or use the anonymous accounts on social media websites including Instagram, Reddit, and Cult Education Institute alleged in

**EXHIBIT D**

the Plaintiffs' complaint, and puts the Plaintiffs to the strict proof thereof.

4.    Further, Mr. Horvath denies that he caused any special harm to the Plaintiffs' by damaging the Plaintiffs' reputation and puts the Plaintiffs to the strict proof thereof.

5.    Mr. Horvath therefore claims that the Plaintiffs' claim be dismissed with costs as against the Plaintiff.

Dated: Raymore, Saskatchewan, January 20, 2023.

BYRON HORVATH

## COUNTERCLAIM

1.    The Defendant (Plaintiff by Counterclaim), Mr. Horvath, repeats and incorporates the entire Answer to Complaint in this Counterclaim.

### I.    FACTS

2.    Mr. Horvath states that Ms. Shanti has been using online resources, including Ms. Shanti's account on Instagram and an online website titled "Exposing Family Cults", to post false and defamatory statements about Mr. Horvath.

3.    Ms. Shanti's false and defamatory statements have injured Mr. Horvath's reputation in Saskatchewan.

### A.  Instagram Defamatory Statements

4.    On or around November 7, 2022, Ms. Shanti, under username "lianashanti", stated in an Instagram "story", "So we have: 1. CPS reports against Byron for locking Isla in her room after Isla tells grandma, 2. Stalking me and my family, and Malie, making death threats …"

5. This statement contained false and defamatory statements, and painted Mr. Horvath in a false light.

6. On or around November 10, 2022, Ms. Shanti, under username "lianashanti", stated in an Instagram "story", "WHEN SHANNON AND BYRON [Horvath] AND BRIAN AND PAULA AND ALL THE OTHER WETIKO INFECTED EVILDOERS STARTED THEIR ATTACKS AND CONSPIRACY AGAINST ME AND MALIE AND DREW … THEY HAD ZERO FACTS. ZERO PROOF."

7. This statement contained false and defamatory statements, and painted Mr. Horvath in a false light.

8. On or around December 2, 2022, Ms. Shanti, under username "lianashanti", stated in an Instagram "story", "… PLEASE REMOVE ALL FOG AND UNCERTAINTY FROM THEIR SPACE SO THAT THEY IMMEDIATELY SEE THROUGH THE DARK LIES AND DECEPTIONS OF BYRON HORVATH AND HIS SINISTER SERVANTS."

9. This statement contained false and defamatory statements, and painted Mr. Horvath in a false light.

10. On or around December 16, 2022, Ms. Shanti, under username "lianashanti", stated in an Instagram "story", "… Their situation is dire. Isla is still with the man BYRON HORVATH who this little girl repeatedly says abused her in the recordings. Hit her. Locked her in a room for hours where she had to Pee on the floor. Wrestled this small child who has a serious heart condition into a panic attack."

11. This statement contained false and defamatory statements, and painted Mr. Horvath in a false light.

12. On or around January 4, 2023, Ms. Shanti, under username "lianashanti", stated in an Instagram "story", "This is what is being done to Haley and Isla through the sick abusive actions of #byronhorvath and #brianwinterfamilycult SADLY this is not uncommon."

13.    This statement contained false and defamatory statements, and painted Mr. Horvath in a false light.

14.    On or around January 5, 2023, Ms. Shanti, under username "lianashanti", stated in an Instagram "story", "... It has been heartbreaking to watch beautiful people like Malie and Drew receive such satanic vomit into their lives from Paula Haygarth; Brian Winter, Byron Horvath and others [sic]."

15.    This statement contained false and defamatory statements, and painted Mr. Horvath in a false light.

### B.  "Exposing Family Cults" Website Defamatory Statements

16.    On the website titled "Exposing Family Cults", Ms. Shanti stated, "Yet this loving and protective mother is now the subject of a gag order intended to SILENCE HER from any further disclosures about Byron's [Horvath] abuse of Isla."

17.    This statement contained false and defamatory statements, and painted Mr. Horvath in a false light.

18.    On the website titled "Exposing Family Cults", Ms. Shanti stated, "He [Byron Horvath] is at the center of the Saskatchewan Cult Evil as he is the father of Haley's daughter Isla."

19.    This statement contained false and defamatory statements, and painted Mr. Horvath in a false light.

20.    On the website titled "Exposing Family Cults", Ms. Shanti stated, "He [Byron Horvath] has engaged in death threats against four people, and is currently using his own child as a pawn to get back at his ex-wife."

21.    This statement contained false and defamatory statements, and painted Mr. Horvath in a false light.

22.    On the website titled "Exposing Family Cults", Ms. Shanti stated, "Byron Horvath and his wife, Stefanie Vogt, have been preventing Isla from seeing her protective loving mother. Byron has been

REPEATEDLY reported to CPS by Haley and Elise and others, and no investigation has been done."

23.    This statement contained false and defamatory statements, and painted Mr. Horvath in a false light.

## COUNT I – (Defamation – Libel)

24.    Mr. Horvath realleges and reincorporates by reference the allegations in paragraphs 1 through 23 of this Counterclaim.

25.    The Instagram posts and the posts made on the "Exposing Family Cults" website contain false and defamatory statements regarding Mr. Horvath.

26.    Ms. Shanti acted with actual malice and/or with reckless or negligent disregard for the truth of the statements in the Instagram posts and the posts made on the "Exposing Family Cults" website in distributing the statements.

27.    The defamatory statements in the Instagram posts and the posts made on the "Exposing Family Cults" website are actionable irrespective of special harm and constitute libel per se.

28.    Nevertheless, Ms. Shanti's publication of the Instagram posts and the posts made on the "Exposing Family Cults" website caused special harm to Mr. Horvath by damaging Mr. Horvath's reputation and by causing other damages to be proven at trial.

## COUNT II – (False Light)

29.    Mr. Horvath realleges and reincorporates by reference the allegations in paragraphs 1 through 28 of this Counterclaim.

30.    In publishing the Instagram posts and the posts made on the "Exposing Family Cults" website and making the statements identified herein, Ms. Shanti gave publicity to matters concerning Mr. Horvath that placed Mr. Horvath before the public in a false light.

31.    The false light in which Ms. Shanti placed Mr. Horvath is highly offensive to a reasonable person.

32.    Ms. Shanti had knowledge or acted in reckless disregard as to the falsity of the publicized matter and the false light.

## COUNT III – (Punitive Damages)

33.    Mr. Horvath realleges and reincorporates by reference the allegations in paragraphs 1 through 32 of this Counterclaim.

34.    The conduct of Ms. Shanti as alleged in the foregoing paragraphs was wanton and oppressive and was made with such malice as implies a spirit of mischief or criminal indifference to civil obligations.

35.    Ms. Shanti's actions amount to willful misconduct and demonstrate an entire want of care, thereby raising the presumption that they acted with a conscious indifference to the consequences.

36.    Ms. Shanti had knowledge of, or acted in reckless disregard of, the falsity of the publicized matters and the false light.

37.    Mr. Horvath is entitled to recover punitive damages against Ms. Shanti.

WHEREFORE, Mr. Horvath requests:

A.    That Mr. Horvath be awarded damages in an amount to be proven at trial.

B.    That Mr. Horvath be awarded punitive damages in an amount to be determined at trial.

C.    An injunctive order compelling Ms. Shanti to remove from Instagram, the "Exposing Family Cults" website, and any other website all existing false and defamatory statements about Mr. Horvath that she authored.

D.    That Mr. Horvath be awarded other such relief as this Court deems proper.

Dated: Raymore, Saskatchewan, January 20 , 2023.

BYRON HORVATH