CADES SCHUTTE
A Limited Liability Law Partnership

Electronically Filed
FIFTH CIRCUIT
5CCV-22-0000107
11-JAN-2023
04:00 PM
Dkt. 10 ROS

JEFFREY S. PORTNOY          1211
CHRISTINE E. NOWLAND        11437
1000 Bishop Street, Suite 1200
Honolulu, HI  96813-4212
Telephone:  (808) 521-9200
Fax: (808) 521-9210
Email:  jportnoy@cades.com
         cnowland@cades.com

Attorneys for Plaintiffs
LIANA SHANTI
LIANI SHANTI ENTERPRISES

IN THE CIRCUIT COURT OF THE FIFTH CIRCUIT

STATE OF HAWAI‘I

| | |
|---|---|
| LIANI SHANTI ENTERPRISES, LIANA SHANTI<br><br>Plaintiffs,<br><br>v.<br><br>PAULA HAYGARTH, BYRON HOROVATH, JANE DOES 1-10, and JOHN DOES 1-10.<br><br>Defendants. | CIVIL NO. 5CCV-22-0000107<br>(Other Civil Action)<br><br>**PROOF OF SERVICE; EXHIBIT "A"**<br><br>**[Paula Haygarth]** |

**PROOF OF SERVICE**

Plaintiffs LIANI SHANTI ENTERPRISES and LIANA SHANTI, by and through its

attorneys, Cades Schutte LLP, hereby submits the attached return of service, evidencing

service of a certified copy of Complaint; Summons on John Doe, an adult residing at

Defendant **Paula Haygarth's** dwelling house or usual place of abode located at 748 Elm

Crescent, Weyburn, Saskatchewan S4H 0S7.

# EXHIBIT E

DATED:  Honolulu, Hawaiʻi, January 11, 2023.

CADES SCHUTTE LLP

*/s/ Christine E. Nowland*
JEFFREY S. PORTNOY
CHRISTINE E. NOWLAND
Attorneys for Plaintiffs
LIANA SHANTI ENTERPRISES
and LIANI SHANTI

## RETURN OF SERVICE

**State of Hawaii**                    **County of Kauai**                    **Fifth Circuit Court**

Case Number: 5CCV-22-0000107

Plaintiff:
**Liani Shanti Enterprises, et al.**

vs.

Defendant:
**Paula Haygarth, et al.**

For:
Cades Schutte LLP
1000 Bishop Street, 12th Floor
Honolulu, HI 96813-4216

Received by Nationwide Legal Support, Inc. on the 14th day of December, 2022 at 3:33 pm to be served on **Paula Haygarth, 748 Elm Crescent, Weyburn, Saskatchewan S4H 0S7.**

I, Lisa Lavallee, do hereby affirm that on the **7th day of January, 2023** at **3:10 pm, I:**

**Substitute Service** by leaving a true copy of the **Complaint; Summons**, to: **"John Doe" (Refused Name)** as **Co-Occupant,** at the within named person's usual place of abode, at the address of **748 Elm Crescent, Weyburn, Saskatchewan S4H 0S7** who is 18 years of age or older, and informed the person of the contents therein.

**Description** of Person Served: Age: 30, Sex: M, Race/Skin Color: White, Height: 5'9", Weight: 180, Hair: Red, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server, in good standing, in the judicial circuit in which the process was served. I declare under penalty of perjury under the laws of the state in which the process was served that the foregoing is true and correct.

_Lisa Lavallee_
Lisa Lavallee
Process Server

**Nationwide Legal Support, Inc.**
**Dba Eleanor's Nationwide Legal Support**
**6320 Topanga Cnyn Blvd, Ste 1630 #765**
**Woodland Hills, CA 91367**
**(818) 805-3688**

Our Job Serial Number: ENL-2022002160

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2k

# EXHIBIT "A"