CADES SCHUTTE
A Limited Liability Law Partnership

JEFFREY S. PORTNOY                1211
CHRISTINE E. NOWLAND          11437
1000 Bishop Street, Suite 1200
Honolulu, HI  96813-4212
Telephone:  (808) 521-9200
Fax: (808) 521-9210
Email:  jportnoy@cades.com
        cnowland@cades.com

Attorneys for Plaintiffs
LIANA SHANTI
LIANI SHANTI ENTERPRISES

**Electronically Filed**
**FIFTH CIRCUIT**
**5CCV-22-0000107**
**11-JAN-2023**
**04:00 PM**
**Dkt. 11 ROS**

IN THE CIRCUIT COURT OF THE FIFTH CIRCUIT

STATE OF HAWAI'I

| | |
|---|---|
| LIANI SHANTI ENTERPRISES, LIANA SHANTI<br><br>        Plaintiffs,<br><br>   v.<br><br>PAULA HAYGARTH, BYRON HOROVATH, JANE DOES 1-10, and JOHN DOES 1-10.<br><br>        Defendants. | CIVIL NO. 5CCV-22-0000107<br>(Other Civil Action)<br><br>**PROOF OF SERVICE; EXHIBIT "A"**<br><br>**[Byron Horovath]** |

## PROOF OF SERVICE

Plaintiffs LIANA SHANTI ENTERPRISES and LIANA SHANTI, by and through

its attorneys, Cades Schutte LLP, hereby submits the attached return of service, evidencing

service of a certified copy of Complaint and Summons on Defendant Byron Horovath, an

adult residing at his dwelling house or usual place of abode located at 619 2nd Avenue,

Raymore, Saskatchewan S0A 3J0.

# EXHIBIT F

DATED:  Honolulu, Hawaiʻi, January 11, 2023.

CADES SCHUTTE LLP

*/s/ Christine E. Nowland*
JEFFREY S. PORTNOY
CHRISTINE E. NOWLAND
Attorneys for Plaintiffs
LIANA SHANTI ENTERPRISES
and LIANA SHANTI

## RETURN OF SERVICE

**State of Hawaii**                    **County of Kauai**                    **Fifth Circuit Court**

Case Number: 5CCV-22-0000107

Plaintiff:
**Liani Shanti Enterprises, et al.**

vs.

Defendant:
**Paula Haygarth, et al.**

For:
Cades Schutte LLP
1000 Bishop Street, 12th Floor
Honolulu, HI 96813-4216

Received by Nationwide Legal Support, Inc. on the 14th day of December, 2022 at 3:33 pm to be served on **Byron Horovath, 619 2nd Avenue, Raymore, Saskatchewan S0A 3J0.**

I, Lisa Lavallee, do hereby affirm that on the **6th day of January, 2023** at **2:57 pm, I:**

**Individually/Personally** served a true copy of the **Complaint; Summons**, at the address of **619 2nd Avenue, Raymore, Saskatchewan S0A 3J0**, to **Byron Horovath** pursuant to State Statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server, in good standing, in the judicial circuit in which the process was served. I declare under penalty of perjury under the laws of the state in which the process was served that the foregoing is true and correct.

Lisa Lavallee
Process Server

**Nationwide Legal Support, Inc.**
**Dba Eleanor's Nationwide Legal Support**
**6320 Topanga Cnyn Blvd, Ste 1630 #765**
**Woodland Hills, CA 91367**
**(818) 805-3688**

Our Job Serial Number: ENL-2022002161

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2k

# EXHIBIT "A"