STEFANIE HORVATH, on 04/25/2025
LIFE MASTERY NETWORK LLC, et al., vs PAULA HAYGARTH, et al.

Page 1

IN THE CIRCUIT COURT OF THE FIFTH CIRCUIT

STATE OF HAWAII

LIFE MASTERY NETWORK LLC, a          )

Nevada limited liability             )

company dba LIANA SHANTI             )

ENTERPRISES and LIANE WILSON,        )

also known in the community          )

as LIANA SHANTI,                     )

                                     )

     Plaintiffs/Counterclaim         )

              Defendants,            )

                  v.                 )   CASE NO.:5CCV-22-0000107

PAULA HAYGARTH, BYRON                )

HORVATH, JANE DOES 1-10, and         )

JOHN DOES 1-10,                      )   **Certified Transcript**

                                     )

     Defendants/Counterclaim         )

              Claimants.             )

_____    ) (Pages 1 - 96)


                    *CONFIDENTIAL*

     The discovery deposition of STEFANIE HORVATH, taken

in the above-entitled cause, before Lisa Ciurysek, BCSRA

No.625, official reporter, on the 25th day of April, 2025,

via Zoom videoconference.

**EXHIBIT H**

STEFANIE HORVATH,  on 04/25/2025
LIFE MASTERY NETWORK LLC, et al., vs PAULA HAYGARTH, et al.

Page 2

APPEARANCES:

Cades & Schutte

1000 Bishop Street, Suite 1200

Honolulu, HI 96813

Ph:  808.521.9200

Jportnoy@cades.com

BY: Jeffrey S. Portnoy,

        On behalf of the the Plaintiffs;

Dentons

1001 Bishop Street Suite 1800

Honolulu HI 96813

Ph:  808.524.1800

Laura.moritz@dentons.com

BY: Laura Moritz,

        On behalf of the Defendants;

ALSO PRESENT:

Liana Shanti - Plaintiff

Paula Haygarth - Defendant

Page 3

                    I N D E X

INDEX OF EXAMINATIONS:

EXAMINATION                              PAGE

    BY MR. PORTNOY                          5

    BY MS. MORITZ                          91

    Reporter Certification                 94

EXHIBITS:

  NUMBER        DESCRIPTION              PAGE

            No exhibits entered

ADDITIONAL INFORMATION REQUESTED:

  Page   / Line

    45   / 23

    66   / 4

    78   / 17

    81   / 5

Page 4

VANCOUVER, BC, CANADA

April 25, 2025

*****

(PROCEEDINGS COMMENCED AT 10:58 AM PST)

STEFANIE HORVATH

called as a witness, having been first duly affirmed, was examined and testified as follows:

MR. PORTNOY:  Okay.

MS. MORITZ:  Jeff, I just want to -- can I put a couple comments on the record before we begin?

MR. PORTNOY:  Yeah.  Sure.

MS. MORITZ:  Okay.  Thank you.  Yeah, I just wanted to -- I wanted to note that Ms. Vogt is not a party to this action and has not been served with a subpoena or other court order.  She's appearing for this deposition voluntarily as a courtesy and an accommodation to the opposing parties.  Counsel made certain arrangements about this deposition before today.  But I just want to make sure it's clear on the record and that all persons attending are aware that she is appearing on the condition that other than the court -- the court reporter's written transcript, no one will record this deposition in any way.  There's not going to be any video, audio, or photos of any kind.  And the parties agree that nothing will be posted or published on social media or otherwise about or in

Page 5

response to her testimony today.

MR. PORTNOY:  All agreed.

MS. MORITZ:  Thank you very much.

EXAMINATION

BY MR. PORTNOY:

Q.  Okay.  Can I call you Stefanie or Ms. Horvath?  What would you prefer?

A.  Either or.  It doesn't really matter to me.

Q.  Okay.

A.  Whatever you're --

Q.  All right.  Stefanie, my name is Jeff Portnoy and I'm sure you know that I am counsel for Liana Shanti and other entities in a lawsuit that's been brought against Ms. Haygarth and your husband Byron.  I appreciate you attending this session today.  It's true that you are appearing voluntarily and we really appreciate that.  Are you being represented by counsel today?

A.  Laura.

Q.  Okay.  And when did Laura and her firm become your counsel?

A.  I'm not exactly sure on the date.  It came from a recommendation from our lawyer in Regina, Roxanne.

Q.  And can you give me an estimate?  Was it, like, more than six months ago, or in the last month?

A.  Well, I believe these proceedings have been going

Page 38

Q.  What did she tell you?

A.  Elise sent us information from that account that we used in our court proceedings for custody.

Q.  How did you use it?

A.  It was a document she sent us -- or a picture of Haley talking about fleeing Canada.

Q.  Okay.  Well, do you know who -- who hosted that account?

A.  I do not.

Q.  Have you ever posted anything on there?

A.  I have not.

Q.  Have you ever reviewed any other post than the one that was sent to you by Haley's -- did you say Haley's sister?  I forgot.  I'm sorry.

A.  Yes, Elise --

Q.  Have you ever --

A.  -- sent that to me.

Q.  Have you ever seen any other posts on that -- from that site?

A.  I'll look at it periodically.

Q.  When's the last time you looked at it?

A.  Probably last week.

Q.  And what was on it last week?

A.  I think it was something about narcissistic abuse post.

Page 39

Q.  Narcissistic abuse of someone or by someone?

A.  Just a post describing what it is.

Q.  And who do you think made that post?

A.  I do not know.  I think it was a shared post from somebody else.

Q.  Do you know anybody else who is looking at that site?  Other than you on occasion?

A.  I would assume there's other people looking at it.  I don't know other people's activity online.

Q.  Have you ever seen anything negative posted on there about Liana?

A.  Yes.  I would say that.

Q.  What have you seen?

A.  I've seen past pictures of her being posted.  And explicitly stating how they look like they're generated online, which you have also seen her in person and you can clearly see that the posts of herself online are not who she is.

Q.  You've never met her, though, right?

A.  Well, you've seen myself in Hawaii.  So I've seen her from a distance when we were at the courthouse in Hawaii.

Q.  What else have you seen posted on that site, Liana Shanti Recovery, that's negative about my client other then these photos?

Page 40

A.  The account has posted in the past, I believe, about her being a con artist.

Q.  You have no idea who's posting that?

A.  I do not.

Q.  Have you ever made any attempt to find out?

A.  I have not.

Q.  Have you ever participated in a group phone call with other people who are reviewing that post?  That site?

MS. MORITZ:  Vague and ambiguous.

THE WITNESS:  Yeah, I'm not sure.

BY MR. PORTNOY:

Q.  Okay.  Well, I'm sorry.  What are you unsure about?  I mean, did you ever participate in a group phone call with other people who were wanting to talk about Liana Shanti?

A.  I received a message from that Instagram account asking to participate in a Zoom call.  We spoke with our lawyer to make a decision about that.

MS. MORITZ:  And just caution you not to disclose discussions with your attorney.

THE WITNESS:  Okay.

BY MR. PORTNOY:

Q.  Well -- go ahead, without telling anything that you may have learned from your lawyer or discussed with your lawyer.

Page 41

A.  We did then participate in a phone call -- or a Zoom call.

Q.  Do you have any idea how they got your -- your identity in order to message you?

A.  It was sent to me on Instagram.  So I don't know how they would have got my Instagram account.  Probably because Liana was posting my Instagram account.  So there was, like, a form to fill out that I included my email and my phone number on that form.

Q.  And where is that form now?

A.  I have no idea.

Q.  Did you keep it?  A copy?

A.  No.  It was an online thing.

Q.  Did you keep a copy of the message?  Did you print a copy of the message?

A.  I have not printed a copy of the message.

Q.  Who was on the call?

A.  That I don't know.

Q.  Was it by Zoom?

A.  It was a Zoom call.

Q.  So aren't the names posted on a Zoom call, like they are now?

A.  I don't think anybody posted their real names, I wouldn't guess.

Q.  Did you post your real names?

Case 1:25-cv-00297-JAO-RT    Document 103-11    Filed 06/18/26    Page 4 of 4
PageID.2131

STEFANIE HORVATH, on 04/25/2025                                                   Pages 94–96
LIFE MASTERY NETWORK LLC, et al., vs PAULA HAYGARTH, et al.

## Page 94

REPORTER CERTIFICATION

I, Lisa Ciurysek, Official Reporter in the Province of British Columbia, Canada, do hereby certify:

That the proceedings were taken down by me in shorthand at the time herein set forth, and thereafter transcribed, and the same is a true and correct and complete transcript of said proceedings to the best of my skill and ability.

IN WITNESS WHEREOF, I have hereunto subscribed my name on this day, the 6th day of May, 2025.

*Lisa Ciurysek*

Lisa Ciurysek
Authorized Reporter

## Page 95

DECLARATION UNDER PENALTY OF PERJURY

I, _____, do hereby certify under penalty of perjury that I have read the foregoing transcript of my deposition taken on _____, 2025; that I have made such corrections as appear noted herein; that my testimony as contained herein, as corrected, is true and correct.

Dated this _____ day of _____ 2025, at _____,
                        (city)
_____.
  (state)

_____
            (Signature)

## Page 96

ERRATA LIST

| PAGE | LINE | ERROR | CORRECTION | REASON |
|------|------|-------|------------|--------|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

I, undersigned, do hereby certify that I have read the foregoing deposition, and find it to be a true and accurate transcription of my testimony, with the above-noted corrections,

If any:

_____        _____
    Signature of Deponent                    Date

