IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LIFE MASTERY NETWORK LLC, a Nevada limited liability company dba LIANA SHANTI ENTERPRISES and LIANE WILSON, also known in the community as LIANA SHANTI,<br><br>          Plaintiffs/Counterclaim Defendants,<br><br>        v.<br><br>PAULA HAYGARTH, BYRON HORVATH, STEFANIE HORVATH, JANE DOES 2-10, and JOHN DOES 1-10,<br><br>          Defendants/ Counterclaimants. | Civil No. 1:25-cv-00297-JAO-RT<br><br>**DECLARATION OF LAURA P. MORITZ** |

**DECLARATION OF LAURA P. MORITZ**

I, Laura P. Moritz, do hereby declare and state under penalty of perjury that the following facts are true and correct:

7.     I am an attorney with DENTONS US LLP ("Dentons") and am counsel of record for Defendants/Counterclaimants Paula Haygarth, Byron Horvath, and Stefanie Horvath (collectively "**Defendants**"). I have personal knowledge of the facts contained in this declaration which are true and correct.

US_ACTIVE\137863195\V-2

8.    I am making this Declaration in support of Defendants/ Counterclaimants' *Motion in Limine No. 4 to Exclude Facebook Post by Paula Haygarth* filed concurrently herewith.

9.    Attached hereto as Exhibit "A" is a true and accurate copy of the *First Amended Complaint* filed in this action before the Fifth Circuit Court, State of Hawai'i on July 3, 2025 at Dkt. 443, which is referred to at page 1 of Motion in Limine No. 4.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED:  Honolulu, Hawai'i, June 18, 2026.

/S/  LAURA P. MORIZ
LAURA P. MORITZ

2