LOUISE K.Y. ING          2394
LAURA P. MORITZ          7860

DENTONS US LLP
1001 Bishop Street, Suite 1800
Honolulu, HI 96813
Telephone:   808 524 1800
Facsimile:   808 524 4591
Email:       louise.ing@dentons.com
             laura.moritz@dentons.com

Attorneys for Defendants/Counterclaimants
PAULA HAYGARTH, BYRON HORVATH, and
STEFANIE HORVATH

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| LIFE MASTERY NETWORK LLC, a Nevada limited liability company dba LIANA SHANTI ENTERPRISES and LIANE WILSON, also known in the community as LIANA SHANTI,<br><br>       Plaintiffs/Counterclaim Defendants,<br><br>    v.<br><br>PAULA HAYGARTH, BYRON HORVATH, STEFANIE HORVATH, JANE DOES 2-10, and JOHN DOES 1-10,<br><br>       Defendants/ Counterclaimants. | CIVIL NO. 1:25-cv-00297-JAO-RT<br><br>**NOTICE OF ERRATA TO** ***DEFENDANTS/ COUNTERCLAIMANTS PAULA HAYGARTH, BYRON HORVATH, AND STEFANIE HORVATH'S MOTION IN LIMINE NO. 3 TO EXCLUDE DEFENDANTS' COMMUNICATIONS WITH THIRD PARTIES AFTER DECEMBER 6, 2022; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF LOUISE K.Y. KING; DECLARATION OF LAURA P. MORITZ; EXHIBITS "A"-"I";*** **FILED JUNE 18, 2026 [ECF 103]**<br><br><u>Hearing:</u><br>Date: July 10, 2026<br>Time: 1:30 pm<br>Judge: Hon. Jill A. Otake |

15813736\000001\137914611

Trial:  August 3, 2026
Judge: Hon. Jill A. Otake

15813736\000001\137914611

**NOTICE OF ERRATA TO**
***DEFENDANTS/COUNTERCLAIMANTS PAULA HAYGARTH,***
***BYRON HORVATH, AND STEFANIE HORVATH'S MOTION IN***
***LIMINE NO. 3 TO EXCLUDE DEFENDANTS'***
***COMMUNICATIONS WITH THIRD PARTIES AFTER***
***DECEMBER 6, 2022*, FILED JUNE 18, 2026 [ECF 103]**

Defendants/Counterclaimants Paula Haygarth, Byron Horvath, and Stefanie Horvath ("**Defendants**"), by and through its counsel, Dentons US LLP, hereby submit the following *errata* to its *Motion in Limine No. 3 to Exclude Defendants' Communications with Third Parties After December 6, 2022*, filed June 18, 2026 [ECF 103] ("**Motion**") to correct inadvertent typos in the title of the Motion and delete references to an Exhibit which was not part of the Motion. The error was caused by human error; counsel neglected to change the caption title of the Motion after narrowing its scope and incorrectly referred to the Exhibits submitted in support of the Motion.

The title of the Motion should have stated, "Motion *in Limine* No. 3 to Exclude Defendants' Communications with Third Parties after January 7, 2023."

In addition, references in the Motion and Declaration of Laura P. Moritz to Exhibits H and I are incorrect. Exhibit H consists of the copy of relevant portions from Stefanie Horvath's Zoom videoconference deposition taken on April 25, 2025, and there is no Exhibit I.

1

15813736\000001\137914611

Attached hereto as **Exhibit "1"** is a copy of the Motion and supporting declarations with corrections in redline, and **Exhibit "2"** is a clean copy of the corrected Motion and supporting declarations.

DATED:  Honolulu, Hawai'i, June 24, 2026.

      /S/ LAURA P. MORITZ

LOUISE K.Y. ING
LAURA P. MORITZ

Attorneys for Defendants/Counterclaimants
PAULA HAYGARTH, BYRON
HORVATH, and STEFANIE HORVATH

2

15813736\000001\137914611