IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LIFE MASTERY NETWORK LLC, a Nevada limited liability company dba LIANA SHANTI ENTERPRISES and LIANE WILSON, also known in the community as LIANA SHANTI, | CIVIL NO. 1:25-cv-00297 (Other Civil Action) |
| Plaintiffs, | **DECLARATION OF LIANE WILSON** |
| v. | |
| PAULA HAYGARTH, BYRON HORVATH, STEFANIE HORVATH; JANE DOES 2-10, and JOHN DOES 1-10, | |
| Defendants. | |

## <u>DECLARATION OF LIANE WILSON</u>

| | |
|---|---|
| STATE OF HAWAII | ) |
| | ) SS. |
| COUNTY OF KAUAI | ) |

I, LIANE WILSON, also known in the community as Liana Shanti, being first

duly sworn, deposes and says:

1.      I am a Plaintiff and Counterclaim Defendant named in the above-captioned civil matter docketed as *Life Mastery Network LLC, et al. v. Paula Haygarth, et al.*; Civil No. 1:25-cv-00297, United States District Court for the District of Hawaii (the "**Subject Lawsuit**").

2.      I received a voicemail on May 19, 2022 from a male individual whose identity was confirmed by Haley Winter to be Byron Horvath and who can be heard saying: "I see you and I will find you".  A true and correct copy of the audio recording of said voicemail was produced in this litigation as SHANTI-000957.

3.      I received a voicemail on May 19, 2022 from a male individual whose identity was confirmed by Haley Winter to be Byron Horvath and who can be heard saying: "Say goodbye to Chance".  A true and correct copy of the audio recording of said voicemail was produced in this litigation as SHANTI-000958.

4.      Attached hereto as **Exhibit "1"** is a true and correct copy of receipts I produced in this litigation as SHANTI-002135 through SHANTI-002136 confirming that I purchased an iPhone 14 Pro Max on November 10, 2022 and a iPhone 16 Pro Max on October 9, 2024.

5.      I do not recall the specific date when my old cell phone was actually replaced by my new phone, but I usually keep my old phone for a few days and then discard it after my business applications on my new phone are downloaded and

2

functioning properly.

6.    Defendant Byron Horvath filed his initial counterclaim on January 23, 2023 in 5CCV-22-0000107 as Dkt. 13 so I am under the impression that I was no longer in possession of the old phone that received the aforementioned 5/19/22 voicemails by that time because I had purchased a new phone a couple months before that on November 10, 2022.

7.    After a diligent search and inquiry, I am not able to locate my old cell phone which contained the audio recordings of the threats that I received.

8.    I am not able to retrieve metadata of the audio recordings applicable to my old cell phone as I cannot locate my old phone.

9.    It is my understanding that all audio recordings and communications and documents relating to alleged threats relevant to this Subject Lawsuit within my possession have been produced to the Defendants.

10.    Contrary to Defendants' offensive accusations, I did not intentionally replace my old phone with a new phone to "destroy" evidence such as metadata.

//

//

//

//

//

3

11.   I had retrieved copies of the audio recordings of the threats from my old phone by downloading the voicemails from my old phone when it was within my possession with the intention of sending the audio recordings to the FBI.

I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge, information, and belief.

DATED: __Kauai_____, Hawaii, June _26__, 2026.



_____
LIANE WILSON

4