

# My Support

Hello, Liana Shanti | Sign out



# iPhone (147)

iPhone 16 Pro Max

F569XQPKVW

Date of Purchase: October 9, 2024

AppleCare+ 

Go to My Devices ›

EXHIBIT "1", PAGE 1

Confidential                SHANTI-002135



# My Support

Hello, Liana Shanti | Sign out



# iPhone (147)

iPhone 14 Pro Max

GYJQ0CDJ6R

Date of Purchase: November 10, 2022

AppleCare+ 

Go to My Devices >

EXHIBIT "1", PAGE 2

Confidential                                          SHANTI-002136