IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LIFE MASTERY NETWORK LLC, a Nevada limited liability company dba LIANA SHANTI ENTERPRISES and LIANE WILSON, also known in the community as LIANA SHANTI,<br><br>      Plaintiffs,<br><br>  v.<br><br>PAULA HAYGARTH, BYRON HORVATH, STEFANIE HORVATH; JANE DOES 2-10, and JOHN DOES 1-10,<br><br>      Defendants. | CIVIL NO. 1:25-cv-00297-JAO-RT<br><br>**CERTIFICATE OF SERVICE** |

## <u>CERTIFICATE OF SERVICE</u>

The undersign hereby certifies that true and correct copies of the foregoing

document was duly served on the follow parties:

LOUISE K.Y. ING          louise.ing@dentons.com
LAURA P. MORITZ      laura.moritz@dentons.com
Dentons US LLP
1001 Bishop Street, Ste. 1800
Honolulu, HI  96813

Attorneys for Defendants
PAULA HAYGARTH,
BYRON HORVATH, and
STEFANIE HORVATH

DATED:  Honolulu, Hawaii, June 26, 2026.

CADES SCHUTTE
A Limited Liability Law Partnership

*/s/ Jeffrey S. Portnoy*

JEFFREY S. PORTNOY, ESQ.
TROY C. YOUNG, ESQ.

Attorneys for Plaintiffs
LIFE MASTERY NETWORK LLC, a
Nevada limited liability company dba
LIANA SHANTI ENTERPRISES and
LIANE WILSON, also known in the
community as LIANA SHANTI

2