011 Request for Media Blogging
nded 09/2015

# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

### Request for Media Blogging

The undersigned requests that the court allow blogging during the proceeding(s) described below. Requests must be emailed to the presiding judge's email address for orders. For matters calendared at least 28 days in advance, requests must be received by the court 14 days prior to the start of the proceeding. For matters calendared less than 28 days in advance, requests must be made as soon as practicable.

Case Name: Life Mastery Network LLC v. Haygarth    Case No. 1:25-cv-00297-JAO-RT

Presiding District or Magistrate Judge: Magistrate Judge Trader

Media Outlet: Cult Vault Podcast (Independent Outlet)

Representative(s): Kacey Baker

Email Address To Send Completed Request Form: cultvaultpodcast@gmail.com

☐ Permission being sought for the following hearing(s):

| Date | Time | Hearing Type |
|---|---|---|
| 30 June 2026 | 9:15 a.m. HST | Pretrial Conference |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

DATED: 25/06/2026    SIGNATURE: _____

PRINTED NAME: Kacey Baker

---

IT IS SO ORDERED.

[X] APPROVED    ☐ APPROVED AS MODIFIED    ☐ DENIED

DATED: 6/29/2026

Rom A. Trader
United States Magistrate Judge