# MINUTES

CASE NUMBER:          1:25-cv-00297-JAO-RT

CASE NAME:            Life Mastery Network LLC, et al., vs. Paula Haygarth, et al.,

ATTY FOR PLTFS:       Jeffrey S. Portnoy
                      Troy Young

ATTY FOR DEFTS:       Laura P. Moritz
                      Louise Ing

---

JUDGE:      Rom Trader          REPORTER:      ZOOM

DATE:       6/30/2026           TIME:          9:13 am – 9:25 am

---

COURT ACTION: EP:     MAGISTRATE JUDGE'S FINAL PRETRIAL
                      CONFERENCE had on 6/30/2026.

Discussion had. Court confirms settlement discussions have concluded without success. Should parties agree to further settlement discussions, the Court remains willing to assist.

Court confirms 8/3/2026 trial date and trial-related deadlines. Parties report readiness to proceed to trial as scheduled. Parties estimate two (2) weeks to complete trial.

Parties encouraged to explore possible factual/legal stipulations to streamline presentation of evidence.  Defendants express interest in having certain witnesses testify remotely.  Plaintiff objects.  Court notes that Defendants never filed such a request prior to the expiration of the motions in limine deadline.

Plaintiff's counsel will be attending the upcoming Ninth Circuit Conference and has submitted a request to the district judge to continue the Final Pretrial Conference from 7/20/26 to the following week.  Defense counsel has no objection.  Alternatively, if not continued, then Plaintiff's counsel request permission to attend the Final Pretrial Conference remotely.  No objection by defense.

*Submitted by: Jocelyn Orosz, Courtroom Manager*