LOUISE K.Y. ING     2394
LAURA P. MORITZ    7860

DENTONS US LLP
1001 Bishop Street, Suite 1800
Honolulu, HI 96813
Telephone:  808 524 1800
Facsimile:  808 524 4591
Email:      louise.ing@dentons.com
           laura.moritz@dentons.com

Attorneys for Defendants/Counterclaimants
PAULA HAYGARTH, BYRON HORVATH, and
STEFANIE HORVATH

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LIFE MASTERY NETWORK LLC, a Nevada limited liability company dba LIANA SHANTI ENTERPRISES and LIANE WILSON, also known in the community as LIANA SHANTI,<br><br>        Plaintiffs/Counterclaim Defendants,<br><br>      v.<br><br>PAULA HAYGARTH, BYRON HORVATH, STEFANIE HORVATH, JANE DOES 2-10, and JOHN DOES 1-10,<br><br>        Defendants/Counterclaimants. | Civil No.:  1:25-cv-00297-JAO-RT<br><br>**DEFENDANTS/ COUNTERCLAIMANTS' REQUESTED SPECIAL VOIR DIRE INQUIRES**<br><br><br><br><br>Judge: Honorable Jill A. Otake<br>Trial: August 3, 2026 |

## DEFENDANTS/COUNTERCLAIMANTS
## REQUESTED SPECIAL VOIR DIRE INQUIRES

Defendants/Counterclaimants Paula Haygarth, Byron Horvath, and Stefanie Horvath ("**Defendants**"), through their attorneys, Dentons US LLP, respectfully submit their requested special voir dire inquires as follows:

1.     Do any of you know any of the attorneys or their staff?

2.     Do any of you know the Judge Otake or any of her court staff?

3.     Do any of you know each other?

4.     Do you think someone close to you might be familiar with any of the attorneys, staff, parties, the other jurors, or Judge Otake?

5.     Have you, any business you owned or managed, or has someone close to you ever been named in a lawsuit? If so:

   a.     Were you the plaintiff or the defendant?

   b.     What was the nature of the lawsuit?

   c.     What was the outcome of the lawsuit?

6.     Have any of you ever been on a jury before? If so:

   a.     Was it a civil case or a criminal case?

   b.     Did the jury reach a verdict? What was it?

   c.     Is there anything about your prior experience as a juror that would affect your ability to render a fair and impartial verdict in this case?

7.     Have any of you or someone close to you ever been convicted of a crime?

8.     Does anyone, or a member of their family, work in the legal field?

9.     Who here does not have a social media account?

1

US_ACTIVE\138079349\V-2

10. Who here has ever gotten themselves on an email list where they received unsolicited email messages from someone or an organization they did not know personally?

11. Who here has prior knowledge of Plaintiff Liane Wilson, aka Liana Shanti, through social media or otherwise?

12. Have you seen, heard, or read anything about this lawsuit? If yes, please explain.

13. Have you or someone close to you had a negative experience with social media? If yes, please explain.

14. What is your primary source of news (*i.e.*, Star Advertiser, CNN, Fox News, Hawaiʻi News Now, Facebook, TikTok)?

15. Does anyone think that if a lawsuit has been filed against someone, that person must have done something wrong?

16. If the evidence justifies it, how do you feel about awarding money damages to a party who has been wronged in order to punish the party who wronged them or to deter future wrongdoing?

17. Do you think there should be an upper limit or "cap" on damages a jury can award to the party who has been injured by a party on the other side? Why or why not?

18. Do any of you have bumper stickers on your cars? If so, what do they say?

19. Who here feels, for any reason, that you are already favoring the Plaintiffs, even just a little bit?

DATED:  Honolulu, Hawaiʻi, July 13, 2026.

/s/ Laura P. Moritz
LOUISE K.Y. ING
LAURA P. MORITZ

Attorneys for Defendants/Counterclaimants
PAULA HAYGARTH, BYRON
HORVATH, and STEFANIE HORVATH

2