LOUISE K.Y. ING      2394
LAURA P. MORITZ      7860

DENTONS US LLP
1001 Bishop Street, Suite 1800
Honolulu, HI 96813
Telephone:  808 524 1800
Facsimile:  808 524 4591
Email:      louise.ing@dentons.com
            laura.moritz@dentons.com

Attorneys for Defendants/Counterclaimants
PAULA HAYGARTH, BYRON HORVATH, and
STEFANIE HORVATH

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LIFE MASTERY NETWORK LLC, a Nevada limited liability company dba LIANA SHANTI ENTERPRISES and LIANE WILSON, also known in the community as LIANA SHANTI,<br><br>        Plaintiffs/Counterclaim Defendants,<br><br>    v.<br><br>PAULA HAYGARTH, BYRON HORVATH, STEFANIE HORVATH, JANE DOES 2-10, and JOHN DOES 1-10,<br><br>        Defendants/ Counterclaimants. | Civil No.:  1:25-cv-00297-JAO-RT<br><br>**DEFENDANTS/ COUNTERCLAIMANTS' COMPREHENSIVE WITNESS LIST**<br><br><br><br><br><br>Judge: Honorable Jill A. Otake<br>Trial: August 3, 2026 |

## DEFENDANTS/COUNTERCLAIMANTS
## COMPREHENSIVE WITNESS LIST

Defendants/Counterclaimants Paula Haygarth, Byron Horvath, and Stefanie Horvath ("**Defendants**"), through their attorneys, Dentons US LLP, hereby submit their Comprehensive Witness List pursuant to the *Amended Rule 16 Scheduling Order* entered September 12, 2025 [Dkt. 30].

| | Witness | Substance of Testimony | Estimated Time for Direct Examination |
|---|---|---|---|
| 1 | Liane Wilson | Defendants anticipate that Ms. Wilson will testify regarding nearly all aspects of this case, including but not necessarily limited to the use of her Instagram account and the website now known as www.exposingfamilyabuse.com, the nature of the statements she has made about Defendants and how she has benefitted from the statements she has made about Defendants. | 2 hours |
| 2 | Paula Haygarth | Paula Haygarth will testify regarding nearly all aspects of this case, including but not necessarily limited to her reaction to Plaintiffs' online statements about her, the falsity of such statements, the effect Plaintiffs' statements about her have had on her life, and her damages. Ms. Haygarth will also be called to testify about her defenses to Plaintiffs' allegations. Ms. Haygarth may also be called to authenticate documents. | 3-4 hours |
| 3 | Byron Horvath | Byron Horvath will testify regarding nearly all aspects of this case, including | 3 hours |

| | Witness | Substance of Testimony | Estimated Time for Direct Examination |
|---|---|---|---|
| | | but not necessarily limited to his reaction to Plaintiffs' online statements about him, the falsity of such statements, the effect Plaintiffs' statements about his have had on his life, and her damages. Mr. Horvath will also be called to testify about his defenses to Plaintiffs' allegations. | |
| 4 | Stefanie Horvath | Stefanie Horvath will testify regarding nearly all aspects of this case, including but not necessarily limited to her reaction to Plaintiffs' online statements about her, the falsity of such statements, the effect Plaintiffs' statements about her have had on her life, and her damages. Ms. Horvath will also be called to testify about her defenses to Plaintiffs' allegations. Ms. Horvath may also be called to authenticate documents. | 3 hours |
| 5 | Amanda Brady | Defendants anticipate that Ms. Brady will testify about her experience as a student and follower of Plaintiff Wilson, the truth of the anonymous online statements made about Plaintiffs, and persons responsible for making some of the anonymous online statements. Ms. Brady will also testify about what Ms. Wilson shared with her about the anonymous online statements. Ms. Brady may also testify about how she was intimidated by Plaintiff Wilson and badgered by her during Ms. Brady's live deposition. Ms. Brady may also testify as Plaintiffs' intent and state of mind in making the online posts about Defendants, and their | 3 hours |

2

| | Witness | Substance of Testimony | Estimated Time for Direct Examination |
|---|---|---|---|
| | | knowledge of the falsity of such statements. Ms. Brady may also be called to authenticate documents. | |
| 6 | Haley Winter | Defendants anticipate that as to Defendants' counterclaims, Ms. Winter will testify about Plaintiffs' online statements about Defendants and the falsity of such statements. Ms. Winter may also testify about how she was intimidated by Plaintiff Wilson. Ms. Winter may also testify about her experience as a student and follower of Plaintiff Wilson and the truth of anonymous statements allegedly made about Plaintiffs. | 2-3 hours |
| 7 | Wade Martin | Defendants anticipate that Mr. Martin will testify regarding nearly all aspects of this case, including his reaction to Plaintiffs' online statements about Defendants, the falsity of such statements, the effect Plaintiffs' statements about Defendants have had on Ms. Haygarth, and her damages. Mr. Martin will also be called to testify about Defendants' defenses to Plaintiffs' allegations. | 1.5 hours |
| 8 | Paris McIvor | Ms. McIvor is a records custodian and will testify only for purposes of authenticating online posts made by Plaintiffs, if required. | 1.5 hours or less |

3

Defendants/Counterclaimants reserve the right to amend, modify and/or supplement the information provided herein as may be permitted by the Court.

DATED:  Honolulu, Hawai'i, July 13, 2026.

　　　　　　　　　　　　　　 /s/ Laura P. Moritz
　　　　　　　　　　　　　　LOUISE K.Y. ING
　　　　　　　　　　　　　　LAURA P. MORITZ

　　　　　　　　　　　　　　Attorneys for Defendants/Counterclaimants PAULA HAYGARTH, BYRON HORVATH, and STEFANIE HORVATH

4

US_ACTIVE\138079209\V-1