IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LIFE MASTERY NETWORK LLC, a Nevada limited liability company dba LIANA SHANTI ENTERPRISES and LIANE WILSON, also known in the community as LIANA SHANTI,<br><br>       Plaintiffs/Counterclaim Defendants,<br><br>    v.<br><br>PAULA HAYGARTH, BYRON HORVATH, STEFANIE HORVATH, JANE DOES 2-10, and JOHN DOES 1-10,<br><br>       Defendants/ Counterclaimants. | Civil No.:  1:25-cv-00297-JAO-RT<br><br>**DECLARATION OF COUNSEL** |

**DECLARATION OF COUNSEL**

I, LAURA P. MORITZ, declare as follows:

1.    I am an attorney with Dentons US, LLP, counsel of record for Defendants in the above-captioned lawsuit.  I make this declaration  based on my personal knowledge and in my capacity as counsel for Defendants/ Counterclaimants herein, and am competent to testify as to the matters set forth herein.

US_ACTIVE\138079539\V-1

2.      Attached as Exhibit 1 is a true and correct copy of the original *Complaint* filed in the Circuit Court of the Fifth Circuit, State of Hawaiʻi ("**State Court**").

3.      Attached as Exhibit 2 is a true and correct copy of Plaintiffs' *First Amended Complaint* filed July 3, 2025 in State Court.

4.      Attached as Exhibit 3 is a true and correct copy of Defendants' *Answer to First Amended Complaint, filed July 3, 2025 (Dkt. 443); First Amended Counterclaim; Demand for Jury Trial*, filed July 14, 2025 in State Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Honolulu, Hawaiʻi, on July 13, 2026.


/s/ Laura P. Moritz
LAURA P. MORITZ

2

US_ACTIVE\138079539\V-1