CADES SCHUTTE
A Limited Liability Law Partnership

JEFFREY S. PORTNOY          1211
TROY C. YOUNG               11317
1000 Bishop Street, Suite 1200
Honolulu, HI  96813-4212
Telephone: (808) 521-9200
Fax: (808) 521-9210
Email:  jportnoy@cades.com
Email:  tcyoung@cades.com

Attorneys for Plaintiffs
LIFE MASTERY NETWORK LLC, a Nevada
limited liability company dba LIANA
SHANTI ENTERPRISES and LIANE
WILSON, also known in the community as
LIANA SHANTI

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| LIFE MASTERY NETWORK LLC, a Nevada limited liability company dba LIANA SHANTI ENTERPRISES and LIANE WILSON, also known in the community as LIANA SHANTI,<br><br>        Plaintiffs,<br><br>    v.<br><br>PAULA HAYGARTH, BYRON HORVATH, STEFANIE HORVATH; JANE DOES 2-10, and JOHN DOES 1-10,<br><br>        Defendants/Counterclaimants. | CIVIL NO. 1:25-cv-00297-JAO-RT<br><br>**PLAINTIFFS/COUNTERCLAIM DEFENDANTS' WITNESS LIST; CERTIFICATE OF SERVICE**<br><br>Judge:    Hon. Jill A. Otake<br>Magistrate Judge: Hon. Rom Trader<br>Trial:    August 3, 2026 |

## PLAINTIFFS/COUNTERCLAIM DEFENDANTS' WITNESS LIST

Plaintiffs/Counterclaim Defendants LIFE MASTERY NETWORK LLC, a Nevada limited liability company dba LIANA SHANTI ENTERPRISES and LIANE WILSON, also known in the community as LIANA SHANTI ("**Ms. Shanti**") (collectively, "**Plaintiffs**"), by and through their counsel, Cades Schutte LLP, hereby submit their witness list pursuant to the Amended Rule 16 Scheduling Order, filed herein on September 12, 2025 [ECF No. 30] subject to any objections filed by the parties to certain exhibits identified by the other parties; and the evidence admitted during trial.  Plaintiffs may withdraw or add certain witnesses or subjects of testimony to the extent relevant or appropriate based on the Court's rulings on objections to the parties' trial exhibits, and the evidence admitted at trial.

1. Fact Witnesses

    a. Liane Wilson, also known in the community as Liana Shanti
       (Estimated Time: 8 hours)
       Ms. Shanti is a plaintiff/counterclaim defendant in this case.  Ms. Shanti is expected to testify regarding all claims and defenses of Plaintiffs in this case, including the alleged defamatory statements posted about Ms. Shanti and her businesses by the Defendants under anonymous social media accounts on various social media platforms, the defamation campaign against her and her businesses and the circumstances leading up to same; the civil conspiracy to harm Ms. Shanti and her businesses; the Defendants' painting of Plaintiffs in a false light; Ms. Shanti's professional history and business background; Ms. Shanti's

2

teaching methods and community; Ms. Shanti's knowledge of and involvement with her businesses including Liana Shanti Enterprises; Plaintiffs' damages; Plaintiffs' knowledge of the facts to support their defenses as to claims of defamation and false light asserted by the Defendants, including communications relating to threats and abuse, references to drug use and stalking; Haley Winter's relationship with Plaintiffs and Byron Horvath; Amanda Brady's relationship with Plaintiffs and Paula Haygarth; Plaintiffs' relationships with prior students; Daily Beast articles concerning Ms. Shanti; the Sourced Intelligence LLC report she received from Amanda Brady; and subpoenaed documents received from Meta Platforms, Inc. including geolocations relating to anonymous user lianashanti_cult_recovery.

b.   Robert Beard (Estimated Time: 1 hour)
Mr. Beard is the husband of Ms. Shanti.  Mr. Beard is expected to testify regarding his observations of Ms. Shanti, his family, and household during the alleged defamation campaign, the impact of Defendants' conduct towards Ms. Shanti and its effect on his family and household; and Plaintiffs' damages.

c.   Chance Wilson (Estimated Time: 2 hours)
Mr. Wilson is the son of Ms. Shanti.  Mr. Wilson is expected to testify regarding his observations of Ms. Shanti, his family, and household during the alleged defamation campaign, the impact of Defendants' conduct towards Ms. Shanti, including the effect of the defamation campaign on his family and household; and harassments relevant to this action, including interactions involving him and his golf coach, local golf course, and golfing community.

d.   Bianca Wilson (Estimated Time: 1 hour)
Ms. Wilson is the daughter of Ms. Shanti.  Ms. Wilson is expected to testify regarding her observations of Ms. Shanti and her family during the alleged defamation campaign; and the impact of the defamatory statements on her and her family.

e.   Cahira Noelani (Estimated Time: 4 hours)
Ms. Noelani is a student of Ms. Shanti; an independent contractor

3

for Ms. Shanti; and main point of contact for Ms. Shanti's community.  Ms. Noelani is expected to testify regarding the anonymous group known as the Liana Shanti Cult Recovery Team, the civil conspiracy to defame Ms. Shanti and her businesses, including the facts and circumstances leading up to the civil conspiracy; the defamatory statements about Plaintiffs posted under anonymous accounts on various social media platforms; Plaintiffs' damages; her personal experience with Amanda Brady and Anna Kelley relevant to this action; her involvement in a letter writing campaign to Judge Susan Oki Mollway; communications relating to cult accusations concerning Ms. Shanti; and testimonials from students relating to Ms. Shanti and her businesses.

f.  Malana Hokulani (Estimated Time: 2 hours)
Ms. Hokulani is a student of Ms. Shanti and independent contractor for Ms. Shanti.  Ms. Hokulani is expected to testify regarding the anonymous group known as the Liana Shanti Cult Recovery Team, the civil conspiracy to defame Ms. Shanti and her career, including the facts and circumstances leading up to the civil conspiracy; the defamatory statements about Plaintiffs posted under anonymous accounts on various social media platforms; Plaintiffs' damages; her experience within Ms. Shanti's community and her perception of how the campaign has impacted Ms. Shanti's reputation within her community.

g.  Roxanne Smith, M.D. (Estimated Time: 1 hour)
Dr. Smith is a long-time student of Ms. Shanti.  Dr. Smith is expected to testify regarding Dr. Smith's relationship with Ms. Shanti and her professional work; the impact of Ms. Shanti's work and teachings;  Dr. Smith's personal experience in dealing with the anonymous group known as the Liana Shanti Cult Recovery Team; the civil conspiracy to defame Ms. Shanti and her career, including the facts and circumstances leading up to the civil conspiracy; Ms. Shanti's reputation within her community and her perception of how the defamation campaign has impacted Ms. Shanti's reputation within her community.

h.  Joni Abbott (Estimated Time: 1 hour)
Ms. Abbott is a student of Ms. Shanti.  Ms. Abbot is expected to

4

testify regarding her relationship with Ms. Shanti; the impact of Ms. Shanti's work and teachings;  Ms. Abbott's personal experience in dealing with the anonymous group known as the Liana Shanti Cult Recovery Team; the civil conspiracy to defame Ms. Shanti and her career, including the facts and circumstances leading up to the civil conspiracy; Ms. Shanti's reputation within her community and her perception of how the defamation campaign has impacted Ms. Shanti's reputation within her community.

i.   Joshua Guzman (Estimated Time: 1 hour)
Mr. Guzman is a student of Ms. Shanti.  Mr. Guzman is expected to testify regarding his relationship with Ms. Shanti; the impact of Ms. Shanti's work and teachings; and Ms. Shanti's reputation within her community and his perception of how the defamation campaign has impacted Ms. Shanti's reputation within her community.

j.   Aaralyn Shiri (Estimated Time: 1 hour)
Ms. Shiri is a student of Ms. Shanti.  Ms. Shiri is expected to testify regarding her relationship with Ms. Shanti and Amanda Brady; the impact of Ms. Shanti's work and teachings; and Ms. Shanti's reputation within her community and her perception of how the defamation campaign has impacted Ms. Shanti's reputation within her community; and her personal knowledge as to statements made by Amanda Brady via affidavit filed with this Court.

k.   Andrea Harris (Estimated Time: 1 hour)
Ms. Harris is a student of Ms. Shanti.  Ms. Harris is expected to testify regarding her relationship with Ms. Shanti; the impact of Ms. Shanti's work and teachings; Ms. Shanti's mentorship; and Ms. Shanti's reputation within her community and her perception of how the defamation campaign has impacted Ms. Shanti's reputation within her community.

Subject to evidence admitted at trial, Plaintiffs reserve the right to identify

additional topics or witnesses and to call rebuttal and impeachment witnesses as may be necessary.

    2.    <u>Expert Witnesses</u>

Plaintiffs do not intend to call any expert witnesses.

Plaintiffs reserve the right to call witnesses previously named or referenced in any of the parties' Initial Disclosures, Final Pretrial Statements and any other appropriate pleading previously filed in this matter.  Plaintiffs also reserve the right to call any witnesses named by Defendants/Counterclaimants and rebuttal witnesses not previously named as required by evidence presented in this case.

DATED:  Honolulu, Hawaii, July 13, 2026.

CADES SCHUTTE
A Limited Liability Law Partnership


*/s/ Jeffrey S. Portnoy*
JEFFREY S. PORTNOY, ESQ.
TROY C. YOUNG, ESQ.

Attorneys for Plaintiffs
LIFE MASTERY NETWORK LLC, a
Nevada limited liability company dba
LIANA SHANTI ENTERPRISES and
LIANE WILSON, also known in the
community as LIANA SHANTI

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LIFE MASTERY NETWORK LLC, a Nevada limited liability company dba LIANA SHANTI ENTERPRISES and LIANE WILSON, also known in the community as LIANA SHANTI,<br><br>          Plaintiffs,<br>   v.<br>PAULA HAYGARTH, BYRON HORVATH, STEFANIE HORVATH; JANE DOES 2-10, and JOHN DOES 1-10,<br><br>          Defendants/Coun terclaimants. | CIVIL NO. 1:25-cv-00297-JAO-RT<br><br>**CERTIFICATE OF SERVICE** |

## CERTIFICATE OF SERVICE

The undersign hereby certifies that true and correct copies of the foregoing document were duly served on the following counsel for the parties by electronic means:

LOUISE K.Y. ING                        louise.ing@dentons.com
LAURA P. MORITZ                     laura.moritz@dentons.com
Dentons US LLP
1001 Bishop Street, Ste. 1800
Honolulu, HI  96813

    Attorneys for Defendants
PAULA HAYGARTH,
BYRON HORVATH, and
STEFANIE HORVATH

DATED:  Honolulu, Hawaii, July 13, 2026.

CADES SCHUTTE
A Limited Liability Law Partnership


/s/ Jeffrey S. Portnoy
JEFFREY S. PORTNOY, ESQ.
TROY C. YOUNG, ESQ.

Attorneys for Plaintiffs
LIFE MASTERY NETWORK LLC, a
Nevada limited liability company dba
LIANA SHANTI ENTERPRISES and
LIANE WILSON, also known in the
community as LIANA SHANTI

2