CADES SCHUTTE
A Limited Liability Law Partnership

JEFFREY S. PORTNOY          1211
TROY C. YOUNG               11317
1000 Bishop Street, Suite 1200
Honolulu, HI  96813-4212
Telephone: (808) 521-9200
Fax: (808) 521-9210
Email:  jportnoy@cades.com
Email:  tcyoung@cades.com

Attorneys for Plaintiffs
LIFE MASTERY NETWORK LLC, a Nevada
limited liability company dba LIANA
SHANTI ENTERPRISES and LIANE
WILSON, also known in the community as
LIANA SHANTI

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| LIFE MASTERY NETWORK LLC, a Nevada limited liability company dba LIANA SHANTI ENTERPRISES and LIANE WILSON, also known in the community as LIANA SHANTI,<br><br>           Plaintiffs,<br>     v.<br>PAULA HAYGARTH, BYRON HORVATH, STEFANIE HORVATH; JANE DOES 2-10, and JOHN DOES 1-10,<br><br>           Defendants. | CIVIL NO. 1:25-cv-00297-JAO-RT<br><br>**PLAINTIFFS/COUNTERCLAIM DEFENDANTS' STATEMENTS DESIGNATING EXCERPTS FROM DEPOSITIONS; EXHIBIT "1"; CERTIFICATE OF SERVICE**<br><br>Judge:    Hon. Jill A. Otake<br>Magistrate Judge: Hon. Rom Trader<br>Trial:      August 3, 2026 |

## PLAINTIFFS/COUNTERCLAIM DEFENDANTS' STATEMENTS DESIGNATING EXCERPTS FROM DEPOSITIONS

Plaintiffs/Counterclaim Defendants LIFE MASTERY NETWORK LLC, a Nevada limited liability company dba LIANA SHANTI ENTERPRISES and LIANE WILSON, also known in the community as LIANA SHANTI ("**Ms. Shanti**") (collectively, "**Plaintiffs**"), by and through their counsel, Cades Schutte LLP, hereby designate the following portions of the 30(b)(6) deposition of Sourced Intelligence LLC, taken on January 10, 2025, for possible use at trial scheduled to begin on August 3, 2026:

| Transcript Pages: Line Nos. |
| --- |
| Page 12: Lines 20-25 |
| Pages 13-16: Lines 1-25 |
| Page 17: Lines 1-22 |
| Page 18: Lines 19-25 |
| Page 44: Lines 17-22 |
| Page 47: Lines 3-10 |
| Page 49: 20-25 |
| Page 50: Lines 1-2 |
| Page 52: Lines 18-25 |
| Pages 53-60: Lines 1-25 |
| Page 61: Lines 1-11 |
| Page 73: Lines 10-25 |
| Pages 74-76: Lines 1-25 |
| Page 77: Lines 1-11 and 17-25 |
| Page 78: Lines 1-21 |
| Page 80: Lines 1-17 |
| Page 101: Lines 17-25 |
| Page 102: Lines 1-4 |
| Page 120: Lines 21-25 |
| Page 121: Lines 1-20 |
| Pages 122: Lines 5-25 |

Page 123: Lines 1-24
Page 135: Lines 14-25
Page 136: Lines 3-25
Page 137: Lines 6-25
Page 138: Lines 1-16
Page 139: Lines 4-20
Page 141: Lines 20-25
Page 142: Lines 1-9
Page 143: Lines 4-24
Page 144: 17-25
Page 145: Lines 1-4
Page 155: Lines 17-25
Page 156: Lines 1-9

A true and correct copy of excerpts taken from the transcript of the 30(b)(6) deposition of Sourced Intelligence LLC, taken on January 10, 2025, is attached hereto as Exhibit "1" and highlighted for the Court's convenience is the designated portions of the deposition to be read to the jury (highlighted in green).

Defendants identified Amanda Brady as a trial witness, *see* Defendants/Counterclaimants' Comprehensive Witness List [ECF No. 17], and based upon that representation, we will not be designating portions of the deposition of Amanda Brady, taken on April 10, 2025, and intend to use her deposition testimony for impeachment purposes.  If for some reason Amanda Brady does not appear, Plaintiffs reserve their right to file an amended statement designating excerpts from depositions.

DATED:  Honolulu, Hawaii, July 13, 2026.

CADES SCHUTTE
A Limited Liability Law Partnership


*/s/ Jeffrey S. Portnoy*
JEFFREY S. PORTNOY, ESQ.
TROY C. YOUNG, ESQ.

Attorneys for Plaintiffs
LIFE MASTERY NETWORK LLC, a
Nevada limited liability company dba
LIANA SHANTI ENTERPRISES and
LIANE WILSON, also known in the
community as LIANA SHANTI

4

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

LIFE MASTERY NETWORK LLC, a
Nevada limited liability company dba
LIANA SHANTI ENTERPRISES and
LIANE WILSON, also known in the
community as LIANA SHANTI,

              Plaintiffs,

     v.

PAULA HAYGARTH, BYRON
HORVATH, STEFANIE
HORVATH; JANE DOES 2-10, and
JOHN DOES 1-10,

              Defendants.

CIVIL NO. 1:25-cv-00297-JAO-RT

**CERTIFICATE OF SERVICE**

## <u>CERTIFICATE OF SERVICE</u>

The undersign hereby certifies that true and correct copies of the foregoing document were duly served on the following counsel for the parties by electronic means:

LOUISE K.Y. ING          louise.ing@dentons.com
LAURA P. MORITZ       laura.moritz@dentons.com
Dentons US LLP
1001 Bishop Street, Ste. 1800
Honolulu, HI  96813

    Attorneys for Defendants
    PAULA HAYGARTH,
    BYRON HORVATH, and
    STEFANIE HORVATH

        DATED:  Honolulu, Hawaii, July 13, 2026.

               CADES SCHUTTE
               A Limited Liability Law Partnership


               */s/ Jeffrey S. Portnoy*
               JEFFREY S. PORTNOY, ESQ.
               TROY C. YOUNG, ESQ.

               Attorneys for Plaintiffs
               LIFE MASTERY NETWORK LLC, a
               Nevada limited liability company dba
               LIANA SHANTI ENTERPRISES and
               LIANE WILSON, also known in the
               community as LIANA SHANTI

2