CADES SCHUTTE
A Limited Liability Law Partnership

JEFFREY S. PORTNOY          1211
TROY C. YOUNG               11317
1000 Bishop Street, Suite 1200
Honolulu, HI  96813-4212
Telephone: (808) 521-9200
Fax: (808) 521-9210
Email:  jportnoy@cades.com
Email:  tcyoung@cades.com

Attorneys for Plaintiffs
LIFE MASTERY NETWORK LLC, a Nevada
limited liability company dba LIANA
SHANTI ENTERPRISES and LIANE
WILSON, also known in the community as
LIANA SHANTI

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI‘I

| | |
|---|---|
| LIFE MASTERY NETWORK LLC, a Nevada limited liability company dba LIANA SHANTI ENTERPRISES and LIANE WILSON, also known in the community as LIANA SHANTI, <br><br> Plaintiffs, <br><br> v. <br><br> PAULA HAYGARTH, BYRON HORVATH, STEFANIE HORVATH; JANE DOES 2-10, and JOHN DOES 1-10, <br><br> Defendants/Counterclaimants. | CIVIL NO. 1:25-cv-00297-JAO-RT <br><br> **PLAINTIFFS/COUNTERCLAIM DEFENDANTS' SPECIAL VOIR DIRE INQUIRIES FOR JURY PANEL; CERTIFICATE OF SERVICE** <br><br> Judge:    Hon. Jill A. Otake <br> Magistrate Judge: Hon. Rom Trader <br> Trial:    August 3, 2026 |

**PLAINTIFFS/COUNTERCLAIM DEFENDANTS'**
**SPECIAL VOIR DIRE INQUIRIES FOR JURY PANEL**

Plaintiffs/Counterclaim Defendants LIFE MASTERY NETWORK LLC, a Nevada limited liability company dba LIANA SHANTI ENTERPRISES and LIANE WILSON, also known in the community as LIANA SHANTI ("**Ms. Shanti**") (collectively, "**Plaintiffs**"), by and through their counsel, Cades Schutte LLP, hereby submit their Special Voir Dire Inquiries for the Court to ask the jury panel pursuant to the Amended Scheduling Order, filed herein on September 12, 2025 [ECF No. 30].

1. Our case involves a significant amount of social media evidence. Does anyone feel intimidated by social media?

2. Have any of you had bad experiences with social media?

3. Do any of you have a Reddit account?

   a. Do any of you regularly use your Reddit account?

4. Do you any of you have an Instagram account?

   a. Do any of you regularly use your Instagram account?

   b. Do any of you post Instagram stories?

   c. Do any of you have a public Instagram account?

5. Have any of you heard of the Cult Education Institute Website?

    a.  Do any of you have an account with the Cult Education Institute Website?

6. Have any of you created an anonymous account on social media?

    a.  Why did you create the anonymous account?

7. Have any of you received a message from an anonymous account on social media?

8. Are any of you familiar with IP addresses and how that information is used?

9. Have any of you been a part of a child custody dispute?

10. Have any of you ever been involved in a defamation lawsuit?

11. Have any of you ever had someone say or write false things about you?

12. Do you consider yourself a religious person?

//

//

//

//

//

//

//

//

DATED:  Honolulu, Hawaii, July 13, 2026.

CADES SCHUTTE
A Limited Liability Law Partnership


*/s/ Jeffrey S. Portnoy*
JEFFREY S. PORTNOY, ESQ.
TROY C. YOUNG, ESQ.

Attorneys for Plaintiffs
LIFE MASTERY NETWORK LLC, a
Nevada limited liability company dba
LIANA SHANTI ENTERPRISES and
LIANE WILSON, also known in the
community as LIANA SHANTI

4

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LIFE MASTERY NETWORK LLC, a Nevada limited liability company dba LIANA SHANTI ENTERPRISES and LIANE WILSON, also known in the community as LIANA SHANTI,<br><br>          Plaintiffs,<br>   v.<br>PAULA HAYGARTH, BYRON HORVATH, STEFANIE HORVATH; JANE DOES 2-10, and JOHN DOES 1-10,<br><br>          Defendants/Coun terclaimants. | CIVIL NO. 1:25-cv-00297-JAO-RT<br><br>**CERTIFICATE OF SERVICE** |

## CERTIFICATE OF SERVICE

The undersign hereby certifies that true and correct copies of the foregoing document were duly served on the following counsel for the parties by electronic means:

LOUISE K.Y. ING                    louise.ing@dentons.com
LAURA P. MORITZ                    laura.moritz@dentons.com
Dentons US LLP
1001 Bishop Street, Ste. 1800
Honolulu, HI  96813

    Attorneys for Defendants
    PAULA HAYGARTH,
    BYRON HORVATH, and
    STEFANIE HORVATH

        DATED:  Honolulu, Hawaii, July 13, 2026.

                CADES SCHUTTE
                A Limited Liability Law Partnership

                */s/ Jeffrey S. Portnoy*
                JEFFREY S. PORTNOY, ESQ.
                TROY C. YOUNG, ESQ.

                Attorneys for Plaintiffs
                LIFE MASTERY NETWORK LLC, a
                Nevada limited liability company dba
                LIANA SHANTI ENTERPRISES and
                LIANE WILSON, also known in the
                community as LIANA SHANTI

2