**DENTONS**

**Louise K.Y. Ing**
Partner

louise.ing@dentons.com
D    +1 808-441-6114

**Laura P. Moritz**
Counsel

laura.moritz@dentons.com
D    +1 808-441-6156

Dentons US LLP
1001 Bishop Street
Suite 1800
Honolulu, HI  96813
United States

dentons.com

July 13, 2026

***BY EMAIL: otake_orders@hid.uscourts.gov
and HAND-DELIVERY***

Honorable Judge Jill A. Otake
United States District Court, District of Hawaii
300 Ala Moana Blvd C-338
Honolulu, Hawai'i  96850

Re: ***Life Mastery Network LLC and Liane Wilson v. Paula Haygarth, Byron Horvath, and Stefanie Horvath; Case No.:  1:25-cv-00297-JAO-RT***
Witness intimidation concerns

Dear Judge Otake:

We write about a matter which unfortunately should be brought to the Court's attention. We have learned that since last Friday's hearing, Plaintiff Liane Wilson has been posting (on her @lianashanti Instagram account) threatening and harassing statements about at least one of the individuals Defendants had identified as a potential trial witness, Amanda Brady. Examples of such posts are enclosed for reference; they were posted on or about Saturday, July 11, 2026 and also this morning.

Ms. Wilson has also been posting about the case and our clients in recent days as well, notwithstanding Judge Trader's instruction at the October 30, 2025 settlement conference not to do so. We informed opposing counsel about those posts on July 2, 2026, and had previously reminded them of Judge Trader's admonitions. While those posts concerned us as calculated to intimidate our clients for choosing to go to trial, the most recent posts about Ms. Brady are particularly concerning because Ms. Wilson has elevated her attacks by aiming at potential trial witnesses.

Prior to preparing this letter, we informed opposing counsel about the posts and the need to instruct his clients to stop such posts. We also informed him we intended to bring the issue to the Court's attention. We respectfully request that the Court remind the parties

**Puyat Jacinto & Santos ► Link Legal ► Zaanouni Law Firm & Associates ► LuatViet ► For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms**

US_ACTIVE\138157940\V-2

**DENTONS**

Honorable Judge Jill A. Otake
July 13, 2026
Page 2

dentons.com

or issue an order directing the cessation of posts about the case, parties and witnesses, or that a status conference be held to make clear the court's expectations regarding social media and internet statements before and during trial.

Sincerely,

Louise K. Y. Ing
Laura P. Moritz

CC: Jeffrey Portnoy
      Troy Young

Enclosures.

US_ACTIVE\138157940\V-2









**lianashanti**
2026-07-11, 1:51:41 PM

Dark Tense Trailer
MoodMode

- **Financial and Tax Crimes:** Routing payments offshore to avoid detection by U.S. authorities or to hide payroll records can lead to charges of money laundering, payroll tax fraud, and conspiracy to commit fraud against the United States. ⊘ U.S. Departm... +1

With the government intensifying efforts to monitor the employment of foreign students and unlawful workers—particularly through programs like those overseen by U.S. Immigration and Customs Enforcement (ICE) and the Treasury Department—investigations often target these deliberate avoidance tactics. ⊘ Politico +1

Racist Amanda - @amandadawnbrady similar to the abusers - believed she was above the law. That @icegov would only go after people of color. Believed because she was a white woman "with money" she would not be found out. Until she was found out. Until people who worked for her came forward. Until people who visited her store in person came forward. We may not have a #dirtyarmy like @nikrichie but we have a #dontfuckwithJesusarmy

Curious who they recently followe...  **Track it with Recent Follow →**

igexport.com





3:13

**lianashanti**
2026-07-13, 12:12:44 PM

Many of you have asked if I will be filing suit against Amanda Brady for deliberately, messaging and contacting my students and making false statements about me, in writing, via DMs - to try and destroy my community. Thankfully I was made aware of her actions. And thankfully, I have proof that her claims were 100% false. I have the smoking gun.

**Want the moment @lianashanti follows someon...**
What is Recent Follow? →

igexport.com