**From:** Jeffrey Portnoy <jportnoy@cades.com>
**Sent:** Monday, July 13, 2026 1:33 PM
**To:** Sydney Clark <sydney.clark@dentons.com>
**Cc:** Otake Orders <Otake_Orders@hid.uscourts.gov>; louise.ing_dentons.com <louise.ing@dentons.com>; Laura P. Moritz <laura.moritz@dentons.com>; Troy Young <tcyoung@cades.com>
**Subject:** Re: Life Mastery Network LLC v. Haygarth et al; Case No. 1:25-cv-00297-JAO-RT: Letter to Hon. Judge Otake

**CAUTION - EXTERNAL:**

I have instructed my client that no further postings about the trial, parties or witnesses until the completion of the trial. She understands and agrees. I don't wish to engage in an email battle about the statements asserted in the email about postings prior to yesterday. Thank you
Sent from my iPhone


On Jul 13, 2026, at 5:25 PM, Clark, Sydney <sydney.clark@dentons.com> wrote:


**CAUTION:** This email originated from outside of Cades Schutte.


***Life Mastery Network LLC, et al. vs. Paula Haygarth, et al.***; **Civil No. 1:25-cv-00297-JAO-RT**
**In the United States District Court for the District of Hawaii**

To the Honorable Judge Otake,

Attached please find a letter from Louise K.Y. Ing and Laura P. Moritz dated July 13,2026.

A hard copy will follow via hand delivery,
Thank you.

Sydney Clark
Legal Administrative Assistant


🌐 +1 808 441 6292


sydney.clark@dentons.com   |   Website
Dentons US LLP


**DENTONS**


Our Legacy Firms   |   Client Experience (CX)

Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this copy from your system. Please see dentons.com for Legal Notices | Privacy | Cookies

2