IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LIFE MASTERY NETWORK LLC, a Nevada limited liability company dba LIANA SHANTI ENTERPRISES and LIANE WILSON, also known in the community as LIANA SHANTI,<br><br>       Plaintiffs/Counterclaim Defendants,<br><br>    v.<br><br>PAULA HAYGARTH, BYRON HORVATH, STEFANIE HORVATH, JANE DOES 2-10, and JOHN DOES 1-10,<br><br>       Defendants/ Counterclaimants. | Civil No. 1:25-cv-00297-JAO-RT<br><br>**DECLARATION OF LAURA P. MORITZ** |

**DECLARATION OF LAURA P. MORITZ**

I, Laura P. Moritz, do hereby declare and state under penalty of perjury that the following facts are true and correct:

1. I am an attorney with DENTONS US LLP ("Dentons") and am counsel of record for Defendants/Counterclaimants Paula Haygarth, Byron Horvath, and Stefanie Horvath (collectively "**Defendants**"). I have personal knowledge of the facts contained in this declaration which are true and correct.

US_ACTIVE\138172933\V-3

2. I am making this Declaration in support of Defendants/ Counterclaimants' *Motion to Strike Plaintiffs/Counterclaim Defendants' Witness List [ECF 119]* ("**Motion to Strike**"). I have attached for the Court's reference documents referred to in the motion which were part of the docket of the Fifth Circuit Court, State of Hawai'i before this action was removed to the United States District Court, District of Hawaii in July 2025.

3. Attached hereto as **Exhibit "A"** is a true and accurate copy of *Plaintiffs' Initial Disclosures*, which were exchanged with Defendants on or about February 29, 2024.

4. Attached hereto as **Exhibit "B"** is a true and accurate copy of *Plaintiffs' Final Naming of Witnesses*, filed November 8, 2024 in the Fifth Circuit Court, State of Hawai'i ("State Court") at Dkt. 191.

5. Attached hereto as **Exhibit "C"** is a true and accurate copy of the *Plaintiffs' First Amended Final Naming of Witnesses* filed February 13, 2025 in State Court at Dkt. 259.

6. Attached as **Exhibit "D"** is a true and accurate copy of *Plaintiffs' Second Amended Final Naming of Witnesses*, filed in State Court on February 13, 2025 at Dkt. 261.

7. Given the proximity to the trial date, I made every effort to meet and confer with counsel regarding the need for this motion as soon as possible. On

2

July 16, 2026, a conference of the parties took place pursuant to LR37.1 in an effort to resolve or narrow the issues raised by Defendants' Motion to Strike, filed concurrently with this declaration. These efforts were unsuccessful, but the parties did agree on their desire to resolve the issue as expeditiously as possible in order to make informed decisions in preparing for trial.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED:  Honolulu, Hawaiʻi, July 16, 2026.

/S/   LAURA P. MORITZ
LAURA P. MORITZ

3

US_ACTIVE\138172933\V-3