CADES SCHUTTE
A Limited Liability Law Partnership

JEFFREY S. PORTNOY          1211
TROY C. YOUNG               11317
Cades Schutte Building
1000 Bishop Street, Suite 1200
Honolulu, HI  96813-4212
Telephone:  (808) 521-9200
Fax:  (808) 521-9210
Email:  jportnoy@cades.com
Email:  tcyoung@cades.com

Attorneys for Plaintiffs/Counterclaim Defendants
LIFE MASTERY NETWORK LLC, a Nevada
limited liability company dba LIANA SHANTI
ENTERPRISES and LIANE WILSON, also known
in the community as LIANA SHANTI

IN THE CIRCUIT COURT OF THE FIFTH CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| LIFE MASTERY NETWORK LLC, a Nevada limited liability company dba LIANA SHANTI ENTERPRISES and LIANE WILSON, also known in the community as LIANA SHANTI,<br><br>    Plaintiffs/Counterclaim Defendants,<br><br>v.<br><br>PAULA HAYGARTH, BYRON HORVATH, JANE DOES 1-10, and JOHN DOES 1-10,<br><br>    Defendants/Counter-claimants. | CIVIL NO. 5CCV-22-0000107<br>(Other Civil Action)<br><br>**PLAINTIFFS' INITIAL DISCLOSURES**<br><br>Judge: Hon. Kathleen N.A. Watanabe<br>No Trial Date Set |

**PLAINTIFFS' INITIAL DISCLOSURES**

Plaintiffs LIFE MASTERY NETWORK LLC, a Nevada limited liability company dba

LIANA SHANTI ENTERPRISES and LIANE WILSON, also known in the community as LIANA

SHANTI (collectively, "*Plaintiffs*"), by and through their counsel, Cades Schutte LLP, hereby

# EXHIBIT A

submit the following Initial Disclosures pursuant to Rule 26(a)(1) of the Hawaiʻi Rules of Civil

Procedure ("***HRCP***").

## I.    <u>WITNESSES</u>

Based on the information reasonably available to them, the Plaintiffs identify the following

individuals (and, if known, their addresses and telephone numbers) who likely have discoverable

information, and the subject of that information, which the Plaintiffs may use to support their

claims and Ms. Shanti's defenses, unless the use would be solely for impeachment:

| | **NAME, ADDRESS, AND TELEPHONE NUMBER, IF KNOWN** | **SUBJECTS** |
|---|---|---|
| 1. | **LIANA SHANTI**<br>c/o JEFFREY S. PORTNOY, ESQ.<br>TROY C. YOUNG, ESQ.<br>Cades Schutte LLP<br>1000 Bishop Street, Suite 1200<br>Honolulu, Hawaiʻi 96813<br>Telephone: (808) 521-9200 | Plaintiff; may testify as to claims alleged in the Complaint and Counterclaims, liability, and damages, and to authenticate documents in the care, custody, and/or control of LIFE MASTERY NETWORK LLC, a Nevada limited liability company dba LIANA SHANTI ENTERPRISES. |
| 2. | **Amanda Brady**<br>577 E Silverthorn Lane<br>Ponte Vedra, FL 32081<br>Telephone: (904) 738-6449 | Witness; may testify as to claims alleged in the Complaint and liability and alleged damages. |
| 3. | **Drew Brady**<br>577 E Silverthorn Lane<br>Ponte Vedra, FL 32081<br>Telephone: (386) 627-1298 | Witness; may testify as to claims alleged in the Complaint and liability and alleged damages. |
| 4. | **Riley Lawson**<br>7595 Baymeadows Circle West, Apt 2213<br>Jacksonville, FL 32256<br>Telephone: (904) 820-7223 | Witness; may testify as to claims alleged in the Complaint and liability and alleged damages. |

|  | **NAME, ADDRESS, AND TELEPHONE NUMBER, IF KNOWN** | **SUBJECTS** |
|---|---|---|
| 5. | **Wade Martin**<br>748 Elm Crescent<br>Weyburn, SK S4H0S7, Canada<br>Telephone: (306) 630-3673 | Witness; may testify as to claims alleged in the Complaint and liability and alleged damages. |
| 6. | **Lindsay Sterling**<br>746 Elm Crescent<br>Weyburn, SK S4H0S7, Canada<br>(Phone number unknown at this time) | Witness; may testify as to claims alleged in the Complaint and liability and alleged damages. |
| 7. | **Deveny Sterling**<br>746 Elm Crescent<br>Weyburn, SK S4H0S7, Canada<br>(Phone number unknown at this time) | Witness; may testify as to claims alleged in the Complaint and liability and alleged damages. |
| 8. | **Cameron Irwin**<br>947 Hall Street W<br>Moose Jaw, SK S6H2S3, Canada<br>Telephone: (306) 690-4694 | Witness; may testify as to claims alleged in the Complaint and liability and alleged damages. |
| 9. | **Elise Winter**<br>947 Hall Street W<br>Moose Jaw, SK S6H2S3, Canada<br>Telephone: (306) 861-0115 | Witness; may testify as to claims alleged in the Complaint and liability and alleged damages. |
| 10. | **Haley Winter**<br>5400 Parliament Ave #37<br>Regina, SK S4W0V3, Canada<br>Telephone: (306) 351-4632 | Witness; may testify as to claims alleged in the Complaint and liability and alleged damages. |
| 11. | **Brian Winter**<br>Box 11<br>Weyburn, SK S4H2J8, Canada<br>Telephone: (306) 861-5142 | Witness; may testify as to claims alleged in the Complaint and liability and alleged damages. |
| 12. | **Evan Winter**<br>123 Montgomery Crescent<br>Weyburn, SK S4H2S6, Canada<br>Telephone: (306) 861-9642 | Witness; may testify as to claims alleged in the Complaint and liability and alleged damages. |
| 13. | **Terrilyn Schroeder**<br>123 Montgomery Crescent<br>Weyburn, SK S4H2S6, Canada<br>(Phone number unknown at this time) | Witness; may testify as to claims alleged in the Complaint and liability and alleged damages. |

|  | NAME, ADDRESS, AND TELEPHONE NUMBER, IF KNOWN | SUBJECTS |
|---|---|---|
| 14. | **Shannon Glas**<br>1218 Baird Street North<br>Regina SK, S4X3B6, Canada<br>(Phone number unknown at this time) | Witness; may testify as to claims alleged in the Complaint and liability and alleged damages. |
| 15. | **Lauren Britz**<br>14-3710 Eastgate Dr.<br>Regina, Saskatchewan, S4Z1A5, Canada<br>(Phone number unknown at this time) | Witness; may testify as to claims alleged in the Complaint and liability and alleged damages. |
| 16. | **Landon Irwin**<br>1004 4th Ave E<br>Williston, ND 58801<br>Telephone: (303) 325-1115 | Witness; may testify as to claims alleged in the Complaint and liability and alleged damages. |
| 17. | **Steve Wellbrock**<br>PO Box 2008<br>Watford City, ND 58854<br>Telephone: +1 (701) 339-8826 | Witness; may testify as to claims alleged in the Complaint and liability and alleged damages. |
| 18. | **Pam Schneider**<br>2200 25th Avenue<br>Regina, SK S4S4E6, Canada<br>(Phone number unknown at this time) | Witness; may testify as to claims alleged in the Complaint and liability and alleged damages. |
| 19. | **Sandra Horvath**<br>(Address unknown at this time)<br>Telephone: (306) 746-7634 | Witness; may testify as to claims alleged in the Complaint and liability and alleged damages. |
| 20. | **Angie Schlecter**<br>(Address unknown at this time)<br>Telephone: (306) 737-4936 | Witness; may testify as to claims alleged in the Complaint and liability and alleged damages. |
| 21. | **Devon Porter**<br>(Address unknown at this time)<br>(Phone number unknown at this time) | Witness; may testify as to claims alleged in the Complaint and liability and alleged damages. |
| 22. | **Angela Millar**<br>(Address unknown at this time)<br>(Phone number unknown at this time) | Witness; may testify as to claims alleged in the Complaint and liability and alleged damages. |

| | NAME, ADDRESS, AND TELEPHONE NUMBER, IF KNOWN | SUBJECTS |
|---|---|---|
| 23. | **Renae Kaip**<br>(Address unknown at this time)<br>(Phone number unknown at this time) | Witness; may testify as to claims alleged in the Complaint and liability and alleged damages. |

Plaintiffs reserve their right to name and call at trial additional witnesses identified during the course of discovery, rebuttal witnesses, all witnesses named by Defendants, custodians of records and lay or expert witnesses, who are qualified to testify as to the foundation and/or authenticity of documents to be entered into evidence and other witnesses as necessary.

## II.    DOCUMENTS AND THINGS SUPPORTIVE OF THE PLAINTIFFS' CLAIMS AND MS. SHANTI'S DEFENSES

Based on the information currently available to them, the Plaintiffs identify the following categories and locations of documents that they may have in their possession, custody, or control and that they may use to support their claims and defenses, excluding those documents that would be used solely for impeachment:

| | CATEGORY | LOCATION |
|---|---|---|
| 1. | Screenshots of social media posts, videos, and court filings related to the Plaintiffs' claims and Ms. Shanti's defenses in this action. | c/o JEFFREY S. PORTNOY, ESQ.<br>TROY C. YOUNG, ESQ.<br>Cades Schutte LLP<br>1000 Bishop Street, Suite 1200<br>Honolulu, Hawaiʻi 96813<br>Telephone: (808) 521-9200 |
| 2. | Business records of LIFE MASTERY NETWORK LLC, a Nevada limited liability company dba LIANA SHANTI ENTERPRISES related to the Plaintiffs' claims in this action. | c/o JEFFREY S. PORTNOY, ESQ.<br>TROY C. YOUNG, ESQ.<br>Cades Schutte LLP<br>1000 Bishop Street, Suite 1200<br>Honolulu, Hawaiʻi 96813<br>Telephone: (808) 521-9200 |

| | CATEGORY | LOCATION |
|---|---|---|
| 3. | Sourced Intelligence Attribution Investigation report dated May 20, 2022 | c/o JEFFREY S. PORTNOY, ESQ.<br>TROY C. YOUNG, ESQ.<br>Cades Schutte LLP<br>1000 Bishop Street, Suite 1200<br>Honolulu, Hawai'i 96813<br>Telephone: (808) 521-9200 |
| 4. | "EVIL IN SASKATCHEWAN" website article | c/o JEFFREY S. PORTNOY, ESQ.<br>TROY C. YOUNG, ESQ.<br>Cades Schutte LLP<br>1000 Bishop Street, Suite 1200<br>Honolulu, Hawai'i 96813<br>Telephone: (808) 521-9200 |
| 5. | Letters in support of Liana Shanti directed to the Honorable Susan Oki Mollway | c/o JEFFREY S. PORTNOY, ESQ.<br>TROY C. YOUNG, ESQ.<br>Cades Schutte LLP<br>1000 Bishop Street, Suite 1200<br>Honolulu, Hawai'i 96813<br>Telephone: (808) 521-9200 |

Plaintiffs intend to make any other relevant non-privileged documents, which include records supporting their claims and Ms. Shanti's defenses, available for inspection at the offices of Cades Schutte LLP at a mutually convenient time, or the documents can be copied and billed to the parties upon request. Discovery is ongoing. Plaintiffs will supplement their disclosure as required by the HRCP and court order.

III.    **DAMAGES**

Plaintiffs seek recovery of damages in a sum to be more fully ascertained and in accordance with further discovery and proof at the time of trial or motion.

Ms. Shanti is not liable for any alleged damages suffered by Defendants/Counterclaimants. Because Ms. Shanti denies that Defendants/Counterclaimants suffered damages as a result of her

6

alleged conduct, Ms. Shanti presents no computation of damages with respect to the counterclaims.

## IV.   <u>INSURANCE</u>

Plaintiffs do not have insurance related to this action.

DATED:  Honolulu, Hawaii, February 29, 2024.

CADES SCHUTTE LLP
A Limited Liability Law Partnership


*/s/ Jeffrey S. Portnoy*
JEFFREY S. PORTNOY
TROY C. YOUNG

Attorneys for Defendant Attorneys for
Plaintiffs/Counterclaim Defendants
LIFE MASTERY NETWORK LLC, a Nevada
limited liability company dba LIANA SHANTI
ENTERPRISES and LIANE WILSON, also
known in the community as LIANA SHANTI

8551251.v2