CADES SCHUTTE
A Limited Liability Law Partnership

**Electronically Filed**
**FIFTH CIRCUIT**
**5CCV-22-0000107**
**13-FEB-2025**
**10:02 AM**
**Dkt. 259 FNW**

JEFFREY S. PORTNOY          1211
TROY C. YOUNG               11317
Cades Schutte Building
1000 Bishop Street, Suite 1200
Honolulu, HI  96813-4212
Telephone:  (808) 521-9200
Fax:  (808) 521-9210
Email:  jportnoy@cades.com
Email:  tcyoung@cades.com

Attorneys for Plaintiffs/Counterclaim Defendants
LIFE MASTERY NETWORK LLC, a Nevada
limited liability company dba LIANA SHANTI
ENTERPRISES and LIANE WILSON, also known
in the community as LIANA SHANTI

IN THE CIRCUIT COURT OF THE FIFTH CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| LIFE MASTERY NETWORK LLC, a Nevada limited liability company dba LIANA SHANTI ENTERPRISES and LIANE WILSON, also known in the community as LIANA SHANTI,<br><br>Plaintiffs/Counterclaim Defendants,<br><br>v.<br><br>PAULA HAYGARTH, BYRON HORVATH, JANE DOES 1-10, and JOHN DOES 1-10,<br><br>Defendants/Counter-claimants. | CIVIL NO. 5CCV-22-0000107<br>(Other Civil Action)<br><br>PLAINTIFFS' **FIRST AMENDED** FINAL NAMING OF WITNESSES; CERTIFICATE OF SERVICE<br><br><br>Judge: Hon. Kathleen N.A. Watanabe<br>Trial Date: December 15, 2025 |

PLAINTIFFS' **FIRST AMENDED** FINAL NAMING OF WITNESSES

Plaintiffs LIFE MASTERY NETWORK LLC, a Nevada limited liability company dba

LIANA SHANTI ENTERPRISES and LIANE WILSON, also known in the community as

# EXHIBIT C

LIANA SHANTI ("**Ms. Shanti**") (collectively, "*Plaintiffs*"), by and through their counsel,

Cades Schutte LLP, hereby submit their First Amended Final Naming of Witnesses pursuant to

Rule 12(d) of the Rules of the Circuit Court of the State of Hawaii and the Scheduling Order

filed herein on March 7, 2024 [Dkt. 89].

### I.    NON-EXPERT WITNESSES

| **Witness** | **Testimony** |
|---|---|
| 1. LIANE WILSON, also known in the community as LIANA SHANTI<br>c/o Jeffrey S. Portnoy, Esq.<br>Troy C. Young, Esq.<br>Cades Schutte Building<br>1000 Bishop Street, Suite 1200<br>Honolulu, HI 96813-4212 | Plaintiff/Counterclaim Defendant; may be called to testify regarding the allegations of the Complaint and Counterclaims, the damages, and other facts relevant to the claims and defenses asserted in this action. |
| 2. Present and former employees, staff, and/or representatives of LIFE MASTERY NETWORK LLC, a Nevada limited liability company dba LIANA SHANTI ENTERPRISES including, but not limited to:<br>*Liane Wilson aka Liana Shanti*<br>c/o Jeffrey S. Portnoy, Esq.<br>Troy C. Young, Esq.<br>Cades Schutte Building<br>1000 Bishop Street, Suite 1200<br>Honolulu, HI 96813-4212 | Present and former representatives of LIFE MASTERY NETWORK LLC; may be called to testify regarding the allegations of the Complaint and Counterclaims, the damages, and other facts relevant to the claims and defenses asserted in this action. |
| 3. AMANDA BRADY<br>577 E Silverthorn Lane<br>Ponte Vedra, FL 32081<br>Telephone: (904) 738-6449 | Witness; may be called to testify regarding the allegations of the Complaint and Counterclaims, the damages, and other facts relevant to the claims and defenses asserted in this action. |
| 4. DREW BRADY<br>577 E Silverthorn Lane<br>Ponte Vedra, FL 32081<br>Telephone: (904) 738-6449 | Witness; may be called to testify regarding the allegations of the Complaint and Counterclaims, the damages, and other facts relevant to the claims and defenses asserted in this action. |
| 5. RILEY LAWSON<br>7595 Baymeadows Circle West, Apt 2213 | Witness; may be called to testify regarding the allegations of the Complaint and |

| | | |
|---|---|---|
| | Jacksonville, FL 32256<br>Telephone: (904) 820-7223 | Counterclaims, the damages, and other facts relevant to the claims and defenses asserted in this action. |
| 6. | WADE MARTIN<br>748 Elm Crescent<br>Weyburn, SK S4H0S7, Canada<br>Telephone: (306) 630-3673 | Witness; may be called to testify regarding the allegations of the Complaint and Counterclaims, the damages, and other facts relevant to the claims and defenses asserted in this action. |
| 7. | LINDSAY STERLING<br>746 Elm Crescent<br>Weyburn, SK S4H0S7, Canada<br>(Phone number unknown at this time) | Witness; may be called to testify regarding the allegations of the Complaint and Counterclaims, the damages, and other facts relevant to the claims and defenses asserted in this action. |
| 8. | DEVENY STERLING<br>746 Elm Crescent<br>Weyburn, SK S4H0S7, Canada<br>(Phone number unknown at this time) | Witness; may be called to testify regarding the allegations of the Complaint and Counterclaims, the damages, and other facts relevant to the claims and defenses asserted in this action. |
| 9. | CAMERON IRWIN<br>947 Hall Street W<br>Moose Jaw, SK S6H2S3, Canada<br>Telephone: (306) 690-4694 | Witness; may be called to testify regarding the allegations of the Complaint and Counterclaims, the damages, and other facts relevant to the claims and defenses asserted in this action. |
| 10. | ELISE WINTER<br>5400 Parliament Ave #37<br>Regina, SK S4W0V3, Canada<br>Telephone: (306) 351-4632 | Witness; may be called to testify regarding the allegations of the Complaint and Counterclaims, the damages, and other facts relevant to the claims and defenses asserted in this action. |
| 11. | BRIAN WINTER<br>Box 11<br>Weyburn, SK S4H2J8, Canada<br>Telephone: (306) 861-5142 | Witness; may be called to testify regarding the allegations of the Complaint and Counterclaims, the damages, and other facts relevant to the claims and defenses asserted in this action. |
| 12. | EVAN WINTER<br>123 Montgomery Crescent<br>Weyburn, SK S4H2S6, Canada<br>(Phone number unknown at this time) | Witness; may be called to testify regarding the allegations of the Complaint and Counterclaims, the damages, and other facts relevant to the claims and defenses asserted in this action. |

13.    TERRILYN SCHROEDER                 Witness; may be called to testify regarding
        123 Montgomery Crescent            the allegations of the Complaint and
        Weyburn, SK S4H2S6, Canada         Counterclaims, the damages, and other facts
        (Phone number unknown at this time)    relevant to the claims and defenses asserted
                                            in this action.

14.    SHANNON GLAS                        Witness; may be called to testify regarding
        1218 Baird Street North            the allegations of the Complaint and
        Regina SK, S4X3B6, Canada          Counterclaims, the damages, and other facts
        (Phone number unknown at this time)    relevant to the claims and defenses asserted
                                            in this action.

15.    LAUREN BRITZ                        Witness; may be called to testify regarding
        14-3710 Eastgate Dr.               the allegations of the Complaint and
        Regina, Saskatchewan, S4Z1A5, Canada    Counterclaims, the damages, and other facts
        (Phone number unknown at this time)    relevant to the claims and defenses asserted
                                            in this action.

16.    LANDON IRWIN                        Witness; may be called to testify regarding
        1004 4th Ave E                the allegations of the Complaint and
        Williston, ND 58801                Counterclaims, the damages, and other facts
        Telephone: (303) 325-1115          relevant to the claims and defenses asserted
                                            in this action.

17.    STEVE WELLBROCK                     Witness; may be called to testify regarding
        PO Box 2008                        the allegations of the Complaint and
        Watford City, ND 58854             Counterclaims, the damages, and other facts
        Telephone: +1 (701) 339-8826       relevant to the claims and defenses asserted
                                            in this action.

18.    PAM SCHNEIDER                       Witness; may be called to testify regarding
        2200 25th Avenue              the allegations of the Complaint and
        Regina, SK S4S4E6, Canada          Counterclaims, the damages, and other facts
        (Phone number unknown at this time)    relevant to the claims and defenses asserted
                                            in this action.

19.    SANDRA HORVATH                      Witness; may be called to testify regarding
        (Address unknown at this time)     the allegations of the Complaint and
        Telephone: (306) 746-7634          Counterclaims, the damages, and other facts
                                            relevant to the claims and defenses asserted
                                            in this action.

20.    ANGIE SCHLECTER                     Witness; may be called to testify regarding
        (Address unknown at this time)     the allegations of the Complaint and
        Telephone: (306) 737-4936          Counterclaims, the damages, and other facts
                                            relevant to the claims and defenses asserted

in this action.

| 21. | DEVON PORTER (Address unknown at this time) (Phone number unknown at this time) | Witness; may be called to testify regarding the allegations of the Complaint and Counterclaims, the damages, and other facts relevant to the claims and defenses asserted in this action. |
|---|---|---|
| 22. | ANGELA MILLAR (Address unknown at this time) (Phone number unknown at this time) | Witness; may be called to testify regarding the allegations of the Complaint and Counterclaims, the damages, and other facts relevant to the claims and defenses asserted in this action. |
| 23. | Present and former employees, staff, and/or representatives of SOURCED INTELLIGENCE LLC including, but not limited to: *Alexander Feil* 3550 N Lakeline Blvd. Leander, TX 78641 Telephone: (202) 998-4446 | Present and former representatives of SOURCED INTELLIGENCE, LLC; may be called to testify regarding the allegations of the Complaint and Counterclaims, the damages, and other facts relevant to the claims and defenses asserted in this action. |
| 24. | PAULA HAYGARTH c/o Louise Ing, Esq. Laura Moritz, Esq. Dentons US LLP 1001 Bishop Street, Ste. 1800 Honolulu, HI 96813 | Defendant/Counterclaimant; may testify as to claims alleged in the Complaint and Counterclaims, liability, damages, and other facts relevant to the claims and defenses asserted in this action. |
| 25. | BYRON HORVATH c/o Louise Ing, Esq. Laura Moritz, Esq. Dentons US LLP 1001 Bishop Street, Ste. 1800 Honolulu, HI 96813 | Defendant/Counterclaimant; may testify as to claims alleged in the Complaint and Counterclaims, liability, damages, and other facts relevant to the claims and defenses asserted in this action. |
| 26 | ROBERT BEARD 3703 Kaweonui Rd. Princeville, HI 96722 | Witness; may be called to testify regarding the allegations of the Complaint and Counterclaims, the damages, and other facts relevant to the claims and defenses asserted in this action. |
| 27. | BIANCA WILSON 3703 Kaweonui Rd. Princeville, HI 96722 | Witness; may be called to testify regarding the allegations of the Complaint and Counterclaims, the damages, and other facts |

| | | relevant to the claims and defenses asserted in this action. |
|---|---|---|
| 28. | CHANCE WILSON<br>3703 Kaweonui Rd.<br>Princeville, HI 96722 | Witness; may be called to testify regarding the allegations of the Complaint and Counterclaims, the damages, and other facts relevant to the claims and defenses asserted in this action. |
| **29**. | **CAHIRA NOELANI**<br>**6015 N Shoreland Ave.**<br>**Whitefish Bay, WI 53217** | **Witness; may be called to testify regarding the allegations of the Complaint and Counterclaims, the damages, and other facts relevant to the claims and defenses asserted in this action.** |
| 30. | ANY AND ALL CUSTODIANS OF RECORDS, including but not limited to:<br><br>LIFE MASTERY NETWORK LLC, a Nevada limited liability company dba LIANA SHANTI ENTERPRISES<br>c/o Jeffrey S. Portnoy, Esq.<br>Troy C. Young, Esq.<br>Cades Schutte Building<br>1000 Bishop Street, Suite 1200<br>Honolulu, HI  96813-4212<br><br>SOURCED INTELLIGENCE LLC<br>3550 N Lakeline Blvd.<br>Leander, TX  78641<br>Telephone: (202) 998-4446 | Custodian of Records; will be called as necessary to authenticate or lay foundation for the introduction of records, documents, and/or exhibits that are relevant to the allegations of the Complaint and Counterclaims, the alleged damages, and other facts relevant to the claims and defenses asserted in this action. |

Plaintiffs reserve the right to call any and all witnesses designated as non-expert witnesses.  Plaintiffs also reserve the right to call as witnesses any and all witnesses: (1) identified in any Initial Disclosures, Pretrial Statement, Responsive Pretrial Statement, Settlement Conference Statement, Answers to Interrogatories and/or Final Naming of Witnesses, including amendments and supplements thereto; (2) disclosed or discovered at any

time before of during trial; and/or (3) contacted, interviewed or identified by the parties at any time before or during trial.

## II.   EXPERT WITNESSES

At this time, Plaintiffs have not determined the identity of any expert witness they will call at trial, but reserve the right to identify experts at a later date. Plaintiffs further reserve the right to name and call any expert witnesses disclosed through further written and/or oral discovery, and any rebuttal expert witnesses as necessary.  In addition, Plaintiffs reserves the right to name and call expert witnesses whose identities have not yet been discovered.

## III.   OTHER WITNESSES

Plaintiffs reserve the right to call the following other witnesses at the time of trial:

1. Any and all necessary foundational witnesses for documents, records, and other things.

2. Any and all persons identified as witnesses in: (1) any initial disclosures, pretrial statements and responsive pretrial statements (and any and all supplements and amendments thereto); (2) settlement conference statements; (3) discovery responses (and any and all supplements and amendments thereto); and (4) the final naming of witnesses (and any and all supplements and amendments thereto).

3. The custodian(s) of records of any and all records subpoenaed and/or otherwise produced during discovery in this case.

4. Any and all treating physicians and/or health care providers who may have treated, examined, and/or evaluated Ms. Shanti or Defendants in this matter.

5. Any and all additional witnesses, including but not limited to, expert witnesses, who Lithia deems necessary based on the ongoing discovery in this case.

6. Any and all impeachment and/or rebuttal witnesses as necessary.

7.      Any and all persons who will be and/or have been deposed in this case.

8.      Plaintiffs reserve the right to name experts at a later time, as necessary.

9.      Plaintiffs reserve the right to name and/or call rebuttal expert witnesses that are deemed necessary during the presentation of the case.

10.     Plaintiffs reserve the right to name and/or call any other witnesses in accordance with the applicable court rules.

11.     Plaintiffs reserve the right to further amend their Final Naming of Witnesses as necessary.

DATED:  Honolulu, Hawaii, February 13, 2025.

CADES SCHUTTE
A Limited Liability Law Partnership


*/s/ Jeffrey S. Portnoy*
JEFFREY S. PORTNOY, ESQ.
TROY C. YOUNG, ESQ.

Attorneys for Plaintiffs
LIFE MASTERY NETWORK LLC, a Nevada
limited liability company dba LIANA SHANTI
ENTERPRISES and LIANE WILSON, also known
in the community as LIANA SHANTI

- 8 -

IN THE CIRCUIT COURT OF THE FIFTH CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| LIFE MASTERY NETWORK LLC, a Nevada limited liability company dba LIANA SHANTI ENTERPRISES and LIANE WILSON, also known in the community as LIANA SHANTI, <br><br>                     Plaintiffs/Counterclaim Defendants, <br><br>    v. <br><br> PAULA HAYGARTH, BYRON HORVATH, JANE DOES 1-10, and JOHN DOES 1-10, <br><br>                     Defendants/Counter-claimants. | CIVIL NO. 5CCV-22-0000107 (Other Civil Action) <br><br> **CERTIFICATE OF SERVICE** |

## <u>CERTIFICATE OF SERVICE</u>

The undersign hereby certifies that on this date a true and correct copy of the foregoing document was duly served on the following parties below via the Court's Judiciary Electronic Filing Service ("JEFS"):

LOUISE K.Y. ING                             louise.ing@dentons.com
LAURA P. MORITZ                       laura.moritz@dentons.com
Dentons US LLP
1001 Bishop Street, Ste. 1800
Honolulu, HI  96813

    Attorneys for
    Defendants/Counterclaimants
    PAULA HAYGARTH and
    BYRON HORVATH

DATED:  Honolulu, Hawaii, February 13, 2025.

CADES SCHUTTE
A Limited Liability Law Partnership


*/s/ Jeffrey S. Portnoy*
JEFFREY S. PORTNOY, ESQ.
TROY C. YOUNG, ESQ.

Attorneys for Plaintiffs/Counterclaim Defendants
LIFE MASTERY NETWORK LLC, a Nevada
limited liability company dba LIANA SHANTI
ENTERPRISES and LIANE WILSON, also known
in the community as LIANA SHANTI

6892059.v2

# NOTICE OF ELECTRONIC FILING

**Electronically Filed
FIFTH CIRCUIT
5CCV-22-0000107
13-FEB-2025
10:02 AM
Dkt. 260 NEF**

An electronic filing was submitted in Case Number 5CCV-22-0000107. You may review the filing through the Judiciary Electronic Filing System. Please monitor your email for future notifications.

|  |  |
|---|---|
| **Case ID:** | 5CCV-22-0000107 |
| **Title:** | LIFE MASTERY NETWORK LLC, a Nevada limited liability company, d/b/a LIANA SHANTI ENTERPRISES and LIANE WILSON, also known in the community as LIANA SHANTI vs PAULA HAYGARTH, BYRON HORVATH, JANE DOES 1-10, and JOHN DOES 1-10, |
| **Filing Date / Time:** | THURSDAY, FEBRUARY 13, 2025 10:02:58 AM |
| **Filing Parties:** | Life Mastery Network LLC |
| | Liana Shanti |
| | Liani Shanti Enterprises |
| **Case Type:** | Circuit Court Civil |
| **Lead Document(s):** | |
| **Supporting Document(s):** | 259-Final Naming of Witnesses |
| **Document Name:** | 259-PLAINTIFFS' FIRST AMENDED FINAL NAMING OF WITNESSES; CERTIFICATE OF SERVICE |

If the filing noted above includes a document, this Notice of Electronic Filing is service of the document under the Hawai`i Electronic Filing and Service Rules.

---

This notification is being electronically mailed to:

Troy Young ( *tcyoung@cades.com* )

Jeffrey S. Portnoy ( *jportnoy@cades.com* )

Laura Pavloff Moritz ( *laura.moritz@dentons.com* )

Louise K.Y. Ing ( *louise.ing@dentons.com* )

Kathleen N. A. Watanabe ( *kathleen.n.watanabe@courts.hawaii.gov* )

---