LOUISE K.Y. ING        2394
LAURA P. MORITZ        7860

DENTONS US LLP
1001 Bishop Street, Suite 1800
Honolulu, HI 96813
Telephone:  808 524 1800
Facsimile:  808 524 4591
Email:        louise.ing@dentons.com
                    laura.moritz@dentons.com

Attorneys for Defendants/Counterclaimants
PAULA  HAYGARTH,  BYRON  HORVATH,  and
STEFANIE HORVATH

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LIFE MASTERY NETWORK LLC, a Nevada limited liability company dba LIANA SHANTI ENTERPRISES and LIANE WILSON, also known in the community as LIANA SHANTI, <br><br>       Plaintiffs/Counterclaim Defendants, <br><br>       v. <br><br> PAULA HAYGARTH, BYRON HORVATH, STEFANIE HORVATH, JANE DOES 2-10, and JOHN DOES 1-10, <br><br>       Defendants/ Counterclaimants. | Civil No.:  1:25-cv-00297-JAO-RT <br><br> **DEFENDANTS/ COUNTERCLAIMANTS' SUBMISSION OF PROPOSED JURY INSTRUCTION REGARDING PAULA HAYGARTH'S MAY 9, 2022 FACEBOOK POST PURSUANT TO ECF. 115** <br><br><br><br><br><br><br><br> Judge: Honorable Jill A. Otake <br> Trial: August 3, 2026 |

US_ACTIVE\138159260\V-2

**DEFENDANTS/COUNTERCLAIMANTS' SUBMISSION
OF PROPOSED JURY INSTRUCTION REGARDING
PAULA HAYGARTH'S MAY 9, 2022 FACEBOOK POST
PURSUANT TO ECF. 115**

Pursuant to this Court's Minutes and EP [ECF 115], Defendants/ Counterclaimants Paula Haygarth, Byron Horvath, and Stefanie Horvath ("**Defendants**"), respectfully submit their Proposed Jury Instruction regarding Paula Haygarth's May 9, 2022 Facebook Post and related briefing as requested by the Court.

## I. PROPOSED INSTRUCTION

Defendants propose the following limiting instruction regarding Paula Haygarth's May 9, 2022 Facebook Post:

**DEFENDANTS/COUNTERCLAIMANTS'
PROPOSED INSTRUCTION NO. __
Defendant/Counterclaimant Paula Haygarth's Facebook Post**

You have heard evidence that Defendant/Counterclaimant Paula Haygarth re-posted an article entitled "The Shanti Summary" on her personal Facebook page with commentary about the article.

The Court has already determined that Ms. Haygarth's re-posting of the article and her commentary about Plaintiff Liane Wilson in her post is protected speech and may not form the basis of a defamation claim. Therefore, you may not consider her act of posting the article nor her commentary to be defamatory or the basis for Plaintiffs' claims against Ms. Haygarth.

## II.     ARGUMENT

The proposed instruction straightforwardly summarizes the fact that in the Court's *Order (1) Granting in Part Defendants' Daubert Motion, ECF No. 42; (2) Granting in Part Defendants' Motion for Summary Judgment on Plaintiffs' Complaint, ECF No. 46; (3) Granting in Part Defendants' Motion for Summary Judgment on Defendants' Counterclaims, ECF No. 49; and Denying Plaintiffs' Motion to Strike, ECF No. 72*, entered May 22, 2026 [ECF 92], the Court reasoned that Ms. Haygarth "…indisputably enjoys immunity under the CDA for reposting content" and that the added commentary "…expresses her subjective view and theory that Plaintiffs are dangerous based on her own experience, in addition to what she read on the subreddit" and therefore held that Ms. Haygarth was entitled to judgment in her favor on that claim. ECF 92 at PageID.1840 and 1842. The proposed instruction addresses this finding in a succinct, clear manner, and Plaintiffs remain free to argue that Ms. Haygarth's re-posting of the article is circumstantial proof of the identity of the anonymous posters.

## III.    CONCLUSION

Based on the foregoing, Defendants respectfully request that the limiting instruction described above be provided to the jury at a time deemed appropriate by the Court.

US_ACTIVE\138159260\V-2

DATED:  Honolulu, Hawaiʻi, July 16, 2026.


                       */s/ Laura P. Moritz*
                       LOUISE K.Y. ING
                       LAURA P. MORITZ

                       Attorneys for Defendants/Counterclaimants
                       PAULA HAYGARTH, BYRON
                       HORVATH, and STEFANIE HORVATH

3

US_ACTIVE\138159260\V-2