**DENTONS**

**Louise K.Y. Ing**
Partner

louise.ing@dentons.com
D     +1 808-441-6114

**Laura P. Moritz**
Counsel

laura.moritz@dentons.com
D     +1 808-441-6156

Dentons US LLP
1001 Bishop Street
Suite 1800
Honolulu, HI  96813
United States

dentons.com

July 16, 2026

***BY EMAIL: otake_orders@hid.uscourts.gov
and HAND-DELIVERY***

Honorable Judge Jill A. Otake
United States District Court, District of Hawaii
300 Ala Moana Blvd C-338
Honolulu, Hawaiʻi  96850

Re: *Life Mastery Network LLC and Liane Wilson v. Paula Haygarth, Byron Horvath,
    and Stefanie Horvath*; **Case No.:  1:25-cv-00297-JAO-RT**
    July 13, 2026 EO [ECF 126]

Dear Judge Otake:

In light of the Court's EO  issued on July 13, 2026, ordering the parties "…to immediately cease the posting on social media or elsewhere … of any statements, images, recordings, or content about this case …," we feel compelled to alert the Court about a post made on the @lianashanti Instagram account this afternoon at approximately 3:07 pm. A copy is enclosed for the Court's information.

Sincerely,

Louise K. Y. Ing
Laura P. Moritz

CC: Jeffrey Portnoy
     Troy Young

Enclosure.

**Puyat Jacinto & Santos ► Link Legal ► Zaanouni Law Firm & Associates ► LuatViet ► For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms**

US_ACTIVE\138196879\V-1

