Office of the Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
300 Ala Moana Blvd., Rm. C-338
Honolulu, Hawaii 96850
Ph. 541-1300

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**TO:**    Counsel

**FROM:**    Lucy H. Carrillo
Carla Cortez, Courtroom Manager

**DATE:**    July 20, 2026

**RE:**    Realtime Court Reporting Services
*Life Mastery Network LLC et al v. Haygarth et al*
1:25-cv-00297-JAO-RT re: **Civil Jury Trial on August 3, 2026**

The Judges of the United States District Court have requested that real-time reporting services be provided to them during evidentiary hearings involving the taking of testimony from a live witness.

In order to provide the Court with an accurate and more useful realtime record of proceedings, counsel is directed to submit the following information to the courtroom manager no later than **7/31/2026** by email: carla_cortez@hid.uscourts.gov.

1.    Names of parties and attorneys to the action;
2.    Witness list; and
3.    Exhibit list.

The information will be shared with the court reporter to enable them to program computers with steno outlines unique to your personal case.

Thank you.

cc:    Court Reporters
IT Director