# United States District Court
## District of Hawaii

**Lucy H. Carrillo,** Clerk of Court
300 Ala Moana Boulevard, Rm. C-338
Honolulu, HI 96850
Tel: (808) 541-1300
Fax: (808) 541-1303

## JURY EVIDENCE RECORDING SYSTEM

### Overview

The District Court for the District of Hawaii is using jury evidence recording system (JERS) that allows evidence admitted during trial to be viewed electronically in the jury deliberation room upon the conclusion of the trial.

JERS provides easy access to evidence during the deliberations through the use of a touch screen monitor and/or wireless mouse in the jury room.

Attorneys of record will be given an opportunity to review the exhibits at the conclusion of evidence. Court personnel, at the Judge's direction, will release exhibits to the jury as deliberations begin.

JERS has the ability to:

- Store all exhibits submitted prior to trial, and then designate just those admitted into evidence for the jury's use during deliberations;
- Capture, through the courtroom's presentation equipment, exhibits that were not submitted prior to trial but later admitted by the court;
- Print a list of the exhibits, by number and by description, that can be released to the deliberating jury; and
- Restrict how the jury may review the exhibit: Audio Only, Video Only, Zoom Off (Zoom Off restricts the jury from enlarging an exhibit on the touch screen in the deliberation room).

The presiding judge will determine how and if JERS will be used during any trial.

Questions regarding JERS may be directed to: Courts IT: 808.541.3333 help_desk@hid.uscourts.gov

### Acceptable File types for Exhibits

JERS will accept electronic evidence only in the following formats as other types cannot be uploaded:
- Documents and Photographs: .pdf, .jpg, .bmp, .tif, .gif
- Video and Audio Recordings: .avi, .wmv, .mpg, .mp3, .mp4, .wma, .wav, .3gpp

Regarding the file size of electronic evidence, individual files should not exceed 500MB. If possible, exhibits approaching or exceeding this size limit should be separated into multiple files. Note, PDF documents can often be reduced significantly in size by using tools such as Adobe's "Reduce File Size" feature. Images can be significantly reduced in file size by lowering its resolution or dimensions, usually with minimal affect to viewing quality

**Submitting Exhibits**

Counsel shall submit all proposed exhibits on a USB Drive, DVD-R or CD, as directed by the court, at the final pretrial conference or in the final pretrial order. The Court may accept flash/thumb drives if all exhibits will not fit on a single DVD. The drive will be scanned for malware/viruses by the Courts' IT department prior to loading.

The disc shall be labeled with the title of the case and the name of the party for whom the exhibits are submitted. All the files shall be in one directory on the CD (preferably the root directory). A hard copy of the party's exhibit list that includes the electronic file name for each exhibit shall be submitted with the DVD-R or CD. Parties shall be prepared, as is the usual practice, to submit hard copies of any exhibit admitted during trial.

Exhibit files can be formatted in a manner that permits them to be batch imported into the JERS system. The two methods used are described below. One of these two methods must be used.

**Method one:** each exhibit file should be clearly named as in the examples below:
        exhibit number_exhibit description.file extension,
or, if an exhibit has sub-parts,
        exhibit number-exhibit subpart_exhibit description.file extension.

For example:
1_camera footage.wmv
2_contract.pdf
3-a_photo of store from east view.jpg
3-b_photo of store from west view.jpg

**Method two:** attorneys using exhibit management software may submit (on a CD, DVD-R, or USB Drive) exhibits exported using an indexed file method. The CD shall also contain a text delimited file naming the exhibits. The text file must be named "Exhibits.txt" and each line must contain information using this format:
        exhibit number-optional subpart|exhibit description|exhibit file name.

For example:
001-001|Camera footage|001.wmv
002-001|Contract.pdf|002.pdf
003-001|Photo of bank from west|003.jpg
003-002|Photo of bank from east|004.jpg

The "Exhibits.txt" file must be in the same folder or directory as all the exhibits.

**NOTE: Do not use the underscore character in the description field of the exhibit list.**