**McKERCHER** LLP

#800 - 1801 Hamilton St.
Regina, SK S4P 4B4
Phone # (306)565-6500
Fax # (306)565-6565
accounting@mckercher.ca

## REMITTANCE ADVICE

Mr. Byron Horvath

**Redacted**

Date: August 10, 2021
Invoice No.: 304622
File Number: 118432.2/RSO
Client Number: 118432

GST NO.: R122399868

### INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $1,023.00 |
| Total GST | 51.15 |
| Total PST | 61.38 |
| Total Fees Disbursements & Taxes: | $1,135.53 |
| Balance Forward From Previous Invoice(s) | 0.00 |
| Amount Owed | $1,135.53 |

### PAYMENTS CAN BE MADE USING:

**ONLINE BANKING** which is available with most major banks.
- Please use the Client Number above when setting up your payment.
- ***PLEASE NOTE we cannot accept deposits into TRUST through online banking.***

**E-TRANSFERS** can be sent directly to accounting@mckercher.ca.
- Please use the Client Number above as the answer to the security question.
- Reference the Invoice Number in the message section of the transfer notification.

**CHEQUES** made payable to **McKercher LLP**.
- Reference the Invoice Number and return with this Remittance Advice.

**CREDIT CARD** payments using Master Card, Visa or American Express.
- Call (306) 664-1756 and speak with one of our accounting representatives or complete the following payment information and return it to our offices for processing.
- ***EMAILING credit card information is PROHIBITED***.
  In order to protect the security of our client's financial data, McKercher LLP does not accept credit card information via email.

CARD TYPE                    VISA ☐          MASTERCARD ☐       AMEX ☐

CARD NUMBER                  _____

NAME OF CARDHOLDER (please print)   _____

EXPIRY DATE _____   AMOUNT _____

SIGNATURE _____

### PLEASE REMIT WITH CANADIAN FUNDS

A monthly late charge of 18% per annum will be applied to unpaid balance after 30 days.

EXHIBIT "1", PAGE 1              **EXHIBIT 1005**

Attorney Eyes Only                                    BH002901



# M<sup>c</sup>KERCHER LLP

#800 - 1801 Hamilton St.
Regina, SK S4P 4B4
(306)565-6500
accounting@mckercher.ca

**August 10, 2021**

To: Mr. Byron Horvath

**Redacted**

Invoice Number: 304622

**Our File: 118432.2**

**RE: Parenting Issues**

| | | |
|---|---|---|
| Our Fee *(as per attached)* | | $1,023.00 |
| | **Subtotal** | $1,023.00 |
| GST - 5.00% (# R122399868 ) | | 51.15 |
| PST - 6.00% | | 61.38 |
| **Total** | | $1,135.53 |
| Balance forward from previous invoice(s) | | 0.00 |
| **Total due and owing** | | **$1,135.53** |

**This is our Account, per:** _____

**Roxanne S Ouellette**

A monthly late charge of 18% per annum will be applied to unpaid balance after 30 days.

**EXHIBIT "1", PAGE 2**

Attorney Eyes Only

BH002902

# M<sup>C</sup>KERCHER LLP

## FEES

| | | |
|---|---|---|
| 13/07/21 | E-mail exchange with Byron Horvath and Stefanie Voigt re: | Redacted |
| | Redacted | |
| 14/07/21 | Prepare notice of change of representation | |
| 15/07/21 | E-mail exchange Byron Horvath and Stefanie Voigt re: | Redacted |

# Redacted

| | | |
|---|---|---|
| 16/07/21 | E-mail exchange with Byron Horvath and Stefanie Voigt re: | Redacted |
| | Redacted | |
| 19/07/21 | Letter to James Vogel regarding consent to passport application and travel without drug testing | |
| 23/07/21 | Prepare letter to James Vogel regarding demands for drug testing for chil passport application | |
| 23/07/21 | E-mail to Byron Horvath regarding | Redacted |
| | Redacted | |
| 29/07/21 | E-mail exchange with Byron Horvath regarding | Redacted |
| | Redacted | |
| 29/07/21 | Prepare letter to JAmes Vogel re: passport and travel consentq | |

**TOTAL FEES**                                                    $1,023.00

<span style="color:red">EXHIBIT "1", PAGE 3</span>

Attorney Eyes Only                                                    BH002903

# Draft Detailed Invoice Report

## McKercher LLP

#800 - 1801 Hamilton St.
Regina, SK
Canada S4P 4B4

**Billing Contact and Address:**

> **Redacted**

**Client Responsible:** (1087) Katherine Melnychuk
**Matter Responsible:** (2076) Roxanne Ouellette
**Requested For (Signatory):** (2076) Roxanne Ouellette

**Client/Matter:** (118432 - 2) Byron Horvath
**Reference No.:**

**Format:** (S) 2-Column; Date and Description:
   DetailShowDateAndDescription.doc
**Rate Category:** A(Base) A (Base) Rate Category
**Special Rates:** N/A

R122399868
1854579

**Past Due Date:** n/a

**Due Date:** 08-20-2021

**Billing Frequency:** n/a

---

RE: Parenting Issues;

2-Column; Date and Description:

| Date | Member | Description | Time | Rate | Value |
|------|--------|-------------|------|------|-------|
| 07-13-2021 | RSO | E-mail exchange with Byron Horvath and Stefanie Voigt re: **Redacted** | 0.20 | 330.00 | 66.00 |
| 07-14-2021 | RSO | Prepare notice of change of representation | 0.10 | 330.00 | 33.00 |
| 07-15-2021 | RSO | E-mail exchange Byron Horvath and Stefanie Voigt re: **Redacted** | 0.70 | 330.00 | 231.00 |
| 07-16-2021 | RSO | E-mail exchange with Byron Horvath and Stefanie Voigt re: **Redacted** | 0.30 | 330.00 | 99.00 |
| 07-19-2021 | RSO | Letter to James Vogel regarding consent to passport application and travel without drug testing | 0.40 | 330.00 | 132.00 |
| 07-23-2021 | RSO | Prepare letter to James Vogel regarding demands for drug testing for chil passport application | 0.60 | 330.00 | 198.00 |

DraftDetailedInvoiceReport.rpt

Attorney Eyes Only                                                          BH002904

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07-23-2021 | RSO | E-mail to Byron Horvath regarding Redacted Redacted | 0.10 | 330.00 | 33.00 |
| 07-29-2021 | RSO | E-mail exchange with Byron Horvath regarding Redacted **Redacted** | 0.50 | 330.00 | 165.00 |
| 07-29-2021 | RSO | Prepare letter to JAmes Vogel re: passport and travel consentq | 0.20 | 330.00 | 66.00 |

\* Non-Chargeable time entries not included in totals

| | |
|---|---|
| **TOTAL FEES:** | 1,023.00 |
| **Less Applied Discount:** | 0.00 |
| | 1,023.00 |
| GST & SK PST | 112.53 |
| TOTAL FEES, DISBURSEMENTS & TAXES: | 1,135.53 |
| Less Funds Applied from Trust: | 0.00 |
| TOTAL AMOUNT DUE ON THIS INVOICE: | 1,135.53 |

*This portion of the report does not take into consideration allocation rules.

Attorney Eyes Only          BH002905

## Working Member Summary/Allocation Summary*:

| Member | Position | Office | Hours | Rate** | Value/Allocation | Manual Override |
|---|---|---|---|---|---|---|
| Roxanne S Ouellette (RSO) | Associate | 1 | 3.10 | 330.00 | 1,023.00 | |

## Financial Summary:

| | |
|---|---|
| Unapplied interim billing | 0.00 |
| AR Balance | 0.00 |
| Trust Balance | 0.00 |
| Fee Quote: | 0.00 |
| Disb. Quote: | 0.00 |

## Matter Budget:

| | |
|---|---|
| Hours | 0.00 |
| Fee | 0.00 |
| Disbursements | 0.00 |
| AR Outstanding Limit | 0.00 |
| WIP Limit | 0.00 |

## Life to Date Totals:

| | |
|---|---|
| Fees Billed | 0.00 |
| Disbursements Billed | 0.00 |
| Fees Credited | 0.00 |
| Disbursements Credited | 0.00 |
| AR Fee Write-Offs | 0.00 |
| AR Disbursements Write-offs | 0.00 |
| Billing Variances | 0.00 |
| Courtesy or Negotiated Discount | 0.00 |

*The summary reflects allocation changes if the report is created after an invoice is created and/or modified.
**Rate is displayed for members that worked on this file only.

_____
Authorized by:

☐ Apply funds from trust against the invoice total

DraftDetailedInvoiceReport.rpt

EXHIBIT "1", PAGE 6

Page 3 of 3

Attorney Eyes Only

BH002906

**McKercher LLP**
**Invoice Report**

| | | |
|---|---|---|
| Invoice No. : | 304622 | Notes : |
| Invoice Date : | 08/10/2021 | |
| Invoice Status: | Printed | |
| For Client : | (118432) Byron Horvath | |
| For Matter : | (2)Parenting Issues | |
| Invoice Format : | (S) 2-Column; Date and Description: | Billed To : Byron Horvath |
| Requested by: | (2076) Roxanne Ouellette | |
| Created By : | (4147) Whitney Banga | **Redacted** |
| Pre-Billed disbursements : | NA | |

Trust Account :

_____

Finance Authorization (Over $499.99 Change Limit)    Partner Authorization (Over $4,999.99 Inv. Limit)

**Matter Invoice Instructions:**

**Invoice Totals :**

| Fee Billed | Disbursements Billed | Discount | Tax | Total | Trust Amount* | Amount Owed |
|---|---|---|---|---|---|---|
| 1,023.00 | 0.00 | 0.00 | 112.53 | 1,135.53 | 0.00 | 1,135.53 |

**Allocation Summary :**

| Member | Base Rate | Last Time | Effective Rate | Real WIP | Credit Work | Alloc. Cr W. | Unalloc. Cr. W. | Premium/Loss | Alloc. Amount | Manual |
|---|---|---|---|---|---|---|---|---|---|---|
| (2076) Roxanne Ouellette | 330.00 | 08/09/2021 | 330.00 | 3.10 | 1,023.00 | 1,023.00 | 0.00 | 0.00 | 1,023.00 | N/A |
| Total | | | | 3.10 | 1,023.00 | 1,023.00 | 0.00 | 0.00 | 1,023.00 | N/A |

**Variance :**

| Fees/Disbursements | Tax Scheme | Original Value | Billed Value | Variance | Hours Billed | Discount | Net Variance Variance |
|---|---|---|---|---|---|---|---|
| Fees | GST & SK PST | 1,023.00 | 1,023.00 | 0.00 | 3.10 | 0.00 | 0.00 |

**Other Billing Information :**

| Fees/Disbursements | Billing Only | | Internal Entry | | Pro Rated Entry Increase/Decrease |
|---|---|---|---|---|---|
| | Hours | Entry Value | Hours | Value | |
| Fees | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

**Tax Summary:**

| Fees/Disbursements | Tax Name | Amount |
|---|---|---|
| Fees | GST | 51.15 |
| | SK PST | 61.38 |

**Prebilled Disbursements :**

| Code | Description | Value |
|---|---|---|

**Regular Disbursements**

| Code | Description | Original Value | Value |
|---|---|---|---|

Total Disbursements:

Total:

* Only display the original trust selection made at the time the invoice was printed and posted

Attorney Eyes Only                                          BH002907