

**M<sup>C</sup>KERCHER** LLP

374 - 3rd Avenue South
Regina, SK S4P 4B4
Phone # (306)565-6500
Fax # (306)565-6565
accounting@mckercher.ca

## REMITTANCE ADVICE

Mr. Byron Horvath

| Redacted |

Date: December 10, 2021
Invoice No.: 310591
File Number: 118432.2/RSO
Client Number: 118432

GST NO.: R122399868

INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $5,283.00 |
| Total GST | 264.15 |
| Total PST | 316.98 |
| Total Fees Disbursements & Taxes: | $5,864.13 |
| Balance Forward From Previous Invoice(s) | 5,311.35 |
| | |
| Amount Owed | $11,175.48 |

## PAYMENTS CAN BE MADE USING:

**ONLINE BANKING** which is available with most major banks.
- Please use the Client Number above when setting up your payment.
- *PLEASE NOTE we cannot accept deposits into TRUST through online banking.*

**E-TRANSFERS** can be sent directly to accounting@mckercher.ca.
- Please use the Client Number above as the answer to the security question.
- Reference the Invoice Number in the message section of the transfer notification.

**CHEQUES** made payable to **McKercher LLP.**
- Reference the Invoice Number and return with this Remittance Advice.

**CREDIT CARD** payments using Master Card, Visa or American Express.
- Call (306) 664-1756 and speak with one of our accounting representatives or complete the following payment information and return it to our offices for processing.
- *EMAILING credit card information is PROHIBITED.*
  In order to protect the security of our client's financial data, McKercher LLP does not accept credit card information via email.

CARD TYPE                     VISA ☐        MASTERCARD ☐      AMEX ☐

CARD NUMBER                   _____

NAME OF CARDHOLDER (please print)   _____

EXPIRY DATE _____      AMOUNT _____

SIGNATURE _____

## PLEASE REMIT WITH CANADIAN FUNDS

A monthly late charge of 18% per annum will be applied to unpaid balance after 30 days.

EXHIBIT "2", PAGE 1        **EXHIBIT 1006**

Attorney Eyes Only                                                   BH002942



# M<sup>C</sup>KERCHER LLP

#800 - 1801 Hamilton St.
Regina, SK S4P 4B4
(306)565-6500
accounting@mckercher.ca

**To:** Mr. Byron Horvath

**Redacted**

**December 10, 2021**

Invoice Number: 310591

**Our File: 118432.2**

**RE: Parenting Issues**

| | |
|---|---|
| Our Fee *(as per attached)* | $5,283.00 |
| **Subtotal** | $5,283.00 |
| GST - 5.00% (# R122399868 ) | 264.15 |
| PST - 6.00% | 316.98 |
| **Total** | $5,864.13 |
| Balance forward from previous invoice(s) | 5,311.35 |
| **Total due and owing** | **$11,175.48** |

**This is our Account, per:**

Roxanne S Ouellette

A monthly late charge of 18% per annum will be applied to unpaid balance after 30 days.

EXHIBIT "2", PAGE 2

Attorney Eyes Only

BH002943

To: Mr. Byron Horvath
**Invoice Number:** 310591
**Our File:** 118432.2
**Page:** 2 of 2

# M<sup>c</sup>KERCHER LLP

## FEES

| | |
|---|---|
| November 1, 2021 | Review affidavit material provided by Stefanie Vogt and Byron Horvath for [Redacted] |
| November 1, 2021 | Prepare initial information for contempt application |
| November 2, 2021 | Prepare application for contempt [Redacted] [Redacted] |
| November 2, 2021 | E-mail from Stefanie Vogt and Byron Horvath regarding [Redacted] [Redacted] |
| November 2, 2021 | Prepare contempt application and brief of law [Redacted] [Redacted] |
| November 3, 2021 | Draft Notice of Application for Contempt |
| November 3, 2021 | Draft Brief of Law for contempt application, including researching [Redacted] |
| November 3, 2021 | Prepare affidavits for applications on contempt and parenting |
| November 4, 2021 | Draft Brief of Law for contempt application |
| November 4, 2021 | Prepare contempt affidavits, brief and notice of application |
| November 4, 2021 | E-mail exchange with Stefanie Vogt and Byron Horvath regarding [Redacted] |
| November 4, 2021 | E-mail exchange eith Byron Horvath and Stefanie Vogt regarding Redacted |
| November 8, 2021 | Draft Notice of Application and Brief of Law, revising facts in accordance with draft affidavits |
| November 8, 2021 | Prepare affidavit of Byron Horvath for application for contempt |
| November 8, 2021 | E-mail exchange with Stefanie Vogt and Byron Horvath regarding Redacted |
| November 8, 2021 | Prepare affidavits and application documents for contempt application |
| November 8, 2021 | E-mail to James Vogel regarding [Redacted] |
| November 9, 2021 | Prepare contempt application documents |
| November 10, 2021 | Draft changes to affidavit of Byron Horvath for contempt application |
| November 10, 2021 | Draft changes to notice of application for contempt of court |
| November 10, 2021 | Draft changes to brief of law for application of contempt of court |
| November 10, 2021 | E-mail exchange with Stefanie Vogt and Byron Horvath regarding [Redacted] Redacted |
| November 10, 2021 | E-mail to Byron Horvath regarding [Redacted] [Redacted] |
| November 17, 2021 | E-mail from Stefanie Vogt and Byron Horvath regarding [Redacted] Redacted |
| November 22, 2021 | E-mail exchange with Stefanie Vogt and Byron Horvath regarding Redacted |
| November 24, 2021 | E-mail exchange with Byron Horvath and Stefanie Vogt regarding [Redacted] |

**TOTAL FEES**                                            $5,283.00

<span style="color:red">EXHIBIT "2", PAGE 3</span>

Attorney Eyes Only                                            BH002944