

**McKERCHER** LLP

#800 - 1801 Hamilton St.
Regina, SK S4P 4B4
Phone # (306)565-6500
Fax # (306)565-6565
accounting@mckercher.ca

## REMITTANCE ADVICE

Mr. Byron Horvath

**Redacted**

Date: January 24, 2022
Invoice No.: 312372
File Number: 118432.2/RSO
Client Number: 118432

GST NO.: R122399868

### INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $1,980.00 |
| Total GST | 99.00 |
| Total PST | 118.80 |
| Total Fees Disbursements & Taxes: | $2,197.80 |

### PAYMENTS CAN BE MADE USING:

**ONLINE BANKING** which is available with most major banks.
- Please use the Client Number above when setting up your payment.
- *PLEASE NOTE we cannot accept deposits into TRUST through online banking.*

**E-TRANSFERS** can be sent directly to accounting@mckercher.ca.
- Please use the Client Number above as the answer to the security question.
- Reference the Invoice Number in the message section of the transfer notification.

**CHEQUES** made payable to **McKercher LLP**.
- Reference the Invoice Number and return with this Remittance Advice.

**CREDIT CARD** payments using Master Card, Visa or American Express.
- Call (306) 664-1756 and speak with one of our accounting representatives or complete the following payment information and return it to our offices for processing.
- *EMAILING credit card information is PROHIBITED.*
  In order to protect the security of our client's financial data, McKercher LLP does not accept credit card information via email.

CARD TYPE                    VISA ☐         MASTERCARD ☐        AMEX ☐

CARD NUMBER                  _____

NAME OF CARDHOLDER (please print)   _____

EXPIRY DATE _____       AMOUNT _____

SIGNATURE _____

### PLEASE REMIT WITH CANADIAN FUNDS

A monthly late charge of 18% per annum will be applied to unpaid balance after 30 days.

<span style="color:red">EXHIBIT "3", PAGE 1</span>         **EXHIBIT 1009**

Attorney Eyes Only                                                                    BH002945



# MᶜKERCHER LLP

#800 - 1801 Hamilton St.
Regina, SK S4P 4B4
(306)565-6500
accounting@mckercher.ca

To: Mr. Byron Horvath

**Redacted**

**January 24, 2022**

Invoice Number: 312372

**Our File: 118432.2**

---

**RE: Parenting Issues**

| | | |
|---|---|---|
| Our Fee *(as per attached)* | | $1,980.00 |
| | **Subtotal** | $1,980.00 |
| GST - 5.00% (# R122399868 ) | | 99.00 |
| PST - 6.00% | | 118.80 |
| **Total** | | **$2,197.80** |

This is our Account, per: _____

**Roxanne S Ouellette**

A monthly late charge of 18% per annum will be applied to unpaid balance after 30 days.

**EXHIBIT "3", PAGE 2**

Attorney Eyes Only

BH002946



**M<sup>C</sup>KERCHER** LLP

## FEES

| | |
|---|---|
| December 2, 2021 | E-mail from Stefanie Vogt and Byron Horvath regarding [Redacted] **Redacted** |
| December 2, 2021 | Telephone attendance on Byron Horvath regarding [Redacted] Redacted |
| December 10, 2021 | Letter from Madlin Lucyk of Nychuk & Company re concerns regarding statements from the child, with no further details |
| December 10, 2021 | E-mail to Byron Horvath and Stefanie Vogt re [Redacted] Redacted |
| December 10, 2021 | E-mail exchange with Stefanie Vogt and Byron Horvath re [Redacted] **Redacted** |
| December 16, 2021 | E-mail exchange with Byron Horvath regarding [Redacted] Redacted |
| December 16, 2021 | Review letter from Ministry of Social Services regarding allegations of physical abuse unsubstantiated and investigation closed |
| December 16, 2021 | Prepare draft of letter to Madlin Lucyk re investigation by social services and refusal to engage with Haley Winter's case building |
| December 17, 2021 | Prepare letter to Madlin Lucyk of Nychuk & Company regarding social services investigation and case building for sole legal decision-making |
| December 20, 2021 | Prepare letter to Madlin Lucyk of Nychuk & Company regarding parenting concerns and investigations by the Ministry |
| December 20, 2021 | E-mail to Byron Horvath regarding **Redacted** Redacted |
| December 20, 2021 | E-mail exchange with Stefanie Vogt and Byron Horvath re [Redacted] **Redacted** |
| December 20, 2021 | Prepare final version of letter to Madlin Lucyk with changes from client |

**TOTAL FEES**                                                                 $1,980.00

**EXHIBIT "3", PAGE 3**

Attorney Eyes Only                                                              BH002947