

**MᶜKERCHER** LLP

#800 - 1801 Hamilton St.
Regina, SK S4P 4B4
Phone # (306)565-6500
Fax # (306)565-6565
accounting@mckercher.ca

## REMITTANCE ADVICE

Mr. Byron Horvath

**Redacted**

Date: May 11, 2022
Invoice No.: 317128
File Number: 118432.2/RSO
Client Number: 118432

GST NO.: R122399868

### INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $27,825.50 |
| Total Non-taxable Disbursements | 20.00 |
| Total Taxable Disbursements | 21.00 |
| Total GST | 1,392.33 |
| Total PST | 1,669.53 |
| Total Fees Disbursements & Taxes: | $30,928.36 |

## PAYMENTS CAN BE MADE USING:

**ONLINE BANKING** which is available with most major banks.
- Please use the Client Number above when setting up your payment.
- *PLEASE NOTE we cannot accept deposits into TRUST through online banking.*

**E-TRANSFERS** can be sent directly to accounting@mckercher.ca.
- Please use the Client Number above as the answer to the security question.
- Reference the Invoice Number in the message section of the transfer notification.

**CHEQUES** made payable to **McKercher LLP**.
- Reference the Invoice Number and return with this Remittance Advice.

**CREDIT CARD** payments using Master Card, Visa or American Express.
- Call (306) 664-1756 and speak with one of our accounting representatives or complete the following payment information and return it to our offices for processing.
- *EMAILING credit card information is PROHIBITED.*
  In order to protect the security of our client's financial data, McKercher LLP does not accept credit card information via email.

CARD TYPE          VISA ☐          MASTERCARD ☐          AMEX ☐

CARD NUMBER        _____

NAME OF CARDHOLDER (please print)   _____

EXPIRY DATE _____          AMOUNT _____

SIGNATURE _____

## PLEASE REMIT WITH CANADIAN FUNDS

A monthly late charge of 18% per annum will be applied to unpaid balance after 30 days.

<span style="color:red">EXHIBIT "4", PAGE 1</span>          **EXHIBIT 1023**

Attorney Eyes Only                                                        BH002948



# M<sup>C</sup>KERCHER LLP

#800 - 1801 Hamilton St.
Regina, SK S4P 4B4
(306)565-6500
accounting@mckercher.ca

To: Mr. Byron Horvath

> **Redacted**

**May 1, 2022**

Invoice Number: 317128

**Our File: 118432.2**

---

**RE: Parenting Issues**

| | | |
|---|---|---|
| Our Fee *(as per attached)* | | $27,825.50 |
| **Taxable Disbursements** | | |
| Courier | $21.00 | |
| | | 21.00 |
| | **Subtotal** | $27,846.50 |
| GST - 5.00% (# R122399868 ) | | 1,392.33 |
| PST - 6.00% | | 1,669.53 |
| **Non-Taxable Disbursements** | | |
| Queen's Bench Court | $20.00 | |
| | | 20.00 |
| **Total** | | $30,928.36 |

This is our Account, per:  _Roxanne S Ouellette_

A monthly late charge of 18% per annum will be applied to unpaid balance after 30 days.

EXHIBIT "4", PAGE 2

Attorney Eyes Only

BH002949

## M<sup>c</sup>KERCHER LLP

**FEES**

| | |
|---|---|
| March 11, 2022 | Attend to [Redacted] [Redacted] |
| March 11, 2022 | E-mail exchange with Byron Horvath re: [Redacted] [Redacted] |
| March 11, 2022 | Telephone attendance on Byron Horvath re: [Redacted] **Redacted** |
| March 11, 2022 | Research on [Redacted] **Redacted** |
| March 11, 2022 | Consultation with Brett Cavanaugh re: [Redacted] **Redacted** |
| March 11, 2022 | Telephone attendance on Michael Bawtinheimer, Superintendent CBSA at North Portal with Brett Cavanaugh re: [Redacted] **Redacted** |
| March 11, 2022 | E-mail to Byron Horvath re: [Redacted] **Redacted** |
| March 11, 2022 | Telephone attendance on Barry Graham, [Redacted] **Redacted** |
| March 11, 2022 | Telephone attendance on Port of Pimmida USA Customs and Border Agency re: [Redacted] **Redacted** |
| March 11, 2022 | E-mail to Byron Horvath re: [Redacted] **Redacted** |
| March 14, 2022 | Prepare information on issues with Haley Winter for parenting application |
| March 14, 2022 | Prepare letter to opposing counsel re: relocation of Isla Horvath and full objections to the same |

EXHIBIT "4", PAGE 3

Attorney Eyes Only

BH002950



## M<sup>c</sup>KERCHER LLP

| March 14, 2022 | Prepare letter to opposing counsel re: legal requirements for relocation and lack of consent to any relocation by Byron Horvath |
|---|---|
| March 14, 2022 | Telephone attendance on Byron Horvath re: Redacted **Redacted** |
| March 14, 2022 | Prepare final revisions to letter to Madlin Lucyk re: relocation of child requirements for notice |
| March 14, 2022 | E-mail to Byron Horvath re: **Redacted** |
| March 15, 2022 | E-mail from Byron Horvath re: **Redacted** |
| March 15, 2022 | Prepare final version of letter, execute, and to be sent as per approval from client |
| March 17, 2022 | E-mail exchange with Byron Horvath re: Redacted **Redacted** |
| March 17, 2022 | Review documents from client Redacted **Redacted** |
| March 17, 2022 | Telephone attendance on Byron Horvath re: Redacted **Redacted** |
| March 17, 2022 | Telephone attendance on Elise Winter sister of Haley Winter, left voicemail about calling, purpose to gather information for affidavits |
| March 17, 2022 | Prepare for application to court on parenting variation, moving primary residence and to supervised access |
| March 18, 2022 | Telephone attendance on Byron Horvath re: **Redacted** **Redacted** |
| March 18, 2022 | Prepare information for affidavits as received by email from Byron Horvath |
| March 21, 2022 | Telephone attendance on Shawn Myler intelligence officer with CBSA re: Redacted **Redacted** |
| March 21, 2022 | Telephone attendance on Byron Horvath re: Redacted **Redacted** |
| March 21, 2022 | E-mail to Byron Horvath re: Redacted **Redacted** |

<span style="color:red">EXHIBIT "4", PAGE 4</span>

Attorney Eyes Only

BH002951

# M<sup>C</sup>KERCHER LLP

| | |
|---|---|
| March 21, 2022 | E-mail to Byron Horvath re: Redacted |
| March 21, 2022 | Prepare affidavit material regarding Redacted |
| March 21, 2022 | Telephone attendance Stefanie Vogt re Redacted |
| March 21, 2022 | Prepare Application Without Notice |
| March 22, 2022 | Prepare affidavit materials with information from Redacted |
| March 22, 2021 | Prepare application for variation of final order |
| March 22, 2022 | E-mail exchange with Byron Horvath and Stefanie Vogt re: Redacted |
| March 22, 2022 | Prepare materials on application for change of parenting due to Redacted |
| March 22, 2022 | Prepare draft affidavit of Byron Horvath re: Redacted |
| March 22, 2022 | Prepare application for variation of final order |
| March 23, 2022 | Prepare draft affidavit of Byron Horvath re: Redacted |
| March 24, 2022 | Prepare affidavit of Byron Horvath a Redacted |
| March 24, 2022 | Prepare skeleton of Byron Horvath's Affidavit |
| March 25, 2022 | Prepare final changes for structure and content of affidavit of Byron Horvath on all major issues for parenting application |
| March 25, 2022 | Prepare final changes to structure and information needed in affidavit of Donna Winter in support of parenting application |
| March 25, 2022 | E-mail exchange with Byron Horvath and Stefanie Vogt re: Redacted |
| March 25, 2022 | E-mail to Byron Horvath and Stefanie Vogt re: Redacted |
| March 25, 2022 | Prepare changes to structure and final review of affidavit of Elise Winter Redacted |

EXHIBIT "4", PAGE 5

Attorney Eyes Only                                                                                      BH002952

**M<sup>c</sup>KERCHER** LLP

| | |
|---|---|
| March 25, 2022 | Prepare affidavit of Sara Lawson from information and notes provided by client |
| March 25, 2022 | Prepare Affidavit of Elise Winter |
| March 25, 2022 | Prepare Affidavit of Brian Winter |
| March 25, 2022 | Prepare Affidavit of Donna Winter |
| March 28, 2022 | Prepare affidavit of Sara Lawson for application on parenting re: Redacted Redacted |
| March 28, 2022 | Prepare affidavit of Brian Winter re Redacted Redacted |
| March 28, 2022 | E-mail exchange with Byron Horvath re: Redacted Redacted |
| March 28, 2022 | Prepare affidavit of Stefanie Vogt Redacted Redacted |
| March 28, 2022 | E-mail from Elise Winter re: changes to affidavit for finalization |
| March 28, 2022 | Revise Affidavit of Brian Winter |
| March 28, 2022 | Revise affidavit of Elise Winter |
| March 29, 2022 | E-mail exchange with Byron Horvath and Stefanie Vogt re: Redacted Redacted |
| March 29, 2022 | Prepare information for revisions to affidavits from further changes and comments from clients |
| March 29, 2022 | Prepare with Zina Scott questions and details on affidavits and further information available on the social media accounts of the individuals |
| March 29, 2022 | Revise Byron Horvath Affidavit |
| March 29, 2022 | Revise Affidavit of Stefanie Vogt |
| March 29, 2022 | Prepare Affidavit of Sandra Horvath |
| March 29, 2022 | Prepare Application for Variation of Final Order |
| March 29, 2022 | Prepare Application Without Notice |
| March 30, 2022 | E-mail exchange with Byron Horvath re: Redacted Redacted |
| March 30, 2022 | Telephone attendance on Byron Horvath re: Redacted |

**EXHIBIT "4", PAGE 6**

Attorney Eyes Only

BH002953

# M<sup>c</sup>KERCHER LLP

| | **Redacted** |
|---|---|
| March 30, 2022 | Prepare changes and updates to affidavit of Elise Winter to have same sworn as soon as possible as per comments from client |
| March 30, 2022 | E-mail to Elise Winter re: swearing of affidavit, plans and ability to do so with changes to same |
| March 30, 2022 | Prepare changes to affidavit of Byron Horvath re: Redacted Redacted |
| March 30, 2022 | E-mail exchange with Byron Horvath re: Redacted Redacted |
| March 30, 2022 | Prepare revisions to affidavit of Elise Winter as per comments relayed through Byron Horvath |
| March 30, 2022 | E-mail exchange with Elise Winter re: revised affidavit for review and more changes to be made |
| March 30, 2022 | Prepare final changes to affidavit as per comments from Elise Winter re: same |
| March 30, 2022 | E-mail to Elise Winter re: final revised version of affidavit for her review and approval and to make arrangements to swear the same |
| March 30, 2022 | Revise Affidavit of Byron Horvath |
| March 31, 2022 | E-mail exchange with Byron Horvath and Stefanie Vogt re: Redacted Redacted |
| April 1, 2022 | Revise Affidavit of Byron Horvath |
| April 1, 2022 | Revise Affidavit of Stefanie Vogt |
| April 1, 2022 | Telephone from Sandra Horvath |
| April 4, 2022 | Prepare Affidavit of Wade Martin |
| April 4, 2022 | Revise Affidavit of Byron Horvath |
| April 4, 2022 | Revise Affidavit of Sara Lawson |
| April 4, 2022 | Review final changes for Byron Horvath and Stefanie Vogt Affidavits |
| April 4, 2022 | Revise Affidavit of Sandra Horvath |
| April 5, 2022 | Prepare with Zina Scott final details of affidavits and adjustments to same for finalization and swearing with review by client |
| April 5, 2022 | E-mail to client regarding final affidavit |

**EXHIBIT "4", PAGE 7**

                                                                                                BH002954

**MᶜKERCHER** LLP

| | |
|---|---|
| April 5, 2022 | Telephone to client regarding next steps |
| April 5, 2022 | E-mail exchange with Sandra Horvath to finalize affidavit |
| April 5, 2022 | Revise Affidavit of Sandra Horvath |
| April 5, 2022 | E-mail from Stefanie Vogt [Redacted] |
| April 6, 2022 | E-mail exchange with Byron Horvath re: [Redacted] |
| April 6, 2022 | Prepare affidavits and exhibits for swearing with Byron Horvath and Stefanie Vogt |
| April 6, 2022 | Prepare final review of affidavit of Sandra Horvath in preparation for swearing of same |
| April 6, 2022 | Prepare exhibits to affidavit of Byron Horvath |
| April 6, 2022 | Prepare affidavit of Byron Horvath to be sworn with review and determination of all exhibits |
| April 6, 2022 | E-mail exchange with Byron Horvath re: [Redacted] [Redacted] |
| April 6, 2022 | Prepare affidavit of Donna Winter with changes to same |
| April 6, 2022 | Attend to Byron Horvath and Stefanie Vogt re: [Redacted] |
| April 6, 2022 | E-mail from Sandra Horvath regarding [Redacted] |
| April 6, 2022 | Revise Affidavit of Sara Lawson |
| April 6, 2022 | E-mail to Sara Lawson regarding final Affidavit |
| April 7, 2022 | Prepare affidavits with exhibits to be ready to file and serve |
| April 7, 2022 | Prepare final version of affidavit of Donna Winter, revise affidavit of Brian Winter for review and approval |
| April 7, 2022 | E-mail to Donna and Brian Winter with Affidavits for review, approval and swearing |
| April 7, 2022 | E-mail exchange with Sandra Horvath regarding Affidavit |
| April 7, 2022 | Telephone from Sandra Horvath |
| April 7, 2022 | Revise Affidavit of Sandra Horvath |
| April 7, 2022 | E-mail exchange with Sara Lawson regarding Affidavit |
| April 7, 2022 | Revise Affidavit of Sara Lawson |
| April 8, 2022 | E-mail exchange with Sandra Horvath re: finalizing affidavit and |

**EXHIBIT "4", PAGE 8**

Attorney Eyes Only

BH002955

**MᶜKERCHER** LLP

|  |  |
|---|---|
|  | swearing of same |
| April 8, 2022 | E-mail exchange with Sara Lawson re: finalizing affidavit and swearing of same |
| April 8, 2022 | Prepare affidavits of Sara Lawson and Sandra Horvath to be sworn whether virtual or in person format |
| April 8, 2022 | E-mail from Sara Lawson |
| April 8, 2022 | E-mail to Sara Lawson |
| April 8, 2022 | Revise Affidavit of Sara Lawson |
| April 8, 2022 | E-mail exchange with Sandra Horvath |
| April 8, 2022 | E-mail exchange with Wade Martin regarding Affidavit |
| April 11, 2022 | E-mail exchange with Sara Lawson re: swearing affidavit and final exhibits |
| April 11, 2022 | E-mail exchange with Sara Lawson re: final documents for exhibits and swearing affidavit |
| April 11, 2022 | Prepare final changes and exhibits to affidavit of Sara Lawson as per documents provided for same |
| April 12, 2022 | Prepare final version of affidavit with exhibits to be sworn by Sara Lawson |
| April 12, 2022 | E-mail to Sara Lawson with meeting invite and instructions to virtually swear affidavit |
| April 12, 2022 | E-mail exchange with Stefanie Vogt re: _____Redacted_____ Redacted |
| April 12, 2022 | E-mail exchange Brian and Donna Winter re: swearing of affidavits and receiving sworn of same to file with application |
| April 12, 2022 | E-mail to Byron Horvath and Stefanie Vogt re: _____Redacted_____ Redacted |
| April 12, 2022 | E-mail exchange with Sara Lawson re: swearing affidavit with electronic signatures |
| April 12, 2022 | Attend to Sara Lawson re: swearing of affidavit for application on change of parenting |
| April 12, 2022 | E-mail to Wade Martin regarding affidavit |
| April 12, 2022 | E-mail exchange with Sandra Horvath regarding Affidavit and Exhibits |

**EXHIBIT "4", PAGE 9**

Attorney Eyes Only

BH002956

# M<sup>c</sup>KERCHER LLP

| April 12, 2022 | Revise Affidavit of Sandra Horvath |
| --- | --- |
| April 13, 2022 | E-mail exchange with Stefanie Vogt and Byron Horvath re: Redacted Redacted |
| April 13, 2022 | Attend at meeting with Sandra Horvath to swear Affidavit |
| April 14, 2022 | E-mail exchange with Stefanie Vogt and Byron Horvath re: Redacted **Redacted** |
| April 14, 2022 | Prepare all materials for filing of application without notice, including drafting and swearing of supplemental affidavit of Byron Horvath, application without notice, draft notice of application, order to be issued, and letter to Regina QB. |
| April 14, 2022 | E-mail to Stefanie Vogt and Byron Horvath re: Redacted **Redacted** |
| April 14, 2022 | Prepare all documents for virtual swearing of affidavits as required |
| April 14, 2022 | Telephone attendance on Curtis Pelzer of the Punnichy RCMP re: status of court orders, notification of various police services, numbers for CBSA and next steps. Confirmation that Redacted **Redacted** |
| April 14, 2022 | E-mail exchange with Regina deputy local registrar re: Redacted **Redacted** |
| April 14, 2022 | Prepare revisions to order as per fiat of Megaw J |
| April 14, 2022 | E-mail exchange with James Vogel re: he is counsel of record, there is no question of consent to service, providing a curtesy copy of the application without notice |
| April 14, 2022 | E-mail to Byron Horvath re: Redacted Redacted |
| April 14, 2022 | Telephone attendance on Byron Horvath re: Redacted Redacted |
| April 14, 2022 | E-mail exchange with deputy registrar of Regina QB re: issued order, Megaw J approved revisions and will send revised Fiat as well |
| April 14, 2022 | E-mail to client re: Redacted **Redacted** |
| April 14, 2022 | E-mail to opposing counsel re: issued order without notice and fiat to be provided, we expect her to abide by the same |

**EXHIBIT "4", PAGE 10**

Attorney Eyes Only

BH002957

**MᶜKERCHER** LLP

| | |
|---|---|
| April 14, 2022 | Telephone attendance on Staff Sargent Curtis Pelzer of Punnichy RCMP re: we have the court orders on parenting and Isla not leaving country, information and next steps |
| April 14, 2022 | E-mail to Curtis Pelzer of RCMP re: issued order on Isla Horvath |
| April 14, 2022 | Telephone attendance on Shawn Myler of CBSA re: flagged status and court order against Isla Horvath leaving the country |
| April 14, 2022 | Telephone attendance on US Customs and Border Services officer Lance Lupien re: possible child abduction, order child cannot leave Canada, can we provide the same |
| April 14, 2022 | E-mail to Lance Lupien of US Customs and Border Services re: court order and background on issue of fleeing Canada |
| April 14, 2022 | E-mail from Byron Horvath re: Redacted  Redacted |
| April 14, 2022 | Telephone attendance on Byron Horvath re: Redacted  Redacted |
| April 14, 2022 | E-mail exchange with Wade Martin regarding Affidavits |
| April 14, 2022 | Revise Affidavit of Wade Martin |
| April 17, 2022 | E-mail exchange Byron Horvath and Stefanie Vogt re: Redacted  Redacted |
| April 18, 2022 | E-mail exchange with Sara Lawson re: executed affidavit materials for records |
| April 18, 2022 | Prepare and review affidavit of Wade Martin in relation to letter from counsel for Amanda Brady and the issues of without prejudice portions |
| April 18, 2022 | E-mail exchange with Stefanie Vogt and Byron Horvath re: Redacted  Redacted |
| April 18, 2022 | E-mail exchange with Wade Martin regarding Affidavit |
| April 18, 2022 | Revise Wade Martin Affidavit |
| April 19, 2022 | E-mail exchange with Byron Horvath and Stefanie Vogt re: Redacted  Redacted |
| April 19, 2022 | E-mail to Wade Martin regarding Affidavit |

**EXHIBIT "4", PAGE 11**

Attorney Eyes Only

BH002958

# MᶜKERCHER LLP

| | |
|---|---|
| April 20, 2022 | E-mail exchange with Sara Lawson re: concerns about mentioning her cousin Christy Lawson and wants to keep her out of things if possible |
| April 20, 2022 | Prepare letter to Reg Sauer re: response to cease and desist letter on behalf of the Brady's on issues of the social media posts on them being in a cult |
| April 20, 2022 | E-mail exchange with client re: Redacted Redacted |
| April 20, 2022 | Prepare revisions to letter to Reg Sauer re: cease and desist |
| April 20, 2022 | E-mail to Byron Horvath re: Redacted Redacted |
| April 20, 2022 | Prepare research for brief |
| April 22, 2022 | Prepare final changes to Notice of Application on variation of order for hearing matter in full, based on fact child is already in care of our client |
| April 22, 2022 | Prepare draft Order for Notice of Application to vary final order |
| April 22, 2022 | Prepare all documents for service and confirm service by email and couriered physical copies for application to vary final order |
| April 22, 2022 | Prepare brief |
| April 27, 2022 | E-mail to client re: Redacted Redacted |
| April 29, 2022 | E-mail exchange with client re: Redacted Redacted |
| April 29, 2022 | Review information provided regarding Redacted Redacted |

**TOTAL FEES** $27,825.50

EXHIBIT "4", PAGE 12

Attorney Eyes Only

BH002959