

# M<sup>c</sup>KERCHER LLP

#20 - 1900 Hamilton St.
Regina, SK S4P 4B4
Phone # (306)565-6500
Fax # (306)565-6565
accounting@mckercher.ca

## REMITTANCE ADVICE

Mr. Byron Horvath

### Redacted

Date: September 12, 2022
Invoice No.: 322560
File Number: 118432.2/RSO
Client Number: 118432

GST NO.: R122399868

### INVOICE SUMMARY

| | |
|---|---:|
| Total Fees | $19,397.50 |
| Less Courtesy Discount | ($7,500.00) |
| | $11,897.50 |
| Total Non-taxable Disbursements | 95.00 |
| Total Taxable Disbursements | 7.00 |
| Total GST | 595.23 |
| Total PST | 713.85 |
| Total Fees Disbursements & Taxes: | $13,308.58 |
| Balance Forward From Previous Invoice(s) | 4,428.36 |
| Amount Owed | $17,736.94 |

## PAYMENTS CAN BE MADE USING:

**ONLINE BANKING** which is available with most major banks.
- Please use the Client Number above when setting up your payment.
- *PLEASE NOTE we cannot accept deposits into TRUST through online banking.*

**E-TRANSFERS** can be sent directly to accounting@mckercher.ca.
- Please use the Client Number above as the answer to the security question.
- Reference the Invoice Number in the message section of the transfer notification.

**CHEQUES** made payable to **McKercher LLP**.
- Reference the Invoice Number and return with this Remittance Advice.

**CREDIT CARD** payments using Master Card, Visa or American Express.
- Call (306) 664-1756 and speak with one of our accounting representatives or complete the following payment information and return it to our offices for processing.
- *EMAILING credit card information is PROHIBITED.*
  In order to protect the security of our client's financial data, McKercher LLP does not accept credit card information via email.

| | | | |
|---|---|---|---|
| CARD TYPE | VISA ☐ | MASTERCARD ☐ | AMEX ☐ |

CARD NUMBER _____

NAME OF CARDHOLDER (please print) _____

EXPIRY DATE _____    AMOUNT _____

SIGNATURE _____

A monthly late charge of 18% per annum will be applied to unpaid balance after 30 days.

<span style="color:red">EXHIBIT "5", PAGE 1</span>

## EXHIBIT 1037

Attorney Eyes Only

BH002960



# McKERCHER LLP

#800 - 1801 Hamilton St.
Regina, SK S4P 4B4
(306)565-6500
accounting@mckercher.ca

To: Mr. Byron Horvath

**Redacted**

**September 12, 2022**

Invoice Number: 322560

**Our File: 118432.2**

---

**RE: Parenting Issues**

| | |
|---|---:|
| Our Fee *(as per attached)* | $19,397.50 |
| Less Courtesy Discount | ($7,500.00) |
| NET Our Fee (as per attached) | $11,897.50 |

**Taxable Disbursements**

| | | |
|---|---:|---:|
| Courier | $7.00 | |
| | | 7.00 |
| | **Subtotal** | $11,904.50 |
| GST - 5.00% (# R122399868 ) | | 595.23 |
| PST - 6.00% | | 713.85 |

**Non-Taxable Disbursements**

| | | |
|---|---:|---:|
| Queen's Bench Court | $95.00 | |
| | | 95.00 |
| **Total** | | $13,308.58 |
| Balance forward from previous invoice(s) | | 4,428.36 |
| **Total due and owing** | | **$17,736.94** |

**This is our Account, per:**

*Roxanne S Ouellette*

A monthly late charge of 18% per annum will be applied to unpaid balance after 30 days.

EXHIBIT "5", PAGE 2

Attorney Eyes Only

BH002961

# M<sup>C</sup>KERCHER LLP

**FEES**

| | |
|---|---|
| May 1, 2022 | Prepare chambers application brief |
| May 3, 2022 | E-mail from Nychuk & Company re: reply affidavit of Haley Horvath |
| May 3, 2022 | Review reply affidavit of Haley Horvath for initial information and details to client |
| May 3, 2022 | E-mail to client re: Redacted Redacted |
| May 3, 2022 | Prepare Court Appearance Memo and letter to Regina QB re: requesting adjournment as reply materials late filed |
| May 4, 2022 | Prepare and finalize letter to Regina QB re: will be requesting an adjournment and appearance day memo |
| May 4, 2022 | E-mail exchange with Madlin Lucyk re: adjournment and parenting time pending the same |
| May 4, 2022 | Telephone attendance on Byron Horvath re: Redacted Redacted |
| May 4, 2022 | E-mail exchange with Madlin Lucyk re: parenting in the interim for adjournment to May 20 |
| May 4, 2022 | Prepare breakdown of all information and materials needed for response affidavits to Haley Horvath |
| May 4, 2022 | E-mail exchange with client re: Redacted Redacted |
| May 5, 2022 | E-mail exchange with Madlin Lucyk re: adjournment and interim parenting time |
| May 6, 2022 | Prepare for Regina QB Chambers argument re: contested adjournment and interim parenting time to be supervised |
| May 6, 2022 | Attend to Regina QB Chambers before Justice Brown for contested adjournment and parenting time in the interim |
| May 6, 2022 | E-mail reporting to client on Regina QB chambers |
| May 6, 2022 | Telephone attendance on client re: court appearance, what it means, proposal on parenting and next steps |
| May 6, 2022 | E-mail exchange with client re: Redacted Redacted |

**EXHIBIT "5", PAGE 3**

Attorney Eyes Only

BH002962

# M<sup>c</sup>KERCHER LLP

| | |
|---|---|
| May 6, 2022 | E-mail to opposing counsel on supervised parenting proposal |
| May 9, 2022 | E-mail exchange with client re: **Redacted** **Redacted** |
| May 10, 2022 | Review affidavit materials provided by Brian and Donna Winter to respond to the affidavit of Haley Horvath |
| May 10, 2022 | Prepare draft reply affidavit of Donna Winter |
| May 10, 2022 | Prepare draft reply affidavit of Brian Winter |
| May 10, 2022 | E-mail to Brian and Donna Winter draft reply affidavits for review and changes |
| May 10, 2022 | Letter from opposing counsel re: Isla has been taken out of homeschooling and they will challenge the lack of joint decision-making |
| May 10, 2022 | E-mail to Byron Horvath re: **Redacted** **Redacted** |
| May 10, 2022 | Prepare revisions to reply affidavit of Donna Winter as per comments |
| May 10, 2022 | Prepare revisions to the affidavit of Brian Winter as per comments |
| May 10, 2022 | Prepare draft reply affidavit of Byron Horvath |
| May 11, 2022 | Prepare and finalize affidavits of Donna and Brian Winter to be sworn |
| May 11, 2022 | E-mail to Donna and Brian Winter re: final affidavits with changes ready to be sworn |
| May 11, 2022 | Prepare draft reply affidavit of Byron Horvath |
| May 11, 2022 | E-mail exchange with client re **Redacted** **Redacted** |
| May 11, 2022 | Prepare changes to affidavit of Byron Horvath for review by client |
| May 11, 2022 | E-mail to client re **Redacted** |
| May 12, 2022 | Prepare affidavit materials for reply by Elise Winter based on initial information provided |
| May 12, 2022 | Prepare final sworn documents from Donna and Brian Winter for filing with the Court |
| May 12, 2022 | E-mail to Elise Winter re: affidavit to be sworn |
| May 12, 2022 | Prepare reply Affidavit of Elise Winter |

<span style="color:red">**EXHIBIT "5", PAGE 4**</span>

 BH002963

# M<sup>c</sup>KERCHER LLP

| | |
|---|---|
| May 13, 2022 | Review sworn affidavit received from Elise Winter |
| May 13, 2022 | Prepare revisions to reply affidavit of Byron Horvath as per comments from client |
| May 13, 2022 | E-mail exchange with client regarding Redacted Redacted |
| May 13, 2022 | Prepare court appearance memo for May 18 |
| May 13, 2022 | Prepare letter to Regina QB re: permission to appear in person |
| May 13, 2022 | E-mail exchange with Byron Horvath re: Redacted Redacted |
| May 13, 2022 | Review Redacted Redacted |
| May 13, 2022 | Prepare final adjustments to affidavit and the same to be executed |
| May 13, 2022 | Attend to client for execution of affidavit |
| May 13, 2022 | Prepare affidavit of Byron Horvath to be served and filed |
| May 13, 2022 | Prepare all documents for response on application to be served and filed |
| May 13, 2022 | Prepare Brief |
| May 16, 2022 | Prepare final revisions and changes to brief of law Redacted **Redacted** |
| May 16, 2022 | Prepare final review of brief and table of authorities |
| May 17, 2022 | Prepare argument for Regina QB Chambers on application to vary parenting |
| May 18, 2022 | Prepare for Regina QB Chambers, final changes to argument and preparation of documents for court |
| May 18, 2022 | Attend to Regina QB Chambers for argument on matter |
| May 18, 2022 | Prepare reporting email to client on Regina QB Chambers |
| May 22, 2022 | E-mail exchange with client on Redacted Redacted |
| May 22, 2022 | Telephone attendance on Kailin from Fort Qu'Appelle Ministry of Social Services re: allegations that have been made, context, background, and next steps in process |

**EXHIBIT "5", PAGE 5**

Attorney Eyes Only

# M<sup>C</sup>KERCHER LLP

| May 22, 2022 | Telephone attendance on client re: Redacted |
| | Redacted |
| May 23, 2022 | E-mail exchange with client re: Redacted |
| | Redacted |
| May 23, 2022 | Telephone attendance on Sheldon of Moose Jaw Police Service re: forensic interview with Isla, background and context of custody dispute, our concerns, next steps and information |
| May 23, 2022 | Telephone attendance on client re: Redacted |
| | Redacted |
| May 23, 2022 | E-mail exchange with client re: Redacted |
| | Redacted |
| May 25, 2022 | E-mail exchange with Jolene Lezon of QB Registrar's office re: providing Fiat of Justice Brown dated May 24, 2022 |
| May 25, 2022 | Review Fiat of Justice Brown on interim parenting changes |
| May 25, 2022 | Prepare breakdown and discussion of Order for client |
| May 25, 2022 | E-mail to client re: Fiat of Justice Brown on interim parenting changes |
| May 25, 2022 | E-mail exchange with clients re: Redacted |
| | Redacted |
| May 25, 2022 | Prepare draft order to be issued |
| May 25, 2022 | E-mail exchange with Madlin Lucyk re: facilitating implementation of Brown J fiat |
| May 25, 2022 | E-mail to client re: Redacted |
| | Redacted |
| May 25, 2022 | E-mail exchange with Madlin Lucyk re: draft order to be issued |
| May 26, 2022 | E-mail exchange with client on Redacted |
| | Redacted |
| May 26, 2022 | Prepare response to opposing counsel re: supervisors and parenting time and need for her client to engage on issues |
| May 26, 2022 | E-mail exchange with client re: Redacted |
| May 26, 2022 | Prepare and serve issued order on opposing counsel |
| May 26, 2022 | E-mail to client re: Redacted |

**EXHIBIT "5", PAGE 6**

Attorney Eyes Only                                                                BH002965

# M<sup>c</sup>KERCHER LLP

| | |
|---|---|
| May 27, 2022 | E-mail exchange with opposing counsel on supervisors and parenting time |
| May 27, 2022 | E-mail to client regarding Redacted Redacted |
| June 10, 2022 | Review letter from Regina QB re: pre-trial scheduling |
| June 10, 2022 | E-mail to client re: Redacted |
| June 14, 2022 | E-mail from client re: Redacted Redacted |
| June 14, 2022 | E-mail exchange with client re: Redacted |
| June 22, 2022 | E-mail exchange with client Redacted Redacted |
| June 24, 2022 | Prepare letter to Reginald Sauer as counsel to the Brady's in regards to allegations on family law proceedings and false allegations |
| June 24, 2022 | E-mail exchange with client re: Redacted Redacted |
| June 24, 2022 | Prepare and finalize letter to Reginald Sauer on issues of false allegations as per approval from client |
| June 27, 2022 | Attend to pre-trial scheduling, same set for November 2 |
| June 27, 2022 | E-mail to client re: Redacted |
| July 5, 2022 | E-mail exchange with client Redacted Redacted |
| July 6, 2022 | Telephone attendance on client re: Redacted Redacted |
| July 11, 2022 | Telephone attendance Ashley Myers, attorney in Jacksonville Florida re: Redacted Redacted |
| July 15, 2022 | E-mail exchange with Madlin Lucyk re: overnight parenting and supervisors, and legal requirement for Haley Winter to provide her new address |
| July 15, 2022 | E-mail to client re: Redacted Redacted |
| July 15, 2022 | E-mail to client re: Redacted Redacted |

EXHIBIT "5", PAGE 7

Attorney Eyes Only

BH002966

# M<sup>C</sup>KERCHER LLP

| | |
|---|---|
| July 15, 2022 | E-mail exchange with client Redacted Redacted |
| July 22, 2022 | E-mail exchange with client re: Redacted Redacted |
| July 22, 2022 | Prepare introduction email between Byron Horvath and Florida counsel Ashley Myers re: Redacted Redacted |
| August 9, 2022 | E-mail from client re: Redacted **Redacted** |
| August 15, 2022 | E-mail exchange with client re: Redacted Redacted |
| August 16, 2022 | Attend to virtual meeting with Byron Horvath, Stefanie Vogt, and Florida counsel Ashley Myers re: Redacted Redacted |
| August 16, 2022 | Prepare summary of call with Florida counsel, Redacted **Redacted** |
| August 16, 2022 | Telephone attendance on client re: Redacted **Redacted** |
| August 18, 2022 | E-mail exchange with client re: Redacted Redacted |
| August 18, 2022 | Prepare draft letter to opposing counsel on all current issues |
| August 18, 2022 | Prepare letter to opposing counsel with revisions on parenting, supervisors, and online harassment |
| August 19, 2022 | E-mail exchange with client re: Redacted Redacted |
| August 19, 2022 | Prepare revisions to letter to opposing counsel as per comments from client |
| August 19, 2022 | E-mail to client re: Redacted |
| August 19, 2022 | Prepare and finalize letter to opposing counsel as per comments and approval from client |
| August 22, 2022 | E-mail exchange with client re: Redacted |
| August 26, 2022 | E-mail exchange with Byron re: Redacted |

EXHIBIT "5", PAGE 8

Attorney Eyes Only

BH002967



## M<sup>c</sup>KERCHER LLP

| | Redacted |
|---|---|

| August 26, 2022 | E-mail exchange with client re: ___ Redacted ___<br>Redacted |
| August 26, 2022 | E-mail exchange with client re: ___ Redacted ___<br>Redacted |
| August 26, 2022 | Prepare response on Request for Production on the Florida matter and issues with privilege |
| August 26, 2022 | Telephone attendance on client re: ___ Redacted ___<br>Redacted |
| August 26, 2022 | Prepare timeline of matter and events to summarize proceedings,<br>Redacted |
| August 29, 2022 | E-mail exchange with client re ___ Redacted ___<br>Redacted |
| August 29, 2022 | Prepare timeline of events for Florida matter |
| August 30, 2022 | Prepare timeline of events and all documents with detailed email to Ashley Myers in regard to ___ Redacted ___ |

**TOTAL FEES** $19,397.50
*Less Courtesy Discount* ($7,500.00)

**NET TOTAL FEES** **$11,897.50**

EXHIBIT "5", PAGE 9

Attorney Eyes Only
BH002968