

# McKERCHER LLP

800 - 1801 Hamilton St.
Regina, SK S4P 4B4
Phone # (306)565-6500
Fax # (306)565-6565
accounting@mckercher.ca

## REMITTANCE ADVICE

Mr. Byron Horvath

**Redacted**

Date: November 7, 2022
Invoice No.: 325331
File Number: 118432.2/RSO
Client Number: 118432

GST NO.: R122399868

### INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $15,682.50 |
| Total Taxable Disbursements | 7.00 |
| Total GST | 784.48 |
| Total PST | 940.95 |
| Total Fees Disbursements & Taxes: | $17,414.93 |

## PAYMENTS CAN BE MADE USING:

**ONLINE BANKING** which is available with most major banks.
- Please use the Client Number above when setting up your payment.
- *PLEASE NOTE we cannot accept deposits into TRUST through online banking.*

**E-TRANSFERS** can be sent directly to accounting@mckercher.ca.
- Please use the Client Number above as the answer to the security question.
- Reference the Invoice Number in the message section of the transfer notification.

**CHEQUES** made payable to **McKercher LLP**.
- Reference the Invoice Number and return with this Remittance Advice.

**CREDIT CARD** payments using Master Card, Visa or American Express.
- Call (306) 664-1756 and speak with one of our accounting representatives or complete the following payment information and return it to our offices for processing.
- *EMAILING credit card information is PROHIBITED.*
  In order to protect the security of our client's financial data, McKercher LLP does not accept credit card information via email.

| | | | |
|---|---|---|---|
| CARD TYPE | VISA ☐ | MASTERCARD ☐ | AMEX ☐ |

CARD NUMBER _____

NAME OF CARDHOLDER (please print) _____

EXPIRY DATE _____  AMOUNT _____

SIGNATURE _____

## PLEASE REMIT WITH CANADIAN FUNDS

A monthly late charge of 18% per annum will be applied to unpaid balance after 30 days.

EXHIBIT "6", PAGE 1

## EXHIBIT 1048

Attorney Eyes Only

BH002936



# MᶜKERCHER LLP

#800 - 1801 Hamilton St.
Regina, SK S4P 4B4
(306)565-6500
accounting@mckercher.ca

**November 7, 2022**

**To:** Mr. Byron Horvath

> **Redacted**

Invoice Number: 325331

**Our File: 118432.2**

---

**RE: Parenting Issues**

| | | |
|---|---|---|
| Our Fee *(as per attached)* | | $15,682.50 |

**Taxable Disbursements**

| | | |
|---|---|---|
| Courier | $7.00 | |
| | | 7.00 |
| | **Subtotal** | $15,689.50 |
| GST - 5.00% (# R122399868 ) | | 784.48 |
| PST - 6.00% | | 940.95 |
| **Total** | | $17,414.93 |

This is our Account, per:

_Roxanne S Ouellette_

A monthly late charge of 18% per annum will be applied to unpaid balance after 30 days.

EXHIBIT "6", PAGE 2

Attorney Eyes Only                                                                                        BH002937



# M<sup>c</sup>KERCHER LLP

**FEES**

| | |
|---|---|
| September 1, 2022 | E-mail exchange re: Redacted Redacted |
| September 1, 2022 | Prepare letter to opposing counsel re: Redacted Redacted |
| September 2, 2022 | Prepare letter to opposing counsel re: Redacted Redacted |
| September 2, 2022 | E-mail from client Redacted |
| September 2, 2022 | Prepare final revision to letter as per client and have same sent out |
| September 7, 2022 | E-mail exchange with client re: Redacted Redacted |
| September 9, 2022 | E-mail from client re: Redacted Redacted |
| September 9, 2022 | E-mail exchange with client re: Redacted Redacted |
| September 19, 2022 | E-mail from client re: Redacted Redacted |
| September 26, 2022 | E-mail exchange with client re: Redacted Redacted |
| September 27, 2022 | E-mail exchange with Ashley Myers, Florida counsel re: Redacted Redacted |
| September 27, 2022 | Telephone attendance and preparation for same on Byron Horvath re: Redacted |
| September 29, 2022 | E-mail exchange with client re: Redacted Redacted |
| October 11, 2022 | Prepare for drafting of pre-trial breif with review of matter and Redacted |
| October 12, 2022 | E-mail exchange with client re: Redacted Redacted |

EXHIBIT "6", PAGE 3

Attorney Eyes Only

BH002938

# M<sup>C</sup>KERCHER LLP

| | |
|---|---|
| October 14, 2022 | Prepare for pre-trial with review of positions and concerns from client for strategic implications on pre-trial |
| October 14, 2022 | E-mail exchange with client re: **Redacted** — Redacted |
| October 16, 2022 | Prepare Pre-trial Brief |
| October 17, 2022 | E-mail exchange re: **Redacted** Redacted |
| October 18, 2022 | Prepare for deposition in Florida matter, questions and review |
| October 18, 2022 | E-mail exchange with client re: **Redacted** |
| October 19, 2022 | Prepare Pre-trial Brief of Law with tabs. |
| October 19, 2022 | Prepare review of pre-trial brief from **Redacted** Redacted |
| October 20, 2022 | Prepare summary of inconsistencies in **Redacted** **Redacted** |
| October 20, 2022 | Prepare draft of pre-trial brief on behalf of client |
| October 20, 2022 | Prepare final revisions to pre-trial brief on behalf of Byron Horvath |
| October 20, 2022 | E-mail to client re: **Redacted** |
| October 21, 2022 | Prepare revisions to pre-trial brief with information provided by client for same |
| October 21, 2022 | Prepare and finalize pre-trial brief to be served and filed |
| October 24, 2022 | E-mail exchange with client Redacted **Redacted** |
| October 24, 2022 | E-mail exchange with client re: **Redacted** Redacted |
| October 24, 2022 | Prepare email to client re: Redacted **Redacted** |
| October 24, 2022 | E-mail to client re: **Redacted** |
| October 24, 2022 | E-mail exchange **Redacted** **Redacted** |
| October 25, 2022 | Prepare for pre-trial with review of information on **Redacted** Redacted |
| October 26, 2022 | E-mail from client re: **Redacted** Redacted |

<span style="color:red">EXHIBIT "6", PAGE 4</span>

Attorney Eyes Only                    BH002939

# M<sup>c</sup>KERCHER LLP

| | |
|---|---|
| October 26, 2022 | E-mail exchange with client re: Redacted Redacted |
| October 26, 2022 | Prepare on law of Redacted Redacted |
| October 27, 2022 | Prepare for pre-trial and deposition information with review of Redacted |
| October 27, 2022 | E-mail exchange with client Redacted Redacted |
| October 28, 2022 | E-mail exchange with client regarding Redacted Redacted |
| October 31, 2022 | E-mail from client regarding Redacted Redacted |
| October 31, 2022 | E-mail exchange with Bev MacDonald Registrar of Regina KB, Madlin Lucyk and Haley Winter re: objections to withdrawal by counsel and readiness to proceed of now self-rep |
| October 31, 2022 | Prepare for pre-trial, review of documents needed for same, Redacted |
| November 1, 2022 | E-mail exchange with client re: Redacted Redacted |
| November 1, 2022 | Prepare for pre-tral, Redacted Redacted |
| November 1, 2022 | Prepare for pre-trial |
| November 1, 2022 | Prepare for pre-trial, review of pre-trial briefs for same |
| November 1, 2022 | E-mail exchange with client re: Redacted Redacted |
| November 2, 2022 | Begin review of background documents to prepare for mock questioning |
| November 2, 2022 | Prepare for pre-trial settlement conference, gather all documents needed for discussion and strategy |
| November 2, 2022 | Attend to pre-trial settlement conference before Justice MacMillan-Brown |
| November 3, 2022 | Prepare mock deposition questions |

EXHIBIT "6", PAGE 5

Attorney Eyes Only

BH002940

Case 1:25-cv-00297-JAO-RT    Document 136-6    Filed 07/20/26    Page 6 of 6
PageID.2720

To: Mr. Byron Horvath
Invoice Number: 325331
Our File: 118432.2
Page: 5 of 5



# M<sup>c</sup>KERCHER LLP

| | | |
|---|---|---|
| November 3, 2022 | Review of email from client re: | Redacted |
| | Redacted | |
| November 3, 2022 | E-mail exchange with Ashley Myers (Florida counsel) re: | Redacted |
| | Redacted | |
| November 3, 2022 | Prepare review of | Redacted |
| | Redacted | |
| November 3, 2022 | E-mail exchange with client re: | Redacted |
| | Redacted | |
| November 4, 2022 | Attend | Redacted |
| November 4, 2022 | E-mail exchange with Florida counsel, Ashley Myers re: | Redacted |
| | Redacted | |
| November 4, 2022 | Attend to | Redacted |
| November 4, 2022 | Prepare email to client | Redacted |
| | Redacted | |
| November 6, 2022 | E-mail exchange with client re: | Redacted |
| | Redacted | |

**TOTAL FEES**                      $15,682.50

EXHIBIT "6", PAGE 6

Attorney Eyes Only

BH002941