

## MᶜKERCHER LLP

1260 - 800 Hamilton St.
Regina, SK S4P 4B4
Phone # (306)565-6500
Fax # (306)565-6565
accounting@mckercher.ca

### REMITTANCE ADVICE

Mr. Byron Horvath

**Redacted**

Date: November 7, 2022
Invoice No.: 325331
File Number: 118432.2/RSO
Client Number: 118432

GST NO.: R122399868

INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $15,682.50 |
| Total Taxable Disbursements | 7.00 |
| Total GST | 784.48 |
| Total PST | 940.95 |
| Total Fees Disbursements & Taxes: | $17,414.93 |

### PAYMENTS CAN BE MADE USING:

**ONLINE BANKING** which is available with most major banks.
- Please use the Client Number above when setting up your payment.
- *PLEASE NOTE we cannot accept deposits into TRUST through online banking.*

**E-TRANSFERS** can be sent directly to accounting@mckercher.ca.
- Please use the Client Number above as the answer to the security question.
- Reference the Invoice Number in the message section of the transfer notification.

**CHEQUES** made payable to **McKercher LLP**.
- Reference the Invoice Number and return with this Remittance Advice.

**CREDIT CARD** payments using Master Card, Visa or American Express.
- Call (306) 664-1756 and speak with one of our accounting representatives or complete the following payment information and return it to our offices for processing.
- *EMAILING credit card information is PROHIBITED.*
  In order to protect the security of our client's financial data, McKercher LLP does not accept credit card information via email.

| CARD TYPE | VISA ☐ | MASTERCARD ☐ | AMEX ☐ |
|---|---|---|---|

CARD NUMBER _____

NAME OF CARDHOLDER (please print) _____

EXPIRY DATE _____    AMOUNT _____

SIGNATURE _____

### PLEASE REMIT WITH CANADIAN FUNDS

A monthly late charge of 18% per annum will be applied to unpaid balance after 30 days.

EXHIBIT "7", PAGE 1            **EXHIBIT 1049**

Attorney Eyes Only                                    BH002969



# MᶜKERCHER LLP

#800 - 1801 Hamilton St.
Regina, SK S4P 4B4
(306)565-6500
accounting@mckercher.ca

**November 7, 2022**

To: Mr. Byron Horvath

**Redacted**

Invoice Number: 325331

**Our File: 118432.2**

**RE: Parenting Issues**

| | |
|---|---:|
| Our Fee *(as per attached)* | $15,682.50 |

**Taxable Disbursements**

| | | |
|---|---:|---:|
| Courier | $7.00 | |
| | | 7.00 |
| **Subtotal** | | **$15,689.50** |
| GST - 5.00% (# R122399868 ) | | 784.48 |
| PST - 6.00% | | 940.95 |
| **Total** | | **$17,414.93** |

This is our Account, per:

_Roxanne S Ouellette_

A monthly late charge of 18% per annum will be applied to unpaid balance after 30 days.

EXHIBIT "7", PAGE 2

Attorney Eyes Only

BH002970



## M<sup>C</sup>KERCHER LLP

**FEES**

| | |
|---|---|
| September 1, 2022 | E-mail exchange re: _Redacted_ _Redacted_ |
| September 1, 2022 | Prepare letter to opposing counsel re: ongoing issues with supervisor for Haley Winter's parenting time |
| September 2, 2022 | Prepare letter to opposing counsel re: ongoing issues with parenting and supervisor |
| September 2, 2022 | E-mail from client _Redacted_ |
| September 2, 2022 | Prepare final revision to letter as per client and have same sent out |
| September 7, 2022 | E-mail exchange with client re: _Redacted_ _Redacted_ |
| September 9, 2022 | E-mail from client re: _Redacted_ _Redacted_ |
| September 9, 2022 | E-mail exchange with client re: _Redacted_ _Redacted_ |
| September 19, 2022 | E-mail from client re: _Redacted_ _Redacted_ |
| September 26, 2022 | E-mail exchange with client re: _Redacted_ _Redacted_ |
| September 27, 2022 | E-mail exchange with Ashley Myers, Florida counsel re: _Redacted_ _Redacted_ |
| September 27, 2022 | Telephone attendance and preparation for same on Byron Horvath re: _Redacted_ |
| September 29, 2022 | E-mail exchange with client re: _Redacted_ |

# Redacted

| | |
|---|---|
| October 11, 2022 | Prepare for drafting of pre-trial breif with review of matter and issues to be addressed, remedies, and information to include in updating the court on events since application in April 2022 for current Brown J. order |
| October 12, 2022 | E-mail exchange with client re: _Redacted_ _Redacted_ |

EXHIBIT "7", PAGE 3

Attorney Eyes Only                                                              BH002971

# M<sup>c</sup>KERCHER LLP

| | |
|---|---|
| October 14, 2022 | Prepare for pre-trial with review of positions and concerns from client Redacted |
| October 14, 2022 | E-mail exchange with client re: Redacted Redacted |
| October 16, 2022 | Prepare Pre-trial Brief |
| October 17, 2022 | E-mail exchange re: Redacted Redacted |
| October 18, 2022 | Prepare for deposition in Florida matter, questions and review |
| October 18, 2022 | E-mail exchange with client re: Redacted |
| October 19, 2022 | Prepare Pre-trial Brief of Law with tabs. |
| October 19, 2022 | Prepare review of pre-trial brief from Redacted Redacted |
| October 20, 2022 | Prepare summary Redacted Redacted |
| October 20, 2022 | Prepare draft of pre-trial brief on behalf of client |
| October 20, 2022 | Prepare final revisions to pre-trial brief on behalf of Byron Horvath |
| October 20, 2022 | E-mail to client re: Redacted |
| October 21, 2022 | Prepare revisions to pre-trial brief with information provided by client for same |
| October 21, 2022 | Prepare and finalize pre-trial brief to be served and filed |
| October 24, 2022 | E-mail exchange with client Redacted Redacted |
| October 24, 2022 | E-mail exchange with client re: Redacted Redacted |
| October 24, 2022 | Prepare email to client re: Redacted Redacted |
| October 24, 2022 | E-mail to client re: Redacted |
| October 24, 2022 | E-mail exchange Redacted Redacted |
| October 25, 2022 | Prepare for pre-trial with review of Redacted Redacted |
| October 26, 2022 | E-mail from client re: Redacted Redacted |

EXHIBIT "7", PAGE 4

Attorney Eyes Only

BH002972

# M<sup>c</sup>KERCHER LLP

| October 26, 2022 | E-mail exchange with client re: Redacted Redacted |
| --- | --- |
| October 26, 2022 | Prepare on law of Redacted Redacted |
| October 27, 2022 | Prepare for pre-trial and deposition information with review of Redacted |
| October 27, 2022 | E-mail exchange with client Redacted Redacted |
| October 28, 2022 | E-mail exchange with client regarding Redacted Redacted |
| October 31, 2022 | E-mail from client regarding Redacted Redacted |
| October 31, 2022 | E-mail exchange with Bev MacDonald Registrar of Regina KB, Madlin Lucyk and Haley Winter re: objections to withdrawal by counsel and readiness to proceed of now self-rep |
| October 31, 2022 | Prepare for pre-trial, review of documents needed for same, Redacted |
| November 1, 2022 | E-mail exchange with client re: Redacted Redacted |
| November 1, 2022 | Prepare for pre-tral, compile information Redacted Redacted |
| November 1, 2022 | Prepare for pre-trial |
| November 1, 2022 | Prepare for pre-trial, review of pre-trial briefs for same |
| November 1, 2022 | E-mail exchange with client re: Redacted Redacted |
| November 2, 2022 | Begin review of background documents to prepare for mock questioning |
| November 2, 2022 | Prepare for pre-trial settlement conference, gather all documents needed for discussion and strategy |
| November 2, 2022 | Attend to pre-trial settlement conference before Justice MacMillan-Brown |
| November 3, 2022 | Prepare mock deposition questions |

EXHIBIT "7", PAGE  5

Attorney Eyes Only



**M<sup>c</sup>KERCHER** LLP

| November 3, 2022 | Review of email from client re: Redacted Redacted |
| November 3, 2022 | E-mail exchange with Ashley Myers (Florida counsel) re: Redacted Redacted |
| November 3, 2022 | Prepare review of documents and communication with Florida counsel for preparation of Byron for deposition |
| November 3, 2022 | E-mail exchange with client re: Redacted Redacted |
| November 4, 2022 | Attend Redacted |
| November 4, 2022 | E-mail exchange with Florida counsel, Ashley Myers re: Redacted **Redacted** |
| November 4, 2022 | Attend to Redacted |
| November 4, 2022 | Prepare email to client with Redacted Redacted |
| November 6, 2022 | E-mail exchange with client re: Redacted Redacted |

**TOTAL FEES**                                         $15,682.50

EXHIBIT "7", PAGE  6

Attorney Eyes Only