

**McKERCHER** LLP

#800 - 1801 Hamilton St.
Regina, SK S4P 4B4
Phone # (306)565-6500
Fax # (306)565-6565
accounting@mckercher.ca

## REMITTANCE ADVICE

Mr. Byron Horvath

**Redacted**

Date: December 6, 2022
Invoice No.: 326454
File Number: 118432.2/RSO
Client Number: 118432

GST NO.: R122399868

### INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $6,670.50 |
| Total Non-taxable Disbursements | 40.00 |
| Total GST | 333.53 |
| Total PST | 400.23 |
| Total Fees Disbursements & Taxes: | $7,444.26 |

### PAYMENTS CAN BE MADE USING:

**ONLINE BANKING** which is available with most major banks.
- Please use the Client Number above when setting up your payment.
- *PLEASE NOTE we cannot accept deposits into TRUST through online banking.*

**E-TRANSFERS** can be sent directly to accounting@mckercher.ca.
- Please use the Client Number above as the answer to the security question.
- Reference the Invoice Number in the message section of the transfer notification.

**CHEQUES** made payable to **McKercher LLP**.
- Reference the Invoice Number and return with this Remittance Advice.

**CREDIT CARD** payments using Master Card, Visa or American Express.
- Call (306) 664-1756 and speak with one of our accounting representatives or complete the following payment information and return it to our offices for processing.
- *EMAILING credit card information is PROHIBITED.*
  In order to protect the security of our client's financial data, McKercher LLP does not accept credit card information via email.

CARD TYPE                VISA ☐        MASTERCARD ☐      AMEX ☐

CARD NUMBER              _____

NAME OF CARDHOLDER (please print)   _____

EXPIRY DATE _____    AMOUNT _____

SIGNATURE _____

### PLEASE REMIT WITH CANADIAN FUNDS

A monthly late charge of 18% per annum will be applied to unpaid balance after 30 days.

EXHIBIT "8", PAGE 1         **EXHIBIT 1059**

Attorney Eyes Only                                                          BH002908



**MᶜKERCHER** LLP

#800 - 1801 Hamilton St.
Regina, SK S4P 4B4
(306)565-6500
accounting@mckercher.ca

**December 6, 2022**

To: Mr. Byron Horvath

**Redacted**

Invoice Number: 326454

**Our File: 118432.2**

**RE: Parenting Issues**

| | | |
|---|---|---|
| Our Fee *(as per attached)* | | $6,670.50 |
| **Subtotal** | | $6,670.50 |
| GST - 5.00% (# R122399868 ) | | 333.53 |
| PST - 6.00% | | 400.23 |

**Non-Taxable Disbursements**

| | | |
|---|---|---|
| Queen's Bench Court | $40.00 | |
| | | 40.00 |
| **Total** | | **$7,444.26** |

This is our Account, per: _____

**Roxanne S Ouellette**

A monthly late charge of 18% per annum will be applied to unpaid balance after 30 days.

**EXHIBIT "8", PAGE 2**

Attorney Eyes Only

BH002909

# M<sup>C</sup>KERCHER LLP

---

## FEES

| | |
|---|---|
| November 7, 2022 | E-mail exchange with Ashley Myers re: **Redacted** **Redacted** |
| November 8, 2022 | E-mail exchange with client re: **Redacted** **Redacted** |
| November 8, 2022 | Prepare information on matter with review and **Redacted** **Redacted** |
| November 8, 2022 | E-mail from Regina KB re: conference call with Justice MacMillan follow up |
| November 8, 2022 | E-mail exchange with Regina KB re: conference call with MacMillan-Brown J. re pre-trial management conference call |
| November 8, 2022 | Telephone attendance on Regina KB registrar's office re: trial date scheduling, moving of conference call given potential for counsel opposite and establishing dates |
| November 10, 2022 | Attend to preparing affidavit of Byron Horvath regarding social media posts |
| November 10, 2022 | Telephone attendance on Byron Horvath re: **Redacted** **Redacted** |
| November 10, 2022 | Prepare application without notice on harassment under section 38 of the Children's Law Act |
| November 10, 2022 | E-mail to client re: **Redacted** **Redacted** |
| November 10, 2022 | Prepare letter to Regina KB re: application without notice |
| November 10, 2022 | Prepare revisions to finalize affidavit of Byron Horvath |
| November 10, 2022 | Prepare revisions and finalize application without notice to restrain harassment |
| November 10, 2022 | Prepare revisions and finalize letter to Regina KB for application without notice |
| November 10, 2022 | Attend to client re: **Redacted** |
| November 10, 2022 | Prepare and finalize affidavit and all materials to be filed |
| November 14, 2022 | Review Fiat of Justice Brown from November 10, sent by court on November 14 |

EXHIBIT "8", PAGE 3

Attorney Eyes Only

BH002910

# MᶜKERCHER LLP

| | |
|---|---|
| November 14, 2022 | E-mail to client re: **Redacted** Redacted |
| November 14, 2022 | Prepare order to be issued, notice of application, new draft order and letter to Regina KB for service and filing in accordance with Nov 10 Fiat of Brown J on restraining order |
| November 14, 2022 | Telephone attendance on Colleen Wagner of Regina KB re: setting matter for Chambers as unclear whether Brown J. remains seized of matter due to Fiat |
| November 14, 2022 | E-mail exchange with client re: Redacted Redacted |
| November 14, 2022 | E-mail exchange with client re: Redacted Redacted |
| November 14, 2022 | Prepare matter for November 16, new affidavit given issues of court order already being violated |
| November 14, 2022 | Prepare affidavit of Paris McIvor Redacted Redacted |
| November 15, 2022 | Prepare affidavit of Paris McIvor Redacted **Redacted** |
| November 16, 2022 | Prepare for hearing on restraining order |
| November 16, 2022 | Attend to Regina KB re: argument before Justice Brown on restraining order |
| November 16, 2022 | Prepare reporting email to client re: hearing on restraining order and next steps |
| November 17, 2022 | Review Redacted Redacted |
| November 17, 2022 | Prepare next steps in restraining order application Redacted **Redacted** |
| November 17, 2022 | E-mail exchange with client re: Redacted **Redacted** |
| November 21, 2022 | E-mail exchange with client re: Redacted **Redacted** |
| November 22, 2022 | Review documents received from new counsel for Haley Winter |

EXHIBIT "8", PAGE 4

Attorney Eyes Only

BH002911

# M<sup>c</sup>KERCHER LLP

| | |
|---|---|
| November 22, 2022 | E-mail exchange with Jane Basinski counsel for Haley Winter re: upcoming court matters and documents to allow matters to proceed smoothly |
| November 23, 2022 | Prepare for discussion with new opposing counsel to move matter forward in reasonable manner |
| November 23, 2022 | Prepare for Regina KB argument |
| November 23, 2022 | Attend to Regina KB re: argument on restraining order application |
| November 24, 2022 | Telephone attendance Justice MacMillan-Brown re: continuation of management portion of pre-trial |
| November 24, 2022 | E-mail exchange with opposing counsel re: interim parenting pending trial and discussion on same |
| November 24, 2022 | Telephone attendance on opposing counsel re: parenting issues and possibilities |

**TOTAL FEES**                                                                $6,670.50

EXHIBIT "8", PAGE 5

Attorney Eyes Only                                                         BH002912