

# M<sup>C</sup>KERCHER LLP

#800 - 1801 Hamilton St.
Regina, SK S4P 4B4
Phone # (306)565-6500
Fax # (306)565-6565
accounting@mckercher.ca

## REMITTANCE ADVICE

Mr. Byron Horvath

**Redacted**

Date: February 7, 2023
Invoice No.: 329584
File Number: 118432.2/RSO
Client Number: 118432

GST NO.: R122399868

### INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $6,780.50 |
| Less Courtesy Discount | ($1,250.00) |
| | $5,530.50 |
| Total GST | 276.53 |
| Total PST | 331.83 |
| Total Fees Disbursements & Taxes: | $6,138.86 |

## PAYMENTS CAN BE MADE USING:

**ONLINE BANKING** which is available with most major banks.
- Please use the Client Number above when setting up your payment.
- *PLEASE NOTE we cannot accept deposits into TRUST through online banking.*

**E-TRANSFERS** can be sent directly to accounting@mckercher.ca.
- Please use the Client Number above as the answer to the security question.
- Reference the Invoice Number in the message section of the transfer notification.

**CHEQUES** made payable to **McKercher LLP**.
- Reference the Invoice Number and return with this Remittance Advice.

**CREDIT CARD** payments using Master Card, Visa or American Express.
- Call (306) 664-1756 and speak with one of our accounting representatives or complete the following payment information and return it to our offices for processing.
- *EMAILING credit card information is PROHIBITED.*
  In order to protect the security of our client's financial data, McKercher LLP does not accept credit card information via email.

| | | | |
|---|---|---|---|
| CARD TYPE | VISA ☐ | MASTERCARD ☐ | AMEX ☐ |

CARD NUMBER _____

NAME OF CARDHOLDER (please print) _____

EXPIRY DATE _____    AMOUNT _____

SIGNATURE _____

## PLEASE REMIT WITH CANADIAN FUNDS

A monthly late charge of 18% per annum will be applied to unpaid balance after 30 days.

EXHIBIT "9", PAGE 1

# EXHIBIT 1078

Attorney Eyes Only

BH002913



# MᶜKERCHER LLP

#800 - 1801 Hamilton St.
Regina, SK S4P 4B4
(306)565-6500
accounting@mckercher.ca

To: Mr. Byron Horvath

**Redacted**

**February 7, 2023**

Invoice Number: 329584

**Our File: 118432.2**

---

**RE: Parenting Issues**

| | | |
|---|---|---:|
| Our Fee *(as per attached)* | | $6,780.50 |
| Less Courtesy Discount | | ($1,250.00) |
| NET Our Fee (as per attached) | | $5,530.50 |
| | **Subtotal** | $5,530.50 |
| GST - 5.00% (# R122399868 ) | | 276.53 |
| PST - 6.00% | | 331.83 |
| **Total** | | $6,138.86 |

This is our Account, per: _____

**Roxanne S Ouellette**

A monthly late charge of 18% per annum will be applied to unpaid balance after 30 days.

<span style="color:red">EXHIBIT "9", PAGE 2</span>

Attorney Eyes Only                                                                                            BH002914

# M<sup>c</sup>KERCHER LLP

## FEES

| | |
|---|---|
| December 3, 2022 | E-mail exchange with client re: Redacted |
| | **Redacted** |
| December 3, 2022 | E-mail exchange with client re: **Redacted** |
| | **Redacted** |
| December 5, 2022 | Prepare for judicial case conference confirmation of adjournment date and next steps with review of Fiat of Brown |
| December 7, 2022 | E-mail from client regarding **Redacted** |
| | **Redacted** |
| December 10, 2022 | E-mail to client regarding **Redacted** |
| | **Redacted** |
| December 12, 2022 | Review email from client **Redacted** |
| | **Redacted** |
| December 15, 2022 | Attend to discussion with Regina KB registrar re: oath to swear in witness for out of province hearings |
| December 16, 2022 | Prepare for Florida hearing details from Saskatchewan, email to Ashley Myers re: **Redacted** |
| | **Redacted** |
| December 19, 2022 | E-mail to client re: **Redacted** |
| | **Redacted** |
| December 19, 2022 | Prepare for Florida hearings, preparation as witness for the court, and review of evidence for Petitioner |
| December 19, 2022 | E-mail exchange with Ashley Myers and Florida counsel office re: |
| | **Redacted** |
| December 19, 2022 | Prepare for Florida hearings on injunction, review of Respondent evidence |
| December 19, 2022 | Telephone attendance on client re: **Redacted** |
| | **Redacted** |
| December 21, 2022 | E-mail exchange with opposing counsel re: Christmas parenting time |
| December 22, 2022 | Telephone attendance on Justice MacMillan-Brown re: management portion of pre-trial, discussion on parenting assessment being ordered, expert witnesses, costs and options |
| December 22, 2022 | Prepare review of Florida hearing material including deposition |

<span style="color:red">EXHIBIT "9", PAGE 3</span>

# M<sup>c</sup>KERCHER LLP

|  |  |
|---|---|
|  | transcript of Amanda Brady for hearing now scheduled January 17 |
| December 22, 2022 | Prepare draft response on Christmas parenting issues |
| December 23, 2022 | E-mail exchange with client re: Redacted |
| December 23, 2022 | E-mail exchange with opposing counsel re: Christmas parenting time |
| December 23, 2022 | Attend to emails with client re: Redacted **Redacted** |
| December 23, 2022 | E-mail exchange with opposing counsel re: details and times for exchanges on Christmas access |
| December 28, 2022 | Review of matter in relation to Redacted Redacted |
| December 28, 2022 | Prepare response to Byron Horvath re: Redacted **Redacted** |
| January 4, 2023 | Review Redacted Redacted |
| January 6, 2023 | Prepare potential experts Redacted Redacted |
| January 6, 2023 | E-mail to client re: Redacted **Redacted** |
| January 6, 2023 | E-mail to Jane Basinski re: Redacted **Redacted** |
| January 6, 2023 | Telephone attendance on client re: Redacted Redacted |
| January 6, 2023 | Review court documents served by Liana Shanti |
| January 9, 2023 | Prepare for drafting Redacted **Redacted** |
| January 10, 2023 | E-mail from Amanda Myers re: Redacted Redacted |
| January 11, 2023 | E-mail exchange with Ashley Myers and Byron Horvath re: Redacted **Redacted** |
| January 12, 2023 | Prepare a draft Redacted **Redacted** |

EXHIBIT "9", PAGE 4

Attorney Eyes Only

BH002916



# McKERCHER LLP

| | |
|---|---|
| January 12, 2023 | E-mail exchange with opposing counsel re: supervisors and potential assessors |
| January 12, 2023 | E-mail to client re: Redacted Redacted |
| January 12, 2023 | Review Redacted **Redacted** |
| January 12, 2023 | E-mail exchange with client re: Redacted **Redacted** |
| January 12, 2023 | Prepare draft restraining order to be issued on continuation of Brown J Nov 10 order on issue from Flyleaf |
| January 13, 2023 | E-mail from Ashley Myers on full release from Amanda Brady as part of settlement on injunction in light of civil claim by Liana Shanti |
| January 13, 2023 | Prepare order to be issued |
| January 13, 2023 | E-mail to opposing counsel re: order to be issued |
| January 13, 2023 | E-mail to client re: Redacted **Redacted** |
| January 16, 2023 | Prepare draft Redacted **Redacted** |
| January 17, 2023 | E-mail from Ashley Myers re: Redacted Redacted |
| January 18, 2023 | E-mail exchange re: response to complaint in Hawaii brought by Liana Shanti |
| January 20, 2023 | E-mail to client re: Redacted **Redacted** |
| January 23, 2023 | E-mail exchange with client re: Redacted Redacted |
| January 23, 2023 | E-mail exchange with opposing counsel re: proposed supervisor and assessor |

| | |
|---|---|
| **TOTAL FEES** | $6,780.50 |
| *Less Courtesy Discount* | ($1,250.00) |
| **NET TOTAL FEES** | **$5,530.50** |

EXHIBIT "9", PAGE 5

Attorney Eyes Only