

**MᶜKERCHER LLP**

#800 - 1801 Hamilton St.
Regina, SK S4P 4B4
Phone # (306)565-6500
Fax # (306)565-6565
accounting@mckercher.ca

## REMITTANCE ADVICE

Mr. Byron Horvath

**Redacted**

Date: April 5, 2023
Invoice No.: 332269
File Number: 118432.2/RSO
Client Number: 118432

GST NO.: R122399868

### INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $1,987.50 |
| Total GST | 99.38 |
| Total PST | 119.25 |
| Total Fees Disbursements & Taxes: | $2,206.13 |

### PAYMENTS CAN BE MADE USING:

**ONLINE BANKING** which is available with most major banks.
- Please use the Client Number above when setting up your payment.
- *PLEASE NOTE we cannot accept deposits into TRUST through online banking.*

**E-TRANSFERS** can be sent directly to accounting@mckercher.ca.
- Please use the Client Number above as the answer to the security question.
- Reference the Invoice Number in the message section of the transfer notification.

**CHEQUES** made payable to **McKercher LLP**.
- Reference the Invoice Number and return with this Remittance Advice.

**CREDIT CARD** payments using Master Card, Visa or American Express.
- Call (306) 664-1756 and speak with one of our accounting representatives or complete the following payment information and return it to our offices for processing.
- *EMAILING credit card information is PROHIBITED.*
  In order to protect the security of our client's financial data, McKercher LLP does not accept credit card information via email.

CARD TYPE            VISA ☐        MASTERCARD ☐      AMEX ☐

CARD NUMBER          _____

NAME OF CARDHOLDER (please print)  _____

EXPIRY DATE _____    AMOUNT _____

SIGNATURE _____

### PLEASE REMIT WITH CANADIAN FUNDS

A monthly late charge of 18% per annum will be applied to unpaid balance after 30 days.

EXHIBIT "10", PAGE 1          **EXHIBIT 1082**

Attorney Eyes Only                    BH002918



# McKERCHER LLP

#800 - 1804 Hamilton St.
Regina, SK S4P 4B4
(306)565-6500
accounting@mckercher.ca

**April 5, 2023**

To: Mr. Byron Horvath

**Redacted**

Invoice Number: 332269

**Our File: 118432.2**

RE: Parenting Issues

| | | |
|---|---|---|
| Our Fee *(as per attached)* | | $1,987.50 |
| | Subtotal | $1,987.50 |
| GST - 5.00% (# R122399868 ) | | 99.38 |
| PST - 6.00% | | 119.25 |
| **Total** | | $2,206.13 |

This is our Account, per:

Roxanne S Ouellette

A monthly late charge of 18% per annum will be applied to unpaid balance after 30 days.

EXHIBIT "10", PAGE 2

Attorney Eyes Only

BH002919



## MCKERCHER LLP

**FEES**

| February 14, 2023 | E-mail exchange with client re: **Redacted** Redacted |
| February 27, 2023 | E-mail exchange re: Redacted **Redacted** |
| February 28, 2023 | Prepare tax letter |
| March 3, 2023 | E-mail to client re: Redacted **Redacted** |
| March 3, 2023 | E-mail exchange with Leanna Pickering and Jane Basinski re: trial dates |
| March 6, 2023 | E-mail exchange with client re: **Redacted** Redacted |
| March 6, 2023 | Review article Redacted Redacted |
| March 15, 2023 | E-mail exchange re: Redacted **Redacted** |
| March 15, 2023 | E-mail exchange with client re: **Redacted** Redacted |
| March 15, 2023 | Telephone attendance on client re: Redacted **Redacted** |
| March 15, 2023 | E-mail exchange local registrar re: trial dates |
| March 15, 2023 | E-mail to opposing counsel re: parenting assessment |
| March 15, 2023 | Prepare draft correspondence to Haley Winter Redacted **Redacted** |
| March 16, 2023 | E-mail to client re: Redacted |
| March 17, 2023 | E-mail exchange re: Redacted Redacted |
| March 20, 2023 | E-mail exchange re: Redacted **Redacted** |
| March 24, 2023 | E-mail exchange with client re: **Redacted** Redacted |

**EXHIBIT "10", PAGE 3**

Attorney Eyes Only

BH002920



# McKERCHER LLP

| March 24, 2023 | Telephone attendance on client re: **Redacted** **Redacted** |
| March 31, 2023 | E-mail exchange with client re: **Redacted** **Redacted** |
| April 4, 2023 | Review Notice of JCC and Fiat of Justice Brown served by opposing counsel |
| April 4, 2023 | E-mail to client re: **Redacted** **Redacted** |

**TOTAL FEES**          $1,987.50

EXHIBIT "10", PAGE 4

Attorney Eyes Only

BH002921