

# McKERCHER LLP

~~~~ - 18~~~~ St.
Regina, SK S4P 4B4
Phone # (306)565-6500
Fax # (306)565-6565
accounting@mckercher.ca

## REMITTANCE ADVICE

Mr. Byron Horvath

**Redacted**

Date: May 8, 2023
Invoice No.: 334171
File Number: 118432.2/RSO
Client Number: 118432

GST NO.: R122399868

### INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $1,425.00 |
| Total GST | 71.25 |
| Total PST | 85.50 |
| Total Fees Disbursements & Taxes: | $1,581.75 |
| Balance Forward From Previous Invoice(s) | 2,206.13 |
| Amount Owed | $3,787.88 |

### PAYMENTS CAN BE MADE USING:

**ONLINE BANKING** which is available with most major banks.
* Please use the Client Number above when setting up your payment.
* *PLEASE NOTE we cannot accept deposits into TRUST through online banking.*

**E-TRANSFERS** can be sent directly to accounting@mckercher.ca.
* Please use the Client Number above as the answer to the security question.
* Reference the Invoice Number in the message section of the transfer notification.

**CHEQUES** made payable to **McKercher LLP**.
* Reference the Invoice Number and return with this Remittance Advice.

**CREDIT CARD** payments using Master Card, Visa or American Express.
* Call (306) 664-1756 and speak with one of our accounting representatives or complete the following payment information and return it to our offices for processing.
* *EMAILING credit card information is PROHIBITED.*
  In order to protect the security of our client's financial data, McKercher LLP does not accept credit card information via email.

| | | | |
|---|---|---|---|
| CARD TYPE | VISA ☐ | MASTERCARD ☐ | AMEX ☐ |
| CARD NUMBER | | | |
| NAME OF CARDHOLDER (please print) | | | |

EXPIRY DATE _____    AMOUNT _____

SIGNATURE _____

## PLEASE REMIT WITH CANADIAN FUNDS

A monthly late charge of 18% per annum will be applied to unpaid balance after 30 days.

EXHIBIT "11", PAGE 1        **EXHIBIT 1091**

Attorney Eyes Only                                                    BH002975



# McKERCHER LLP

#900 - 1801 Hamilton St.
Regina, SK S4P 4B4
(306)565-6500
accounting@mckercher.ca

**May 8, 2023**

To: Mr. Byron Horvath

**Redacted**

Invoice Number: 334171

Our File: **118432.2**

RE: Parenting Issues

| | | |
|---|---|---|
| Our Fee *(as per attached)* | | $1,425.00 |
| | Subtotal | $1,425.00 |
| GST - 5.00% (# R122399868 ) | | 71.25 |
| PST - 6.00% | | 85.50 |
| **Total** | | $1,581.75 |
| Balance forward from previous invoice(s) | | 2,206.13 |
| **Total due and owing** | | **$3,787.88** |

This is our Account, per:

Roxanne S Ouellette

A monthly late charge of 18% per annum will be applied to unpaid balance after 30 days.

EXHIBIT "11", PAGE 2

Attorney Eyes Only

BH002976



# M<sup>C</sup>KERCHER LLP

**FEES**

| Date | Description |
|------|-------------|
| April 5, 2023 | Prepare for response on issue of **Redacted** |
| April 5, 2023 | E-mail exchange with client re: **Redacted** |
| April 12, 2023 | Prepare JCC appearance memo |
| April 13, 2023 | E-mail exchange with Carly Sigda of Regina KB re: JCC appearance and permission to appear by telephone |
| April 14, 2023 | Telephone attendance on Regina KB before Justice Baldwin for JCC |
| April 19, 2023 | Prepare review of **Redacted** |
| April 19, 2023 | E-mail exchange with client re: **Redacted** |
| April 20, 2023 | Prepare correspondence by email to client re: **Redacted** |
| April 26, 2023 | E-mail exchange with Jane Basinski re: requesting parenting times be discussed and agreed to pending chambers |
| April 26, 2023 | Review of **Redacted** |
| April 27, 2023 | Review articles on **Redacted** |
| April 27, 2023 | E-mail to client re: **Redacted** |
| May 1, 2023 | E-mail exchange re: **Redacted** |
| May 1, 2023 | E-mail exchange with client re: **Redacted** |
| May 3, 2023 | E-mail from client re: **Redacted** |

**TOTAL FEES**                                                                    $1,425.00

**EXHIBIT "11", PAGE 3**

Attorney Eyes Only                                                                    BH002977