

**M<sup>C</sup>KERCHER** LLP

#800 - 1801 Hamilton St.
Regina, SK S4P 4B4
Phone # (306)565-6500
Fax # (306)565-6565
accounting@mckercher.ca

## REMITTANCE ADVICE

Mr. Byron Horvath

**Redacted**

Date: July 10, 2023
Invoice No.: 337007
File Number: 118432.2/RSO
Client Number: 118432

GST NO.: R122399868

### INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $4,312.50 |
| Total Taxable Disbursements | 0.92 |
| Total GST | 215.68 |
| Total PST | 258.75 |
| Total Fees Disbursements & Taxes: | $4,787.85 |

## PAYMENTS CAN BE MADE USING:

**ONLINE BANKING** which is available with most major banks.
- Please use the Client Number above when setting up your payment.
- **PLEASE NOTE we cannot accept deposits into TRUST through online banking.**

**E-TRANSFERS** can be sent directly to accounting@mckercher.ca.
- Please use the Client Number above as the answer to the security question.
- Reference the Invoice Number in the message section of the transfer notification.

**CHEQUES** made payable to **McKercher LLP**.
- Reference the Invoice Number and return with this Remittance Advice.

**CREDIT CARD** payments using Master Card, Visa or American Express.
- Call (306) 664-1756 and speak with one of our accounting representatives or complete the following payment information and return it to our offices for processing.
- **EMAILING credit card information is PROHIBITED.**
  In order to protect the security of our client's financial data, McKercher LLP does not accept credit card information via email.

CARD TYPE                    VISA ☐         MASTERCARD ☐      AMEX ☐

CARD NUMBER                  _____

NAME OF CARDHOLDER (please print)  _____

EXPIRY DATE _____      AMOUNT _____

SIGNATURE _____

## PLEASE REMIT WITH CANADIAN FUNDS

A monthly late charge of 18% per annum will be applied to unpaid balance after 30 days.

EXHIBIT "12", PAGE 1         **EXHIBIT 1095**

Attorney Eyes Only                                    BH002866



# MᶜKERCHER LLP

#800 - 1801 Hamilton St.
Regina, SK S4P 4B4
(306)565-6500
accounting@mckercher.ca

**To:** Mr. Byron Horvath

**Redacted**

**July 10, 2023**

Invoice Number: 337007

**Our File: 118432.2**

**RE: Parenting Issues**

| | | |
|---|---|---|
| Our Fee *(as per attached)* | | $4,312.50 |
| **Taxable Disbursements** | | |
| Postage | $0.92 | |
| | | 0.92 |
| | **Subtotal** | $4,313.42 |
| GST - 5.00% (# R122399868 ) | | 215.68 |
| PST - 6.00% | | 258.75 |
| **Total** | | $4,787.85 |

This is our Account, per:

**Roxanne S Ouellette**

A monthly late charge of 18% per annum will be applied to unpaid balance after 30 days.

EXHIBIT "12", PAGE 2

Attorney Eyes Only

BH002867

# M<sup>c</sup>KERCHER LLP

**FEES**

| | |
|---|---|
| June 2, 2023 | E-mail exchange on new information from Hawaii court proceedings. **Redacted** |
| June 7, 2023 | E-mail exchange with opposing counsel re: service timelines and proceeding on June 21 |
| June 7, 2023 | Prepare review of all court documents and submissions to the Hawaii court and Redacted **Redacted** |
| June 8, 2023 | E-mail exchange with opposing counsel re: application materials |
| June 8, 2023 | Prepare initial review of file material |
| June 8, 2023 | E-mail to client re: Redacted **Redacted** |
| June 9, 2023 | E-mail exchange with client re: Redacted **Redacted** Redacted |
| June 9, 2023 | E-mail exchange with client re: **Redacted** Redacted |
| June 9, 2023 | Prepare for response to application to vary parenting with review of all materials filed and background information to incorporate into response |
| June 12, 2023 | Prepare for drafting of response materials with review of all documents related to court proceedings |
| June 13, 2023 | Prepare reminder to client re: **Redacted** Redacted |
| June 14, 2023 | Prepare for affidavits in response on matter with review of documents necessary for exhibits and evidence to the court on issues |
| June 16, 2023 | E-mail exchange with client re: Redacted **Redacted** |
| June 16, 2023 | E-mail exchange with opposing counsel re: reply materials and adjournment dates |
| June 16, 2023 | E-mail exchange with client re: Redacted **Redacted** |
| June 16, 2023 | E-mail exchange with opposing counsel re: adjournments and dates and issues with service timelines to have hearing occur on June 21 |

**EXHIBIT "12", PAGE 3**

Attorney Eyes Only

BH002868

# M<sup>C</sup>KERCHER LLP

as stated in JCC

| | |
|---|---|
| June 16, 2023 | Prepare letter to Regina KB re: requesting adjournment to July 14 and anticipate the same will be contested |
| June 16, 2023 | E-mail to client re: Redacted |
| June 16, 2023 | Prepare and finalize letter to Regina KB re: adjournment |
| June 16, 2023 | E-mail to opposing counsel re: we will not agree to conditions for consent to adjournment and have contacted the court to indicate we will be seeking the same |
| June 16, 2023 | E-mail exchange with client re: Redacted |
| June 19, 2023 | E-mail exchange with client re: Redacted |
| June 19, 2023 | Prepare materials and information for response on court application Redacted |
| June 20, 2023 | Prepare and finalize court appearance memo for same |
| June 20, 2023 | E-mail from client re: Redacted |
| June 21, 2023 | Attend to Regina KB Chambers before Megaw J re: adjournment and interim parenting pending same |
| June 21, 2023 | Prepare reporting email to client re: chambers on adjournment |
| June 22, 2023 | E-mail exchange with client re: Redacted |
| June 23, 2023 | E-mail exchange with client re: Redacted |
| June 23, 2023 | Prepare review of written legal response Redacted |
| June 23, 2023 | Review more information provided to Hawai'i prosecutor and Redacted |
| June 23, 2023 | E-mail exchange with client re: Redacted |

<span style="color:red">EXHIBIT "12", PAGE 4</span>

Attorney Eyes Only

BH002869

# M<sup>c</sup>KERCHER LLP

| | |
|---|---|
| June 23, 2023 | Telephone attendance on Jane Basinski re: filing timelines for matter as trying to schedule |
| June 27, 2023 | E-mail exchange with client re: Redacted |
| | Redacted |

**TOTAL FEES**                                                    $4,312.50

EXHIBIT "12", PAGE 5

Attorney Eyes Only                                                    BH002870