

# MCKERCHER LLP

#800 - 1801 Hamilton St.
Regina, SK S4P 4B4
Phone # (306)565-6500
Fax # (306)565-6565
accounting@mckercher.ca

## REMITTANCE ADVICE

Mr. Byron Horvath

**Redacted**

Date: August 2, 2023
Invoice No.: 338082
File Number: 118432.2/RSO
Client Number: 118432

GST NO.: R122399868

### INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $14,475.00 |
| Less Courtesy Discount | ($2,500.00) |
| | $11,975.00 |
| Total Non-taxable Disbursements | 20.00 |
| Total GST | 598.75 |
| Total PST | 718.50 |
| Total Fees Disbursements & Taxes: | $13,312.25 |
| Balance Forward From Previous Invoice(s) | 4,787.85 |
| Amount Owed | $18,100.10 |

## PAYMENTS CAN BE MADE USING:

**ONLINE BANKING** which is available with most major banks.
- Please use the <u>Client Number</u> above when setting up your payment.
- *PLEASE NOTE we cannot accept deposits into TRUST through online banking.*

**E-TRANSFERS** can be sent directly to accounting@mckercher.ca.
- Please use the <u>Client Number</u> above as the answer to the security question.
- Reference the <u>Invoice Number</u> in the message section of the transfer notification.

**CHEQUES** made payable to **McKercher LLP**.
- Reference the <u>Invoice Number</u> and return with this Remittance Advice.

**CREDIT CARD** payments using Master Card, Visa or American Express.
- Call (306) 664-1756 and speak with one of our accounting representatives or complete the following payment information and return it to our offices for processing.
- *EMAILING credit card information is PROHIBITED.*
  In order to protect the security of our client's financial data, McKercher LLP does not accept credit card information via email.

| | | | |
|---|---|---|---|
| CARD TYPE | VISA ☐ | MASTERCARD ☐ | AMEX ☐ |

CARD NUMBER _____

NAME OF CARDHOLDER (please print) _____

EXPIRY DATE _____    AMOUNT _____

SIGNATURE _____

## PLEASE REMIT WITH CANADIAN FUNDS

A monthly late charge of 18% per annum will be applied to unpaid balance after 30 days.

**EXHIBIT 1099**

Attorney Eyes Only                                                            BH002978



#800 - 1801 Hamilton St.
Regina, SK S4P 4B4
(306)565-6500
accounting@mckercher.ca

# M<sup>C</sup>KERCHER LLP

**To:** Mr. Byron Horvath

**Redacted**

**August 2, 2023**

Invoice Number: 338082

**Our File: 118432.2**

---

**RE: Parenting Issues**

| | | |
|---|---|---|
| Our Fee *(as per attached)* | | $14,475.00 |
| Less Courtesy Discount | | ($2,500.00) |
| | | |
| NET Our Fee (as per attached) | | $11,975.00 |
| | **Subtotal** | $11,975.00 |
| | | |
| GST - 5.00% (# R122399868 ) | | 598.75 |
| PST - 6.00% | | 718.50 |

**Non-Taxable Disbursements**

| | | |
|---|---|---|
| King's Bench Court | $20.00 | |
| | | 20.00 |
| **Total** | | $13,312.25 |
| Balance forward from previous invoice(s) | | 4,787.85 |
| **Total due and owing** | | **$18,100.10** |

**This is our Account, per:** _____

**Roxanne S Ouellette**

A monthly late charge of 18% per annum will be applied to unpaid balance after 30 days.

EXHIBIT "13", PAGE 2

Attorney Eyes Only

BH002979

# McKERCHER LLP

## FEES

| | |
|---|---|
| July 3, 2023 | Prepare initial draft of response affidavit of Byron Horvath |
| July 3, 2023 | Prepare draft affidavit of Sandra Horvath and provide the same for review |
| July 4, 2023 | Prepare exhibits and breakdown of documents to be included |
| July 4, 2023 | E-mail exchange with Sandra Horvath re: [ Redacted ] [ Redacted ] |
| July 5, 2023 | E-mails from client re: documents for exhibits |
| July 5, 2023 | E-mail to client re: touching base on changes and comments for affidavit |
| July 5, 2023 | Prepare information and documents for exhibits, what has previously being attached to affidavits and next steps |
| July 5, 2023 | E-mail exchange with client re: [ Redacted ] [ Redacted ] |
| July 5, 2023 | Prepare revisions to affidavit of Byron Horvath incorporating comments from client |
| July 6, 2023 | E-mail exchange with client re: [ Redacted ] [ Redacted ] |
| July 6, 2023 | Prepare exhibits, and details of same for affidavit as changes completed |
| July 6, 2023 | Prepare changes to affidavit of Byron Horvath in response |
| July 7, 2023 | Prepare final changes to affidavit and exhibits in relation to same [ Redacted ] [ Redacted ] |
| July 7, 2023 | Attend to virtual meeting with client to swear affidavit |
| July 7, 2023 | Prepare final exhibits for affidavit to be served and filed |
| July 10, 2023 | Prepare brief of law on application to vary interim parenting |
| July 11, 2023 | Prepare Chambers Brief |
| July 11, 2023 | Initial review of material provided by Haley Winter |
| July 11, 2023 | E-mail to client re: [ Redacted ] |
| July 12, 2023 | Prepare final revisions to Chambers Brief based on all affidavit evidence |

**EXHIBIT "13", PAGE 3**

Attorney Eyes Only

BH002980

# M<sup>c</sup>KERCHER LLP

| July 12, 2023 | Prepare reply to notice of objection to affidavit evidence |
|---|---|
| July 13, 2023 | Prepare argument for Regina KB Chambers |
| July 14, 2023 | Prepare for Regina KB argument |
| July 14, 2023 | Attend to Regina KB Chambers before Justice Turcotte for full argument on matter |
| July 18, 2023 | E-mail exchange with client re: Redacted |
| | Redacted |
| July 18, 2023 | Prepare draft correspondence to Redacted |
| | **Redacted** |
| July 18, 2023 | E-mail to Jane Basinski re: information for supervised parenting order, ideas, and issues with Haley requesting overnight parenting time this weekend |
| July 18, 2023 | Prepare and finalize email and letters to Hawaii prosecutor re: issues with abuse allegations and consent to post images and information related to Isla |
| July 18, 2023 | E-mail exchange with client re: Redacted |
| | **Redacted** |

| | |
|---|---|
| **TOTAL FEES** | $14,475.00 |
| *Less Courtesy Discount* | ($2,500.00) |
| **NET TOTAL FEES** | **$11,975.00** |

EXHIBIT "13", PAGE 4

Attorney Eyes Only

BH002981