

# MCKERCHER LLP

#800 - 1801 Hamilton St.
Regina, SK S4P 4B4
Phone # (306)565-6500
Fax # (306)565-6565
accounting@mckercher.ca

## REMITTANCE ADVICE

Mr. Byron Horvath

**Redacted**

Date: September 11, 2023
Invoice No.: 339955
File Number: 118432.2/RSO
Client Number: 118432

GST NO.: R122399868

### INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $3,412.50 |
| Total GST | 170.63 |
| Total PST | 204.75 |
| Total Fees Disbursements & Taxes: | $3,787.88 |
| Balance Forward From Previous Invoice(s) | 3,100.10 |
| Amount Owed | $6,887.98 |

## PAYMENTS CAN BE MADE USING:

**ONLINE BANKING** which is available with most major banks.
- Please use the <u>Client Number</u> above when setting up your payment.
- *PLEASE NOTE we cannot accept deposits into TRUST through online banking*.

**E-TRANSFERS** can be sent directly to accounting@mckercher.ca.
- Please use the <u>Client Number</u> above as the answer to the security question.
- Reference the <u>Invoice Number</u> in the message section of the transfer notification.

**CHEQUES** made payable to **McKercher LLP**.
- Reference the <u>Invoice Number</u> and return with this Remittance Advice.

**CREDIT CARD** payments using Master Card, Visa or American Express.
- Call (306) 664-1756 and speak with one of our accounting representatives or complete the following payment information and return it to our offices for processing.
- *EMAILING credit card information is PROHIBITED*.
  In order to protect the security of our client's financial data, McKercher LLP does not accept credit card information via email.

| | | | |
|---|---|---|---|
| CARD TYPE | VISA ☐ | MASTERCARD ☐ | AMEX ☐ |
| CARD NUMBER | _____ | | |
| NAME OF CARDHOLDER (please print) | _____ | | |
| EXPIRY DATE _____ | AMOUNT _____ | | |
| SIGNATURE _____ | | | |

## PLEASE REMIT WITH CANADIAN FUNDS

A monthly late charge of 18% per annum will be applied to unpaid balance after 30 days.

EXHIBIT "14", PAGE 1          **EXHIBIT 1105**

Attorney Eyes Only                                                                 BH002871



# MᶜKERCHER LLP

#800 - 1801 Hamilton St.
Regina, SK S4P 4B4
(306)565-6500
accounting@mckercher.ca

**September 11, 2023**

To: Mr. Byron Horvath

**Redacted**

Invoice Number: 339955

**Our File: 118432.2**

**RE: Parenting Issues**

| | | |
|---|---|---|
| Our Fee *(as per attached)* | | $3,412.50 |
| | **Subtotal** | $3,412.50 |
| GST - 5.00% (# R122399868 ) | | 170.63 |
| PST - 6.00% | | 204.75 |
| **Total** | | $3,787.88 |
| Balance forward from previous invoice(s) | | 3,100.10 |
| **Total due and owing** | | **$6,887.98** |

This is our Account, per: _____

Roxanne S Ouellette

A monthly late charge of 18% per annum will be applied to unpaid balance after 30 days.

EXHIBIT "14", PAGE 2

Attorney Eyes Only

BH002872

# M<sup>C</sup>KERCHER LLP

**FEES**

| Date | Description |
|---|---|
| August 2, 2023 | E-mail exchange with client re: Redacted **Redacted** Redacted |
| August 2, 2023 | Prepare to obtain information on counsel in Hawaii **Redacted** **Redacted** |
| August 3, 2023 | Review of documents Redacted Redacted **Redacted** |
| August 8, 2023 | E-mail from client re: Redacted **Redacted** Redacted |
| August 9, 2023 | E-mail exchange with client re: Redacted **Redacted** |
| August 9, 2023 | Prepare review of **Redacted** Redacted Redacted |
| August 14, 2023 | Prepare information Redacted **Redacted** |
| August 14, 2023 | E-mail exchange with client re: Redacted |
| August 14, 2023 | Prepare draft consent order on adjustments to supervised parenting |
| August 14, 2023 | Prepare review and revisions to draft order for client discussion |
| August 14, 2023 | E-mail to client re: Redacted |
| August 14, 2023 | E-mail exchange with Hawaii legal contacts re: **Redacted** Redacted |
| August 14, 2023 | E-mail to client re: **Redacted** Redacted |
| August 15, 2023 | E-mail exchange with client re: Redacted Redacted |
| August 20, 2023 | Telephone attendance on Louise Ing of Dentons Hawaii re: Redacted Redacted Redacted |
| August 20, 2023 | E-mail exchange with Louise Ing of Dentons Hawaii re: Redacted Redacted Redacted |

EXHIBIT "14", PAGE 3

Attorney Eyes Only

BH002873

# M<sup>C</sup>KERCHER LLP

| | |
|---|---|
| August 20, 2023 | E-mail to client re: Redacted<br>Redacted<br>Redacted |
| August 21, 2023 | E-mail to Lousie Ing re: Redacted<br>Redacted |
| August 21, 2023 | E-mail exchange client re: Redacted<br>Redacted<br>Redacted |
| August 21, 2023 | E-mail exchange client re: Redacted<br>Redacted |
| August 21, 2023 | E-mail exchange with Louise Ing, Hawaii counsel on Redacted<br>Redacted |
| August 21, 2023 | E-mail exchange with Jeffrey Portnoy re: extension on time to reply to requests for documents and to answer questions while retaining local counsel |
| August 22, 2023 | Prepare changes to draft consent order as per comments from client |
| August 22, 2023 | Prepare draft request to opposing counsel to initiate child support discussions and gathering income information for review by client |
| August 22, 2023 | E-mail to client re: Redacted<br>Redacted |
| August 24, 2023 | E-mail exchange with Louise Ing re: Redacted |
| August 24, 2023 | E-mail to client re: Redacted |
| August 24, 2023 | E-mail exchange with Louise Ing re: Redacted<br>Redacted |
| August 25, 2023 | Prepare revision to draft order on parenting as per comments from client |
| August 25, 2023 | E-mail exchange with client re: Redacted<br>Redacted<br>Redacted |
| August 25, 2023 | E-mail exchange with client re: Redacted<br>Redacted |
| August 25, 2023 | E-mail to opposing counsel re: child support and draft consent order for review |
| August 30, 2023 | E-mail exchange with client re: Redacted |
| August 30, 2023 | E-mail exchange with Shelby Wollman assistant to Jane Basinkski re: Redacted |

EXHIBIT "14", PAGE 4

**MᶜKERCHER** LLP

|  |  |
|---|---|
|  | **Redacted** |
| August 30, 2023 | Telephone attendance on client re: Redacted Redacted Redacted |
| August 30, 2023 | E-mail exchange with Lousie Ing, Byron Horvath, and Paula Haygarth re Redacted |
| August 31, 2023 | E-mail exchange with Shelby Wollbam from Scharfstein re: Redacted Redacted Redacted |
| August 31, 2023 | Prepare information on newly proposed supervisor from CanadianNanny.ca and page on same with qualifications |
| August 31, 2023 | E-mail to client re: **Redacted** Redacted |
| August 31, 2023 | E-mail exchange with all parties on Hawaii matter for discussions and overview of matter |

**TOTAL FEES**                                                   $3,412.50

EXHIBIT "14", PAGE 5

Attorney Eyes Only                                          BH002875