

**M<sup>C</sup>KERCHER** LLP

#900 - 1801 Hamilton St.
Regina, SK S4P 4B4
Phone # (306)565-6500
Fax # (306)565-6565
accounting@mckercher.ca

## REMITTANCE ADVICE

Mr. Byron Horvath

**Redacted**

Date: October 17, 2023
Invoice No.: 341823
File Number: 118432.2/RSO
Client Number: 118432

GST NO.: R122399868

### INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $7,912.50 |
| Total Taxable Disbursements | 0.92 |
| Total GST | 395.68 |
| Total PST | 474.75 |
| Total Fees Disbursements & Taxes: | $8,783.85 |

### PAYMENTS CAN BE MADE USING:

**ONLINE BANKING** which is available with most major banks.
- Please use the Client Number above when setting up your payment.
- *PLEASE NOTE we cannot accept deposits into TRUST through online banking*.

**E-TRANSFERS** can be sent directly to accounting@mckercher.ca.
- Please use the Client Number above as the answer to the security question.
- Reference the Invoice Number in the message section of the transfer notification.

**CHEQUES** made payable to **McKercher LLP**.
- Reference the Invoice Number and return with this Remittance Advice.

**CREDIT CARD** payments using Master Card, Visa or American Express.
- Call (306) 664-1756 and speak with one of our accounting representatives or complete the following payment information and return it to our offices for processing.
- *EMAILING credit card information is PROHIBITED*.
  In order to protect the security of our client's financial data, McKercher LLP does not accept credit card information via email.

CARD TYPE              VISA ☐          MASTERCARD ☐       AMEX ☐

CARD NUMBER            _____

NAME OF CARDHOLDER (please print)   _____

EXPIRY DATE _____     AMOUNT _____

SIGNATURE _____

### PLEASE REMIT WITH CANADIAN FUNDS

A monthly late charge of 18% per annum will be applied to unpaid balance after 30 days.

EXHIBIT "15", PAGE 1          **EXHIBIT 1110**

Attorney Eyes Only                                                    BH002982



# MᶜKERCHER LLP

#800 - 1801 Hamilton St.
Regina, SK S4P 4B4
(306)565-6500
accounting@mckercher.ca

**To:** Mr. Byron Horvath

## Redacted

**October 17, 2023**

Invoice Number: 341823

**Our File: 118432.2**

---

### RE: Parenting Issues

| | |
|---|---|
| Our Fee *(as per attached)* | $7,912.50 |

**Taxable Disbursements**

| | | |
|---|---|---|
| Postage | $0.92 | |
| | | 0.92 |
| | **Subtotal** | $7,913.42 |
| GST - 5.00% (# R122399868 ) | | 395.68 |
| PST - 6.00% | | 474.75 |
| **Total** | | $8,783.85 |

This is our Account, per: _____

Roxanne S Ouellette

A monthly late charge of 18% per annum will be applied to unpaid balance after 30 days.

EXHIBIT "15", PAGE 2

Attorney Eyes Only

BH002983

# M<sup>c</sup>KERCHER LLP

## FEES

| | |
|---|---|
| September 3, 2023 | Prepare for and attend to initial meeting with client and Lousie Ing **Redacted** |
| September 5, 2023 | E-mail exchange with Lousie Ing re: **Redacted** **Redacted** |
| September 8, 2023 | Prepare documents for counsel in Hawaii on issues |
| September 11, 2023 | E-mail exchange with Hawaii counsel and parties **Redacted** **Redacted** |
| September 13, 2023 | E-mail exchange with client re: **Redacted** **Redacted** |
| September 14, 2023 | Prepare documents and response information for Hawaii counsel |
| September 15, 2023 | E-mail exchange with Jane Basinski re: requests for parenting time |
| September 15, 2023 | E-mail exchange with client re: **Redacted** **Redacted** |
| September 15, 2023 | E-mail exchange with Jane Basinski re: response on parenting request and will need to discuss dates beyond this weekend upon return to the office |
| September 25, 2023 | E-mail exchange with client re: **Redacted** |
| September 25, 2023 | Prepare responses to interrogatories in Hawai'i matter |
| September 25, 2023 | Prepare documents for Hawaii counsel **Redacted** **Redacted** |
| September 26, 2023 | Prepare documents for Hawai'i **Redacted** |
| September 27, 2023 | Prepare all documents and information to provide to counsel in Hawai'i. |
| September 27, 2023 | Prepare documents and email to counsel in Hawai'i **Redacted** **Redacted** |
| September 29, 2023 | E-mail exchange with client re **Redacted** **Redacted** |

**TOTAL FEES**                                                        $7,912.50

EXHIBIT "15", PAGE 3

Attorney Eyes Only                                                        BH002984