

**MCKERCHER** LLP

#800 - 1900 Albert St.
Regina, SK S4P 4B4
Phone # (306)565-6500
Fax # (306)565-6565
accounting@mckercher.ca

## REMITTANCE ADVICE

Mr. Byron Horvath

**Redacted**

Date: November 8, 2023
Invoice No.: 343152
File Number: 118432.2/RSO
Client Number: 118432

GST NO.: R122399868

### INVOICE SUMMARY

| | |
|---|---|
| Total Fees | $6,487.50 |
| Total GST | 324.38 |
| Total PST | 389.25 |
| Total Fees Disbursements & Taxes: | $7,201.13 |
| Balance Forward From Previous Invoice(s) | 8,783.85 |
| Amount Owed | $15,984.98 |

### PAYMENTS CAN BE MADE USING:

**ONLINE BANKING** which is available with most major banks.
* Please use the Client Number above when setting up your payment.
* *PLEASE NOTE we cannot accept deposits into TRUST through online banking.*

**E-TRANSFERS** can be sent directly to accounting@mckercher.ca.
* Please use the Client Number above as the answer to the security question.
* Reference the Invoice Number in the message section of the transfer notification.

**CHEQUES** made payable to **McKercher L.L.P.**
* Reference the Invoice Number and return with this Remittance Advice.

**CREDIT CARD** payments using Master Card, Visa or American Express.
* Call (306) 664-1756 and speak with one of our accounting representatives or complete the following payment information and return it to our offices for processing.
* *EMAILING credit card information is PROHIBITED.*
  In order to protect the security of our client's financial data, McKercher LLP does not accept credit card information via email.

| | | | |
|---|---|---|---|
| CARD TYPE | VISA ☐ | MASTERCARD ☐ | AMEX ☐ |
| CARD NUMBER | | | |
| NAME OF CARDHOLDER (please print) | | | |
| EXPIRY DATE _____ | AMOUNT _____ | | |
| SIGNATURE _____ | | | |

### PLEASE REMIT WITH CANADIAN FUNDS

A monthly late charge of 18% per annum will be applied to unpaid balance after 30 days.

EXHIBIT "16", PAGE 1          **EXHIBIT 1111**

Attorney Eyes Only                                                                          BH002876



# McKERCHER LLP

0820 - 1894 Hamilton St.
Regina, SK S4P 4B4
(306)565-6500
accounting@mckercher.ca

November 8, 2023

To:  Mr. Byron Horvath

**Redacted**

Invoice Number: 343152

Our File: 118432.2

RE: Parenting Issues

| | | |
|---|---|---|
| Our Fee *(as per attached)* | | $6,487.50 |
| | Subtotal | $6,487.50 |
| GST - 5.00% (# R122399868 ) | | 324.38 |
| PST - 6.00% | | 389.25 |
| Total | | $7,201.13 |
| Balance forward from previous invoice(s) | | 8,783.85 |
| Total due and owing | | $15,984.98 |

This is our Account, per: _____
                              Roxanne S Ouellette

A monthly late charge of 18% per annum will be applied to unpaid balance after 30 days.

EXHIBIT "16", PAGE 2

Attorney Eyes Only

BH002877

# MᶜKERCHER LLP

**FEES**

| | |
|---|---|
| October 2, 2023 | Prepare review of emails and information on Hawai'i matter for any relevant details in current proceedings |
| October 4, 2023 | Prepare review of Hawai'i documents for any final details and issues on responses based on information provided |
| October 4, 2023 | E-mail exchange with client re: [Redacted] [Redacted] |
| October 4, 2023 | Prepare track changes to interrogatories as per comments from client for counsel in Hawaii |
| October 4, 2023 | E-mail exchange with Hawaii counsel re: [Redacted] [Redacted] |
| October 4, 2023 | E-mail to client re: [Redacted] [Redacted] [Redacted] |
| October 5, 2023 | Review response to document discovery demands in Hawai'i proceedings |
| October 5, 2023 | E-mail exchange with Hawai'i counsel re: [Redacted] [Redacted] [Redacted] |
| October 6, 2023 | E-mail exchange with Hawai'i counsel re: [Redacted] **Redacted** |
| October 12, 2023 | E-mail exchange with Hawai'i counsel re: [Redacted] [Redacted] |
| October 12, 2023 | Prepare responses to questions on documents and information from Hawai'i counsel for next stage of proceedings |
| October 12, 2023 | E-mail exchange with client re: [Redacted] [Redacted] |
| October 13, 2023 | Prepare responses to issues and questions from Louise Ing in Hawai'i on [Redacted] |
| October 16, 2023 | E-mail exchange with client re: [Redacted] [Redacted] |
| October 16, 2023 | E-mail exchange with client re: [Redacted] [Redacted] |

<span style="color:red">EXHIBIT "16", PAGE 3</span>

Attorney Eyes Only

BH002878

# M<sup>c</sup>KERCHER LLP

| | |
|---|---|
| October 17, 2023 | E-mail from client re: Redacted Redacted |
| October 24, 2023 | Prepare for trial, review of documents and issues for initial exhibit book and witness list |
| October 25, 2023 | Prepare for trial re: exhibit book structure and inclusions, overlapping areas and including exhibits only once |
| October 26, 2023 | E-mail to client re: Redacted Redacted |
| October 26, 2023 | E-mail exchange with opposing counsel re: request for overnight parenting and discussing with client |
| October 26, 2023 | E-mail exchange with Louise Ing, Hawaii counsel re: Redacted **Redacted** |
| October 27, 2023 | Prepare for trial and dates and issues with pulling matter together |
| October 27, 2023 | Prepare for trial, breakdown of legal test, case theory and potential witnesses and why, email same to client for discussion as initial preparation steps |
| October 31, 2023 | Prepare review of Redacted |
| October 31, 2023 | E-mail to client re: Redacted Redacted |
| October 31, 2023 | E-mail exchange with Regina KB Registrar re: trial judge would like conference call to discuss matter |
| October 31, 2023 | Prepare review of Pre-Trial Conference Report and need for later endorsement on court file based on notes in same re: parenting assessment |
| October 31, 2023 | E-mail to client on Redacted **Redacted** |
| October 31, 2023 | E-mail to Jane Basinski re: overnight parenting time and draft order for review |
| October 31, 2023 | Telephone attendance on Colleen Wagner of Regina KB re: scheduling of conference call with Justice Baldwin |
| November 2, 2023 | Prepare for trial, discussion with Joshwa Howie on conference call with judge, implications, anticipating direction and strategy, completing timelines and witness lists |

EXHIBIT "16", PAGE 4

Attorney Eyes Only



**M<sup>c</sup>KERCHER** LLP

| November 2, 2023 | E-mail exchange with client re: | **Redacted** |
| | **Redacted** | |
| November 3, 2023 | E-mail exchange with client re: | **Redacted** |
| | **Redacted** | |
| November 6, 2023 | Prepare review of documents provided by Hawai'i counsel for | |
| | **Redacted** | |
| November 6, 2023 | Prepare review of all documents provided by Hawai'i counsel for | |
| | **Redacted** | |

TOTAL FEES                                                      $6,487.50

EXHIBIT "16", PAGE 5

Attorney Eyes Only                                              BH002880