

# MᶜKERCHER LLP

#800 - 1801 Hamilton St.
Regina, SK S4P 4B4
Phone # (306)565-6500
Fax # (306)565-6565
accounting@mckercher.ca

## REMITTANCE ADVICE

Mr. Byron Horvath

**Redacted**

Date: December 19, 2023
Invoice No.: 345489
File Number: 118432.2/RSO
Client Number: 118432

GST NO.: R122399868

### INVOICE SUMMARY

| | |
|---|---:|
| Total Fees | $43,747.52 |
| Less Courtesy Discount | ($8,500.00) |
| | $35,247.52 |
| Total Non-taxable Disbursements | 20.00 |
| Total Taxable Disbursements | 569.20 |
| Total GST | 1,790.84 |
| Total PST | 2,114.85 |
| Total Fees Disbursements & Taxes: | $39,742.41 |
| Balance Forward From Previous Invoice(s) | 15,984.98 |
| Amount Owed | $55,727.39 |

## PAYMENTS CAN BE MADE USING:

**ONLINE BANKING** which is available with most major banks.
- Please use the Client Number above when setting up your payment.
- ***PLEASE NOTE we cannot accept deposits into TRUST through online banking.***

**E-TRANSFERS** can be sent directly to accounting@mckercher.ca.
- Please use the Client Number above as the answer to the security question.
- Reference the Invoice Number in the message section of the transfer notification.

**CHEQUES** made payable to **McKercher LLP**.
- Reference the Invoice Number and return with this Remittance Advice.

**CREDIT CARD** payments using Master Card, Visa or American Express.
- Call (306) 664-1756 and speak with one of our accounting representatives or complete the following payment information and return it to our offices for processing.
- ***EMAILING credit card information is PROHIBITED.***
  In order to protect the security of our client's financial data, McKercher LLP does not accept credit card information via email.

CARD TYPE                   VISA ☐        MASTERCARD ☐       AMEX ☐

CARD NUMBER                 _____

NAME OF CARDHOLDER (please print)   _____

EXPIRY DATE _____   AMOUNT _____

SIGNATURE _____

## PLEASE REMIT WITH CANADIAN FUNDS

A monthly late charge of 18% per annum will be applied to unpaid balance after 30 days.

EXHIBIT "17", PAGE 1        **EXHIBIT 1116**

Attorney Eyes Only                                                BH002881



# M<sup>C</sup>KERCHER LLP

#300 - 1801 Hamilton St.
Regina, SK S4P 4B4
(306)565-6500
accounting@mckercher.ca

To: Mr. Byron Horvath

**Redacted**

**December 19, 2023**

Invoice Number: 345489

**Our File: 118432.2**

RE: Parenting Issues

| | | |
|---|---|---|
| Our Fee *(as per attached)* | | $43,747.52 |
| Less Courtesy Discount | | ($8,500.00) |
| NET Our Fee (as per attached) | | $35,247.52 |

**Taxable Disbursements**

| | | |
|---|---|---|
| Electronic Research | $17.36 | |
| Witness Fees | $100.00 | |
| Postage | $21.34 | |
| Courier | $10.00 | |
| Sheriff / Process Server / Writs | $420.50 | |
| | | 569.20 |
| **Subtotal** | | $35,816.72 |
| GST - 5.00% (# R122399868 ) | | 1,790.84 |
| PST - 6.00% | | 2,114.85 |

**Non-Taxable Disbursements**

| | | |
|---|---|---|
| King's Bench Court | $20.00 | |
| | | 20.00 |
| **Total** | | $39,742.41 |
| Balance forward from previous invoice(s) | | 15,984.98 |
| **Total due and owing** | | **$55,727.39** |

This is our Account, per: 

**Roxanne S Ouellette**

A monthly late charge of 18% per annum will be applied to unpaid balance after 30 days.

EXHIBIT "17", PAGE 2

Attorney Eyes Only

BH002882

# MᶜKERCHER LLP

**FEES**

| | |
|---|---|
| November 7, 2023 | Prepare for trial management call with Justice Baldwin |
| November 7, 2023 | Attend to conference call on trial management with Justice Baldwin and Jane Basinski |
| November 7, 2023 | E-mail exchange with Jane Basinski re: draft order on parenting and issues with overnights and moving forward |
| November 7, 2023 | E-mail to client re: Redacted Redacted |
| November 8, 2023 | Prepare for trial, discussion with Madeline Bates on research regarding Redacted **Redacted** |
| November 8, 2023 | E-mail exchange with client re: Redacted **Redacted** |
| November 8, 2023 | Prepare for trial in relation to exhibit books and pleadings, information about potential use of Redacted **Redacted** |
| November 9, 2023 | Prepare for trial with discussion with Joshwa Howie, timeline and draft witness lists, preparation of questioning scripts based on witness information learned on trial management conference call |
| November 11, 2023 | Research Redacted Redacted |
| November 14, 2023 | Research case law regarding Redacted |
| November 14, 2023 | Trial preparation; drafting timeline and witness list |
| November 15, 2023 | Prepare memorandum regarding Redacted |
| November 15, 2023 | E-mail exchange with client re Redacted |
| November 16, 2023 | Prepare for trial, discussion with Joshwa Howie on current timelines and witness lists, pulling together of evidence and schedule |
| November 16, 2023 | Prepare for and attend to initial trial preparation call with Redacted **Redacted** |
| November 16, 2023 | Prepare and finalize subpoena for Travis Flahr Redacted **Redacted** |

EXHIBIT "17", PAGE 3

Attorney Eyes Only

# MᶜKERCHER LLP

| | |
|---|---|
| November 17, 2023 | Prepare for trial, exhibit book, documents still needed from client, and review of ☐ **Redacted** |
| November 19, 2023 | Prepare for trial with review of all evidence on ☐ **Redacted** **Redacted** |
| November 19, 2023 | Trial preparation; reviewing pleadings; preparing timeline and witness list |
| November 20, 2023 | Trial preparation; reviewing pleadings and preparing timeline and witness list; reviewing Affidavit of Byron Horvath sworn July 7, 2023; reviewing Affidavit of Haley Winter sworn July 11, 2023 |
| November 20, 2023 | E-mail exchange with Jane Basinski re: trial preparation and witness lists potential for settlement discussions |
| November 21, 2023 | Prepare for trial with review of all evidence on ☐ **Redacted** **Redacted** |
| November 21, 2023 | Review Affidavit of B. Horvath dated July 7, 2023; reviewing Affidavit of H. Winter; preparing Witness List and Timeline |
| November 21, 2023 | Prepare for trial, review of draft witness information and timelines |
| November 21, 2023 | Prepare for trial, ☐ **Redacted** **Redacted** |
| November 21, 2023 | Prepare for trial, review of timeline and witness list with Joshwa Howie, discuss basis for potential witnesses on both sides, timelines, and preparation of initial question script for examine in chief of Byron based on ☐ **Redacted** |
| November 21, 2023 | Prepare for trial with review and structure of witness list in light of trial strategy and case theory and legal tests |
| November 21, 2023 | Prepare draft settlement proposal in form of judgment based on client's comments and position |
| November 22, 2023 | E-mail exchange with Jane Basinski re: witness lists and timelines for trial |
| November 22, 2023 | Prepare final changes on settlement proposal judgment to discuss with client |
| November 22, 2023 | Prepare email to client re: draft settlement proposal judgment, language and questions about certain sections, basis for changes and proposed clauses |

**EXHIBIT "17", PAGE 4**

Attorney Eyes Only

BH002884

# McKERCHER LLP

| | |
|---|---|
| November 22, 2023 | Prepare for trial, **Redacted** **Redacted** |
| November 22, 2023 | Attend to telephone call with Travis Flahr **Redacted** **Redacted** |
| November 23, 2023 | Prepare for trial, review of rules to serve subpoenas, initial email to Sandra Horvath for **Redacted** |
| November 23, 2023 | Prepare for trial, engaging Elise Winter as a witness, **Redacted** **Redacted** |
| November 24, 2023 | E-mail exchange with Sandra Horvath re: **Redacted** **Redacted** |
| November 24, 2023 | E-mail exchange re: changes to draft Judgment for settlement proposal |
| November 24, 2023 | Prepare changes to draft judgment for settlement proposal as per comments from client |
| November 24, 2023 | E-mail exchange with client re: **Redacted** **Redacted** |
| November 24, 2023 | Prepare settlement proposal Judgment to provide to opposing counsel |
| November 24, 2023 | Prepare email to Jane Basinski re: settlement proposal and form of same for discussion and track changes |
| November 27, 2023 | Preparing B. Horvath Direct Examination |
| November 27, 2023 | E-mail exchange with Travis Flahr re: **Redacted** **Redacted** |
| November 27, 2023 | Prepare for trial, witness issues, scheduling to prep and next steps |
| November 27, 2023 | Prepare for trial with email to client regarding documents for exhibits, basis for need of same, and witness prep meetings |
| November 27, 2023 | Prepare for trial, witness follow up with Elise Winter re: **Redacted** **Redacted** |
| November 28, 2023 | Draft Byron Horvath direct examination |
| November 28, 2023 | Prepare for trial, final review of documents for Exhibit book as relates to **Redacted** **Redacted** |
| November 29, 2023 | Draft Byron Horvath's direct examination |
| November 29, 2023 | E-mail from Elise Winter re: **Redacted** |

**EXHIBIT "17", PAGE 5**

# M<sup>C</sup>KERCHER LLP

| | |
|---|---|
| November 29, 2023 | E-mail to client re: Redacted **Redacted** |
| November 29, 2023 | Prepare for trial with exhibit book, documents for exhibits, areas for same and issues to be addressed |
| November 29, 2023 | Prepare for trial, email exchanges with client, and Elise Winter on witness questions and exhibit books |
| November 29, 2023 | E-mail exchange with Jane Basinkski re: settlement discussions and possibility on same |
| November 30, 2023 | Prepare for questioning of Travis Flahr by Redacted **Redacted** |
| November 30, 2023 | Revise Direct Examination of B. Horvath; drafting E. Winter Direct Examination |
| November 30, 2023 | Prepare for trial, review of direct exam questions, discussion with Joshwa Howie on Redacted **Redacted** |
| November 30, 2023 | E-mail exchange with opposing counsel re: counter proposal and discussion on same |
| November 30, 2023 | Prepare initial review of counter proposal on settlement, email to client with initial issues raised and need to discuss, talking to opposing counsel on issues |
| November 30, 2023 | Telephone attendance on opposing counsel re: counter proposal and need for details |
| November 30, 2023 | Telephone attendance on client re: Redacted **Redacted** |
| November 30, 2023 | Prepare draft counter proposal as per discussions with client |
| November 30, 2023 | Prepare for trial, communication with witnesses and scheduling prep sessions, preparation of exhibit book and evidence to be included in the same |
| November 30, 2023 | E-mail to client re: Redacted |
| November 30, 2023 | Telephone attendance on client re: Redacted **Redacted** |
| November 30, 2023 | Prepare changes to counter proposal as per discussion with client and provide same to client for review |

EXHIBIT "17", PAGE 6

Attorney Eyes Only

BH002886

Case 1:25-cv-00297-JAO-RT    Document 136-17    Filed 07/20/26    Page 7 of 11
PageID.2772

To: Mr. Byron Horvath
Invoice Number: 345489
Our File: 118432.2
Page: 6 of 10

# M<sup>C</sup>KERCHER LLP

| | |
|---|---|
| November 30, 2023 | Telephone attendance on Justice Baldwin and Jane Basinkski re: conference call to discuss issues and procedure for trial commencing December 12 |
| December 1, 2023 | E-mail to client re: Redacted    **Redacted** |
| December 1, 2023 | Prepare for trial with witness information and exhibit book finalizing for evidence at trial |
| December 1, 2023 | E-mail exchange with opposing counsel re: Redacted **Redacted** |
| December 1, 2023 | Prepare for trial re: email exchange with opposing counsel on counter proposal |
| December 1, 2023 | Prepare for trial, questions for witnesses, exhibits and tie ins for same based on relevance and importance to case being put before the court |
| December 4, 2023 | Prepare Direct Examination of Elise Winter; revising Byron Horvath's Direct Examination Redacted **Redacted** |
| December 4, 2023 | Prepare for trial, review of exhibit book and details of same, documents to be included and adjusted for process |
| December 4, 2023 | Prepare for trial with email to client re: Redacted **Redacted** |
| December 4, 2023 | Prepare for trial with email to Travis Flahr **Redacted** Redacted |
| December 4, 2023 | E-mail exchange with clients Redacted **Redacted** |
| December 4, 2023 | Prepare for trial, review of strategic documents and questions for witness prep |
| December 5, 2023 | Prepare for trial by reviewing decisions of Justice M.A. Baldwin Redacted **Redacted** |
| December 5, 2023 | Prepare Haley Winter's cross examination |
| December 5, 2023 | Prepare for witness prep with Travis Flahr, **Redacted** Redacted |
| December 5, 2023 | E-mail to Jane Basinski re: settlement discussions and clarifying that we are waiting for all comments before responding |
| December 5, 2023 | E-mail to Jane Basinski re: further discussion on exhibit books as per conference call with Justice Baldwin |

EXHIBIT "17", PAGE 7

Attorney Eyes Only

# M<sup>C</sup>KERCHER LLP

| | |
|---|---|
| December 5, 2023 | Attend to witness preparation meeting with Travis Flahr |
| December 5, 2023 | Prepare for trial, questioning scripts for witnesses, cross-exam, potential blank base questions, and need to add in exhibits |
| December 5, 2023 | E-mail exchange with client re: [Redacted] Redacted |
| December 5, 2023 | Prepare for trial with review of [Redacted] **Redacted** |
| December 5, 2023 | Prepare for trial, witness cross-exam, revisions of questions for Travis Flahr in light of witness prep, and confirm exhibit book details |
| December 6, 2023 | Reviewing Haley Horvath's [Redacted] reviewing Haley Horvath's [Redacted] [Redacted] preparing Haley Horvath cross examination |
| December 6, 2023 | Prepare for trial, final review of questions on witness Travis Flahr |
| December 6, 2023 | Prepare for witness preparation meeting with Byron Horvath and Stefanie Horvath |
| December 6, 2023 | Prepare for trial with witness preparation sessions with Byron Horvath and Stefanie Horvath |
| December 6, 2023 | Prepare review of counter proposal judgment from opposing counsel. Email to client [Redacted] |
| December 6, 2023 | E-mail to client re: [Redacted] [Redacted] |
| December 6, 2023 | Prepare for trial review of [Redacted] **Redacted** |
| December 7, 2023 | Prepare for questioning of Sandra Horvath [Redacted] [Redacted] |
| December 7, 2023 | Reviewing [Redacted] preparing Haley Winter Cross Examination; revising Byron Horvath's Direct Examination to incorporate questions regarding Exhibits |
| December 7, 2023 | Prepare for trial with updates on questions for witnesses, how to cover same, [Redacted] and direction to take the same |
| December 7, 2023 | Telephone attendance on client re: [Redacted] Redacted |
| December 7, 2023 | Prepare revised counter proposal for review and approval by client |

EXHIBIT "17", PAGE 8

Attorney Eyes Only

BH002888

# M<sup>C</sup>KERCHER LLP

| | |
|---|---|
| December 7, 2023 | E-mail exchange with Elise Winter re: [Redacted] **Redacted** |
| December 7, 2023 | Telephone attendance on Leanna Pickering Local Registrar, left voicemail as witness contacted court and seems to have been told she can appear by WebEx, need to know basis and authority for same |
| December 7, 2023 | Prepare changes to revised counter proposal for review and approval by client based on comments received |
| December 7, 2023 | E-mail exchange with client re: [Redacted] **Redacted** |
| December 7, 2023 | E-mail exchange with client re: [Redacted] **Redacted** |
| December 7, 2023 | Prepare for trial, review of all prior sworn affidavits by client as preparation for exam in chief and details of prior statements |
| December 7, 2023 | E-mail from client re: confirmation draft judgment proposal approved as is and to send out |
| December 7, 2023 | Prepare email to opposing counsel with revised judgment, explanation of position on request for website removal being a line, and issues on parenting |
| December 7, 2023 | E-mail exchange with opposing counsel re: discussing proposed judgment, movement on parenting time and availability for telephone call to discuss |
| December 8, 2023 | Prepare for trial with review of pleadings and other client documents to develop script for questioning of Stefanie Horvath |
| December 8, 2023 | Reviewing Exhibit Book and revising Direct Examination of B. Horvath to incorporate questions regarding Exhibits |
| December 8, 2023 | Prepare for trial, review of questions for witness prep with Sandra Horvath |
| December 8, 2023 | Prepare for trial, review of final documents on [Redacted] **Redacted** |
| December 8, 2023 | Prepare for trial with witness prep session with Sandra Horvath |
| December 8, 2023 | Prepare for trial with review of all affidavits sworn in proceedings as prior statements on matter |
| December 8, 2023 | E-mail exchange with Jane Basinski re: status of settlement discussions and Haley Winter working so will review once completed |

EXHIBIT "17", PAGE 9

Attorney Eyes Only

BH002889

# M<sup>c</sup>KERCHER LLP

| December 8, 2023 | Prepare for trial and settlement discussions with Jane Basinski re: contents of the draft Judgment and potential changes to the same |
|---|---|
| December 9, 2023 | Prepare for trial with client [Redacted] **Redacted** |
| December 10, 2023 | Prepare for trial, emails with client on [Redacted] telephone attendance and communications with Jane Basinski on settlement, [**Redacted**] [Redacted] [Redacted] Review of affidavits and exhibits for prior statements and knowledge of evidence on matter to date for questioning of witnesses through trial |
| December 11, 2023 | Prepare for trial by drafting and finalizing script for questioning of Stefanie Horvath |
| December 11, 2023 | Prepare for trial with review of affidavits previously filed by all parties. Emails with client [Redacted] [**Redacted**] [Redacted] and email discussions with Jane Basinski. Telephone attendance on client [Redacted] [Redacted] |
| December 11, 2023 | Prepare for trial with review of affidavits, questions for witnesses, emails with Elise Winter and next steps in proceedings, telephone attendances on Jane Basinski and Byron Horvath in relation to proceedings. |
| December 11, 2023 | Prepare for trial, emails with Elise Winter, review of affidavits and questions and arranging witnesses |
| December 12, 2023 | Review [Redacted] **Redacted** |
| December 12, 2023 | Prepare for trial, day 1 and witnesses and documents for Court, opening statement |
| December 12, 2023 | Prepare for and attend to Regina KB for trial day 1, negotiations with opposing counsel and finalizing of terms for consent Judgment |
| December 12, 2023 | E-mail to witness Travis Flahr re: [Redacted] [Redacted] |
| December 12, 2023 | E-mail to Sandra Horvath re: [Redacted] [Redacted] |
| December 12, 2023 | E-mail to Elise Winter re: [Redacted] [Redacted] |

EXHIBIT "17", PAGE 10

Attorney Eyes Only                                                                 BH002890



# M<sup>c</sup>KERCHER LLP

| December 12, 2023 | E-mail exchange with client re: | Redacted |
|---|---|---|

**Redacted**

| | |
|---|---|
| **TOTAL FEES** | $43,747.52 |
| *Less Courtesy Discount* | ($8,500.00) |
| **NET TOTAL FEES** | **$35,247.52** |

EXHIBIT "17", PAGE 11

Attorney Eyes Only

BH002891