

**M<sup>c</sup>KERCHER** LLP

#800 - 1801 Hamilton St.
Regina, SK S4P 4B4
Phone # (306)565-6500
Fax # (306)565-6565
accounting@mckercher.ca

## REMITTANCE ADVICE

Mr. Byron Horvath

**Redacted**

Date: May 23, 2024
Invoice No.: 352992
File Number: 118432.2/RSO
Client Number: 118432

GST NO.: R122399868

### INVOICE SUMMARY

| | |
|---|---:|
| Total Fees | $21,192.00 |
| Less Courtesy Discount | ($5,000.00) |
| | $16,192.00 |
| Total Non-taxable Disbursements | 40.00 |
| Total Taxable Disbursements | 106.82 |
| Total GST | 814.94 |
| Total PST | 971.52 |
| Total Fees Disbursements & Taxes: | $18,125.28 |
| Balance Forward From Previous Invoice(s) | 40,727.39 |
| Amount Owed | $58,852.67 |

### PAYMENTS CAN BE MADE USING:

**ONLINE BANKING** which is available with most major banks.
- Please use the <u>Client Number</u> above when setting up your payment.
- *PLEASE NOTE we cannot accept deposits into TRUST through online banking.*

**E-TRANSFERS** can be sent directly to accounting@mckercher.ca.
- Please use the <u>Client Number</u> above as the answer to the security question.
- Reference the <u>Invoice Number</u> in the message section of the transfer notification.

**CHEQUES** made payable to **McKercher LLP**.
- Reference the <u>Invoice Number</u> and return with this Remittance Advice.

**CREDIT CARD** payments using Master Card, Visa or American Express.
- Call (306) 664-1756 and speak with one of our accounting representatives or complete the following payment information and return it to our offices for processing.
- *EMAILING credit card information is PROHIBITED.*
  In order to protect the security of our client's financial data, McKercher LLP does not accept credit card information via email.

CARD TYPE                VISA ☐        MASTERCARD ☐        AMEX ☐

CARD NUMBER              _____

NAME OF CARDHOLDER (please print)    _____

EXPIRY DATE _____        AMOUNT _____

SIGNATURE _____

### PLEASE REMIT WITH CANADIAN FUNDS

A monthly late charge of 18% per annum will be applied to unpaid balance after 30 days.

<span style="color:red">EXHIBIT "18", PAGE 1</span>        **EXHIBIT 1126**

Attorney Eyes Only

BH002892



# MCKERCHER LLP

#800 - 1801 Hamilton St.
Regina, SK S4P 4B4
(306)565-6500
accounting@mckercher.ca

**May 23, 2024**

To: Mr. Byron Horvath

> **Redacted**

Invoice Number: 352992

**Our File: 118432.2**

**RE: Parenting Issues**

| | | |
|---|---:|---:|
| Our Fee *(as per attached)* | | $21,192.00 |
| Less Courtesy Discount | | ($5,000.00) |
| NET Our Fee (as per attached) | | $16,192.00 |

**Taxable Disbursements**

| | | |
|---|---:|---:|
| Sheriff / Process Server / Writs | $105.90 | |
| Postage | $0.92 | |
| | | 106.82 |
| **Subtotal** | | $16,298.82 |
| GST - 5.00% (# R122399868 ) | | 814.94 |
| PST - 6.00% | | 971.52 |

**Non-Taxable Disbursements**

| | | |
|---|---:|---:|
| King's Bench Court | $40.00 | |
| | | 40.00 |
| **Total** | | $18,125.28 |
| Balance forward from previous invoice(s) | | 40,727.39 |
| **Total due and owing** | | **$58,852.67** |

**This is our Account, per:** _____

**Roxanne S Ouellette**

A monthly late charge of 18% per annum will be applied to unpaid balance after 30 days.

EXHIBIT "18", PAGE 2

Attorney Eyes Only

BH002893

# M<sup>C</sup>KERCHER LLP

**FEES**

| | |
|---|---|
| December 13, 2023 | Telephone attendance on Stefanie Vogt re: Redacted **Redacted** |
| December 13, 2023 | Review of posts made by Liana Shanti Redacted Redacted |
| December 13, 2023 | E-mail to Jane Basinski re: Redacted **Redacted** |
| December 13, 2023 | E-mail exchange with client Redacted **Redacted** |
| December 13, 2023 | Telephone attendance on Jane Basinski re: Redacted **Redacted** |
| December 14, 2023 | Prepare review of Redacted with Haley Winter Redacted **Redacted** |
| December 14, 2023 | E-mail exchange with client on Redacted **Redacted** |
| December 15, 2023 | Prepare for call with client on Redacted **Redacted** |
| December 15, 2023 | Telephone attendance on client re: Redacted **Redacted** |
| December 15, 2023 | Prepare application for contempt and to vacate judgment, issues and approach on same |
| December 18, 2023 | E-mail exchange with client re: Redacted Redacted |
| December 18, 2023 | Prepare review of Redacted **Redacted** |
| December 18, 2023 | Prepare application for contempt, and application to set aside judgment with corresponding affidavits |

**EXHIBIT "18", PAGE 3**

Attorney Eyes Only

BH002894

# M<sup>C</sup>KERCHER LLP

| | |
|---|---|
| December 19, 2023 | Prepare draft affidavit of Byron Horvath as part of application to set aside Judgment |
| December 19, 2023 | E-mail to client re: <u>Redacted</u> <u>Redacted</u> |
| December 19, 2023 | Telephone attendance from Jane Basinski re: <u>Redacted</u> <u>Redacted</u> |
| December 19, 2023 | E-mail to Jane Basinski re: <u>Redacted</u> <br> **Redacted** |
| December 20, 2023 | Prepare final revisions to affidavit of Byron Horvath for application to set aside Judgment |
| December 20, 2023 | Attend to client to review and swear affidavit |
| December 20, 2023 | Prepare revisions to Notice of Application to set aside Judgment |
| December 20, 2023 | Prepare revisions to notice of application for contempt of court of Haley Winter |
| December 20, 2023 | Prepare revisions to affidavit of Paris McIvor for application for contempt |
| December 20, 2023 | Prepare initial draft letter to Regina KB regarding applications to be placed before Justice Baldwin |
| December 20, 2023 | Prepare draft order to be served and filed with application for contempt |
| December 20, 2023 | Prepare and finalize all application documents for setting aside and contempt, letter to court and details of copies and service of documents as required by the Rules |
| December 21, 2023 | E-mail from Sandi Grassick of Regina KB re: <u>Redacted</u> <br> **Redacted** |
| December 28, 2023 | Prepare response to email from opposing counsel re parenting time; Email exchange with client re <u>Redacted</u> |
| December 29, 2023 | Telephone to client re <u>Redacted</u> Email exchange with opposing counsel re parenting time |
| January 2, 2024 | E-mail exchange with client re: <u>Redacted</u> <br> **Redacted** |
| January 2, 2024 | Prepare letter to Regina KB re: filing application for contempt with Trial Judge as per letter from December 20, 2023 |

<span style="color:red">EXHIBIT "18", PAGE 4</span>

Attorney Eyes Only

BH002895

# M<sup>C</sup>KERCHER LLP

| January 3, 2024 | Telephone attendance on Darrien Watt of Regina KB re: email from Sandi Grassick on conference calls, forwarding of same and scheduling |
|---|---|
| January 3, 2024 | Letter from Jane Basinski on contempt application dates and setting conference call |
| January 3, 2024 | E-mail exchange with Regina KB Registrar and Jane Basinski re: scheduling of conference call to discuss issues |
| January 4, 2024 | Prepare information and send to Louise Ing Redacted **Redacted** |
| January 9, 2024 | Prepare for and attend to conference call with Justice Baldwin and Jane Basinski re: application to set aside and application for contempt |
| January 9, 2024 | Telephone attendance on Jane Basinski re: discussions with Justice Baldwin, planning next steps and options |
| January 10, 2024 | E-mail exchange with client Redacted **Redacted** |
| January 21, 2024 | E-mail exchange with client re: Redacted **Redacted** |
| January 21, 2024 | E-mail exchange with client Redacted **Redacted** |
| January 21, 2024 | E-mail exchange with Jane Basinski re: update on matter, questions about process if returning to pre-trial |
| January 21, 2024 | E-mail exchange with client re: Redacted **Redacted** |
| January 22, 2024 | Telephone attendance on Justice Baldwin and Jane Basinski re: next steps and what pre-trial means in terms of process and timelines |
| January 22, 2024 | E-mail to client re: Redacted **Redacted** |
| January 25, 2024 | Attend to conference call with Justice Baldwin and Jane Basinski re: moving matter to pre-trial and parenting moving forward |
| January 25, 2024 | E-mail from client re: Redacted **Redacted** |

**EXHIBIT "18", PAGE 5**

Attorney Eyes Only

# M<sup>C</sup>KERCHER LLP

| | |
|---|---|
| January 25, 2024 | Telephone attendance on Jane Basinski re: possibility of discussions on parenting pending pre-trial on February 23 |
| January 25, 2024 | Prepare review of Redacted <br> **Redacted** |
| February 6, 2024 | Telephone attendance on Jane Basinski re: parenting concerns and child support |
| February 7, 2024 | Prepare responses to information for Hawaii counsel Redacted Redacted |
| February 8, 2024 | Telephone attendance on conference call with Justice MacMillan-Brown and Jane Basinski |
| February 8, 2024 | E-mail exchange with client re: Redacted <br> **Redacted** |
| February 8, 2024 | E-mail exchange with client re: Redacted Redacted |
| February 8, 2024 | E-mail to Jane Basinski re: facetime calls and Byron is not in agreement with unsupervised parenting time |
| February 15, 2024 | Prepare supplemental pre-trial brief to update Justice MacMillan-Brown on the proceedings. |
| February 16, 2024 | Prepare final revisions to supplemental pre-trial brief and incorporate comments from client |
| February 16, 2024 | E-mail to client re: Redacted <br> **Redacted** |
| February 23, 2024 | Prepare for and attend to Pre-Trial with client and all parties before Justice MacMillan Brown |
| February 27, 2024 | E-mail exchange with client re: Redacted Redacted |
| February 27, 2024 | E-mail exchange with Jane Basinski re: ability to review agreed statement of facts and having same complete in advance of currently scheduled meeting |
| February 27, 2024 | E-mail exchange with client re: Redacted Redacted |
| March 1, 2024 | Prepare revisions to draft agreed statement of facts |

<span style="color:red">EXHIBIT "18", PAGE 6</span>

Attorney Eyes Only

# McKERCHER LLP

| March 1, 2024 | E-mail to Byron Horvath re: Redacted Redacted |
| March 1, 2024 | E-mail exchange with Jane Basinski re: revised agreed statement of facts |
| March 4, 2024 | E-mail exchange with Jane Basinski re: appointment with psychologist and issues with agreed statement of facts |
| March 4, 2024 | E-mail to client re: Redacted Redacted |
| March 5, 2024 | Telephone attendance on client re: Redacted Redacted |
| March 5, 2024 | E-mail exchange with Jane Basinski re: issues with appointment and rescheduling as well as parenting time |
| March 12, 2024 | Prepare review of disclosure information Redacted Redacted |
| March 14, 2024 | E-mail exchange with client re: Redacted Redacted |
| March 14, 2024 | Review of information to Hawaii counsel, Redacted Redacted |
| March 14, 2024 | Prepare income tax letter |
| March 18, 2024 | E-mail exchange with clients Redacted Redacted |
| March 18, 2024 | Prepare documents Redacted Redacted |
| March 20, 2024 | E-mail exchange with client re: Redacted Redacted |
| March 21, 2024 | Telephone attendance on client re: Redacted Redacted |
| March 21, 2024 | Prepare for and attend to reconvene of Pre-Trial Conference with Justice MacMillan-Brown |
| March 26, 2024 | E-mail exchange with client re: Redacted Redacted |
| March 27, 2024 | E-mail exchange with Colleen Wagner of Regina KB and Jane Basinski re: scheduling of conference call with Justice Baldwin |

EXHIBIT "18", PAGE 7

Attorney Eyes Only

# McKERCHER LLP

| | |
|---|---|
| March 28, 2024 | E-mail from opposing counsel re: service of Request for JCC |
| March 28, 2024 | E-mail to client re: Redacted — Redacted |
| April 4, 2024 | E-mail exchange with Leanna Pickering of Regina KB and Jane Basinski re: possible dates and timelines for hearing on applications |
| April 4, 2024 | Attend to conference call with Justice Baldwin re: application on contempt and to set aside judgment |
| April 4, 2024 | Prepare reporting email to client Redacted — Redacted |
| April 12, 2024 | Telephone attendance on Jane Basinski re: procedural options to head back to trial |
| April 15, 2024 | Telephone attendance on Jane Basinski re: potential to move towards new trial dates rather than go through application to set aside. |
| April 15, 2024 | E-mail to Byron Horvath re: Redacted — Redacted |
| April 16, 2024 | E-mail exchange with client re: setting trial dates rather than going through application to set aside and separating from contempt issue |
| April 16, 2024 | E-mail to Jane Basinski re: moving JCC time to April 26 |
| April 17, 2024 | E-mail to Jane Basinski re: discussion on issue of application to set aside |
| April 18, 2024 | Telephone attendance on Jane Basinski re: application on setting aside, steps her client is willing to take to remove from Liana Shanti |
| April 24, 2024 | Prepare JCC memo |
| April 24, 2024 | E-mail to opposing counsel re: JCC memo and discussions around application to set aside |
| April 24, 2024 | Telephone attendance on Jane Basinski re: letter to court, follow up and JCC, next steps to potentially move the matter forward |
| April 24, 2024 | E-mail to client re: Redacted — Redacted |
| April 24, 2024 | Telephone attendance on Colleen Wagner of Regina King's Bench re: scheduling of conference call |
| April 24, 2024 | Telephone attendance on client re: Redacted — Redacted |

EXHIBIT "18", PAGE 8

Attorney Eyes Only                                                                 BH002899

# M<sup>C</sup>KERCHER LLP

---

**Redacted**

| | |
|---|---|
| April 25, 2024 | Telephone attendance on Justice Baldwin and Jane Basinski re: setting aside judgment by consent and working towards possible resolution |
| April 25, 2024 | E-mail to opposing counsel re: drafting of consent order on setting aside |
| April 25, 2024 | Prepare draft consent order on setting aside and adjourn sine die on contempt application |
| April 25, 2024 | E-mail to Jane Basinski re: draft consent order for review |
| April 25, 2024 | Telephone attendance on Jane Basinski re: terms of draft order and potential to include terms about returning to pre-trial before Justice MacMillan-Brown |
| April 26, 2024 | Prepare for and attend to Judicial Case Conference on interim parenting application now that judgment is being set aside |
| April 29, 2024 | Prepare letter to Regina KB re: consent order to be placed before Justice Baldwin |
| April 29, 2024 | Prepare and execute Consent Order to be granted by Justice Baldwin |
| May 1, 2024 | E-mail to client re: Redacted |

**Redacted**

| | |
|---|---|
| May 22, 2024 | Prepare email to client re: Redacted Redacted |
| May 22, 2024 | E-mail exchange with Jane Basinski re: letter from Haley to Byron and request for unsupervised parenting time |

**TOTAL FEES**                                               $21,192.00
*Less Courtesy Discount*                                ($5,000.00)

**NET TOTAL FEES**                                      **$16,192.00**

<span style="color:red">EXHIBIT "18", PAGE 9</span>

Attorney Eyes Only                                                          BH002900