**Ashley M. Myers, PA**
5443 San Jose Blvd. Suite 1
Suite 2405
Jacksonville, FL 32207
United States
904-224-5077

ASHLEY M. MYERS PA
*Attorney at Law*

**Byron Horvath**

**Redacted**

| | |
|---|---|
| **Balance** | $0.00 |
| **Invoice #** | 00330 |
| **Invoice Date** | January 18, 2023 |
| **Payment Terms** | Due on Receipt |
| **Due Date** | January 18, 2023 |

**Horvath, Byron** (942022)

## Time Entries

| Date | EE | Activity | Description | Rate | Hours | Line Total |
|---|---|---|---|---|---|---|
| 08/19/2022 | JR | Legal Service | Draft Notice of Appearance and e-file it | $145.00 | 0.20 | $29.00 |
| 08/19/2022 | JR | Legal Service | Draft Request to Produce and Request for Admissions | $145.00 | 0.40 | $58.00 |
| 08/22/2022 | ALW | Legal Service | Begin Redacted case law research. Review and revise Letter regarding Motion for Sanctions | $300.00 | 0.40 | $120.00 |
| 08/22/2022 | NG | Legal Service | Received from Court's e-filing Service the Notice of Appearance of Counsel. Saved to client's file and provided to client, along with a request Redacted Redacted | $145.00 | 0.10 | $14.50 |
| 08/23/2022 | JR | Legal Service | Draft Motion for Sanctions | $145.00 | 1.20 | $174.00 |
| 08/23/2022 | ALW | Legal Service | Review and revise letter to opposing counsel and Motion for Sanction prior to issuing same on opposing counsel. | $300.00 | 0.80 | $240.00 |
| 08/23/2022 | NG | Legal Service | Received from the Court's e-filing service the Respondent's First Request To Produce to Petitioner. Saved to client's file and provided to client via email. | $145.00 | 0.10 | $14.50 |
| 08/26/2022 | NG | Legal Service | Received from the Court's e-filing service Petitioner's First Request for Production of Documents. Saved to client's file and provided to client via email. | $145.00 | 0.10 | $14.50 |
| 08/29/2022 | JR | Legal Service | Worked on Request for Admissions | $145.00 | 1.00 | $145.00 |
| 08/31/2022 | JR | Legal Service | Worked on Request for Admissions | $145.00 | 1.10 | $159.50 |
| 08/31/2022 | JR | Legal Service | Reviewed, finalized, and e-filed Notice of Taking Deposition Duces Tecum | $145.00 | 0.20 | $29.00 |

EXHIBIT "19", PAGE 1        **EXHIBIT 1075**

Attorney Eyes Only                                                BH002922

| Date | Initials | Type | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| 08/31/2022 | NG | Legal Service | Received from the Court's e-filing portal the Notice of Taking Petitioner's Deposition Duces Tecum via Zoom. Saved to client's file and provided to Client via email. Shortly after, received the Respondent's Request for Admissions to Petitioner; saved to client's file and provided to client via email. | $145.00 | 0.10 | $14.50 |
| 09/01/2022 | JG | Legal Service | Draft Respondent's Response to Petitioner's Request to Produce. | $145.00 | 0.30 | $43.50 |
| 09/13/2022 | NG | Legal Service | Receive, review, and save to client's file Notice of Taking Respondent's Deposition Duces Tecum via Zoom that was filed same afternoon by Petitioner's counsel. Provided to client via email. | $145.00 | 0.10 | $14.50 |
| 09/15/2022 | AMM | Legal Service | Tc with client re: Redacted | $400.00 | 0.20 | $80.00 |
| 09/20/2022 | JR | Legal Service | Work on Response to Request to Produce | $145.00 | 0.20 | $29.00 |
| 09/20/2022 | JR | Legal Service | Created deposition prep folder | $145.00 | 0.20 | $29.00 |
| 09/20/2022 | ALW | Legal Service | Review and revise objections to Request to Produce. | $300.00 | 0.40 | $120.00 |
| 09/21/2022 | ALW | Legal Service | Review documents provided by opposing party pursuant to Request to Produce. Prepare file for deposition of opposing party. Prepared deposition exhibit binder for lead attorney deposition preparation. | $300.00 | 0.50 | $150.00 |
| 09/21/2022 | NG | Legal Service | Received, reviewed, and saved to client's Dropbox file the Redacted **Redacted** | $145.00 | 0.10 | $14.50 |
| 09/26/2022 | ALW | Legal Service | Review of Redacted sent by client. | $300.00 | 0.30 | $90.00 |
| 09/26/2022 | JR | Legal Service | Reviewed, revised, and e-filed Response to Request to Produce | $145.00 | 0.10 | $14.50 |
| 09/26/2022 | ALW | Legal Service | Draft Motion to Strike Petitioner's Answers to Request for Admissions. | $300.00 | 0.50 | $150.00 |
| 09/26/2022 | AMM | Legal Service | Deposition preparation call, discuss possible continuance. | $400.00 | 1.00 | $400.00 |
| 09/26/2022 | NG | Legal Service | Received from the court the filed Respondent's Response to Request for Production and the Notice of Taking Petitioner's Deposition Duces Tecum via Zoom. Saved each to client's file and provided to client via email. | $145.00 | 0.10 | $14.50 |
| 09/26/2022 | NG | Legal Service | Provided to court reporting company the Notice of Taking Petitioner's Deposition Duces Tecum via Zoom on Friday, September 30, 2022 at 10:00 a.m. | $145.00 | 0.10 | $14.50 |
| 09/27/2022 | AMM | Legal Service | email Canada Attorney about Redacted Redacted Receive response, follow up with opposing counsel and agree to cancel. | $400.00 | 0.40 | $160.00 |
| 09/28/2022 | NG | Legal Service | Received from the court filing system the Respondent's Notice of Cancellation of Deposition. Saved to Client's file and provided to client via email. | $145.00 | 0.10 | $14.50 |
| 10/04/2022 | JR | Legal Service | Draft Consent Order to Continue 10/25/2022 Hearing | $145.00 | 0.20 | $29.00 |

EXHIBIT "19", PAGE 2

| Date | Init | Type | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| 10/10/2022 | NG | Legal Service | Received from the e-filing portal the Notice of Taking Petitioner's Deposition via Zoom that we had filed with the court. Saved to client's file and provided to client via email. | $145.00 | 0.10 | $14.50 |
| 10/17/2022 | JR | Legal Service | Reviewed, revised, and e-filed Motion to Permit Attendance at December 19, 2022 Hearing Via Zoom | $145.00 | 0.10 | $14.50 |
| 10/17/2022 | JR | Legal Service | Draft Order on Motion to Permit Attendance at December 19, 2022 Hearing Via Zoom | $145.00 | 0.10 | $14.50 |
| 10/17/2022 | NG | Legal Service | Received from the Court the Order Extending Temporary Injunction that Judge Fahlgren issued same morning. Also received Motion to Permit Attendance at December 19, 2022 Hearing via Zoom. Saved each to client's pleadings file and provided to client via email. | $145.00 | 0.10 | $14.50 |
| 10/25/2022 | JR | Legal Service | Responded to client's 10/25/22; 9:02 a.m. email | $145.00 | 0.10 | $14.50 |
| 10/27/2022 | AMM | Legal Service | Reviewed email provided by Client, [Redacted] [Redacted] Responded re defamation case and potential expense. | $400.00 | 0.20 | $80.00 |
| 10/27/2022 | AMM | Legal Service | Communicated with Attorney Braxton Gillam regarding the defamation, libel, slander case. Provided copy of [Redacted] to client and team. | $400.00 | 0.20 | $80.00 |
| 10/31/2022 | JR | Legal Service | Downloaded and organized [Redacted] sent from client | $145.00 | 0.30 | $43.50 |
| 11/02/2022 | JR | Legal Service | Updated physical pleading index and file | $145.00 | 0.60 | $87.00 |
| 11/03/2022 | JR | Legal Service | Draft Privilege Log | $145.00 | 0.40 | $58.00 |
| 11/03/2022 | JR | Legal Service | Reviewed, revised, and e-filed Amended Response to Request to Produce and Privilege Log | $145.00 | 0.10 | $14.50 |
| 11/03/2022 | JR | Legal Service | Pulled case law | $145.00 | 0.10 | $14.50 |
| 11/03/2022 | AMM | Legal Service | Prepare for Hearing and Depositions, reviewing process for out of country deposition, review and revise response to request to produce, direct prep of privilege log, attend hearing judge made no ruling, leave BN for opposing, explain via email to client [Redacted] **Redacted** | $400.00 | 4.50 | $1,800.00 |
| 11/03/2022 | NG | Legal Service | Received from Court's e-filing service the Privilege Log and Respondent's Amended Response to Request for Production. [Redacted] **Redacted** | $145.00 | 0.10 | $14.50 |
| 11/04/2022 | JR | Legal Service | Confirmed depositions with FCCR | $145.00 | 0.10 | $14.50 |
| 11/04/2022 | JR | Legal Service | Draft Motion for Protective Order | $145.00 | 0.30 | $43.50 |
| 11/04/2022 | JR | Legal Service | Reviewed, revised, and e-filed Motion for Protective Order | $145.00 | 0.10 | $14.50 |
| 11/04/2022 | JR | Legal Service | Draft Amended Motion to Appear by Zoom | $145.00 | 0.10 | $14.50 |
| 11/04/2022 | JR | Legal Service | Draft Consent Order re Amended Motion to Appear by Zoom | $145.00 | 0.10 | $14.50 |
| 11/04/2022 | JR | Legal Service | Draft Response/Objections to Schedule A | $145.00 | 0.20 | $29.00 |
| 11/04/2022 | JR | Legal Service | Reviewed, revised, and e-filed Second Amended Response to Request to Produce | $145.00 | 0.10 | $14.50 |

EXHIBIT "19", PAGE 3

BH002924

| Date | Initials | Service | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| 11/04/2022 | JR | Legal Service | Reviewed, revised, and e-filed Response/Objections to Schedule A | $145.00 | 0.10 | $14.50 |
| 11/04/2022 | ALW | Legal Service | Receipt and review lead attorney email with direction to move case forward. Draft Second Amended Objections | $300.00 | 0.30 | $90.00 |
| 11/04/2022 | AMM | Legal Service | Reading [Redacted] cases, reviewing Florida Statute [Redacted] reviewing the rule on [Redacted]. TC with client re: [Redacted] preparing for deposition (1.0) | $400.00 | 3.50 | $1,400.00 |
| 11/04/2022 | NG | Legal Service | Received from the Court's e-filing portal (1) Respondent's Motion for Protective Order; Respondent's Response, (2) Objections to Notice of Respondent's Deposition Duces Tecum via Zoom, Schedule "A"; (3) Respondent's Second Amended Response To Request To Produce, and (4) Respondent's Amended Motion to Permit Attendance at 12-19-22 Hearing via Zoom. Saved all four to client's file and provided to client via email. | $145.00 | 0.20 | $29.00 |
| 11/07/2022 | AMM | Legal Service | Prepare (1.5) and attend deposition (1.5) of opposing. Prepare and attempt to participate in deposition of Husband (1.0). First, wrong Zoom link, then no notary in Canada, allow a full hour to find one. One they found has no idea. Told them they had their chance to depose him. | $400.00 | 4.00 | $1,600.00 |
| 11/08/2022 | JR | Legal Service | Placed order for Amanda Brady's deposition transcript | $0.00 | 0.10 | $0.00 |
| 11/14/2022 | JR | Legal Service | Revised and resubmitted proposed Order for Zoom Appearance | $0.00 | 0.10 | $0.00 |
| 11/16/2022 | NG | Legal Service | Received from the Court Reporting company the transcripts from the November 7, 2022 deposition of Amanda Brady. Saved to client's file and provided to client via email. | $145.00 | 0.10 | $14.50 |
| 11/17/2022 | AMM | Legal Service | Receive and review 11-16-22 10:11 PM email from client re [Redacted] Reply to client regarding [Redacted] [Redacted] | $400.00 | 0.10 | $40.00 |
| 11/21/2022 | JR | Legal Service | Compiled documents for 12/19/2022 hearing | $145.00 | 0.10 | $14.50 |
| 12/06/2022 | JR | Legal Service | Worked on 12/19/2022 exhibits | $145.00 | 0.20 | $29.00 |
| 12/06/2022 | ALW | Legal Service | Prepare case for trial. | $300.00 | 1.00 | $300.00 |
| 12/06/2022 | NG | Legal Service | Received and reviewed the Affidavit of Service and Notice of Service of Process from the Saskatchewan-area process server; these were filed with the Duval County Court. Saved to client's file and provided to client with explanation. | $145.00 | 0.10 | $14.50 |
| 12/13/2022 | JR | Legal Service | Work on 12/19/2022 hearing exhibits and hearing binder | $145.00 | 1.00 | $145.00 |
| 12/13/2022 | AMM | Legal Service | Reviewing Brady deposition [Redacted] [Redacted] Reviewing and making summary of case law [Redacted] **Redacted** | $400.00 | 5.50 | $2,200.00 |
| 12/14/2022 | JR | Legal Service | Researched [Redacted] | $0.00 | 0.40 | $0.00 |
| 12/14/2022 | JR | Legal Service | Prepared and finalized hearing binders | $0.00 | 1.70 | $0.00 |
| 12/16/2022 | JR | Legal Service | Updated physical pleadings and file | $0.00 | 0.40 | $0.00 |

EXHIBIT "19", PAGE 4

Attorney Eyes Only

| Date | EE | Activity | Description | | | | |
|------|-----|----------|-------------|---|---|---|---|
| 12/16/2022 | NG | Legal Service | Replied to Roxanne J. Ouellette's December 16, 2022 11:56 AM email **Redacted** **Redacted** | | $145.00 | 0.10 | $14.50 |
| 12/19/2022 | AMM | Legal Service | Receive and review the Notice rescheduling the hearing to January 17, 2023. Communicate with Roxanne Ouellette and client. | | $400.00 | 0.10 | $40.00 |
| 12/28/2022 | ALW | Legal Service | Review of file determining strategy. | | $300.00 | 0.10 | $30.00 |
| 01/11/2023 | AMM | Legal Service | TC with opposing counsel (.3) Email Byron and co-counsel regarding **Redacted** **Redacted** **Redacted** and send to both client and Canadian counsel. .2 | | $400.00 | 0.50 | $200.00 |
| 01/16/2023 | ALW | Legal Service | Draft Notice of Withdrawal of Motion for Sanctions. | | $300.00 | 0.20 | $60.00 |
| 01/17/2023 | AMM | Hearing Attendance | Attend hearing to announce resolution | | $400.00 | 0.30 | $120.00 |
| 01/18/2023 | AMM | Legal Service | Receive and review Order of Dismissal and ensure provided to client. | | $400.00 | 0.20 | $80.00 |
| **Non-billable Time Entries:** | | | | | | | |
| 10/17/2022 | JR | Legal Service | Draft Motion to Permit Attendance at December 19, 2022 Hearing Via Zoom | | $0.00 | 0.10 | $0.00 |
| 10/21/2022 | ALW | Legal Service | Review and revise Proposed Order for Hearing via zoom prior to sending same to judge for entry. | | $300.00 | 0.10 | $30.00 |
| 10/24/2022 | JR | Legal Service | Revised Order Granting Motion to Appear by Zoom per Judge's template | | $0.00 | 0.10 | $0.00 |
| 10/27/2022 | JR | Legal Service | Updated and organized file | | $0.00 | 0.20 | $0.00 |
| 01/13/2023 | ALW | Legal Service | Draft Release of Claims. | | $300.00 | 1.10 | $330.00 |
| 01/16/2023 | JR | Legal Service | Draft Notice of Withdrawal of Motion for Sanctions | | $0.00 | 0.10 | $0.00 |
| | | | | | Totals: | **38.90** | **$11,225.00** |

## Expenses

| Date | EE | Activity | Description | Cost | Quantity | Line Total |
|------|-----|----------|-------------|------|----------|------------|
| 11/28/2022 | NG | Postage | Send to First Coast Court Reporters payment for invoice 2022-3046 | $0.57 | 1.0 | $0.57 |
| 01/10/2023 | NG | Postage | Mailed to Priority Couriers payment for Invoice 371884. | $0.57 | 1.0 | $0.57 |
| **Non-billable Expenses:** | | | | | | |
| 11/19/2022 | NG | Court Reporter Fee | First Coast Court Reporters Inv. 2022-3046 for per diem for the 11-7-22 depositions and transcript (original, condensed, and keyword) for the deposition of Amanda Brady. On 11-28-22, AMM PA mailed Ameris Bank Operating Check 1090. | $567.00 | 1.0 | $567.00 |
| 12/14/2022 | NG | Courier Fee | Priority Couriers Invoice 371884 for delivery of binder to the Duval County Courthouse for the 12-19-22 Final hearing. This was the final day for the court to receive the binder. The hearing was subsequently cancelled. On January 9, 2023, AMM PA Operating Check 1118 was mailed to vendor. | $19.13 | 0.1 | $1.91 |
| | | | | | Expense Total: | **$1.14** |

EXHIBIT "19", PAGE 5

Attorney Eyes Only

BH002926

| | |
|---|---|
| Time Entry Sub-Total: | $11,225.00 |
| Expense Sub-Total: | $1.14 |
| **Sub-Total:** | **$11,226.14** |
| | |
| **Total:** | **$11,226.14** |
| **Amount Paid:** | **$11,226.14** |
| **Balance Due:** | **$0.00** |

## Payment History

| Activity | Date | Payment Method | Amount | Responsible User | Deposited Into |
|---|---|---|---|---|---|
| Payment Received | Mar 29, 2023 | Other | $1,226.14 | Nicole Grant (Legal Assistant) | Operating |
| Payment Received | Jan 18, 2023 | Non-Trust Credit Account | $10,000.00 | Ashley M. Myers (Attorney) | |

## Account Summary

**Byron Horvath's Trust Balance**

Balance As Of 01/18/2023:
$0.00

**Stephanie Cagnet Myron's Trust Balance**

Balance As Of 01/18/2023:
$0.00

**Cameron "Cam" Irwin's Trust Balance**

Balance As Of 01/18/2023:
$0.00

**Byron Horvath's Credit Balance**

Balance As Of 01/18/2023:
$0.00

**Stephanie Cagnet Myron's Credit Balance**

Balance As Of 01/18/2023:
$0.00

**Cameron "Cam" Irwin's Credit Balance**

Balance As Of 01/18/2023:
$0.00

EXHIBIT "19", PAGE 6

Attorney Eyes Only                                                                              BH002927