

# Be The Change Counselling & Consulting RECEIPT

101 Kootenay St N
Cranbrook, British Columbia V1C 3T5
crystal@bethechangebc.com
(778) 822-2865
GST#: 797596673RT0001

Receipt #: 4235
Receipt Date: 2026-04-10
Paid By: eTransfer

## Client:

Paula Haygarth

British Columbia

## Therapists:

Crystal Ladriere
CCPA 10009217, CPCA 4442

| SERVICE | DATE & TIME | ATTENDANCE | AMOUNT DUE | AMOUNT PAID |
|---|---|---|---|---|
| In-Person Counselling (50 min) | 2026-04-08 01:30 PM | Attended ↳ Paula Haygarth | $150.00 | $150.00 |

| | |
|---|---|
| SUBTOTAL | $150.00 |
| TAX | $7.50 |
| PAID TODAY | $157.50 |

NOTES
Next Appointment: Not Yet Scheduled

Crystal Ladriere, CCPA 10009217, CPCA 4442

EXHIBIT "20"

# EXHIBIT 1141

PH000567