Ancient Aspirations Ltd.
609 2 St SW
High River, AB T1V1A1 Canada
velvadawn@velvadawn.com | (403) 601-1331
GST/HST: 812461101RT0001

Invoice #000220

Issue date
Apr 16, 2026

# Invoice #000220

We appreciate your business.

| Customer | Invoice Details | Payment |
|---|---|---|
| Paula Haygarth | PDF created April 16, 2026 | Due April 16, 2026 |
| (306) 897-7770 | $233.10 | $233.10 |

| Items | Quantity | Price | Amount |
|---|---|---|---|
| Energy Healing Session GHMS Alumni | 1 | $222.00 | $222.00 |
| Subtotal | | | $222.00 |
| GST | | | $11.10 |

## Total Paid                                           $233.10

**Payments**
Apr 16, 2026 (Visa 8776)                                           $233.10



**View online**

EXHIBIT "21"

**To view your invoice go to https://squareup.com/u/i4dOv4dX**
Or open the camera on your mobile device and place the QR code in the camera's
view.

## EXHIBIT 1142

**PH000568**