

**TD Canada Trust**

ESTEVAN
1305 4TH ST
ESTEVAN, SK  S4A 0X1

If you have any questions
about this statement, call:
**Tel:**  1-866-222-3456
**TTY:**  1-800-361-1180

MS PAULA HAYGARTH
PO BOX 833
OXBOW  SK  S0C 2B0

| Statement of Account | | Account Type | Statement From To |
|---|---|---|---|
| **Branch No.** | **Account No.** | | MAR 31/22 - APR 29/22 |
| 7128 |  | **UNLIMITED** | **Page 1 of 2** |

| Description | Withdrawals | Deposits | Date | Balance |
|---|---|---|---|---|
| | | | MAR31 | |
| | | | APR01 | |
| | | | APR01 | |
| | | | APR04 | |
| | | | APR04 | |
| | | | APR04 | |
| TRAVEL INSURANC  _V | | | APR05 | |
| E-TRANSFER ***cWJ | | | APR05 | |
| CANLIFE-ING    INS | 20.25 | | APR05 | |
| E-TRANSFER ***URe | | | APR05 | |
| SHOPPERS DRUG M | 46.29 | | APR07 | |
| E-TRANSFER ***qBc | | | APR08 | |
| PAYPAL *NETFLIX  _V | 18.30 | | APR11 | |
| LA VIE EN ROSE | 134.23 | | APR11 | |
| PAYPAL *SP  11.09_V | 11.09 | | APR11 | |
| SKTL MOB   K3A2L7 | 149.12 | | APR18 | |
| CANCUN SHU  54.77_V | 71.68 | | APR18 | |
| SGI INS | 105.17 | | APR18 | |
| | | | APR19 | |
| | | | APR20 | |
| | | | APR21 | |
| | 87.56 | | APR21 | |
| | | | APR22 | |
| | 1,218.66 | | APR22 | |
| | 3.00 | | APR25 | |
| | 595.34 | | APR25 | |
| | 107.43 | | APR25 | |
| | 594.69 | | APR27 | |
| | | | APR28 | |
| | 853.19 | | APR29 | |
| E- | | 185.00 | APR29 | 1,081.27 |
| | 4,934.23 | 4,703.46 | | |

| Account/Transaction Type | Fees | Rebate Balance | Waived Fees | Paid Fees |
|---|---|---|---|---|
| **UNLIMITED** | $16.95 | $4,000.00 | $0.00 | $16.95 |
| **TRANSACTIONS** | 19X1.25=$23.75 | N/A | $23.75 | $0.00 |
| | | | **Fees Paid:** | $16.95 |

ACCOUNT ISSUED BY: THE TORONTO-DOMINION BANK
For your protection, avoid choosing a PIN that could be easily guessed. Memorize your PIN. Never record your PIN near your
Access Card.

Your account can do more. Visit www.td.com/digitalhowto or call EasyLine at 1-866-222-3456 to find out how. Or ask your
branch for details.

Please ensure that you report in writing any errors or irregularities found within this statement within 30 days of the statement date. If you do not, the
statement of account shall be conclusively deemed correct except for any amount credited to the account in error.

EXHIBIT "23"

**EXHIBIT 1010**                    **PH000580**