

**MEMBER STATEMENT**

RADIUS CREDIT UNION - RADVILLE BRANCH
P.O Box 279 - Branch 178
Radville SK S0C 2G0
(306) 869-2215

AWR PROPERTIES
748 ELM CRESCENT
WEYBURN SK S4H 0S7

| | |
|---|---|
| Period Beginning | Apr 01, 2022 |
| Period Ending | Apr 30, 2022 |
| Account Number | 100007884869 |
| No. of Enclosures | 0 |
| Page | 1 of 5 |

**Chequing Business ACCOUNT**

| Date | Description | Debits/ Interest | Credits/ Principal |
|---|---|---|---|
| Apr01 | Balance Forward | | |
| Apr01 | Withdrawal Property Tax Pmt | -200.00 | |
| Apr01 | Withdrawal Transfer to 831780057111 | -529.00 | |
| Apr01 | Withdrawal trsf to Jason Stepp/from AWR Properties | -500.00 | |
| Apr02 | Point Of Sale Purchase CANADIAN TIRE #408 | -665.93 | |
| Apr02 | e-Transfer - Debit Payee: Ray Erickson | -141.50 | |
| Apr02 | e-Transfer - Debit TXN Fee Payee: Ray Erickson | -1.50 | |
| Apr03 | Online Bill Payment Weyburn (City): Utilities | -78.45 | |
| Apr03 | Online Bill Payment SaskPower | -251.79 | |
| Apr03 | Online Bill Payment SaskEnergy Incorporated | -300.00 | |
| Apr03 | Online Bill Payment CRA Corporate Tax Arrears/Amount Owing | -1,000.00 | |



## Borrowing for every season of life is within your reach!

As a Radius Credit Union Member, you have access to a wide array of options. Contact one of our lending service reps today & experience the advantage of being a Radius member.

AVONLEA • CEYLON • OGEMA • PANGMAN • RADVILLE • TRIBUNE • TORQUAY

For loan inquiries call 1-306-869-2215 collect during the regular business hours.
For a Lost or Stolen Member Card call 1-888-277-1043
For Lost or Stolen Credit Card call 1-855-341-4643 (Canada and U.S.)
(International call Collect) 1-647-252-9564



If this statement does not agree with your records, please contact our office within 30 days of delivery

EXHIBIT "24"          **EXHIBIT 1011**          **PH000576**



Account Number: ▮▮▮▮▮▮▮

Page:     2 of 5

| Date | Description | Debits/ Interest | Credits/ Principal | Balance |
|---|---|---|---|---|
| Apr03 | Point Of Sale Purchase<br>PRAIRIE SKY CO-OP XRDS | -51.61 | | |
| Apr03 | Point Of Sale Purchase<br>CANADIAN TIRE #310 | -69.85 | | |
| Apr03 | Point Of Sale Purchase<br>MONTANA'S #3046 | -66.61 | | |
| Apr04 | External Withdrawal Auto<br>Insurance SGI<br>0000000000356646138 | -108.78 | | |
| Apr06 | Point Of Sale Purchase<br>LEICESTER FAMILY RESTA | -84.95 | | |
| Apr06 | Descriptive Withdrawal<br>CORPORATE REGISTRY<br>PROFILE REPORT FEE | -15.00 | | |
| Apr07 | External Withdrawal Loans<br>General Bank of<br>0176511-PAC-0247996 | -403.38 | | |
| Apr08 | e-Transfer - Credit<br>Payer: MR GREG STEWART | | | |
| Apr09 | Point Of Sale Purchase<br>ESSO 7-ELEVEN 26713 | -33.00 | | |
| Apr10 | Point Of Sale Purchase<br>FGP40204 SWIFT CURRENT | -100.00 | | |
| Apr10 | Point Of Sale Purchase<br>SOUTH COUNTRY CO-OP-TA | -96.00 | | |
| Apr10 | Point Of Sale Purchase<br>FIRST & LAST GAS | -46.01 | | |
| Apr11 | Point Of Sale Purchase<br>FIRE HALL KITCHEN & TA | -79.58 | | |
| Apr12 | Point Of Sale Purchase<br>THE SHED KIMBERLEYBCCA | -169.61 | | |
| Apr12 | Point Of Sale Purchase<br>THE HEID OUT | -76.90 | | |
| Apr12 | External Withdrawal Bill<br>Payment SASKTEL MOBILITY<br>PAP T1,192d923,2 | -80.26 | | |
| Apr13 | Point Of Sale Purchase<br>FIRE HALL KITCHEN & TA | -77.99 | | |
| Apr14 | Point Of Sale Purchase<br>HUSKY CRANBROOK FOOD S | -102.26 | | |
| Apr16 | Point Of Sale Purchase<br>SOUTH COUNTRY CO-OP - | -91.00 | | |
| Apr16 | Point Of Sale Purchase<br>PRINCESS AUTO 38 MEDICINE | -94.95 | | |
| Apr16 | Point Of Sale Purchase<br>WALSH SAVE ON GAS | -48.40 | | |
| Apr16 | Point Of Sale Purchase | -119.99 | | |

If this statement does not agree with your records, please contact our office within 30 days of delivery

EXHIBIT "24"

**PH000577**

**3 of 5**



Account Number: [REDACTED]
Page:    3 of 5

| Date | Description | Debits/ Interest | Credits/ Principal | |
|---|---|---|---|---|
| | MOOSE JAW CO-OP 9TH AV | | | |
| Apr21 | External Withdrawal Loans | -403.38 | | |
| | General Bank of | | | |
| | 0176511-PAC-0247996 | | | |
| Apr21 | Point Of Sale Purchase | -88.61 | | |
| | SHERWOOD CO-OP #39P | | | |
| Apr21 | External Withdrawal | -13.50 | | |
| | Insurance CUMIS / CLIC | | | |
| | 100699464 | | | |
| Apr22 | External Withdrawal Bill | -77.65 | | |
| | Payment SASKATCHEWAN | | | |
| | TELECOMMUNICATION 8681558 | | | |
| Apr24 | Point Of Sale Purchase | -21.07 | | |
| | WALMART STORE #5790 | | | |
| Apr25 | Point Of Sale Purchase | -35.51 | | |
| | PRIME FASTENERS | | | |
| Apr25 | Point Of Sale Purchase | -21.09 | | |
| | PRIME FASTENERS | | | |
| Apr25 | Point Of Sale Purchase | -66.59 | | |
| | PRINCESS AUTO 07 | | | |
| Apr26 | Point Of Sale Purchase | -81.85 | | |
| | MRYGLOD STEEL & METALS | | | |
| Apr26 | Point Of Sale Purchase | -11.07 | | |
| | CANADIAN TIRE #408 | | | |
| Apr26 | Point Of Sale Purchase | -39.70 | | |
| | RONA WEYBURN WEYBURNSKCA | | | |
| Apr26 | Point Of Sale Purchase | -39.94 | | |
| | PEAVEY MART #220 | | | |
| Apr27 | e-Transfer - Debit Payee: | -548.80 | | |
| | Dan Verot | | | |
| Apr27 | e-Transfer - Debit TXN | -1.50 | | |
| | Fee Payee: Dan Verot | | | |
| Apr28 | Point Of Sale Purchase | -133.20 | | |
| | PEAVEY MART #220 | | | |
| Apr28 | Point Of Sale Credit | | 133.20 | |
| | PEAVEY MART #220 | | | |
| Apr28 | Point Of Sale Purchase | -73.45 | | |
| | MRYGLOD STEEL & METALS | | | |
| Apr29 | Withdrawal Transfer to | -1,000.00 | | |
| | 100607874555 | | | |
| Apr30 | Point Of Sale Purchase | -15.92 | | |
| | PEAVEY MART #220 | | | |
| Apr30 | Line of Credit Interest | -208.54 | | |
| Apr30 | Service Charge | -38.00 | | |
| Apr30 | Statement Mailing Fee | -3.00 | | |
| | Total Debits | -8,606.67 | | |

If this statement does not agree with your records, please contact our office within 30 days of delivery

EXHIBIT "24"

PH000578