**7344 : Horvath, Stefanie**          **October 31, 2022**          **Cheque No**     **DD0311342**     **SUP 1282**

Pay Cycle:  SEMI MONTH / 2022          Pay Period End Date:     10/31/2022     Redacted
            / 20

**Grid Description**     **1) CUPEOT - CLASS 6 - 7**

| Earnings | Unit | Rate | This Cheque | YTD Amount | Gross to Net Pay | This Cheque | YTD Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| Regular Earnings Pay | 72.00 | 64.6400 | 4,654.08 | 73,368.00 | Total Earnings | 4,654.08 | 70,516.32 | |
| Leave without Pay | | | | -2,851.68 | Deduction - Life 2053 | -8.98 | -123.82 | |
| | | | | | Deductn-Family | -0.52 | -7.28 | |
| | | | | | MEPP | -418.87 | -5,525.23 | |
| | | | | | CUPE 4799 Dues | -69.81 | -1,057.74 | |
| | | | | | Federal Income Tax | -567.00 | -8,523.26 | |
| | | | | | Provincial Income Tax | -364.62 | -5,495.87 | |
| | | | | | Deduction - LTD 2053 | -37.77 | -521.38 | |
| | | | | | Deduction - ADD 2053 | -1.03 | -14.22 | |
| | | | | | Deduction- Dependant | -0.55 | -7.70 | |
| | | | | | Deductn - Extended | -35.11 | -473.54 | |
| | | | | | Deduction - Dental | -31.08 | -414.42 | |
| | | | | | CPP, Employee | | -3,499.80 | |
| | | | | | EI, Employee | | -952.74 | |
| **Total Earnings** | | | **4,654.08** | **70,516.32** | **Net Pay** | **3,118.74** | **43,899.32** | |

| Other Information | This | YTD Amount | Balance | Net Pay Distribution | Amount | | Deposit Date |
|---|---|---|---|---|---|---|---|
| Sick Hour Balance | | | 3.75 | Checking: | 3,118.74 | | 31. Oct 2022 |
| Sick Hours Taken | -11.25 | -40.50 | | | | | |
| Benefit - ADD 2053 | 1.03 | 14.22 | | | | | |
| Benefit - Dental 2053 | 31.08 | 414.42 | | | | | |
| Benefit - Dependant Life 2053 | 0.55 | 7.70 | | | | | |
| Benefit - Extended Health 2053 | 35.11 | 473.54 | | | | | |
| Benefit - Life 2053 | 8.98 | 123.82 | | | | | |
| Benefit - LTD 2053 | 37.77 | 521.38 | | | | | |
| Benefit - MEPP Pension | 418.87 | 5,525.23 | | | | | |
| Benefit-Family Assistance 2053 | 0.52 | 7.28 | | | | | |

| Earnings in Detail | Unit | Rate | This Cheque |
|---|---|---|---|
| Oct-16-2022  Regular | 72.00 | 64.6400 | 4,654.08 |

**Redacted**

Horvath, Stefanie

**Redacted**

REMITTANCE ADVICE ONLY



EXHIBIT "25", PAGE 1

**EXHIBIT 1043**

Attorney Eyes Only                                                                              BH002990

**7344 : Horvath, Stefanie**     **October 31, 2022**     **Cheque No.**     DD0311342     **SUP 1282**

Case 1:25-cv-00297-JAO-RT     Document 136-25     Filed 07/20/26     Page 2 of 2
PageID.2800

**Pay Cycle:**     SEMI MONTH / 2022 / 20     **Pay Period End Date:**     10/31/2022

**Redacted**

**Grid Description**     **1) CUPEOT - CLASS 6 - 7**

**Payroll Department Contacts:**          Cheryl Klatt  (306) 682-8629

**Redacted**

Horvath, Stefanie

**Redacted**

REMITTANCE ADVICE ONLY

<span style="color:red">EXHIBIT "25", PAGE 2</span>

Attorney Eyes Only                                                                                                    BH002991