

Sent from my iPhone

EXHIBIT "26"

**EXHIBIT 1103**

Attorney Eyes Only

PH000455