EXHIBIT 27. PAGE 1

**EXHIBIT 1117**

Attorney Eyes Only

PH000443

8:09    5G

# Gold Mastercard

Redacted

Summary for Mar, 2023

⬇ Download

☐ View with Screen Reader



**CapitalOne**

Page 2 of 2
Capital One Mastercard® ending Redacted
Statement Period: Feb 14, 2023 - Mar 13, 2023

**ACCOUNT ACTIVITY**

PAULA HAYGARTH Redacted Payments, Credits & Adjustments

| Transaction Date | Posting Date | Description | Type | Amount |
|---|---|---|---|---|
| Feb 14 | Feb 15 | PAYMENT | | $1,512.85 |

PAULA HAYGARTH #1274: Total Payments, Credits & Adjustments    $1,512.85

PAULA HAYGARTH Redacted Transactions

| Transaction Date | Posting Date | Description | Type | Amount |
|---|---|---|---|---|
| Feb 15 | Feb 20 | CRAVETORONTO2N | | $22.19 |
| Feb 27 | Mar 1 | WESTJET 8383844025167229CALGARYAB | | $40.00 |
| Mar 8 | Mar 9 | TIM HORTONS #0777MKEYBURNSK | | $6.45 |

PAULA HAYGARTH Redacted Total Transactions    $68.64

**Summary for This Period**

| | |
|---|---|
| Total Purchases | $68.64 |
| Total Cash Advances | $0.00 |
| Total Special Transactions | $0.00 |

**INTEREST CHARGES**

| Type of Balance | Periodic Rate | Annual Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 1.24167% | 14.90% | $0.00 |
| Cash Advances | 1.82500% | 21.79% | $0.00 |

AA 🔒 .capitalone.com ↻

< > ⬆ 📖 ⬚

EXHIBIT 27. PAGE 2

Attorney Eyes Only                                    PH000444

EXHIBIT 27. PAGE 3

Attorney Eyes Only

PH000445

8:10 🔕                    ⓘ 5G 🔋

✕

# Gold Mastercard

Redacted

Summary for Feb, 2023    📅

⬇ Download

☐    View with Screen Reader



EXHIBIT 27. PAGE 4

Attorney Eyes Only                                    PH000446

EXHIBIT 27. PAGE 5

Attorney Eyes Only                                                                                      PH000447

8:13 🔕                                    📶 5G 🔋

# Gold Mastercard

Redacted

Summary for Apr, 2023                    📅

⬇ Download

☐          View with Screen Reader



AA  🔒 s.capitalone.com ↻

<  >        ⬆        📖        🗐

EXHIBIT 27. PAGE 6

Attorney Eyes Only                                    PH000448

EXHIBIT 27. PAGE 7

Attorney Eyes Only                                                                                           PH000449

8:15

.ıl 5G

×

# Gold Mastercard

Redacted

Summary for Oct, 2023 📅

⬇ Download

☐ View with Screen Reader



CapitalOne                          Page 2 of 2
                    Capital One Mastercard® ending Redacted
                    Statement Period: Sep 14, 2023 - Oct 13, 2023

**ACCOUNT ACTIVITY**

PAULA HAYGARTH Redacted Payments, Credits & Adjustments

| Transaction Date | Posting Date | Description | Amount |
|---|---|---|---|
| Sep 18 | Sep 18 | PAYMENT | - $498.72 |

PAULA HAYGARTH Redacted Total Payments, Credits & Adjustments   - $498.72

PAULA HAYGARTH Redacted Transactions

| Transaction Date | Posting Date | Description | Amount |
|---|---|---|---|
| Sep 13 | Sep 14 | PACKERCHEF LLP SASKATOON SK | $586.08 |
| Sep 13 | Sep 15 | WESTJET 8381827197947893 CALGARY AB | $589.18 |
| Sep 15 | Sep 16 | SQUARESPACE INC NEW YORK NY | $30.83 |
|  |  | 22.20 USD @ 1.3887387397 |  |
| Sep 25 | Sep 25 | SQUARESPACE INC NEW YORK NY | $55.25 |
|  |  | 39.96 USD @ 1.3806126637 |  |
| Sep 30 | Oct 2 | BELOW THE BELT REGINA SK | $146.30 |
| Oct 1 | Oct 2 | PETRO CANADA72225 SWIFT CURRENT SK | $66.70 |
| Oct 8 | Oct 8 | NETFLIX.COM 866-716-0414 ON | $15.30 |

PAULA HAYGARTH Redacted Total Transactions   **$1,479.64**

**Summary for This Period**

| | |
|---|---|
| Total Purchases | $1,479.64 |
| Total Cash Advances | $0.00 |
| Total Special Transactions | $0.00 |

**INTEREST CHARGES**

| Type of Balance | Periodic Rate | Annual Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 1.2416797% | 34.99% | $0.00 |
| Cash Advances | 1.8250000% | 21.90% | $0.00 |

🔒 .capitalone.com ↻

AA

‹  ›  ⬆  📖  ▢

EXHIBIT 27. PAGE 8

Attorney Eyes Only                                            PH000450

EXHIBIT 27. PAGE 9

Attorney Eyes Only                                                                            PH000451

8:16

.ıll 5G

✕

# Gold Mastercard

Redacted

Summary for Feb, 2024

⬇ Download

☐ View with Screen Reader



**EXHIBIT 27. PAGE 10**

Attorney Eyes Only

PH000452

Sent from my iPhone

EXHIBIT 27. PAGE 11

Attorney Eyes Only

PH000453