Dear Byron,

I write this letter as a peace offering. It is my sincere hope that you can receive it as such so that we may begin to repair the coparenting relationship between us for the benefit of our child and the healing of our families. I am deeply sorry for many of the choices I made while under the influence of Liana Shanti/Liane Wilson. I am sorry for the way that you and your family were exploited online by her. And most importantly, I am sorry for Isla. She is a vulnerable child who is growing and walking her own path who should never have been exploited in this way.

In the months following the break away from Liana Shanti/Liane Wilson, so many truths have been revealed to me. It has been like a spell was broken. I realize that I was living in so much fear under Liana Shanti/Liane Wilson's guidance. This is not to excuse my actions, for which I continue to take accountability for. Rather, it is to acknowledge the depth of the deception that I and many others have experienced within that community. I did not know she was a convicted felon or that she has a parole officer. To say that Liana Shanti/Liane Wilson is a master manipulator, is an understatement. In many ways I believed I had no control over what she was doing and was deeply afraid to go against her guidance or demands.

Being out of that world has felt like waking up from a nightmare. I have had to reassess everything I believe to sort through what is real and what is something she programmed. And what I have found is that most of it was lies, deception and coercion all for her personal gain. I have regret and shame that I was duped by her and that my choices made under her guidance caused so much pain to so many people. None of us deserve what we have been through. And though I know that it will take time, I want to make amends for what I can and move forward in whatever cooperation and harmony we can find for the best interest of our daughter.

The impact that Liana Shanti/Liane Wilson has had on our lives is nothing short of chaos. And the further I get from that part of my life, the more grateful I am to be free of it. At the same time, I have compassion for others who have been and are still being harmed by her. And for this reason, I do feel called to share some of my experience for the benefit of bringing to light the truth of what she does to her students and their families. I believe it is important for people to be warned, to hear the truth from someone who was inside. I understand that the public forum has been used as weapon against you, Isla and your family, and for this reason, I am informing you of my plans to take the following actions, unless you object to them.

- I will send a cease-and-desist letter to Liana Shanti/Liane Wilson instructing her to remove everything associated with Isla Horvath, myself, and any family member or relative removed from every website and social media platform. This includes all posts referencing anyone connected to Isla or myself including all relatives (father, mother, grandmother, grandfather, stepmother, cousins, aunts, uncles, etc.).

- I will rescind any and all statements and signed documents stating that I gave Liana Shanti/Liane Wilson permission to use any information online having to do with Isla Horvath.

EXHIBIT "28", PAGE 1          **EXHIBIT 1157**

Attorney Eyes Only                                                              BH003028

- I will rescind the letter of support that I wrote for Liana Shanti/Liane Wilson.

- I will provide text messages between Liana Shanti and myself as evidence that proves she gave me specific guidance and instruction to leave Canada with Isla.

- I will offer my personal testimony to the Parole Officer and Attorney as necessary for legal record, if it can be used to expose her malfeasance.

- If there is further exposition of Liana Shanti/Liane Wilson's lies in the form of a public article, documentary or other platform, I will offer my testimony as an example of the destruction she causes to families.

Please, let me know if you object to any of these actions and I will respect your wishes as I do not intend to cause any further harm by association of any kind with Liana Shanti/Liane Wilson.

Please hear me when I say I am truly sorry, Byron. I just want to move forward with a life free of that woman, repairing what was damaged, and being the best Mother I can be for our daughter.

Sincerely,

Haley

EXHIBIT "28", PAGE 2

Attorney Eyes Only

BH003029