# Document Produced in Native Format

EXHIBIT "29"

**EXHIBIT 1150**

Confidential - Pursuant to Protective Order                                                    PH000391