8:40            .ıll 5G 🔋

←     Money sent



**Matsue Meditation**     -US$175

Mar 30, 12:13 p.m.

Show history

Show story



Messag
e

From

VISA Credit Card

Redacted

Show payment info

Ship to

Paula Haygarth

EXHIBIT "30", PAGE 1       **EXHIBIT 1162**

Attorney Eyes Only                                                                     PH000457

8:40 🔕     .ıll 5G 🔋

← Purchase - PayPal Debit...

 **Anita Weimann**    -$125 CAD

Jan 9, 08:23 a.m.

## Order summary

Healing Session 1hr
Qty: 1

## From

VISA Debit Card
Redacted
Show payment info

EXHIBIT "30", PAGE 2

Attorney Eyes Only                                PH000458



8:41        5G

←   Purchase - PayPal Debit…

 **Matsue Meditation**     -US$150

Oct 9, 07:07 p.m.

Show history

Show story

Message

From

VISA Debit Card

Redacted

Show payment info

Ship to

Paula Haygarth

EXHIBIT "30", PAGE 3

Attorney Eyes Only     PH000459

8:44
◀ Mail
.ıl 5G 🔋



| Items | Details | Subtotal | Tax | Total |
|---|---|---|---|---|
| August 2, 2024 · 9:00am. Individual Counselling · 50 Minutes (50 minutes) Lynn Hance RCC 2473 / BCCSW 09983 | Invoice #866-P01 | $150.00 | $0.00 | $150.00 |
| | | | Subtotal | $150.00 |
| | | | Total | $150.00 |

| Friday August 2, 2024 · 10:15am | Payment #647 - Paula Haygarth, VISA | Redacted | -$150.00 |

| Total Invoiced | Total Paid | Balance |
|---|---|---|
| $150.00 | $150.00 | $0.00 |



dlives.janeapp.com ↻

EXHIBIT "30", PAGE 4

Attorney Eyes Only                                    PH000460

Sent from my iPhone

EXHIBIT "30", PAGE 5

Attorney Eyes Only

PH000461