CADES SCHUTTE
A Limited Liability Law Partnership

JEFFREY S. PORTNOY        1211
TROY C. YOUNG            11317
1000 Bishop Street, Suite 1200
Honolulu, HI  96813-4212
Telephone: (808) 521-9200
Fax: (808) 521-9210
Email:  jportnoy@cades.com
Email:  tcyoung@cades.com

Attorneys for Plaintiffs
LIFE MASTERY NETWORK LLC, a Nevada
limited liability company dba LIANA
SHANTI ENTERPRISES and LIANE
WILSON, also known in the community as
LIANA SHANTI

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI‘I

| | |
|---|---|
| LIFE MASTERY NETWORK LLC, a Nevada limited liability company dba LIANA SHANTI ENTERPRISES and LIANE WILSON, also known in the community as LIANA SHANTI,<br><br>Plaintiffs,<br><br>v.<br><br>PAULA HAYGARTH, BYRON HORVATH, STEFANIE HORVATH; JANE DOES 2-10, and JOHN DOES 1-10,<br><br>Defendants. | CIVIL NO. 1:25-cv-00297-JAO-RT<br><br>**PLAINTIFFS/COUNTERCLAIM DEFENDANTS' [PROPOSED] SPECIAL VERDICT FORM; CERTIFICATE OF SERVICE**<br><br>Judge:    Hon. Jill A. Otake<br>Magistrate Judge: Hon. Rom Trader<br>Trial:    August 3, 2026 |

## PLAINTIFFS/COUNTERCLAIM DEFENDANTS'
## [PROPOSED] SPECIAL VERDICT FORM

Plaintiffs/Counterclaim Defendants LIFE MASTERY NETWORK LLC, a Nevada limited liability company dba LIANA SHANTI ENTERPRISES and LIANE WILSON, also known in the community as LIANA SHANTI ("**Ms. Shanti**") (collectively, "**Plaintiffs**"), by and through their counsel, Cades Schutte LLP, hereby submit their [Proposed] Special Verdict Form pursuant to the Amended Scheduling Order, filed herein on September 12, 2025 [ECF No. 30]. Plaintiffs reserve their right to amend and supplement their proposed form depending upon the proof admitted into evidence and other developments at trial, and the form of the jury instructions settled upon by the Court.

DATED: Honolulu, Hawaii, July 20, 2026.

CADES SCHUTTE
A Limited Liability Law Partnership


*/s/ Jeffrey S. Portnoy*
JEFFREY S. PORTNOY, ESQ.
TROY C. YOUNG, ESQ.

Attorneys for Plaintiffs
LIFE MASTERY NETWORK LLC, a
Nevada limited liability company dba
LIANA SHANTI ENTERPRISES and
LIANE WILSON, also known in the
community as LIANA SHANTI

2

## SPECIAL JURY VERDICT FORM (PLAINTIFF'S CASE)

You must answer all the questions, unless otherwise directed in the instructions. You should read the entire Special Jury Verdict Form before proceeding to answer.

Answer the questions in numerical order. Follow all directions carefully. Each answer requires the unanimous agreement of all members of the jury. If you do not understand any questions or wish to communicate with the court, you must do sonly in writing through the bailiff.

SECTION I: AFFIRMATIVE DEFENSE OF TRUTH

1. Has Defendant PAULA HAYGARTH shown by a preponderance of the evidence that the statements made about Plaintiff were true or substantially true?

[*THE "STATEMENTS" REFERRED TO HEREIN ARE THOSE CERTAIN STATEMENTS IN EXHIBITS 1 - 17*]

Yes_____    No_____

2. Has Defendant BYRON HORVATH shown by a preponderance of the evidence that the statements made about Plaintiff were true or substantially true?

[*THE "STATEMENTS" REFERRED TO HEREIN ARE THOSE CERTAIN STATEMENTS IN EXHIBITS 1 - 17*]

Yes_____    No_____

3. Has Defendant STEFANIE HORVATH shown by a preponderance of the evidence that the statements made about Plaintiff were true or substantially true?

[*THE "STATEMENTS" REFERRED TO HEREIN ARE THOSE CERTAIN STATEMENTS IN EXHIBITS 1 - 17*]

Yes_____    No_____

If you answered "No" as to any statement in Section I, then proceed to Section

2

II to answer questions for those statements or statement about which you have answered "No" to Section I.

SECTION II: LIBEL PER SE CLAIM

1.  Has Plaintiff shown by a preponderance of the evidence that any of the Defendants made a false and defamatory statement about Plaintiff?

    PAULA HAYGARTH        Yes_____        No_____

    BYRON HORVATH        Yes_____        No_____

    STEFANIE HORVATH     Yes_____        No_____

    If you answered "Yes" as to any of the Defendants in Section II, Question No. 1, then proceed to Section II., Question No. 2 as to that Defendant or Defendants.  If you answered "No" as to all the Defendants in Section II, Question No. 1, then do not answer Section II, Question No. 2 but proceed to Section III.

2.  Has Plaintiff shown by clear and convincing evidence that any of the Defendants made a statement about Plaintiff with knowledge that the statement was false or with a reckless disregard for the truth or falsity?

    [*SEE EXHIBITS 1 - 17*]

    PAULA HAYGARTH        Yes_____        No_____

    BYRON HORVATH        Yes_____        No_____

    STEFANIE HORVATH     Yes_____        No_____

3

Proceed to Section III.

SECTION III: FALSE LIGHT

1. Has Plaintiff shown by a preponderance of the evidence that any of the Defendants' statements placed her before the public in a false position?

PAULA HAYGARTH    Yes_____        No_____

BYRON HORVATH      Yes_____        No_____

STEFANIE HORVATH  Yes_____        No_____

If you answered "Yes" as to any of the Defendants in Section III, Question No. 1, then proceed to answer Section III, Question No. 2 as to that Defendant or Defendants that you gave a "Yes" answer. If you answered "No" as to all the Defendants in Section III, Question No. 1, then proceed to answer Section IV and do not answer Section III, Question Nos. 2 and 3.

2. Has Plaintiff shown by clear and convincing evidence that any of the Defendants knew the statements would place her before the public in a false position?

PAULA HAYGARTH    Yes_____        No_____

BYRON HORVATH      Yes_____        No_____

STEFANIE HORVATH  Yes_____        No_____

If you answered "Yes" as to any of the Defendants in Section II, Question No. 2, then proceed to answer section III, Question No. 3 as

4

to that Defendant or Defendants.  If you answered "No" as to all the Defendants in Section III, Question No. 3, then do not answer Section III, Question No. 3 but proceed to Section IV.

SECTION IV: CIVIL CONSPIRACY

1. Has Plaintiff shown by a preponderance of the evidence that any of the Defendants joined in a formation of a conspiracy?

   PAULA HAYGARTH        Yes_____        No_____

   BYRON HORVATH         Yes_____        No_____

   STEFANIE HORVATH      Yes_____        No_____

If you answered "Yes" as to any of the Defendants in Section IV, Question No. 1, then proceed to answer Section IV, Question No. 2 as to that Defendant or Defendants.  If you answered "No" as to all the Defendants in Section IV, Question No. 1, then proceed to Section V and do not answer Section IV, Question No. 3.

2. Has Plaintiff shown by a preponderance of the evidence that any of the Defendants engaged in wrongful conduct in furtherance of a conspiracy?

   PAULA HAYGARTH        Yes_____        No_____

   BYRON HORVATH         Yes_____        No_____

   STEFANIE HORVATH      Yes_____        No_____

If you answered "Yes" as to any of the Defendants in Section IV, Question No. 2, then proceed to answer Section IV, Question No. 3 as to that Defendant or

5

Defendants.  If you answered "No" as to all the Defendants in Section IV, Question

No. 2, then proceed to Section V and do not answer Section IV, Question No. 3.

3.  Has Plaintiff shown by a preponderance of the evidence that any of the

Defendants harmed Plaintiff?

PAULA HAYGARTH      Yes_____      No_____

BYRON HORVATH      Yes_____      No_____

STEFANIE HORVATH      Yes_____      No_____

Proceed to Section V.

SECTION V: DAMAGES AS TO PLAINTIFF

Please state the damages that Plaintiff has proven in this case:

General damages:      $_____

Proceed to Section VI

SECTION VI: PUNITIVE DAMAGES

1.  Has Plaintiff shown by clear and convincing evidence that any of the

Defendants acted intentionally, willfully, wantonly, oppressively,

maliciously or in a grossly negligent manner?

PAULA HAYGARTH      Yes_____      No_____

BYRON HORVATH      Yes_____      No_____

STEFANIE HORVATH      Yes_____      No_____

If you answered "Yes" as to any of the Defendants in Question No. 1, then

6

proceed to Question No. 2 as to that Defendant or Defendants.  If you answered "No" as to all the Defendants in Question No. 1, then do not answer Question No. 1 and sign and date this form.

2. For each of the Defendants that you answered "yes" to in Question No. 1, state the amount of money required to punish considering his or financial condition?

PAULA HAYGARTH       $_____

BYRON HORVATH       $_____

STEFANIE HORVATH     $_____

Please stop, sign, and date this form, and contact the Bailiff.

**SPECIAL JURY VERDICT FORM (COUNTERCLAIMANTS' CASE)**

You must answer all the questions, unless otherwise directed in the instructions. You should read the entire Special Jury Verdict Form before proceeding to answer.

Answer the questions in numerical order.  Follow all directions carefully. Each answer requires the unanimous agreement of all members of the jury.  If you do not understand any questions or wish to communicate with the court, you must do sonly in writing through the bailiff.

SECTION I: AFFIRMATIVE DEFENSE OF TRUTH

1. Has Plaintiff shown by a preponderance of the evidence that the statements made about any of the Counterclaimants were true or substantially true?

If you answered "Yes" in Section I, Question No. 1, then do not answer any more questions, and sign and date the form.

If you answered "No" as to any statement in Section I, Question No. 1, then proceed to Section II to answer questions for those statements or statement about which you have answered "No" to Section I, Question No. 1.

SECTION II: LIBEL PER SE CLAIM

1. Have Counterclaimants shown by a preponderance of the evidence that Plaintiff made a false and defamatory statement about any of the Counterclaimants?

Proceed to Section III.

SECTION III: FALSE LIGHT

2. Have Counterclaimants shown by a preponderance of the evidence that any of the Plaintiff's statements placed him or her before the public in a false position?

If you answered "Yes", then proceed to answer Question No. 2. If you answered "No" as to all the Defendants in Section III, Question No. 1, then proceed to answer Section IV.

2

3. Has Counterclaimant shown by a preponderance of the evidence that any of Plaintiff's statements that placed a Counterclaimant before the public in a false position caused injury to the Counterclaimant?

Yes_____        No_____

Proceed to section IV.

SECTION V: DAMAGES AS TO COUNTERCLAIMANTS

Please state the damages that Counterclaimant has proven in this case:

General damages (Byron Horvath):          $_____

General damages (Stefanie Horvath):       $_____

General damages (Paula Haygarth):         $_____

Proceed to Section VI

SECTION VI: PUNITIVE DAMAGES

3. Have Counterclaimants shown by clear and convincing evidence that Plaintiff acted intentionally, willfully, wantonly, oppressively, maliciously or in a grossly negligent manner?

Yes_____        No_____

If you answered "Yes" as to Question No. 1, then proceed to Question No. 2. If you answered "No", then do not answer Question No. 1 and sign and date this form.

4. State the amount of money required to punish Plaintiff considering

3

Plaintiff's financial condition?

$_____

Please stop, sign, and date this form, and contact the Bailiff.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LIFE MASTERY NETWORK LLC, a Nevada limited liability company dba LIANA SHANTI ENTERPRISES and LIANE WILSON, also known in the community as LIANA SHANTI, | CIVIL NO. 1:25-cv-00297-JAO-RT<br><br>**CERTIFICATE OF SERVICE** |
| Plaintiffs, | |
| v. | |
| PAULA HAYGARTH, BYRON HORVATH, STEFANIE HORVATH; JANE DOES 2-10, and JOHN DOES 1-10, | |
| Defendants. | |

## <u>CERTIFICATE OF SERVICE</u>

The undersign hereby certifies that true and correct copies of the foregoing document were duly served on the following counsel for the parties by electronic means:

LOUISE K.Y. ING              louise.ing@dentons.com
LAURA P. MORITZ         laura.moritz@dentons.com
Dentons US LLP
1001 Bishop Street, Ste. 1800
Honolulu, HI  96813

    Attorneys for Defendants
    PAULA HAYGARTH,
    BYRON HORVATH, and
    STEFANIE HORVATH

        DATED:  Honolulu, Hawaii, July 20, 2026.

                    CADES SCHUTTE
                    A Limited Liability Law Partnership

                    */s/ Jeffrey S. Portnoy*
                    JEFFREY S. PORTNOY, ESQ.
                    TROY C. YOUNG, ESQ.

                    Attorneys for Plaintiffs
                    LIFE MASTERY NETWORK LLC, a
                    Nevada limited liability company dba
                    LIANA SHANTI ENTERPRISES and
                    LIANE WILSON, also known in the
                    community as LIANA SHANTI