LOUISE K.Y. ING        2394
LAURA P. MORITZ        7860

DENTONS US LLP
1001 Bishop Street, Suite 1800
Honolulu, HI 96813
Telephone:   808 524 1800
Facsimile:   808 524 4591
Email:       louise.ing@dentons.com
             laura.moritz@dentons.com

Attorneys for Defendants/Counterclaimants
PAULA HAYGARTH, BYRON HORVATH, and
STEFANIE HORVATH

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LIFE MASTERY NETWORK LLC, a Nevada limited liability company dba LIANA SHANTI ENTERPRISES and LIANE WILSON, also known in the community as LIANA SHANTI,<br><br>Plaintiffs/Counterclaim Defendants,<br><br>v.<br><br>PAULA HAYGARTH, BYRON HORVATH, STEFANIE HORVATH, JANE DOES 2-10, and JOHN DOES 1-10,<br><br>Defendants/ Counterclaimants. | Civil No.:  1:25-cv-00297-JAO-RT<br><br>**DEFENDANTS/ COUNTERCLAIMANTS' PROPOSED SPECIAL VERDICT FORM**<br><br><br><br><br><br>Judge: Honorable Jill A. Otake<br>Trial: August 3, 2026 |

## DEFENDANTS/COUNTERCLAIMANTS'
## PROPOSED SPECIAL VERDICT FORM

Defendants/Counterclaimants Paula Haygarth, Byron Horvath, and Stefanie Horvath ("**Defendants**"), by their undersigned counsel, respectfully requests the following Special Verdict Form to be given to the Jury. Defendants reserve the right to submit a revised Special Verdict Form which accurately reflects the state of the case at the time this case is submitted to the jury.

DATED:  Honolulu, Hawaiʻi, July 20, 2026.

    /s/ Laura P. Moritz
LOUISE K.Y. ING
LAURA P. MORITZ

Attorneys for Defendants/Counterclaimants
PAULA HAYGARTH, BYRON
HORVATH, and STEFANIE HORVATH

2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LIFE MASTERY NETWORK LLC, a Nevada limited liability company dba LIANA SHANTI ENTERPRISES and LIANE WILSON, also known in the community as LIANA SHANTI, <br><br> Plaintiffs/Counterclaim Defendants, <br><br> v. <br><br> PAULA HAYGARTH, BYRON HORVATH, STEFANIE HORVATH, JANE DOES 2-10, and JOHN DOES 1-10, <br><br> Defendants/ Counterclaimants. | Civil No.:  1:25-cv-00297-JAO-RT <br><br> **SPECIAL VERDICT FORM** <br><br><br><br> Judge: Honorable Jill A. Otake <br> Trial: August 3, 2026 |

**SPECIAL VERDICT FORM**

We, the jury in the above entitled action, answer the questions submitted to us as follows:

US_ACTIVE\138079361\V-7

## PART I: PLAINTIFFS' CLAIMS

### Part I, Section I: Plaintiffs' Defamation Claims

**Question 1.**  Did Plaintiffs prove by a preponderance of the evidence that any of the Defendants were the author of any of the anonymous statements posted in the "lianashanti_cult_recovery" Instagram account that are the subject of Plaintiffs' claims?

| Defendant | Yes | No |
|---|---|---|
| Paula Haygarth | | |
| Byron Horvath | | |
| Stefanie Horvath | | |

If you answered "yes" as to any defendant, then as to such defendant(s), answer the next __ questions. If you answered "no" as to all defendants, then skip to questions 7, 11, 13, 15, and 22.

**Question 2.** Was the statement "[Ms. Shanti] is a FAKE CON ARTIST MASTER MANIPULATOR FILTERED AVATAR PUPPET MASTER CULT LEADER" posted in the @lianashanti_cult_recovery Instagram account true or substantially true?

Yes _____    No _____

If you answered "Yes," then skip to Question 3. If you answered "no," then answer the next question.

**Question 2.1:** Is the statement in the prior question reasonably susceptible of a defamatory meaning?

Yes _____    No _____

If you answered "no," then skip to Question 3. If you answered "yes," then answer the next question.

**Question 2.2:** Was the statement published to a third party?

Yes _____    No _____

2

If you answered "no," then skip to Question 3. If you answered "yes," then answer the next question.

**Question 2.3:** Has either Plaintiff established that it or she suffered a special harm because of the allegedly defamatory statement or, in other words, has either Plaintiff established that it or she suffered a loss of something having at least indirect pecuniary value, such as the loss of society, companionship, and association?

Yes _____    No _____

If you answered Yes, then answer the next question. If you answered "no," then skip to Question 3.

**Question 2.4**: Has either Plaintiff proven, by clear and convincing proof, that the Defendant(s) whom you have found authored the statement wrote it knowing it was false or with reckless disregard for its truth?

Yes _____    No _____

Go to the next question.

**Question 3.** Was the statement "[Ms. Shanti] is making money and is 'abundant' in a very '3D' way. EXTORTION" posted in the @lianashanti_cult_recovery Instagram account true or substantially true?

Yes _____    No _____

If you answered "Yes," then skip to Question 4. If you answered "no," then answer the next question.

**Question 3.1:** Is the statement in the prior question reasonably susceptible of a defamatory meaning?

Yes _____    No _____

If you answered "no," then skip to Question 4. If you answered "yes," then answer the next question.

**Question 3.2:** Was the  statement published to a third party?

Yes _____    No _____

3

If you answered "no," then skip to Question 4. If you answered "yes," then answer the next question.

**Question 3.3:** Has either Plaintiff established that it or she suffered a special harm because of the allegedly defamatory statement or, in other words, has either Plaintiff established that it or she suffered a loss of something having at least indirect pecuniary value, such as the loss of society, companionship, and association?

Yes _____   No _____

If you answered Yes, then answer the next question. If you answered "no," then skip to Question 4.

**Question 3.4**: Has either Plaintiff proven, by clear and convincing proof, that the Defendant(s) whom you have found authored the statement wrote it knowing it was false or with reckless disregard for its truth?

Yes _____   No _____

Go to the next question.

**Question 4.** Was the statement "[Ms. Shanti] coaches other women on how to claim sexual/physical abuse against their partner" posted in the @lianashanti_cult_recovery Instagram account true or substantially true?

Yes _____   No _____

If you answered "Yes," then skip to Question 5. If you answered "no," then answer the next question.

**Question 4.1:** Is the statement in the prior question reasonably susceptible of a defamatory meaning?

Yes _____   No _____

If you answered "no," then skip to Question 5. If you answered "yes," then answer the next question.

**Question 4.2:** Was the statement published to a third party?

Yes _____   No _____

4

If you answered "no," then skip to Question 5. If you answered "yes," then answer the next question.

**Question 4.3:** Has either Plaintiff established that it or she suffered a special harm because of the allegedly defamatory statements or, in other words, has either Plaintiff established that it or she suffered a loss of something having at least indirect pecuniary value, such as the loss of society, companionship, and association?

Yes _____    No _____

If you answered Yes, then answer the next question. If you answered "no," then skip to Question 5.

**Question 4.4**: Has either Plaintiff proven, by clear and convincing proof, that the Defendant(s) whom you have found authored the statement wrote it knowing it was false or with reckless disregard for its truth?

Yes _____    No _____

Go to the next question.

**Question 5.** Was the statement "[Ms. Shanti] really does encourage false police reports" posted in the @lianashanti_cult_recovery Instagram account true or substantially true?

Yes _____    No _____

If you answered "Yes," then skip to Question 6. If you answered "no," then answer the next question.

**Question 5.1:** Is the statement in the prior question reasonably susceptible of a defamatory meaning?

Yes _____    No _____

If you answered "no," then skip to Question 6. If you answered "yes," then answer the next question.

**Question 5.2:** Was the statement published to a third party?

Yes _____    No _____

5

If you answered "no," then skip to Question 6. If you answered "yes," then answer the next question.

**Question 5.3:** Has either Plaintiff established that it or she suffered a special harm because of the allegedly defamatory statements or, in other words, has either Plaintiff established that it or she suffered a loss of something having at least indirect pecuniary value, such as the loss of society, companionship, and association?

Yes _____    No _____

If you answered Yes, then answer the next question. If you answered "no," then skip to Question 6.

**Question 5.4**: Has either Plaintiff proven, by clear and convincing proof, that the Defendant(s) whom you have found authored the statement wrote it knowing it was false or with reckless disregard for its truth?

Yes _____    No _____

Go to the next question.

**Question 6.** Was the statement "[Ms. Shanti] funnel[s] investors money out of Canada into Florida where theyre [sic] using a state tax loophole to fund their mansion and cult" posted in the @lianashanti_cult_ recovery Instagram account true or substantially true?

Yes _____    No _____

If you answered "Yes," then skip to Question 7. If you answered "no," then answer the next question.

**Question 6.1:** Is the statement in the prior question reasonably susceptible of a defamatory meaning?

Yes _____    No _____

If you answered "no," then skip to Question 7. If you answered "yes," then answer the next question.

**Question 6.2:** Was the statement published to a third party?

Yes _____    No _____

6

If you answered "no," then skip to Question 7. If you answered "yes," then answer the next question.

**Question 6.3:** Has either Plaintiff established that it or she suffered a special harm because of the allegedly defamatory statements or, in other words, has either Plaintiff established that it or she suffered a loss of something having at least indirect pecuniary value, such as the loss of society, companionship, and association?

Yes _____     No _____

If you answered Yes, then answer the next question. If you answered "no," then skip to Question 7.

**Question 6.4**: Has either Plaintiff proven, by clear and convincing proof, that the Defendant(s) whom you have found authored the statement wrote it knowing it was false or with reckless disregard for its truth?

Yes _____     No _____

Go to the next question.

**Question 7.** Did Plaintiffs prove by a preponderance of the evidence that any of the Defendants authored any anonymous posts on Reddit under the anonymous user name "u/Liana_shanti_cult369" that are the subject of Plaintiffs' claims?

| Defendant | Yes | No |
|---|---|---|
| Paula Haygarth | | |
| Byron Horvath | | |
| Stefanie Horvath | | |

If you answered "yes" as to any defendant, then as to such defendant(s), answer the next questions. If you answered "no" as to all defendants, then skip to questions 11, 13, 15, and 22.

7

**Question 8.** Was the statement "[Ms. Shanti's] programs are heavily rooted in traditional psychology but use programming and undue influence, societal pressures and private groups to extort women into disconnecting from their families, friends and spouses in order to truly 'heal'" posted by the "u/Liana_shanti_cult369" Reddit user true or substantially true?

Yes _____    No _____

If you answered "Yes," then skip to Question 9. If you answered "no," then answer the next question.

**Question 8.1:** Is the statement in the prior question reasonably susceptible of a defamatory meaning?

Yes _____    No _____

If you answered "no," then skip to Question 9. If you answered "yes," then answer the next question.

**Question 8.2:** Was the statement published to a third party?

Yes _____    No _____

If you answered "no," then skip to Question 9. If you answered "yes," then answer the next question.

**Question 8.3:** Has either Plaintiff established that it or she suffered a special harm because of the allegedly defamatory statements or, in other words, has either Plaintiff established that it or she suffered a loss of something having at least indirect pecuniary value, such as the loss of society, companionship, and association?

Yes _____    No _____

If you answered Yes, then answer the next question. If you answered "no," then skip to Question 9.

**Question 8.4:** Has either Plaintiff proven, by clear and convincing proof, that the Defendant(s) whom you have found authored the statement wrote it knowing it was false and with reckless disregard for its truth?

Yes _____    No _____

8

Go to the next question.

**Question 9.** Was the statement "Over the past 6 months, [Ms. Shanti] has influenced at least 2 dozen women and their children to leave their 'Nazi' States/Countries and families (regardless of custody orders) and flee, primarily to the United States. We know of at least one woman who attempted to kidnap her children and cross the border from Canada into the United States" posted by the "u/Liana_shanti_cult369" Reddit user true or substantially true?

Yes _____    No _____

If you answered "Yes," then skip to Question 10. If you answered "no," then answer the next question.

**Question 9.1:** Is the statement in the prior question reasonably susceptible of a defamatory meaning?

Yes _____    No _____

If you answered "no," then skip to Question 10. If you answered "yes," then answer the next question.

**Question 9.2:** Was the statement published to a third party?

Yes _____    No _____

If you answered "no," then skip to Question 10. If you answered "yes," then answer the next question.

**Question 9.3:** Has either Plaintiff established that it or she suffered a special harm because of the allegedly defamatory statements or, in other words, has either Plaintiff established that it or she suffered a loss of something having at least indirect pecuniary value, such as the loss of society, companionship, and association?

Yes _____    No _____

If you answered Yes, then answer the next question. If you answered "no," then skip to Question 10.

**Question 9.4**: Has either Plaintiff proven, by clear and convincing proof, that the Defendant(s) whom you have found authored the statement wrote it knowing it was false and with reckless disregard for its truth?

9

Yes _____    No _____

Go to the next question.

**Question 10.**    Was the statement "…the possible crimes committed by her followers as a result of Liana's narratives and coaching techniques online deem her a potential accomplice" posted by the "u/Liana_shanti_cult369" Reddit user true or substantially true?

Yes _____    No _____

If you answered "Yes," then skip to Question 11. If you answered "no," then answer the next question.

**Question 10.1:** Is the statement in the prior question reasonably susceptible of a defamatory meaning?

Yes _____    No _____

If you answered "no," then skip to Question 11. If you answered "yes," then answer the next question.

**Question 10.2:** Was the statement published to a third party?

Yes _____    No _____

If you answered "no," then skip to Question 11. If you answered "yes," then answer the next question.

**Question 10.3:** Has either Plaintiff established that it or she suffered a special harm because of the allegedly defamatory statements or, in other words, has either Plaintiff established that it or she suffered a loss of something having at least indirect pecuniary value, such as the loss of society, companionship, and association?

Yes _____    No _____

If you answered Yes, then answer the next question. If you answered "no," then skip to Question 11.

10

**Question 10.4**: Has either Plaintiff proven, by clear and convincing that the Defendant(s) whom you have found authored the statement wrote it knowing it was false and with reckless disregard for its truth?

Yes _____   No _____

Go to the next question.

**Question 11.** Did Plaintiffs prove by a preponderance of the evidence that any of the Defendants authored any of the anonymous posts on Reddit under the anonymous user name "Salt-Health6213" that are the subject of Plaintiffs' claims?

| Defendant | Yes | No |
|---|---|---|
| Paula Haygarth | | |
| Byron Horvath | | |
| Stefanie Horvath | | |

If you answered "yes" as to any defendant, then as to such defendant(s), answer the next questions. If you answered "no" as to all defendants, then skip to questions 13, 15, and 22.

**Question 12.** Was the statement "[Ms. Shanti] literally robs her students and thrives from making sure her 'students' stay stuck. Her programs are all copied and none of the content is hers—it's stolen material from other people. She expects people to worship her and if they don't, she kicks them out of her 'groups' and still takes their money" posted by the "Salt-Health6213" Reddit user true or substantially true?

Yes _____   No _____

If you answered "Yes," then skip to Question 13. If you answered "no," then answer the next question.

**Question 12.1:** Is the statement in the prior question reasonably susceptible of a defamatory meaning?

Yes _____   No _____

If you answered "no," then skip to Question 13. If you answered "yes," then answer the next question.

**Question 12.2:** Was the statement published to a third party?

11

Yes _____    No _____

If you answered "no," then skip to Question 13. If you answered "yes," then answer the next question.

**Question 12.3:** Has either Plaintiff established that it or she suffered a special harm because of the allegedly defamatory statements or, in other words, has either Plaintiff established that it or she suffered a loss of something having at least indirect pecuniary value, such as the loss of society, companionship, and association?

Yes _____    No _____

If you answered Yes, then answer the next question. If you answered "no," then skip to Question 13.

**Question 12.4**: Has either Plaintiff proven, by clear and convincing proof, that the Defendant(s) whom you have found authored the statement wrote it knowing it was false or with reckless disregard for its truth?

Yes _____    No _____

Go to the next question.

**Question 13.**    Did Plaintiffs prove by a preponderance of the evidence that any of the Defendants authored any of the anonymous posts on Reddit under the anonymous user name "Alarmed_Aspect678" that are the subject of Plaintiffs' claims?

| Defendant | Yes | No |
|---|---|---|
| Paula Haygarth | | |
| Byron Horvath | | |
| Stefanie Horvath | | |

If you answered "yes" as to any defendant, then as to such defendant(s), answer the next questions. If you answered "no" as to all defendants, then skip to questions 15 and 22.

12

US_ACTIVE\138079361\V-7

**Question 14.**        Was the statement "[Ms. Shanti] was working on scamming and manipulating [a person] out of all his money and then take off somewhere. The B**** used the kids to manipulate him and then accuse him of the worst possible things with the kids" posted by the "Alarmed_Aspect678" Reddit user true or substantially true?

Yes _____    No _____

If you answered "Yes," then skip to Question 15. If you answered "no," then answer the next question.

> **Question 14.1:** Is the statement in the prior question reasonably susceptible of a defamatory meaning?
>
> Yes _____    No _____
>
> If you answered "no," then skip to Question 15. If you answered "yes," then answer the next question.
>
> **Question 14.2:** Was the statement published to a third party?
>
> Yes _____    No _____
>
> If you answered "no," then skip to Question 15. If you answered "yes," then answer the next question.
>
> **Question 14.3:** Has either Plaintiff established that it or she suffered a special harm because of the allegedly defamatory statements or, in other words, has either Plaintiff established that it or she suffered a loss of something having at least indirect pecuniary value, such as the loss of society, companionship, and association?
>
> Yes _____    No _____
>
> If you answered Yes, then answer the next question. If you answered "no," then skip to Question 15.
>
> **Question 14.4**: Has either Plaintiff proven, by clear and convincing proof, that the Defendant(s) whom you have found authored the statement wrote it knowing it was false or with reckless disregard for its truth?
>
> Yes _____    No _____

13

Go to the next question.

**Question 15.**      Did Plaintiffs prove by a preponderance of the evidence that any of the Defendants authored any of the anonymous posts on the "Cult Education Institute" website under the anonymous user name "lianarecovery" that are the subject of Plaintiffs' claims?

| Defendant | Yes | No |
|---|---|---|
| Paula Haygarth | | |
| Byron Horvath | | |
| Stefanie Horvath | | |

If you answered "yes" as to any defendant, then as to such defendant(s), answer the next questions. If you answered "no" as to all defendants, then skip to question 22.

**Question 16.**      Was the statement "[Ms. Shanti] created (plagiarized) a number of health protocols" on the Cult Education Institute website under "lianarecovery" true or substantially true?

        Yes _____   No _____

If you answered "Yes," then skip to Question 17. If you answered "no," then answer the next question.

> **Question 16.1:** Is the statement in the prior question reasonably susceptible of a defamatory meaning?
>
> Yes _____   No _____
>
> If you answered "no," then skip to Question 17. If you answered "yes," then answer the next question.
>
> **Question 16.2:** Was the statement published to a third party?
>
> Yes _____   No _____
>
> If you answered "no," then skip to Question 17. If you answered "yes," then answer the next question.
>
> **Question 16.3:** Has either Plaintiff established that it or she suffered a special harm because of the allegedly defamatory statements or, in other words, has either Plaintiff established that it or she suffered a loss of something having at

14

least indirect pecuniary value, such as the loss of society, companionship, and association?

Yes _____    No _____

If you answered Yes, then answer the next question. If you answered "no," then skip to Question ___.

**Question 16.4**: Has either Plaintiff proven, by clear and convincing proof, that the Defendant(s) whom you have found authored the statement wrote it knowing it was false or with reckless disregard for the truth?

Yes _____    No _____

Go to the next question.

**Question 17.**    Was the statement "[Ms. Shanti's] programs are heavily rooted in traditional psychology but use thought programming and undue influence, social pressure and side groups to extort women" on the Cult Education Institute website under "lianarecovery" true or substantially true?

Yes _____    No _____

If you answered "Yes," then skip to Question 18. If you answered "no," then answer the next question.

**Question 17.1:** Is the statement in the prior question reasonably susceptible of a defamatory meaning?

Yes _____    No _____

If you answered "no," then skip to Question 18. If you answered "yes," then answer the next question.

**Question 17.2:** Was the statement published to a third party?

Yes _____    No _____

If you answered "no," then skip to Question 18. If you answered "yes," then answer the next question.

**Question 17.3:** Has either Plaintiff established that it or she suffered a special harm because of the allegedly defamatory statements or, in other words, has either Plaintiff established that it or she suffered a loss of something having at

15

least indirect pecuniary value, such as the loss of society, companionship, and association?

Yes _____   No _____

If you answered Yes, then answer the next question. If you answered "no," then skip to Question 18.

**Question 17.4**: Has either Plaintiff proven, by clear and convincing proof, that the Defendant(s) whom you have found authored the statement wrote it knowing it was false or with reckless disregard for the truth?

Yes _____   No _____

Go to the next question.

**Question 18.**       Was the statement "[Ms. Shanti] influence[s] women to leave their husbands, file for sole custody, and go no contact with them or any other family member … We have been inundated with stories from fathers of wives and ex wives violating custody orders and preventing them from seeing their children" on the Cult Education Institute website under "lianarecovery" true or substantially true?

Yes _____   No _____

If you answered "Yes," then skip to Question 19. If you answered "no," then answer the next question.

**Question 18.1:** Is the statement in the prior question reasonably susceptible of a defamatory meaning?

Yes _____   No _____

If you answered "no," then skip to Question 19. If you answered "yes," then answer the next question.

**Question 18.2:** Was the statement published to a third party?

Yes _____   No _____

If you answered "no," then skip to Question 19. If you answered "yes," then answer the next question.

**Question 18.3:** Has either Plaintiff established that it or she suffered a special harm because of the allegedly defamatory statements or, in other words, has

16

either Plaintiff established that it or she suffered a loss of something having at least indirect pecuniary value, such as the loss of society, companionship, and association?

Yes _____    No _____

If you answered Yes, then answer the next question. If you answered "no," then skip to Question ___.

**Question 18.4**: Has either Plaintiff proven, by clear and convincing proof, that the Defendant(s) whom you have found authored the statement wrote it knowing it was false or with reckless disregard for the truth?

Yes _____    No _____

Go to the next question.

**Question 19.**      Was the statement "[Ms. Shanti] has influenced at least 2 dozen women and their children to pick up and leave their states/countries and families (regardless of custody decisions) and move—primarily to the United States. We know of at least one woman who attempted to kidnap her children and cross the border from Canada and into the United States" on the Cult Education Institute website under "lianarecovery" true or substantially true?

Yes _____    No _____

If you answered "Yes," then skip to Question 20. If you answered "no," then answer the next question.

**Question 19.1:** Is the statement in the prior question reasonably susceptible of a defamatory meaning?

Yes _____    No _____

If you answered "no," then skip to Question 20. If you answered "yes," then answer the next question.

**Question 19.2:** Was the statement published to a third party?

Yes _____    No _____

If you answered "no," then skip to Question 20. If you answered "yes," then answer the next question.

17

US_ACTIVE\138079361\V-7

**Question 19.3:** Has either Plaintiff established that it or she suffered a special harm because of the allegedly defamatory statements or, in other words, has either Plaintiff established that it or she suffered a loss of something having at least indirect pecuniary value, such as the loss of society, companionship, and association?

Yes _____    No _____

If you answered Yes, then answer the next question. If you answered "no," then skip to Question 20.

**Question 19.4**: Has either Plaintiff proven, by clear and convincing proof, that the Defendant(s) whom you have found authored the statement wrote it knowing it was false or with reckless disregard for the truth?

Yes _____    No _____

Go to the next question.

**Question 20.**    Was the statement "[an] expert we consulted has called this an online version of human and child trafficking" on the Cult Education Institute website under "lianarecovery" true or substantially true?

Yes _____    No _____

If you answered "Yes," then skip to Question 21. If you answered "no," then answer the next question.

**Question 20.1:** Is the statement in the prior question reasonably susceptible of a defamatory meaning?

Yes _____    No _____

If you answered "no," then skip to Question 21. If you answered "yes," then answer the next question.

**Question 20.2:** Was the statement published to a third party?

Yes _____    No _____

If you answered "no," then skip to Question 21. If you answered "yes," then answer the next question.

18

**Question 20.3:** Has either Plaintiff established that it or she suffered a special harm because of the allegedly defamatory statements or, in other words, has either Plaintiff established that it or she suffered a loss of something having at least indirect pecuniary value, such as the loss of society, companionship, and association?

Yes _____     No _____

If you answered Yes, then answer the next question. If you answered "no," then skip to Question 21.

**Question 20.4**: Has either Plaintiff proven, by clear and convincing proof, that the Defendant(s) whom you have found authored the statement wrote it knowing it was false or with reckless disregard for the truth?

Yes _____     No _____

Go to the next question.

**Question 21.**          Was the statement "Liana cherry picks her cult psychology from [Jonestown, Heavens Gate, and Waco]" on the Cult Education Institute website under "lianarecovery" true or substantially true?

Yes _____     No _____

If you answered "Yes," then skip to Question 22. If you answered "no," then answer the next question.

**Question 21.1:** Is the statement in the prior question reasonably susceptible of a defamatory meaning?

Yes _____     No _____

If you answered "no," then skip to Question 22. If you answered "yes," then answer the next question.

**Question 21.2:** Was the statement published to a third party?

Yes _____     No _____

If you answered "no," then skip to Question 22. If you answered "yes," then answer the next question.

19

**Question 21.3:** Has either Plaintiff established that it or she suffered a special harm because of the allegedly defamatory statements or, in other words, has either Plaintiff established that it or she suffered a loss of something having at least indirect pecuniary value, such as the loss of society, companionship, and association?

Yes _____    No _____

If you answered Yes, then answer the next question. If you answered "no," then skip to Question 22.

**Question 21.4**: Has either Plaintiff proven, by clear and convincing proof, that the Defendant(s) whom you have found authored the statement wrote it knowing it was false or with reckless disregard for the truth?

Yes _____    No _____

Go to the next question.

**Question 22.**    Did Plaintiffs prove by a preponderance of the evidence that any of the Defendants wrote any of the anonymous posts on the "Cult Education Institute" under the anonymous user name "WhiteKnight" that are the subject of Plaintiffs' claims?

| Defendant | Yes | No |
|---|---|---|
| Paula Haygarth | | |
| Byron Horvath | | |
| Stefanie Horvath | | |

If you answered "yes" as to any defendant, then as to such defendant(s), answer the next questions. If you answered "no" as to all defendants, then skip to Part I, Section II.

US_ACTIVE\138079361\V-7

**Question 23.**        Was the statement "Once a follower has been removed from the group, there have been instances of public shaming by releasing 'personal details' to humiliate that individual and intimidate others. Liana makes false and outrageous claims regarding having personal IP information revealing location details for her critics" on the Cult Education Institute website under "WhiteKnight" true or substantially true?

Yes _____    No _____

If you answered "Yes," then skip to Part I, Section II. If you answered "no," then answer the next question.

> **Question 23.1:** Is the statement in the prior question reasonably susceptible of a defamatory meaning?
>
> Yes _____    No _____
>
> If you answered "no," then skip to Part I, Section II. If you answered "yes," then answer the next question.
>
> **Question 23.2:** Was the statement published to a third party?
>
> Yes _____    No _____
>
> If you answered "no," then skip to Part I, Section II. If you answered "yes," then answer the next question.
>
> **Question 23.3:** Has either Plaintiff established that it or she suffered a special harm because of the allegedly defamatory statements or, in other words, has either Plaintiff established that it or she suffered a loss of something having at least indirect pecuniary value, such as the loss of society, companionship, and association?
>
> Yes _____    No _____
>
> If you answered Yes, then answer the next question. If you answered "no," then skip to Part I, Section II.
>
> **Question 23.4**: Has either Plaintiff proven, by clear and convincing proof, that the Defendant(s) whom you have found authored the statement wrote it knowing it was false or with reckless disregard for the truth?
>
> Yes _____    No _____

21

US_ACTIVE\138079361\V-7

Go to the next section.

22

US_ACTIVE\138079361\V-7

**Part I, Section II: Plaintiffs' False Light Claim**

**Question 1.** Did Plaintiffs prove by a preponderance of the evidence that any Defendant publicized information about Plaintiffs that placed Plaintiffs before the public in a false light?

| Defendant | Yes | No |
|---|---|---|
| Paula Haygarth | | |
| Byron Horvath | | |
| Stefanie Horvath | | |

If you answered "yes" as to any defendant(s), then answer the next question as to such defendant(s) for whom you answered "yes" (referred to in the next questions as "Such Defendant(s)"). If you answered "no," then skip to Part I, Section III.

**Question 2.** As to the information that you found Such Defendant(s) publicized about Plaintiffs, would a reasonable person consider it to be highly offensive?

Yes _____    No _____

**Question 3.** As to the information that you found Such Defendant(s) publicized about Plaintiffs, did Such Defendant(s) act with reckless disregard of the fact that a reasonable person in Plaintiffs' position would consider the publicity highly offensive?

Yes _____    No _____

**Question 4.** As to the information that you found Such Defendants publicized about Plaintiffs, was either Plaintiff harmed?

| Plaintiff | Yes | No |
|---|---|---|
| Life Mastery Network LLC | | |
| Liane Wilson | | |

If you answered "Yes," then answer the next question.

23

US_ACTIVE\138079361\V-7

**Question 5.** As to the information that you found Such Defendant(s) publicized about Plaintiffs, was/were any of Such Defendants a substantial factor in causing the harm to either Plaintiff, above?    If so, please list the names of Such Defendants whom you have found were a substantial factor:

_____

Please go to the next section.

US_ACTIVE\138079361\V-7

### Part I, Section III: Plaintiffs' Intentional Infliction of Emotional Distress Claim

**Question 1.** As to each Defendant (if any) whom you found by a preponderance of the evidence authored any of the statements listed above in Sections I, Questions 1, 7, 11, 13, and 22 ("Such Defendant(s)"), did Plaintiffs prove by a preponderance of the evidence that Such Defendant(s) was/were intentional or reckless in making the statements about Plaintiffs?

| Defendant | Yes | No |
|---|---|---|
| Paula Haygarth | | |
| Byron Horvath | | |
| Stefanie Horvath | | |

If you answered "yes" as to any Such Defendant(s), then answer the next question. If you answered "no," then skip to Part I, Section IV.

**Question 2.** As to each Such Defendant (if any) whom you found by a preponderance of the evidence authored any of the statements listed above in Section I, questions 1, 7, 11, 13, and 22, did Such Defendant's act of making the statements about Plaintiff amount to an extreme and outrageous act, or in other words did Such Defendant(s) act without just cause or excuse and beyond all bounds of decency? If so, list the names of Such Defendants who acted without just cause or excuse and beyond all bounds of decency:

_____

If you listed any Such Defendant, then answer the next question. If you answered "no," then skip to Part I, Section IV.

US_ACTIVE\138079361\V-7

**Question 3.** As to each Defendant (if any) whom you found by a preponderance of the evidence authored any of the statements listed above in Section I, questions 1, 7, 11, 13, and 22 ("Such Defendant(s)"), did Such Defendant(s) cause extreme emotional distress to Plaintiff Wilson?

| Defendant | Yes | No |
|---|---|---|
| Paula Haygarth | | |
| Byron Horvath | | |
| Stefanie Horvath | | |

Go to the next Section.

26

**Part I, Section IV: Civil Conspiracy**

**Question 1.** Even if you did not find that any of the Defendants authored the statements covered by Section I, above, did Plaintiffs prove by a preponderance of the evidence that any of the Defendants formed a conspiracy to defame either of the Plaintiffs or place them before the public in a false light?

| Defendant | Yes | No |
|---|---|---|
| Paula Haygarth | | |
| Byron Horvath | | |
| Stefanie Horvath | | |

If you answered "Yes" as to any defendant ("Such Defendant(s)"), then answer the next question as to Such Defendant(s). If you answered "no," then skip to Part I, Section V.

**Question 2.** As to any Such Defendant(s) identified with a "yes" in the prior question, did Such Defendant(s) engage in wrongful conduct in furtherance of the conspiracy? If so, list the names of Such Defendant(s) who engaged in wrongful conduct in furtherance of the conspiracy:

_____

If you listed any Such Defendant(s) above, then answer the next question. If you answered "no," then skip to Part I, Section V.

**Question 3**. As to Such Defendant(s) you listed in the preceding question, was either Plaintiff harmed by the conspiracy?

| Plaintiff | Yes | No |
|---|---|---|
| Life Mastery Network LLC | | |
| Liane Wilson | | |

Please go to the next section.

27

**Part I, Section V: Causation**

If you did not answer Section I, Questions 2.4, 3.4, 4.4, 5.4, 6.4, 8.4, 9.4, 10.4, 12.4, 14.4, 16.4, 17.4, 18.4, 19.4, 20.4, 21.4, 23.4; Section II, Question 5; and Section III, Question 3, please skip to Part II of the verdict form.

If you answered "Yes" to Section I, Questions 2.4, 3.4, 4.4, 5.4, 6.4, 8.4, 9.4, 10.4, 12.4, 14.4, 16.4, 17.4, 18.4, 19.4, 20.4, 21.4, or 23.4; Section II, Question 5; or Section III, Question 3, then answer the next question:

**Question 1.** List each Such Defendant(s) whom you listed above whom you have found by a preponderance of the evidence was/were the legal cause of Plaintiffs' damages:

_____

If you listed any Such Defendant(s) in Question 1. above, then answer the next question as to Such Listed Defendants.

**Question 2.** Did an act or force: (1) occur after any Such Listed Defendant(s) acted; (2) that was a substantial factor in bringing about the alleged injury/damage to Plaintiffs; and (3) that intervened in such a way that the Such Listed Defendant's actions were no longer a substantial factor in bringing about the alleged injury/damage; and (4) that was not foreseeable by a reasonable person at the time the Such Listed Defendant(s) acted?

Yes _____ No _____

If you answered "Yes," then please go to Part II, Section I. If you answered "No," please go to the next Section.

28

US_ACTIVE\138079361\V-7

**Part I, Section VI: Special and General Damages**

**Question 1.** Did either Plaintiff establish by a preponderance of the evidence any special damages owed by any of Such Listed Defendants by proving damages that can be calculated precisely or can be determined by the jury with reasonable certainty from the evidence?

| Plaintiff | Yes | No |
|---|---|---|
| Life Mastery Network LLC | | |
| Liane Wilson | | |

If you answered "Yes," then answer the next question.

**Question 2.** Identify the dollar amount of special damages for any Plaintiff that you determined is entitled to general damages:

Life Mastery Network: _____

Liane Wilson: _____

Go to the next question.

**Question 3.** As to each Such Listed Defendant, identify the percentage responsibility for damages of each Plaintiff for whom you listed a dollar amount in Question 2 of this Section, above. (Do not place a percentage next to any Defendant whom you have not listed in answer to Section V, Question 1, above.)

| Defendant | Amount |
|---|---|
| Paula Haygarth | |
| Byron Horvath | |
| Stefanie Horvath | |

US_ACTIVE\138079361\V-7

**Question 4.** Is either Plaintiff entitled to general damages?

| Plaintiff | Yes | No |
|---|---|---|
| Life Mastery Network LLC | | |
| Liane Wilson | | |

If you answered "Yes," then answer the next question.

**Question 5.** Identify the dollar amount of general damages for any Plaintiff that is entitled to general damages:

Life Mastery Network: _____

Liane Wilson: _____

Go to the next question.

**Question 6.** As to each Such Listed Defendant, identify the percentage responsibility for damages of each  Plaintiff for whom you listed a dollar amount in Question 5 of this Section, above.  (Do not place a percentage next to any Defendant whom you have not listed in answer to Section V, Question 1, above.)

**Question 7.** .

| Defendant | Amount |
|---|---|
| Paula Haygarth | |
| Byron Horvath | |
| Stefanie Horvath | |

**Question 7.** If either Plaintiff that you determined is entitled to damages did not mitigate their damages, identify the dollar amount of damages that could have been avoided:

Life Mastery Network: _____

Liane Wilson: _____

30

Go to the next question.

31

US_ACTIVE\138079361\V-7

## Part I, Section VI: Punitive Damages

**Question 1.** Did Plaintiffs prove by clear and convincing evidence that any Such Listed Defendant(s) identified as liable for damages in the preceding sections acted intentionally, willfully, wantonly, or oppressively?

| Defendant | Yes | No |
|---|---|---|
| Paula Haygarth | | |
| Byron Horvath | | |
| Stefanie Horvath | | |

If you answered "Yes," then answer the next question.

**Question 2.** Is either Plaintiff entitled to punitive damages?

| Plaintiff | Yes | No |
|---|---|---|
| Life Mastery Network LLC | | |
| Liane Wilson | | |

If you answered "Yes," then answer the next question.

**Question 3.** Identify the percentage responsibility for punitive damages of each Defendant for whom you answered "yes" in Question 1 of this Section, above.

| Defendant | Amount |
|---|---|
| Paula Haygarth | |
| Byron Horvath | |
| Stefanie Horvath | |

Go to the next Part of the Verdict form.

32

US_ACTIVE\138079361\V-7

**PART II: DEFENDANTS' COUNTERCLAIMS AGAINST PLAINTIFFS**

**Part I, Section I: Defendants/Counterclaimants'
Counterclaims for Defamation**

**Question 1.** Did Counterclaimants prove by a preponderance of the evidence that any of the Plaintiffs were responsible for the posts made by @lianashanti Instagram account?

| Party | Yes | No |
|---|---|---|
| Liane Wilson, aka Liana Shanti | | |
| Life Mastery Network, LLC | | |

If you answered "yes" as to either Plaintiff, then answer the next questions. If you answered "no" as to both Plaintiffs, then skip to Question 16.

**Question 2.** Was the statement "MEET PAULA HAYGARTH. WE HAVEN'T FORGOTTEN ABOUT HER. SHE'S ONE OF THE LEAD PEOPLE TRACED DIRECTLY THROUGH IP ADDRESES [sic] AND KNOWN EMAILS TO REDDIT AND THE OTHER FRAUD WEBSITES IN THE 30+ PAGE INVESTIGATIVE REPORT. SHE IS A DARK REIKI PRACTITIONER WHO HAS PRACTICED EXTENSIVE BLACK WITCHCRAFT ON MALIE'S DAUGHER'S [sic] SHE – NOT SURPRISINGLY – HAS THE SAME ATTORNEY AS BYRON HORVATH. THEY ARE NOT FRIENDS, JUST AN UNHOLY ALLIANCE" made on the @lianashanti Instagram account true or substantially true?

Yes _____    No _____

If you answered "Yes," then skip to Question 3. If you answered "no," then answer the next question.

> **Question 2.1:** Is the statement in the prior question reasonably susceptible of a defamatory meaning?
>
> Yes _____    No _____
>
> If you answered "no," then skip to Question 3. If you answered "yes," then answer the next question.

33

US_ACTIVE\138079361\V-7

**Question 2.2:** Was the statement in the prior question publicized to a third party?

Yes _____    No _____

If you answered "no," then skip to Question 3. If you answered "yes," then answer the next question.

**Question 2.3:** Does the statement (1) impute to the person the commission of a crime, (2) injure him/her in their office, profession, calling or trade, (3) hold him/her up to scorn and ridicule and to feelings of contempt or execration, impair him/her in the enjoyment of society?

Yes _____    No_____

**Question 2.4:** Has any Counterclaimant established that he or she suffered a special harm because of the Plaintiffs' defamatory statement or, in other words, has any Counterclaimant established that he or she suffered a loss of something having at least indirect pecuniary value, such as the loss of society, companionship, and association?

|  | **Yes** | **No** |
|---|---|---|
| Paula Haygarth |  |  |
| Byron Horvath |  |  |
| Stefanie Horvath |  |  |

Go to the next question.

**Question 3.** Was the statement "Jesus, we ask you to DELETE AND DESTROY all toxic lies from this satan servant – PAULA HAYGARTH – who is campaigning to invalidate truths of #childabuse to cover up her own misery. She is hateful and envious, and in her hatred and envy, she cannot bring herself to acknowledge the pain of all the children who have been harmed by their parents" made on the @lianashanti Instagram account true or substantially true?

Yes _____    No _____

If you answered "Yes," then skip to Question 4. If you answered "no," then answer the next question.

34

**Question 3.1:** Is the statement in the prior question reasonably susceptible of a defamatory meaning?

Yes _____     No _____

If you answered "no," then skip to Question 4. If you answered "yes," then answer the next question.

**Question 3.2:** Was the statement in the prior question publicized to a third party?

Yes _____     No _____

If you answered "no," then skip to Question 4. If you answered "yes," then answer the next question.

**Question 3.3:** Does the statement (1) impute to the person the commission of a crime, (2) injure him/her in their office, profession, calling or trade, (3) hold him/her up to scorn and ridicule and to feelings of contempt or execration, impair him/her in the enjoyment of society?

Yes _____     No_____

**Question 3.4:** Has any Counterclaimant established that he or she suffered a special harm because of the Plaintiffs' defamatory statement or, in other words, has any Counterclaimant established that he or she suffered a loss of something having at least indirect pecuniary value, such as the loss of society, companionship, and association?

|  | **Yes** | **No** |
|---|---|---|
| Paula Haygarth |  |  |
| Byron Horvath |  |  |
| Stefanie Horvath |  |  |

Go to the next question.

35

**Question 4.** Was the statement "What WE are doing – this JESUS LED community calling out THESE people … Paula Haygarth … Stefanie Vogt … This vile group of PEDOS PEDO SUPPORTERS PEDO ALIGNERS VICTIM BLAMERS … Paula Haygarth … Stefanie Vogt … Byron Horvath …" made on the @lianashanti Instagram account true or substantially true?

Yes _____    No _____

If you answered "Yes," then skip to Question 5. If you answered "no," then answer the next question.

**Question 4.1:** Is the statement in the prior question reasonably susceptible of a defamatory meaning?

Yes _____    No _____

If you answered "no," then skip to Question 5. If you answered "yes," then answer the next question.

**Question 4.2:** Was the statement in the prior question publicized to a third party?

Yes _____    No _____

If you answered "no," then skip to Question 5. If you answered "yes," then answer the next question.

**Question 4.3:** Does the statement (1) impute to the person the commission of a crime, (2) injure him/her in their office, profession, calling or trade, (3) hold him/her up to scorn and ridicule and to feelings of contempt or execration, impair him/her in the enjoyment of society?

Yes _____    No_____

36

**Question 4.4:** Has any Counterclaimant established that he or she suffered a special harm because of the Plaintiffs' defamatory statement or, in other words, has any Counterclaimant established that he or she suffered a loss of something having at least indirect pecuniary value, such as the loss of society, companionship, and association?

| | Yes | No |
|---|---|---|
| Paula Haygarth | | |
| Byron Horvath | | |
| Stefanie Horvath | | |

Go to the next question.

**Question 5.** Was the statement "WHEN SHANNON AND BYRON AND BRIAN AND PAULA AND ALL THE OTHER WETIKO INFECTED EVILDOERS STARTED THEIR ATTACKS AND CONSPIRACY AGAINST ME AND MALIE AND DREW … THEY HAD ZERO FACTS. ZERO PROOF" made on the @lianashanti Instagram account true or substantially true?

Yes _____    No _____

If you answered "Yes," then skip to Question 6. If you answered "no," then answer the next question.

**Question 5.1:** Is the statement in the prior question reasonably susceptible of a defamatory meaning?

Yes _____    No _____

If you answered "no," then skip to Question 6. If you answered "yes," then answer the next question.

**Question 5.2:** Was the statement in the prior question publicized to a third party?

Yes _____    No _____

If you answered "no," then skip to Question 6. If you answered "yes," then answer the next question.

37

**Question 5.3:** Does the statement (1) impute to the person the commission of a crime, (2) injure him/her in their office, profession, calling or trade, (3) hold him/her up to scorn and ridicule and to feelings of contempt or execration, impair him/her in the enjoyment of society?

Yes _____    No_____

**Question 5.4:** Has any Counterclaimant established that he or she suffered a special harm because of the Plaintiffs' defamatory statement or, in other words, has any Counterclaimant established that he or she suffered a loss of something having at least indirect pecuniary value, such as the loss of society, companionship, and association?

| | Yes | No |
|---|---|---|
| Paula Haygarth | | |
| Byron Horvath | | |
| Stefanie Horvath | | |

Go to the next question.

**Question 6.** Was the statement "…Their situation is dire. Isla is still with the man BYRON HORVATH who this little girl repeatedly says abused her in the recordings. Hit her. Locked her in a room for hours where she had to Pee on the floor. Wrestled this small child who has a serious heart condition into a panic attack" made on the @lianashanti Instagram account true or substantially true?

Yes _____    No _____

If you answered "Yes," then skip to Question 7. If you answered "no," then answer the next question.

**Question 6.1:** Is the statement in the prior question reasonably susceptible of a defamatory meaning?

Yes _____    No _____

If you answered "no," then skip to Question 7. If you answered "yes," then answer the next question.

**Question 6.2:** Was the statement in the prior question publicized to a third party?

38

Yes _____    No _____

If you answered "no," then skip to Question 7. If you answered "yes," then answer the next question.

**Question 6.3:** Does the statement (1) impute to the person the commission of a crime, (2) injure him/her in their office, profession, calling or trade, (3) hold him/her up to scorn and ridicule and to feelings of contempt or execration, impair him/her in the enjoyment of society?

Yes _____    No _____

**Question 6.4:** Has any Counterclaimant established that he or she suffered a special harm because of the Plaintiffs' defamatory statement or, in other words, has any Counterclaimant established that he or she suffered a loss of something having at least indirect pecuniary value, such as the loss of society, companionship, and association?

|  | **Yes** | **No** |
|---|---|---|
| Paula Haygarth |  |  |
| Byron Horvath |  |  |
| Stefanie Horvath |  |  |

Go to the next question.

**Question 7.** Was the statement "This is what is being done to Haley and Isla through the sick abusive actions of #byronhorvath and #brianwinterfamilycult SADLY this is not uncommon" made on the @lianashanti Instagram account true or substantially true?

Yes _____    No _____

If you answered "Yes," then skip to Question 8. If you answered "no," then answer the next question.

**Question 7.1:** Is the statement in the prior question reasonably susceptible of a defamatory meaning?

Yes _____    No _____

If you answered "no," then skip to Question 8. If you answered "yes," then answer the next question.

39

**Question 7.2:** Was the statement in the prior question publicized to a third party?

Yes _____    No _____

If you answered "no," then skip to Question 8. If you answered "yes," then answer the next question.

**Question 7.3:** Does the statement (1) impute to the person the commission of a crime, (2) injure him/her in their office, profession, calling or trade, (3) hold him/her up to scorn and ridicule and to feelings of contempt or execration, impair him/her in the enjoyment of society?

Yes _____    No_____

**Question 7.4:** Has any Counterclaimant established that he or she suffered a special harm because of the Plaintiffs' defamatory statement or, in other words, has any Counterclaimant established that he or she suffered a loss of something having at least indirect pecuniary value, such as the loss of society, companionship, and association?

|  | **Yes** | **No** |
|---|---|---|
| Paula Haygarth |  |  |
| Byron Horvath |  |  |
| Stefanie Horvath |  |  |

Go to the next question.

**Question 8.** Was the statement "Stefanie Horvath is the 'new' wife of Haley Winter's Ex husband Byron Horvath. Stefanie has radically changed her appearance when she began dating Byron to appear more and more like Haley. According to what Haley has shared, this woman has been leading the charge to remove Haley's little girl, Isla from her" made on the @lianashanti Instagram account true or substantially true?

Yes _____    No _____

If you answered "Yes," then skip to Question 9. If you answered "no," then answer the next question.

40

US_ACTIVE\138079361\V-7

**Question 8.1:** Is the statement in the prior question reasonably susceptible of a defamatory meaning?

Yes _____    No _____

If you answered "no," then skip to Question 9. If you answered "yes," then answer the next question.

**Question 8.2:** Was the statement in the prior question publicized to a third party?

Yes _____    No _____

If you answered "no," then skip to Question 9. If you answered "yes," then answer the next question.

**Question 8.3:** Does the statement (1) impute to the person the commission of a crime, (2) injure him/her in their office, profession, calling or trade, (3) hold him/her up to scorn and ridicule and to feelings of contempt or execration, impair him/her in the enjoyment of society?

Yes _____    No_____

**Question 8.4:** Has any Counterclaimant established that he or she suffered a special harm because of the Plaintiffs' defamatory statement or, in other words, has any Counterclaimant established that, in addition to *per se* damages, he or she suffered a loss of something having at least indirect pecuniary value, such as the loss of society, companionship, and association?

| | **Yes** | **No** |
|---|---|---|
| Paula Haygarth | | |
| Byron Horvath | | |
| Stefanie Horvath | | |

Go to the next question.

41

**Question 9.** Was the statement "As if it couldn't get any more twisted, sick and evil … Stefanie Horvath – the woman so desperate to become Haley by morphing herself to look as much like her as she could … moving into Haley's marital home and bed, and EVEN leaving Haley's wedding gift of a picture up on the wall, the woman whose OWN MOTHER said on the wedding video that Stefanie wanted desperately to be with Byron for THIRTEEN YEARS … and who Haley said was DEPRESSED when Byron fell madly in love with Haley and chose HER not Stefanie…" made on the @lianashanti Instagram account true or substantially true?

Yes _____    No _____

If you answered "Yes," then skip to Question 10. If you answered "no," then answer the next question.

> **Question 9.1:** Is the statement in the prior question reasonably susceptible of a defamatory meaning?
>
> Yes _____    No _____
>
> If you answered "no," then skip to Question 10. If you answered "yes," then answer the next question.
>
> **Question 9.2:** Was the statement in the prior question publicized to a third party?
>
> Yes _____    No _____
>
> If you answered "no," then skip to Question 10. If you answered "yes," then answer the next question.
>
> **Question 9.3:** Does the statement (1) impute to the person the commission of a crime, (2) injure him/her in their office, profession, calling or trade, (3) hold him/her up to scorn and ridicule and to feelings of contempt or execration, impair him/her in the enjoyment of society?
>
> Yes _____    No_____
>
> **Question 9.4:** Has any Counterclaimant established that he or she suffered a special harm because of the Plaintiffs' defamatory statement or, in other words, has any Counterclaimant established that he or she suffered a loss of something having at least indirect pecuniary value, such as the loss of society, companionship, and association?

42

| | Yes | No |
|---|---|---|
| Paula Haygarth | | |
| Byron Horvath | | |
| Stefanie Horvath | | |

Go to the next question.

**Question 10.**    Was the statement "Stefanie posts this PUBLIC photo on her Facebook page pretending to be a happy family when the reality is FAR from it because the little girl you see disclosed abuse, beatings, being locked in her room, and was FORCIBLY separated from her PRIMARY caregiver…her mother …," posted with a photo of the Horvath family on the @lianashanti Instagram account true or substantially true?

Yes _____    No _____

If you answered "Yes," then skip to Question 11. If you answered "no," then answer the next question.

**Question 10.1:** Is the statement in the prior question reasonably susceptible of a defamatory meaning?

Yes _____    No _____

If you answered "no," then skip to Question 11. If you answered "yes," then answer the next question.

**Question 10.2:** Was the statement in the prior question publicized to a third party?

Yes _____    No _____

If you answered "no," then skip to Question 11. If you answered "yes," then answer the next question.

**Question 10.3:** Does the statement (1) impute to the person the commission of a crime, (2) injure him/her in their office, profession, calling or trade, (3) hold him/her up to scorn and ridicule and to feelings of contempt or execration, impair him/her in the enjoyment of society?

Yes _____    No_____

43

**Question 10.4:** Has any Counterclaimant established that he or she suffered a special harm because of the Plaintiffs' defamatory statement or, in other words, has any Counterclaimant established that he or she suffered a loss of something having at least indirect pecuniary value, such as the loss of society, companionship, and association?

| | Yes | No |
|---|---|---|
| Paula Haygarth | | |
| Byron Horvath | | |
| Stefanie Horvath | | |

Go to the next question.

**Question 11.**    Was the statement "This cancerous cluster of abusers thought that the MASSIVE effort they put into writing false letters about me would work to silence the truth. But as Jesus ALWAYS DOES … he turned their shit to PURE GOLD in that every ounce of energy they put towards their false narrative only served to AMPLIFY and show everyone their sick abuses of women and children…It resulted in the REVELATION that these very sick and twisted families had DECADES of abuses behind them…," posted with photos of Stefanie Horvath, _____ on the @lianashanti Instagram account true or substantially true?

Yes _____    No _____

If you answered "Yes," then skip to Question 12. If you answered "no," then answer the next question.

**Question 11.1:** Is the statement in the prior question reasonably susceptible of a defamatory meaning?

Yes _____    No _____

If you answered "no," then skip to Question 12. If you answered "yes," then answer the next question.

**Question 11.2:** Was the statement in the prior question publicized to a third party?

Yes _____    No _____

If you answered "no," then skip to Question 12. If you answered "yes," then answer the next question.

44

**Question 11.3:** Does the statement (1) impute to the person the commission of a crime, (2) injure him/her in their office, profession, calling or trade, (3) hold him/her up to scorn and ridicule and to feelings of contempt or execration, impair him/her in the enjoyment of society?

Yes _____ No_____

**Question 11.4:** Has any Counterclaimant established that he or she suffered a special harm because of the Plaintiffs' defamatory statement or, in other words, has any Counterclaimant established that he or she suffered a loss of something having at least indirect pecuniary value, such as the loss of society, companionship, and association?

|  | **Yes** | **No** |
|---|---|---|
| Paula Haygarth |  |  |
| Byron Horvath |  |  |
| Stefanie Horvath |  |  |

Go to the next question.

**Question 12.**    Was the statement "The ONLY focus of Byron and Stefanie Horvath, and Denos Tiblis, and the other abusers was one things: SILENCE THE VICTIMS" made on the @lianashanti Instagram account true or substantially true?

Yes _____ No _____

If you answered "Yes," then skip to Question 12. If you answered "no," then answer the next question.

**Question 12.1:** Is the statement in the prior question reasonably susceptible of a defamatory meaning?

Yes _____ No _____

If you answered "no," then skip to Question 12. If you answered "yes," then answer the next question.

**Question 12.2:** Was the statement in the prior question publicized to a third party?

Yes _____ No _____

45

If you answered "no," then skip to Question 12. If you answered "yes," then answer the next question.

**Question 12.3:** Does the statement (1) impute to the person the commission of a crime, (2) injure him/her in their office, profession, calling or trade, (3) hold him/her up to scorn and ridicule and to feelings of contempt or execration, impair him/her in the enjoyment of society?

Yes _____    No_____

**Question 12.4:** Has any Counterclaimant established that he or she suffered a special harm because of the Plaintiffs' defamatory statement or, in other words, has any Counterclaimant established that he or she suffered a loss of something having at least indirect pecuniary value, such as the loss of society, companionship, and association?

|  | **Yes** | **No** |
|---|---|---|
| Paula Haygarth |  |  |
| Byron Horvath |  |  |
| Stefanie Horvath |  |  |

Go to the next question.

**Question 13.**    Was the statement "_____" made on the @lianashanti Instagram account true or substantially true?

Yes _____    No _____

If you answered "Yes," then skip to Question 14. If you answered "no," then answer the next question.

**Question 13.1:** Is the statement in the prior question reasonably susceptible of a defamatory meaning?

Yes _____    No _____

If you answered "no," then skip to Question 14. If you answered "yes," then answer the next question.

**Question 13.2:** Was the statement in the prior question publicized to a third party?

46

Yes _____    No _____

If you answered "no," then skip to Question 14. If you answered "yes," then answer the next question.

**Question 13.3:** Does the statement (1) impute to the person the commission of a crime, (2) injure him/her in their office, profession, calling or trade, (3) hold him/her up to scorn and ridicule and to feelings of contempt or execration, impair him/her in the enjoyment of society?

Yes _____    No_____

**Question 13.4:** Has any Counterclaimant established that he or she suffered a special harm because of the Plaintiffs' defamatory statement or, in other words, has any Counterclaimant established that he or she suffered a loss of something having at least indirect pecuniary value, such as the loss of society, companionship, and association?

|  | **Yes** | **No** |
|---|---|---|
| Paula Haygarth |  |  |
| Byron Horvath |  |  |
| Stefanie Horvath |  |  |

Go to the next question.

**Question 14.**    [PLACEHOLDER] Was the statement "_____" made on the @lianashanti Instagram account true or substantially true?

Yes _____    No _____

If you answered "Yes," then skip to Question 15. If you answered "no," then answer the next question.

**Question 14.1:** Is the statement in the prior question reasonably susceptible of a defamatory meaning?

Yes _____    No _____

If you answered "no," then skip to Question 15. If you answered "yes," then answer the next question.

47

**Question 14.2:** Was the statement in the prior question publicized to a third party?

Yes _____    No _____

If you answered "no," then skip to Question 15. If you answered "yes," then answer the next question.

**Question 14.3:** Does the statement (1) impute to the person the commission of a crime, (2) injure him/her in their office, profession, calling or trade, (3) hold him/her up to scorn and ridicule and to feelings of contempt or execration, impair him/her in the enjoyment of society?

Yes _____    No_____

**Question 14.4:** Has any Counterclaimant established that he or she suffered a special harm because of the Plaintiffs' defamatory statement or, in other words, has any Counterclaimant established that he or she suffered a loss of something having at least indirect pecuniary value, such as the loss of society, companionship, and association?

|  | **Yes** | **No** |
|---|---|---|
| Paula Haygarth |  |  |
| Byron Horvath |  |  |
| Stefanie Horvath |  |  |

Go to the next question.

**Question 15.**         [PLACEHOLDER] Was the statement "_____" made on the @lianashanti Instagram account true or substantially true?

Yes _____    No _____

If you answered "Yes," then skip to Question 16. If you answered "no," then answer the next question.

**Question 15.1:** Is the statement in the prior question reasonably susceptible of a defamatory meaning?

Yes _____    No _____

48

If you answered "no," then skip to Question 16. If you answered "yes," then answer the next question.

**Question 15.2:** Was the statement in the prior question publicized to a third party?

Yes _____    No _____

If you answered "no," then skip to Question 16. If you answered "yes," then answer the next question.

**Question 15.3:** Does the statement (1) impute to the person the commission of a crime, (2) injure him/her in their office, profession, calling or trade, (3) hold him/her up to scorn and ridicule and to feelings of contempt or execration, impair him/her in the enjoyment of society?

Yes _____    No_____

**Question 15.4:** Has any Counterclaimant established that he or she suffered a special harm because of the Plaintiffs' defamatory statement or, in other words, has any Counterclaimant established that he or she suffered a loss of something having at least indirect pecuniary value, such as the loss of society, companionship, and association?

|                  | **Yes** | **No** |
|------------------|---------|--------|
| Paula Haygarth   |         |        |
| Byron Horvath    |         |        |
| Stefanie Horvath |         |        |

Go to the next question.

49

US_ACTIVE\138079361\V-7

**Question 16.**        Did Counterclaimants prove by a preponderance of the evidence that any of the Plaintiffs were responsible for the statements made on the www.exposingfamilyabuse.com        website,        formerly        known        as www.exposingfamilycults.com?

| Party | Yes | No |
|---|---|---|
| Liane Wilson, aka Liana Shanti | | |
| Life Mastery Network, LLC | | |

If you answered "yes" as to either Plaintiff, then answer the next questions. If you answered "no" as to both Plaintiffs, then skip to Part II, Section II.

**Question 17.**        Was the statement "At the same time as the smear campaign against Haley began, Brian Winter and *Paula Haygarth* started an 'anonymous' Reddit hate account against Liana Shanti. Trying to create a narrative that Liana is a cult, in an attempt to damage Liana's outstanding ten year reputation, because Liana is a very vocal supporter of victim's rights, including Haley's" made on the www.exposingfamilyabuse.com website true or substantially true?

        Yes _____    No _____

If you answered "Yes," then skip to Question 18. If you answered "no," then answer the next question.

> **Question 17.1:** Is the statement in the prior question reasonably susceptible of a defamatory meaning?
>
> Yes _____    No _____
>
> If you answered "no," then skip to Question 18. If you answered "yes," then answer the next question.
>
> **Question 17.2:** Was the statement in the prior question publicized to a third party?
>
> Yes _____    No _____
>
> If you answered "no," then skip to Question 18. If you answered "yes," then answer the next question.

50

**Question 17.3:** Does the statement (1) impute to the person the commission of a crime, (2) injure him/her in their office, profession, calling or trade, (3) hold him/her up to scorn and ridicule and to feelings of contempt or execration, impair him/her in the enjoyment of society?

Yes _____    No_____

**Question 17.4:** Has any Counterclaimant established that he or she suffered a special harm because of the Plaintiffs' defamatory statement or, in other words, has any Counterclaimant established that he or she suffered a loss of something having at least indirect pecuniary value, such as the loss of society, companionship, and association?

|  | **Yes** | **No** |
|---|---|---|
| Paula Haygarth |  |  |
| Byron Horvath |  |  |
| Stefanie Horvath |  |  |

Go to the next question.

51

US_ACTIVE\138079361\V-7

**Question 18.**        Was the statement "…A factual response to this sick, deranged, deceitful 'cult' story concocted on this thread, on Instagram and on another forum. The creator of this slander, defamation and libel is PAULA LEE HAYGARTH, DOB 3/19/1976 currently living in Weyburn, Saskatchewan … Who is PAULA? A bitter aging woman with a bleak future, with a broke husband, desperate to get her claws into the BRADY'S wealth by gaining custody of her husband's children… BYRON PAYS FOR PAULA'S ATTORNEY IN EXCHANGE FOR A FALSIFIED AFFADAVIT [sic] Another interesting fact. Although Byron and Paula are not 'friends,' as we now know, they share a common destructive goal…In exchange for him paying for Paula and Wade's attorney, Byron got Wade to submit an affidavit in the custody case AGAINAST [sic] HALEY WINTER … We already know the motive for Paula is money…The snapshot of Paula? Washed up, failed energy 'healer,' who …went through multiple relationships, and all of us who have seen her in action know that she cycles through friends like toilet paper. In every town she has lived in, she has cycled through so many friends because she is manipulative and dishonest, and people catch on quick… As criminals always do, the longer they are allowed to continue their activities, the more weigh behind the force of their actual consequences…" made on the www.exposingfamilyabuse.com website true or substantially true?

Yes _____    No _____

If you answered "Yes," then skip to Question 19. If you answered "no," then answer the next question.

**Question 18.1:** Is the statement in the prior question reasonably susceptible of a defamatory meaning?

Yes _____    No _____

If you answered "no," then skip to Question 19. If you answered "yes," then answer the next question.

**Question 18.2:** Was the statement in the prior question publicized to a third party?

Yes _____    No _____

If you answered "no," then skip to Question 19. If you answered "yes," then answer the next question.

**Question 18.3:** Does the statement (1) impute to the person the commission of a crime, (2) injure him/her in their office, profession, calling or trade, (3)

52

hold him/her up to scorn and ridicule and to feelings of contempt or execration, impair him/her in the enjoyment of society?

Yes _____ No_____

**Question 18.4:** Has any Counterclaimant established that he or she suffered a special harm because of the Plaintiffs' defamatory statement or, in other words, has any Counterclaimant established that he or she suffered a loss of something having at least indirect pecuniary value, such as the loss of society, companionship, and association?

|  | **Yes** | **No** |
|---|---|---|
| Paula Haygarth |  |  |
| Byron Horvath |  |  |
| Stefanie Horvath |  |  |

Go to the next question.

**Question 19.**    Was the statement "Paula Haygarth – Black Magic Practitioner. Paula Haygarth is a black magic and reiki practitioner who is a lead figure in the defamation and smear campaign against a person she doesn't even know. She is partners with Wade Martin, the ex-husband of Malie (Amanda Brady)" made on the www.exposingfamilyabuse.com website true or substantially true?

Yes _____ No _____

If you answered "Yes," then skip to Question 20. If you answered "no," then answer the next question.

**Question 19.1:** Is the statement in the prior question reasonably susceptible of a defamatory meaning?

Yes _____ No _____

If you answered "no," then skip to Question 20. If you answered "yes," then answer the next question.

**Question 19.2:** Was the statement in the prior question publicized to a third party?

Yes _____ No _____

53

If you answered "no," then skip to Question 20. If you answered "yes," then answer the next question.

**Question 19.3:** Does the statement (1) impute to the person the commission of a crime, (2) injure him/her in their office, profession, calling or trade, (3) hold him/her up to scorn and ridicule and to feelings of contempt or execration, impair him/her in the enjoyment of society?

Yes _____    No_____

**Question 19.4:** Has any Counterclaimant established that he or she suffered a special harm because of the Plaintiffs' defamatory statement or, in other words, has any Counterclaimant established that he or she suffered a loss of something having at least indirect pecuniary value, such as the loss of society, companionship, and association?

|  | **Yes** | **No** |
|---|---|---|
| Paula Haygarth |  |  |
| Byron Horvath |  |  |
| Stefanie Horvath |  |  |

Go to the next question.

**Question 20.**      Was the statement "Yet this loving protective mother is now the subject of a gag order intended to SILENCE HER from any further disclosures about Byron's abuse of Isla" made on the www.exposingfamilyabuse.com website true or substantially true?

Yes _____    No _____

If you answered "Yes," then skip to Question 21. If you answered "no," then answer the next question.

**Question 20.1:** Is the statement in the prior question reasonably susceptible of a defamatory meaning?

Yes _____    No _____

If you answered "no," then skip to Question 21. If you answered "yes," then answer the next question.

54

**Question 20.2:** Was the statement in the prior question publicized to a third party?

Yes _____   No _____

If you answered "no," then skip to Question 21. If you answered "yes," then answer the next question.

**Question 20.3:** Does the statement (1) impute to the person the commission of a crime, (2) injure him/her in their office, profession, calling or trade, (3) hold him/her up to scorn and ridicule and to feelings of contempt or execration, impair him/her in the enjoyment of society?

Yes _____   No_____

**Question 20.4:** Has any Counterclaimant established that he or she suffered a special harm because of the Plaintiffs' defamatory statement or, in other words, has any Counterclaimant established that he or she suffered a loss of something having at least indirect pecuniary value, such as the loss of society, companionship, and association?

|  | **Yes** | **No** |
|---|---|---|
| Paula Haygarth |  |  |
| Byron Horvath |  |  |
| Stefanie Horvath |  |  |

Go to the next question.

**Question 21.**   Was the statement "Byron Horvath and his wife, Stefanie Vogt, have been preventing Isla from seeing her loving protective mother. Byron has been REPEATEDLY reported to CPS by Haley and Elise and others, and no investigation has been done" made on the www.exposingfamilyabuse.com website true or substantially true?

Yes _____   No _____

If you answered "Yes," then skip to Question 22. If you answered "no," then answer the next question.

**Question 21.1:** Is the statement in the prior question reasonably susceptible of a defamatory meaning?

55

Yes _____    No _____

If you answered "no," then skip to Question 22. If you answered "yes," then answer the next question.

**Question 21.2:** Was the statement in the prior question publicized to a third party?

Yes _____    No _____

If you answered "no," then skip to Question 22. If you answered "yes," then answer the next question.

**Question 21.3:** Does the statement (1) impute to the person the commission of a crime, (2) injure him/her in their office, profession, calling or trade, (3) hold him/her up to scorn and ridicule and to feelings of contempt or execration, impair him/her in the enjoyment of society?

Yes _____    No_____

**Question 21.4:** Has any Counterclaimant established that he or she suffered a special harm because of the Plaintiffs' defamatory statement or, in other words, has any Counterclaimant established that he or she suffered a loss of something having at least indirect pecuniary value, such as the loss of society, companionship, and association?

|                  | **Yes** | **No** |
|------------------|---------|--------|
| Paula Haygarth   |         |        |
| Byron Horvath    |         |        |
| Stefanie Horvath |         |        |

Go to the next question.

**Question 22.**    [PLACEHOLDER] Was the statement "_____" made on the www.exposingfamilyabuse.com website true or substantially true?

Yes _____    No _____

If you answered "Yes," then skip to Question 23. If you answered "no," then answer the next question.

56

**Question 22.1:** Is the statement in the prior question reasonably susceptible of a defamatory meaning?

Yes _____    No _____

If you answered "no," then skip to Question 23. If you answered "yes," then answer the next question.

**Question 22.2:** Was the statement in the prior question publicized to a third party?

Yes _____    No _____

If you answered "no," then skip to Question 23. If you answered "yes," then answer the next question.

**Question 22.3:** Does the statement (1) impute to the person the commission of a crime, (2) injure him/her in their office, profession, calling or trade, (3) hold him/her up to scorn and ridicule and to feelings of contempt or execration, impair him/her in the enjoyment of society?

Yes _____    No_____

**Question 22.4:** Has any Counterclaimant established that he or she suffered a special harm because of the Plaintiffs' defamatory statement or, in other words, has any Counterclaimant established that he or she suffered a loss of something having at least indirect pecuniary value, such as the loss of society, companionship, and association?

|  | **Yes** | **No** |
|---|---|---|
| Paula Haygarth |  |  |
| Byron Horvath |  |  |
| Stefanie Horvath |  |  |

Go to the next question.

**Question 23.**    [PLACEHOLDER] Was the statement "_____" made on the @lianashanti Instagram account true or substantially true?

Yes _____    No _____

57

If you answered "Yes," then skip to Question 24. If you answered "no," then answer the next question.

> **Question 23.1:** Is the statement in the prior question reasonably susceptible of a defamatory meaning?
>
> Yes _____    No _____
>
> If you answered "no," then skip to Question 24. If you answered "yes," then answer the next question.
>
> **Question 23.2:** Was the statement in the prior question publicized to a third party?
>
> Yes _____    No _____
>
> If you answered "no," then skip to Question 24. If you answered "yes," then answer the next question.
>
> **Question 23.3:** Does the statement (1) impute to the person the commission of a crime, (2) injure him/her in their office, profession, calling or trade, (3) hold him/her up to scorn and ridicule and to feelings of contempt or execration, impair him/her in the enjoyment of society?
>
> Yes _____    No_____
>
> **Question 23.4:** Has any Counterclaimant established that he or she suffered a special harm because of the Plaintiffs' defamatory statement or, in other words, has any Counterclaimant established that he or she suffered a loss of something having at least indirect pecuniary value, such as the loss of society, companionship, and association?

|  | **Yes** | **No** |
|---|---|---|
| Paula Haygarth |  |  |
| Byron Horvath |  |  |
| Stefanie Horvath |  |  |

> Go to the next question.

58

US_ACTIVE\138079361\V-7

**Question 24.**        [PLACEHOLDER] Was the statement "_____" made on the @lianashanti Instagram account true or substantially true?

Yes _____    No _____

If you answered "Yes," then skip to Question 25. If you answered "no," then answer the next question.

**Question 24.1:** Is the statement in the prior question reasonably susceptible of a defamatory meaning?

Yes _____    No _____

If you answered "no," then skip to Question 25. If you answered "yes," then answer the next question.

**Question 24.2:** Was the statement in the prior question publicized to a third party?

Yes _____    No _____

If you answered "no," then skip to Question 25. If you answered "yes," then answer the next question.

**Question 24.3:** Does the statement (1) impute to the person the commission of a crime, (2) injure him/her in their office, profession, calling or trade, (3) hold him/her up to scorn and ridicule and to feelings of contempt or execration, impair him/her in the enjoyment of society?

Yes _____    No_____

**Question 24.4:** Has any Counterclaimant established that he or she suffered a special harm because of the Plaintiffs' defamatory statement or, in other words, has any Counterclaimant established that he or she suffered a loss of something having at least indirect pecuniary value, such as the loss of society, companionship, and association?

|  | **Yes** | **No** |
|---|---|---|
| Paula Haygarth |  |  |
| Byron Horvath |  |  |
| Stefanie Horvath |  |  |

59

Go to the next Section.

60

US_ACTIVE\138079361\V-7

**Part II, Section II: Counterclaimants' False Light Claim**

**Question 1.** Did Counterclaimants prove by a preponderance of the evidence that any Plaintiff publicized information about any Counterclaimant that placed them before the public in a false light and invaded their privacy?

| Plaintiff | Yes | No |
|---|---|---|
| Liane Wilson, aka Liana Shanti | | |
| Life Mastery Network, LLC | | |

If you answered "yes" as to any defendant, then answer the next question. If you answered "no," then skip to Section III.

**Question 2.** As the information that was publicized about Counterclaimant(s), was it private information?

Yes _____    No _____

**Question 3.** As the information that was publicized about Counterclaimant(s), would a reasonable person consider it to be highly offensive?

Yes _____    No _____

**Question 4.** As the information that was publicized about Counterclaimant(s), did any Plaintiff act with reckless disregard of the fact that a reasonable person in Counterclaimant(s)' position would consider the publicity highly offensive?

Yes _____    No _____

**Question 5.** As to the information that was publicized about Counterclaimant(s), was it private information not of legitimate public concern?

Yes _____    No _____

61

**Question 6.** As to the information that was publicized about Counterclaimant(s), was any Counterclaimant harmed?

| Counterclaimant | Yes | No |
|---|---|---|
| Paula Haygarth | | |
| Byron Horvath | | |
| Stefanie Horvath | | |

If you answered "Yes," then answer the next question.

**Question 7.** As to the information that was publicized about Counterclaimant(s), was either or both Plaintiffs a substantial factor in causing the harm to the Counterclaimant(s), above?

| Plaintiff | Yes | No |
|---|---|---|
| Liane Wilson, aka Liana Shanti | | |
| Life Mastery Network | | |

Please go to the next section.

US_ACTIVE\138079361\V-7

## Part II, Section III: Causation

If you answered "Yes" to Part II, Section I Questions 2.3, 2.4, 3.3, 3.4, 4.3, 4.4, 5.3, 5.4, 6.3, 6.4, 7.3, 7.4, 8.3, 8.4, 9.3, 9.4, 10.3, 10.4, 11.3, 11.4, 12.3, 12.4, 13.3, 13.4, 14.3, 14.4, 15.3, 15.4, 17.3, 17.4, 18.3, 18.4, 19.3, 19.4, 20.3, 20.4, 21.3, 21.4, 22.3, 22.4, 23.3, 23.4, 24.3, or 24.4; or Section II, Question 7, then answer the next question:

**Question 1.** Was any Plaintiff the legal cause of Counterclaimant(s) damages?

| Plaintiff | Yes | No |
|---|---|---|
| Liane Wilson, aka Liana Shanti | | |
| Life Mastery Network, LLC | | |

If you answered "Yes," then answer the next question.

**Question 2.** Did an act or force: (1) occur after either or both Plaintiffs acted; (2) that was a substantial factor in bringing about the alleged injury/damage to Counterclaimant; (3) intervene in such a way that either or both Plaintiffs' actions were no longer a substantial factor in bringing about the alleged injury/damage; and (4) that was not foreseeable by a reasonable person at the time the Plaintiff acted?

Yes _____ No_____

If you answered "No," then answer the next question.

US_ACTIVE\138079361\V-7

**Part II, Section IV: Damages**

**Question 1.** As to the defamatory statements made by Plaintiffs that Paula Haygarth "abandoned her own son," do those statements (1) impute to Ms. Haygarth the commission of a crime, (2) injure her in their office, profession, calling or trade, (3) hold her up to scorn and ridicule and to feelings of contempt or execration, or impair her in the enjoyment of society?

Yes _____ No_____

If you answered "Yes," to this question, answer the next question. If you answered "no," skip to Question 2.

**Question 1.1:** As to the defamatory statements made by Plaintiffs that Paula Haygarth "abandoned her own son," identify the dollar amount of defamation *per se* damages to which Ms. Haygarth is entitled:

$_____

**Question 2.** For any of the preceding actions for which either Plaintiff has been found liable, did any Counterclaimant establish any special damages by proving damages that can be calculated precisely or can be determined by the jury with reasonable certainty from the evidence?

| Counterclaimant | Yes | No |
|---|---|---|
| Paula Haygarth | | |
| Byron Horvath | | |
| Stefanie Horvath | | |

If you answered "Yes," then answer the next question.

**Question 3.** Identify the dollar amount of special damages for any Counterclaimant that you determined is entitled to special damages:

Paula Haygarth: _____

Byron Horvath: _____

Stefanie Horvath: _____

Go to the next question.

64

US_ACTIVE\138079361\V-7

**Question 4.** If you answered "Yes" to Part II, Section I Questions 2.3, 3.3, 4.3, 5.3, 6.3, 7.3, 8.3, 9.3, 10.3, 11.3, 12.3, 13.3, 14.3, 15.3, 17.3, 18.3, 19.3, 20.3, 21.3, 22.3, 23.3, and/or 24.3, identify the dollar amount of defamation *per se* damages for such Counterclaimant:

Paula Haygarth: _____

Byron Horvath: _____

Stefanie Horvath: _____

Go to the next question.

**Question 5.** Is any Counterclaimant entitled to general damages?

| Counterclaimant | Yes | No |
|---|---|---|
| Paula Haygarth | | |
| Byron Horvath | | |
| Stefanie Horvath | | |

If you answered "Yes," then answer the next question:

**Question 6.** Identify the dollar amount of general damages for any Counterclaimant that is entitled to general damages:

Paula Haygarth: _____

Byron Horvath: _____

Stefanie Horvath: _____

Go to the next question.

**Question 7.** If any Counterclaimant whom you determined is entitled to damages did not mitigate their damages, identify the dollar amount of damages that they could have avoided:

Paula Haygarth: _____

Byron Horvath: _____

Stefanie Horvath: _____

65

Go to the next Section.

US_ACTIVE\138079361\V-7

## Part II, Section V: Punitive Damages

**Question 1.** Did Counterclaimants prove by clear and convincing evidence that either or both Plaintiffs acted intentionally, willfully, wantonly, or oppressively?

| Plaintiff | Yes | No |
|---|---|---|
| Liane Wilson, aka Liana Shanti | | |
| Life Mastery Network, LLC | | |

If you answered "Yes," then answer the next question.

**Question 2.** Is any Counterclaimant entitled to punitive damages?

| Counterclaimant | Yes | No |
|---|---|---|
| Paula Haygarth | | |
| Byron Horvath | | |
| Stefanie Horvath | | |

If you answered "Yes," then answer the next question.

**Question 3.** Identify the dollar amount of punitive damages against either or both Plaintiffs about whom you answered "yes" in Question 1 of this Section, above.

| Plaintiff | Amount |
|---|---|
| Liane Wilson, aka Liana Shanti | $_____ to Paula Haygarth<br>$_____ to Byron Horvath<br>$_____ to Stefanie Horvath |
| Life Mastery Network, LLC | $_____ to Paula Haygarth<br>$_____ to Byron Horvath<br>$_____ to Stefanie Horvath |

Thank you. After you complete this verdict form, please date the form, have your chosen Foreperson sign it, and notify the facilitator.

67

DATED:  Honolulu, Hawaiʻi, _____.


_____
FOREPERSON

US_ACTIVE\138079361\V-7