**DENTONS**

**Louise K.Y. Ing**
Partner

louise.ing@dentons.com
D    +1 808-441-6114

**Laura P. Moritz**
Counsel

laura.moritz@dentons.com
D    +1 808-441-6156

Dentons US LLP
1001 Bishop Street
Suite 1800
Honolulu, HI  96813
United States

dentons.com

July 27, 2026

**BY EMAIL: otake_orders@hid.uscourts.gov
and HAND-DELIVERY**

Honorable Judge Jill A. Otake
United States District Court, District of Hawaii
300 Ala Moana Blvd C-338
Honolulu, Hawaiʻi  96850

Re: *Life Mastery Network LLC and Liane Wilson v. Paula Haygarth, Byron Horvath,
and Stefanie Horvath*; **Case No.:  1:25-cv-00297-JAO-RT**
July 27, 2026 final pretrial conference and motions hearing

Dear Judge Otake:

We write to seek the Court's permission for our clients to attend today's final pretrial
conference and hearing by Zoom teleconference. Our clients all reside in Canada and,
while they will be traveling soon to attend trial, are not yet on-island.

Sincerely,

Louise K. Y. Ing
Laura P. Moritz

CC: Jeffrey Portnoy
    Troy Young

**Puyat Jacinto & Santos ► Link Legal ► Zaanouni Law Firm & Associates ► LuatViet ► For more information on the firms that have come together
to form Dentons, go to dentons.com/legacyfirms**

US_ACTIVE\138277794\V-1