CADES SCHUTTE
A Limited Liability Law Partnership

JEFFREY S. PORTNOY            1211
TROY C. YOUNG                11317
1000 Bishop Street, Suite 1200
Honolulu, HI  96813-4212
Telephone: (808) 521-9200
Fax: (808) 521-9210
Email:  jportnoy@cades.com
Email:  tcyoung@cades.com

Attorneys for Plaintiffs
LIFE MASTERY NETWORK LLC, a Nevada
limited liability company dba LIANA
SHANTI ENTERPRISES and LIANE
WILSON, also known in the community as
LIANA SHANTI

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI‘I

| | |
|---|---|
| LIFE MASTERY NETWORK LLC, a Nevada limited liability company dba LIANA SHANTI ENTERPRISES and LIANE WILSON, also known in the community as LIANA SHANTI,<br><br>Plaintiffs,<br><br>v.<br><br>PAULA HAYGARTH, BYRON HORVATH, STEFANIE HORVATH; JANE DOES 2-10, and JOHN DOES 1-10,<br><br>Defendants/Counterclaimants. | CIVIL NO. 1:25-cv-00297-JAO-RT<br><br>**PLAINTIFFS/COUNTERCLAIM DEFENDANTS' EXHIBIT LIST; CERTIFICATE OF SERVICE**<br><br>Judge:    Hon. Jill A. Otake<br>Magistrate Judge: Hon. Rom Trader<br>Trial:    August 3, 2026 |

## PLAINTIFFS/COUNTERCLAIM DEFENDANTS' EXHIBIT LIST

Plaintiffs/Counterclaim Defendants LIFE MASTERY NETWORK LLC, a Nevada limited liability company dba LIANA SHANTI ENTERPRISES and LIANE WILSON, also known in the community as LIANA SHANTI ("**Ms. Shanti**") (collectively, "**Plaintiffs**"), by and through their counsel, Cades Schutte LLP, hereby submit their Exhibit List pursuant to the Amended Scheduling Order, filed herein on September 12, 2025 [ECF No. 30].

| No. | Date Offered | Marked | Date Admitted | Description of Exhibits |
|---|---|---|---|---|
| 1 | | | | Instagram Story funnels invest money out of Canada to FL |
| 2 | | | | Instagram Story Cat Fish encourage false police report |
| 3 | | | | Instagram Story coaches women to claim sexual-physical abuse |
| 4 | | | | Instagram Story _Master Manipulator_ |
| 5 | | | | Instagram Story _EXTORTION_ |
| 6 | | | | SHANTI-000220 (re "lianarecovery" account creation date of 5/9/22 for Cult Education Institute) |
| 7 | | | | Paula Haygarth Facebook Post and Re-Post of Reddit "The Shanti Summary" |

2

| No. | Date Offered | Marked | Date Admitted | Description of Exhibits |
|---|---|---|---|---|
| 8 | | | | SHANTI-000223 (re Paula Haygarth Reddit activity) |
| 9 | | | | Cult Education Institute post by "lianarecovery" re: extort women; influences women to leave their husbands; human and child trafficking; cherry picks cult psychology |
| 10 | | | | Cult Education Institute post by "WhiteKnight" accuses Liana of making false and outrageous claims and sending threats/intimidation |
| 11 | | | | Instagram Story coaches women to claim sexual-physical abuse |
| 12 | | | | Reddit – Liana_shanti_cult369 – accuses Liana as accomplice to crimes |
| 13 | | | | Reddit - The Shanti Summary -  Extort Women - Page 1 (zoomed in) |
| 14 | | | | Reddit - The Shanti Summary - Extort Women - Page 2 (zoomed in) |
| 15 | | | | Subreddit by Alarmed_Aspect1678 re reference to Liana targeting men and their families/scamming and manipulating |
| 16 | | | | Cult Ed Institute post by "lianarecovery" - extort women; influences women to leave their husbands; human and child trafficking; cherry picks cult psychology (with list of metadata semantics) |
| 17 | | | | Cult Education Institute post by "WhiteKnight" accuses Liana of making |

3

| No. | Date Offered | Marked | Date Admitted | Description of Exhibits |
|---|---|---|---|---|
|  |  |  |  | false and outrageous claims and sending threats/intimidation (with list of metadata semantics) |
| 18 |  |  |  | Meta Platforms Business Record-02 (Pages 1-11) |
| 19 |  |  |  | Meta Platforms Business Record (Pages 1-11) |
| 20 |  |  |  | RESERVED |
| 21 |  |  |  | IP Addresses Log and Geolocation Chart for "lianashanti_cult_recovery" Instagram Account |
| 22 |  |  |  | 2023-03-03 Daily Beast article by Jennings Brown - The Mysterious 'Sisterhood' Tearing Families Apart |
| 23 |  |  |  | 2023-04-22 Daily Beast article by Jennings Brown - Mysterious Guru Summoned to Court After Beast Investigation |
| 24 |  |  |  | 2023-04-25 Daily Beast article by Jennings Brown - Federal Judge Grills Mysterious Guru Accused of Breaking Up Families |
| 25 |  |  |  | Reddit - Survivors of Liana Shanti – subreddit post by "Emotional_Bed_3984" - "Liana Wilson is a witch and b**** no doubt" – accuses "LW" as "instigator" but followers to be blamed for decision to cut ties and long term relationships |
| 26 |  |  |  | Instagram stories by "lianashanti_cult_recovery" re Brady |

4

| No. | Date Offered | Marked | Date Admitted | Description of Exhibits |
|---|---|---|---|---|
| | | | | Bunch and "Destiny Manor" house that was purchased by Canadian investors and women being scammed; accuses Liana of funding women to leave their husbands and claim sexual/domestic assault to gain sole custody and flee Canada |
| 27 | | | | Instagram stories posted by "lianashanti_cult_recovery" regarding "drewbrady710" and "malieoriana" funneling investors money out of Canada into Florida |
| 28 | | | | Instagram stories posted by "lianashanti_cult_recovery" regarding Catfish screen shots of Liane Wilson |
| 29 | | | | Instagram stories posted by "lianashanti_cult_recovery" regarding Informant info text re Drew Brady |
| 30 | | | | Instagram stories posted by "lianashanti_cult_recovery" of Union Tribune article "Mansion of death yields 39 bodies" with #lianshanti; additional references to Liana Shanti pushing women to leave their families |
| 31 | | | | Instagram stories posted by "lianashanti_cult_recovery" of Robert Beard's address and references to @lianashanti with hashtags—"#scam #cult #fraud" |
| 32 | | | | Instagram stories posted by "lianashanti_cult_recovery" showing photos of "Mansion of death yields 39 bodies" article, photos and other writing |

5

| No. | Date Offered | Marked | Date Admitted | Description of Exhibits |
|---|---|---|---|---|
| | | | | with #lianashanti; accuses Liana of using sexual assault accusations as a separation program |
| 33 | | | | Instagram stories posted by "lianashanti_cult_recovery" includes reference to "LS" enlisting @kaiaalline to create "ANOTHER program to destroy families" |
| 34 | | | | Screenshots of Paula Haygarth Facebook page sharing Reddit link to "The Shanti Summary"; and lianashanti_cult_recovery Instagram posts accusing Liana as a "FAKE CON ARTIST MASTER MANIPULATOR FILTERED AVATAR PUPPET MASTER CULT LEADER" |
| 35 | | | | Entity info DCCA re Life Mastery Network LLC |
| 36 | | | | Sourced Intelligence LLC Report Redacted Version |
| 37 | | | | Pixel Tracking IP Address Log produced by Sourced Intelligence LLC as SOURCED_INTEL_00754 |
| 38 | | | | Email fr LSCR Liana Shanti Cult Recovery Team to Liana Shanti Cult Recovery Team Re: ¾ Aug 2 LS Position Statement, with attachment 125-2.PDF<br><br>Attachment: Document 125-2 re sexual abuse |
| 39 | | | | Email dated 08/03/2023 fr LSCR Liana Shanti Cult Recovery Team to Liana Shanti Cult Recovery |

6

| No. | Date Offered | Marked | Date Admitted | Description of Exhibits |
|---|---|---|---|---|
| | | | | Re: 4/4 August 2 LS Position Statement<br><br>Attachment: 125-3.pdf |
| 40 | | | | Lianashanti_cult_recovery text re Instagram link sent to "Stephanie" re https://lianashantiexposed.com/liana-is-going-to-court/ |
| 41 | | | | *Continuation of Exhibit 40* Lianashanti_cult_recovery text re informing of recent release of Jennings Brown Article in the Daily Beast about Liana and giving the opportunity to provide statement and to participate in zoom call |
| 42 | | | | RESERVED |
| 43 | | | | Email fr LSCR Liana Shanti Cult Recovery Team to Liana Shanti Cult Recovery<br>Re: FBI REPORT Liane Wilson |
| 44 | | | | Email dated 07/18/2025 fr LSCR Liana Shanti Cult Recovery Team to Liana Shanti Cult Recovery<br>Re: Federal Escalation Update – Liane Wilson Defamation Case; and attachment: BRIEFING July 17, 2025, FEDERAL CASE ESCALATION.pdf |
| 45 | | | | Email dated 07/18/2025 from Laura Moritz to Lianashanticultrecovery@gmail Re: Federal Escalation Update – Liane Wilson Defamation Case; and attachment: BRIEFING July 17, 2025, FEDERAL CASE ESCALATION.pdf |

| No. | Date Offered | Marked | Date Admitted | Description of Exhibits |
|---|---|---|---|---|
| | | | | |
| 46 | | | | Email dated 04/11/2023 from Lianashanticultrecovery@gmail to Liana Shanti Cult Recovery Group Re Info re Zoom call. |
| 47 | | | | RESERVED |
| 48 | | | | Email dated 04/07/2023 from Lianashanticultrecovery@gmail to Liana Shanti Cult Recovery Group Re: Liana Shanti Cult Recovery – Zoom meeting. |
| 49 | | | | RESERVED |
| 50 | | | | Email dated 04/20/2023 from Shannon Glas to Stef Vogt Re: Victim Impact Statement re Liana Shanti |
| 51 | | | | RESERVED |
| 52 | | | | Email dated 04/10/2023 from Liana Shanti Cult Recovery Group to Liana Shanti Cult Recover Group Re: info from Zoom Call |
| 53 | | | | RESERVED |
| 54 | | | | Email dated 10/08/2024 from Liana Shanti Cult Recovery Group to Liana Shanti Cult Recover Group Re: Jennings Brown New Liana Shanti Podcast |

| No. | Date Offered | Marked | Date Admitted | Description of Exhibits |
|---|---|---|---|---|
| 55 | | | | Email dated 06/14/2023 from Liana Shanti Cult Recovery Group to Liana Shanti Cult Recover Group<br>Re: Justice Department Argument June 14/2026<br>Attachment: Justice Dept Argument.pdf |
| 56 | | | | Email dated 09/13/2023 from Liana Shanti Cult Recovery Group to Liana Shanti Cult Recovery Group<br>Re: Liana Shanti loses Real Estate License |
| 57 | | | | Email dated 04/07/2023 from Liana Shanti Cult Recovery Group to Liana Shanti Cult Recovery Group<br>Re: Liana Shanti Recovery – Zoom Meeting |
| 58 | | | | Email dated 07/11/2023 from Liana Shanti Cult Recovery Group to Liana Shanti Cult Recovery Group<br>Re: Liana's Hearing Update – 6/30/2023 |
| 59 | | | | Email dated 07/01/2023 from Liana Shanti Cult Recovery Group to Liana Shanti Cult Recovery Group<br>Re: Liana's Hearing Update – 6/30/2023 |
| 60 | | | | Email dated 06/15/2023 from Liana Shanti Cult Recovery Group to Liana Shanti Cult Recovery Group<br>Re: Liana Wilson Hearing: Judge Note for Defendant 06/15/2023 |
| 61 | | | | Email dated 06/06/2023 from Liana Shanti Cult Recovery Group to Liana Shanti Cult Recovery Group |

9

| No. | Date Offered | Marked | Date Admitted | Description of Exhibits |
|-----|------|------|------|------|
|  |  |  |  | Re: Liana Wilsons Position and Argument Attachment: 06113987075.pdf |
| 62 |  |  |  | Email dated 08/25/2023 from Liana Shanti Cult Recovery Group to Liana Shanti Cult Recovery Group Re: LS Court Ruling 08/23/2023 Attachment: Wilson Order Aug 23, 2023.pdf |
| 63 |  |  |  | Email dated 07/18/2023 from Liana Shanti Cult Recovery Team to Liana Shanti Cult Recovery Group Re: LS Court Update 07/18/2023 Attachments: 110-1.pdf; 110-2.pdf; 110-3.pdf; 110 copy.pdf |
| 64 |  |  |  | Email dated 07/27/2023 from Liana Shanti Cult Recovery Team to Liana Shanti Cult Recovery Group Re: LS Update April 27 Attachments: 123-1.pdf; 123-3.pdf; 123-4.pdf; 122-1.pdf |
| 65 |  |  |  | Email dated 07/27/2023 from Liana Shanti Cult Recovery Team to Liana Shanti Cult Recovery Group Re: LS Update April 27 Attachment: Motion -to-seal 080223 |
| 66 |  |  |  | Email dated 07/25/2023 from Liana Shanti Cult Recovery Team to Liana Shanti Cult Recovery Group Re: Part 1 / 3 LS update July 25 Attachment: 116.pdf |

10

| No. | Date Offered | Marked | Date Admitted | Description of Exhibits |
|---|---|---|---|---|
| 67 | | | | Email dated 04/11/2023 from Liana Shanti Cult Recovery Team to Liana Shanti Cult Recovery Group<br>Re: Part 2/4 Aug 2 LS Position Statement<br>Attachment: 125-1.pdf |
| 68 | | | | Email dated 04/11/2023 from Lianashanticultrecovery@gmail to Liana Shanti Cult Recovery Group<br>Re Info re Zoom call. |
| 69 | | | | Email dated 04/11/2023 from Liana Shanti Cult Recovery Group to Stefanie Vogt<br>Re Instagram Login Attempts. |
| 70 | | | | Email dated 07/12/2023 from Liana Shanti Cult Recovery Team to Liana Shanti Cult Recovery<br>Re: Shanti / Wilson Defense Reply 07/10/2023 |
| 71 | | | | Email dated 06/05/2023 from Liana Shanti Cult Recovery Group to Liana Shanti Cult Recovery<br>Re: UPDATE TODAYS VERDICT UPDATE<br>Attachment: June 5 LS hearing.pdf |
| 72 | | | | Email dated 06/06/2023 from Liana Shanti Cult Recovery Group to Liana Shanti Cult Recovery<br>Re: UPDATE 06/06/2023 re Liana Wilsons Position Argument<br>Attachment: 06113987075.pdf |
| 73 | | | | Email dated 08/07/2023 from Liana Shanti Cult Recovery Team to Liana Shanti Cult Recovery |

11

| No. | Date Offered | Marked | Date Admitted | Description of Exhibits |
|---|---|---|---|---|
| | | | | Re: UPDATE Aug 7 2023<br>Attachment: PT Submission 080423.pdf |
| 74 | | | | Email dated 05/26/2023 from Liana Shanti Cult Recovery Team to Liana Shanti Cult Recovery<br>Re: UPDATE FROM LSCR TEAM<br>Attachment: 06114147103.pdf |
| 75 | | | | Email dated 07/12/2023 from Liana Shanti Cult Recovery Team to Liana Shanti Cult Recovery<br>Re: V2 Attachment / Shanti / Wilson Defense Reply 07/10/2023<br>Attachment: Wilson Defense Reply July 10 2023.pdf |
| 76 | | | | Email dated 07/23/2023 from Liana Shanti Cult Recovery Team to Liana Shanti Cult Recovery<br>Re: Wilson Defense Arguments 06/22/2023<br>Attachment: Wilson Defense Reply June 2023.pdf |
| 77 | | | | PETITION FOR INJUNCTION FOR PROTECTION AGAINST STALKING filed 06/14/2022<br>Fourth Judicial Court, Duval County, Florida – *Amanda Brady v Brian Hovarth* |
| 78 | | | | Reddit post – "The Shanti Summary" (with comments) (zoomed out) |
| 79 | | | | TEMPORARY INJUNCTION FOR PROTECTION AGAINST STALKING filed 06/15/2022 |

12

| No. | Date Offered | Marked | Date Admitted | Description of Exhibits |
|---|---|---|---|---|
| | | | | Fourth Judicial Court, Duval County, Florida – *Amanda Brady v Brian Hovarth* |
| 80 | | | | RESERVED |
| 81 | | | | RESERVED |
| 82 | | | | Additional Instagram stories by lianashanti_cult_recovery suggesting that Drew Brady is spending his investors' money to fund cult activities out of Regina, Saskatchewan |
| 83 | | | | RESERVED |
| 84 | | | | RESERVED |
| 85 | | | | RESERVED |
| 86 | | | | RESERVED |
| 87 | | | | RESERVED |
| 88 | | | | RESERVED |
| 89 | | | | RESERVED |
| 90 | | | | Character letter of Liana to Judge Mollway from Aaralyn Shiri |
| 91 | | | | Character letter of Liana to Judge Mollway from Ailani Nahara |
| 92 | | | | Character letter of Liana to Judge Mollway from Amanda Fraden |

13

| No. | Date Offered | Marked | Date Admitted | Description of Exhibits |
|---|---|---|---|---|
| 93 | | | | Character letter of Liana to Judge Mollway from Aren Alvarez |
| 94 | | | | Character letter of Liana to Judge Mollway from Benjamin Brooke |
| 95 | | | | Character letter of Liana to Judge Mollway from Carmen Aileen Prefontaine |
| 96 | | | | Character letter of Liana to Judge Mollway from Cahya Bodhi aka Leilani Kilikina |
| 97 | | | | Character letter of Liana to Judge Mollway from Chloe McNally |
| 98 | | | | Character letter of Liana to Judge Mollway from Christabel Amor |
| 99 | | | | Character letter of Liana to Judge Mollway from Christine Lottaz |
| 100 | | | | Character letter of Liana to Judge Mollway from Dan Berlongierie, Jr. |
| 101 | | | | Character letter of Liana to Judge Mollway from Dharma Bodhi |
| 102 | | | | Character letter of Liana to Judge Mollway from Cahira Noelani |
| 103 | | | | Character letter of Liana to Judge Mollway from Roanne Smith, MD |
| 104 | | | | Character letter of Liana to Judge Mollway from Joah Lambrecht |

| No. | Date Offered | Marked | Date Admitted | Description of Exhibits |
|---|---|---|---|---|
| 105 | | | | Character letter of Liana to Judge Mollway from Payton Lambrecht |
| 106 | | | | Character letter of Liana to Judge Mollway from Javan Lambrecht |
| 107 | | | | Character letter of Liana to Judge Mollway from Lisa Fiorvante |
| 108 | | | | Character letter of Liana to Judge Mollway from Amy Caroline Leemis |
| 109 | | | | Joey Scoppino / Lifepath Manifesting texts regarding his past upbringing and substance abuse |
| 110 | | | | Character letter of Liana to Judge Mollway from Haley Winter |
| 111 | | | | Haley Winter text message re her father's manipulation and abuse |
| 112 | | | | Haley Winter text message re her father (car wash sexual abuse incident) |
| 113 | | | | Text message to Haley Winter regarding a memory of Haley's father beating Evan and Elise Winter |
| 114 | | | | Correspondence to Roxanne Ouellette from Reginald Sauer at Nychuk & Company regarding Amanda Brady not entering US illegally; the harassment and threats received by the Bradys, and claim of proof that Paula Haygarth and Byron Horvath are involved |

| No. | Date Offered | Marked | Date Admitted | Description of Exhibits |
|---|---|---|---|---|
| 115 | | | | Character letter of Liana to Judge Mollway from Malie Oriana (Amanda Brady) |
| 116 | | | | Character letter of Liana to Judge Mollway from Acacia Jensen |
| 117 | | | | Character letter of Liana to Judge Mollway from Jessica Thompson |
| 118 | | | | Character letter of Liana to Judge Mollway from Matt Killen |
| 119 | | | | Text message with Jennifer Bissett-Veras re support from sister regarding the drama with her ex and other toxic people |
| 120 | | | | Character letter of Liana to Judge Mollway from Jessica McGratty aka Amaraja Bre<br>Dated 04/29/2023 |
| 121 | | | | Character letter of Liana to Judge Mollway from Stephanie Tarras-Rinzel |
| 122 | | | | Character letter of Liana to Judge Mollway from Valeria Marrali |
| 123 | | | | Character letter of Liana to Judge Mollway from Tanya Zakall |
| 124 | | | | Character letter of Liana to Judge Mollway from Michele Danuszar, M.S. |
| 125 | | | | Character letter of Liana to Judge Mollway from Kaia Alline |

16

| No. | Date Offered | Marked | Date Admitted | Description of Exhibits |
|---|---|---|---|---|
| 126 | | | | Character letter of Liana to Judge Mollway from Riley Lawson aka Keilani Astra |
| 127 | | | | Character letter of Liana to Judge Mollway from Fredrik Reinel |
| 128 | | | | Character letter of Liana to Judge Mollway from Gloria Jao |
| 129 | | | | Character letter of Liana to Judge Mollway from Jacqueline Fisch |
| 130 | | | | Character letter of Liana to Judge Mollway from Jamaica Gentry |
| 131 | | | | Character letter of Liana to Judge Mollway from Joshua Guzman |
| 132 | | | | Character letter of Liana to Judge Mollway from Kara Cozier aka Makalina Alohilani |
| 133 | | | | Character letter of Liana to Judge Mollway from Kira Hickman |
| 134 | | | | Character letter of Liana to Judge Mollway from Krystina Guzman |
| 135 | | | | Character letter of Liana to Judge Mollway from Leta M. Hunt |
| 136 | | | | Character letter of Liana to Judge Mollway from Lisa Fiorvante |
| 137 | | | | Character letter of Liana to Judge Mollway from Joni Abbott |

17

| No. | Date Offered | Marked | Date Admitted | Description of Exhibits |
|---|---|---|---|---|
| | | | | |
| 138 | | | | Character letter of Liana to Judge Mollway from Christina Billings |
| 139 | | | | Character letter of Liana to Judge Mollway from Mandy Pleger |
| 140 | | | | Character letter of Liana to Judge Mollway from Mary Gerber |
| 141 | | | | Character letter of Liana to Judge Mollway from Maureen Yap |
| 142 | | | | Character letter of Liana to Judge Mollway from Melissa Amor |
| 143 | | | | Character letter of Liana to Judge Mollway from Nancy Brooke |
| 144 | | | | Character letter of Liana to Judge Mollway from Michelle Wellbrock |
| 145 | | | | Character letter of Liana to Judge Mollway from Niharika Bhalla |
| 146 | | | | *Amanda Brady v Byron Horvath*, Petition for Injunction for Protection Against Stalking, Fourth Judicial Circuit Court, Duval County Florida Case No. 16-2022-DR-002428 |
| 147 | | | | Character letter of Liana to Judge Mollway from Petra Prostran |
| 148 | | | | Character letter of Liana to Judge Mollway from Rocio Coons |

| No. | Date Offered | Marked | Date Admitted | Description of Exhibits |
|---|---|---|---|---|
| 149 | | | | Character letter of Liana to Judge Mollway from Shannon Ross |
| 150 | | | | Character letter of Liana to Judge Mollway from Steanne Mackay |
| 151 | | | | Character letter of Liana to Judge Mollway from Tiffany Vesterman aka Kaimana Lani |
| 152 | | | | RESERVED |
| 153 | | | | Character letter of Liana to Judge Mollway from Verenice Olivera |
| 154 | | | | Character letter of Liana to Judge Mollway from Veronica Piana |
| 155 | | | | Character letter of Liana to Judge Mollway from Yuli Michalaki aka Ailuna Nahoku |
| 156 | | | | RESERVED |
| 157 | | | | Text messages between Byron Horvath and Haley Winter re request to cease drug use accusation; lawsuit threat for slander; and threat of ruining Lisa's life "if she don't stop flapping her lips"; and Haley's demand for Byron to stop threatening her and her friends |
| 158 | | | | Text messages from Haley Winter re 50/50 with daughter Isla by August if she sends Liana a cease and desist letter |

| No. | Date Offered | Marked | Date Admitted | Description of Exhibits |
|---|---|---|---|---|
| 159 | | | | RESERVED |
| 160 | | | | Instagram story post by "Lianashanti_cult_recovery" recommending followers to call Liana's ex husband |
| 161 | | | | Text fr Kaile'a Haunani Skin re Byron following and stalking former supervisor |
| 162 | | | | *Continuation of Exhibit 161* Text fr Kaile'a Haunani Skin re Byron following and stalking former supervisor |
| 163 | | | | Text fr Kaile'a Haunani Skin re daughter coming home after visit with dad and her vagina was very red |
| 164 | | | | Video file conversation with Isla talking about her dad play fighting with her and that he was pushing her head and legs and he would not stop and Stephanie had to tell him twice; describes feeling panicky |
| 165 | | | | RESERVED |
| 166 | | | | Video file of Isla saying she thinks "they" want her to take care of herself; dad hitting her on her butt |
| 167 | | | | Photo of bruises on Isla's buttocks and side |
| 168 | | | | RESERVED |
| 169 | | | | Text message of Isla coming home with bruises on buttocks and side |

| No. | Date Offered | Marked | Date Admitted | Description of Exhibits |
|---|---|---|---|---|
| 170 | | | | Screenshot of text messages from Haley Winter to Liana of photo of people outside home near a black vehicle; and reference to Byron having a "coke rage" |
| 171 | | | | Screenshot of text messages between Haley Winter to Liana reporting of stalker driving by 6 times in the morning with license plate 699 MLX |
| 172 | | | | Video re: Haley Winter conversation with Byron Horvath re fighting with Isla and holding her down by her neck and Steph having to tell Byron to stop; and Haley referencing concern of drug use. |
| 173 | | | | Voice recording of threat - "*I see you and I will find you.*" |
| 174 | | | | Voice recording of threat - "*Say goodbye to Chance.*" |
| 175 | | | | Text message from Malie Oriana re call from an unknown number "*I see you and I will find you*"<br><br>*(voice recording is at Exhibit 173)* |
| 176 | | | | Video of Paula Haygarth on her Instagram page sharing her personal experience with abuse. |
| 177 | | | | Video of Paula Haygarth on her Instagram page sharing about "rejecting yourself when you put your trust in someone or something that is external to you." |

21

| No. | Date Offered | Marked | Date Admitted | Description of Exhibits |
|---|---|---|---|---|
| 178 | | | | Video of Paula Haygarth on her Instagram page sharing about issues of abuse and others curiosity. |
| 179 | | | | Video of Paula Haygarth on her Instagram page sharing about "Spiritual Abusers" who take pleasure in targeting her integrity; includes admission of messing up |
| 180 | | | | Haley Winter's message with image of people outside a black vehicle and additional messages with Liana regarding car outside house and stalking |
| 181 | | | | Haley Winter message to Liana reporting of two people outside near black vehicle |
| 182 | | | | Screenshots of Haley Winter messages to Liana regarding re Jamisen's recollection of beatings/abuse |
| 183 | | | | Screenshots of text messages between Liana and Haley Winter re: Haley confirming Byron's voice for voicemail |
| 184 | | | | 2021 - Robert Beard – Tax Form 1040 Profit or Loss from Business |
| 185 | | | | 2022 Liane Wilson / Life Mastery Network – Tax Form 1040 Profit or Loss from Business |
| 186 | | | | 2023 Life Mastery Network Form 1120-S, US Income Tax Return for S Corporation |
| 187 | | | | 2022 - Robert Beard - Form 1040 Tax Return |

22

| No. | Date Offered | Marked | Date Admitted | Description of Exhibits |
|---|---|---|---|---|
| 188 | | | | 2023 - Health Mastery Institute - Form 1120-S, US Income Tax Return for S Corporation |
| 189 | | | | DDA – Credit<br>Remitter: Robert Beard<br>Dated 07/19/2022<br>$32,000.00 |
| 190 | | | | RESERVED |
| 191 | | | | RESERVED |
| 192 | | | | Character letter of Liana to Judge Mollway from Jessica McGratty aka Amaraja Bre<br>Dated 04/26/2023 |
| 193 | | | | RESERVED |
| 194 | | | | NY State Unified Court System Attorney Online Search of Liane Nancy Wilson showing suspension effective 10/21/2010 |
| 195 | | | | RESERVED |
| 196 | | | | RESERVED |
| 197 | | | | RESERVED |
| 198 | | | | RESERVED |
| 199 | | | | RESERVED |
| 200 | | | | RESERVED |

| No. | Date Offered | Marked | Date Admitted | Description of Exhibits |
|---|---|---|---|---|
| 201 | | | | Haley Winter text re Maile's attorney requesting she listen to a voicemail to confirm if it's Cameron/Byron |
| 202 | | | | RESERVED |
| 203 | | | | Character letter of Liana to Judge Mollway from Roxanne A. Smith, MD |
| 204 | | | | RESERVED |
| 205 | | | | RESERVED |
| 206 | | | | RESERVED |
| 207 | | | | RESERVED |
| 208 | | | | RESERVED |
| 209 | | | | RESERVED |
| 210 | | | | RESERVED |
| 211 | | | | RESERVED |
| 212 | | | | RESERVED |
| 213 | | | | Proof of Former NY Bar License |
| 214 | | | | Natural Healing Institute of Naturopathy, Inc. - Liana Shanti Diploma - Clinical Nutrition |
| 215 | | | | Nutritionist Certification |
| 216 | | | | RESERVED |

24

| No. | Date Offered | Marked | Date Admitted | Description of Exhibits |
|---|---|---|---|---|
| 217 | | | | RESERVED |
| 218 | | | | RESERVED |
| 219 | | | | RESERVED |
| 220 | | | | RESERVED |
| 221 | | | | RESERVED |
| 222 | | | | 11/06/2024 Affidavit in support of Liana by Malie Oriana |
| 223 | | | | RESERVED |
| 224 | | | | RESERVED |
| 225 | | | | RESERVED |
| 226 | | | | RESERVED |
| 227 | | | | RESERVED |
| 228 | | | | RESERVED |
| 229 | | | | RESERVED |
| 230 | | | | RESERVED |
| 231 | | | | RESERVED |
| 232 | | | | RESERVED |
| 233 | | | | Character letter of Liana to Judge Mollway from Svetlana Zariya |

| No. | Date Offered | Marked | Date Admitted | Description of Exhibits |
|---|---|---|---|---|
| 234 | | | | RESERVED |
| 235 | | | | RESERVED |
| 236 | | | | Screen shot of a voicemail from "Unknown" on 05/19/2022 @ 10:52am |
| 237 | | | | Video of call from "Unknown caller" *(related to Exhibit 236?)* |
| 238 | | | | Video of call from "Unknown caller" |
| 239 | | | | Video of call from 306-690-4695 Saskatchewan phone number *"It's a "cop" (repeat 7x)* |
| 240 | | | | Screen shot of text messages between Amanda Brady and Liana regarding threatening call "I will find you Amanda and I will kil you"; and report of Liana's ex husband receiving threat "I will find you and your kids"; includes reference to reporting to police. |
| 241 | | | | Video of a recent calls listed on Amanda Brady's phone – number from Saskatchewan |
| 242 | | | | Receipt showing Orders & Purchases from Costco for Alarm Kit and Ring Door Bell |
| 243 | | | | Apple Card Statement re: expenses for May 1 – 31, 2022 |
| 244 | | | | Capital One statement re: expenses for 05/18/2022 – 06/16/2022 |

| No. | Date Offered | Marked | Date Admitted | Description of Exhibits |
|---|---|---|---|---|
| 245 | | | | Instagram story post by "pretty.nourished" Re: "I have lived with the trauma of that moment my whole life."; references being shown sexual acts early in life |
| 246 | | | | Instagram story post by "pretty.nourished" Re: "I am speaking out now. I am not afraid. . . I am a victim of child S*xual Abuse at the hands of Brian Winter" |
| 247 | | | | Instagram story post by "pretty.nourished" Re: "why would Brian Winter be so desperately trying to gain control over his 33 year old daughter…telling her to 'drink alcohol'" |
| 248 | | | | Instagram story post by "pretty.nourished" Re: "My abusers say I'm making it up, I say, F… You" |
| 249 | | | | RESERVED |
| 250 | | | | Instagram story post by "pretty.nourished" Re: "What my family is doing to me right now is what cults do when people leave them." |
| 251 | | | | Kaile'a Haunui Skin Care messages re writing an affidavit detailing benefits of Liana's teachings (9 pages) |
| 252 | | | | Additional Haley Winter messages with Liana |
| 253 | | | | 2022 - Tax Form 1040 - Liane Wilson |

27

| No. | Date Offered | Marked | Date Admitted | Description of Exhibits |
|---|---|---|---|---|
| 254 | | | | Malie Oriana (Amanda Brady) message to Liana re call with Alex noting Paula is behind the Reddit thread |
| 255 | | | | 2023 - Tax Form 1040 - Liane Wilson |
| 256 | | | | Malie Oriana (Amanda Brady) message to Liana re Paula is going ham on Reddit now leasing the crusade to "expose you" |
| 257 | | | | Pretty Nourished (Haley Winter) message with a blacked out photo of Isla showing bruises |
| 258 | | | | Haley Winter messages re Byron following and stalking former supervisor |
| 259 | | | | Haley Winter initial message re Byron stalking former supervisor |
| 260 | | | | Haley Winter messages with Liana re Isla being locked in her room and peeing on floor |
| 261 | | | | pretty.nourished messages with Liana re Byron avoiding calls and concern of CPS |
| 262 | | | | *(continuation of Exhibit 261)* Pretty Nourished text |
| 263 | | | | RESERVED |
| 264 | | | | RESERVED |
| 265 | | | | Instagram story post by "pretty.nourished" re "But I needed to work. I needed to provide for myself. . . . I am a student of @lianashanti…" |

28

| No. | Date Offered | Marked | Date Admitted | Description of Exhibits |
|---|---|---|---|---|
| 266 | | | | Haley Winter message to Liana re daughter coming home from visit with dad with a very red vagina and CPS never helping |
| 267 | | | | Haley Winter message to Liana re police report against father and Byron for abuse |
| 268 | | | | 5-second video of messages between pretty.nourished and Liana of Haley reporting of Byron smashing a steering wheel with fits after telling him to leave |
| 269 | | | | pretty.nourished (Haley Winter) message to Liana asking for affidavit detailing benefits of teachings |
| 270 | | | | Liana messages to pretty.nourished (Haley Winter) clarifying no involvement in Haley's action of taking daughter across border without permission; and informing Haley to not go outside the law |
| 271 | | | | Malie Oriana (Amanda Brady) messages with Liana re London needing waiver in Florida to work during the day |
| 272 | | | | Wade Martin email re borders are opening travel to Minot |
| 273 | | | | Malie Oriana (Amanda Brady) messages re Paula calling Florida labor board from Canada re London |
| 274 | | | | Malie Oriana (Amanda Brady) continued messages re Paula calling Florida labor board from Canada re London |

| No. | Date Offered | Marked | Date Admitted | Description of Exhibits |
|---|---|---|---|---|
| 275 | | | | RESERVED |
| 276 | | | | Malie Oriana (Amanda Brady) message to Liana asking for prayers; and reference to being close to losing her business |
| 277 | | | | Liana Shanti message to Amanda Brady re screen shots contradicting what Amanda stated in her deposition |
| 278 | | | | Malie Oriana (Amanda Brady) messages with Liana re Paula always having demon/serpent attachment |
| 279 | | | | Malie Oriana (Amanda Brady) messages with Liana thanking Liana for help (illuminations) |
| 280 | | | | Malie Oriana (Amanda Brady) message re purchase of Destiny Manor to be home for family, Kiana Asherah, Michelle Wellbrock, Riley Lawson, and Haley Winter and their kids and "fur babies" |
| 281 | | | | Malie Oriana (Amanda Brady) messages with Liana re time with Isla |
| 282 | | | | Malie Oriana (Amanda Brady) messages with Liana re Haley being angry that Liana cut her out of her life when she betrayed her and Haley clawing back her allegations about Byron |
| 283 | | | | Malie Oriana (Amanda Brady) messages with Liana re Amanda going to Paula for healing sessions prior to Liana |

30

| No. | Date Offered | Marked | Date Admitted | Description of Exhibits |
|---|---|---|---|---|
| 284 | | | | Malie Oriana (Amanda Brady) messages with Liana clarifying that it is Amanda's own opinion that Paula is dark |
| 285 | | | | Malie Oriana (Amanda Brady) screenshot of audio recording transcription of Amanda stating Liana brings Jesus' teachings to Earth; speaks the truth; etc. |
| 286 | | | | Messages between Malie Oriana (Amanda Brady) and Liana regarding Haley Winter sending letter to US Attorney claiming Liana told her to take Isla |
| 287 | | | | Malie Oriana (Amanda Brady) continued messages with Liana clarifying that Amanda said Paula was dark (not Liana) |
| 288 | | | | Amanda Brady continued messages with Liana re screenshots to support what was stated in deposition and Amanda noting she "can correct that" |
| 289 | | | | Malie Oriana (Amanda Brady) messages with Liana re having a mountain of "sh..t" on Paula and denying that she and Drew Brady told Sourced Intelligence to frame her |
| 290 | | | | Malie Oriana (Amanda Brady) messages re support of Liana |
| 291 | | | | Liana's messages to Kaile'a Haunui Skin (Haley Winter) re Haley taking daughter across border without permission was not because of Liana's teachings |
| 292 | | | | Malie Oriana (Amanda Brady) messages with Liana re Paula lying that she has |

31

| No. | Date Offered | Marked | Date Admitted | Description of Exhibits |
|---|---|---|---|---|
| | | | | never said anything negative about Liana to London or Ellis |
| 293 | | | | Kaile'a Haunui Skin Care message to Liana requesting affidavit detailing benefits of Liana's teachings and Liana's denial of same |
| 294 | | | | Additional Amanda Brady messages with Liana re statements in deposition |
| 295 | | | | Homecomingst… (Amanda Brady) messages to Liana regarding "lurker" and picture of car outside home |
| 296 | | | | Message from "pretty.nourished" to Liana re best illuminations Haley has listened to; thanking Liana; and feeling hope for the future |
| 297 | | | | Malie Oriana (Amanda Brady) continued messages re inspector saying someone was trying to catch London without proper paperwork. |
| 298 | | | | RESERVED |
| 299 | | | | RESERVED |
| 300 | | | | Malie Oriana (Amanda Brady) message and apology to Liana re Paula's chaos towards Liana |
| 301 | | | | *(Continuation of Exhibit 300)* Malie Oriana (Amanda Brady) message and apology to Liana re Paula's chaos towards Liana |

Case 1:25-cv-00297-JAO-RT    Document 160    Filed 07/27/26    Page 33 of 45
PageID.5611

| No. | Date Offered | Marked | Date Admitted | Description of Exhibits |
|---|---|---|---|---|
| 302 | | | | Malie Oriana (Amanda Brady) messages to Liana re wanting Byron to be taken down so Isla can be safe and nightmare to end for Haley |
| 303 | | | | Malia Oriana (Amanda Brady) messages with Liana re concern of Rebecca doing supervised visits with Isla and Liana disagreeing that she sees Rebecca doing black magic |
| 304 | | | | Malie Oriana (Amanda Brady) messages with Liana re Paula posting video on her Instagram admitting to taking part in something |
| 305 | | | | Malie Oriana (Amanda Brady) additional messages with Liana re Paula's Facebook post |
| 306 | | | | Malie Oriana (Amanda Brady) message to Liana re her girls mentioning Liana's name to Paula and asking for forgiveness for what Paula is doing and the chaos she caused towards Liana |
| 307 | | | | Malie Oriana (Amanda Brady) messages to Liana re Paula posting video admitting to taking part in some bullying and ugly things online |
| 308 | | | | Proof of 11/10/22 Phone Purchase |
| 309 | | | | "Silencing Group Research for Investigation" Document |
| 310 | | | | RESERVED |

33

| No. | Date Offered | Marked | Date Admitted | Description of Exhibits |
|---|---|---|---|---|
| 311 | | | | RESERVED |
| 312 | | | | Instagram stories posted by "Lianashanti_cult_recovery" accusing Liana as being "Liana Shuster" and falsely holding herself out to be an attorney |
| 313 | | | | Correspondences to Barbie Given, Elise Winter, Brian Winter, and Byron Horvath from Reginald Sauer at Nychuk & Company on behalf of Amanda Brady and Wade Martin: re Demand to Cease and Desist communications with Bradys |
| 314 | | | | Correspondence to Elise and Brian Winter and Byron Hovarth from Reginald Sauer at Nychuk & Company on behalf of Amanda Brady and Wade Martin re Demand to Cease and Desist re: accounts "lianashanti_cult_recovery2.0" and "lianashanti_cult_recovery" |
| 315 | | | | Amanda Brady messages to Liana regarding background on Byron Horvath and Brian Winter |
| 316 | | | | Amanda Brady messages to Liana re theory on Brian Winter's grudge with Drew Brady |
| 317 | | | | Amanda Brady messages to Liana, including image of Byron and Stefanie; name of Byron's farm business; and information on Brian Winter's car wash in Weyburn |

34

| No. | Date Offered | Marked | Date Admitted | Description of Exhibits |
|---|---|---|---|---|
| 318 | | | | *(Continuation of Exhibit 317)* Amanda Brady continued messages to Liana, including image of Byron and Stefanie; name of Byron's farm business; and information on Brian Winter's car wash in Weyburn |
| 319 | | | | Malie Oriana messages to Liana re Paula "going ham" on Reddit and "leasing the crusade to expose [Liana]" |
| 320 | | | | Amanda Brady message re having enough confirmation for a lawsuit |
| 321 | | | | Affidavit in Support of Liana (Amanda Brady) |
| 322 | | | | Amanda Brady messages to Liana re Paula having "no money, liv[ing] off of Wade, [and] [s]kirt[ing] the CRA and taxes by accepting cash for everything"; yelling and screaming at Ellis; not allowing kids to eat Paula's fresh produce at the house; seeing a demon during reiki session with Paula and power going out; and Paula's sinister laugh |
| 323 | | | | *(continuation of Exhibit 322)* Amanda Brady continued messages to Liana re Paula references Paula starting rumors that Amanda was addicted to cocaine |
| 324 | | | | *(continuation of Exhibit 322)* Amanda Brady continued messages to Liana re Paula referencing Paula not having the ability to tell the truth |

35

| No. | Date Offered | Marked | Date Admitted | Description of Exhibits |
|---|---|---|---|---|
| 325 | | | | RESERVED |
| 326 | | | | *(continuation of Exhibit 201)* Haley Winter messages with Liana regarding Byron being "as shady as they come" |
| 327 | | | | Haley Winter messages to Liana re Stefanie "trying to delete me and raise my baby" and "Stefanie was in a depression when Byron and I got engaged. . . ." |
| 328 | | | | RESERVED |
| 329 | | | | Haley Winter messages to Liana re stalker has driven by 5 times; License Plate 699 MLX |
| 330 | | | | Haley Winter message re image of people outside Haley's home standing near a black vehicle |
| 331 | | | | Text messages between Liana Shanti and Haley Winter re: car outside and common intimidation tactic used by abusers |
| 332 | | | | Haley Winter message showing image of grey dodge vehicle and guy sitting in front of her house. |
| 333 | | | | Haley Winter message re not giving her address to Byron after death threats and him acquiring address in November when stalking began |
| 334 | | | | Haley Winter message to Liana thanking her for all she has done for her and Isla |

| No. | Date Offered | Marked | Date Admitted | Description of Exhibits |
|---|---|---|---|---|
| | | | | |
| 335 | | | | RESERVED |
| 336 | | | | RESERVED |
| 337 | | | | Malie Oriana (Amanda Brady) message to Liana re no contact with Paula since 2015 and Paula "jump[ing] on train" after Byron reached out to Wade for an affidavit |
| 338 | | | | Malie Oriana (Amanda Brady) messages to Liana regarding theory on how harassment campaign started against Liana |
| 339 | | | | *(continuation of Exhibit 338)* Malie Oriana (Amanda Brady) continued messages to Liana regarding Haley Winter and storyline that they were luring Haley to Florida |
| 340 | | | | Malie Oriana (Amanda Brady) messages to Liana re Paula traveling to Mexico in April; Alex Feil's report regarding dates of travel; and Drew noticing that Paula was in Mexico |
| 341 | | | | *Daily Beast* article produced by Byron Horvath re "Federal Judge Grills Mysterious Guru Accused of Breaking up Families" |
| 342 | | | | *Daily Beast* article produced by Byron Horvath re "Mysterious Guru Summoned to Court after Beast Investigation" |

37

| No. | Date Offered | Marked | Date Admitted | Description of Exhibits |
|---|---|---|---|---|
| 343 | | | | Email fr LSCR Liana Shanti Cult Recovery Team to Liana Shanti Cult Recovery Team re sending LS Court ruling 08/23/2023 |
| 344 | | | | Liana Shanti Cult Recovery messages with Horvath re: "Liana is talking shit about you…" and "[s]he needs some new material" |
| 345 | | | | Email fr Stefanie Vogt to Bryon Hovarth forwarding email re UPDATE FROM LSCR TEAM |
| 346 | | | | Screenshots of additional messages between Liana Shanti and Haley Winter re intimidation tactic and Cahira having cars outside house too |
| 347 | | | | 2025-02-20 Liane Wilson's Second Supplemental Response to Byron Horvath's Second RAI (notarized) |
| 348 | | | | 2025-02-20 Liane Wilson's First Supplemental Response to Paula Haygarth's First RAI (notarized) |
| 349 | | | | 2025-02-20 Life Mastery Network LLC's First Supplemental Response to Byron Horvath's First RAI (notarized) |
| 350 | | | | 2025-02-20 Life Mastery Network LLC's First Supplemental Response to Paula Haygarth's First RAI (notarized) |
| 351 | | | | 2025-04-21 LIANA SHANTI'S First Amended RESPONSE to Paula Haygarth's |

38

| No. | Date Offered | Marked | Date Admitted | Description of Exhibits |
|---|---|---|---|---|
| | | | | Second RPOD |
| 352 | | | | 2025-04-21 LIANA SHANTI'S second amended RESPONSE TO BYRON HORVATH'S Second RPOD |
| 353 | | | | 2025-06-18 LIANE WILSON's SECOND AMENDED Response to Horvath's First RPOD |
| 354 | | | | 2025-06-30 Liane Wilson's Response to Paula Haygarth's Third RPOD |
| 355 | | | | 2025-06-30 Liane Wilson's Response to Defts' First Request for Admissions |
| 356 | | | | 2025-10-29 Pltf Liane Wilson's Response to Deft S. Horvath's 1st RATI's Dated 9.24.25 |
| 357 | | | | 2025-06-30 Liane Wilson's Response to Paula Haygarth's Third RPOD |
| 358 | | | | 2025-10-29 Pltf Liane Wilson's Response to Deft Stefanie Horvath's First Request for Production of Doc |
| 359 | | | | 2025-10-29 Liane Wilson's FIRST SUPPLEMENTAL Response to Byron Horvath's THIRD Request for Answers to Interrogatory |
| 360 | | | | 2025-10-29 Liane Wilson's FIRST SUPPLEMENTAL Response to Byron Horvath's Third RPOD |

| No. | Date Offered | Marked | Date Admitted | Description of Exhibits |
|---|---|---|---|---|
| 361 | | | | 2025-10-29 Pltf Life Mastery Network LLC's Response to Deft Stefanie Horvath's First RPOD |
| 362 | | | | 2025-10-29 Pltf Life Mastery Network dba Liana Shanti Enterprises' Response to Deft S. Horvath's 1st RATI |
| 363 | | | | 2025-11-10 Stefanie Horvath's Objections and Responses to Plaintiffs' First RPOD |
| 364 | | | | Chart – Cast of Characters |
| 365 | | | | Video of Paula Hagarth talking about "losing your power" |
| 366 | | | | Amanda Brady screen shot of audio message transcript re admission of not getting anything out of defending Liana; and it being for her own personal integrity |
| 367 | | | | Amanda Brady message re eager to say how much Haley shared with her about Byron, Liana, and "everything" |
| 368 | | | | Screenshot of Haley Winter's message re Haley informing Liana about bruises all over Islas body and calling CPS because Isla claimed she was spanked |
| 369 | | | | Haley Winter messages re tables have turned; and judge back down |
| 370 | | | | Haley Winter messages re judge not setting a trial date; "Isla … sleeping in the same bed as [her] pedophile father" and "the judge needs to hear everything" |

| No. | Date Offered | Marked | Date Admitted | Description of Exhibits |
|---|---|---|---|---|
| 371 | | | | Kaia Alline reaction to Liana in response to Instagram story re: threat on Twitter from Logan Fitz - "I'm going to rape you don't sleep" |
| 372 | | | | Message from Malie Oriana (Amanda Brady) to Liana thanking her for her strength and fierceness |
| 373 | | | | Haley Winter messages with Liana re Haley's parents having told Haley many times that she is the best mother they have ever seen |
| 374 | | | | Message describing how Liana has endlessly taught and encouraged and guided her students and gave free hours of energy work because she cares and loves and protects women and children who are abused |
| 375 | | | | *Continuation of Exhibit 374* |
| 376 | | | | *Continuation of Exhibit 374* |
| 377 | | | | *Continuation of Exhibit 374* |
| 378 | | | | *Continuation of Exhibit 374* |
| 379 | | | | *Continuation of Exhibit 374* |
| 380 | | | | Haley Winter message to Liana thanking Liana and noting 12 years of abuse from Byron and a lifetime of abuse from her father and that "they will pay for all the harm they have done" |

41

| No. | Date Offered | Marked | Date Admitted | Description of Exhibits |
|---|---|---|---|---|
| 381 | | | | Haley Winter messages to Liana regarding "Stefanie the driver of all this. She pushed to take it to this level." |
| 382 | | | | Amanda Brady messages with Liana re the betrayal by Haley |
| 383 | | | | Haley Winter message to Liana re Isla coming home with yeast infection, stomach pain, and reference to father's private part |
| 384 | | | | Screenshot by "Pretty Nourished Orga.." re Haley Winter message to "Jim" regarding issues with Isla going to her father's home; mentions Isla being locked in room and peeing on floor; being left in the house alone; etc. |
| 385 | | | | RESERVED |
| 386 | | | | Haley Winter message re memory of abuse |
| 387 | | | | Haley Winter text thanking Liana for all she has done and informing her of settlement and need to send an email to Liana to request that she take posts down if she shares something about Byron, Isla, or her family on her social media |
| 388 | | | | Screenshot of viewers of Instagram stories including viewer Stefanie Horvath |
| 389 | | | | 05/04/2026 Correspondence from Manausa, Shaw & Minacci to Amanda Brady [Homecoming Studios, LLC] re |

| No. | Date Offered | Marked | Date Admitted | Description of Exhibits |
|---|---|---|---|---|
|  |  |  |  | violations of provisions of the Florida Statutes governing its profession and files relating to administrative case number 2025-060013 |

DATED:  Honolulu, Hawaii, July 27, 2026.

CADES SCHUTTE
A Limited Liability Law Partnership


*/s/ Jeffrey S. Portnoy*
JEFFREY S. PORTNOY, ESQ.
TROY C. YOUNG, ESQ.

Attorneys for Plaintiffs
LIFE MASTERY NETWORK LLC, a
Nevada limited liability company dba
LIANA SHANTI ENTERPRISES and
LIANE WILSON, also known in the
community as LIANA SHANTI

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LIFE MASTERY NETWORK LLC, a Nevada limited liability company dba LIANA SHANTI ENTERPRISES and LIANE WILSON, also known in the community as LIANA SHANTI,<br><br>        Plaintiffs,<br>  v.<br>PAULA HAYGARTH, BYRON HORVATH, STEFANIE HORVATH; JANE DOES 2-10, and JOHN DOES 1-10,<br><br>        Defendants/Counterclaimants. | CIVIL NO. 1:25-cv-00297-JAO-RT<br><br>**CERTIFICATE OF SERVICE** |

## <u>CERTIFICATE OF SERVICE</u>

The undersign hereby certifies that true and correct copies of the foregoing document were duly served on the following counsel for the parties by electronic means:

LOUISE K.Y. ING louise.ing@dentons.com
LAURA P. MORITZ laura.moritz@dentons.com
Dentons US LLP
1001 Bishop Street, Ste. 1800
Honolulu, HI  96813

 Attorneys for Defendants
PAULA HAYGARTH,
BYRON HORVATH, and
STEFANIE HORVATH

   DATED:  Honolulu, Hawaii, July 27, 2026.

     CADES SCHUTTE
     A Limited Liability Law Partnership


     */s/ Jeffrey S. Portnoy*
     JEFFREY S. PORTNOY, ESQ.
     TROY C. YOUNG, ESQ.

     Attorneys for Plaintiffs
     LIFE MASTERY NETWORK LLC, a
     Nevada limited liability company dba
     LIANA SHANTI ENTERPRISES and
     LIANE WILSON, also known in the
     community as LIANA SHANTI