# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

LIFE MASTERY NETWORK LLC, etc., et al.

Plaintiffs/Counterclaim Defendants,

v.

PAULA HAYGARTH, BYRON HORVATH,
STEFANIE HORVATH, et al.

Defendants/Counterclaimants.

**DEFENDANTS' TRIAL EXHIBIT LIST**

Case Number:  1:25-cv-00297-JAO-RT

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Honorable Jill A. Otake | Jeffrey S. Portnoy<br>Troy C. Young<br><br>Cades Schutte | Louise K.Y. Ing<br>Laura P. Moritz<br><br>Dentons US LLP |
| TRIAL DATE(S)<br>August 3, 2026 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 1001 | | | | Certificate Natural Healing Institute of Naturopathy, Clinical Nutrition, dated May 2, 2011 (SHANTI-001234) |
| | 1002 | | | | Report Jon W. Nakamura, MD, dated January 30, 2013 (SHANTI-001035) [Redacted] |
| | 1003 | | | | Chat Amanda Brady, June 2017 to December 2020 (BRADY002-0000004) |
| | 1004 | | | | Letter from Child and Family Programs to Byron Horvath, dated April 7, 2021 (BH001251) |
| | 1005 | | | | Remittance Advice McKercher LLP, dated August 10, 2021 (BH002901-2907) |
| | 1006 | | | | Remittance Advice McKercher LLP, dated December 10, 2021 (BH002942-944) |
| | 1007 | | | | Letter from Child and Family Programs to Byron Horvath, dated December 15, 2021 (BH001252) |
| | 1008 | | | | Judgment in a Criminal Case, United States v. Wilson, Case No. 1-20-cr-00105 HG, filed December 17, 2021, Document 73, |
| | 1009 | | | | Remittance Advice McKercher LLP, dated January 24, 2022 (BH002945-2947) |
| | 1010 | | | | TD Canada Trust Statement, March to April 2022 (PH000580) |
| | 1011 | | | | Radius Credit Union Statement, April 2022 (PH000576-578) |

15813736\000001\138072919

HID 187 (Rev. 3/11)

**DEFENDANT'S EXHIBIT LIST - CONTINUATION**

| Life Mastery Network LLC, etc., et al. v. Paula Haygarth, Byron Horvath, et al. | CASE NO. 1:25-cv-00297-JAO-RT |
|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 1012 | | | | Reservation Code Country Inn, April 2022 (PH000579) |
| | 1013 | | | | Calendar Country Inn & Suites, April 13, 2022 (PH000570) |
| | 1014 | | | | Check in Country Inn & Suites, April 13, 2022 (PH000571) |
| | 1015 | | | | Reservation code Country Inn & Suites, April 13, 2022 (PH000572) |
| | 1016 | | | | Court of Queen's Bench for Saskatchewan, dated April 14, 2022 (BH001055-1056) |
| | 1017 | | | | Order Court of Queen's Bench for Saskatchewan Family Law Division, dated April 14, 2022 (BH001064-1065) |
| | 1018 | | | | Reservation Code Country Inn & Suites, April 14, 2022 (PH000573) |
| | 1019 | | | | Calendar Check Out Country Inn, April 15, 2022 (PH000575 |
| | 1020 | | | | Check Out Code Country Inn & Suites, April 15, 2022 (PH000574) |
| | 1021 | | | | Text Amanda Brady re Byron's business, April 17, 2022 (SHANTI-002607) |
| | 1022 | | | | Text message with Kaile`a Haunui, April 22, 2022 (SHANTI-001487-1495) |
| | 1023 | | | | Remittance Advice McKercher LLP, dated May 11, 2022 (BH002948-2959) |
| | 1024 | | | | Court of Queen's Bench for Saskatchewan, dated May 24, 2022 (BH001051-1054) |
| | 1025 | | | | Interim Order Court of Queen's Bench for Saskatchewan, dated May 24, 2022 (BH002932-2935) |
| | 1026 | | | | Interim Order Court of Queen's Bench for Saskatchewan (Family Law Division), dated May 25, 2022 (BH001060-1061) |
| | 1027 | | | | Text Malie Oriana, June 10, 2022 (SHANTI-001632) |
| | 1028 | | | | Text Malie Oriana, June 10, 2022 (SHANTI-001633) |
| | 1029 | | | | Text Malie Oriana re bizarre group of people, June 10, 2022 (SHANTI-001634) |
| | 1030 | | | | Text Malie Oriana re ex-husband's wife targeting me, June 10, 2022 (SHANTI-001630) |
| | 1031 | | | | Text Malie Oriana re Haley and family, dad is prominent business man, June 10, 2022 (SHANTI-001631) |

15813736\000001\138072919

✎HID 187 (Rev. 3/11)

## DEFENDANT'S EXHIBIT LIST - CONTINUATION

| Life Mastery Network LLC, etc., et al. v. Paula Haygarth, Byron Horvath, et al. | CASE NO. 1:25-cv-00297-JAO-RT |
|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 1032 | | | | Text Malie Oriana re Paula driving online posts, June 10, 2022 (SHANTI-001628 |
| | 1033 | | | | Text Malie Oriana re Paula driving online posts, June 10, 2022 (SHANTI-001629 |
| | 1034 | | | | Petition for Injunction for Protection, Florida court, June 14, 2022 (BH000342-348) |
| | 1035 | | | | Letter from Child and Family Programs to Byron Horvath re Investigation #26039461, dated June 28, 2022 (BH001253) |
| | 1036 | | | | Order Extending Temporary Injunction, Amanda Brady v. Byron Horvath, Florida court, June 28, 2022 (BRADY001-0000038) |
| | 1037 | | | | Remittance Advice McKercher LLP, dated September 12, 2022 (BH002960-2968) |
| | 1038 | | | | Letter A. Myers, Esq. to S. Myron, Esq. re Safe Harbor, dated September 20, 2022 (BH000623-625) |
| | 1039 | | | | Email Stefanie Horvath to J. Bergerman re maternity, dated October 4, 2022 (SH001033-1035) |
| | 1040 | | | | Email Malie Oriana to Liana forwarding information on Horvath, et al., dated October 9, 2022 (SHANTI-002601-2603) |
| | 1041 | | | | Memo from Stefanie Horvath re Maternity Leave, dated October 10, 2022 (BH002988-2989 |
| | 1042 | | | | Email Malie Oriana to Liana re Shannon Glass address, dated October 22, 2022 (SHANTI-002604 |
| | 1043 | | | | Payroll Statement (Stefanie Horvath), October 31, 2022 (BH002990-2991 |
| | 1044 | | | | Judicia Centre of Regina docket, Novembre 2022 (BH001057-1059) |
| | 1045 | | | | Post Liana Shanti: toxic lies from P. Haygarth, abandoned her son, November 5, 2022 (PH000535) |
| | 1046 | | | | Post Liana Shanti: P. Haygarth abandoned own child, November 11, 2022 (PH000545) |
| | 1047 | | | | Post Liana Shanti: received voicemails, threats, November 7, 2022 (HH000246-248) |
| | 1048 | | | | Remittance Advice McKercher LLP, dated November 7, 2022 (BH002936-2941) |
| | 1049 | | | | Remittance Advice McKercher LLP, November 7, 2022 (BH002969 |
| | 1050 | | | | Order Court of Queen's Bench for Saskatchewan, Family Law Division, November 14, 2022 (BH001062-1063) |

15813736\000001\138072919

HID 187 (Rev. 3/11)

**DEFENDANT'S EXHIBIT LIST - CONTINUATION**

| Life Mastery Network LLC, etc., et al. v. Paula Haygarth, Byron Horvath, et al. | | CASE NO. 1:25-cv-00297-JAO-RT | | | |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| | 1051 | | | | Post Liana Shanti: Horvath playbook, November 16, 2022 (BH001391-BH001392) |
| | 1052 | | | | Post Liana Shanti:  yearlong attacks, Haygarth, Horvath, Stefanie, November 18, 2022 (BH001488) |
| | 1053 | | | | Post: Horvath pathological liar, November 19, 2022 (HH000682) |
| | 1054 | | | | Exposing Family Cults, November 21, 2022 (BH001272-1292) |
| | 1055 | | | | Post Liana Shanti: Paula abandon own child, September 30, 2022 (HH000934) |
| | 1056 | | | | Calendaring, December 2022 to April 2024 (PH000360-382) |
| | 1057 | | | | Email Stefanie Vogt to M. Wachal re Attacking Stefanie's friend, dated December 1, 2022 (SH000401-403) |
| | 1058 | | | | Post Liana Shanti:  Adding a huge section to website, December 1, 2022 (HH000943-951) |
| | 1059 | | | | Remittance Advice McKercher LLP, dated December 6, 2022 (BH002908-2912) |
| | 1060 | | | | Post Liana Shanti: Horvath, abuse, December 16, 2022 (HH000994) |
| | 1061 | | | | Post Liana Shanti: Offering classes, December 21, 2022 (HH001046-1049) |
| | 1062 | | | | Post Liana Shanti: Safety planning, December 23, 2022 (HH001050) |
| | 1063 | | | | Receipts Cultivate Wellness Counseling (Stefanie Horvarth), 2022-2023 (BH002928-2931) |
| | 1064 | | | | Post Liana Shanti: Byron, abuse, January 4, 2023 (HH001056) |
| | 1065 | | | | Post Liana Shanti: platform multiplied across all areas, January 5, 2023 (HH001121) |
| | 1066 | | | | Post Liana Shanti: P. Haygarth abandoned son, January 9, 2023 (HH001166) |
| | 1067 | | | | Post Liana Shanti: re Stefanie, January 12, 2023 (HH001215-1227) |

15813736\000001\138072919

HID 187 (Rev. 3/11)

### DEFENDANT'S EXHIBIT LIST - CONTINUATION

| | | | | | CASE NO. |
|---|---|---|---|---|---|
| Life Mastery Network LLC, etc., et al. v. Paula Haygarth, Byron Horvath, et al. | | | | | 1:25-cv-00297-JAO-RT |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 1068 | | | | Post Liana Shanti: Byron, Stefanie unhinged and dangerous, January 13, 2023 (HH001246) |
| | 1069 | | | | Post Liana Shanti: Horvath abusers, physical violence, addiction, felons, January 13, 2023 (HH001251-1253) |
| | 1070 | | | | Post Liana Shanti: Paula, felony kidnappers, January 13, 2023 (HH001238-1239) |
| | 1071 | | | | Post Liana Shanti: Byron, abuse, January 16, 2023 (HH001268) |
| | 1072 | | | | Post Liana Shanti: Byron, Paula kidnappers, conspiring, January 16, 2023 (HH001260) |
| | 1073 | | | | Notice of Voluntary Dismissal w-Prejudice, Amanda Brady v. Byron Horvath, Florida court, January 17, 2023 (BRADY001-0000036) |
| | 1074 | | | | Order Dismissal Temp Injunction, , Amanda Brady v. Byron Horvath, Florida court, January 17, 2023 (BH000340-341) |
| | 1075 | | | | Invoice Statement Ashley Myers, PA to Byron Horvath, January 18, 2023 (BH002922-927) |
| | 1076 | | | | Post Liana Shanti: calling out people, January 22, 2023 (PH00564-565) |
| | 1077 | | | | Post Liana Shanti: re pedos with photo Paula, Stephanie, January 26, 2023 (HH001333) |
| | 1078 | | | | Remittance Advice McKercher LLP, dated February 7, 2023 (BH002913-2917) |
| | 1079 | | | | Post Liana Shanti: re Byron, Stefanie abuse, March 27, 2023 (HH001426) |
| | 1080 | | | | Text Mailie Oriana re Paula reiki master copycat, March 28, 2023 (SHANTI-001619) |
| | 1081 | | | | Certificate International Sports Sciences, March 30, 2023 (SHANTI-001235 |
| | 1082 | | | | Remittance Advice McKercher LLP, dated April 5, 2023 (BH002918-2921) |
| | 1083 | | | | Post Liana Shanti: Byron, Stefanie, Paula associating with thugs, April 13, 2023 (HH001428-1429) |

15813736\000001\138072919

HID 187 (Rev. 3/11)

## DEFENDANT'S EXHIBIT LIST - CONTINUATION

| Life Mastery Network LLC, etc., et al. v. Paula Haygarth, Byron Horvath, et al. | CASE NO. 1:25-cv-00297-JAO-RT |
|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 1084 | | | | Post Liana Shanti: on intake form looking for inform lead to potential victims, April 18, 2023 (HH001433) |
| | 1085 | | | | Letter to Judge Mollway Statement of Wade Martin and Paula Haygarth, April 19, 2023 (PH00032-333) |
| | 1086 | | | | Post Liana Shanti: Stefanie married to one of the key defendants in defamation case, April 25, 2023 (HH001446) |
| | 1087 | | | | Post Liana Shanti: Byron, abuse, death threats, April 26, 2023 (HH001448) |
| | 1088 | | | | Post Liana Shanti: Death threats Horvath, April 26, 2023 (HH001449) |
| | 1089 | | | | Post Liana Shanti: Byron, Stefanie, Paula working with kidnappers, April 27, 2023 (HH001452) |
| | 1090 | | | | Post Liana Shanti: Byron, Stefanie, Paula-associating with kidnappers, April 27, 2023 (HH001453) |
| | 1091 | | | | Remittance Advice McKercher LLP, dated May 8, 2023 (BH002975-2977) |
| | 1092 | | | | Post Liana Shanti: Byron, abuse, dated May 18, 2023 (HH001474-1477) |
| | 1093 | | | | Post Liana Shanti: Byron, Stefanie, death threats, May 26, 2023 (HH001500-1504) |
| | 1094 | | | | Receipt Piercing the Veil of Reality-Courses, June 23, 2023 (PH000392-393) |
| | 1095 | | | | Remittance Advice McKercher LLP, dated July 10, 2023 (BH002866-2870) |
| | 1096 | | | | Post Liana Shanti: Abuse narrative, death threats, dated July 14, 2023 (HH001542-1549) |
| | 1097 | | | | Post Liana Shanti: they want it suppressed Isla videos, dated July 14, 2023 (HH001547) |
| | 1098 | | | | Post Liana Shanti: re Stefanie, July 18, 2023 (HH001562) |
| | 1099 | | | | Remittance Advice McKercher LLP, dated August 2, 2023 (BH002978-2981) |

15813736\000001\138072919

HID 187 (Rev. 3/11)

**DEFENDANT'S EXHIBIT LIST - CONTINUATION**

| | | | | | CASE NO. |
|---|---|---|---|---|---|
| Life Mastery Network LLC, etc., et al. v. Paula Haygarth, Byron Horvath, et al. | | | | | 1:25-cv-00297-JAO-RT |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 1100 | | | | Post Liana Shanti: sex only under influence alcohol, August 9, 2023 (HH001607) |
| | 1101 | | | | Post Liana Shanti: Florida talking, injunction, dated August 21, 2023 (HH001629) |
| | 1102 | | | | Post Liana Shanti: re Stefanie, August 21, 2023 (HH001627) |
| | 1103 | | | | Gold Mastercard Statement, September 2023 (PH000455) |
| | 1104 | | | | Post Liana Shanti: website massive growth, September 8, 2023 (HH001649) |
| | 1105 | | | | Remittance Advice McKercher LLP, dated September 11, 2023 (BH002871-2875) |
| | 1106 | | | | Evil in Saskatchewan, September 20, 2023 (PH000161-170) |
| | 1107 | | | | Post Liana Shanti: re major website upgrade, October 5, 2023 (HH001671) |
| | 1108 | | | | Receipt AcadSS Consulting, October 13, 2023 (PH000394-395) |
| | 1109 | | | | Post Liana Shanti: Isla on website, October 15 2023 (HH001679) |
| | 1110 | | | | Remittance Advice McKercher LLP, October 17, 2023 (BH002982-2984) |
| | 1111 | | | | Remittance Advice McKercher LLP, November 8, 2023 (BH002876-2880) |
| | 1112 | | | | 2023-12-06 Post Courts awarding huge pay outs, December 6, 2023 (HH001716) |
| | 1113 | | | | Post Liana Shanti: Byron abuse, December 11, 2023 (HH001719-1726) |
| | 1114 | | | | Post Liana Shanti: Byron, abuse, website, December 13, 2023 (HH001737-1742) |
| | 1115 | | | | Post Liana Shanti: re parents, December 19, 2023 (HH001778) |
| | 1116 | | | | Remittance Advice McKercher LLP, dated December 19, 2023 (BH002881-2891) |

15813736\000001\138072919

HID 187 (Rev. 3/11)

## DEFENDANT'S EXHIBIT LIST - CONTINUATION

| Life Mastery Network LLC, etc., et al. v. Paula Haygarth, Byron Horvath, et al. | | | | | CASE NO. 1:25-cv-00297-JAO-RT |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 1117 | | | | Capitol One Statements, 2023-2024 (PH000443-453) |
| | 1118 | | | | Chat Amanda Brady, 2023, 2024 and 2025 (BRADY002-0000006) |
| | 1119 | | | | Post Liana Shanti: Byron death threats, Paula slander, February 7, 2024 (HH001815) |
| | 1120 | | | | Text messages Liana Shanti and Amanda Brady, February 28 to September 20, 2024 (BRADY002-0000009 |
| | 1121 | | | | Post Liana Shanti:  Paula abandoned son, March 16, 2024 (PH000252) |
| | 1122 | | | | Receipt Wildflowers Children's Therapy, dated March 29, 2024 (Isla Horvath)(BH002985 |
| | 1123 | | | | Receipt Wildflowers Children's Therapy, dated May 7, 2024 (Isla Horvath)(BH002986 |
| | 1124 | | | | Haley Winter letter to US Atty Office and Probation Officer, dated May 16 2024 (BH002992-3010) |
| | 1125 | | | | Receipt Wildflowers Children's Therapy (Isla Horvath), May 23, 2024 (BH002987 |
| | 1126 | | | | Remittance Advice McKercher LLP, dated May 23, 2024 (BH002892-2900) |
| | 1127 | | | | Statement Empowered Lives, dated August 1, 2024 (PH000525-526) |
| | 1128 | | | | Post Liana Shanti: Byron death threats, August 16, 2024 (HH002216) |
| | 1129 | | | | New York Court System re Liane Wilson, October 30, 2024 (SHANTI-001049) |
| | 1130 | | | | Chat Amanda Brady, 2024-2025 (BRADY002-0000005) |
| | 1131 | | | | Chat Amanda Brady, January 17, 2025 (BRADY002-0000007-8) |
| | 1132 | | | | A. Brady Response to Subpoena Duces Tecum, April 2, 2025 (BRADY001-0000004 |
| | 1133 | | | | Non-Party Amanda Brady's Supplemental Response to Defendants' Subpoena Duces Tecum, May 27, 2025 (BRADY002-0000010) |
| | 1134 | | | | Records from Domains by Proxy, July 10, 2025 |

15813736\000001\138072919

HID 187 (Rev. 3/11)

**DEFENDANT'S EXHIBIT LIST - CONTINUATION**

| | CASE NO. |
|---|---|
| Life Mastery Network LLC, etc., et al. v. Paula Haygarth, Byron Horvath, et al. | 1:25-cv-00297-JAO-RT |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 1135 | | | | Email Moritz, Esq. to Lianashanti recovery team re escalation update, July 18, 2025 (SH000076-80) |
| | 1136 | | | | Subpoena to Meta Platforms, Inc., October 10, 2025 (SHANTI-002210-2217) |
| | 1137 | | | | Return of Service re Subpoena served on Meta Platforms, October 21, 2025 (SHANTI-002218-2220) |
| | 1138 | | | | Letter Perkins Coie to Portnoy, Esq. re Subpoena to Reddit, Inc., dated October 29, 2025 (SHANTI-002221-2223) |
| | 1139 | | | | Letter Portnoy, Esq. to Meta Platforms, November 13, 2025 (SHANTI-002192-2209) |
| | 1140 | | | | Screenshot lianashanti Instagram home page, December 3, 2025 2:12pm Hawai`i standard time |
| | 1141 | | | | Receipt Be The Change Counseling and Consulting, dated April 10, 2026 (PH000567 |
| | 1142 | | | | Invoice Ancient Aspirations Ltd., dated April 16, 2026 (PH000568) |
| | 1143 | | | | Receipt Be The Change Counseling & Consulting, dated May 1, 2026 (PH000569 |
| | 1144 | | | | About Liana Shanti (updated) |
| | 1145 | | | | Text Amanda Brady re I have screen shots everything stated in depo, April 10 (SHANTI-002656) |
| | 1146 | | | | Text Amanda Brady re I have screenshots for everything stated in depo, April 10 (SHANTI-002623 |
| | 1147 | | | | Text Amenda Brady re depo testimony, April 10 (SHANTI-002657 |
| | 1148 | | | | Entity Info Life Mastery Network LLC Nevada Business (SHANTI-000181-182) |
| | 1149 | | | | Native (PH000335) |
| | 1150 | | | | Spreadsheet (PH000391) |
| | 1151 | | | | Native (SHANTI-001436) |
| | 1152 | | | | Native (SHANTI-001437) |
| | 1153 | | | | Native (SHANTI-001438) |
| | 1154 | | | | Native (SHANTI-001440) |

15813736\000001\138072919

HID 187 (Rev. 3/11)

## DEFENDANT'S EXHIBIT LIST - CONTINUATION

| Life Mastery Network LLC, etc., et al. v. Paula Haygarth, Byron Horvath, et al. | | | | CASE NO.<br>1:25-cv-00297-JAO-RT | |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 1155 | | | | Native (SHANTI-002766) |
| | 1156 | | | | Horvath Victim Impact Statement (BH000901-904) |
| | 1157 | | | | Letter Haley to Byron (BH003028-3029) |
| | 1158 | | | | Text Amanda Brady to Malie, March 15 (SHANTI-002664 |
| | 1159 | | | | North Carolina court filings (BH003187) |
| | 1160 | | | | North Carolina court filings (BH003204-BH003209) |
| | 1161 | | | | North Carolina court filings (BH003212) |
| | 1162 | | | | Paula Haygarth Receipts (PH000457-461) |
| | 1163 | | | | Photo of phone (SHANTI-001427) |
| | 1164 | | | | Post Liana Shanti: Paula abandoned son (BH002149) |
| | 1165 | | | | Post Liana Shanti: Paula abandoned son (PH000545) |
| | 1166 | | | | Post Liana Shanti: added religious cults to website, Haley situation with Isla (BH000006-BH000015) |
| | 1167 | | | | Post Liana Shanti: being a self-made millionaire (PH000528-531) |
| | 1168 | | | | Post Liana Shanti: Byron and Stefanie miserable, damage Isla worse (BH000067 |
| | 1169 | | | | Post Liana Shanti: major website upgrades, 2022 and 20223 amazing (BH002863) |
| | 1170 | | | | Post Liana Shanti: we are calling out these people (PH000061-66) |
| | 1171 | | | | Post Liana Shanti:  If you are vaccinated you no longer have a soul (BH001071-BH001077) |
| | 1172 | | | | Response to Motion for Attorneys' Fees and Sanctions, Florida court, unfiled (BH000626-630) |
| | 1173 | | | | Screen shot Plaintiffs' website About Liana Shanti, captured December 4, 2025 |
| | 1174 | | | | Surviving the Family Cult (SHANTI-000172-174) |

15813736\000001\138072919

HID 187 (Rev. 3/11)

## DEFENDANT'S EXHIBIT LIST - CONTINUATION

| Life Mastery Network LLC, etc., et al. v. Paula Haygarth, Byron Horvath, et al. | CASE NO. 1:25-cv-00297-JAO-RT |
|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 1175 | | | | Synopsis by a Canadian who know Paula and Wade Martin (SHANTI-000175-180) |
| | 1176 | | | | Text Amanda Brady re Byron too stupid to orchestrate online attack (SHANTI-002749) |
| | 1177 | | | | Text Amanda Brady re Portnoy and Troy (SHANTI-002747) |
| | 1178 | | | | Text Amanda Brady re the story they are trying to spin unbelievable (SHANTI-002748) |
| | 1179 | | | | Text message (PH000049-50) |
| | 1180 | | | | Text message re bradywealthstrategies (SHANTI-001439) |
| | 1181 | | | | Text re subpoena needed, Canada's privacy laws (SHANTI-001417) |
| | 1182 | | | | Complaint, filed December 6, 2022 |
| | 1183 | | | | Byron Horvath's Answer to Complaint; Counterclaim, filed January 23, 2023 |
| | 1184 | | | | Paula Haygarth's Answer to Complaint; Counterclaim, filed January 25, 2023 |
| | 1185 | | | | Plaintiffs/Counterclaim Defendants Liana Shanti Enterprises and Liana Shanti's Answer to Paula Haygarth's Counterclaim, filed February 13, 2023 |
| | 1186 | | | | Plaintiffs/Counterclaim Defendants Liana Shanti Enterprises and Liana Shanti's Answer to Byron Horvath's Counterclaim, filed February 13, 2023 |
| | 1187 | | | | First Amended Complaint, filed July 3, 2025 |
| | 1188 | | | | Defendants Paula Haygarth, Byron Horvath and Stefanie Horvath's Answer First Amended Complaint; First Amended Counterclaim; Demand Jury Trial, filed July 14, 2025 |
| | 1189 | | | | Plaintiffs' Answer to Defendants Paula Haygarth, Byron Horvath, and Stefanie Horvath's First Amended Counterclaim, filed Jully 28, 2025 |
| | 1190 | | | | Second Amended Subpoena Duces Tecum, regarding the subpoena of records from Domains by Proxy, filed in the Circuit Court of the Fifth Circuit, State of Hawaii on June 17, 2025 [Dkt. 406] |
| | 1191 | | | | Civil Subpoena, regarding the subpoena of records from Domains by Proxy, filed in the Superior Court of Arizona in Maricopa County, issued June 18, 2025 |

15813736\000001\138072919

HID 187 (Rev. 3/11)

**DEFENDANT'S EXHIBIT LIST - CONTINUATION**

| | | | | | |
|---|---|---|---|---|---|
| Life Mastery Network LLC, etc., et al. v. Paula Haygarth, Byron Horvath, et al. | | | | | CASE NO.<br>1:25-cv-00297-JAO-RT |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 1192 | | | | |
| | 1193 | | | | |
| | 1194 | | | | |
| | 1195 | | | | |
| | 1196 | | | | |

15813736\000001\138072919