IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LIFE MASTERY NETWORK LLC, ET AL.<br><br>        Plaintiffs,<br><br>   vs.<br><br>PAULA HAYGARTH, ET AL.,<br><br>        Defendants. | CIV. NO. 25-00297 JAO-RT<br><br>COURT'S PROPOSED CONCISE STATEMENT OF THE CASE |

**COURT'S PROPOSED CONCISE STATEMENT OF THE CASE**

Below is the Court's proposed concise statement of the case.  The parties must submit any objections within 24 hours of this filing:

This case involves two sets of parties.  One set of parties is referred to under the law as Plaintiffs/Counterclaim Defendants.  They are:  Life Mastery Network, Liana Shanti Enterprises, and Liane Wilson, also known as Liana Shanti.  The other set of parties is referred to under the law as Defendants/Counterclaim Plaintiffs.  They are:  Paula Haygarth, Byron Horvath, and Stephanie Horvath.

The parties bring claims against each other related to defamatory statements that they allege the other side made on the internet and in social media.  For example—and this is only an example—Plaintiff/Counterclaim Defendants (meaning Ms. Wilson and her companies) accuse the Defendants/Counterclaim Plaintiffs (meaning the Horvaths and Ms. Haygarth) of falsely stating online that Ms. Wilson runs a cult.  As another example—and this is only an example—Defendants/Counterclaim Plaintiffs accuse Ms. Wilson of falsely stating online that they were involved in either child sexual abuse or supported those who sexually abused children.  All parties deny the claims made against them.

I offer this statement of the case to give you a sense of what this case is about to determine if you can be fair.  Please note that there are more claims than just defamation, but the case revolves around what the parties said about each other online.

DATED: Honolulu, Hawaiʻi, July 27, 2026.



Jill A. Otake
United States District Judge

CIV. NO. 25-00297 JAO-RT, *Life Mastery Network LLC, et al. v. Haygarth, et al..*; COURT'S PROPOSED CONCISE STATEMENT OF THE CASE