# MINUTES

CASE NUMBER:        1:25-cv-00297-JAO-RT

CASE NAME:        Life Mastery Network LLC et al v. Haygarth et al

ATTY'S FOR PLA:    Jeffrey S. Portnoy
                   Troy Christopher Young

ATTY'S FOR DEFTS:  Laura P. Moritz
                   Louise K.Y. Ing

JUDGE:    Jill A. Otake                REPORTER:    Cynthia Fazio

DATE:     7/27/2026                    TIME:        1:30pm-2:45pm

COURT ACTION:   EP:   Final Pretrial Conference, Show Cause Hearing and Hearing on [128] Defendants/Counterclaimants' Motion to Strike Untimely/Newly Disclosed Witnesses in Plaintiffs/Counterclaim Defendants' Witness List [ECF 119] was held.

Defendants Paula Haygarth and Stefanie Horvath present by video teleconference ("VTC").

Discussion held.

For reasons stated on the record, The **Motion to Strike Witnesses (ECF No. 128)** is GRANTED IN PART.

- The following witnesses are precluded from testifying:
    - Malana Hokulani
    - Roxanne Smith
    - Joshua Guzman
    - Andrea Harris
- Joni Abbott and Aaralyn Shiri may testify solely for impeachment purposes. Their testimony shall be limited to impeachment and not offered during Plaintiffs' case-in-chief.

**<u>Discussion held regarding the Order to Show Cause (ECF No. 132)</u>**:
The Court determined its original order was overly broad and will issue a narrower order prohibiting trial participants from making public statements regarding:
- o The character, credibility, or reputation of a party or witness;
- o The strengths or weaknesses of either party's case; and
- o Statements that could discourage a witness from testifying.
• The Court declined to impose sanctions.
• During trial, Defendants may use Plaintiff's social media posts that they brought to the Court's attention, if otherwise admissible.

**Further discussion held regarding <u>Motion to Strike Deposition Excerpts (ECF No. 152)</u>:**
- The Court deferred ruling on the motion.
- Plaintiff shall issue a subpoena to Mr. Feil to determine whether he is unavailable before the Court decides whether his deposition may be used at trial
- The Court directs defense counsel to email a Word version of the deposition designation chart to otake_orders@hid.uscourts.gov so the Court may indicate its rulings directly on the chart.

## FINAL PRETRIAL CONFERENCE

**Trial Schedule & Procedures**
- Each side is allotted **3½ trial days**.
- **Jury Selection:** Monday, August 3, 2026, at 9:00 a.m. - 3:30 p.m.
  - o Opening statements (30 minutes per side) will follow if jury selection concludes by 2:30 p.m. Otherwise, opening statements will begin on Tuesday, August 4, 2026.
- **Trial Schedule (Aug. 4-12):**
  - o Court in session 8:30 a.m. - 3:00 p.m.
  - o Short morning breaks and a brief afternoon break in lieu of a lunch recess.
- **Jury Instruction Conferences:**
  - o Tuesday, August 6 (after court)
  - o Thursday, August 11 (after court)
- Closing arguments and jury deliberations are anticipated by August 13, 2026.
- The Court finalized the Concise Statement of the Case to be read to the jury.
- Any objections shall be filed within 24 hours after filing.

**Jury Selection (Voir Dire)**
- Eight (8) jurors will be selected.
- No alternate jurors.
- A unanimous verdict is required.
- Voir dire procedures:
  - o Court will provide introductory remarks and read the concise statement.

- o Parties will read witness lists for juror familiarity.
  - o First 14 prospective jurors will be questioned.
  - o Each side will have 10 minutes for voir dire.
  - o Challenges for cause must be made when they arise.
  - o Each side will receive three peremptory challenges.
- The parties shall meet and confer regarding a proposed voir dire question addressing allegations involving child sexual abuse.
- The Court will research whether a question regarding religion is appropriate.
- Jury Information cards will be available on Friday, July 31, 2026.

**Trial Procedures & Logistics**
- Witnesses are excluded from the courtroom until they testify and may not discuss their testimony after being sworn. Parties are exempt.
- Plaintiff Liana Wilson's service dog will be permitted. The Court will recess before her testimony so she can be seated with the dog before the jury returns.
- Mid-trial motions require leave of Court before filing, unless they are permitted as of right. Any request to address matters before the jury arrives shall be coordinated with the Courtroom Manager the preceding day.
- Objections shall be stated briefly. Extended argument will be heard outside the presence of the jury when necessary.
- Defendant Stephanie Horvath will be provided a private room for nursing accommodations.
- The parties agreed that evidence relating to Defendants' counterclaims will be presented separately.
- The Court approved remote testimony, if necessary, for authentication of social media posts.
- Plaintiffs' 3½-day time allotment includes any rebuttal testimony.
- Attorneys may move freely about the courtroom but shall ensure they are properly using a microphone. Lapel or headset microphones are available upon request for opening statements and closing arguments.

**Settlement**
- The Court inquired whether the parties wished to participate in a settlement conference before trial.
- Both parties indicated they would participate if ordered.
- The Court declined to refer the case for a settlement conference at this time but advised the parties to notify the Court if settlement discussions become productive before trial.

Civil Jury Selection/Jury Trial remains on calendar and is scheduled to commence on Monday, August 3, 2026, at 9:00 a.m. in Aha Kanawai before Judge Jill A. Otake.


Submitted by: Carla Cortez, Courtroom Manager