LOUISE K.Y. ING        2394
LAURA P. MORITZ        7860
JOSEPH ADAMS           11434

DENTONS US LLP
1001 Bishop Street, Suite 1800
Honolulu, HI 96813
Telephone:  808 524 1800
Facsimile:  808 524 4591
Email:      louise.ing@dentons.com
            laura.moritz@dentons.com
            joseph.adams@dentons.com

Attorneys for Defendants/Counterclaimants
PAULA HAYGARTH, BYRON HORVATH, and
STEFANIE HORVATH

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LIFE MASTERY NETWORK LLC, a Nevada limited liability company dba LIANA SHANTI ENTERPRISES and LIANE WILSON, also known in the community as LIANA SHANTI, <br><br>       Plaintiffs/Counterclaim Defendants, <br><br>     v. <br><br> PAULA HAYGARTH, BYRON HORVATH, STEFANIE HORVATH, JANE DOES 2-10, and JOHN DOES 1-10, <br><br>       Defendants/ Counterclaimants. | Civil No.:  1:25-cv-00297-JAO-RT <br><br> **NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANTS/ COUNTERCLAIMANTS** <br><br> [JOSEPH ADAMS] <br><br><br><br><br><br> Judge: Honorable Jill A. Otake <br> Trial: August 3, 2026 |

15813736\000001\138296121\V-1

**NOTICE OF APPEARANCE OF COUNSEL FOR
DEFENDANTS/COUNTERCLAIMANTS'**

NOTICE IS HEREBY GIVEN that Joseph Adams of the law firm Dentons US LLP, hereby appears as counsel for Defendants/ Counterclaimants PAULA HAYGARTH, BYRON HORVATH, and STEFANIE HORVATH in the above-referenced matter. Current counsel of record with Dentons US LLP, Louise K.Y. Ing and Laura P. Moritz, remain as counsel for Defendants/Counterclaimants.

DATED:  Honolulu, Hawaiʻi, July 28, 2026.

/s/ Joseph Adams
LOUISE K.Y. ING
LAURA P. MORITZ
JOSEPH ADAMS

Attorneys for
Defendants/Counterclaimants
PAULA HAYGARTH and
BYRON HORVATH

2

15813736\000001\138296121\V-1