LOUISE K.Y. ING      2394
LAURA P. MORITZ     7860
JOSEPH ADAMS        11434

DENTONS US LLP
1001 Bishop Street, Suite 1800
Honolulu, HI 96813
Telephone:  808 524 1800
Facsimile:  808 524 4591
Email:      louise.ing@dentons.com
            laura.moritz@dentons.com
            joseph.adams@dentons.com

Attorneys for Defendants/Counterclaimants
PAULA HAYGARTH, BYRON HORVATH, and
STEFANIE HORVATH

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LIFE MASTERY NETWORK LLC, a Nevada limited liability company dba LIANA SHANTI ENTERPRISES and LIANE WILSON, also known in the community as LIANA SHANTI,<br><br>Plaintiffs/Counterclaim Defendants,<br><br>v.<br><br>PAULA HAYGARTH, BYRON HORVATH, STEFANIE HORVATH, JANE DOES 2-10, and JOHN DOES 1-10,<br><br>Defendants/ Counterclaimants. | Civil No.:  1:25-cv-00297-JAO-RT<br><br>**DEFENDANTS/ COUNTERCLAIMANTS' OBJECTION TO THE *COURT'S PROPOSED STATEMENT OF THE CASE* FILED JULY 27, 2026 [ECF 163]**<br><br><br><br>Judge: Honorable Jill A. Otake<br>Trial: August 3, 2026 |

US_ACTIVE\138292282\V-1

**DEFENDANTS/COUNTERCLAIMANTS'
OBJECTIONS TO THE *COURT'S PROPOSED STATEMENT OF THE
CASE* FILED JULY 27, 2026 [ECF 163]**

Defendants/Counterclaimants PAULA HAYGARTH, BYRON HORVATH, and STEFANIE HORVATH (collectively "Defendants") have only two objections to the *Court's Proposed Statement of the Case* filed July 27, 2026 [ECF 163] and propose the following underscored additional language to clarify the following two sentences:

PageID.5637, first sentence edit to read:

"The parties bring claims against each other related to defamatory statements they allege the other side made on the internet and social media <u>about them</u>."

PageID.5637, edit the last sentence to read:

"Please note that there are more claims than just defamation, but the case revolves around what the parties <u>allegedly</u> said about each other online."

DATED:  Honolulu, Hawaiʻi, July 28, 2026.

       */s/ Laura P. Moritz*
LOUISE K.Y. ING
LAURA P. MORITZ
JOSEPH ADAMS

Attorneys for Defendants/Counterclaimants
PAULA HAYGARTH, BYRON
HORVATH, and STEFANIE HORVATH

2