LOUISE K.Y. ING       2394
LAURA P. MORITZ       7860
JOSEPH ADAMS          11434

DENTONS US LLP
1001 Bishop Street, Suite 1800
Honolulu, HI 96813
Telephone:  808 524 1800
Facsimile:  808 524 4591
Email:       louise.ing@dentons.com
             laura.moritz@dentons.com
             joseph.adams@dentons.com

Attorneys for Defendants/Counterclaimants
PAULA HAYGARTH, BYRON HORVATH, and
STEFANIE HORVATH

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LIFE MASTERY NETWORK LLC, a Nevada limited liability company dba LIANA SHANTI ENTERPRISES and LIANE WILSON, also known in the community as LIANA SHANTI, | Civil No.:  1:25-cv-00297-JAO-RT |
| Plaintiffs/Counterclaim Defendants, | **DEFENDANTS/ COUNTERCLAIMANTS' AMENDED OBJECTION TO PLAINTIFFS' TRIAL EXHIBIT 78** |
| v. | |
| PAULA HAYGARTH, BYRON HORVATH, STEFANIE HORVATH, JANE DOES 2-10, and JOHN DOES 1-10, | |
| Defendants/ Counterclaimants. | Judge: Honorable Jill A. Otake Trial: August 3, 2026 |

US_ACTIVE\138284284\V-1

### DEFENDANTS/COUNTERCLAIMANTS'
### AMENDED OBJECTION TO PLAINTIFFS' TRIAL EXHIBIT 78

Defendants/Counterclaimants PAULA HAYGARTH, BYRON HORVATH, and STEFANIE HORVATH submit their Amended objection to Plaintiffs' Trial Exhibit 78, which was substituted by Plaintiffs with a different document on July 27, 2026, noted in bold:

| Plaintiffs' Ex. No. | Basis for Objections |
|---|---|
| 1 | Lack of authenticity, relevance, FRE 403, lack of foundation |
| 2 | Lack of authenticity, FRE 403, lack of foundation |
| 3 | Lack of authenticity, FRE 403, lack of foundation |
| 4 | Lack of authenticity, FRE 403, lack of foundation |
| 5 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay, inadmissible per *Order (1) Granting in Part Defendants' Daubert Motion, etc*. (Dkt. 92) |
| 6 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay; inadmissible per *Order (1) Granting in Part Defendants' Daubert Motion, etc*. (Dkt. 92) |
| 7 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay; inadmissible per *Order (1) Granting in Part Defendants' Daubert Motion, etc*. (Dkt. 92) |
| 8 | Lack of authenticity, FRE 403, lack of foundation, hearsay |
| 9 | Lack of authenticity, FRE 403, lack of foundation, hearsay |
| 10 | Lack of authenticity, FRE 403, lack of foundation, hearsay |
| 11 | Lack of authenticity, FRE 403, lack of foundation, hearsay |
| 12 | Lack of authenticity, FRE 403, lack of foundation, hearsay |
| 13 | Lack of authenticity, relevance, FRE 403, hearsay, lack of foundation, hearsay, best evidence rule (document incomplete) |
| 14 | Lack of authenticity, FRE 403, lack of foundation, hearsay, best evidence (document incomplete) |
| 15 | Lack of authenticity, FRE 403, lack of foundation, hearsay |
| 16 | Lack of authenticity, FRE 403, lack of foundation, hearsay |

2

| Plaintiffs' Ex. No. | Basis for Objections |
|---|---|
| 17 | Lack of authenticity, FRE 403, lack of foundation, hearsay |
| 18 | FRE 403, lack of foundation, hearsay META RECORD |
| 19 | FRE 403, lack of foundation, hearsay META RECORD |
| 20 | FRE 403, lack of foundation, hearsay META RECORD |
| 21 | FRE 403, lack of foundation, hearsay META RECORD |
| 22 | Lack of authenticity, FRE 403, lack of foundation, hearsay |
| 23 | Lack of authenticity, FRE 403, lack of foundation, hearsay |
| 24 | Lack of authenticity, FRE 403, lack of foundation, hearsay |
| 25 | Lack of authenticity, FRE 403, lack of foundation, hearsay |
| 26 | Lack of authenticity, FRE 403, lack of foundation |
| 27 | Lack of authenticity, FRE 403, lack of foundation |
| 28 | Lack of authenticity, relevance, FRE 403, lack of foundation |
| 29 | Lack of authenticity, FRE 403, lack of foundation |
| 30 | Lack of authenticity, FRE 403, lack of foundation |
| 31 | Lack of authenticity, FRE 403, lack of foundation |
| 32 | Lack of authenticity, FRE 403, lack of foundation |
| 33 | Lack of authenticity, FRE 403, lack of foundation |
| 34 | Lack of authenticity, FRE 403, lack of foundation |
| 35 | No objection |
| 36 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay, inadmissible per *Order (1) Granting in Part Defendants' Daubert Motion, etc*. (Dkt. 92) |
| 37 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay, inadmissible per *Order (1) Granting in Part Defendants' Daubert Motion, etc*. (Dkt. 92) |
| 38 | Relevance, FRE 403 |
| 39 | Relevance, FRE 403 |
| 40 | Relevance, FRE 403 |
| 41 | Relevance, FRE 403 |
| 42 | Relevance, FRE 403 |
| 43 | Relevance, FRE 403 |
| 44 | Relevance, FRE 403 |
| 45 | Relevance, FRE 403 |
| 46 | Relevance, FRE 403 |
| 47 | Relevance, FRE 403 |
| 48 | Relevance, FRE 403 |
| 49 | Relevance, FRE 403 |

US_ACTIVE\138284284\V-1

| Plaintiffs' Ex. No. | Basis for Objections |
|---|---|
| 50 | Relevance, FRE 403 |
| 51 | Relevance, FRE 403 |
| 52 | Relevance, FRE 403 |
| 53 | Relevance, FRE 403 |
| 54 | Relevance, FRE 403 |
| 55 | Relevance, FRE 403 |
| 56 | Relevance, FRE 403 |
| 57 | Relevance, FRE 403 |
| 58 | Relevance, FRE 403 |
| 59 | Relevance, FRE 403 |
| 60 | Relevance, FRE 403 |
| 61 | Relevance, FRE 403 |
| 62 | Relevance, FRE 403 |
| 63 | Relevance, FRE 403 |
| 64 | Relevance, FRE 403 |
| 65 | Relevance, FRE 403 |
| 66 | Relevance, FRE 403 |
| 67 | Relevance, FRE 403 |
| 68 | Relevance, FRE 403 |
| 69 | Relevance, FRE 403 |
| 70 | Relevance, FRE 403 |
| 71 | Relevance, FRE 403 |
| 72 | Relevance, FRE 403 |
| 73 | Relevance, FRE 403 |
| 74 | Relevance, FRE 403 |
| 75 | Relevance, FRE 403 |
| 76 | Relevance, FRE 403 |
| 77 | Relevance, Rule 403, lack of foundation |
| 78 | **Lack of authenticity, FRE 403, lack of foundation, hearsay, and undue delay (document was not produced in discovery)** |
| 79 | Relevance, Rule 403, lack of foundation |
| 80 | Lack of authenticity, FRE 403, lack of foundation |
| 81 | Lack of authenticity, FRE 403, lack of foundation |
| 82 | Lack of authenticity, relevance, FRE 403, lack of foundation |
| 83 | Lack of authenticity, FRE 403, lack of foundation |
| 84 | Lack of authenticity, FRE 403, lack of foundation |
| 85 | Lack of authenticity, FRE 403, lack of foundation |

US_ACTIVE\138284284\V-1

| Plaintiffs' Ex. No. | Basis for Objections |
|---|---|
| 86 | Lack of authenticity, FRE 403, lack of foundation |
| 87 | Lack of authenticity, FRE 403, lack of foundation |
| 88 | Lack of authenticity, FRE 403, lack of foundation |
| 89 | Lack of authenticity, FRE 403, lack of foundation |
| 90 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 91 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 92 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 93 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 94 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 95 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 96 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 97 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 98 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 99 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 100 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 101 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 102 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 103 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 104 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 105 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 106 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 107 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 108 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 109 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 110 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 111 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 112 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 113 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 114 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 115 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 116 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 117 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 118 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 119 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 120 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 121 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 122 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |

US_ACTIVE\138284284\V-1

| Plaintiffs' Ex. No. | Basis for Objections |
|---|---|
| 123 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 124 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 125 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 126 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 127 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 128 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 129 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 130 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 131 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 132 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 133 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 134 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 135 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 136 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 137 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 138 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 139 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 140 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 141 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 142 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 143 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 144 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 145 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 146 | Relevance, FRE 403, lack of foundation |
| 147 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 148 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 149 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 150 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 151 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 152 | Relevance, FRE 403, lack of foundation |
| 153 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 154 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 155 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 156 | Relevance, FRE 403, lack of foundation |
| 157 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 158 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 159 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |

6

| Plaintiffs' Ex. No. | Basis for Objections |
|---|---|
| 160 | Lack of authenticity, FRE 403, lack of foundation |
| 161 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 162 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 163 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 164 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 165 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 166 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 167 | Lack of authenticity, relevance, FRE 403, lack of foundation |
| 168 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 169 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 170 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 171 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 172 | Lack of authenticity, relevance, FRE 403, lack of foundation |
| 173 | Lack of authenticity, relevance, FRE 403, lack of foundation, inadmissible per Order Granting MIL #1 (Dkt. 115) |
| 174 | Lack of authenticity, relevance, FRE 403, lack of foundation, inadmissible per Order Granting MIL #1 (Dkt. 115) (RECORDING) |
| 175 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay, inadmissible per Order Granting MIL #1 (Dkt. 115) |
| 176 | Relevance, FRE 403 |
| 177 | Relevance, FRE 403 |
| 178 | Relevance, FRE 403 |
| 179 | Relevance, FRE 403 |
| 180 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 181 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 182 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 183 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay, inadmissible per Order Granting MIL #1 (Dkt. 115) |
| 184 | Lack of authenticity, relevance, FRE 403, lack of foundation |
| 185 | Lack of authenticity, lack of foundation |
| 186 | Lack of authenticity, lack of foundation |
| 187 | Lack of authenticity, relevance, FRE 403, lack of foundation |
| 188 | Lack of authenticity, relevance, FRE 403, lack of foundation |
| 189 | Lack of authenticity, relevance, FRE 403, lack of foundation |
| 190 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 191 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 192 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |

7

| Plaintiffs' Ex. No. | Basis for Objections |
|---|---|
| 193 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 194 | Lack of authenticity, relevance, lack of foundation |
| 195 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 196 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 197 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 198 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 199 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 200 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 201 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay, inadmissible per Order Granting MIL #1 (Dkt. 115) |
| 202 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 203 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 204 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 205 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 206 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 207 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 208 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 209 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 210 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 211 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 212 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 213 | Lack of authenticity, relevance, lack of foundation |
| 214 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 215 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 216 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 217 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 218 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 219 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 220 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 221 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 222 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 223 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 224 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 225 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 226 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 227 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 228 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |

US_ACTIVE\138284284\V-1

| Plaintiffs' Ex. No. | Basis for Objections |
|---|---|
| 229 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 230 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 231 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 232 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 233 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 234 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 235 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 236 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay, inadmissible per Order Granting MIL #1 (Dkt. 115) |
| 237 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay, inadmissible per Order Granting MIL #1 (Dkt. 115) |
| 238 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay, inadmissible per Order Granting MIL #1 (Dkt. 115) |
| 239 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay, inadmissible per Order Granting MIL #1 (Dkt. 115) |
| 240 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay, inadmissible per Order Granting MIL #1 (Dkt. 115) |
| 241 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay, inadmissible per Order Granting MIL #1 (Dkt. 115) |
| 242 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay, inadmissible per Order Granting MIL #1 (Dkt. 115) |
| 243 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay, inadmissible per Order Granting MIL #1 (Dkt. 115) |
| 244 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay, inadmissible per Order Granting MIL #1 (Dkt. 115) |
| 245 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 246 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 247 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 248 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 249 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 250 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 251 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 252 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 253 | Lack of authenticity, lack of foundation |
| 254 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay, inadmissible per *Order (1) Granting in Part Defendants' Daubert Motion, etc.* (Dkt. 92) |

9

| Plaintiffs' Ex. No. | Basis for Objections |
|---|---|
| 255 | Lack of authenticity, lack of foundation |
| 256 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 257 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 258 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 259 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 260 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 261 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 262 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 263 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 264 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 265 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 266 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 267 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 268 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 269 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 270 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 271 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 272 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 273 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 274 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 275 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 276 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 277 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 278 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 279 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 280 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 281 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 282 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 283 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 284 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 285 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 286 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 287 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 288 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 289 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 290 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 291 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |

US_ACTIVE\138284284\V-1

| Plaintiffs' Ex. No. | Basis for Objections |
|---|---|
| 292 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 293 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 294 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 295 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 296 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 297 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 298 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 299 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 300 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 301 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 302 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 303 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 304 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 305 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 306 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 307 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 308 | Lack of authenticity, relevance, lack of foundation, inadmissible per Order Granting MIL #1 (Dkt. 115) |
| 309 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 310 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 311 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 312 | Lack of authenticity, lack of foundation |
| 313 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 314 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 315 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 316 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 317 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 318 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 319 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 320 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay, inadmissible per *Order (1) Granting in Part Defendants' Daubert Motion, etc*. (Dkt. 92) |
| 321 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 322 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 323 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 324 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |

US_ACTIVE\138284284\V-1

| Plaintiffs' Ex. No. | Basis for Objections |
|---|---|
| 325 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay, inadmissible per Order Granting MIL #1 (Dkt. 115) |
| 326 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 327 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 328 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 329 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 330 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 331 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 332 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 333 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay, inadmissible per Order Granting MIL #1 (Dkt. 115) |
| 334 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 335 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay, inadmissible per *Order (1) Granting in Part Defendants' Daubert Motion, etc.* (Dkt. 92) |
| 336 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 337 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 338 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 339 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 340 | Relevance, FRE 403, hearsay |
| 341 | Relevance, FRE 403, hearsay |
| 342 | Relevance, FRE 403, hearsay |
| 343 | Relevance, FRE 403, hearsay |
| 344 | Relevance, FRE 403, hearsay |
| 345 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 346 | Relevance, FRE 403, hearsay |
| 347 | Relevance, FRE 403, hearsay |
| 348 | Relevance, FRE 403, hearsay |
| 349 | Relevance, FRE 403, hearsay |
| 350 | Relevance, FRE 403, hearsay |
| 351 | No objection |
| 352 | No objection |
| 353 | No objection |
| 354 | No objection |
| 355 | Relevance |
| 356 | Relevance, FRE 403, hearsay |
| 357 | No objection |

US_ACTIVE\138284284\V-1

| Plaintiffs' Ex. No. | Basis for Objections |
| --- | --- |
| 358 | No objection |
| 359 | Relevance, FRE 403, hearsay |
| 360 | No objection |
| 361 | Relevance |
| 362 | Relevance, FRE 403, hearsay |
| 363 | No objection |
| 364 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay, best evidence, inadmissible Order Granting MIL #1 (Dkt. 115) |
| 365 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 366 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 367 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 368 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 369 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 370 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 371 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 372 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 373 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 374 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 375 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 376 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 377 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 378 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 379 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 380 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 381 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 382 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 383 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 384 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 385 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 386 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 387 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 388 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |
| 389 | Lack of authenticity, relevance, FRE 403, lack of foundation, hearsay |

US_ACTIVE\138284284\V-1

DATED:  Honolulu, Hawaiʻi, July 28, 2026.


 */s/ Laura P. Moritz*
LOUISE K.Y. ING
LAURA P. MORITZ
JOSEPH ADAMS

Attorneys for Defendants/Counterclaimants
PAULA HAYGARTH, BYRON
HORVATH, and STEFANIE HORVATH

14