CADES SCHUTTE
A Limited Liability Law Partnership

JEFFREY S. PORTNOY          1211
TROY C. YOUNG               11317
1000 Bishop Street, Suite 1200
Honolulu, HI  96813-4212
Telephone: (808) 521-9200
Fax: (808) 521-9210
Email:  jportnoy@cades.com
Email:  tcyoung@cades.com

Attorneys for Plaintiffs
LIFE MASTERY NETWORK LLC, a Nevada
limited liability company dba LIANA
SHANTI ENTERPRISES and LIANE
WILSON, also known in the community as
LIANA SHANTI

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| LIFE MASTERY NETWORK LLC, a Nevada limited liability company dba LIANA SHANTI ENTERPRISES and LIANE WILSON, also known in the community as LIANA SHANTI,<br><br>          Plaintiffs,<br><br>  v.<br><br>PAULA HAYGARTH, BYRON HORVATH, STEFANIE HORVATH; JANE DOES 2-10, and JOHN DOES 1-10,<br><br>          Defendants. | CIVIL NO. 1:25-cv-00297-JAO-RT<br><br>**PLAINTIFFS/COUNTERCLAIM DEFENDANTS' OBJECTIONS TO THE COURT'S PROPOSED STATEMENT OF THE CASE, FILED JULY 27, 2026 [ECF NO. 163]; AND CERTIFICATE OF SERVICE**<br><br>Judge:   Hon. Jill A. Otake<br>Magistrate Judge: Hon. Rom Trader<br>Trial:    August 3, 2026 |

**PLAINTIFFS/COUNTERCLAIM DEFENDANTS′ OBJECTIONS TO THE COURT′S PROPOSED STATEMENT OF THE CASE, FILED JULY 27, 2026 [ECF NO. 163];**

## I.    OBJECTION

Plaintiffs/Counterclaim Defendants LIFE MASTERY NETWORK LLC, a Nevada limited liability company dba LIANA SHANTI ENTERPRISES and LIANE WILSON, also known in the community as LIANA SHANTI ("**Ms. Shanti**") (collectively, "**Plaintiffs**"), by and through their counsel, Cades Schutte LLP, hereby respectfully submit their objections to the Court's Proposed Statement of the Case, filed herein on July 27, 2026 [ECF 163].

Plaintiffs respectfully ask this Court to add the following sentence: *Plaintiffs/Counterclaim Defendants also allege that the Defendants/Counterclaimants engaged in a civil conspiracy with an anonymous group known as the Liana Shanti Cult Recovery Team  to defame Plaintiffs/Counterclaimants.*

//

//

//

//

//

//

2

DATED:  Honolulu, Hawaii, July 28, 2026.

CADES SCHUTTE
A Limited Liability Law Partnership


*/s/ Jeffrey S. Portnoy*
JEFFREY S. PORTNOY, ESQ.
TROY C. YOUNG, ESQ.

Attorneys for Plaintiffs
LIFE MASTERY NETWORK LLC, a
Nevada limited liability company dba
LIANA SHANTI ENTERPRISES and
LIANE WILSON, also known in the
community as LIANA SHANTI