IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LIFE MASTERY NETWORK LLC, ET AL. <br><br> Plaintiffs, <br><br> vs. <br><br> PAULA HAYGARTH, ET AL., <br><br> Defendants. | CIV. NO. 25-00297 JAO-RT <br><br> COURT'S VOIR DIRE QUESTIONS |

**COURT'S VOIR DIRE QUESTIONS**

After considering the parties' responses to the Court's proposed voir dire questions, the Court will ask the following questions.

**GENERAL QUESTIONS**

**Familiarity with the parties and lawyers**

Do any of you know the attorneys?

Do any of you know any of the parties?

Do any of you know any of my court staff or me?

Do any of you know each other?

I am going to ask the attorneys to read a list of witnesses who *may be* called to trial and people who may be mentioned at trial.  Please note that these are potential witnesses, and you may not hear from all of these individuals.  Also, the attorneys may read some of the same names, so don't hold it against them if they read the same names.  [Attorneys read witness lists.]  Do any of you know any of the people named?

### Legal background and experience

Do any of you, your close family members, or close friends work in the legal profession?

Do any of you have any training in the law?

Have you ever sued anyone or any business, government, or other entity?

Have any of you ever been sued by anyone or any business, government, or other entity?

Have any of you been a witness at a trial, deposition, or hearing?

### Attitudes toward the legal system

Does anyone think that if a lawsuit has been filed against someone, that person must have done something wrong?

Are any of you opposed to awarding damages to a party who has been wronged, in order to punish the party who wronged them or to prevent future wrongdoing?

Do you think there should be an upper limit or "cap" on damages a jury can award to the party who has been injured by a party on the other side? Why or why not?

### General attitudes

Do any of you have a bumper sticker on your car?

What does it say?

## CASE-SPECIFIC QUESTIONS

Have any of you heard or read about this case before today?

Do any of you have any familiarity with defamation or tort law?

### Social media/the Internet

Does anyone *not* have a social media account?

Have any of you had particularly bad experiences with social media?

Do any of you have a Reddit account?

Do any of you use your Reddit account more than once a day?

Do any of you have an Instagram account?

Do any of you use your Instagram account an average of more than ten minutes per day?

Do any of you have a public Instagram account?

Have any of you created an anonymous account on social media?

Why did you do so?

Have any of you received a message from an anonymous account on social media?

Does anyone *rarely* receive unsolicited email messages?

Have any of you heard of the Cult Education Institute?

Do any of you have an account with that website?

### Child custody/child welfare

Have any of you been a part of a difficult child custody dispute?

Have any of you, or an immediate family member or close friend of yours, been a victim of, witness to, or accused of child abuse?

## Defamation

Have any of you ever been accused of defaming someone else, meaning, writing or saying false things about them publicly?

Have any of you ever accused someone else of defaming you, meaning writing or saying false things about you publicly?

## Attitudes toward religion and cults

Do any of you have any political, spiritual, or religious beliefs that would make it difficult for you to sit in judgment of others in the context of a court case?

Do any of you have negative views of organized religion in general?

Do any of you have negative views of any particular organized religion? If so, which?

Have you or any of your close family members or close friends joined what you would consider to be a cult?

Have you or any of your close family members or close friends been directly affected by someone else joining a cult?

DATED: Honolulu, Hawaiʻi, July 30, 2026.



Jill A. Otake
United States District Judge

CIV. NO. 25-00297 JAO-RT, *Life Mastery Network LLC, et al. v. Haygarth, et al.*; COURT'S VOIR DIRE QUESTIONS

4