IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LIFE MASTERY NETWORK LLC, a Nevada limited liability company dba LIANA SHANTI ENTERPRISES and LIANE WILSON, also known in the community as LIANA SHANTI, | Civil No.:  1:25-cv-00297-JAO-RT **COURT'S RULINGS ON OBJECTIONS TO DEPOSITION DESIGNATIONS** |
| Plaintiffs/Counterclaim Defendants, | |
| v. | |
| PAULA HAYGARTH, BYRON HORVATH, STEFANIE HORVATH, JANE DOES 2-10, and JOHN DOES 1-10, | |
| Defendants/ Counterclaimants. | |

**COURT'S RULINGS ON OBJECTIONS TO DEPOSITION DESIGNATIONS**

As an initial matter, the Court finds that Alex Fiel ("Fiel"), the representative of Sourced Intelligence LLC, is unavailable to appear at trial pursuant to Fed. R. Civ. P. 32(a)(4)(B).  Fiel submitted a declaration stating that Plaintiffs/Counterclaim Defendants served him with a subpoena, but he is unavailable due to existing professional and family obligations in Texas—of which he is a resident.  *See* ECF No. 176 ¶¶ 1, 4–6.  Because Fiel is more than 100 miles from the location of trial (Honolulu, Hawaii), his deposition testimony may be used in lieu of his live testimony.  *See* Fed. R. Civ. P. 32(a)(4)(B); *see also In re Kirkland*, 75 F.4th 1030, 1044 (9th Cir. 2023).

The Court RULES as follows on Defendants'/Counterclaimants' objections raised to Plaintiffs'/Counterclaim Defendants' deposition designations, ECF Nos. 151, 152.

| [Page No.]:[Line No.] | Defendant's Objections | RULING |
|---|---|---|
| 12:20-25; 13-16:1-25; 17:1-22 | Inadmissible per *Order (1) Granting in Part Defendants' Daubert Motion, etc.* (Dkt. 92) | Sustained, except for 17:18-22. |
| 18:19-25 | Irrelevant, inadmissible per *Order (1) Granting in Part Defendants' Daubert Motion, etc.* (Dkt. 92) | It appears that Plaintiffs/Counterclaimants do not intend to designate this passage. |

| [Page No.]:[Line No.] | Defendant's Objections | RULING |
|---|---|---|
| 44:17-22 | Inadmissible specialized expert knowledge per *Order (1) Granting in Part Defendants' Daubert Motion, etc.* (Dkt. 92). | Overruled; this is not expert testimony. |
| 47:3-10 | Irrelevant, speculative, report inadmissible per *Order (1) Granting in Part Defendants' Daubert Motion, etc.* (Dkt. 92) | Overruled; this is not expert testimony. |
| 49:20-25; 50:1-2 | Hearsay, report inadmissible per *Order (1) Granting in Part Defendants' Daubert Motion, etc.* (Dkt. 92) | Sustained. |
| 52:18-25 | Report, related expert work inadmissible per *Order (1) Granting in Part Defendants' Daubert Motion, etc.* (Dkt. 92). | Sustained. |
| 53:1-25 to 60:1-25 | Report, related expert work, expert specialized knowledge inadmissible per *Order (1) Granting in Part Defendants' Daubert Motion, etc.* (Dkt. 92); inadmissible per Order Granting MIL #1 (115); lacks foundation; hearsay as to information from Bradys, Haley Winter | Sustained. |
| 61:1-11 | Report inadmissible per *Order (1) Granting in Part Defendants' Daubert Motion, etc.* (Dkt. 92); lack of foundation as to what was produced to Plaintiffs | Sustained. |

3

| [Page No.]:[Line No.] | Defendant's Objections | RULING |
|---|---|---|
| 73:10-25 | Report, preparation of report inadmissible per *Order (1) Granting in Part Defendants' Daubert Motion, etc.* (Dkt. 92); hearsay as to information from "the client", lack of foundation as to nature of social media accounts referenced | Sustained, except for 73:22-25 |
| 74:1-25 to 76:1-25 | Report, preparation of report inadmissible per *Order (1) Granting in Part Defendants' Daubert Motion, etc.* (Dkt. 92); lacks foundation as to nature of content referred to; hearsay as to information from Bradys | Sustained, except for 74:1-2, 74:22-75:9 and 75:22-23. |
| 77:1-11, 17-25 | Report inadmissible per *Order (1) Granting in Part Defendants' Daubert Motion, etc.* (Dkt. 92); lacks foundation as to nature of content referred to; hearsay as to information from Bradys | Sustained. |
| 78:1-21 | Report, preparation of report inadmissible per *Order (1) Granting in Part Defendants' Daubert Motion, etc.* (Dkt. 92); hearsay as to information from Bradys | Sustained. |
| 80:1-17 | Lacks foundation; report, preparation of report inadmissible per *Order (1) Granting in Part Defendants' Daubert Motion, etc.* (Dkt. 92) | Sustained. |

4

| [Page No.]:[Line No.] | Defendant's Objections | RULING |
|---|---|---|
| 101:17-25 | Report, preparation of report, conclusions inadmissible per *Order (1) Granting in Part Defendants' Daubert Motion, etc.* (Dkt. 92) | Overruled; this is not expert testimony. 101:13-16 should be included for context. |
| 102:21-25 | Lacks foundation; inadmissible per *Order (1) Granting in Part Defendants' Daubert Motion, etc.* (Dkt. 92) | It appears that Plaintiffs/Counterclaimants do not intend to designate this passage. |
| 120:21-25 | Lacks foundation; report, preparation of report inadmissible per *Order (1) Granting in Part Defendants' Daubert Motion, etc.* (Dkt. 92) | Sustained. |
| 121:1-20 | Lacks foundation; report, preparation of report inadmissible per *Order (1) Granting in Part Defendants' Daubert Motion, etc.* (Dkt. 92); speculative | Sustained. |
| 122:5-25 | Lacks foundation; speculative; report, preparation of report inadmissible per *Order (1) Granting in Part Defendants' Daubert Motion, etc.* (Dkt. 92) | Sustained, except for 122:16-25. |
| 135:14-25 | Lacks foundation; report, preparation of report, conclusions inadmissible per *Order (1) Granting in Part Defendants' Daubert Motion, etc.* (Dkt. 92) | Overruled; this passage talks about observations. |

| [Page No.]:[Line No.] | Defendant's Objections | RULING |
|---|---|---|
| 137:6-25; 138:1-16 | Lacks foundation; report, conclusions inadmissible per *Order (1) Granting in Part Defendants' Daubert Motion, etc.* (Dkt. 92) | Sustained. |
| 139:4-20 | Lacks foundation; report, conclusions inadmissible per *Order (1) Granting in Part Defendants' Daubert Motion, etc.* (Dkt. 92) | Sustained. |
| 141:20-25; 142:1-9 | Lacks foundation; report, conclusions inadmissible per *Order (1) Granting in Part Defendants' Daubert Motion, etc.* (Dkt. 92) | Sustained. |
| 143:4-24 | Lacks foundation; report, preparation of report, conclusions inadmissible per *Order (1) Granting in Part Defendants' Daubert Motion, etc.* (Dkt. 92); inadmissible per Order Granting MIL#1 (Dkt. 115) | Sustained as to hearsay. |
| 155:17-25; 156:1-9 | Lacks foundation; report, preparation of report, conclusions  inadmissible per *Order (1) Granting in Part Defendants' Daubert Motion, etc.* (Dkt. 92) | Overruled; this passage talks about observations. |

Defendants reserve the right to use all deposition designations listed by all

parties and/or to designate portions of additional deposition testimony as rebuttal

6

or in response to any further designations or counter designations as it deems

necessary.

DATED:  Honolulu, Hawai'i, July 31, 2026.



Jill A. Otake
United States District Judge

CIV. NO. 25-00297 JAO-RT, *Life Mastery Network LLC, et al. v. Haygarth, et al.*; COURT'S RULINGS ON OBJECTIONS TO DEPOSITION DESIGNATIONS