IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LIFE MASTERY NETWORK LLC, ET AL. <br><br> Plaintiffs, <br><br> vs. <br><br> PAULA HAYGARTH, ET AL., <br><br> Defendants. | CIV. NO. 25-00297 JAO-RT <br><br> LIMITING JURY INSTRUCTIONS |

**LIMITING JURY INSTRUCTIONS**

After considering Defendants/Counterclaimants' proposed limiting jury instructions, ECF Nos. 129, 130, and Plaintiffs/Counter defendants' objections to those instructions, ECF Nos. 156, 157, the Court will give the following instructions.

## JURY INSTRUCTION NO. ___

You have heard evidence that Paula Haygarth re-posted on her personal Facebook page a sub-Reddit article entitled "The Shanti Summary" with commentary about Plaintiff Liane Wilson.  The Court ruled prior to trial that this Facebook post is not defamatory for reasons that you should not speculate about.  Nevertheless, it is up to you to decide whether the re-posting and/or commentary offer circumstantial proof of whether a conspiracy existed as alleged by the plaintiffs/counter-defendants in Count IV.  It is also up to you to decide whether the re-posting and/or commentary offer circumstantial proof of the identity of the authors of the anonymous Facebook postings.

## JURY INSTRUCTION NO. ___

You have heard evidence that after the defendants/counterclaimants became aware of this lawsuit on January 7, 2023 by being served with the Complaint, they communicated with third parties about one or more of the plaintiffs in this case.  Such communications are not per se unlawful.  For example, if you find that such communications were for the purpose of learning about either or both of the plaintiffs/counter-defendants, or to gather facts about claims, counterclaims, and defenses in this lawsuit, such communications were not unlawful or for an unlawful purpose.  However, it is up to you to decide whether such communications offer circumstantial proof of the civil conspiracy alleged by the plaintiffs/counter-defendants in Count IV.

DATED: Honolulu, Hawaiʻi, August 3, 2026.



Jill A. Otake
United States District Judge

CIV. NO. 25-00297 JAO-RT, *Life Mastery Network LLC, et al. v. Haygarth, et al.*; LIMITING JURY INSTRUCTIONS

3