IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LIFE MASTERY NETWORK LLC, a Nevada limited liability company dba LIANA SHANTI ENTERPRISES and LIANE WILSON, also known in the community as LIANA SHANTI,<br><br>          Plaintiffs,<br><br>   v.<br><br>PAULA HAYGARTH, BYRON HORVATH, STEFANIE HORVATH; JANE DOES 2-10, and JOHN DOES 1-10,<br><br>          Defendants. | CIVIL NO. 1:25-cv-00297<br>(Other Civil Action)<br><br>**DECLARATION OF COUNSEL** |

## <u>DECLARATION OF COUNSEL</u>

| | |
|---|---|
| STATE OF HAWAII | ) |
| | ) SS. |
| CITY AND COUNTY OF HONOLULU | ) |

I, TROY C. YOUNG, being first duly sworn, deposes and says:

1.    I am an attorney at Cades Schutte LLP, counsel for Plaintiffs/Counterclaim Defendants LIFE MASTERY NETWORK LLC, a Nevada limited liability company dba LIANA SHANTI ENTERPRISES and LIANE WILSON, also known in the community as LIANA SHANTI named in the above-captioned civil matter docketed as *Life Mastery Network LLC, et al. v. Paula Haygarth, et al.*; Civil No. 1:25-cv-00297, United States District Court for the District of Hawaii.  I make this declaration on personal knowledge unless otherwise stated herein.

2.    A true and correct copy of a video recording by Aria Aulani dated August 7, 2026 will be furnished to the Court via flash drive on August 10, 2026 as Exhibit "6".

//

//

//

//

//

//

//

//

//

2

3.      A true and correct copy of an additional video recording by Aria Aulani dated August 7, 2026 will be furnished to the Court via flash drive on August 10, 2026 as Exhibit "7".

I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge, information, and belief.

DATED:  Honolulu, Hawaii, August 9, 2026.


*/s/ Troy C. Young*
TROY C. YOUNG