IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LIFE MASTERY NETWORK LLC, a Nevada limited liability company dba LIANA SHANTI ENTERPRISES and LIANE WILSON, also known in the community as LIANA SHANTI,<br><br>Plaintiffs,<br><br>v.<br><br>PAULA HAYGARTH, BYRON HORVATH, STEFANIE HORVATH; JANE DOES 2-10, and JOHN DOES 1-10,<br><br>Defendants. | CIVIL NO. 1:25-cv-00297 (Other Civil Action)<br><br>**DECLARATION OF AARALYN SHIRI** |

**<u>DECLARATION OF AARALYN SHIRI</u>**

STATE OF HAWAII                              )

                                                           ) SS.

CITY AND COUNTY OF HONOLULU     )

I, Aaralyn Shiri, being first duly sworn, deposes and says:

1.      I am over the age of eighteen, am competent to testify in this action,

and submit this declaration based upon my personal knowledge unless otherwise stated.

2.    I am a resident of the State of Illinois.

3.    I am a student of Plaintiff's since 2012.

4.    I am a witness identified on Plaintiff's witness list in this action.

5.    I am scheduled to testify in this trial on or about Tuesday, August 11th, 2026.

6.    On August 7, 2026 at approximately 3:45pm, I was standing outside the federal courthouse waiting for Cahira, Malana, Joni, Josh, Aria, and Joah. I had been waiting with our carpool outside since 2:20pm, and I was in and out of the car greeting other attendees on the sidewalk who were leaving.

When Josh was walking out, I heard him say that someone was watching and photographing us and he pointed across the street. That's when I looked up and saw Paul Thompson hiding behind a large pillar across the street with his long range camera pointed at us. I did not see him before that, but it is possible he had been watching and photographing me standing on the sidewalk for 1.5 hours, greeting other attendees leaving court.

2

I was later able to confirm it was in fact Paul Thompson when he charged across the street toward other members of my group and later came toward me. He was wearing a white polo shirt and tan pants. I described him to the woman who answered my 911 call.

When I saw Paul Thompson across the street, I saw Malana and Joni start taking videos of him. They were on the side of the federal courthouse, and Paul was still across the street. I went back to the car to find my phone. Then I heard screaming from Malana or Joni (I couldn't tell who it was at the time because I was facing away from them), saying "STAY AWAY!!!" and other screams to that effect, multiple times in voices full of fear.

I started shaking and looked to see Paul Thompson running toward Malana and the others that were further away from me. I saw Joni, another witness in this case, running away from Paul Thompson, screaming and running for help. I quickly searched for my phone, found it and began calling 911. My voice was shaky, and my hands were shaking. Then Paul Thompson made his way quickly toward me, Josh, Cahira and Joah, he was on foot, where we were standing by the car.

He walked right by me, taking photographs/video of me as he approached and was within several feet. He stayed there photographing/videoing us, making intimidating statements toward us, for approximately 2-3 minutes. During this

3

time, I froze, continued my 911 call and did not say anything in response to Paul Thompson's threats.

Paul Thompson had a large camera with a long lens. It was out in the open. He may have been photographing or videoing the whole time, because he was holding it up the whole time. He pointed the camera at multiple people in our group, including me, in a fast darting motion, moving it back and forth quickly. He said my name specifically, which caused additional panic for me, because I have never met this man. The threat he made directly to me was, "Aaralyn, you like to support people who call people pedophiles? Is the courthouse a familiar place for you?"

Other threatening statements I heard Paul Thompson make were, "You don't like the cameras now. You're not going to like it next week. I hope you're coming back next week. You know there's two parts to this, right?" "It's not just the first part. I think Liana wants you guys to know it's over. You guys know it's two weeks, right?" I also heard him say to Joah, "Your father misses you."

Other people I saw who witnessed this event were Andrew Cozier (I saw him coming out of the courthouse and walking toward me), Jeffrey and Troy (Plaintiff's lawyers), Cahira Noelani, Malana Hokulani, Joni Abbott, Joah Lambrecht, Aria Aulani, Josh Guzman. The security team at the federal courthouse stood at the courthouse doors and watched the whole thing but did not come to help us.

4

I was standing by my vehicle with Cahira, Josh and Joah, and Paul Thompson eventually left on his own with Andrew Cozier, after we repeatedly stated to leave us alone. No one intervened that was outside of our group, but the federal courthouse guards were watching along with Andrew Cozier and others exiting the courthouse.

**EFFECT ON ME**

I went into freeze mode, my heart started racing and I became shaky and lightheaded, which is how I respond when someone is threatening or attacking me. After Paul Thompson left, multiple people witnessed me crying from my nervous system being on high alert.

I do not feel safe to testify for this case in any manner, because I don't even know this man and have not had any contact with him. He charged toward people in my group, including Joni, another witness, causing them to run away in fear. I know how dangerous Paul Thompson is, because of verbal and written statements made by his wife/ex-wife Jess Thompson, and written statements made by Jess Thompson's sister.

Paul made direct threats to myself about what was happening next week with his, "just wait until next week" comments. On Saturday, August 8th (the next day)

students of Liana started receiving anonymous texts with information about this specific case and misleading photos of Liana. This scares me that they have people's personal contact information.

I am extremely worried that Paul Thompson and whoever else is involved in the stalking and harassment of witnesses and Liane Wilson's students, will attempt to harm my business and myself after I arrive back home. I immediately informed multiple people back home unrelated to this case to be on high alert for suspicious calls, emails or texts, especially because there was also a previous phishing attempt made from Jess Thompson's (wife/ex-wife of Paul Thompsons) email toward the witnesses prior to the start of the trial.

I am extremely scared for my safety during the remainder of my stay in Hawaii and after I return home. I plan to file a restraining order in my home state against Paul Thompson.

After Paul left, myself and the others in my group who were harassed went immediately to the police department to file police reports. We were on high alert and the police officer walked us out to our car afterward. I am extremely concerned that Paul knows the vehicle we are using and may be following us. I am on hyper alert and on the lookout for people watching and following me, which is creating significant stress.

6

7.    Attached hereto as Exhibit "2" is a true and correct copy of a photograph that I took on Friday, August 7, 2026 of the written statement that I submitted to the State of Hawaii, Department of Law Enforcement on Friday, August 7th, 2026 (report number: 26-010851).

I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge, information, and belief.

DATED:  Honolulu, Hawaii, August 9, 2026.

_____
AARALYN SHIRI