# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LIFE MASTERY NETWORK LLC, a Nevada limited liability company dba LIANA SHANTI ENTERPRISES and LIANE WILSON, also known in the community as LIANA SHANTI,<br><br>        Plaintiffs,<br><br>    v.<br><br>PAULA HAYGARTH, BYRON HORVATH, STEFANIE HORVATH; JANE DOES 2-10, and JOHN DOES 1-10,<br><br>        Defendants. | CIVIL NO. 1:25-cv-00297<br><br>(Other Civil Action)<br><br><br>**DECLARATION OF ARIA AULANI** |

**DECLARATION OF ARIA AULANI**

| | | |
|---|---|---|
| STATE OF HAWAII | ) | |
| | ) | SS. |
| CITY AND COUNTY OF HONOLULU | ) | |

I, **ARIA AULANI**, being first duly sworn, deposes and says:

1. I am over the age of eighteen, am competent to testify in this action, and submit this declaration based upon my personal knowledge unless otherwise stated.

2. I am a resident of the State of Florida.

3. I am a witness to the incident described in this declaration. I am not a party to this action and am not scheduled to testify in the underlying trial.

4. On August 7, 2026, at approximately 3:49 p.m., I left the United States Courthouse (Prince Jonah Kūhiō Kalanianaʻole Federal Building and U.S. Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii 96850) through the front security entrance. I was with my husband, Joshua Guzman, Malana Hokulani, and Joni Abbott. As I exited, I saw Paul Thompson positioned behind a pillar on the premises of the tax building directly across the street from the Federal Building, concealed and holding a large, professional-looking wide-angle camera. He was wearing a white polo shirt, khaki pants, and sneakers, carrying a black

backpack, and holding an Apple iPhone. I first recognized him by the long camera lens peeking out from behind the pillar.

5.  When Thompson realized he had been seen, he moved to his left and concealed himself behind another pillar, then crossed the street toward the Federal Building and came onto the sidewalk in front of it, first walking and then running toward my group. A second individual, Andrew Cozier, was also recording us, and I recorded him. As we walked to our vehicle, Thompson followed us on foot and came within approximately five feet of our party. He recorded video and took photographs of us continuously for approximately five to six minutes, from about 3:49 p.m. until about 4:00 p.m., with the camera pointed at me for most of that time.

6.  Thompson made statements that I understood as threats. He said words to the effect of, "You don't like cameras now — you're not going to like it next week," and as he walked away, still holding his camera, he repeated words to the same effect, "If you think the cameras are bad now, just wait until next week," and then said, "Bye, have a good day." He also directed a statement at my husband to the effect of, "You don't know me, but you posted online that I am a pedo." I have never had any prior contact with Paul Thompson.

7.  We called 911 during the incident and afterward went to the Sheriff's Department to file police reports. I am concerned for our safety because we are being followed during an active trial. On August 5, 2026, Thompson was also seen at the Ilikai Hotel ice cream shop, where observers of the trial are staying and gathering. I have two minor children and I am fearful because this matter includes Thompson's name, which he has indicated he does not want made public.

8.  I recorded the August 7, 2026 incident on my phone. A true and correct copy of the video recording has been provided to Plaintiffs' counsel for submission to the Court.

9.  Attached hereto as Exhibit **"1"** are true and correct copies of the photographs (pages 1 and 2) that I took on August 7, 2026 of the written statement that I submitted to the State of Hawaii, Department of Law Enforcement on August 7, 2026 (report number: 26-010851).

I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge, information, and belief.

DATED:  Honolulu, Hawaii, August 9, 2026.

**ARIA AULANI**