IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LIFE MASTERY NETWORK LLC, a Nevada limited liability company dba LIANA SHANTI ENTERPRISES and LIANE WILSON, also known in the community as LIANA SHANTI,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>PAULA HAYGARTH, BYRON HORVATH, STEFANIE HORVATH; JANE DOES 2-10, and JOHN DOES 1-10,<br><br>　　　　Defendants. | CIVIL NO. 1:25-cv-00297<br>(Other Civil Action)<br><br>**DECLARATION OF CAHIRA NOELANI** |

## <u>DECLARATION OF CAHIRA NOELANI</u>

STATE OF HAWAII　　　　　　　　)

　　　　　　　　　　　　　　　　) SS.

CITY AND COUNTY OF HONOLULU　)

　　　I, Cahira Noelani, being first duly sworn, deposes and says:

1.      I am over the age of eighteen, am competent to testify in this action, and submit this declaration based upon my personal knowledge unless otherwise stated.

2.      I am a resident of the State of Hawaii.

3.      I am a health coach and a witness in this action. I testified on August 5, 2026 and August 6, 2026, and I was scheduled to testify again on or about August 11 or 12, 2026.

4.      I no longer feel safe to testify in this case, either in person or by Zoom, because I am extremely fearful of retaliation from Paul Thompson, Andrew Cozier, and Byron Horvath.

5.      My fear arises from the incident outside the courthouse on Friday, August 7, 2026 and from actions that have continued throughout this weekend, combined with statements I have heard directly from Jess Thompson regarding how violent Paul Thompson has been towards her, including threatening her if she made statements to the police about his abuse.

6.      On that Friday, August 7, 2026, after court had concluded for the day, I observed Andrew Cozier seated in the lobby outside the courtroom. He remained there for approximately an hour and a half while our group was still inside.

7.      At approximately 3:49 p.m. I left the United States Courthouse at 300 Ala Moana Boulevard, Honolulu, through the main exit. I was with six other

people: Joni Abbott, Aaralyn Shiri, Malana Hokulani, Josh Guzman, Joah Lambrecht, and Aria Aulani. Joni Abbott and Aaralyn Shiri are also witnesses in this action. Joah Lambrecht is my son. Cozier exited the building behind us and followed our group outside as we left.

8.    I observed a man across the street from the courthouse taking photographs of our group. He was positioned behind a bush and a pillar. He was wearing khaki pants and a white shirt, and was carrying a large camera and a black backpack. I did not recognize him at that distance. I saw only that a man was photographing us.

9.    When members of our group saw him and began video recording, the man ran across the street toward us on foot, yelling. As he came closer I recognized him as Paul Thompson.

10.    Thompson ran at us aggressively and shouted at the witnesses while putting a camera directly in our faces. He photographed seven members of our group, including the three witnesses present – Joni Abbott, Aaralyn Shiri, and myself. With the camera pointed at us and while yelling at close range, he yelled at us about Liana Wilson, accused us of supporting her and referred to her as an abuser, and yelled at us about testifying. He told us to "wait until next week," which felt very threatening.

11.    Thompson also went directly into my son, Joah Lambrecht's face and

3

put a camera in his face. Thompson knew who my son was and called him by name. Thompson told my son that his father misses him. My son is estranged from his father, Jeffrey Lambrecht, because of Jeffrey's history of harassment and domestic violence. I was previously granted a four-year domestic abuse injunction against Jeffrey Lambrecht.

12.    While Thompson was running at our group, Cozier was also recording or photographing us. Members of our group called 911 and sought assistance from the United States Marshals. Malana Hokulani and I got into the car to hide.

13.    Our group left the area immediately and went to the law enforcement office across the street to file a report.

14.    I am extremely fearful for my own safety and for the safety of my children. We no longer feel safe. I have been on high alert and my children have been on high alert. We fear retaliation beyond the courthouse, and we are fearful even at our home and at our places of employment.

15.    My son, Joah Lambrecht, told me that when he returned home from work on the night of Saturday, August 8, 2026, he saw a silver van parked outside our home, and that it was the same silver van that Paul Thompson had been photographed getting into at the courthouse. Joah identified Andrew Cozier as driving the van, with an unidentified woman sitting in the passenger seat. This is extremely concerning, as Aaralyn Shiri and Joni Abbott, the other two witnesses,

4

had been staying at my home. Joah had personally seen the photograph of the van that Paul Thompson was observed entering at the courthouse, and he had seen Andrew Cozier in person at the courthouse. That is how he was able to identify both the van and Cozier as the driver.

16.   On the morning of Saturday, August 8, 2026, immediately following the harassment at the courthouse, numerous students and clients of Liana Shanti reached out to inform us that they were receiving anonymous text messages regarding this case on their personal cell phone numbers.

17.   These acts are attempts to intimidate and harass us, including where we live. I am extremely fearful for the safety of myself and my children and fear retaliation if I were to continue to testify in any capacity in this case.

18.   Members of our group who were in the courtroom told me what happened on Wednesday, August 5, 2026. Joe Adams, counsel for defendant Byron Horvath, told the court that Paul Thompson had come to him with information about me. Thompson told Adams that I had been in the courtroom all day on Tuesday, August 4, 2026. That was not true. I was in the witness room all day on August 4 and never entered the courtroom.

19.   I personally observed Paul Thompson in the courtroom on August 5, 6, and 7, 2026, seated behind defendant Byron Horvath on the defense side of the gallery.

20.     I testified in this action that I worked very hard to escape domestic violence, to get myself and my children free from domestic violence, and to start our lives over. Thankfully, I was able to do so because of the teachings and the support of Liana Shanti. I am not willing to subject my children or myself to intimidation or retaliation from Paul Thompson, Andrew Cozier, or anyone connected to Byron Horvath.

21.     On July 13, 2026, the day the witness list in this action was released, I received a phishing email from an email address that belongs to Jess Thompson, Paul Thompson's former wife. Three other individuals named on the witness list – Joni Abbott, Malana Hokulani, and Roxanne Smith – received the same email.

22.     Immediately after the incident, on August 7, 2026, I gave a signed written statement to the State of Hawaii Department of Law Enforcement, report number 26-010851. Attached hereto as Exhibit "3" is a true and correct copy of that written statement.

23.     Video recordings of the August 7, 2026 encounter were made by members of my group as it occurred and have been preserved. Those recordings were provided to the State of Hawaii Department of Law Enforcement by email to L.Ray.C.Borges.Myers@hawaii.gov. True and correct copies of the video recordings have been provided to Plaintiffs' counsel for submission to the Court.

I declare under penalty of perjury that the foregoing statements are true and

6

correct to the best of my knowledge, information, and belief.

DATED:  Honolulu, Hawaii, August 9, 2026.

*Cahira Noelani*

CAHIRA NOELANI