IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LIFE MASTERY NETWORK LLC, a Nevada limited liability company dba LIANA SHANTI ENTERPRISES and LIANE WILSON, also known in the community as LIANA SHANTI,<br><br>       Plaintiffs,<br><br>  v.<br><br>PAULA HAYGARTH, BYRON HORVATH, STEFANIE HORVATH; JANE DOES 2-10, and JOHN DOES 1-10,<br><br>       Defendants. | CIVIL NO. 1:25-cv-00297 (Other Civil Action)<br><br>**SUPPLEMENTAL DECLARATION OF CAHIRA NOELANI** |

**SUPPLEMENTAL DECLARATION OF CAHIRA NOELANI**

| | |
|---|---|
| STATE OF HAWAII | ) |
| | ) SS. |
| CITY AND COUNTY OF HONOLULU | ) |

    I, CAHIRA NOELANI, being first duly sworn, deposes and says:

1.     I am over the age of eighteen, am competent to testify in this action, and submit this declaration based upon my personal knowledge unless otherwise stated.

2.     I am a resident of the State of Hawaii.

3.     My name is Cahira Noelani. I am a witness in Liana Shanti's federal civil court case.

4.     On Thursday, August 6, 2026, counsel for the defendant filed a motion regarding 50A to dismiss the case. Following that motion, I saw Byron Horvath and Stephanie Horvath walk into the defendant's witness room. Loud cheering then erupted from inside that room.

5.     On Friday, August 7, 2026, the court denied the motion. After that ruling, the conduct of individuals connected to the defendant escalated both at the courthouse and online.

6.     On that date, I observed Andrew Cozier following and remaining in close proximity to me and other witnesses, both outside the courtroom and outside the courthouse, at approximately 3:45 p.m.

7.     Also on that date, I observed Paul Thompson following me and other witnesses and photographing us outside the federal courthouse, at approximately 3:49 p.m.

8.     Paul Thompson ran toward us and then continued advancing on us on

2

foot in an aggressive manner. He shouted at us. He addressed several individuals by name, all people he has never met before, which I understood as an effort to communicate that he knows who they are.

9.    This conduct occurred in the presence of seven witnesses from our group. As a result, I and others present were in fear for our physical safety.

10.    On Saturday morning, August 8, 2026, within a few hours, I received a substantial volume of emails and messages from current customers of Liana Shanti. These customers report they are being contacted via text messages on their personal phone numbers – without consent. These messages are coming from an anonymous individual. They reported the text messages contain information about Ms. Shanti's court case and stated they were creating a new Instagram account to publish "facts" about Ms. Shanti. During the same few-hour period, another customer contacted us to report that she had received a friend request from a fake profile using the name "Liana Wilson."

11.    The people they have contacted are located around the country and the world. Some of the students who are currently in Oahu as court observers have received messages, as well as customers around the US and in Portugal, the Philippines, and Germany.

I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge, information, and belief.

3

DATED:  Honolulu, Hawaii, August 9, 2026.


*Cahira Noelani*

CAHIRA NOELANI