IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LIFE MASTERY NETWORK LLC, a Nevada limited liability company dba LIANA SHANTI ENTERPRISES and LIANE WILSON, also known in the community as LIANA SHANTI,<br><br>    Plaintiffs,<br><br>    v.<br><br>PAULA HAYGARTH, BYRON HORVATH, STEFANIE HORVATH; JANE DOES 2-10, and JOHN DOES 1-10,<br><br>    Defendants. | CIVIL NO. 1:25-cv-00297 (Other Civil Action)<br><br>**DECLARATION OF JONI ABBOTT** |

## <u>DECLARATION OF JONI ABBOTT</u>

STATE OF HAWAII                              )

                                             ) SS.

CITY AND COUNTY OF HONOLULU      )

I, JONI ABBOTT, being first duly sworn, deposes and says:

1.    I am over the age of eighteen, am competent to testify in this action,

and submit this declaration based upon my personal knowledge unless otherwise stated.

2.      I am a resident of the State of Iowa. I am a named witness for Plaintiff Liana Shanti in this action and have not yet testified.

3.      Due to the most recent aggressive stalking, harassing, recording, photographing, following, threats, and targeted intimidation by Paul Thompson, I refuse to testify in any capacity at this trial out of fear of retaliation and for my safety.

4.      Because of his actions and for my safety, I have filed a police report with the Sheriff's Department and now have to also file with my own police department to make every attempt to keep myself and my family safe in every capacity, including on the internet, in person, and outside of the courtroom.

5.      I have also learned that other clients and students of Liana Shanti are receiving text messages on their personal cell phone numbers and personal emails about this trial.

6.      On August 7, 2026, at approximately 3:48 p.m., I left the United States District Courthouse at 300 Ala Moana Blvd, through the far left door, next to the main security checkpoint. I was with Josh Guzman, Malana Hokulani, Cahira Noelani, her son Joah, and Aria Aulani (Josh Guzman's wife). Aaralyn Shiri was waiting at the vehicle to pick us up out in front and a little past the courthouse

2

on the same side of the street. She was standing on the passenger rear side of the vehicle, waiting for us.

7.     As we came outside, Josh Guzman saw a man in a white shirt hiding behind a pillar with a long-range camera across the street at the Keelikolani Building. Malana Hokulani and I then saw him as well and identified him as Paul Thompson. We both took out our phones. I began taking a few photos and Malana started recording. When he realized we saw him, he continued taking pictures while crouched behind the pillar away from view.

8.     Paul Thompson did not immediately approach. He remained across the street near the Keelikolani Building and continued taking pictures. Malana Hokulani continued recording him on her phone. I was walking and standing with her. He then tried to run away and hide around the building.

9.     I noticed a dirty-blonde-haired woman in a pink shirt wearing a lanyard standing a few feet to his left, my right, still across the street. I did not know who she was or recognize her.

10.     Paul Thompson then began charging us from across the street as he was taking pictures. I began to yell "Stay away!" multiple times as Malana made her way away from him and I also kept distance. As he got closer to me, I was close enough to the federal courthouse building that I knew officers were there by the doors. I began signaling them with my arms to come out to help. I know how

dangerous this man is from personal calls with his wife, and from his angry, emotional outbursts and death threats to her.

11. I ran toward the federal building to reach the officers. The officers had been watching from the door and continued to stand there as I yelled for help and asked them to do something; they told me they could not help. I had already begun dialing 9-1-1 at 3:51 p.m. and reported that Paul Thompson was harassing and stalking us. The dispatcher said she had to dispatch the proper police and asked what I was wearing. While I was on the phone with 9-1-1, Plaintiff's attorneys Jeffrey Portnoy and Troy Young of Cades Schutte came out of the building; I approached them to tell them what was happening, as Paul Thompson had by then approached the parked vehicle and was yelling at Aaralyn, Cahira, Malana, Joah, Josh, and Aria. Aaralyn Shiri was visibly shaken and crying, and she also called 9-1-1 for help.

12. Andrew Cozier was also present at this time, filming from a distance. I recognized him from the courthouse earlier that day and from pictures I had previously seen from his ex-wife.

13. Andrew Cozier continued to film, then walked toward Paul Thompson and stood behind him filming, and eventually walked to the corner of Punchbowl and Ala Moana Blvd. and waited for Paul Thompson.

14. I was frightened and did not know what Paul Thompson intended to

4

do. Because of what I understood about prior threats he had made toward his wife, I was afraid for my safety. I screamed "Stay away!" several times as he continued approaching. I ran to the federal building to get officers. It became clear to me that he had waited over an hour and a half for us to exit the building in order to stalk, harass, and intimidate me as a witness in this case. I feel fear for my life and for those involved in this case and close to me. I am apprehensive about going home and for my safety from this point forward. I have never met or been in contact with Paul Thompson or Andrew Cozier prior to this event. I will not be returning to the courthouse to testify as a direct result of his actions. If he is willing to travel from another country to stalk, harass, intimidate, photograph, and video record me, and to charge at me from across the street, I do not know what his next actions will be.

15.    On August 7, 2026, at approximately 4:00 p.m., I was called by the Sheriff's Department and asked to come to their building to report this incident, at 777 Punchbowl St., Honolulu, to the Honolulu Sheriff's Department. The report number is 26-010851. The reporting officer was Sgt. L. Borges-Myers, Badge #43.

16.    I preserved photographs I took on my phone and submitted them to a Google Drive link that was sent to Sgt. L. Borges-Myers. These were also emailed to Sgt. L. Borges-Myers at C.Borges-Myers@Hawaii.gov.

17.    I have never had any prior direct contact with Paul Thompson. I

5

believe he attempted to hack into my computer or phone on July 13, 2026, at 12:29 p.m., by sending a phishing email via an email address belonging to his wife, Jess Thompson, that she had used to communicate with me. My phone glitched for several hours after that email was sent, and I was not able to access my email account until I took my phone to a carrier store, where staff intervened and performed a backup on my phone to remove anything that may have gotten past the firewall. Immediately afterward, I was able to access my email again and change my password. The store associate also added additional security to my phone.

18.    I ask that all of my personal and identifying information be redacted so that public filings do not disclose my private information.

I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge, information, and belief.

DATED: State of Iowa, August 9, 2026.


JONI ABBOTT

7