IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LIFE MASTERY NETWORK LLC, a Nevada limited liability company dba LIANA SHANTI ENTERPRISES and LIANE WILSON, also known in the community as LIANA SHANTI,<br><br>          Plaintiffs,<br><br>     v.<br><br>PAULA HAYGARTH, BYRON HORVATH, STEFANIE HORVATH; JANE DOES 2-10, and JOHN DOES 1-10,<br><br>          Defendants. | CIVIL NO. 1:25-cv-00297<br><br>(Other Civil Action)<br><br><br>**DECLARATION OF JOSHUA GUZMAN** |

**DECLARATION OF JOSHUA GUZMAN**

STATE OF HAWAII                    )
                                   ) SS.
CITY AND COUNTY OF HONOLULU        )

I, **JOSHUA GUZMAN**, being first duly sworn, deposes and says:

1.  I am over the age of eighteen, am competent to testify in this action, and submit this declaration based upon my personal knowledge unless otherwise stated.

2.  I am a resident of the State of Florida.

3.  I am a witness to the incident described in this declaration. I am not a party to this action and am not scheduled to testify in the underlying trial.

4.  On August 7, 2026, at approximately 3:49 p.m., I left the United States Courthouse (Prince Jonah Kūhiō Kalanianaʻole Federal Building and U.S. Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii 96850) through the front security entrance. I was with my wife, Aria Aulani, Malana Hokulani, and Joni Abbott. As we were leaving, I observed Paul Thompson across the street, hiding behind a pillar and holding what I believed to be a camera. He was wearing a white polo shirt, khaki pants, and sneakers, carrying a black backpack, and holding an Apple iPhone and a large, professional-looking camera with a long, extended

wide-angle lens. I recognized him by the long lens peeking out from behind the pillar on the tax building premises, and from having seen him inside the courtroom in connection with this matter.

5. I pointed him out. When Thompson saw that he had been noticed, he tried to hide, and Malana Hokulani began recording him. He then ran toward us with his camera in his hand, snapping photographs and pulling out his phone to record as well. He came very close to me and my wife, and I asked him to step back. A second individual, Andrew Cozier, also began recording and photographing us, and I believe he was working with Paul Thompson. While we were outside the federal court building, Cozier recorded us and then returned into the courtroom.

6. Thompson said my name, even though I had never met him before in my life. He told me, to the effect of, "You guys have been calling me a pedophile," and he accused me of posting on social media that he is a pedophile. I responded that I did not know him. The encounter ended when Thompson walked away, still holding his camera. I have never had any prior contact with Paul Thompson.

7. We called 911 during the incident and afterward went to the Sheriff's Department to file police reports. I am concerned for my safety, my wife's safety, and the safety of everyone else involved during this active trial.

8. Attached hereto as Exhibit ____ is a true and correct copy of a photograph that I took on August 7, 2026 of the written statement that I submitted to the State of Hawaii, Department of Law Enforcement on August 7, 2026 (report number: 26-010851).

I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge, information, and belief.

DATED:  Honolulu, Hawaii, August 9, 2026.

**JOSHUA GUZMAN**