IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LIFE MASTERY NETWORK LLC, a Nevada limited liability company dba LIANA SHANTI ENTERPRISES and LIANE WILSON, also known in the community as LIANA SHANTI,<br><br>    Plaintiffs,<br><br>    v.<br><br>PAULA HAYGARTH, BYRON HORVATH, STEFANIE HORVATH; JANE DOES 2-10, and JOHN DOES 1-10,<br><br>    Defendants. | CIVIL NO. 1:25-cv-00297-JAO-RT<br><br>(Other Civil Action)<br><br>**DECLARATION OF LIANE WILSON** |

**DECLARATION OF LIANE WILSON**

STATE OF HAWAII          )
                      ) SS.
CITY AND COUNTY OF HONOLULU  )

I, LIANE WILSON, being first duly sworn, deposes and says:

1.   I am over the age of eighteen, am competent to testify in this action, and submit this declaration based upon my personal knowledge unless otherwise stated.

2.   I am a resident of the State of Hawaii. I am a Plaintiff in this action and the principal of Plaintiff Life Mastery Network LLC dba Liana Shanti Enterprises.

I am known in my community as Liana Shanti. Jury trial in this matter began on or about August 3, 2026 before the Honorable Jill A. Otake and is ongoing.

3. Paul Thompson is not a party or a witness in this action. He is a close associate of Defendants Byron Horvath and Paula Haygarth. He traveled to Honolulu from Toronto, Canada, and has been present at this trial. I first learned that he was present in the courtroom late in the day on August 4, 2026, and he attended again on August 5, 2026 and thereafter during the week. I observed him present in the courtroom on August 5, August 6, and August 7, 2026.

## My Prior Statements on the Record — Before the August 7 Incident

4. On the morning of August 5, 2026 (Trial Day 3), before any of the events of August 7 described below had occurred, the Court held a brief hearing at which I testified under oath regarding my fear arising from Mr. Thompson's presence in the courtroom. I testified in part: "That one of Byron Horvath's good friends, Paul Thompson, who is a man who threatened to kill me. He threatened to kill his wife. He kicked his wife when she was three months pregnant. Violent man. Threatened to rape me. And I had no idea he lives in Toronto. And he's here in the courtroom now. His name is Paul Thompson. He's wearing the red shirt, and he was sent here to intimidate me, in my opinion, because he has -- they have an alliance …" Trial Tr. (Day 3, Aug. 5, 2026) at 3-9:20 – 3-10:2.

5. I further testified that I had retained "a security team specifically for Paul Thompson" (id. at 3-10:11-12); that learning of his presence caused me a severe panic attack, consistent with the PTSD about which I had testified the prior day (id. at 3-10:19 – 3-11:9); and that I believed his presence was "an attempt at witness intimidation through Byron" (id. at 3-11:5-6). I asked the Court to remove him from the courtroom: "I want the Court to remove him." Id. at 3-11:22.

6. The Court declined to remove Mr. Thompson, stating: "I'm not going to grant the request to remove somebody from a courtroom based on what was presented to me. It sounds like there were no police reports filed against this individual. This is a public courtroom." Id. at 3-13:17-20.

7. The record of that same morning also reflects that Mr. Thompson was monitoring my witnesses and reporting his observations to Defendants' counsel. Defendants' counsel stated on the record: "We have been informed by Mr. Thompson just this morning, that witness Cahira Noelani was in the courtroom all day yesterday." Id. at 3-14:8-10. As my counsel stated on the record, Ms. Noelani had not been in the courtroom. Id. at 3-14:12, 3-14:18-23.

**Surveillance of My Students and Witnesses During the Week of Trial**

8. Throughout the week of trial, Mr. Thompson surveilled my students and witnesses in and around the courthouse. I personally witnessed Mr. Thompson standing very close to my witnesses outside the courtroom on breaks. I witnessed him stand extremely close outside the courtroom door while people were headed back into the courtroom, I tried to wait to go in, hoping he would go in before me, he did not. I walked into the court room and he was still standing within about three feet of the door. I also observed a camera that was sticking out of his backpack which appeared to be a large professional looking telephoto lens type of camera. I did not see him take any photos inside the court, but the presence of the large camera was being made obvious as the bag was left open.

9. Naia Haulani one of my students, reported to me on August 6, 2026 that Mr. Thompson was seen at the hotel property where she and several of my students are staying, the Ilikai hotel. She stated that he was there for a while hanging around in the lobby. I have attached her statement as an exhibit.

## August 6, 2026 — The Rule 50(a) Hearing

10. On Thursday, August 6, 2026, Defendants presented their motion for Rule 50(a). Immediately after the presentation of the Rule 50(a) motion, I exited the courtroom and was standing with my service animal very close to the wall, talking to my daughter. Defendant's then left the courtroom, and Byron Horvath walked extremely close to me, so close that he walked over my dog's leash, and he then went towards the witness room where I observed Byron Horvath "fist-bumping" and saying "yeah, yeah, yeah" very loudly. Later that evening, my attorneys were informed that the Court did not grant the motion, and trial continued toward a jury verdict.

## The August 7, 2026 Incident Outside the Courthouse

11. On Friday, August 7, 2026, in the afternoon following the day's proceedings, my students informed me that Mr. Thompson waited outside the courthouse at 300 Ala Moana Boulevard for approximately an hour and a half for my witnesses and supporters to exit. I was not present for the events described in this paragraph and the following paragraphs, as I left shortly after the day's proceedings ended. Several of my students remained in the building chatting for what they said was about an hour and a half. The following knowledge comes from the sworn declarations of Cahira Noelani, Aaralyn Shiri and Joni Abbott, true and correct copies of which are attached hereto as Exhibits, from my communications with the witnesses immediately after the incident, and from two videos recorded by Aria Guzman and Malana Hokulani which I viewed.

12. As set forth in the declarations, Mr. Thompson concealed himself behind a pillar at the Keelikolani Building across the street from the courthouse, aiming a long-range telephoto camera at my witnesses; when he was spotted, he

charged across the street toward them while continuing to photograph; witness Joni Abbott screamed "STAY AWAY!!" multiple times and ran toward the courthouse to seek help from the officers at the doors as he continued toward her. She continued screaming for him to "STAY AWAY" while running away from him with her backpack. He then advanced to the vehicle where witnesses Aaralyn Shiri and Cahira Noelani and her son Joah were standing with others, came within several feet of them, and photographed and videoed them at close range for approximately several minutes while making statements to them.

13.    The statements Mr. Thompson directed at my witnesses, as sworn in the attached declaration, included the following, addressed to Ms. Shiri by name, a woman he has never met: "Aaralyn, you like to support people who call people pedophiles? Is the courthouse a familiar place for you?" He also stated: "You don't like the cameras now. You're not going to like it next week. I hope you're coming back next week. You know there's two parts to this, right?" and "It's not just the first part. I think Liana wants you guys to know it's over. You guys know it's two weeks, right?" To Ms. Noelani's son Joah he said: "Your father misses you."

14.    I heard someone repeatedly saying "call 911 call 911" on the video. Both Ms. Shiri and Ms. Abbott called 911 during the incident. My attorneys, Jeffrey S. Portnoy and Troy C. Young, stated to me that they came out of the courthouse while it was occurring and witnessed part of it. Following the incident, the witnesses went immediately to law enforcement and filed reports with the Honolulu Sheriff's Department (report number 26-010851; reporting officer Sgt. L. Borges-Myers, Badge #43), and a written statement was submitted to the State of Hawaii, Department of Law Enforcement.

## **The August 8, 2026 Anonymous Text Messages**

15.    Beginning on Saturday, August 8, 2026 — the day after the courthouse incident and consistent with Mr. Thompson's "you're not going to like it next week" statements — several students of mine began receiving anonymous text messages on their personal cell phone numbers and personal emails containing information about this specific case. There are at least forty people as of today who have informed me that they are being harassed by text on their personal phones. My students' personal contact information is not public, and its use in these messages has caused additional fear among my students and witnesses. They also informed me that the text messages they received mentioned that a new slander Instagram account has started on August 8, 2026 called @lianashantifacts. Many of my students have been on the receiving end of unwanted, unsolicited, aggressive attempts to contact them with misinformation about me years ago when the slander campaign first began, and they have informed me that the attempts to contact have escalated dramatically in the past two days, and have targeted their personal cell phones.

## **Effect on My Witnesses and on My Case**

16.    Aaralyn Shiri, Joni Abbott, and Cahira Noelani are my three rebuttal witnesses, scheduled to testify on or about Tuesday, August 11, 2026. As a direct result of Mr. Thompson's conduct, all three are now unwilling to testify out of fear of retaliation and for their safety. Ms. Abbott has sworn: "I refuse to testify in any capacity at this trial out of fear of retaliation and for my safety.". Ms. Shiri has sworn: "I do not feel safe to testify for this case in any manner." Ms. Noelani has also stated that she extremely fearful for her life, her safety and the safety of her son Joah Lambrecht who Paul Thompson directly addressed on

the courthouse sidewalk in the August 8, 2026 incident. As a result, she is unwilling to testify as a witness.

17.    These three witnesses are essential to my rebuttal case. Without their testimony I cannot fairly present my case to the jury, and I will be severely and unfairly prejudiced if trial simply proceeds as though the intimidation had not occurred. On August 6 the Court declined to end this case on Defendants' Rule 50(a) motion, and the very next day Mr. Thompson — the man I identified on the record two days earlier as having been "sent here to intimidate me" — charged and threatened the witnesses I have remaining.

18.    The events of this week have also had a severe effect on me personally. As I testified on August 5, I suffer from PTSD, and Mr. Thompson's presence alone caused a severe panic attack. Learning that he charged at and threatened my witnesses — women who came to Hawaii to tell the truth — and that many of my students who are not present here in Hawaii are now receiving anonymous messages about this case on their personal phones, has caused me extreme fear and distress during the most important week of a case I have litigated for over four years to reach a jury. My security team informed me that they observed Paul Thompson's silver Toyota minivan in one of the security team member's home neighborhood parked at a 7-11. The vehicle my security team was in is the vehicle that has been transporting my family to and from court every day. Cahira Noelani informed me that her son Joah observed the same silver Toyota vehicle that Paul Thompson has been seen in throughout the week, parked outside of her home in Hawaii Kai on Saturday evening August 8, 2026.

19.    I respectfully submit this declaration of the effects of this extreme witness intimidation.

I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge, information, and belief.

DATED:  Honolulu, Hawaii, August 9, 2026.

_____
**LIANE WILSON**

I AUTHORIZE THE E-SIGNATURE I PROVIDED ABOVE