IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LIFE MASTERY NETWORK LLC, a Nevada limited liability company dba LIANA SHANTI ENTERPRISES and LIANE WILSON, also known in the community as LIANA SHANTI,<br><br>                Plaintiffs,<br><br>    v.<br><br>PAULA HAYGARTH, BYRON HORVATH, STEFANIE HORVATH; JANE DOES 2-10, and JOHN DOES 1-10,<br><br>                Defendants. | CIVIL NO. 1:25-cv-00297 (Other Civil Action)<br><br>**DECLARATION OF MALANA HOKULANI** |

## <u>DECLARATION OF MALANA HOKULANI</u>

STATE OF HAWAII                    )

                                   ) SS.

CITY AND COUNTY OF HONOLULU    )

I, MALANA HOKULANI, being first duly sworn, deposes and says:

1.    I am over the age of eighteen, am competent to testify in this action,

and submit this declaration based upon my personal knowledge unless otherwise stated.

2.     I am a resident of the State of Hawai'i.

3.     I am a supporter of Plaintiff Liana Shanti and have been present at trial in this action as an observer and support person.

4.     The trial went into recess for the day on August 7, 2026. My peers and I remained inside the United States Courthouse (Prince Kūhiō Federal Building), 300 Ala Moana Blvd, Honolulu, HI 96850, for approximately an hour and a half after recess. At approximately 3:47 p.m., I left the courthouse through the front doors with six peers, three of whom are witnesses in this action.

5.     When I exited, one of my peers, Josh Guzman, spotted a man whom he believed to be Paul Thompson taking photos of us from across the street while positioned behind a pillar, using a professional camera. Seeing him hiding behind the pillar to photograph us felt invasive, and it made me feel angry and disgusted.

6.     I took out my phone and began recording at approximately 3:49 p.m. I wanted to get a clear identification of him due to safety concerns. I chose to walk in the direction I believed he had gone, but I stayed on the opposite side of the street from him, walking parallel to him at a distance, to keep myself safe. As I recorded, I narrated aloud into my phone what I was seeing

2

him do, including that he was waving and continuing to take photos.

7. It felt bold and frightening that he then began walking toward me to get closer. I heard him say, in what I perceived as a threatening and menacing tone, words to the effect of, "What's that!?" He then began running toward me.

8. As he ran toward us, I immediately turned away and ran, because I did not know what he intended to do after crossing the street to get to us. I continued recording video as I ran, and as he got closer, I shouted, "Get away." Then my peer Joni Abbott, who is also a witness in this case, repeatedly yelled, "Stay away!" My peer Josh Guzman stood between our group and Paul Thompson, trying to keep distance between him and the women in our group, saying "Get back" multiple times. Paul Thompson continued to stand near us and walk near us, pointing his camera at us and taking photos.

9. Paul Thompson then walked toward our vehicle. As I walked back toward the vehicle to get away from him, I recorded Andrew Cozier in my video as well; he was standing there recording what was happening.

10. While I was in the vehicle, I heard Paul Thompson speak directly to my peer Aaralyn Shiri, who is also a witness in this case. He referenced her by name and addressed her support of Liana Shanti. Aaralyn Shiri had her back to him while he spoke, and she did not engage with him. I witnessed

3

Aaralyn Shiri crying and expressing fear about being addressed by him. Paul Thompson also spoke directly to the son of my peer Cahira Noelani, who is also a witness in this case and who was present during the incident.

11. Just before he left, he said Liana Shanti's name and questioned us about our support of her, asking, words to the effect of, what we had to say about it. He also stated, words to the effect of, that he hoped we were coming back next week because there were two parts to the trial. As he was walking away at the end of the encounter, he stated, "You don't like cameras now. You're not going to like them next week." I recall this last statement as his exact words.

12. On August 7, 2026, at approximately 5:33 p.m., I reported the incident described above, which took place outside the United States Courthouse (Prince Kūhiō Federal Building), to the Hawaiʻi State Department of Law Enforcement. The report number is 26-010851.

13. This interaction left me feeling shaken, angry, disgusted, and scared. It brought me to tears on Sunday, August 9, 2026, because of fear of retaliation and a general sense that we are being followed in an unsafe environment. My fear of retaliation comes from the fact that Paul Thompson addressed some of us by name during this incident, including my peer Aaralyn Shiri, who is a witness in this case, without us ever having told him who we were, which makes me believe he and others already know who we are. I do not

4

know what kind of retaliation they may have in mind against any of us for supporting Liana Shanti, and that is concerning for all of us. It does not feel safe at the courthouse or even at our own homes, and I have been staying with one of my peers because of this. I am concerned that Paul Thompson will find out where I live, where Liana Shanti lives, and where my peers live, and share that information, given that his running toward me and following our group felt like a clear display of intimidation. I am concerned for all of us, including students who have traveled here to support the trial as well as students who live here locally, including myself. I am also concerned for the safety of Liana Shanti's children and Cahira Noelani's children, given that Paul Thompson spoke directly to her son during this incident. It has left me feeling unsafe to know that Paul Thompson and Andrew Cozier appear to be working together and observing our group in this way.

14.    Throughout the trial, I have observed both Paul Thompson and Andrew Cozier seated on Defendant Byron Horvath's side of the courtroom, as observers in support of Byron Horvath.

15.    I was intended to be included as a witness in this action and was later added to the witness list; however, Defendants did not approve my inclusion as a witness. On July 13, 2026, the day after the witness list was circulated, I received a suspicious email purporting to be from Paul Thompson's ex-wife, Jess Thompson, sent from the address jessdbthompson@gmail.com, with the

5

subject line "Special Invitation from Jess Thompson." I do not believe it was actually sent by her. I understood this as a form of intimidation directed at me. I am aware that several other witnesses received this same email, including Cahira Noelani, Joni Abbott, and another peer who had initially been included on the published witness list as an intended witness but was later not included. This was the first indication we had of a pattern of intimidation directed at witnesses and supporters in this case.

16.    Beginning the morning of Saturday, August 8, 2026, the day after this incident, several active students contacted us and stated that they had received texts and emails informing them that Liana Shanti would be in court. These messages provided the court schedule, a photograph of Liana Shanti, and background information about her, and stated that facts would continue to be compiled on an Instagram account, @lianashantifacts. As both a student and someone who works with Liana Shanti in her company, I am aware of a number of these emails and texts sent to other students' personal phone numbers and email addresses, and I saw a number of them myself.

17.    I recorded the August 7, 2026 incident on my phone. A true and correct copy of the video recording has been provided to Plaintiffs' counsel for submission to the Court.

18.    Attached hereto as Exhibit 5 is a true and correct copy of a photo of the

6

written statement that I submitted to the State of Hawaiʻi, Department of

Law Enforcement on August 7, 2026 (report number: 26-010851).

I declare under penalty of perjury that the foregoing statements are true and

correct to the best of my knowledge, information, and belief.

DATED:  Honolulu, Hawaii, August 9, 2026.

*Malana Hokulani*

MALANA HOKULANI