IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LIFE MASTERY NETWORK LLC, a Nevada limited liability company dba LIANA SHANTI ENTERPRISES and LIANE WILSON, also known in the community as LIANA SHANTI,<br><br>    Plaintiffs,<br><br>  v.<br><br>PAULA HAYGARTH, BYRON HORVATH, STEFANIE HORVATH; JANE DOES 2-10, and JOHN DOES 1-10,<br><br>    Defendants. | CIVIL NO. 1:25-cv-00297 (Other Civil Action)<br><br>**DECLARATION OF NAIA HAULANI** |

## DECLARATION OF NAIA HAULANI

STATE OF HAWAII )
                 ) SS.
CITY AND COUNTY OF HONOLULU     )

I, Naia Haulani, being first duly sworn, deposes and says:

1. I am over the age of eighteen, am competent to testify in this action, and submit this declaration based upon my personal knowledge unless otherwise stated.

2. I am a resident of the State of Texas.

3. I am a student of Plaintiff's since 2021, and a courtroom spectator.

4. On August 5th, 2026 at approximately 5:45pm, I arrived at Dave's Ice Cream at 1777 Ala Moana Blvd, Honolulu through the lobby of Ilikai Hotel & Luxury Suites in Waikiki. I was alone for approximately the first 10 minutes until Analea Manakai arrived. Both her and I were meeting with another courtroom spectator who was a guest at Ilikai Hotel.

5. After purchasing sorbet, Analea and I sat down at tables right outside of Dave's Ice Cream, which is attached to the hotel lobby and shops of Ilikai Hotel. I remember looking up and recognizing a man in the main lobby of Ilikai. I recognized him as Paul Thompson by his build and facial structure. He was in a t-shirt and khaki shorts standing about 20 feet away staring at his phone, pacing back and forth. I recognized him from the courtroom earlier that day.

6. He did not approach. He stayed about 20 feet away pacing back and forth while staring at his phone. He then proceeded to walk towards the beach area on Ilikai Hotel property.

7. Analea Manakai was with me. She did not have a viewpoint facing Paul Thompson. I was still in the same clothing I wore to the court room so we did not want to make ourselves known, noticeable or identifiable by having her turn towards him or having me take out my camera. There were hotel concierges and tourists around that may have noticed him too. It is a very open, public place.

8. As he left in the direction of the beach, I immediately sent a message to other courtroom observers at 6:10pm to let them know I had seen him lingering in the lobby area of Ilikai Hotel.

9. I felt deeply concerned for mine and Analea's safety. Immediately after he walked toward the beach, I sent the message mentioned above to other courtroom observers and Analea and I walked in the opposite direction toward Analea's car, which we had no intention of going to had this not happened. We were sprint walking to the car when we ran into another courtroom observer, Ailana Kainoa and her son, who immediately took us both to their private hotel room. Since then I have felt apprehensive about returning to the courthouse. Ilikai Hotel is a common meeting place for many of the courtroom observers who are in support of the plaintiff and this was the first time I had seen him in a common area we all frequent outside of the court room.

10. On August 7th, 2026 at approximately 5pm, I reported this incident to the police department. The report number is 26-010851. I filed the report on August 7th instead of the 5th because of the stalking and harassment that took place outside of the courtroom towards Joni Abbott, Malana Hokulani, Aria Aulani, Josh Guzman, Cahira Noelani and other courtroom observers and trial witnesses on the 7th. And with just days prior, seeing him in an area of Honolulu where many of us meet and some are guests, it felt like our safety and wellbeing was being compromised. I felt at this point, for everyone's safety, filing a police report was the right thing to do.

11. I had no prior contact with Paul Thompson other than recognizing him as a courtroom observer in support of the defendant who had a history of observing trial witnesses of the plaintiff. I was present in the courtroom a few days earlier when the defendant's attorney stated to the Judge that Paul Thompson had observed Cahira Noelani, a trial witness, in the courtroom. The court noted on the record that she had not been in the courtroom and she was able to testify.

I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge, information, and belief.

DATED: Honolulu, Hawaii, August 8, 2026.

Naia Haulani