### PROPOSED INSTRUCTION NO. 16
#### Defamatory Defined

A communication is defamatory when it tends to harm the reputation of another ~~by lowering his or her good standing~~ as to lower ~~hi~~him or her in the estimation of ~~in~~ the community or ~~by discouraging~~deter third persons from associating or dealing with him or her.

Whether a ~~a communication is defamatory depends, among other facts, upon~~

~~the attitude of times, the current trends in public opinion, with the result that words, harmless at one time in a particular community, may be highly damaging to reputation at another time or in a different community~~communication is defamatory depends on the social climate, current public opinion, and local setting.

To determine whether statements are false and defamatory, you must consider: (1) whether the general thrust of the entire work negates the impression that the party accused of defamation was stating an objective fact; (2) whether that party used figurative or hyperbolic language that negates the impression the party was stating an objective fact; and (3) whether the statement in question can be verified as true or false.

**Formatted:** Indent: First line: 0.5", Space Before: 16.2 pt

**Note: Plaintiffs' Proposed Instruction No. 29**
Source: *Beamer v. Nishiki, 66 Haw. 572, 580, 670 P.2d 1264, 1272 (1983);*
*Gallagher v. Maternitywise International, LLC, et al.*; Case No. 1:18-cv-00364-LEK-KJM; Jury Instruction No. 17; [ECF 369] PageID. 7693 (modified)

US_ACTIVE\138382815\V-2

# EXHIBIT A