IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 13 2026

at 10 o'clock and 00 min. A M
Lucy H. Carrillo, Clerk   cc

Life Mastery Network LLC
_____
Plaintiff(s)

vs.

Byron Horvath
_____
Defendant(s)

Civil No. 25-00297

Criminal No. _____

NOTE FROM THE JURY # ___1___

Your Honor,

Are we able to have Defense Exhibit 1206 printed with a couple copies for us to examine?

Dated at Honolulu, Hawaii on 8/13/26

Time: 0958

8187
Foreperson's Juror Number

The space below this line should contain only the Foreperson's signature.

/s/ Foreperson

Signature of Foreperson