# MINUTES

CASE NUMBER:        1:25-cv-00297-JAO-RT

CASE NAME:          Life Mastery Network LLC et al v. Haygarth et al

ATTY'S FOR PLA:     Jeffrey S. Portnoy
                    Troy Christopher Young

ATTY'S FOR DEFTS:   Laura P. Moritz
                    Louise K.Y. Ing
                    Joseph B. Adams

---

JUDGE:    Jill A. Otake          REPORTER:   Cynthia Fazio

DATE:     8/13/2026              TIME:       08:30am-02:37pm
                                             02:53pm-03:35pm

---

COURT ACTION:   EP:    Further Jury Deliberation Day 2 was held.

Defendants/Counterclaim Plaintiffs Paula Haygarth, Byron Horvath, and Stefanie Horvath present.

**8:30 a.m.** Eight (8) jurors present, jurors continue with their deliberation.

[10:35 a.m. to 10:40 a.m.] - Status Conference held regarding Note No. 1 from the Jury.

Note No. 1 from the Jury was addressed and responded to. The Court's Response No. 1 was provided to the jury and filed.

[12:38 p.m. to 12:40 p.m.] - Status Conference held regarding Note No. 2 from the Jury.

Note No. 2 from the Jury was addressed and responded to. The Court's Response No. 2 was provided to the jury and filed.

**12:42 p.m.** - Eight (8) jurors were instructed to cease deliberations pending further consideration of Note No. 2.

[1:08 p.m. to 1:11 p.m.] - Status Conference held to re-address Note No. 2 from the Jury.

Note No. 2 from the Jury was re-addressed and responded to. The Court's Amended/Revised Response No. 2 was provided to the jury and filed.

**1:14 p.m.** - Eight (8) jurors resumed and continued deliberations.

**1:30 p.m.** - The Court was notified that the jury had reached a verdict.

**2:53 p.m.** - The verdict was returned and read in open court.

Verdict rendered in favor of Defendants Paula Haygarth, Byron Horvath, and Stefanie Horvath.

Judgment shall be entered in favor of Defendants Paula Haygarth, Byron Horvath, and Stefanie Horvath.

Jurors polled; the unanimous verdict was confirmed. Jurors discharged.

Submitted by: Carla Cortez, Courtroom Manager