FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 13 2026

at 3 o'clock and 35 min. P M
Lucy H. Carrillo, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LIFE MASTERY NETWORK LLC, a Nevada limited liability company dba LIANA SHANTI ENTERPRISES and LIANE WILSON, also known in the community as LIANA SHANTI,<br><br>Plaintiffs/Counterclaim Defendants,<br><br>v.<br><br>PAULA HAYGARTH, BYRON HORVATH, STEFANIE HORVATH, JANE DOES 2-10, and JOHN DOES 1-10,<br><br>Defendants/ Counterclaimants. | CIVIL NO. 1:25-cv-00297-JAO-RT<br><br>**SPECIAL JURY VERDICT FORM AS TO PLAINTIFFS' CLAIMS AGAINST BYRON HORVATH**<br><br><br><br>Trial: August 3, 2026<br>Judge: Hon. Jill A. Otake |

**SPECIAL JURY VERDICT FORM AS TO
PLAINTIFFS' CLAIMS AGAINST BYRON HORVATH**

You must answer all the questions, unless otherwise directed in the

instructions. You should read the entire Special Jury Verdict Form before

proceeding to answer.

Please answer the questions in numerical order. Follow all directions

carefully. Each answer requires the unanimous agreement of all members of the

jury. If you do not understand any questions or wish to communicate with the

Court, you must do so only in writing through the clerk.

## STATEMENT 1
### Defamation

1. Did Defendant Byron Horvath make the following statement?

Liana Shanti "is a FAKE CON ARTIST MASTER MANIPULATOR FILTERED AVATAR PUPPET MASTER CULT LEADER." (Exhibit No. 4)

_____YES        \_\_X\_\_NO

*If you answered "yes," please go to the next question. If you answered "no," please go to the questions under the heading, "STATEMENT 2."*

2. By making that statement, did Byron Horvath commit the tort of Defamation against Plaintiffs? In other words, have Plaintiffs proven the elements of Defamation for that statement?

*If you answered "yes," please go to the next question. If you answered "no," please go to the questions under the heading, "STATEMENT 2."*

3. Has Byron Horvath proven the statement is true?

_____YES        _____NO

*If you answered "no," please go to the next question. If you answered "yes," please go to the questions under the heading, "STATEMENT 2."*

### False Light

4. By making that particular statement, did Byron Horvath commit the tort of False Light against Plaintiffs? In other words, have Plaintiffs proven the elements of False Light with respect to that statement?

_____YES        _____NO

*Please go to the next question.*

2

## STATEMENT 2
### Defamation

5. Did Byron Horvath make the following statement?

Liana Shanti "really does encourage false police reports." (Exhibit No. 2)

_____YES        \_\_X\_\_NO

*If you answered "yes," please go to the next question. If you answered "no," please go to the questions under the heading, "STATEMENT 3."*

6. By making that particular statement, did Byron Horvath commit the tort of Defamation against Plaintiffs? In other words, have Plaintiffs proven the elements of Defamation for that statement?

_____YES        _____NO

*If you answered "yes," please go to the next question. If you answered "no," please go to the questions under the heading, "STATEMENT 3."*

7. Has Byron Horvath proven the statement is true?

_____YES        _____NO

*If you answered "no," please go to the next question. If you answered "yes," please go to the questions under the heading, "STATEMENT 3."*

### False Light

8. By making that particular statement, did Byron Horvath commit the tort of False Light against Plaintiffs? In other words, have Plaintiffs proven the elements of False Light with respect to that statement?

_____YES        _____NO

*Please go to the next question.*

3

## STATEMENT 3
### Defamation

9. Did Byron Horvath make the following statement?

> Liana Shanti's "programs are heavily rooted in traditional psychology but use programming and undue influence, social pressures and private groups to extort women into disconnecting from their families, friends and spouses in order to truly 'heal.'" (Exhibit No. 78)

    _____YES        \_\_X\_\_NO

*If you answered "yes," please go to the next question. If you answered "no," please go to the questions under the heading, "STATEMENT 4."*

10. By making that particular statement, did Byron Horvath commit the tort of Defamation against Plaintiffs? In other words, have Plaintiffs proven the elements of Defamation for that statement?

*If you answered "yes," please go to the next question. If you answered "no," please go to the questions under the heading, "STATEMENT 4."*

11. Has Byron Horvath proven the statement is true?

    _____YES        _____NO

*If you answered "no," please go to the next question. If you answered "yes," please go to the questions under the heading, "STATEMENT 4."*

4

## False Light

12. By making that particular statement, did Byron Horvath commit the tort of False Light against Plaintiffs? In other words, have Plaintiffs proven the elements of False Light with respect to that statement?


_____YES          _____NO

*Please go to the next question.*

## STATEMENT 4
### Defamation

13. Did Byron Horvath make the following statement?

   "Liana Shanti tells all of her minions to divorce their husbands, get soul custody and go no contact #narc." (Exhibit No. 2)

_____YES          ___X___NO

*If you answered "yes," please go to the next question. If you answered "no," please go to the question 17.*

14. By making that particular statement, did Byron Horvath commit the tort of Defamation against Plaintiffs? In other words, have Plaintiffs proven the elements of Defamation for that statement?

*If you answered "yes," please go to the next question. If you answered "no," please go to the question 17.*

15. Has Byron Horvath proven the statement is true?

_____YES          _____NO

*If you answered "no," please go to the next question. If you answered "yes," please go to the question 17.*

6

## False Light

16. By making that particular statement, did Byron Horvath commit the tort of False Light against Plaintiffs? In other words, have Plaintiffs proven the elements of False Light with respect to that statement?


_____YES          _____NO

*Please go to the next question.*


## STATEMENTS 1-4
## DEFAMATION DAMAGES
### Defamation Per Se

17. For any or all of the Statements 1-4 for which you found that the tort of Defamation was proved, AND that the statements were not true, which of those Statements 1-4, if any, did you find to be defamation per se?

ANS:  Statement Nos. _____*None*_____

*If you filled in any Statement Nos., please go to the next question.  If you did not, please go to the questions under the heading, "Damages for Defamation that is not Defamation Per Se."*

18. What is the amount of fair and just compensation to Plaintiffs for the injury caused by Byron Horvath's defamation per se of Plaintiffs?

ANS:  $ _____

*Please go to the next question.*

7

## STATEMENTS 1-4
### Damages for Defamation that is not Defamation Per Se

19. For all other Statements 1-4 for which you found that the tort of Defamation was proved, AND that the statements were not true, AND found that they were not defamatory per se, what is the amount of compensatory damages suffered by Plaintiffs that were caused by such defamatory Statements made by Byron Horvath? As a reminder, a party must prove special damages as the fourth element of defamation if the statements are not defamation per se.

Special Damages: $ ___0___

General Damages: $ ___0___

*Please go to the next question.*

## STATEMENTS 1-4
### Damages-False Light

20. If you answered "yes" to any or all of the questions above regarding Statements 1-4 that placed Plaintiffs in a false light, what is the amount of compensatory damages to which Plaintiffs are entitled that were caused by Byron Horvath's Statements?

Special Damages: $ ___0___

General Damages: $ ___0___

*Please go to the next question.*

8

## Intentional Infliction of Emotional Distress

21. Did Byron Horvath commit the tort of Intentional Infliction of Emotional Distress against Plaintiffs?

_____YES        √____NO

*If you answered "yes," please go to the next question.  If you answered "no," please go to question 23.*

22. What is the amount of compensatory damages to which Plaintiffs are entitled that were caused by Byron Horvath's Intentional Infliction of Emotional Distress?

    Special Damages: $ ____0_____

    General Damages: $ ____0_____

*Please go to the next question.*

9

## Civil Conspiracy

23. Did Byron Horvath commit the tort of Civil Conspiracy against Plaintiffs?

_____YES        __√__NO

*If you answered "yes," please go to the next question. If you answered "no," please go to question 25.*

24. What is the amount of compensatory damages to which Plaintiffs are entitled that were caused by Byron Horvath's Civil Conspiracy against them?

Special Damages: $ ____0_____

General Damages: $ ____0_____

*Please go to the next question.*

## Punitive Damages

25. Have Plaintiffs proven that they are entitled to punitive damages?

_____YES        ___✓___NO

*If you answered "Yes," please proceed to the next question. If you answered "No," your deliberations are complete as to these specific claims. Please have the foreperson sign the verdict form below and return it to the clerk of court once all verdict forms are signed.*

26. What amount, if any, do you award as punitive damages against Byron Horvath and in favor of Plaintiffs?

$____0____

DATE: __8/13/26__

JURY FOREPERSON:  /s/ Foreperson

11