FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 13 2026

at 3 o'clock and 35 min. P M
Lucy H. Carrillo, Clerk    a

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LIFE MASTERY NETWORK LLC, a Nevada limited liability company dba LIANA SHANTI ENTERPRISES and LIANE WILSON, also known in the community as LIANA SHANTI,<br><br>Plaintiffs/Counterclaim Defendants,<br><br>v.<br><br>PAULA HAYGARTH, BYRON HORVATH, STEFANIE HORVATH, JANE DOES 2-10, and JOHN DOES 1-10,<br><br>Defendants/ Counterclaimants. | CIVIL NO. 1:25-cv-00297-JAO-RT<br><br>**SPECIAL JURY VERDICT FORM AS TO PAULA HAYGARTH'S COUNTERCLAIMS AGAINST PLAINTIFFS**<br><br><br><br><br>Trial: August 3, 2026<br>Judge: Hon. Jill A. Otake |

## SPECIAL JURY VERDICT FORM AS TO
## PAULA HAYGARTH'S COUNTERCLAIMS

You must answer all the questions, unless otherwise directed in the instructions. You should read the entire Special Jury Verdict Form before proceeding to answer.

Please answer the questions in numerical order. Follow all directions carefully. Each answer requires the unanimous agreement of all members of the jury. If you do not understand any questions or wish to communicate with the Court, you must do so only in writing through the clerk.

## STATEMENT 1
### Defamation

1. By making the following statement, did Plaintiffs commit the tort of Defamation against Counterclaimant Paula Haygarth? In other words, has Paula Haygarth proven the elements of Defamation for that statement?

"Jesus we ask you to DELETE AND DESTROY all toxic lies from this satan servant – PAULA HAYGARTH – who is campaigning to invalidate truths of #childabuse to cover up her own misery. She is hateful and envious, and in her hatred and envy, she cannot bring herself to acknowledge the pain of all the children who have been harmed by their parents." (Exhibit No. 1045)

  ✓ YES     _____ NO

*If you answered "yes," please go to the next question. If you answered "no," please go to the questions under the heading, "STATEMENT 2."*

2. Have Plaintiffs proven the statement is true?

  _____ YES     ✓ NO

*If you answered "no," please go to the next question. If you answered "yes," please go to the questions under the heading, "STATEMENT 2."*

### False Light

3. By making that particular statement, did Plaintiffs commit the tort of False Light against Paula Haygarth? In other words, has Paula Haygarth proven the elements of False Light with respect to that statement?

  ✓ YES     _____ NO

*Please go to the next question.*

2

## STATEMENT 2
### Defamation

4.  By making the following statement, did Plaintiffs commit the tort of Defamation against Paula Haygarth? In other words, has Paula Haygarth proven the elements of Defamation for that statement?

"Jesus we ask you to delete and destroy all evil within and emitted from back [sic] magic reiki witch Paula Haygarth[.]" (Exhibit No. 1055)

_____✓_____YES          _____NO

*If you answered "yes," please go to the next question. If you answered "no," please go to the questions under the heading, "STATEMENT 3."*

5.  Have Plaintiffs proven the statement is true?

_____YES          _____✓_____NO

*If you answered "no," please go to the next question. If you answered "yes," please go to the questions under the heading, "STATEMENT 3."*

### False Light

6.  By making that particular statement, did Plaintiffs commit the tort of False Light against Paula Haygarth? In other words, has Paula Haygarth proven the elements of False Light with respect to that statement?

_____✓_____YES          _____NO

*Please go to the next question.*

3

## STATEMENT 3
### Defamation

7. By making the following statement, did Plaintiffs commit the tort of Defamation against Paula Haygarth? In other words, has Paula Haygarth proven the elements of Defamation for that statement?

   "And when these satanists, Byron Horvath … along with Paula Haygarth, … began their satanic lies, defamation and libel, I KNEW Jesus would use these satanists for HIS purpose." (Exhibit No. 1058)

   __✓__ YES         _____ NO

*If you answered "yes," please go to the next question.  If you answered "no," please go to the questions under the heading, "STATEMENT 4."*

8. Have Plaintiffs proven the statement is true?

   _____ YES         __✓__ NO

*If you answered "no," please go to the next question.  If you answered "yes," please go to the questions under the heading, "STATEMENT 4."*

### False Light

9. By making that particular statement, did Plaintiffs commit the tort of False Light against Paula Haygarth? In other words, has Paula Haygarth proven the elements of False Light with respect to that statement?

   __✓__ YES         _____ NO

*Please go to the next question.*

4

## STATEMENT 4
### Defamation

10. By making the following statement did Plaintiffs commit the tort of Defamation against Paula Haygarth? In other words, has Paula Haygarth proven the elements of Defamation for that statement?

"What WE are doing in this JESUS LED community in calling out THESE people … Paula Haygarth … Stephanie Vogt … Byron Horvath … This vile group of PEDOS PEDO SUPPORTERS PEDO ALIGNERS VICTIM BLAMERS[.]" (Exhibit No. 1076)

    __✓__ YES      _____ NO

*If you answered "yes," please go to the next question. If you answered "no," please go to the questions under the heading, "STATEMENT 5."*

11. Have Plaintiffs proven the statement is true?

    _____ YES      __✓__ NO

*If you answered "no," please go to the next question. If you answered "yes," please go to the questions under the heading, "STATEMENT 5."*

### False Light

12. By making that particular statement, did Plaintiffs commit the tort of False Light against Paula Haygarth? In other words, has Paula Haygarth proven the elements of False Light with respect to that statement?

    __✓__ YES      _____ NO

*Please go to the next question.*

## STATEMENT 5
### Defamation

13. By making the following statement, did Plaintiffs commit the tort of Defamation against Paula Haygarth? In other words, has Paula Haygarth proven the elements of Defamation for that statement?

"It's all in plain sight. #pedos … #kidnappers [photo of Paula, Stefanie below][.]" (Exhibit No. 1077)

√ YES          _____ NO

*If you answered "yes," please go to the next question. If you answered "no," please go to the questions under the heading, "STATEMENT 6."*

14. Have Plaintiffs proven the statement is true?

_____ YES          √ NO

*If you answered "no," please go to the next question. If you answered "yes," please go to questions under the heading, "STATEMENT 6."*

### False Light

15. By making that particular statement, did Plaintiffs commit the tort of False Light against Paula Haygarth? In other words, has Paula Haygarth proven the elements of False Light with respect to that statement?

√ YES          _____ NO

*Please go to the next question.*

6

## STATEMENT 6
### Defamation

16. By making the following statement did Plaintiffs commit the tort of Defamation against Paula Haygarth? In other words, has Paula Haygarth proven the elements of Defamation for that statement?

"Who is PAULA? A bitter aging woman with a bleak future, with a broke husband, desperate to get her claws into the BRADY'S [sic] wealth by gaining custody of her husband's children. . . . Austin was a very small child. Instead she chose to live her life of new age 'life coaching', completely abandoning her own son, and never looking back … She is a heavy drinker, and a regular user of weed. … Paula, a woman who gave up custody of her own son, actively engaging in brainwashing these vulnerable young girls to hate their mother." (Exhibit No. 1106)

√ YES          NO

*If you answered "yes," please go to the next question. If you answered "no," please go to question 19.*

17. Have Plaintiffs proven the statement is true?

YES          √ NO

*If you answered "no," please go to the next question. If you answered "yes," please go to question 19.*

### False Light

18. By making that particular statement, did Plaintiffs commit the tort of False Light against Paula Haygarth? In other words, has Paula Haygarth proven the elements of False Light with respect to that statement?

√ YES          NO

*Please go to the next question.*

7

## STATEMENTS 1-6
## DEFAMATION DAMAGES
### Defamation *Per Se*

19. For any or all of the Statements 1-6 for which you found that the tort of Defamation was proved, AND that the Statements were not true, which of those Statements 1-6, if any, did you find to be defamation *per se* as to Paula Haygarth?

ANS:  Statement Nos. __1 – 6__

*If you filled in any Statement Nos., please go to the next question.  If you did not, please go to the questions under the heading, "Damages for Defamation that is not Defamation Per Se."*

20. What is the amount of fair and just compensation to Paula Haygarth for the injury caused by Plaintiffs' defamation *per se* of Paula Haygarth?

ANS: $ __1,600,000__

*Please go to the next question.*

## STATEMENTS 1-6
### Damages for Defamation that is not Defamation *Per Se*

21. For all other Statements 1-6 for which you found that the tort of Defamation was proved, AND that the Statements were not true, AND found that they were NOT defamation *per se*, what is the amount of compensatory damages suffered by Paula Haygarth that were caused by such defamatory Statements? As a reminder, a party must prove special damages as the fourth element of defamation if the statements are not defamation *per se*.

Special Damages: $ _____

General Damages: $ _____

*Please go to the next question.*

## STATEMENTS 1-6
### Damages-False Light

22. If you answered "yes" to any or all of the questions above regarding Statements that placed Paula Haygarth in a false light, what is the amount of compensatory damages to which Paula Haygarth is entitled that were caused by Plaintiffs' Statements?

Special Damages: $ _____

General Damages: $ 1,600,000

*Please go to the next question.*

9

## STATEMENT 7
### Defamation Per Se

23. The Court has determined as a matter of law that Plaintiffs' statements that Paula Haygarth "abandoned her own son", such as the following, are defamation *per se*:

> "She abandoned her own son Austin, and her guilt and shame have turned her into a soldier for satan." (Exhibit No. 1045)

> "Paula Haygarth. Abandon your own child so you have free time to attack other people's children [emoji][.]" (Exhibit Nos. 1046, 1055)

> "Who is PAULA? . . . WHO IS AUSTIN. THE SON SHE ABANDONED AS A BABY." (Exhibit No. 1106)

You need only determine what damages, if any, to which Ms. Haygarth is entitled to as a result of such defamation *per se* statements.

What is the amount of fair and just compensation to Paula Haygarth for the injury caused by Plaintiffs' defamation *per se* of Paula Haygarth by these statements?

$ __500,000__

*Please go to the next question.*


### Punitive Damages

24. Has Paula Haygarth proven that she is entitled to punitive damages?

___✓___ YES            _____ NO


*If you answered "Yes," please proceed to the next question. If you answered "No," your deliberations are complete as to these specific counterclaims. Please have the foreperson sign the verdict form below and return it to the clerk of court once all verdict forms are signed.*

10

25.   What amount, if any, do you award as punitive damages against Plaintiffs
and in favor of Paula Haygarth?

$ __10,000,000__

$ _____

DATE: __8|13|26_____

JURY FOREPERSON:  _/s/ Foreperson_____