FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 13 2026

at _2_ o'clock and _35_ min. _P_ M
Lucy H. Carrillo, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LIFE MASTERY NETWORK LLC, a Nevada limited liability company dba LIANA SHANTI ENTERPRISES and LIANE WILSON, also known in the community as LIANA SHANTI, <br><br> Plaintiffs/Counterclaim Defendants, <br><br> v. <br><br> PAULA HAYGARTH, BYRON HORVATH, STEFANIE HORVATH, JANE DOES 2-10, and JOHN DOES 1-10, <br><br> Defendants/ Counterclaimants. | Civil No.: 1:25-cv-00297-JAO-RT <br><br> **SPECIAL JURY VERDICT FORM AS TO STEFANIE HORVATH'S COUNTERCLAIMS AGAINST PLAINTIFFS** <br><br><br><br> Judge: Honorable Jill A. Otake <br> Trial: August 3, 2026 |

## SPECIAL JURY VERDICT FORM AS TO STEFANIE HORVATH'S COUNTERCLAIMS AGAINST PLAINTIFFS

You must answer all the questions, unless otherwise directed in the instructions. You should read the entire Special Jury Verdict Form before proceeding to answer.

Please answer the questions in numerical order. Follow all directions carefully. Each answer requires the unanimous agreement of all members of the jury. If you do not understand any questions or wish to communicate with the Court, you must do so only in writing through the clerk.

1

## STATEMENT 1
### Defamation

1. By making the following statement, did Plaintiffs commit the tort of Defamation against Counterclaimant Stefanie Horvath? In other words, has Stefanie Horvath proven the elements of Defamation for that statement?

> "SASKATCHEWAN CULT EVIL. A general overview of the Wetiko virus of evil that this cluster of people has launched against people they do not even know. Details on the EXTRAORDINARY efforts they went to desstry [sic] the reputation, lives an [sic] income of innocent people. Get inside this truly sick and depraved sect of evil. [photo of Stefanie Horvath.] Stefanie Horvath is the 'new' wife of Haley Winter's Ex husband Byron Horvath. Stefanie has radically changed her appearance when she began dating Byron to appear more and more like Haley. According to what Haley has shared, this woman has been leading the charge to remove Haley's little girl, Isla from her." (Exhibit No. 1054)

____✓____YES            _____NO

*If you answered "yes," please go to the next question. If you answered "no," please go to the questions under the heading, "STATEMENT 2."*

2. Have Plaintiffs proven the statement is true?

_____YES            ____✓____NO

*If you answered "no," please go to the next question. If you answered "yes," please go to the questions under the heading, "STATEMENT 2."*

### False Light

3. By making that particular statement, did Plaintiffs commit the tort of False Light against Stefanie Horvath? In other words, has Stefanie Horvath proven the elements of False Light with respect to that statement?

____✓____YES            _____NO

*Please go to the next question.*

2

## STATEMENT 2
### Defamation

4.  By making the following statement, did Plaintiffs commit the tort of Defamation against Stefanie Horvath? In other words, has Stefanie Horvath proven the elements of Defamation for that statement?

> "What WE are doing in this JESUS LED community in calling out THESE people … Paula Haygarth … Stephanie Vogt … Byron Horvath … This vile group of PEDOS PEDO SUPPORTERS PEDO ALIGNERS VICTIM BLAMERS." (Exhibit No. 1076)

√ ____YES        ____NO

*If you answered "yes," please go to the next question. If you answered "no," please go to the questions under the heading, "STATEMENT 3."*

5.  Have Plaintiffs proven the statement is true?

____YES        √ ____NO

*If you answered "no," please go to the next question. If you answered "yes," please go to the questions under the heading, "STATEMENT 3."*

### False Light

6.  By making that particular statement, did Plaintiffs commit the tort of False Light against Stefanie Horvath? In other words, has Stefanie Horvath proven the elements of False Light with respect to that statement?

√ ____YES        ____NO

*Please go to the next question.*

3

### STATEMENT 3
**Defamation**

7. By making the following statement, did Plaintiffs commit the tort of Defamation against Stefanie Horvath? In other words, has Stefanie Horvath proven the elements of Defamation for that statement?

"… Byron. Stalking Malie. Stalking the former supervisor. Stalking Haley when she began dating. And she has suffered A LOT of karma from her actions. And she has an awareness of that. And yes, we are starting to see the karma settling in … with Stefanie Vogt Horvath. Right now, Stefanie is stuck in the self-righteous, indignant, vindictive stage of wanting to hurt Haley. This comes from extreme jealousy. Byron chose Haley. And Stefanie wanted Byron from way back in 2009. (only God can understand that one)[.] And after Haley left Byron, he stalked her and was rageful and jealous when she started seeing other men. Stefanie knows she's Byron's seconds or probably fourths fifths or twenty fifths based on who he follows on Twitter … but I digress[.] And this is her opportunity to punish choice number one. That's all Haley is to her. And she doesn't care that she is directly causing permanent harm to Isla. Damage that can never be undone. That's on HER SOUL. … These are harmful dangerous people. And Stefanie knows it. She's the one who had to stop the abuse when Byron was attacking his small child when she went into a panic. But her seething jealousy of Haley blocks her from doing what's right. They ALL know Haley is an amazing mother. They KNOW Isla is so happy with her mom and that she is safe with her. But Isla is nothing more than a pawn in their sick and twisted game of trying to silence the REAL FAMILY DISGRACE from being revealed. It would destroy their entire fake alcohol rage fueled pretend 'happy family' facade. A facade that at this point, no one in the entire province of Saskatchewan believes anymore. But they still won't give it up. And every day they continue to punish Haley for a mistake she made (one that in no way hurt Isla) is another day they cause additional trauma to a little girl with a heart condition who just wants her mommy. To me? There's nothing sicker. Nothing more evil. Nothing more satanic. Than intentionally harming an innocent child. That, to

me, is the most depraved of all beings walking this earth."
(Exhibit No. 1067)

_√_YES        _____NO

*If you answered "yes," please go to the next question.  If you answered "no,"
please go to the questions under the heading, "STATEMENT 4."*

8.    Have Plaintiffs proven the statement is true?

_____YES        _√_NO

*If you answered "no," please go to the next question.  If you answered "yes,"
please go to the questions under the heading, "STATEMENT 4."*

## False Light

9.    By making that particular statement, did Plaintiffs commit the tort of False
Light against Stefanie Horvath? In other words, has Stefanie Horvath
proven the elements of False Light with respect to that statement?

_√_YES        _____NO

*Please go to the next question.*

5

## STATEMENT 4
### Defamation

10. By making the following statement did Plaintiffs commit the tort of Defamation against Stefanie Horvath? In other words, has Stefanie Horvath proven the elements of Defamation for that statement?

> "Evil dark satanic people like Byron Horvath … Stefanie Vogt … Manipulate and use corrupt systems to GAG AND SILENCE mothers speaking out about abuse. These people are UNSTABLE UNHINGED AND DANGEROUS[.] Please pray for Isla[.] Go to the EFC website and listen to Isla's pleas for help in her own voice about what her satanic father did to her[.] exposingfamilycults.com." (Exhibit No. 1068)

_____✓ YES          _____ NO

*If you answered "yes," please go to the next question. If you answered "no," please go to the questions under the heading, "STATEMENT 5."*

11. Have Plaintiffs proven the statement is true?

_____ YES          _____✓ NO

*If you answered "no," please go to the next question. If you answered "yes," please go to the questions under the heading, "STATEMENT 5."*

### False Light

12. By making that particular statement, did Plaintiffs commit the tort of False Light against Stefanie Horvath? In other words, has Stefanie Horvath proven the elements of False Light with respect to that statement?

_____✓ YES          _____ NO

*Please go to the next question.*

6

## STATEMENT 5
### Defamation

13.   By making the following statement did Plaintiffs commit the tort of Defamation against Stefanie Horvath? In other words, has Stefanie Horvath proven the elements of Defamation for that statement?

> "…As a reminder: The Horvath … collection of abusers are DANGEROUS. The physical violence they have already displayed, in addition to being fueled by addictive substances, rage and anger at the truth coming out, is a toxic cocktail for Satanists. In addition, they are teamed up with felony kidnappers and psychological torturers: Rick Ross Joe Szimhart Steve Hassan…" (Exhibit No. 1069)

____✓____ YES        _____ NO

*If you answered "yes," please go to the next question. If you answered "no," please go to the questions under the heading, "STATEMENT 6."*

14.   Have Plaintiffs proven the statement is true?

_____ YES        ____✓____ NO

*If you answered "no," please go to the next question. If you answered "yes," please go to questions under the heading, "STATEMENT 6."*

### False Light

15.   By making that particular statement, did Plaintiffs commit the tort of False Light against Stefanie Horvath? In other words, has Stefanie Horvath proven the elements of False Light with respect to that statement?

____✓____ YES        _____ NO

*Please go to the next question.*

7

## STATEMENT 6
### Defamation

16. By making the following statement, did Plaintiffs commit the tort of Defamation against Stefanie Horvath? In other words, has Stefanie Horvath proven the elements of Defamation for that statement?

> "It's all in plain sight #pedos ... #kidnappers [photo of Paula, Stefanie below]." (Exhibit No. 1077)

$\checkmark$ ___YES      _____NO

*If you answered "yes," please go to the next question. If you answered "no," please go to the questions under the heading, "STATEMENT 7."*

17. Have Plaintiffs proven the statement is true?

_____YES      $\checkmark$ ___NO

*If you answered "no", please go to the next question. If you answered "yes", please go to the questions under the heading, "STATEMENT 7."*

### False Light

18. By making that particular statement, did Plaintiffs commit the tort of False Light against Stefanie Horvath? In other words, has Stefanie Horvath proven the elements of False Light with respect to that statement?

$\checkmark$ ___YES      _____NO

*Please go to the next question.*

8

## STATEMENT 7
### Defamation

19.   By making the following statement, did Plaintiffs commit the tort of Defamation against Stefanie Horvath? In other words, has Stefanie Horvath proven the elements of Defamation for that statement?

> "BYRON AND STEFANIE ARE MISERABLE. SEX BETWEEN THEM ONLY HAPPENS UNDER THE INFLUENCE OF ALCOHOL. … THE DAMAGE INFLICTED UPON ISLA CONTINUES TO WORSEN AND IS AFFECTING THEIR HOME GREATLY. BYRON CAN'T ACTUALLY STAND TO HE [sic] AROUND STEFANIE BUT HIS EGO WILL NEVER ALLOW HIM ADMIT IT…."
> (Exhibit No. 1100)

   __✓__ YES        _____ NO

*If you answered "yes," please go to the next question. If you answered "no," please go to the questions under the heading, "STATEMENT 8."*

20.   Have Plaintiffs proven the statement is true?

   _____ YES        __✓__ NO

*If you answered "no", please go to the next question. If you answered "yes", please go to go to the questions under the heading, "STATEMENT 8."*

### False Light

21.   By making that particular statement, did Plaintiffs commit the tort of False Light against Stefanie Horvath? In other words, has Stefanie Horvath proven the elements of False Light with respect to that statement?

   __✓__ YES        _____ NO

*Please go to the next question.*

## STATEMENT 8
### Defamation

22.    By making the following statement did Plaintiffs commit the tort of Defamation against Stefanie Horvath? In other words, has Stefanie Horvath proven the elements of Defamation for that statement?

> "Stefanie Vogt was after Byron since 2013, and dyed her hair blonde – after being almost jet black hair. Haley is blonde. Stefanie also created a 'winter wedding' almost identical to Haley and Byron's (as seen in multiple videos) AND kept Haley and Byron's marital bedroom EXACTLY the same including leaving artwork on the wall that was GIFTED TO HALEY AT HER WEDDING (as seen in videos)[.] All indicative of obsession." (Exhibit No. 1102)

√ YES          _____ NO

*If you answered "yes," please go to the next question. If you answered "no," please go to question 25.*

23.    Have Plaintiffs proven the statement is true?

_____ YES          √ NO

*If you answered "no", please go to the next question. If you answered "yes", please go to question no. 25.*

### False Light

24.    By making that particular statement, did Plaintiffs commit the tort of False Light against Stefanie Horvath? In other words, has Stefanie Horvath proven the elements of False Light with respect to that statement?

√ (YES)          ~~NO~~

*Please go to the next question.*

## STATEMENTS 1-8
## DEFAMATION DAMAGES
### Defamation *Per Se*

25.    For any or all of the Statements 1-8 for which you found that the tort of Defamation was proved, AND that the Statements were not true, which of those Statements 1-8, if any, did you find to be defamation *per se* as to Stefanie Horvath?

ANS:  Statement Nos. __1-8__

*If you filled in any Statement Nos., please go to the next question. If you did not, please go to the questions under the heading, "Damages for Defamation that is not Defamation Per Se."*

26.    What is the amount of fair and just compensation to Stefanie Horvath for the injury caused by Plaintiffs' defamation *per se* of Stefanie Horvath?

ANS: $ __1,600,000__

*Please go to the next question.*

11

## STATEMENTS 1-8
### Damages for Defamation that is not Defamation *Per Se*

27.  For all other Statements 1-8 for which you found that the tort of Defamation was proved, AND that the Statements were not true, AND found that they were NOT defamation *per se*, what is the amount of compensatory damages suffered by Stefanie Horvath that were caused by such defamatory Statements? As a reminder, a party must prove special damages as the fourth element of defamation if the statements are not defamation per se.

Special Damages: $ _____

General Damages: $ _____

*Please go to the next question.*


## STATEMENTS 1-8
### Damages-False Light

28.  If you answered "yes" to any or all of the questions above regarding Statements that placed Stefanie Horvath in a false light, what is the amount of compensatory damages to which Stefanie Horvath is entitled that were caused by Plaintiffs' Statements?

Special Damages: $ _____

General Damages: $ 1,600,000

*Please go to the next question.*


### Punitive Damages

29.  Has Stefanie Horvath proven that she is entitled to punitive damages?

✓ YES          _____ NO

*If you answered "Yes," please proceed to the next question. If you answered "No," your deliberations are complete as to these specific counterclaims. Please have*

12

*the foreperson sign the verdict form below and return it to the clerk of court once all verdict forms are signed.*

30.  What amount, if any, do you award as punitive damages against Plaintiffs and in favor of Stefanie Horvath?

$ 10,000,000

$ _____

DATE: 8/13/26

JURY FOREPERSON: /s/ Foreperson

13