# Life Mastery Network, LLC, and Liane Wilson
# v.
# Paula Haygarth, Byron Horvath, and Stefanie Horvath

## Opening Statement on Behalf of Defendants/Counterclaimants Paula Haygarth Byron Horvath and Stefanie Horvath

August 3, 2026

Counsel: Joseph Adams, Laura Moritz, Louise Ing (Dentons US LLP)

DENTONS

# THE PARTIES

**Plaintiff/Counterclaim-Defendant**

LIANE WILSON

Online Teacher, Influencer based in Kauai, thousands of followers

VS.

**Defendants/Counterclaim-Plaintiffs**

Paula Haygarth

Life Coach, Mother, Saskatchewan, Canada

Byron Horvath

Farmer, Father, Saskatchewan, Canada

Stefanie Horvath

Byron's Wife, Mother, Saskatchewan, Canada


© WorldAtlas.com
Northwest Territories
Nunavut
SASKATCHEWAN
LOW-PLAINS-HILLS MTS
Uranium City
Lake Athabasca
Sand Dunes
Stony Rapids
Black Lake
Canadian Shield
Cluff Lake
Wollaston Lake
Churchill River
Clearwater River
Cree Lake
Reindeer Lake
N
150 mi
150 km
Sandy Lake
Churchill Lake
Saskatchewan
Dillon
Churchill River
Manitoba
Alberta
La Ronge
La Ronge Lake
Beauval
Beaver River
Cumberland House
Edmonton
Meadow Lake
Prince Albert N.P.
Big River
White Fox
Lloydminster
Prince Albert
Lake Winnipeg
North Saskatchewan River
Maymont
Melfort
Armit
Biggar
Saskatoon
Lanigan
Coleville
Great Plains
Hanley
Sheho
Calgary
Last Mtn. Lake
Qu'Appelle River
Yorkton
Lake Manitoba
Leader
South Saskatchewan River
Moose Jaw
Wolseley
Great Sand Hills
Regina
Morse
Moosomin
Winnipeg
Tompkins
Cypress Hills
Eastend
Weyburn
Assiniboia
Frenchman
Killdear
Estevan
Grasslands N.P.
Montana
Souris River
North Dakota


ALASKA
CANADA
SASKATCHEWAN
CANADA
Regina
JAPAN
DISTANCE: ~ 3,850 miles / ~ 6,190 kilometers
PACIFIC OCEAN
NORTH AMERICA
USA
MEXICO
HAWAII
USA
Honolulu

Ms. Wilson branded three private citizens as pedophiles, child abusers, and Satan worshippers — and broadcast it widely.




ONLINE
DEFAMATION

# Anonymous Posts

1. Plaintiffs cannot connect defendants to the anonymous posts
2. The statements are opinion and/or true
3. Wilson's own “sources” (students) will testify she manipulated them

# TWO INDEPENDENT WITNESSES

## HALEY WINTER

Spent over $25,000 on Wilson's programs; admits she was under Wilson's influence and made "very bad decisions“; source of most of Wilson’s pedophile and child abuse claims against Byron

## AMANDA BRADY ("MALIE")

Spent over $80,000 on Wilson's teachings/mentorships; source of the "abandoned her son" statement against Paula Haygarth; never independently verified by Wilson


DEFAMATION
PER SE

# This Case Comes Down to Credibility

You will hear different, conflicting versions of the same events. Your job: decide which witnesses to believe, and why.

# WILSON'S STATEMENTS MADE ABOUT PAULA HAYGARTH

"ABANDONED HER OWN SON AUSTIN"

# WILSON'S STATEMENTS ABOUT BYRON HORVATH

"child abuser"

"pedophile"

Claims his daughter "repeatedly says" he abused her;

"locking her in a room, hitting her, causing a panic attack"

"drug addict"

"Satan's soldier"

# WILSON'S STATEMENTS ABOUT STEFANIE HORVATH

"vile group of PEDOS[;] PEDO SUPPORTERS[;] PEDO ALIGNERS[;] VICTIM BLAMERS[.]"

"Satan's soldiers" who "GREATLY HARMED [her] and other women and children in this community with their actions words and deeds[.]"

"so desperate to become Haley by morphing herself to look as much like her as she could . . . moving into Haley's marital home and bed"

"Stefanie Horvath and Byron Horvath drink heavily because Byron Horvath cannot stand to be around her and that their intimacy occurs only when they are drunk.."

# WILSON'S CREDIBILITY

December 2021: pleaded guilty to fraudulent concealment of assets in bankruptcy, a federal crime under 18 U.S.C. § 152(1) Sentenced to five years' probation and a $21,000 fine; *remains on probation*

Swore under oath in this case that she did NOT create the "Exposing Family Abuse" website, but in her federal criminal case, told the Judge that she created that same website

History of Litigation/Lawsuits

Lack of Financials in this lawsuit

# WHAT WE ASK OF YOU:

Find that Plaintiffs did not prove Paula, Byron, or Stefanie authored the anonymous posts

Find that Wilson defamed Paula, Byron, and Stefanie on the counterclaims

Compensate Paula, Byron, and Stefanie for what was taken from them — Paula's livelihood, Byron's reputation as a father, Stefanie's reputation and all of their peace of mind

DENTONS

MAHALO