Defendants/Counter-Claimants

Paula Haygarth, Byron Horvath, and Stefanie Horvath

# CLOSING ARGUMENT


ACCOUNTABILITY

# Defamation – Truth as an Absolute Defense

For both Plaintiffs' Count I and Counterclaimants' Count I, truth is an absolute defense to Defamation and must be proved by the party asserting truth as a defense by a preponderance of the evidence.

The literal truth of every word or detail of the challenged statement is not required; the statement need only be substantially true. With respect to whether a statement is substantially true, it is sufficient if the substance, the gist, the sting, of the matter is true.

# FAKE CON ARTIST MASTER MANIPULATOR

- 1. New Age (Akashic Records stored in whales) with traditional Religion (visitation from Jesus)
- 2. Devout followers (15 in the Courtroom)
- 3. Gives "students" a new name
- 4. Claims to be Psychic
- 5. Threatens Ex-communication Upon Disagreement

# PROGRAMS USE UNDUE INFLUENCE SOCIETAL PRESSURES AND PRIVATE GROUPS TO EXTORT WOMEN

1. Private Chats confirmed by Haley and Amanda
2. Involved in Advocacy for Victims, Family Custody Disputes, other Legal Matters Without Any License.
3. Courses are expensive, and require more buy in.
4. Implanted Memories. False memories

5 No accountability

# 1. Really Does Encourage Fake Police Reports

# 2. Tells all her minions to divorce husbands and take kids

- 1. CPS REPORTS AGAINST BYRON BY HALEY
- 2. Montana Supreme Court Decision -- EXHIBIT 1206
- *Followers of Liana Shanti exhibit a significantly higher-than-average incidence of the recovery of "suppressed memories," which corresponds to a significantly higher-than-average rate of accusations of abuse against spouses and family members.*
- *Teachings that promote the "recollection" of abuse by caregivers cannot be said to be in the best interest of a child, as they can result in either the child creating false memories of abuse at the hands of loved ones or being falsely taught that their loved ones are abusers to be avoided.*
- *Alihana made a false allegation to Missoula Police that Courtney had threatened to kill Alihana, which the police found to be unsubstantiated.*
- 3. Amada Brady witnessed in in Private Group Chats

# CANADA TO FLORIDA”







- 1. Encouraged women to take their children from their Fathers
  - Haley to Isla Florida
  - Amanda to take Ellis and London to Florida
- 2. Cross-Border Movement and Logistics

**Liana Shanti**

**Replying to You**
Q2: You said I have several narcs around me, atleast 4. Can you tell m...

Your mom and dad, Jason all 3 for sure

Now

Screenshot of a message exchange between Liana and Jennifer Veras
Jason Veras

**ARCHIVED GROUP**
Emily Thigpen · Mar 10, 2022 ·

**Amanda Brady**
The full name is actually Destiny Manor - Home of the Water Tiger.😅

Or, as Drew (being the lone adult male) calls it: Too Much Vagina Ranch 😆

It's a fun story that is still somewhat unfolding (we close April 8th) and it's already been full of lessons on surrender, faith, and ego. But yes, it's a beautiful home that we were able to purchase that will be home to My family, Kiana Asherah, Michelle Wellbrock, Riley Lawson, and Haley Winter and their kids and fur babies!

3y 59

# CIVIL CONSPIRACY

A Civil Conspiracy claim is derivative of other wrongs. There can be no claim based upon a conspiracy alone, so Plaintiff must prove an underlying actionable claim against each Defendant.

# Liana Shanti Cult Recovery

**From:** Liana shanti Cult recovery group <lianashanticultrecovery@gmail.com>
**Sent:** Monday, April 10, 2023 4:59 PM
**To:** Liana shanti Cult recovery group
**Subject:** Info from Zoom Call

Hi everyone,

Thanks so much for joining us on the call. We appreciate each and every one of you for trusting us to come forward and share your stories with us. We could not do this without any of you.

Jenni Rose email:
jjennirrose@gmail.com

Shannon Joy email:
shanjmoe26@gmail.com

Jennings Brown email:
jenningsbrown@protonmail.com

Exhibit 52, Aug. 5, 2026

**From:** Liana shanti Cult recovery group <lianashanticultrecovery@gmail.com>
**Date:** April 20, 2023 at 9:07:47 AM CST
**To:** shannon glas <shannonglas4@hotmail.com>
**Subject: Re: Victim Impact Statement re: Liana Shanti**

Got IT !

Thank you Shannon. This will be submitted this morning.
I am very glad you came forward.
Together we are stronger and will make a difference.
best,
Thomas

Exhibit 50, Aug. 5, 2026

# INCOMPLETE FINANCIALS

**SCHEDULE C (Form 1040)** — **Profit or Loss From Business** (Sole Proprietorship) — OMB No. 1545-0074 — 2022

Department of the Treasury Internal Revenue Service

Go to www.irs.gov/ScheduleC for instructions and the latest information.
Attach to Form 1040, 1040-SR, 1040-NR, or 1041; partnerships must generally file Form 1065.
Attachment Sequence No. 09

Name of proprietor: Liane Wilson
Social security number (SSN): Redacted

A Principal business or profession, including product or service (see instructions): Life Masterery Network
B Enter code from instructions: 4 5 6 1 9 0
C Business name. If no separate business name, leave blank. Life Mastery Network LLC
D Employer ID number (EIN) (see instr.)
E Business address (including suite or room no.) [redacted]
City, town or post office, state, and ZIP code [redacted]
F Accounting method: (1) ☒ Cash (2) ☐ Accrual (3) ☐ Other (specify)
G Did you "materially participate" in the operation of this business during 2022? If "No," see instructions for limit on losses ☒ Yes ☐ No
H If you started or acquired this business during 2022, check here ☐
I Did you make any payments in 2022 that would require you to file Form(s) 1099? See instructions ☐ Yes ☒ No
J If "Yes," did you or will you file required Form(s) 1099? ☐ Yes ☐ No

**Part I Income**

1 Gross receipts or sales. See instructions for line 1 and check the box if this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked ☐ — 1 — 2,050,113.
2 Returns and allowances

**Form 1120-S** — **U.S. Income Tax Return for an S Corporation** — OMB No. 1545-0123 — 2023

Department of the Treasury Internal Revenue Service

Do not file this form unless the corporation has filed or is attaching Form 2553 to elect to be an S corporation.
Go to www.irs.gov/Form1120S for instructions and the latest information.

For calendar year 2023 or tax year beginning , 2023, ending

A S election effective date: 01/01/2023
B Business activity code number (see instructions): 456190
C Check if Sch. M-3 attached ☐

TYPE OR PRINT — Name: Life Mastery Network, LLC
Number, street, and room or suite no. If a P.O. box, see instructions. 5940 S Rainbow Blvd
City or town, state or province, country, and ZIP or foreign postal code: Las Vegas NV 89118

G Is the corporation electing to be an S corporation beginning with this tax year? See instructions. ☒ Yes ☐ No
H Check if: (1) ☐ Final return (2) ☐ Name change (3) ☐ Address change (4) ☐ Amended return (5) ☐ S
I Enter the number of shareholders who were shareholders during any part of the tax year
J Check if corporation: (1) ☐ Aggregated activities for section 465 at-risk purposes (2) ☐ Grouped activities for secti

Caution: Include only trade or business income and expenses on lines 1a through 22. See the instructions for more info

1a Gross receipts or sales 936,699. b Less returns and allowances c Balance 1c 936,699.

| | | | |
|---|---|---|---|
| 24a | Current year's estimated tax payments and preceding year's overpayment credited to the current year | 24a | |
| b | Tax deposited with Form 7004 | 24b | 0. |
| c | Credit for federal tax paid on fuels (attach Form 4136) | 24c | |
| d | Elective payment election amount from Form 3800 | 24d | |
| z | Add lines 24a through 24d | 24z | 0. |
| 25 | Estimated tax penalty (see instructions). Check if Form 2220 is attached ☐ | 25 | |
| 26 | Amount owed. If line 24z is smaller than the total of lines 23c and 25, enter amount owed | 26 | 0. |
| 27 | Overpayment. If line 24z is larger than the total of lines 23c and 25, enter amount overpaid | 27 | |
| 28 | Enter amount from line 27: Credited to 2024 estimated tax Refunded | 28 | |

Tax and Payments

EX
1058

Dec. 2022










Exhibit 1104 - posted September 2023

# COUNTERCLAIM

## 1. DEFAMATION

## 2. FALSE LIGHT INVASION of PRIVACY

## Defamatory Defined

A communication is defamatory when it tends to harm the reputation of another as to lower him or her in the estimation of the community or deter third persons from associating or dealing with him or her.

Whether a communication is defamatory depends on the social climate, current public opinion, and local setting.

# STATEMENTS ABOUT PAULA

"Jesus we ask you to DELETE AND DESTROY all toxic lies from this satan servant – PAULA HAYGARTH – who is campaigning to invalidate truths of #childabuse to cover up her own misery. She is hateful and envious, and in her hatred and envy, she cannot bring herself to acknowledge the pain of all the children who have been harmed by their parents. She abandoned her own son Austin, and her guilt and shame have turned her into a soldier for satan." Defendants' Exhibit 1045 (PH000535) (admitted).

"Paula Haygarth. Abandon your own child so you have free time to attack other people's children [emoji]." Defendants' Exhibit 1046 (admitted).

Already found defamatory per se

# STATEMENTS ABOUT BYRON

"What WE are doing in this JESUS LED community in calling out THESE people … Paula Haygarth … Stephanie Vogt … Byron Horvath … This vile group of PEDOS PEDO SUPPORTERS PEDO ALIGNERS VICTIM BLAMERS." Defendants' Exhibit 1076 (PH000564-565) (admitted).

"…Their situation is dire. Isla is still with the man BYRON HORVATH who this little girl repeatedly says abused her in the recordings. Hit her. Locked her in a room for hours where she had to Pee on the floor. Wrestled this small child who has a serious heart condition into a panic attack." Defendants' Exhibit 1060 (HH000994)

# STATEMENTS ABOUT STEFANIE

"Stefanie Vogt was after Byron since 2013, and dyed her hair blonde – after being almost jet black hair. Haley is blonde. Stefanie also created a 'winter wedding' almost identical to Haley and Byron's (as seen in multiple videos) AND kept Haley and Byron's marital bedroom EXACTLY the same including leaving artwork on the all that was GIFTED TO HALEY AT HER WEDDING (as seen in videos) All indicative of obsession." Defendants' Exhibit 1102 (HH001627)

# FALSE LIGHT INVASION OF PRIVACY

- 1. Must prove that Liane Wilson placed them before the public in a false light;

- 2. the false light in which they were placed would be highly offensive to a reasonable person;




EXHIBIT
1156



lianashanti 3h

THERE IS NOT A SINGLE TRULY HAPPY PERSON AMONG THEM.

NOT ONE HAS A LOVING HEALTHY RELATIONSHIP.

IT'S SO IMPORTANT TO UNDERSTAND THAT.

BYRON AND STEFANIE ARE MISERABLE. SEX BETWEEN THEM ONLY HAPPENS UNDER THE INFLUENCE OF ALCOHOL. THEY ARE STRUGGLING TO DEAL WITH THEIR SON WHO IS NOT HEALTHY OR WELL. THE DAMAGE INFLICTED UPON ISLA CONTINUES TO WORSEN AND IS AFFECTING THEIR HOME GREATLY. BYRON CAN'T ACTUALLY STAND TO HE AROUND STEFANIE BUT HIS EGO WILL NEVER ALLOW HIM ADMIT IT. HE TAKES DIRECTION FROM HIS JOCASTA MOTHER. SO MUCH OF THEIR DAILY CONVERSATIONS ARE FOCUSED ON HALEY - A LOVING MOTHER AND BEAUTIFUL JESUS LOVING HUMAN. HER LIGHT IS BLINDING THEM AS THEY SEEM WAYS TO SILENCE AND HARM HER.

Reply to lianashanti...

**EXHIBIT 1100**

lianashanti 2h

Evil dark satanic people like Byron Horvath
Brian Winter
Stefanie Vogt
Donna Winter
Roxanne Oulette

Manipulate and use corrupt systems to GAG AND SILENCE mothers speaking out about abuse.

These people are UNSTABLE UNHINGED AND DANGEROUS

Please pray for Isla
Go to the EFC website and listen to Isla's pleas for help in her own voice about what her satanic father did to her

EXPOSINGFAMILYCULTS.COM

Reply to lianashanti...

**EXHIBIT 1068**




**EXHIBIT 1055**

# TRUTH IS A DEFENSE BUT WHERE DID THE “TRUTH” COME FROM?

LIANE WILSON TESTIFIED:

- ALL INFORMATION ABOUT PAULA, BYRON AND STEFANIE CAME FROM EITHER AMANDA OR HALEY.
- ALL OF IT.




Screenshot of a Signal conversation between Liana and a follower
Signal

EXHIBIT 22

FILED
08/04/2026
Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA
Case Number: DA 25-0763

DA 25-0763

IN THE SUPREME COURT OF THE STATE OF MONTANA

2026 MT 178N

¶32 The evidence in the record makes it clear that Liana Shanti and her group are known to encourage followers to discover and act upon false "repressed memories" of abuse.

Exhibit 1206

We ask you to:

- First: Find for the Defendants on all of Plaintiffs' claims.

- Second: Find for the Counter-Claimants—Paula Haygarth, Byron Horvath, and Stefanie Horvath—on their claims for defamation and false light invasion of privacy.

- Third: Award compensatory damages for the devastating harm done to their reputations, their emotional well-being, and their lives.

- Fourth: Award punitive damages in an amount sufficient to deter Ms. Wilson from ever doing this again.

# PUNITIVE DAMAGES

**Did Paula Byron or Stefanie prove by clear and convincing evidence that Liane Wilson (aka Liana Shanti) acted intentionally, willfully, wantonly, or oppressively or with reckless disregard for her rights?**

**Yes:**  ________ **No:** ________

# HOW MUCH TO DETER FUTURE CONDUCT?

## What amount, if any, do you award as punitive damages against Counter-Defendant Liane Wilson?

$ $50,000,000