LOUISE K.Y. ING 2394
LAURA P. MORITZ 7860
JOSEPH B. ADAMS 11434

DENTONS US LLP
1001 Bishop Street, Suite 1800
Honolulu, HI 96813
Telephone: 808 524 1800
Facsimile: 808 524 4591
Email: louise.ing@dentons.com
laura.moritz@dentons.com
joseph.adams@dentons.com

Attorneys for Defendants/Counterclaimants
PAULA HAYGARTH, BYRON HORVATH, and
STEFANIE HORVATH

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LIFE MASTERY NETWORK LLC, a Nevada limited liability company dba LIANA SHANTI ENTERPRISES and LIANE WILSON, also known in the community as LIANA SHANTI,<br><br>Plaintiffs/Counterclaim Defendants,<br><br>v.<br><br>PAULA HAYGARTH, BYRON HORVATH, STEFANIE HORVATH, JANE DOES 2-10, and JOHN DOES 1-10,<br><br>Defendants/ Counterclaimants. | CIVIL NO. 1:25-cv-00297-JAO-RT<br><br>**PROPOSED JUDGMENT IN A CIVIL CASE**<br><br>Jury Trial: August 3, 2026<br>Judge: Hon. Jill A. Otake |

## PROPOSED JUDGMENT IN A CIVIL CASE

This action came before the Court for a trial by jury on August 3, 2026. Defendants/Counterclaimants' equitable claims against Plaintiffs/Counterclaim Defendants remain pending before the Court. The issues triable to a jury have been tried, the jury has rendered its verdict, and the Court has issued its *Order (1) Granting in Part Defendants' Daubert Motion, ECF No. 42; (2) Granting in Part Defendants' Motion for Summary Judgment on Plaintiffs' Complaint, ECF No. 46; Granting in Part Defendants' Motion for Summary Judgment on Defendants' Counterclaims, ECF No. 49; and Denying Plaintiffs' Motion to Strike, ECF No. 72*, entered May 22, 2026 (ECF 92). The Parties named in this Judgment are Plaintiff/Counterclaim Defendants Liane Wilson, also known in the community as Liana Shanti, and Life Mastery Network, Inc., dba Liana Shanti Enterprises (referred to as "Plaintiffs" or "Plaintiffs/Counterclaim Defendants") and Defendants/Counterclaimants Paula Haygarth, Byron Horvath, and Stefanie Horvath (referred to as "Defendants" or "Counterclaimants").

As to the issues tried by jury, IT IS ORDERED AND ADJUDGED that Judgment is entered in accordance with (1) the *Special Jury Verdict Form to Plaintiffs' Claims Against Paula Haygarth* (redacted as to foreperson's signature), ECF 245, (2) the *Special Jury Verdict Form to Plaintiffs' Claims against Byron Horvath* (redacted as to foreperson's signature), ECF 247, (3) the *Special Jury Verdict Form to Plaintiffs' Claims Against Stefanie Horvath* (redacted as to

foreperson's signature), ECF 249, (4) the *Special Jury Verdict Form as to Paula Haygarth's Counterclaims Against Plaintiffs* (redacted as to foreperson's signature), ECF 251, (5) the *Special Jury Verdict Form as to Byron Horvath's Counterclaims Against Plaintiffs* (redacted as to foreperson's signature), ECF 254, and (6) the *Special Jury Verdict Form as to Stefanie Horvath's Counterclaims Against Plaintiffs* (redacted as to foreperson's signature), ECF 255, all in Case No. 25-cv-00297-JAO-RT, filed on August 14, 2026:

(1) as to Plaintiffs' Count I (defamation), judgment in favor of each of the Defendants and against each of the Plaintiffs (ECF 245, 247, 249);

(2) as to Plaintiffs' Count II (false light), judgment in favor of each of the Defendants and against each of the Plaintiffs (*id.*);

(3) as to Plaintiffs' Count III (intentional infliction of emotional distress), judgment in favor of each of the Defendants and against each of the Plaintiffs (*id.*);

(4) as to Plaintiffs' Count IV (civil conspiracy), judgment in favor of each of the Defendants and against each of the Plaintiffs (*id.*);

(5) Plaintiffs' Count V (punitive damages) is not a separate claim but a potential remedy arising from Plaintiffs' Counts I-IV had the jury found in favor of Plaintiffs and against Defendants on one or more counts;

(6) as to Counterclaimant Paula Haygarth's First Claim for Relief against Plaintiffs/Counterclaim Defendants (defamation), judgment in favor of Paula Haygarth and against Plaintiffs/Counterclaim Defendants and each of them, jointly and severally, in the amount of $2,100,000.00 for compensatory damages (ECF 251);

(7) as to Counterclaimant Paula Haygarth's Second Claim for Relief against Plaintiffs/Counterclaim Defendants (false light), judgment in favor of Paula Haygarth and against Plaintiffs/Counterclaim Defendants and each of them, jointly and severally, in the amount of $1,600,000.00 for compensatory damages (*id.*);

(8) as to both of Counterclaimant Paula Haygarth's claims for relief, punitive damages in favor of Paula Haygarth and against Plaintiffs/Counterclaim Defendants and each of them, jointly and severally, in the amount of $10,000,000.00 (*id.*);

(9) as to Counterclaimant Byron Horvath's First Claim for Relief against Plaintiffs/Counterclaim Defendants (defamation), judgment in favor of Byron Horvath and against Plaintiffs/Counterclaim Defendants and each of them, jointly and severally, in the amount of $1,600,000.00 for compensatory damages (ECF 254);

(10) as to Counterclaimant Byron Horvath's Second Claim for Relief against Plaintiffs/Counterclaim Defendants (false light), judgment in favor of Byron Horvath and against Plaintiffs and each of them, jointly and severally, in the amount of $1,600,000.00 for compensatory damages (*id.*);

(11) as to both of Counterclaimant Byron Horvath's claims for relief, punitive damages in favor of Byron Horvath and against Plaintiffs and each of them, jointly and severally, in the amount of $10,000,000.00 (*id.*);

(12) as to Counterclaimant Stefanie Horvath's First Claim for Relief against Plaintiffs/Counterclaim Defendants (defamation), judgment in favor of Stefanie Horvath and against Plaintiffs/Counterclaim Defendants and each of them jointly and severally, in the amount of $1,600,000.00 for compensatory damages (ECF 255);

(13) as to Counterclaimant Stefanie Horvath's Second Claim for Relief against Plaintiffs/Counterclaim Defendants (false light), judgment in favor of Stefanie Horvath and against Plaintiffs/Counterclaim Defendants and each of them jointly and severally, in the amount of $1,600,000.00 for compensatory damages (*id.*); and

(14) as to both of Counterclaimant Stefanie Horvath's claims for relief, punitive damages in favor of Stefanie Horvath and against Plaintiffs and each of them, jointly and severally, in the amount of $10,000,000.00 (*id.*).

This is a final judgment on the issues triable to a jury against the Plaintiffs/Counterclaim Defendants LIANE WILSON, aka LIANA SHANTI, and LIFE MASTERY NETWORK, LLC, and each of them jointly and severally, and in favor of the Defendants/Counterclaimants PAULA HAYGARTH, BYRON HORVATH and STEFANIE HORVATH as set forth above, pursuant to Federal Rules of Civil Procedure Rule 54(b), as there is no just reason for delay. This is an appealable judgment.

DATED: Honolulu, Hawaiʻi, August 28, 2026.

/s/ Laura P. Moritz
LOUISE K.Y. ING
LAURA P. MORITZ
JOSEPH B. ADAMS

Attorneys for Defendants/Counterclaimants
PAULA HAYGARTH, BYRON
HORVATH, and STEFANIE HORVATH