IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

LIFE MASTERY NETWORK LLC, a Nevada limited liability company dba LIANA SHANTI ENTERPRISES and LIANE WILSON, also known in the community as LIANA SHANTI,

Plaintiffs/Counterclaim Defendants,

v.

PAULA HAYGARTH, BYRON HORVATH, STEFANIE HORVATH, JANE DOES 2-10, and JOHN DOES 1-10,

Defendants/ Counterclaimants.

Civil No. 1:25-cv-00297-JAO-RT

**DECLARATION OF LAURA P. MORITZ**

**DECLARATION OF LAURA P. MORITZ**

I, Laura P. Moritz, do hereby declare and state under penalty of perjury that the following facts are true and correct:

1. I am an attorney with DENTONS US LLP ("Dentons") and am counsel of record for Defendants/Counterclaimants Paula Haygarth, Byron Horvath, and Stefanie Horvath (collectively "**Counterclaimants**"). I have personal knowledge of the facts contained in this declaration which are true and correct.

2. I am making this Declaration in support of Defendants/ Counterclaimants' *Motion for Rule 54(b) Certification of (1) the Order Granting in Part Defendants' Motions for Summary Judgment (ECF 92); and (2) the Special Jury Verdict Forms Entered on August 14, 2026 (ECF 245, 247, 249, 251, 253, 255)*.

3. Attached hereto as **Exhibit "A"** is a true and accurate copy of the original Complaint in this action filed December 6, 2022 in the Fifth Circuit Court for the State of Hawai'i ("**State Court**").

4. Attached hereto as **Exhibit "B"** is a true and accurate copy of First Amended Complaint filed July 3, 2025 in this action in the State Court.

5. Attached hereto as **Exhibit "C"** is a true and accurate copy of the Counterclaimants First Amended Complaint; Amended Counterclaim filed July 14, 2025 in this action in the State Court.

6. Attached as **Exhibit "D"** is a true and accurate copy of Counterclaimants' Proposed Rule 54(b) Judgment in a Civil Case for the Court's consideration.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED: Honolulu, Hawai'i, September 11, 2026.

/s/ Laura P. Moritz
LAURA P. MORITZ