LOUISE K.Y. ING 2394
LAURA P. MORITZ 7860
JOSEPH ADAMS 11434

DENTONS US LLP
1001 Bishop Street, Suite 1800
Honolulu, HI 96813
Telephone: 808 524 1800
Facsimile: 808 524 4591
Email: louise.ing@dentons.com
laura.moritz@dentons.com
joseph.adams@dentons.com

Attorneys for Defendants/Counterclaimants
PAULA HAYGARTH, BYRON HORVATH, and
STEFANIE HORVATH

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LIFE MASTERY NETWORK LLC, a Nevada limited liability company dba LIANA SHANTI ENTERPRISES and LIANE WILSON, also known in the community as LIANA SHANTI,<br><br>Plaintiffs/Counterclaim Defendants,<br><br>v.<br><br>PAULA HAYGARTH, BYRON HORVATH, STEFANIE HORVATH, JANE DOES 2-10, and JOHN DOES 1-10,<br><br>Defendants/ Counterclaimants. | CIVIL NO. 1:25-cv-00297-JAO-RT<br><br>**DEFENDANTS/ COUNTERCLAIMANTS' STATUS REPORT RE PURSUIT OF EQUITABLE RELIEF [EO 273]**<br><br>Trial: August 3, 2026<br>Judge: Hon. Jill A. Otake |

**DEFENDANTS/COUNTERCLAIMANTS' STATUS REPORT RE PURSUIT OF EQUITABLE RELIEF [EO 273]**

Pursuant to the Court's EO 273 directing that "Defendants shall file a status report outlining their plans to pursue equitable relief…," Defendants/ Counterclaimants Paula Haygart, Byron Horvath, and Stefanie Horvath ("**Defendants/Counterclaimants**"), by and through their counsel Dentons US LLP, hereby advise the Court as follows:

Defendants/Counterclaimants intend to file a motion for equitable relief no later than September 21, 2026.

Defendants/Counterclaimants anticipate the motion for equitable relief will ask the Court to impose two types of injunctive/mandatory relief: (1) require Plaintiffs/Counterclaim Defendants Life Mastery Network LLC and Liane Wilson ("**Plaintiffs**") to remove from all of Plaintiffs' social media handles and websites, including, but not necessarily limited to, www.exposingfamilyabuse.com, those statements about Defendants/Counterclaimants which were found to be defamatory in the Court's *Order (1) Granting in Part Defendants' Daubert Motion, ECF No. 42; (2) Granting in Part Defendants' Motion for Summary Judgment on Plaintiffs' Complaint, ECF No. 46; Granting in Part Defendants' Motion for Summary Judgment on Defendants' Counterclaims, ECF No. 49; and Denying Plaintiffs' Motion to Strike, ECF No. 72*, entered May 22, 2026 (ECF 92) ("**MSJ Order**") and

the jury's Special Verdict Forms as to Defendants/Counterclaimants' Counterclaims (ECF 251, 254, 255) ("**Verdict re Counterclaims**"), and (2) issue an injunction prohibiting Plaintiffs from repeating the statements or making statements of similar content about any of the Defendants/Counterclaimants which were found to be defamatory in the MSJ Order and Verdict re Counterclaims in any medium available to the public, including but not limited to the Internet and on Plaintiffs' social media handles.

DATED: Honolulu, Hawai‘i, September 11, 2026.

/S/ LAURA P. MORITZ
LOUISE K.Y. ING
LAURA P. MORITZ
JOSEPH B. ADAMS

Attorneys for Defendants/Counterclaimants
PAULA HAYGARTH, BYRON
HORVATH, and STEFANIE HORVATH