IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LIFE MASTERY NETWORK LLC, a Nevada limited liability company dba LIANA SHANTI ENTERPRISES and LIANE WILSON, also known in the community as LIANA SHANTI,<br><br>Plaintiffs/Counterclaim Defendants,<br><br>v.<br><br>PAULA HAYGARTH, BYRON HORVATH, STEFANIE HORVATH, JANE DOES 2-10, and JOHN DOES 1-10,<br><br>Defendants/ Counterclaimants. | Civil No. 1:25-cv-00297-JAO-RT<br><br>**DECLARATION OF LAURA P. MORITZ** |

**DECLARATION OF LAURA P. MORITZ**

I, Laura P. Moritz, do hereby declare and state under penalty of perjury that the following facts are true and correct:

1. I am an attorney with DENTONS US LLP ("Dentons") and am counsel of record for Defendants/Counterclaimants Paula Haygarth, Byron Horvath, and Stefanie Horvath (collectively "**Counterclaimants**"). I have personal knowledge of the facts contained in this declaration which are true and correct.

2. I am making this Declaration in support of Defendants/ Counterclaimants' *Motion for Equitable Relief Regarding Defamatory Statements* in the above-captioned case.

3. On August 31, 2026, in accordance with LR 7.8, I had a discussion by telephone conference with Plaintiffs' counsel, Jeff Portnoy and Troy Young, to discuss the basis for this motion. Unfortunately, we did not come to any agreement to narrow the issues raised by this motion.

4. Attached hereto as **Exhibit "A"** is a true and accurate copy of the relevant portions from the Liane Wilson Deposition Transcript, Volume II, pages 324:10-325:8.

5. Attached hereto as **Exhibit "B"** is a true and accurate copy of the relevant portions from the Transcript of Jury Trial in this matter, Day 7, page 7-177:13 through 7-178:12.

6. Attached hereto as **Exhibit "G"** is a true and accurate copy of the relevant portions from the Transcript of the Jury Trial in this matter, Day 5, page 5-10:12 through 5-11:6 and page 5:25:3 through 5-28:19.

7. Attached hereto as **Exhibit "H"** is a true and accurate copy of the relevant portions from the Transcript of the Jury Trial in this matter, Day 6, page 6-30:24 through 6-32:4 and page 6-229:18 through 6-231:5.

8. Attached hereto as **Exhibit "I"** is a true and accurate copy of the relevant portions from the Transcript of the Jury Trial in this matter, Day 7, page 7-58:20 through 7-59:6.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED: Honolulu, Hawai'i, September 21, 2026.

/s/ Laura P. Moritz
LAURA P. MORITZ