IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LIFE MASTERY NETWORK LLC, a Nevada limited liability company dba LIANA SHANTI ENTERPRISES and LIANE WILSON, also known in the community as LIANA SHANTI,<br><br>Plaintiffs/Counterclaim Defendants,<br><br>v.<br><br>PAULA HAYGARTH, BYRON HORVATH, STEFANIE HORVATH, JANE DOES 2-10, and JOHN DOES 1-10,<br><br>Defendants/ Counterclaimants. | Civil No. 1:25-cv-00297-JAO-RT<br><br>**DECLARATION OF PAULA HAYGARTH** |

**DECLARATION OF PAULA HAYGARTH**

I, Paula Haygarth, do hereby declare and state under penalty of perjury that the following facts are true and correct:

1. I am a Defendant and Counterclaimant in this matter. I have personal knowledge of the facts contained in this declaration which are true and correct.

2. I am making this Declaration in support of Defendants/ Counterclaimants' *Motion for Equitable Relief Regarding Defamatory Statements* in the above-captioned case.

3. On September 16, 2026, I visited the website www.exposingfamilyabuse.com. The website used to be identified by the title www.exposingfamilycults.com.

4. Attached hereto as **Exhibit "C"** is a true and accurate copy of screen shots I took of certain pages on the www.exposingfamilyabuse.com website on September 16, 2026.

5. Attached hereto as **Exhibit "D"** is a true and accurate copy of screen shots I took of certain pages on the www.exposingfamilyabuse.com website on September 16, 2026.

6. Attached hereto as **Exhibit "E"** is a true and accurate copy of screen shots I took of certain pages on the www.exposingfamilyabuse.com website on September 16, 2026.

7. Attached hereto as **Exhibit "F"** is a true and accurate copy of another screen shot I took of certain pages on the www.exposingfamilyabuse.com website on September 16, 2026.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

EXECUTED: British Columbia, Canada, September 21, 2026.

/s/ [signature]
PAULA HAYGARTH