IN THE CIRCUIT COURT OF THE FIFTH CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| LIFE MASTERY NETWORK LLC, a Nevada limited liability company dba LIANA SHANTI ENTERPRISES and LIANE WILSON, also known in the community as LIANA SHANTI, | )CIVIL NO. 5CCV-22-0000107 )(Other Civil Action) |
| | )(Pages 193 to 331) |
| Plaintiff/Counterclaim Defendants, | ) |
| vs. | ) |
| PAULA HAYGARTH, BYRON HOROVATH, JANE DOES 1-10, and JOHN DOES 1-10, | ) |
| Defendants/ Counterclaimants. | ) |

Certified Transcript

VOLUME II of II

VIDEOTAPED DEPOSITION OF LIANE WILSON

Thursday, January 16, 2025

REPORTED BY: JAMIE S. MIYASATO, RPR

State of Hawaii CSR No. 394

IN THE CIRCUIT COURT OF THE FIFTH CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| LIFE MASTERY NETWORK LLC, a Nevada limited liability company dba LIANA SHANTI ENTERPRISES and LIANE WILSON, also known in the community as LIANA SHANTI,<br><br>Plaintiff/Counterclaim Defendants,<br><br>vs.<br><br>PAULA HAYGARTH, BYRON HOROVATH, JANE DOES 1-10, and JOHN DOES 1-10,<br><br>Defendants/ Counterclaimants. | )CIVIL NO. 5CCV-22-0000107<br>)(Other Civil Action) |

VOLUME II

VIDEOTAPED DEPOSITION OF LIANE WILSON,

taken on behalf of the Defendants/Counterclaimants pursuant to Notice, on Thursday, January 16, 2025, commencing at 10:06 a.m., at Chamber of Commerce, 4268-I Rice Street, Lihue, Hawaii, 96766, before Jamie Miyasato, RPR, State of Hawaii CSR No. 394.

APPEARANCES:

For Plaintiffs/Counterclaim Defendants LIFE MASTERY NETWORK LLC, a Nevada limited liability company dba LIANA SHANTI ENTERPRISES and LIANE WILSON, also known in the community as LIANA SHANTI:

JEFFREY S. PORTNOY, ESQ.
Cades Schutte
1000 Bishop Street, Suite 1200
Honolulu, Hawaii 96813-4212
Telephone: (808)521-9200
Email: jportnoy@cades.com

For the Defendants/Counterclaimants PAULA HAYGARTH and BYRON HORVATH (via Zoom):

LAURA P. MORITZ, ESQ.
LOUISE K.Y. ING, ESQ.
Dentons US LLP
1001 Bishop Street, Suite 1800
Honolulu, Hawaii 96813-3689
Telephone: (808)524-1800
Email: laura.moritz@dentons.com
louise.ing@dentons.com

Also present:

David Linhares, iDepo Certified Video Specialist

Chance Wilson, Deponent Liane Wilson's son

LIHUE, HAWAI`I

Thursday, January 16, 2025

10:06 a.m.

-o0o-

(Pursuant to Rule 14 of the Rules Governing Court Reporting in Hawaii, the reporter's disclosure is available.)

THE VIDEOGRAPHER: We are now recording on the record. My name is David Linhares. I am a certified legal video specialist for iDepo Hawaii. My business address is Finances Factors Center, 1164 Bishop Street, Honolulu, Hawaii, 96813. I am not related to any party in this action. I am not financially interested in the outcome in any way.

Today is 1/16/2025, and the time is 10:06. This is the deposition of Liane Wilson, aka Liana Shanti, Volume II. In the Matter of Life Mastery Network, LLC, a limited liability company, dba Liana Shanti Enterprises, Plaintiff/ Counterclaimant, versus Paula Haygarth, et al., Defendant/Counterclaimant, in the Circuit Court of the Fifth Circuit of the State of Hawaii.

This deposition is being taken at the Chamber of Commerce Hawaii, Lihue, Hawaii, 96766, on behalf of the Defendant/Counterclaimants. The court reporter is Jamie Miyasato of iDepo Hawaii, LLC. The counsel have stated their appearances, and the deponent remains under oath.

LIANE WILSON,

having been called as a witness and being previously duly sworn to tell the truth, the whole truth and nothing but the truth, was examined and testified as follows:

EXAMINATION

BY MS. MORITZ:

**Q Good morning, Liana.**

A Hello.

**Q Thanks for coming back today. And you remember you are still under oath?**

A Yes, ma'am.

**Q Okay. Great. I'll try and work as efficiently as I can today so we can get through this. Just to begin, I wanted to confirm your Instagram account is lianashanti, one word, l-i-a-n-a-s-h-a-n-t-i?**

A Not formally.

**Q Okay. Does she have an understanding to your knowledge about what -- about specific topics she's allowed to post about?**

A You'd have to ask her. I don't know what her understanding is. That's not --

**Q Well, have you instructed her that she's only allowed to post about certain things?**

A No.

**Q No? Do you have any intention to stop posting on Instagram or Facebook or any of the other social media platforms about my clients?**

A Any intention to stop? I have no intention to stop advocating for Isla and other victims of domestic violence and child sexual abuse.

**Q That wasn't my question.**

**My question was: Do you have any intention to stop posting on your social media platforms about my clients?**

A But that's my answer. I will continue to post about people, including Isla, who is a victim of child sexual abuse.

**Q It's a yes-or-no answer.**

**So the question is: Do you have any intention to stop posting on your social media**

**platforms about my clients?**

A I've already answered.

**Q No, you haven't.**

MR. PORTNOY: Move on.

BY MS. MORITZ:

**Q That's the only answer you're going to give?**

A Yes.

**Q We'll mark this next in sequence please.**

THE COURT REPORTER: 16.

(Whereupon, Defendants' Exhibit No. 16 was marked for identification by the deposition officer and is attached hereto.)

BY MS. MORITZ:

**Q You ever seen this document before?**

A I don't think so.

**Q You want to take a look at it and make sure?**

A Yeah. I think we talked about this yesterday, and I said I don't think I've seen it.

**Q Why don't you take a second to read it.**

A Uh-huh.

**Q You're done reading it?**

A Yes.

STATE OF HAWAI'I )
)
CITY AND COUNTY OF HONOLULU )

I, JAMIE MIYASATO, Certified Court Reporter, Certificate No. 394, for the State of Hawaii, hereby certify:

That on January 16, 2025, at 10:06 a.m., that LIANE WILSON, witness, appeared before me whose testimony is contained herein; that prior to being examined, the witness was, by me, duly sworn;

That pursuant to Rule 30(e) of the Hawaii Rules of Civil of Civil Procedure, a request for an opportunity to review and make changes to this transcript:

( ) Was made by the deponent or a party (and/or their attorney) prior to the completion of the deposition.

( ) Was NOT made by the deponent or a party (and/or their attorney) prior to the completion of the deposition.

(X) Was made by the deponent or a party (and/or their attorney) immediately after the completion of the deposition.

( ) Was waived.

I further certify that I am not an attorney for any of the parties hereto, nor in any way concerned with the cause.

Dated: January 21, 2025, in Honolulu, Hawaii.

/s/ Jamie Miyasato

Jamie Miyasato

JAMIE MIYASATO, HAWAII CSR 394
iDepo Hawaii, LLC
808-664-6677