IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| LIFE MASTERY NETWORK LLC, a Nevada limited liability company dba LIANA SHANTI ENTERPRISES and LIANE WILSON, also known in the Community as LIANA SHANTI,<br><br>Plaintiffs/<br>Counterclaim Defendants,<br><br>vs.<br><br>PAULA HAYGARTH, BYRON HORVATH, STEFANIE HORVATH, JANE DOES 2-10, and JOHN DOES 1-10,<br><br>Defendants/<br>Counterclaimants.<br>______________________________ | ) | CIVIL NO. 25-00297JAO-RT<br><br>Honolulu, Hawaii<br>August 11, 2026<br><br>JURY TRIAL - DAY 7 |

TRANSCRIPT OF JURY TRIAL
BEFORE THE HONORABLE JILL A. OTAKE,
UNITED STATES DISTRICT JUDGE

APPEARANCES:

| | |
|---|---|
| For the Plaintiffs/<br>Counterclaim Defendants: | JEFFREY S. PORTNOY, ESQ.<br>TROY C. YOUNG, ESQ.<br>Cades Schutte<br>1000 Bishop Street, Suite 1200<br>Honolulu, Hawaii 96813-4212 |
| For Defendants/<br>Counterclaimants: | JOSEPH B. ADAMS, ESQ.<br>LOUISE K.Y. ING, ESQ.<br>LAURA P. MORITZ, ESQ.<br>Dentons US LLP<br>1001 Bishop Street, Suite 1800<br>Honolulu, Hawaii 96813 |

**EXHIBIT B**

Official Court Reporter: Cynthia Fazio, RMR, CRR, CRC
United States District Court
300 Ala Moana Blvd., C-270
Honolulu, Hawaii 96850

Proceedings recorded by machine shorthand, transcript produced with computer-aided transcription (CAT).

THE COURT: Okay. Next question.
BY MR. ADAMS:
Q And it says here that it was made on the ExposingFamilyAbuse.com website, doesn't it?
01:26PM A That's your counterclaim, it's a lie.
Q I'm asking you if that's what it says here in the same paragraph, that that statement was posted on that website?
A That's what you're alleging, yes.
Q You admit that you made that statement originally, didn't
01:26PM you?
A I don't know if it was originally, but I have said it on my Instagram, absolutely.
Q And you have no remorse for any of the statements you have made, that's -- you what testified here today, right?
01:27PM A First of all, nobody asked me about remorse. But I absolutely stand behind what I said, because what I said is absolutely my opinion based on facts.
Q No remorse, correct?
A What do you -- what do you want -- what are you talking
01:27PM about with remorse?
Q Do you have any remorse? You know what the word means, right?
A I know what remorse means. But do you mean about getting involved with Haley? Yes, I have remorse for that because this
01:27PM got brought into my life. Do I have remorse for standing up

for victims of child abuse? Absolutely not, zero. Nor would I.
Q And you don't have any remorse about posting anything about Isla online, right?
01:27PM A Her mother asked me to, and I was -- yes.
Q Please answer my question, please.
Do you have remorse about posting anything about Isla online?
A I have no remorse for posting about child advocacy, none.
01:27PM Q And you will continue to do it, won't you, after this trial?
A Of course.
MR. ADAMS: Thank you.
No further questions, Your Honor.
01:27PM THE COURT: Any redirect?
MR. PORTNOY: Nope.
THE COURT: All right. You may call your next witness.
MR. PORTNOY: That's it. We rest.
01:28PM THE COURT: Any further witnesses from the defense?
MR. ADAMS: No, Your Honor.
THE COURT: Okay. Ladies and gentlemen, good news. We're done earlier than expected, totally.
And I'm going to let the witness stay on the stand
01:28PM until I excuse you for the day to explain to explain what's

COURT REPORTER'S CERTIFICATE

I, CYNTHIA FAZIO, Official Court Reporter, United States District Court, District of Hawaii, do hereby certify that pursuant to 28 U.S.C. §753 the foregoing pages is a complete, true, and correct transcript of the stenographically reported proceedings held in the above-entitled matter and that the transcript page format is in conformance with the regulations of the Judicial Conference of the United States.

DATED at Honolulu, Hawaii, August 11, 2026.

*/s/ Cynthia Fazio*
CYNTHIA FAZIO, RMR, CRR, CRC