7:36

anything about her programs and courses.

So you must be wondering, if that's true, why would she attack Liana and create a sick deranged story of defamation and online harassment and bullying campaign towards Liana and her family, someone she doesn't know, has no connection to, and Liana has never once even mentioned this woman's name in any capacity?

Yeah. We all wondered that too. Keep reading and see the FACTS – ALL OF WHICH HAVE BEEN PROVEN BY DOCUMENTATION THROUGH CYBER INVESTIGATION THAT HAS BEEN GOING ON FOR TWO MONTHS.

***You will find out:***

Who is PAULA? A bitter aging woman with a bleak future, with a broke husband, desperate to get her claws into the BRADY'S wealth by gaining custody of her husband's children.

WHO IS AUSTIN, THE SON SHE ABANDONED AS A BABY.

exposingfamilyabuse.com

**EXHIBIT C**

7:36

BRADY'S wealth by gaining custody of her husband's children.

WHO IS AUSTIN, THE SON SHE ABANDONED AS A BABY.

WHO IS BYRON HORVATH, THE MAN INVESTIGATED BY CPS IN THE MIDST OF A BRUTAL CUSTODY BATTLE TO TAKE A SICK CHILD AWAY FROM HER MOTHER.

And more.

## ***THE BRADY'S OF REGINA SASKATCHEWAN***

This story begins, and ends, with a beautiful family – from Regina and Weyburn (where Paula is from) AMANDA AND DREW BRADY - and their four children.

Paula, unbeknownst to her, has been under deep surveillance by private investigation firms hired by Amanda and Drew Brady, as well as law enforcement for the crimes she has been and continues to commit. In the process of the cyber investigation, Amanda and Drew received digital proof that it is in fact [illegible]

pers[illegible]

exposingfamilyabuse.com