7:39

## ***AN EVEN DEEPER LOOK INTO PAULA HAYGARTH***

***We already know the motive for Paula is money. Amanda's money to be specific, and her desperate ploy to get custody for Wade so they don't have to pay child support.***

But let's take a deeper look into Paula, the woman behind this very thread. Her primary goal is not and never has been, Liana. Liana is just the decoy. Amanda is and has been her KEY TARGET and Paula has been after Amanda for many years.

We know this by the disturbing smear campaign that she would launch on Amanda's two daughters every time they were visiting their dad. More on that later.

We know it's not because of Paula's desire to be a parent to Amanda's daughters. No. In fact, about 18 years ago Paula Lee Haygarth was married to a JASON HAMMERMEISTER and they had a son. Austin. Austin is now 18.

PAULA GAVE UP CUSTODY OF HER OWN SON WHEN SHE DIVORCED JASON. Austin was a very small child.

exposingfamilyabuse.com

**EXHIBIT D**

7:39

JASON HAMMERMEISTER and they had a son. Austin. Austin is now 18.

PAULA GAVE UP CUSTODY OF HER OWN SON WHEN SHE DIVORCED JASON. Austin was a very small child.

Instead she chose to live her life of new age “life coaching”, completely abandoning her own son, and never looking back.

Paula then remarried a man named PETER THACKERAY who lives in Mainprize, SK. They divorced in 2013.

She then found WADE MARTIN – Amanda’s ex husband in October of 2014.

She is a heavy drinker, and a regular user of weed. She bounced around from job to job to job before she found Wade. In 2017 they broke up for almost a year before getting back together.

The snapshot of Paula? Washed up, failed energy “healer”, who gave up custody of her own son, went through multiple relationships, and all of us who have seen her in action know that she cycles through friends like toilet paper. In every town … thro… is

exposingfamilyabuse.com