7:48

# Real Life Family Abuse Stories



## Stefanie Horvath

Stefanie Horvath is the “new” wife of Haley Winter’s Ex husband Byron Horvath. Stefanie has radically changed her appearance when she began dating Byron to appear more and more like Haley. According to what Haley has shared, this woman has been leading the charge to remove Haley’s little girl,

exposingfamilyabuse.com

**EXHIBIT E**