
7:48
Keep Reading
SASKATCHEWAN CULT
EVIL
A general overview of the Wetiko virus of evil that this cluster of people has launched against people they do not even know. Details on the EXTRAORDINARY efforts they went to to desstry the reputation, lives an income of innocent people. Get inside this truly sick and depraved sect of evil.
Keep Reading
exposingfamilyabuse.com

**EXHIBIT F**