IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| LIFE MASTERY NETWORK LLC, a Nevada limited liability company dba LIANA SHANTI ENTERPRISES and LIANE WILSON, also known in the Community as LIANA SHANTI,<br><br>Plaintiffs/ Counterclaim Defendants,<br><br>vs.<br><br>PAULA HAYGARTH, BYRON HORVATH, STEFANIE HORVATH, JANE DOES 2-10, and JOHN DOES 1-10,<br><br>Defendants/ Counterclaimants. | ) | CIVIL NO. 25-00297JAO-RT<br><br>Honolulu, Hawaii<br>August 7, 2026<br><br>JURY TRIAL - DAY 5<br>*AMENDED* |

TRANSCRIPT OF JURY TRIAL
BEFORE THE HONORABLE JILL A. OTAKE,
UNITED STATES DISTRICT JUDGE

APPEARANCES:

| | |
|---|---|
| For the Plaintiffs/ Counterclaim Defendants: | JEFFREY S. PORTNOY, ESQ.<br>TROY C. YOUNG, ESQ.<br>Cades Schutte<br>1000 Bishop Street, Suite 1200<br>Honolulu, Hawaii 96813-4212 |
| For Defendants/ Counterclaimants: | JOSEPH B. ADAMS, ESQ.<br>LOUISE K.Y. ING, ESQ.<br>LAURA P. MORITZ, ESQ.<br>Dentons US LLP<br>1001 Bishop Street, Suite 1800<br>Honolulu, Hawaii 96813 |

**EXHIBIT G**

Official Court Reporter: Cynthia Fazio, RMR, CRR, CRC
United States District Court
300 Ala Moana Blvd., C-270
Honolulu, Hawaii 96850

Proceedings recorded by machine shorthand, transcript produced with computer-aided transcription (CAT).

# I N D E X


| EXAMINATIONS | PAGE |
|---|---|
| PAULA HAYGARTH | |
| RESUMED DIRECT EXAMINATION BY MS. MORITZ | 8 |
| CROSS-EXAMINATION BY MR. PORTNOY | 43 |
| VOIR DIRE EXAMINATION BY MS. MORITZ | 79 |
| RESUMED DIRECT EXAMINATION BY MR. PORTNOY | 80 |
| REDIRECT EXAMINATION BY MS. MORITZ | 166 |
| STEFANIE HORVATH | |
| DIRECT EXAMINATION BY MS. MORITZ | 174 |


# E X H I B I T S


| | PAGE |
|---|---|
| Plaintiffs' Exhibit 341 was received in evidence | 100 |
| Plaintiffs' Exhibit 342 was received in evidence | 104 |
| Plaintiffs' Exhibit 78 was received in evidence | 130 |
| Plaintiffs' Exhibit 22 was received in evidence | 171 |
| Defendants' Exhibit 1179 was received in evidence | 19 |
| Defendants' Exhibit 1056 was received in evidence | 31 |
| Defendants' Exhibit 1094 was received in evidence | 32 |
| Defendants' Exhibit 1108 was received in evidence | 34 |
| Defendants' Exhibit 1141 was received in evidence | 38 |
| Defendants' Exhibit 1127 was received in evidence | 40 |
| Defendants' Exhibit 1142 was received in evidence | 41 |
| Defendants' Exhibit 1162 was received in evidence | 42 |

We are going to do the same thing today, except we're ending early. So we're going to take the same breaks, kind of -- we will still take the same number of breaks. The timing of them might be a little different. But for this morning I am expecting we will take a break at around 10 o'clock, and we will have a stretch break before then.

As always, if you need anything, a break, just let us know and raise your hand.

All right. Ms. Moritz, you may continue.

MS. MORITZ: Thank you, Your Honor.

PAULA HAYGARTH, DEFENDANTS' WITNESS, PREVIOUSLY SWORN

RESUMED DIRECT EXAMINATION

BY MS. MORITZ:

Q Good morning, Paula.

A Good morning.

Q When we left off yesterday we had just started to look at Exhibit 1106.

MS. MORITZ: So if we could pull that up, please, for the witness.

THE COURT: You may.

1106 was admitted and may be shown to the jury.

BY MS. MORITZ:

Q So let's look at Page 2 of this article that you found on the internet on the ExposingFamilyCults.com, ExposingFamilyAbuse.com website.

MR. PORTNOY: Excuse me, Your Honor. Is there a question?

MS. MORITZ: I'm going to ask a question after we go through this material, Your Honor.

THE COURT: Go ahead.

BY MS. MORITZ:

Q Paula, were any of these statements true?

A No.

Q Did Byron pay for legal representation for you at any time?

A No.

Q Turning to Page 9, Bates ending in 169, third paragraph down: Paula, a woman who gave up custody of her own son, actively engaging in brainwashing these vulnerable young girls to hate their mother.

Is that true?

A No.

Q Paula, when you first read this article -- I think you testified yesterday the first time you saw it was mid-June 2022 -- how did this make you feel?

A I cried for three hours while Wade held me. We were already dealing with his children being gone and not sure how to get them back, and we couldn't believe that now we had to deal with this on top of it. We were confused as to why something like this would be posted about myself, and some of

the things that are said about him and -- about Wade in here as well. I became paranoid because of the some of the things that were said in here. I was in shock, because I was called a drug addict, which isn't even remotely true. I was terrified how this might affect my relationship with London and Ellis and what it would do to my extended family.

Q Do you know if London and Ellis were aware of this article and the other posts that we looked at yesterday?

A I don't think they saw it at that time, no.

Q What about other people in your community, did anyone in your community ask you about the things that were coming up on social media about you?

A Yes.

Q Tell me more about that.

A I was --

MR. PORTNOY: Well, to the extent it calls for other people's statements to her, it's hearsay. Object.

MS. MORITZ: It's calling for the effect on the listener.

THE COURT: Overruled.

THE WITNESS: I was at a golf tournament, an oil women's golf tournament, not long after this was published on Reddit. And some women that I knew that were friends of friends, I knew them I had spoken to them in the past, came up to me and asked me about this, and were also in complete shock

right?
A Absolutely not.
Q And can you describe how this -- when this started to happen, these online posts, what -- I want to understand how this affected you and your life, your day-to-day life. How did it change?
A I totally changed who I was.
Q Can you be more specific? Can you -- take a moment though, of course.
A Yes. Sorry.
Typically I'm really outgoing, outspoken, loves to be in her community, brave, courageous, fearless.
Q You said fearless?
A Fearless.
Q That's how you used to feel?
A Yeah. I used to go everywhere and do everything and take pottery classes and yoga classes and participate in spiritual ceremonies with going to sweat lodge with the First Nations people in Saskatchewan.
It made me scared to trust people. So I no longer did those things. I was scared to walk down the street with my dog because people might be watching me. I stopped practicing my spiritual practices.
Q Why did you stop practicing your spiritual practices?
A Because I was talked about and slandered for my beliefs

and what I did.

Q In some of these posts, you saw that?

A Yeah.

I was also scared that if I went to a ceremony with other women, that they could be students of hers and they were there just to gather something that I would be saying in a sacred moment. So if I shared something with women in a circle, who are they, what if they go tell Liana Shanti or her students, and that ends up posted all over the internet? I was scared to post happy moments on my social media, because maybe that picture will get taken or put up on Instagram and talked about and bashed.

I was scared that if I went to anywhere that someone was following me. I was always looking over my shoulder. I -- I would look out my window and I'd have the curtains closed because I would be scared someone was going to come sit outside my house. And I would make Wade take me to places because I didn't feel safe. And I understand that this is online, but there's this fear, and fear has nothing to do with geographic location when you're being mentally and emotionally and spiritually abused online by posts from someone that doesn't even know you, has never spoken to you, and has no business being involved in your family situation or who you are as a woman or a mother or someone who has faith.

Q Do you -- I know we looked at some of the posts yesterday,

Paula. Do you recall seeing posts that accused you of teaming up with felony kidnappers and psychological torturers?
A Yeah.
Q How did that make you feel?
A I just thought it was absurd.
Q And to be clear, you don't team up with felony kidnappers or phycological torturers?
A No, that's ridiculous.
Q Has -- have these events, have they affected your sleep, your physical well-being in any way?
A Yeah. When they first started in 2022 -- and it still happens on occasion now, depending on what's going on and what I have to deal with. But in 2022 I would wake up in the middle of the night in, like, this state of shock thinking that someone was standing in the bedroom. And that's not normal for me. It's never happened to me in my life before.
So I was at the point where in the middle of the night I would think someone was in my house by my bed.
Q And this is all stemming from the onslaught of social media posts about you?
A Yeah.
Q Did -- with all this happening, did you get off of social media?
A I didn't get off entirely, but I stopped posting, yeah, and I made my accounts private, and I blocked anybody that I

thought had anything to do with Liana Shanti.

Q Did that have any affect on your business?

A Yeah, that time I was trying to grow my own business. So not having a public account stops you from reaching people.

Q So you were unable to promote the work that you did to others in the community?

A Yeah, I was too scared. And even when I would sometimes get a new client, I would wonder, is this a mole? Is this someone that's going to come and have a session with me and then report back and then it be publicized on Instagram?

Q Can you put a dollar amount on that, like, how much business you lost?

A I'm sorry?

Q Can you -- can you -- can you put a dollar amount on that? Is there any way for you to know how much business you lost as a result?

A No. How could I know? I don't know who saw things, and if they were about to hire me. And I mean, there could be many people. I have no idea.

Q Well, new customers couldn't see you because you took yourself off?

A No.

Q Right?

A And if they could find me --

Q What else did you do to try and deal with everything that

COURT REPORTER'S CERTIFICATE

I, CYNTHIA FAZIO, Official Court Reporter, United States District Court, District of Hawaii, do hereby certify that pursuant to 28 U.S.C. §753 the foregoing pages is a complete, true, and correct transcript of the stenographically reported proceedings held in the above-entitled matter and that the transcript page format is in conformance with the regulations of the Judicial Conference of the United States.

DATED at Honolulu, Hawaii, August 7, 2026.

*/s/ Cynthia Fazio*
CYNTHIA FAZIO, RMR, CRR, CRC