IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LIFE MASTERY NETWORK LLC, a Nevada limited liability company dba LIANA SHANTI ENTERPRISES and LIANE WILSON, also known in the Community as LIANA SHANTI, | ) CIVIL NO. 25-00297JAO-RT |
| | ) Honolulu, Hawaii |
| | ) August 10, 2026 |
| Plaintiffs/ Counterclaim Defendants, | ) JURY TRIAL - DAY 6 |
| vs. | ) |
| PAULA HAYGARTH, BYRON HORVATH, STEFANIE HORVATH, JANE DOES 2-10, and JOHN DOES 1-10, | ) |
| Defendants/ Counterclaimants. | ) |

TRANSCRIPT OF JURY TRIAL
BEFORE THE HONORABLE JILL A. OTAKE,
UNITED STATES DISTRICT JUDGE

APPEARANCES:

| | |
|---|---|
| For the Plaintiffs/ Counterclaim Defendants: | JEFFREY S. PORTNOY, ESQ.<br>TROY C. YOUNG, ESQ.<br>Cades Schutte<br>1000 Bishop Street, Suite 1200<br>Honolulu, Hawaii 96813-4212 |
| For Defendants/ Counterclaimants: | JOSEPH B. ADAMS, ESQ.<br>LOUISE K.Y. ING, ESQ.<br>LAURA P. MORITZ, ESQ.<br>Dentons US LLP<br>1001 Bishop Street, Suite 1800<br>Honolulu, Hawaii 96813 |

**EXHIBIT H**

Official Court Reporter: Cynthia Fazio, RMR, CRR, CRC
United States District Court
300 Ala Moana Blvd., C-270
Honolulu, Hawaii 96850

Proceedings recorded by machine shorthand, transcript produced with computer-aided transcription (CAT).

# I N D E X


| EXAMINATIONS | PAGE |
|---|---|
| STEFANIE HORVATH | |
| RESUMED DIRECT EXAMINATION BY MS. MORITZ | 18 |
| CROSS-EXAMINATION BY MR. PORTNOY | 50 |
| AMANDA BRADY | |
| DIRECT EXAMINATION BY MR. ADAMS | 85 |
| CROSS-EXAMINATION BY MR. PORTNOY | 131 |
| REDIRECT EXAMINATION BY MR. ADAMS | 158 |
| HALEY WINTER | |
| DIRECT EXAMINATION BY MS. MORITZ | 162 |
| CROSS-EXAMINATION BY MR. PORTNOY | 191 |
| REDIRECT EXAMINATION BY MS. MORITZ | 202 |
| BYRON HORVATH | |
| DIRECT EXAMINATION BY MR. ADAMS | 207 |


## E X H I B I T S


| | PAGE |
|---|---|
| Plaintiffs' Exhibit 48 was received in evidence | 60 |
| Plaintiffs' Exhibit 43 was received in evidence | 62 |
| Plaintiffs' Exhibit 44 was received in evidence | 64 |
| Plaintiffs' Exhibit 62 was received in evidence | 69 |
| Plaintiffs' Exhibit 74 was received in evidence | 70 |
| Plaintiffs' Exhibit 54 was received in evidence | 71 |
| Plaintiffs' Exhibit 280 was received in evidence | 111 |
| Plaintiffs' Exhibit 315 was received in evidence | 123 |
| Plaintiffs' Exhibit 317 was received in evidence | 126 |
| Plaintiffs' Exhibit 115 was received in evidence | 141 |
| Plaintiffs' Exhibit 158 was received in evidence | 199 |
| Defendants' Exhibit 1171 was received in evidence | 24 |
| Defendants' Exhibit 1052 was received in evidence | 34 |
| Defendants' Exhibit 1054 was received in evidence | 37 |
| Defendants' Exhibit 1063 was received in evidence | 49 |
| Defendants' Exhibit 1003 was received in evidence | 105 |
| Defendants' Exhibit 1124 was received in evidence | 179 |
| Defendants' Exhibit 1004 was received in evidence | 218 |
| Defendants' Exhibit 1007 was received in evidence | 220 |
| Defendants' Exhibit 1035 was received in evidence | 222 |

will be about an hour. If that happens, I will let you know.

At this point, we will have our typical morning recess with a stretch break before then.

So -- and we will probably get out today about 3:15.

08:40AM Okay?

All right. With that, Ms. Horvath, if you could retake the stand, please.

And Ms. Moritz, you may continue your direct examination. Thank you.

08:41AM STEFANIE HORVATH, DEFENDANTS' WITNESS, PREVIOUSLY SWORN resumed direct examination

RESUMED DIRECT EXAMINATION

BY MS. MORITZ:

Q Good morning, Stefanie.

08:41AM A Good morning.

Q I think on Friday we left off discussing the custody arrangement between Byron and Haley around the time that you and Byron moved in together. I think that was the 2018, 2019; is that correct, that timeframe?

08:41AM A Yes, that's correct.

Q All right. Now, from your perspective, how was their coparenting arrangement working out at that point in time?

A At that point of time it was kind of just they would meet in Regina and do the exchange, and we would have Isla for the weekend, and then we would have our weekend and time together,

08:59AM house had two bedrooms. So to me I wasn't going to make my husband buy a new house because he was previously married, right? So was I supposed to sleep on the couch because they're making comments that we had the same bedroom that he had when he was married to Haley?

08:59AM They made fun of me for drinking milk. They actually found a copy of our wedding video, and demonized us and my appearance on our wedding video, and analyzed photos of me, taking pictures of my eyes and saying I have dark, demonic eyes.

08:59AM It was -- there's this countless things that they did to me. It's just so awful.

And then she would post things and all of her students would comment on it and then she would repost everything every single thing her students commented.

She started attacking a friend of mine online. She attacked all of Byron's family members. It just hideous, hideous things.

09:00AM Q You used the word "they" several times. I just want to confirm, you're talking about the @LianaShanti Instagram account, correct?

A Yes.

Q Okay.

09:00AM What -- what does it feel like, Stefanie, to have someone post things like that about you on social media?

09:00AM 09:01AM 09:01AM 09:01AM 09:02AM

A I was actually very, very scared. It got to the point where I went to the local police because I was so scared, because I didn't know what her followers and herself were capable of. I filed a police report. I was scared to travel to Regina in case people ran into us. I feel like Regina is a small community, everybody knew what was going on. I was petrified.

I started taking screenshots to provide to our lawyer. And from the stress, my hair started falling out. I had a big chunk of hair, big, huge bald spot like this I had to cover up from the stress of trying to collect evidence. And it was to the point where I was wanting to leave Byron because I was being attacked just for being married to somebody who was previously married. They were taking away all the beautiful moments in our life.

I had my first baby during these attacks. And then they were commenting about my son's health online. And he's had no medical issues. They were talking about just everything that's deeply personal. And, you know, those good moments in your life that you should be able to celebrate, they've taken them and made them demonic.

Q Stefanie, remind me, how big is the town that you live in?

A Raymore maybe has 600 people.

Q 600 people.

How did all this affect your life and your community?

A Everywhere we went there was people whispering behind our backs all the time. For a long time I didn't want to leave the house, and that's why we went to the police. I just -- it just seemed like everybody knew what was happening in our lives.

09:02AM Q Yeah. And did you -- did you end up -- I mean, did you continue to take screenshots of these posts?

A No. Byron came home and I was basically having a panic attack and packing a bag. Byron is, like, I love you so much we need to figure out a plan.

09:03AM So at that point we contacted our lawyer, and our lawyer started monitoring the page of every single time she spoke about us so she could document it for us.

And at that point I made boundaries of anybody who would talk to me about it. I did not want to talk about it. I

09:03AM just made boundaries that I just couldn't deal with any of it. And after that is when my hair actually started growing back --

Q Okay.

A -- was after we had somebody else collecting the evidence for us.

09:03AM Q I see. Well, I'm going to ask that we do look at one of the posts that you collected before you turned over that responsibility.

MS. MORITZ: If we could pull up Exhibit 1052.

THE COURT: You may.

09:03AM MR. ADAMS: It's up.

Q Your understanding is that the posts about you occurred after Wade submitted the affidavit in Canada?
A Yes.
Q And then tell me about what posts your wife showed you.
03:09PM A There was so many, that to pinpoint one, I really couldn't, or two even. But I just know it was just awful things said about me, my family, my wife, my kids -- or Isla, I should say -- or things I did to Isla, I guess I should say. And just personal, gross, false accusations.
03:10PM Q Did the posts, if you recall, call you an abuser?
A Yes, they did.
Q Do you deny that?
A I absolutely deny that, yes.
Q It's not true?
03:10PM A Not at all.
Q You've been cleared three times?
A Possibly four. Three for sure, possibly four.
Q And you said that there was all about in the community like wildfire. What do you mean by that?
03:10PM A Well, where I live and farm, it's a town of 550 people. It's -- you know everybody. There's not one person in that town you don't know. So everybody was either asking me about it or, you know, talking amongst themselves about it. And then it travels to Regina. And because it's people -- we know
03:10PM people there. So it's -- it -- it just traveled around fast.

And it was -- it was just -- it's all anybody wanted to talk about, because in a small town where I come from, this stuff doesn't happen. You don't do this. You don't treat people like that. It's just not something that you would ever see, hear, encounter, anything. It's just -- it's -- it brought me here. It's a big deal. It's -- it's gross accusations and very humiliating and very personal. And --
Q How did it affect your marriage with Stefanie?
A She's amazing. She -- she took it upon herself to start documenting everything, and it got to the point where she couldn't take it anymore. It was just -- it was too much and she wanted to leave me. She said, I didn't marry you to get involved in this. And she had a bag packed. I came home one day, she had a bag packed, she wanted to leave. She said, I can't do this any more, Byron. And I said, I know. I said, We need to come up with a game plan.
So I convinced her to stay and we decided that we were just not going to look at this stuff anymore, we weren't going to engage in it, we're not going to look at it. We're just going to try to live our lives as best we could. I had to hire my attorney in Regina to monitor this thing every day for however long to gather information in case something like this came -- like if it ever come to this point. And I'm so glad I did, because it just -- and it saved our marriage. Her hair grew back, and she --

Q Did it have any physical effect on Stefanie?
A Yeah. She was diagnosed with alopecia. She lost her hair. Her hair was falling out from the stress. She was pregnant with our child at the time, our first child. It was really hard on her.

THE COURT: About one more question before we recess for the day.

MR. ADAMS: This may be a good time, I was going to switch.

THE COURT: Okay.

MR. ADAMS: Yeah.

THE COURT: All right. All right, ladies and gentlemen, we are done for today. Tomorrow show back up at 8:30.

Tomorrow we will not be staying later than 3:15 at the very latest. Otherwise, I think the schedule will be pretty much the same, other than we won't have that long break. I don't anticipate, at least. Hopefully we won't have that long break.

We will see you all tomorrow. Get a good night's rest. Thank you for paying attention. Follow the rules. Thank you.

(At 3:14 p.m., the jury was excused, and the following proceedings were held:)

THE COURT: All right. Mr. Horvath, you may step

COURT REPORTER'S CERTIFICATE

I, CYNTHIA FAZIO, Official Court Reporter, United States District Court, District of Hawaii, do hereby certify that pursuant to 28 U.S.C. §753 the foregoing pages is a complete, true, and correct transcript of the stenographically reported proceedings held in the above-entitled matter and that the transcript page format is in conformance with the regulations of the Judicial Conference of the United States.

DATED at Honolulu, Hawaii, August 10, 2026.

*/s/ Cynthia Fazio*
CYNTHIA FAZIO, RMR, CRR, CRC