IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LIFE MASTERY NETWORK LLC, a Nevada limited liability company dba LIANA SHANTI ENTERPRISES and LIANE WILSON, also known in the Community as LIANA SHANTI,<br><br>Plaintiffs/<br>Counterclaim Defendants,<br><br>vs.<br><br>PAULA HAYGARTH, BYRON HORVATH, STEFANIE HORVATH, JANE DOES 2-10, and JOHN DOES 1-10,<br><br>Defendants/<br>Counterclaimants. | CIVIL NO. 25-00297JAO-RT<br><br>Honolulu, Hawaii<br>August 11, 2026<br><br>JURY TRIAL - DAY 7 |

TRANSCRIPT OF JURY TRIAL
BEFORE THE HONORABLE JILL A. OTAKE,
UNITED STATES DISTRICT JUDGE

APPEARANCES:

| | |
|---|---|
| For the Plaintiffs/<br>Counterclaim Defendants: | JEFFREY S. PORTNOY, ESQ.<br>TROY C. YOUNG, ESQ.<br>Cades Schutte<br>1000 Bishop Street, Suite 1200<br>Honolulu, Hawaii 96813-4212 |
| For Defendants/<br>Counterclaimants: | JOSEPH B. ADAMS, ESQ.<br>LOUISE K.Y. ING, ESQ.<br>LAURA P. MORITZ, ESQ.<br>Dentons US LLP<br>1001 Bishop Street, Suite 1800<br>Honolulu, Hawaii 96813 |

EXHIBIT I

| | |
|---|---|
| Official Court Reporter: | Cynthia Fazio, RMR, CRR, CRC<br>United States District Court<br>300 Ala Moana Blvd., C-270<br>Honolulu, Hawaii 96850 |

Proceedings recorded by machine shorthand, transcript produced with computer-aided transcription (CAT).

# I N D E X


| EXAMINATIONS | PAGE |
|---|---|
| BYRON HORVATH | |
| RESUMED DIRECT EXAMINATION BY MR. ADAMS | 5 |
| CROSS-EXAMINATION BY MR. PORTNOY | 23 |
| WADE MARTIN | |
| DIRECT EXAMINATION BY MR. ADAMS | 38 |
| CROSS-EXAMINATION BY MR. PORTNOY | 61 |
| REDIRECT EXAMINATION BY MR. ADAMS | 67 |
| PARIS MCIVOR | |
| DIRECT EXAMINATION BY MS. MORITZ | 78 |
| JONI ABBOTT | |
| DIRECT EXAMINATION BY MR. PORTNOY | 96 |
| CAHIRA NOELANI | |
| DIRECT EXAMINATION BY MR. PORTNOY | 104 |
| CROSS-EXAMINATION BY MR. ADAMS | 115 |
| LIANE WILSON | |
| DIRECT EXAMINATION BY MR. PORTNOY | 126 |
| CROSS-EXAMINATION BY MR. ADAMS | 172 |


## E X H I B I T S


| | PAGE |
|---|---|
| Plaintiffs' Exhibit 426 was received in evidence | 164 |
| Defendants' Exhibit 1024 was received in evidence | 9 |
| Defendants' Exhibit 1060 was received in evidence | 82 |
| Defendants' Exhibit 1058 was received in evidence | 83 |
| Defendants' Exhibit 1064 was received in evidence | 85 |
| Defendants' Exhibit 1067 was received in evidence | 86 |
| Defendants' Exhibit 1068 was received in evidence | 87 |
| Defendants' Exhibit 1069 was received in evidence | 91 |
| Defendants' Exhibit 1077 was received in evidence | 91 |
| Defendants' Exhibit 1083 was received in evidence | 92 |
| Defendants' Exhibit 1100 was received in evidence | 93 |
| Defendants' Exhibit 1102 was received in evidence | 93 |
| Defendants' Exhibit 1115 was received in evidence | 93 |
| Defendants' Exhibit 1187 was received in evidence | 132 |
| Defendants' Exhibit 1189 was received in evidence | 134 |
| Defendants' Exhibit 1189 was withdrawn | 137 |

THE COURT: All right. He may be.

Mr. Horvath, you may step down.

(Witness excused)

MR. ADAMS: If I could go get my next witness?

09:18AM THE COURT: You may.

If you could state for the record who it is, please.

MR. ADAMS: Wade Martin.

THE COURT: Thank you.

MR. ADAMS: Can I be excused?

09:18AM THE COURT: You may.

All right. Mr. Martin, you may approach.

WADE MARTIN, DEFENDANTS' WITNESS, SWORN

THE COURTROOM MANAGER: You may be seated.

Please state your full name and spell your last name for the record.

09:19AM (time stamp at line 15)

THE WITNESS: Wade Jonathan Martin, M-A-R-T-I-N.

MR. ADAMS: I just need one moment, Your Honor, please.

(Pause in the proceedings.)

09:19AM DIRECT EXAMINATION

BY MR. ADAMS:

Q Good morning, Wade.

A Morning.

Q Do you want to give a quick introduction to yourself? The jury has heard your name a lot, so tell them who you are.

09:19AM

A No.

Q How about anonymously on Instagram?

A No.

Q Do you know what Reddit is?

09:45AM A I've heard of it, yeah.

Q Do you have a Reddit account?

A I do not.

Q Never?

A No.

09:46AM Q You ever posted anything on Reddit?

A Never.

Q Do you know anybody who is behind any of the postings on Reddit behind Ms. Shanti that were anonymous?

A No, I have no idea.

09:46AM Q Did you ever ask Paula if she was behind the anonymous?

A I did not.

Q Why not?

A Because I trust her with my life and -- and I know her. She's not that type of person.

09:46AM Q How has this affected Paula, on your own eyes? What have you seen?

A Paula had -- when I met Paula, she had this energy and this bright light inside of her that -- it would just attract people. It always blew my mind, people would just come up talk

09:46AM to her and have conversations. And she's always been so brave

and courageous, and she would like to travel by herself. And you know, there's been times where she's been scared to leave the house. She's been scared to go get groceries.

She's just been viciously attacked, and the pain that she's gone through, and how she's -- how she's still here, I don't really understand.

09:47AM

Q Was she anxious when you were living in Saskatchewan?

A Yeah.

Q Is it better now?

09:47AM

A Somewhat.

Q In British Columbia?

A Yeah. It's still something that we have to deal with seemingly every day.

Q Let's talk about her son Austin, Paula's son.

09:47AM

A Yeah.

Q Are you a stepdad to Austin?

A Yeah.

Q What's Austin like?

A What a great kid. Just very calm, very mature, very

09:48AM

likable. Just -- he's just -- he's -- you know, he was 14, I believe, when Paula and I got together, and now he's a young man. He's a great human being.

Q What's his and Paula's relationship like?

A Oh, their relationship is great. They talk on the phone

09:48AM

all the time. They're very open with each other. They have

COURT REPORTER'S CERTIFICATE

I, CYNTHIA FAZIO, Official Court Reporter, United States District Court, District of Hawaii, do hereby certify that pursuant to 28 U.S.C. §753 the foregoing pages is a complete, true, and correct transcript of the stenographically reported proceedings held in the above-entitled matter and that the transcript page format is in conformance with the regulations of the Judicial Conference of the United States.

DATED at Honolulu, Hawaii, August 11, 2026.

*/s/ Cynthia Fazio*
CYNTHIA FAZIO, RMR, CRR, CRC