IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LIFE MASTERY NETWORK LLC, a Nevada limited liability company dba LIANA SHANTI ENTERPRISES and LIANE WILSON, also known in the community as LIANA SHANTI,<br><br>Plaintiffs/Counterclaim Defendants,<br><br>v.<br><br>PAULA HAYGARTH, BYRON HORVATH, STEFANIE HORVATH, JANE DOES 2-10, and JOHN DOES 1-10,<br><br>Defendants/ Counterclaimants. | Civil No. 1:25-cv-00297-JAO-RT<br><br>**DECLARATION OF LAURA P. MORITZ** |

**DECLARATION OF LAURA P. MORITZ**

I, Laura P. Moritz, do hereby declare and state under penalty of perjury that the following facts are true and correct:

1. I am an attorney with DENTONS US LLP ("Dentons") and am counsel of record for Defendants/Counterclaimants Paula Haygarth, Byron Horvath, and Stefanie Horvath (collectively "**Counterclaimants**"). I have personal knowledge of the facts contained in this declaration which are true and correct.

2. I am making this Declaration in support of Defendants/ Counterclaimants' Reply in Support of *Motion for Equitable Relief Regarding Defamatory Statements* ("**Reply**") in the above-captioned case.

3. Attached hereto as **Exhibit O** is a true and accurate copy of PageID.1802, PageID.1821, and PageID.1822 from Document 125-2 in the Criminal Case. These pages were part of Ms. Wilson's *Redacted August 2, 2023 Position Statement* filed in the Criminal Case (No. 1:19-cr-00105-SOM) at Dkt. 125. Because portions of the original document contain yellow highlighting, those portions relevant to the Reply are highlighted in blue. The Criminal Case docket indicates that an unredacted version of Ms. Wilson's *August 2, 2023 Position Statement* was filed under seal in that proceeding as Document 127.

4. Attached hereto as **Exhibit P** is a true and accurate copy of PageID.1738 from Document 123-1 filed by Ms. Wilson in the Criminal Case on July 26, 2023. The page is part of Ms. Wilson's *Redacted Defendant's Position Statement Regarding July 11, 2023 EO* filed in the Criminal Case at ECF 123. Because portions of the original document contain yellow highlights, those portions referred to in the Reply filed concurrently herewith are highlighted in blue. The Criminal Case docket indicates that an unredacted version of Wilson's *Position Statement Regarding July 11, 2023 EO* was filed under seal in that proceeding as Document 117.

5. Attached hereto as **Exhibit Q** is a true and accurate copy of the relevant pages from the April 9, 2026 Transcript of Hearing on Various Motions, highlighted for ease of reference.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED: Honolulu, Hawai‘i, October 22, 2026.

/s/ Laura P. Moritz
LAURA P. MORITZ