
4:17
lianashanti
2026-10-04, 3:33:23 PM
sar.gazing 7h · by author
There wasn't an arrest???
Reply
1
northstar_advocacy 6h · Author
@sar.gazing no, the mom has had 8 judges removed from her case. She was very loud & public but she stopped & shutdown. I don't blame her. The way men hate moms she isn't helped in the platform she's targeted. The daughter still goes to the abuser. This case is a lot like mine. My kids have reported sexual abuse nothing happened it got worse.
Reply
0:01
This baby died due to prolapsed recrum. CSA. The daughter is still forced to be in the care of the man that did this.
If you ever wondered why I CONTINUE exposing what was TOLD TO ME and 200 women by Haley Winter, this is why. During my defamation trial, BYRON HORVATH showed the jury 3 "unfounded" reports from CPS as if that proved ANYTHING. It doesn't. But a jury uneducated on what is going on in family courts would think it's convincing. In the next trial, after appeal, ALL of the evidence WILL be shown. Mark my words. And - there is a TON in photos, videos, Haley's disclosures in the divorce group. And much more coming forward. Unfortunately, that trial will not protect Isla. Nothing will because her own mother turned on her.
That is why the MASSIVE DOSSIER will be there for Isla when she is 18 - the whole truth AS TOLD FROM HER OWN MOUTH AND THE WORDS IF HER MOTHER OVER THREE YEARS. Photos. Videos. Screenshots. ALL OF IT. TONS of people have this information and it will be available to Isla when she googles her own name. She DESERVES to know what went on. They CANNOT HIDE IT.
Social Insights Platform
igexport.com

**EXHIBIT J**