1:19 LTE

😔 I thought so, but was hoping it was not the case

1:51:36 PM

More questions.... IS Stefanie covering up abuse? Like Heather Thompson Day who just got arrested for not protecting a child? Haley repeatedly said Stefanie knows. Haley also alleged Stefanie used a lot of drugs and alcohol while Isla was with them. Is this a much bigger issue than we realized? Is this a trafficking RING of children? In Raymore and Weyburn Saskatchewan???? If so, who is involved? A few years back a young boy whose mom was friends in this group of people, disappeared and was found UNALIVED.



igexport.com

**EXHIBIT K**