
7:09
lianashanti
2026-10-11, 4:21:48 PM
And Stefanie's kids will ALSO know what their mother did. What she participated in. So much evidence being collected, so much already collected. What an embarrassment to those kids having mothers like you and Stefanie. Absolutely vile.
ous who they recently followe...
Track it with Recent Follow →
igexport.com

**EXHIBIT L**