
6:08
LTE
lianashanti
2026-10-13, 5:15:53 PM
December 18, 2022
1:08 PM
1:08
LTE
Some of the destruction at Amanda Brady's "destiny manor" from son Abel while his "eyes were black and glazed over" and he was wielding a huge knife - age 5
ous who they recently followe... Track it with Recent Follow →
igexport.com

**EXHIBIT M**