
5:47
IGExport
Instagram Tools · Social Insights
lianashanti
2026-10-14, 1:15:38 AM
Decided not to show her face. This is a screenshot from a video that I found deeply disturbing, that Haley sent me of Byron and Stefanie "playing" with Isla (both who are on this video which among others, I have never shared) while she had drains on her from open heart surgery.
It's too sickening for me to share here. There will be a time and place in a court of law where many will see it. Along with several other chilling videos I was given.
It is all so deeply heartbreaking that all of the people around this poor innocent child do nothing to protect her. They are looking to hide what has been going on. To keep it all quiet. And that a complete stranger who has never met her, is the only person who actually went to great personal cost to try and protect her.
The best I can do besides pray, is know she will have access to the full record of what her mother shared with 200 women before she abandoned her.
Curious who they recently followe... Track it with Recent Follow →
igexport.com

**EXHIBIT N**