In 2019 I had started a women's only Facebook community for women who had done my programs, who were looking for a community if like-minded women. **Some women who had reached out to me about my insights on domestic violence and post-separation abuse joined this group.**

## This group no longer exists.

**When it did exist, it was $19 a month, and there were 125 women in it. So even at it's height, it was $2300 a month income, which is less than .001 percent of my annual income.** It was NEVER a group focused on these advocacy and domestic violence issues. It was overwhelmingly a spiritually focused group. There were a few women **-8 to be exact- out of 125** who were going through custody issues with their husbands and would lean on the other women in the community for support. Some of them shared their stories in the community.

Two of the accused abusers, (ex-husbands) hacked into their ex-wives Facebook accounts using their passwords to secretly get into our women's community in order to obtain private and personal information about their ex- wives.

They weaponized very personal information their ex-wives had shared in the community to try and obtain custody, as well as very private sensitive information from other women in the group that had nothing to do with custody and abuse because **the vast majority of the women in the community were not going through divorces or custody battles.**

Through this hacking, these two men were able to identify the names of several other men who were also in custody disputes, also accused by their children of abuse. This would eventually become the group of 9 men (and their family members) who submitted slanderous letters about me who are so geographically diverse (Canada, Florida, California, Montana etc) that they would've never even known each other existed had they not become moles in the private women's community.

**Many of them with domestic violence arrest records. All are accused of abuse.**

Each of these men who do not know each other, have banned together and have collectively weaponized the private disclosures of their ex wives, obtained by sneaking into the private Facebook community, writing affidavits for each other in custody cases they know nothing about, creating a false and destructive narrative that their ex wives are all mentally unstable incapable women and mothers because they are part of a spiritual community.

After being hacked, and seeing the greater need for advocacy, I began connecting with other organizations advocating for family court reform. **I decided to end the Facebook community altogether**, in favor of a wider public advocacy forum on the website [redacted] which is now a growing collaborative forum where anyone can share their personal journey through post-separation abuse, family abuse and family court reform issues like Kayden's Law etc…

There are volunteers who manage and run the EFA website.

**So, anyone who personally reaches out about their custody story, can only do so directly through that advocacy website. AND there is never any fee or any money exchanged for contributing to that forum.**

**I have intentionally made a huge effort to separate my advocacy work from my actual work – ever since the defamation and harassment and death threats were made against my family. 100% of the defamation**



**EXHIBIT P**

PH000034