IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LIFE MASTERY NETWORK LLC, ET AL, PLAINTIFFS | } 1:25-cv-00297-JAO-RT |
| | } APRIL 9, 2026 |
| VERSUS | } HONOLULU, HI |
| PAULA HAYGARTH, ET AL, DEFENDANTS | } |

BEFORE THE HONORABLE JILL A. OTAKE
UNITED STATES DISTRICT JUDGE

TRANSCRIPT OF HEARING ON VARIOUS MOTIONS

APPEARANCES:

FOR THE PLAINTIFFS:
JEFFREY S. PORTNOY, ESQUIRE
TROY CHRISTOPHER YOUNG, ESQUIRE
CADES SCHUTTE LLP
1000 BISHOP STREET 12TH FLOOR
HONOLULU, HI 96813
Jportnoy@cades.com
Tcyoung@cades.com

FOR THE DEFENDANTS:
LOUISE K.Y. ING, ESQUIRE
LAURA P. MORITZ, ESQUIRE
DENTONS US LLP
1001 BISHOP STREET 18TH FLOOR
HONOLULU, HI 96813
Louise.ing@dentons.com
Laura.moritz@dentons.com

---

BETH A. KRUPA, RMR, CRR (VIA ZOOM)
UNITED STATES COURT REPORTER
300 ALA MOANA BLVD. ROOM C-338
HONOLULU, HI 96850
BETH_KRUPA@HID.USCOURTS.GOV

(STENOTYPE/COMPUTER-AIDED TRANSCRIPTION)



**EXHIBIT Q**

THE COURT: Can I ask you a question about that? Do you have any objection to me taking judicial notice of the criminal docket?

MS. ING: I do not, Your Honor.

THE COURT: Okay. Mr. Portnoy, any objection to that?

MR. PORTNOY: None, Your Honor.

THE COURT: Okay. Thank you.

MS. ING: Thank you. Yeah, I wish the Court would.

In any event, then he also addressed the issue of the reposting, the fact that, oh, because she said something, that in itself is defamatory. Again, if you go with his test of, if you give underlying facts and then you say something that's an opinion, that's what you need to have an opinion. I'm not even sure that is the law.

But in any event, in terms of her saying that Ms. Wilson is dangerous, she preceded that statement with a number of statements about the impact of Ms. Wilson's comments on her, her life and her friends, and so, again, she passes that test.

And under the standard, you know, if she's -- she's making certain statements and then saying -- and making the conclusion, the appended

may find it helpful, too.

THE COURT: Okay. I will make a note of that and try to issue certainly in advance of that hearing. Okay.

MR. PORTNOY: Thank you, Your Honor.

THE COURT: Thank you everyone. We are adjourned.

(Proceedings adjourned at 10:21 a.m.)

**********************************************

CERTIFICATE OF REPORTER

I certify that the foregoing is a correct transcript of the proceedings taken from my stenographic notes in the above-entitled matter.

/S/ Beth A. Krupa

May 28, 2026
Date

Beth A. Krupa, RMR, CRR
Official Court Reporter
U.S. District Court
District of Hawaii