# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:25-cv-00297-JAO-RT |
| CASE NAME: | Life Mastery Network LLC et al v. Haygarth et al |
| ATTY'S FOR PLT: | *Jeffrey S. Portnoy<br>Troy Christopher Young |
| ATTY'S FOR DEFTS: | *Laura P. Moritz<br>Louise K.Y. Ing |

---

| | | | |
|---|---|---|---|
| JUDGE: | Jill A. Otake | REPORTER: | Robin Herrera |
| DATE: | 11/6/2026 | TIME: | 9:30am-10:05am |

---

COURT ACTION: EP: Hearing on [278] Counterclaimants' Motion for Equitable Relief Regarding Defamatory Statements was held.

Oral arguments heard.

For reasons stated on the record, Counterclaimants' Motion for Equitable Relief Regarding Defamatory Statements [278] - TAKEN UNDER ADVISEMENT.

Court to issue written order.

Submitted by: Carla Cortez, Courtroom Manager